IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| ADVANCEME, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 6:05CV424 |
| | § | |
| RAPIDPAY  LLC,   . | § | |
| | § | |
| Defendant. | § | |

## ORDER OF RECUSAL

The undersigned judge hereby recuses himself with regard to the above-entitled and numbered civil action.

**SIGNED this 16th day of November, 2005.**

_____
WILLIAM M. STEGER
UNITED STATES DISTRICT JUDGE