AO 440 (Rev. 10/93) Summons in a Civil Action

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| ADVANCEME, INC. | SUMMONS IN A CIVIL CASE |
|---|---|
| v. | |
| RAPIDPAY LLC | Case Number: 6:05cv424 |

TO:   RAPIDPAY LLC, 17 Battery Place, New York, New York.

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

**Otis W. Carroll**
**IRELAND CARROLL & KELLEY, P.C.**
**6101 South Broadway, Suite 500**
**Tyler, TX 75703**

an answer to the complaint which is served on you with this summons, within twenty (20) days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

DAVID J. MALAND                                  11/9/05
Clerk                                             Date

(By) Deputy Clerk

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS-TYLER DIVISION

| | |
|---|---|
| ADVANCEME, INC.,<br><br>     Plaintiff,<br><br>   - against -<br><br>RAPIDPAY LLC.,<br><br>     Defendant. | Case No. 6: 05 Civ. 424<br><br>**AFFIDAVIT OF SERVICE** |

STATE OF NEW YORK )
         ) ss.:
COUNTY OF NEW YORK )

  FRANK N. DAGOSTINO, being duly sworn, deposes and says:

  1. I am over the age of eighteen years, I am a licensed Process-Server, reside in Richmond County, New York and am not a party to this action.

  2. On the 10th day of November, 2005, at approximately 2:35PM, at the offices RAPIDPAY LLC., located at 17 BATTERY PLACE, SUITE 1330, NEW YORK, NY I served a true and correct copy of the documents described as SUMMONS IN A CIVIL CASE AND COMPLAINT FOR PATENT INFRINGEMENT upon, RAPIDPAY LLC, the named defendant in the above-mentioned action, by personally delivering to and leaving true copies of same with LAWRENCE MORRISON, Counsel who identified himself and informed me that he

ADMIN_US # 6788879.1

was duly authorized to accept said service at that address, the actual address of Rapidpay LLC's place of business.

3. Lawrence Morrison is a white male approximately 40-45 years of age, stands approximately 5 feet 10 inches tall and weighs approximately 230 pounds with light brown hair and hazel eyes.

_____
Frank N. Dagostino
License Number 0870651

Sworn to before me this
15th day of November, 2005

_____
Notary Public

DENNIS CAIRNS
Notary Public, State of New York
No. 01CA6114237
Qualified in Queens County
Commission Expires August 9, 2008

ADMIN_US # 6788879.1