IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| **ADVANCEME, INC.** | § | |
| | § | |
| *Plaintiff* | § | |
| | § | **CASE NO.. 6:05CV 424 LED** |
| | § | |
| vs. | § | |
| | § | |
| **RAPIDPAY, LLC**[SM] | § | |
| | § | |
| *Defendant.* | § | **NO JURY TRIAL DEMANDED** |

## ORDER GRANTING MOTION TO DISMISS

This cause came to be heard on the _____day of _____, 2005 upon Defendant's motion to dismiss for lack of jurisdiction over the defendant.

The court after hearing oral argument of counsel and considering the pleadings on file, including but not limited to the affidavits attached to said pleadings, finds that there are insufficient contacts by Defendant Rapidpay, LLC with or within the state of Texas to establish personal jurisdiction over said defendant.

The court finds that this cause should be dismissed with court costs taxed to the plaintiff.

IT IS THEREFORE ORDERED AND ADJUDGED that this cause should be and it is hereby dismissed for lack of jurisdiction over defendant Rapidpay, LLC with costs to be taxed to the plaintiff.