# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| **ADVANCEME, INC.** § | |
| § | |
| *Plaintiff* § | |
| § | **CASE NO.. 6:05CV 424 LED** |
| § | |
| vs. § | |
| § | |
| **RAPIDPAY, LLC**[SM] § | |
| § | |
| *Defendant.* § | **NO JURY TRIAL DEMANDED** |

## DEFENDANT, RAPIDPAY, LLC'S
## CORPORATE DISCLOSURE STATEMENT

Defendant, Rapidpay, LLC hereby states that it has no parent corporation and that it is a limited liability company of which no publicly held corporation owns any of its stock.

Respectfully submitted,

/s/ Guy N. Harrison
Guy N. Harrison
Attorney at Law
State Bar No. 00000077
217 N. Center Street
P.O. Box 2845
Longview, Texas 75606
Tel: (903) 758-7361
Fax: (903) 753-9557
E-Mail: cj-gnharrison@att.net

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been forwarded via the Court's CM/ECF Filing System or via first class mail to each attorney/party of record on this 30th day of November, 2005.

/s/ Guy N. Harrison
Guy N. Harrison