# EXHIBIT C

AdvanceMe Inc v. RapidPay LLC

Doc. 7 At





# Calculator

**Enjoying the great benefits Rapidpay offers is simple!** Just fill in the information below, click on "Submit" and a friendly representative will soon contact you to discuss your application.

Enter average Visa/MC monthly sales (xxxxx.xx): $

Enter average AMEX monthly sales (xxxxx.xx): $

Choose your state: TX

Calculate

Clear

**Cash available to you today is:** $

This estimate is based on the information you have provided. It does not include seasonal business and other exceptions. Call toll free, 1-866-RAPIDPAY, for a consultation.

**Simple application process.**

With Rapidpay, there are no tax returns, no financial statements, no loan committees -- no headaches. Approval is fast and easy.
(click here)

Who We Are | What We Do | How You Benefit | Case Studies
B-to-B Network | Apply Now! | Contact Info | FAQs | Home

Copyright © 2002 Rapidpay LLC



Providing instant working capital financing, credit card processing
and e-commerce services for the retail and hospitality industries.
Apply Now!
• Who We Are
• What We Do
• How You Benefit
• Case Studies
• B-to-B Network
• Contact Info
RAPIDPAY™
It's your money. Why wait?™
0000 1234 2846 0550
Find out how much money you can get TODAY
$ Immediate cash for today's credit card transactions
$ Advance funding for future credit card sales
$ Low-cost credit card processing and equipment
$ And many other valuable financial services

Who We Are | What We Do | How You Benefit | Case Studies
B-to-B Network | Apply Now! | Contact Info | FAQs | Home

Copyright © 2002 Rapidpay LLC
Web Site by IDS Interactive, Inc.







# Who We Are

**Rapidpay** provides instant working capital financing, credit card processing and e-commerce services. We specialize in the retail and hospitality industries, serving companies such as restaurants, jewelers, hotels, antique dealers, entertainment firms, and other retail and wholesale establishments.

Many of Rapidpay's customers are businesses with unique funding requirements that don't necessarily meet traditional banking criteria. Rapidpay provides them with immediate cash for today's credit card transactions, advance funding for future credit card sales, and with lines of credit they might not otherwise obtain.

Rapidpay handles transactions of more than $500 million annually and has been doubling our account base every four months. Due to our sincere focus on customer service, Rapidpay is proud to have retained 99% of its customer base since 1997.





Who We Are | What We Do | How You Benefit | Case Studies
B-to-B Network | Apply Now! | Contact Info | FAQs | Home

Copyright © 2002 Rapidpay LLC





Find out how much money you can get TODAY

# What We Do

**Here are just a few of the valuable financial services provided by Rapidpay.**

- Immediate cash for today's credit card transactions
- Advance funding for future credit card sales
- Low-cost credit card processing & equipment
- Batch auditing system
- Pre-paid advertising
- Third-party check cashing
- Payroll service
- Invoice & ACH factoring
- Inexpensive wire transfers, bill payments, bank checks & money orders

## Immediate cash for today's credit card transactions

***(Where available -- please inquire.)***

Same-day funds for credit card transactions are now a reality. With Rapidpay, deposit and bank clearance times are things of the past -- meaning you no longer have to wait three to six days to use your own money. Funds are transferred to your account (or available for rapid delivery or pickup) the very same day you make the sale.

Handling emergencies or just managing cash flow has never been easier.

top ▲

## Advance funding for future credit card sales

Rapidpay offers credit card merchants up to a **$50,000 cash benefit** on their future credit card sales. Our clients enjoy **liquidity on demand** for several key reasons:

- **Excellent cash flow.** Pay your bills on time and get the goods and services you need, right when you need them. Especially useful for seasonal fluctuations or unexpected circumstances.
- **Tremendous savings.** Up-front cash benefits provided by Rapidpay enable merchants to pay for key shipments C.O.D., resulting in significant discounts.
- **Handle those long-overdue items.** If you had $50,000 cash on hand, just think what you could do. You could: Buy better goods ... Start your expansion program ... Upgrade your marketing or advertising campaigns ... Hire good people and delegate more ... Maybe even "get a life" outside of the business!

top ▲

## Low-cost credit card processing & equipment

We offer processing for MasterCard, Visa, American Express,

**Simple applicatior process.**

With Rapidpay, the are no tax returns, no financial statem no loan committees no headaches. Approval is fast and easy.
(click here)

Discover, JCB and Diners Club, along with ATM cards. We also provide credit card and POS terminals, printers, PIN pads and more. In addition, Rapidpay has substantial experience dealing with web-based payments and other e-commerce issues at the heart of today's economy.

We guarantee that merchants will save with our economical rates and low-cost credit processing equipment.

top ▲

## Batch Auditing System

Tired of wondering whether Visa, MasterCard or Amex has paid you? We will trace all of your batches and make sure that the correct payments have been posted to your account. This FREE service is available to all Rapidpay funding clients.

top ▲

## Pre-Paid Advertising

Rapidpay will fund all your advertising costs in advance. FREE advertising consultations and design layouts (local and national). We can manage your newspaper, magazine and radio promotions.

top ▲

## Third-Party Check Cashing

We offer convenient check-cashing locations for businesses in the New York metropolitan area, with delivery service for Manhattan, Brooklyn and Queens. Check deposit and bank clearance times are not required, meaning cash is there as soon as you need it.

top ▲

## Payroll Service

Insured on-site cash deliveries (accompanied by non-uniformed armed personnel) are available. Payroll in bulk cash or individual packets.

top ▲

## Invoice & ACH Factoring

Rapidpay provides immediate cash for up to 70% of confirmed shipments.

top ▲

## Inexpensive Wire Transfers, Bill Payments, Bank Checks & Money Orders

Highly competitive rates for these valuable services.

top ▲

Who We Are | What We Do | How You Benefit | Case Studies
B-to-B Network | Apply Now! | Contact Info | FAQs | Home

Copyright © 2002 Rapidpay LLC



Who We Are
What We Do
How You Benefit
Case Studies
B-to-B Network
Apply Now!

Find out how much money you can get TODAY

# How You Benefit

**Rapidpay's unique financial services can help your business in many ways. For instance:**

**$ Immediate cash for today's credit card transactions.** Why wait to use your own money?

**$ Advance funding for future credit card sales.** Just think what you could do with your **$50,000 cash advance**!

**$ Liquidity on demand** is great for seasonal fluctuations, unexpected circumstances or expansion plans.

**$ Quick help for cash flow emergencies.**

**$ Low-cost credit card processing and equipment.** We guarantee that you'll save with our great rates.

**$ Simple application process.** No tax returns, no financial statements, no loan committees -- no headaches.

**$ Approval is fast and easy.**

**$ Batch auditing system** -- We'll trace all of your batches and make sure that the correct payments have been posted to your account.

**$ Pre-paid advertising** -- Rapidpay will fund all your advertising costs in advance.

**$ Tremendous convenience.**
- ✓ Open 9-6, 7 days a week
- ✓ 24/7 customer service
- ✓ Branches throughout the New York metropolitan area
- ✓ Call-ahead service; no waiting in lines

**$ Discreet service.**

**$ Friendly, multi-lingual employees.** Chinese, Korean, Spanish, Hebrew, Yiddish and Russian are spoken.

**$ One-to-one relationships.**

**$ Flexible repayment terms.**

Who We Are | What We Do | How You Benefit | Case Studies
B-to-B Network | Apply Now! | Contact Info | FAQs | Home

Copyright © 2002 Rapidpay LLC




# Preferred B-to-B Network



Credit Card Merchants: Get Valuable Goods and Services at a Discount!
Suppliers, Vendors and Professionals: Help Your Customers Get the Money They Need to Buy From You!






Who We Are | What We Do | How You Benefit | Case Studies
B-to-B Network | Apply Now! | Contact Info | FAQs | Home

Copyright © 2002 Rapidpay LLC

RAPIDPAY
It's your money. Why wait?
contact info
faq
home

Who We Are
What We Do
How You Benefit
Case Studies
B-to-B Network
Apply Now!

Find out how much money you can get TODAY

# Apply Now!

**Enjoying the great benefits Rapidpay offers is simple!** Just fill in the information below, click on "Submit" and a friendly representative will soon contact you to discuss your application.

* (required fields)

Corporate Name:

DBA:

Type of Business:

How Long in Business: (yrs) (mos)

Average Visa/MC monthly volume: $ .

Average Amex monthly volume: $ .

* Contact Person:

Title:

Address Line 1:

Address Line 2:

City:

State/Province: Zip:

* Phone: Ext:

Fax: Cell:

E-mail address:

Company web site:

Best time to reach:

**What Rapidpay services are you interested in? Please select all that apply:**

○ Immediate cash for today's credit card transactions

GET
$50
Cash A
TO

**Sin**
**appli**
**pro**

With Rapidp
are no tax r
no financial
no loan con
no headach
Approval is
and easy.
(click

- ◯ Advance funding for future credit card sales
- ◯ Low-cost credit card processing and equipment
- ◯ Batch auditing system
- ◯ Pre-paid advertising
- ◯ Third-party check cashing
- ◯ Payroll service
- ◯ Invoice & ACH factoring
- ◯ Wire transfers, bill payments, bank checks or money orders
- ◯ Rapidpay's Preferred B-to-B Network
- ◯ Other (please specify below)

Enter your comments here:

Send Information | Clear the form

Who We Are | What We Do | How You Benefit | Case Studies
B-to-B Network | Apply Now! | Contact Info | FAQs | Home

Copyright © 2002 Rapidpay LLC





Who We Are
What We Do
How You Benefit
Case Studies
B-to-B Network

**Rapidpay LLC**
17 Battery Place., Suite 1231
New York, NY 10017
212-809-0300 Phone
212-809-0333 Fax
1-866-Rapidpay (727-4372) Toll Free

**Corporate E-mail Addresses**
humanresources@erapidpay.com
customerservice@erapidpay.com
salesinfo@erapidpay.com
generalinformation@erapidpay.com
investorrelations@erapidpay.com

**Stephanie Nimberg**
President
snimberg@erapidpay.com

**Lance Sharp**
Director of Operations
lsharp@erapidpay.com

**Edith David**
Account Manager
edavid@erapidpay.com

Rapidpay offers....

Copyright © 2002 Rapidpay LLC