IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| **ADVANCEME, INC.** § | |
| § | |
| *Plaintiff* § | |
| § | CASE NO.. 6:05CV 424 LED |
| § | |
| vs. § | |
| § | |
| **RAPIDPAY, LLC**<sup>SM</sup> § | |
| § | |
| *Defendant.* § | NO JURY TRIAL DEMANDED |

## ORDER

This Court, having considered the Unopposed Motion to Defendant, Rapidpay, LLC to file its Sur-Reply to Plaintiff, Advanceme, Inc.'s Response to Motion to Dismiss and In the Alternative, Motion to Transfer, and such motion being unopposed,

IT IS HEREBY ORDERED that Defendant, Rapidpay, LLC, shall answer or otherwise file its Sur-Reply to Plaintiff, Advanceme, Inc.'s Response to Motion to Dismiss and In the Alternative, Motion to Transfer on or before December 28, 2005.