IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| ADVANCME, INC. | § | CIVIL ACTION NO. 6:05-CV-424 |
| | § | |
| VS. | § | |
| | § | |
| RAPID PAY, LLC | § | DAVIS |

### AFFIDAVIT OF STEPHANIE NIMBERG

STATE OF NEW YORK  §

COUNTY OF NEW YORK  §

Stephanie Nimberg, being duly sworn deposes and says:

1. I am the President of Rapid Pay, LLC and as such am fully familiar with all the facts and circumstances herein.

2. I make this affidavit in further support of Defendants motion to change venue or dismiss.

3. Rapid Pay, LLC has no current office in Texas and has no current customers in Texas.

4. Rapid Pay, LLC did do business in Texas over two years ago in September 2003. These customers no longer do any business with Rapid Pay. Rapid Pay, LLC has had no other customers in Texas and has not conducted any business in the State of Texas since.

5. Rapid Pay, LLC never had an attorney in Texas prior to our retention of Mr. Harrison for the within case.

Stephanie S. Nimberg, Pres.
Stephanie Nimberg

Sworn to before me this 28th of

December 2005

_____
Notary Public
State of New York
LANREA E MORRISON
#02M605964
EXPIRE 07/28/07