IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

ADVANC  ME, INC.                  §        CIVIL ACTION NO. 6:05-CV-424
                                  §
VS.                               §
                                  §
RAPID P/ Y, LLC                   §        DAVIS

AFFIDAVIT OF JIM D'ALESANDRO

STATE O  NEW YORK        §

COUNTY  )F NEW YORK      §


Jim D'Ales ndro, being duly sworn deposes and says:

    1.    I have read the affidavit of Dan Wellhoefer and respond as follows:

    2.    Rapid Pay, LLC does not have an 800 number. I do not recall ever

speaking tc someone named Dan Wellhoefer.

    3.    Rapid Pay, LLC does not currently operate in Texas and has no office in

Texas.

    4.    Rapid Pay, LLC never had an attorney in Texas prior to our retention of

Mr. Harris  i for the within case. I never told anyone that Rapid Pay, LLC had an

attorney wi  i an office in Austin, Texas.

                                                 Jim D'Alesandro , CEO

Sworn to b  ore me this 28ᵗʰ of
December,  005


Notary Pub  c
State of Ne  York
LAWREN  F  MORRISON
#  22MO ,05964
EXPIRES  7/28/07

Dockets.Justia.com