Appendix K

Revised: 12/3/03

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
Tyler    DIVISION
APPLICATION TO APPEAR PRO HAC VICE**

1. This application is being made for the following: Case # __6:05-CV-424__

    Style: __AdvanceMe, Inc. v. Rapidpay, LLC__

2. Applicant is representing the following party/ies:

    __Plaintiff, AdvanceMe, Inc.__

3. Applicant was admitted to practice in __CA__ (state) on __December 1985__ (date).

4. Applicant is in good standing and is otherwise eligible to practice law before this court.

5. Applicant is not currently suspended or disbarred in any other court.

6. Applicant has/(has not) had an application for admission to practice before another court denied (please circle appropriate language). If so, give complete information on a separate page.

7. Applicant has/(has not) ever had the privilege to practice before another court suspended (please circle). If so, give complete information on a separate page.

8. Applicant has/(has not) been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar (please circle).   If so, give complete information on a separate page.

9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you.  Omit minor traffic offenses.

10. There are no pending grievances or criminal matters pending against the applicant.

11. Applicant has been admitted to practice in the following courts:

    __California - EDCA, NDCA, CDCA; District of AZ; Ninth Cir.; Fed. Cir.__

12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."

13. Applicant has included the requisite $25 fee (see Local Rule AT-1(d)).

14. Applicant understands that he/she is being admitted for the limited purpose of appearing in the case specified above only.

**Application Oath:**

   I, __Ronald S. Lemieux__ do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

Date __12-23-05__            Signature __[signed]__

Name (please print) Ronald S. Lemieux
State Bar Number 120822
Firm Name: Paul, Hastings, Janofsky & Walker LLP
Address/P.O. Box: Five Palo Alto Square, 6th Floor
City/State/Zip: Palo Alto, CA 94306
Telephone #: (650) 320-1800
Fax #: (650) 320-1900
E-mail Address: ronaldlemieux@paulhastings.com

Applicant is authorized to enter an appearance as counsel for the party/parties listed above. This application has been approved for the court this 29th day of December, 2005

David J. Maland, Clerk
U.S. District Court, Eastern District of Texas

By _____
Deputy Clerk