AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS

| **ADVANCEME INC.** | **N O T I C E** |
|---|---|
| **V.** | |
| **RAPIDPAY LLC** | CASE NUMBER: 6:05-CV-424 |

TYPE OF CASE:

☒ CIVIL            ☐ CRIMINAL

☒ **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| **UNITED STATES DISTRICT COURT** **211 WEST FERGUSON, 3RD FLOOR** **TYLER, TEXAS 75702** | **306 - JUDGE DAVIS'S COURTROOM** |
| | DATE AND TIME: **FEBRUARY 1, 2006 AT 9:30 A.M.** |

TYPE OF PROCEEDING

**MOTION HEARING**
Motion to Dismiss for Lack of Jurisdiction (DOCKET No. 5)

Date: 1/5/06

**DAVID J. MALAND**
CLERK OF THE COURT

(BY) *Rosa L. Ferguson*, Courtroom Deputy

TO:   All Counsel of Record

**FILED - 1/5/06**
**U.S. DISTRICT COURT - EASTERN**
**DISTRICT OF TEXAS**
**DAVID J MALAND, CLERK**