IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| **ADVANCEME, INC.** § | |
| § | |
| *Plaintiff* § | |
| § | CASE NO.. 6:05CV 424 LED |
| § | |
| vs. § | |
| § | |
| **RAPID PAY, LLC**[SM] § | |
| § | |
| *Defendant.* § | |

## MOTION TO WITHDRAW AS ATTORNEY OF RECORD FOR <u>RAPIDPAY, LLC</u>

TO THE HONORABLE JUDGE OF SAID COURT:

Guy N. Harrison ("Counsel") files this Motion to Withdraw as Attorney of Record for Defendant, Rapidpay, LLC. Defendant, Rapidpay, LLC has advised by phone call from the President of said company, Stephanie Nimberg, that they have no objection to Counsel's withdrawal as its attorney of record. Counsel represents that his withdrawal will not materially affect the interest of Rapidpay, LLC or interfere or delay these proceedings as this matter is in the beginning stages of litigation.

I.

Defendant, Rapidpay, LLC has been advised of this filing by letter attached to this filing as exhibit "A" in addition to the phone contact reference above.

Counsel further advises that defendant Rapidpay, has been advised and is further advised by this pleading of the following deadlines:

| Event | Date |
|---|---|
| Initial disclosures of theories, identities of parties and witnesses, insurance agreements, etc. | Mar 3, 2006 |
| Additional disclosure relating to claims or defenses other than those addressed in the local patent rules | Mar 20, 2006 |
| Defendant's Preliminary Invalidity Contentions (prior art, etc.) and document production | Mar 28, 2006 |
| Parties exchange Proposed Terms and Claim Elements for Construction | Apr 7, 2006 |
| Mediation before Harry McKee | by Aug 15, 06 |
| Claim Construction Hearing (Markman) before Magistrate Love | Sep 20, 2006 |

II.

The contact information of Rapidpay to the knowledge of counsel is as follows:

Stephanie Nimberg
President of Rapidpay, LLC
17 Battery Place, Suite 1330
New York, New York 10004

Phone (212) 809-0300
Fax    (212) 809-0333

Lawrence Morrison
General Counsel of Rapidpay
17 Battery Place, Suite 1330
New York, New York 10004

Phone (212) 809-0300   ext 225
Fax    (212) 809-0333

WHEREFORE PREMISES CONSIDERED, Counsel respectfully requests that the Court permit his withdrawal as counsel of record for Rapidpay, LLC.

Dated: February 1, 2006.                     Respectfully submitted,
                                              /s/ Guy N. Harrison
                                              Guy N. Harrison
                                              Attorney at Law
                                              State Bar No. 00000077
                                              217 N. Center Street
                                              P.O. Box 2845
                                              Longview, Texas 75606
                                              Tel: (903) 758-7361
                                              Fax: (903) 753-9557
                                              E-Mail: cj-gnharrison@att.net

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been forwarded via the Court's CM/ECF Filing System or via first class mail to each attorney/party of record on this 17th day of February, 2006.

                                              /s/ Guy N. Harrison
                                              Guy N. Harrison

## CERTIFICATE OF CONFERENCE

Counsel for Defendant Rapidpay, LLC contacted counsel for Plaintiff on this 16th day of February, 2006 and Plaintiff does not oppose this motion.

                                              /s/ Guy N. Harrison
                                              Guy N. Harrison