# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| **ADVANCEME, INC.** | § | |
| | § | |
| *Plaintiff* | § | |
| | § | **CASE NO.. 6:05CV 424 LED** |
| | § | |
| vs. | § | |
| | § | |
| **RAPID PAY, LLC**<sup>SM</sup> | § | |
| | § | |
| *Defendant.* | § | |

## ORDER GRANTING MOTION TO WITHDRAW AS ATTORNEY OF RECORD FOR <u>RAPIDPAY, LLC</u>

Came on for consideration Guy N. Harrison's Motion to Withdraw as Attorney of Record for Rapidpay, LLC. Having considered the Motion, the Court is of the opinion that it is well taken and should be granted.

IT IS THEREFORE ORDERED that Guy N. Harrison's Motion to Withdraw as Attorney of Record for Defendant, Rapidpay, LLC is hereby GRANTED.