IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| **ADVANCEME, INC.** | § | |
| | § | |
| Plaintiff | § | |
| | § | CASE NO. 6:05 CV 424 |
| vs. | § | PATENT CASE |
| | § | |
| **RAPIDPAY LLC** | § | |
| | § | |
| Defendant | § | |

ORDER REFERRING PRETRIAL PROCEEDINGS
TO MAGISTRATE JUDGE

The above-styled and numbered cause is hereby **REFERRED** to United States Magistrate Judge John D. Love to conduct pretrial proceedings in accordance with 28 U.S.C. § 636.

**So ORDERED and SIGNED this 27th day of February, 2006.**

_____
LEONARD DAVIS
UNITED STATES DISTRICT JUDGE