IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| ADVANCEME, INC. § | |
| § | Civil Case No. 6:05-CV-424 LED |
| VS. § | |
| § | NO JURY REQUESTED |
| RAPDIPAY, LLC, BUSINESS CAPITAL § | |
| CORPORATION, FIRST FUNDS, LLC, § | EQUITABLE RELIEF ONLY |
| MERCHANT MONEY TREE, INC., § | |
| REACH FINANCIAL, LLC and FAST § | |
| TRANSACT, INC., dba SIMPLE CASH § | |

## NOTICE OF INITIAL DISCLOSURES

Pursuant to Local Rule CV-26(c) and the Docket Control and Discovery Order entered on February 24, 2006, Plaintiff AdvanceMe, Inc. certifies that it has furnished all parties of record with its Initial Disclosure on March 3, 2006.

Dated: March 3, 2006                                Respectfully submitted,

/s/ Otis Carroll
Otis Carroll
Texas State Bar No. 03895700
Deborah Race
Texas State Bar No. 16448700
IRELAND, CARROLL & KELLEY, P.C
6101 S. Broadway, Suite 500
Tyler, Texas 75703
Tel: (903) 561-1600
Fax: (903) 581-1071
Email: Fedserv@icklaw.com

ATTORNEYS FOR PLAINTIFF ADVANCEME, INC.

OF COUNSEL:

Ronald S. Lemieux
Daniel B. Pollack
PAUL, HASTINGS, JANOFSKY & WALKER, LLP
Five Palo Alto Square, Sixth Floor
Palo Alto, CA 94306-2155

Tel: (650) 320-1800
Fax: (650) 320-1900

Elizabeth L. Brann
3579 Valley Centre Drive
San Diego, CA 92130
Tel: (858) 720-2500
Fax: (858) 720-2555

ATTORNEYS FOR PLAINTIFF ADVANCEME, INC.

## CERTIFICATE OF SERVICE

     The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record or parties will be served by facsimile transmission and/or first class mail this 3rd day of March, 2006.

                                      /s/Otis Carroll