AO 440 (Rev. 10/93) Summons in a Civil Action

FILED CLERK
U.S. DISTRICT COURT
2006 MAR 24 PM 4:07
TEXAS EASTERN
BY _____

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

ADVANCEME, INC.

v.

1. RAPIDPAY LLC
2. BUSINESS CAPITAL CORPORATION
3. FIRST FUNDS LLC
4. MERCHANT MONEY TREE, INC.
5. REACH FINANCIAL, LLC
6. FAST TRANSACT, INC., D/B/A SIMPLE CASH

SUMMONS IN A CIVIL CASE

Case Number: 6:05-CV-424

TO: First Funds, LLC, 240 West 35th Street, 16th Floor, New York, New York 10001

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

**Otis W. Carroll**
**IRELAND CARROLL & KELLEY, P.C.**
**6101 South Broadway, Suite 500**
**Tyler, TX 75703**

an answer to the complaint which is served on you with this summons, within twenty (20) days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**DAVID J. MALAND** _____   2/27/06 _____
Clerk                                        Date

_____
(By) Deputy Clerk

Dockets.Justia.com

NAME ADDRESS AND TELEPHONE OF ATTORNEY

OTIS W. CARROLL
IRELAND, CARROLL & KELLEY, P.C.
6101 South Broadway, Suite 500
Tyler, TX 75703
Telephone: (903) 561-1600

ATTORNEY(S) FOR: Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF TEXAS

| ADVANCEME, INC.<br><br>              Plaintiff,<br><br>V.<br><br>RAPIDPAY LLC, et al.<br><br>              Defendant. | CASE NUMBER<br>6:05-CV-424<br><br>DECLARATION OF SERVICE |
|---|---|

At the time of service I was a citizen of the United States, over the age of eighteen, and not a party to this action; I served copies of the:

SUMMONS IN A CIVIL CASE; AMENDED COMPLAINT FOR PATENT INFRINGEMENT; DOCKET CONTROL ORDER

in the within action by personally delivering true copies thereof to the person served as follows:

  Served           : FIRST FUNDS, LLC

  By serving       : Christine Prins, Authorized Agent

  Address          : (Business)
                     240 West 35th Street, 16th Floor
                     New York, NY 10001

  Date of Service  : March 14, 2006

  Time of Service  : 3:33 PM

I declare under penalty of perjury under the laws of the United States of America that the foregoing information is true and correct.

Date: March 15, 2006

SPECIALIZED LEGAL SERVICES
1112 Bryant Street, Suite 200
San Francisco, CA 94103
Telephone: (415) 357-0500
Registered New York
Number

Signature: _____
STEVEN MITCHELL

187547