AO 440 (Rev. 10/93) Summons in a Civil Action

FILED CLERK
U.S. DISTRICT COURT
2006 MAR 24 PM 4:07
TEXAS EASTERN
BY_____

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

ADVANCEME, INC.

v.

1. RAPIDPAY LLC
2. BUSINESS CAPITAL CORPORATION
3. FIRST FUNDS LLC
4. MERCHANT MONEY TREE, INC.
5. REACH FINANCIAL, LLC
6. FAST TRANSACT, INC., D/B/A SIMPLE CASH

SUMMONS IN A CIVIL CASE

Case Number: 6:05-CV-424

TO: Fast Transact, Inc., d/b/a Simple Cash, 2590 Willamette Drive NE, Suite 202, Lacey, Washington 98516

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Otis W. Carroll
IRELAND CARROLL & KELLEY, P.C.
6101 South Broadway, Suite 500
Tyler, TX 75703

an answer to the complaint which is served on you with this summons, within twenty (20) days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

DAVID J. MALAND                                        2/27/06
Clerk                                                  Date

_____
(By) Deputy Clerk

NAME ADDRESS AND TELEPHONE NUMBER OF ATTORNEY

OTIS W. CARROLL
IRELAND, CARROLL & KELLEY, P.C.
6101 South Broadway, Suite 500
Tyler, TX 75703
Telephone: (903) 561-1600

ATTORNEY(S) FOR: Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| ADVANCEME, INC.<br><br>                    Plaintiff,<br><br>         V.<br><br>RAPIDPAY LLC, et al.<br><br>                    Defendant. | CASE NUMBER<br>6:05-CV-424<br><br><br>**DECLARATION OF SERVICE** |

At the time of service I was a citizen of the United States, over the age of eighteen, and not a party to this action; I served copies of the:

SUMMONS IN A CIVIL CASE; AMENDED COMPLAINT FOR PATENT INFRINGEMENT; DOCKET CONTROL ORDER

in the within action by personally delivering true copies thereof to the person served as follows:

    Served          : FAST TRANSACT, INC., d/b/a SIMPLE CASH

    By serving      : David Solomon, Chief Executive Officer

    Address         : (Business)
                      2590 Willamette Drive NE, Suite 202
                      Lacey, WA 98516

    Date of Service : March 14, 2006

    Time of Service : 2:00 PM

I declare under penalty of perjury under the laws of the United States of America that the foregoing information is true and correct.

Date: March 16, 2006

SPECIALIZED LEGAL SERVICES
1112 Bryant Street, Suite 200
San Francisco, CA 94103
Telephone: (415) 357-0500
Registered Thurston
Number 2003-0326-02

Signature: _____
          STEPHEN TREIBER

187552