AO 440 (Rev. 10/93) Summons in a Civil Action

~~FILED CLERK~~

U.S. DISTRICT COURT

2006 MAR 30  PM 4: 04

TEXAS EASTERN

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

ADVANCEME, INC.

v.

1. RAPIDPAY LLC
2. BUSINESS CAPITAL CORPORATION
3. FIRST FUNDS LLC
4. MERCHANT MONEY TREE, INC.
5. REACH FINANCIAL, LLC
6. FAST TRANSACT, INC., D/B/A SIMPLE CASH

**SUMMONS IN A CIVIL CASE**

BY

Case Number:  6:06-CV-424

TO:    **Reach Financial, LLC, 2 Sound View Drive, Greenwich, Connecticut 06830**

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

**Otis W. Carroll
IRELAND CARROLL & KELLEY, P.C.
6101 South Broadway, Suite 500
Tyler, TX 75703**

an answer to the complaint which is served on you with this summons, within twenty (20)  days after service of this
summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the
relief demanded in the complaint.  Any answer that you serve on the parties to this action must be filed with the Clerk of
this Court within a reasonable period of time after service.

DAVID J. MALAND
_____
Clerk

_____2/27/06_____
Date

m Corey
_____
(By) Deputy Clerk

Dockets.Justia.com

NAME ADDRESS AND TELEPHONE NUMBER C  ,TTORNEY

OTIS W. CARROLL
IRELAND, CARROLL & KELLEY, P.C.
6101 South Broadway, Suite 500
Tyler, TX 75703
Telephone: (903) 561-1600


ATTORNEY(S) FOR: Plaintiff

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF TEXAS

| | | CASE NUMBER |
|---|---|---|
| ADVANCEME, INC. | | 6:05-CV-424 |
| | Plaintiff, | |
| V. | | |
| RAPIDPAY LLC, et al. | | **DECLARATION OF SERVICE** |
| | Defendant. | |

At the time of service I was a citizen of the United States, over the age of eighteen, and not a party to this action; I served copies of the:

SUMMONS IN A CIVIL CASE; AMENDED COMPLAINT FOR PATENT INFRINGEMENT; DOCKET CONTROL ORDER

in the within action by personally delivering true copies thereof to the person served as follows:

Served                : REACH FINANCIAL, LLC

By serving            : Karen Johnson, Authorized Agent

Address               : (Business)
                        2 Sound View Drive
                        Greenwich, CT 06830

Date of Service   : March 21, 2006

Time of Service   : 3:45 PM

I declare under penalty of perjury under the laws of the United States of America that the foregoing information is true and correct.

Date: March 22, 2006

SPECIALIZED LEGAL SERVICES
1112 Bryant Street, Suite 200
San Francisco, CA 94103
Telephone: (415) 357-0500
Registered Connecticut
Number 344

Signature: _Kevin Farina_

KEVIN FARINA

187551