## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | |
|---|---|
| **ADVANCEME, INC.** § | |
| § | **Civil Case No. 6:05-CV-424** |
| **VS.** § | |
| § | **Davis** |
| **RAPDIPAY, LLC** § | |

## MOTION TO WITHDRAW APPEARANCE OF COUNSEL

Plaintiff AdvanceMe, Inc. respectfully moves the Court to withdraw the appearance of Daniel B. Pollack in the above-captioned matter. In support of this Motion, movant states:

a. Daniel B. Pollack appeared in this matter on behalf of AdvanceMe, Inc. when he was associated with the law firm of Paul Hastings, Janofsky & Walker, LLP for the purpose of receiving notices from the court.

b. Daniel B. Pollack is no longer associated with the law firm of Paul Hastings, Janofsky & Walker, LLP and, therefore, no longer represents AdvanceMe, Inc. in this matter.

WHEREFORE, Plaintiff AdvanceMe, Inc. respectfully requests that this Court enter an order approving the withdrawal of Daniel B. Pollack in this matter.

Respectfully submitted,

/s/ Otis Carroll
Otis Carroll
Texas State Bar No. 03895700
Deborah Race
Texas State Bar No. 16448700
IRELAND, CARROLL & KELLEY, P.C
6101 S. Broadway, Suite 500
Tyler, Texas 75703
Tel: (903) 561-1600
Fax: (903) 581-1071
Email: Fedserv@icklaw.com

**OF COUNSEL:**

Ronald S. Lemieux
PAUL, HASTINGS, JANOFSKY & WALKER, LLP
Five Palo Alto Square, Sixth Floor
Palo Alto, CA 94306-2155
Tel: (650) 320-1800
Fax: (650) 320-1900

Elizabeth L. Brann
3579 Valley Centre Drive
San Diego, CA 92130
Tel: (858) 720-2500
Fax: (858) 720-2555

**ATTORNEYS FOR PLAINTIFF ADVANCEME, INC**.

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record or parties will be served by facsimile transmission and/or first class mail this 3rd day of April, 2006.

                                        /s/Otis Carroll