## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | | |
|---|---|---|
| **ADVANCEME, INC.** | § | |
| | § | **Civil Case No. 6:05-CV-424** |
| **VS.** | § | |
| | § | **Davis** |
| **RAPDIPAY, LLC** | § | |

## ORDER GRANTING MOTION TO WITHDRAW
## APPEARANCE OF COUNSEL

Before the Court is a Motion to Withdraw Appearance of Counsel filed April 3, 2006.

Having considered the motion, the Court is of the opinion that the motion should be granted.

**IT IS THEREFORE ORDERED** that the Motion to Withdraw Appearance of Counsel

is in all thing **GRANTED.**

**IT IS FURTHER ORDERED** that leave is hereby **GRANTED** for Daniel B. Pollack to

withdraw as counsel of record in the above referenced civil action.

**SO ORDERED.**

SIGNED this _____ day of _____, 2006.