# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| **ADVANCEME, INC.**, <br><br> Plaintiff, <br><br> vs. <br><br> **RAPIDPAY, LLC, BUSINESS CAPITAL CORPORATION, FIRST FUNDS LLC, MERCHANT MONEY TREE, INC., REACH FINANCIAL, LLC and FAST TRANSACT, INC. dba SIMPLE CASH** <br><br> Defendants | CASE NO. 6: 05-CV-424-LED-JDL <br><br><br> NO JURY REQUESTED – EQUITABLE RELIEF ONLY |

## ORDER GRANTING PERMANENT INJUNCTION

Because this Court has found that default judgment against Defendant Rapidpay, LLC ("Rapidpay") under Federal Rules of Civil Procedure 37 and 55 is appropriate, Rapidpay, its officers, agents, servants, employees, and all persons and entities acting in concert with Rapidpay, or in participation with Rapidpay, be enjoined from making, using, selling, or offering for sale in the United States, or importing into the United States, any products and/or services that infringe, induce the infringement of, or contributorily infringe U.S. Patent No. 6,941,281 entitled "Automated Payment."

IT IS THEREFORE ORDERED AND ADJUDGED that a default judgment permanently enjoining Defendant Rapidpay, LLC from infringing U.S. Patent No. 6,941,281 be entered with Plaintiff AdvanceMe, Inc.'s attorney's fees and costs for bringing said motion for default judgment taxed to Rapidpay, LLC.