# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| **ADVANCEME, INC.**, | **CASE NO. 6: 05-CV-424 LED** |
| Plaintiff, | |
| vs. | NO JURY REQUESTED – |
| **RAPIDPAY LLC, BUSINESS CAPITAL CORPORATION, FIRST FUNDS LLC, MERCHANT MONEY TREE, INC., REACH FINANCIAL, LLC and FAST TRANSACT, INC. dba SIMPLE CASH** | EQUITABLE RELIEF ONLY |
| Defendants | |

## AGREED MOTION FOR EXTENSION OF TIME
## FOR DEFENDANT BUSINESS CAPITAL CORPORATION
## TO ANSWER OR OTHERWISE RESPOND

Plaintiff has agreed to grant the request of Defendant Business Capital Corporation for a ten day extension of time to answer Plaintiff's Amended Complaint.

Business Capital Corporation's answer was due on April 24, 2006, but with the ten day extension will now be due on May 4, 2006.

Plaintiff respectfully requests that the Court grant this agreed motion and extend the deadline for Business Capital Corporation to answer Plaintiff's Amended Complaint until May 4, 2006.

A Proposed Order is submitted herewith.

- 2 -

                                      Respectfully submitted:

Date: April 24, 2006

                              By: /s/ Otis Carroll
                                  Otis Carroll, Attorney-in-Charge
                                  Texas State Bar No. 03895700
                                  IRELAND, CARROLL & KELLEY P.C.
                                  6101 South Broadway, Suite 500
                                  Tyler, Texas 75703
                                  Telephone:  (903) 561-1600
                                  Facsimile:  (903) 581-1071
                                  Email:  Fedserv@icklaw.com

                                  ATTORNEYS FOR PLAINTIFF ADVANCEME, INC.


PAUL, HASTINGS, JANOFSKY & WALKER LLP

Ronald S. Lemieux (*Admitted Pro Hac Vice*)
Daniel B. Pollack (*Admitted Pro Hac Vice*)
Five Palo Alto Square, Sixth Floor
Palo Alto, CA  94306-2155
Telephone: (650) 320-1800
Telecopier: (650) 320-1900
Email:  ronlemieux@paulhastings.com

Elizabeth L. Brann (CA Bar No. 222873)
3579 Valley Centre Drive
San Diego, CA  92130
Telephone: (858) 720-2500
Telecopier: (858) 720-2555

ATTORNEYS FOR PLAINTIFF ADVANCEME, INC.

- 3 -

**CERTIFICATE OF SERVICE**

     The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by facsimile transmission and/or first class mail this 24th day of April, 2006.

                                                */s/* Otis Carroll_____