# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| **ADVANCEME, INC.**, | **CASE NO. 6: 05-CV-424 LED** |
| Plaintiff, | |
| vs. | NO JURY REQUESTED – EQUITABLE RELIEF ONLY |
| **RAPIDPAY LLC, BUSINESS CAPITAL CORPORATION, FIRST FUNDS LLC, MERCHANT MONEY TREE, INC., REACH FINANCIAL, LLC and FAST TRANSACT, INC. dba SIMPLE CASH** | |
| Defendants | |

## ORDER GRANTING MOTION TO EXTEND TIME
## TO ANSWER OR OTHERWISE RESPOND

Before the Court is an Agreed Motion to Extend Time to Answer or Otherwise Respond for Defendant Capital Business Corporation to respond to Plaintiff's Amended Complaint to and including May 4, 2006. The Court, having considered the motion, finds that it is well taken and should be GRANTED.

It is therefore ORDERED that Defendant Capital Business Corporation shall have to and including May 4, 2006 to respond to Plaintiff's Amended Complaint.