IN THE UNITED STATES COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| ADVANCEME, INC. | § | |
|    *Plaintiff* | § | |
| | § | |
| VS. | § | |
| | § | |
| RAPIDPAY, LLC, BUSINESS CAPITAL | § | CAUSE NO. 6:05CV424 LED |
| CORPORATION, FIRST FUNDS LLC, | § | |
| MERCHANT MONEY TREE, INC., | § | |
| REACH FINANCIAL, LLC and | § | |
| FAST TRANSACT, INC. d/b/a | § | |
| SIMPLE CASH | § | |
|    *Defendant* | § | |

## NOTICE OF APPEARANCE OF
## ADDITIONAL COUNSEL FOR DEFENDANT REACH FINANCIAL LLC

Defendant, First Funds LLC, files this Notice of Appearance of Additional Counsel, and hereby notifies the Court that Doug R. McSwane, Jr. of the law firm Potter Minton, A Professional Corporation, 110 N. College, Suite 500, Tyler, Texas 75702, dougmcswane@potterminton.com, is appearing as additional counsel for Reach Financial LLC in the above-referenced matter. All pleadings, discovery, correspondence and other material should be served upon counsel at the address referenced above.

                          Respectfully submitted,

                          /s/ Douglas R. McSwane, Jr.
                          Douglas R. McSwane, Jr.
                          State Bar No. 13861300
                          dougmcswane@potterminton.com
                          POTTER MINTON
                          A Professional Corporation
                          110 N. College, Suite 500
                          Tyler, Texas 75702
                          903/597-8311
                          903/593-0846 Facsimile

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who have consented to electronic service and are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this the 24th day of April, 2006. Any other counsel of record will be served by first class mail on this same date.

/s/ Douglas R. McSwane, Jr.
Douglas R. McSwane, Jr.

{VAM\7560\0001\W0303351.1 }

**OF-COUNSEL FOR PLAINTIFF
NUTRITION 21, LLC:**

| | |
|---|---|
| Charles R. Wolfe, Jr. | Douglas R. McSwane |
| D.C. Bar No. 374911 | Texas Bar No. 13861300 |
| wolfe@blankrome.com | dougmcswane@potterminton.com |
| Brian W. Higgins | E. Glenn Thames, Jr. |
| Maryland Bar _____ | Texas Bar No. 00785097 |
| higgins@blankrome.com | glennthames@potterminton.com |
| BLANK ROME LLP | Brad E. Seidel |
| 600 New Hampshire Ave., N.W. | Texas Bar No. 24008008 |
| Washington, DC  20037 | bradseidel@potterminton.com |
| Phone: (202) 772-5932 | POTTER MINTON, P.C. |
| Fax: (202) 772-5858 | 500 Plaza Tower |
| | Tyler, Texas  75702 |
| | Phone:  (903) 597-8311 |
| | Fax:  (903) 593-0846 |

## CERTIFICATE OF SERVICE

  The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this _____ day of July, 2005.  Any other counsel of record will be served by facsimile transmission.

                       /s/ Douglas R. McSwane