IN THE UNITED STATES COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| ADVANCEME, INC. <br> *Plaintiff* | § <br> § <br> § | |
| VS. | § <br> § | |
| RAPIDPAY, LLC, BUSINESS CAPITAL <br> CORPORATION, FIRST FUNDS LLC, <br> MERCHANT MONEY TREE, INC., <br> REACH FINANCIAL, LLC and <br> FAST TRANSACT, INC. d/b/a <br> SIMPLE CASH <br> *Defendant* | § <br> § <br> § <br> § <br> § <br> § <br> § | CAUSE NO. 6:05CV424 LED |

## NOTICE OF APPEARANCE OF
## ADDITIONAL COUNSEL FOR DEFENDANT FIRST FUNDS LLC

Defendant First Funds LLC files this Notice of Appearance of Additional Counsel, and hereby notifies the Court that Joseph D. Gray, of the law firm Vinson & Elkins LLP, 2801 Via Fortuna, Suite 100, Austin, Texas 78746, jgray@velaw.com, is appearing as additional counsel for First Funds LLC in the above-referenced matter. All pleadings, discovery, correspondence and other material should be served upon counsel at the address referenced above.

Respectfully submitted,

/s/ Joseph D. Gray

Joseph D. Gray
Texas State Bar No. 24045970
VINSON & ELKINS L.L.P.
2801 Via Fortuna, Suite 100
Austin, Texas 78746
Phone: (512) 542-8400 –
Fax: (512) 236-3224

## CERTIFICATE OF SERVICE

     I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this the 25th day of April, 2006. Any other counsel of record will be served by first class mail on this same date.

                                                    /s/ Joseph D. Gray
                                                    Joseph D. Gray