## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | |
|---|---|
| **ADVANCEME, INC.** § | |
| § | **Civil Case No. 6:05-CV-424** |
| **VS.** § | |
| § | **Davis** |
| **RAPDIPAY, LLC** § | |

### PLAINTIFF'S NOTICE OF COMPLIANCE

Plaintiff, AdvanceMe, Inc., notifies the Court that it has served on all counsel of record its Proposed Terms and Claim Elements For Construction in compliance with P.R. 4-1 on April 24, 2006.

Respectfully submitted,

/s/ Otis Carroll
Otis Carroll
Texas State Bar No. 03895700
Deborah Race
Texas State Bar No. 16448700
IRELAND, CARROLL & KELLEY, P.C
6101 S. Broadway, Suite 500
Tyler, Texas 75703
Tel: (903) 561-1600
Fax: (903) 581-1071
Email: Fedserv@icklaw.com

**OF COUNSEL:**

Ronald S. Lemieux
PAUL, HASTINGS, JANOFSKY & WALKER, LLP
Five Palo Alto Square, Sixth Floor
Palo Alto, CA 94306-2155
Tel: (650) 320-1800
Fax: (650) 320-1900

Elizabeth L. Brann
3579 Valley Centre Drive
San Diego, CA 92130
Tel: (858) 720-2500
Fax: (858) 720-2555

**ATTORNEYS FOR PLAINTIFF ADVANCEME, INC**.

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record or parties will be served by facsimile transmission and/or first class mail this 25th day of April, 2006.

                                          /s/Otis Carroll