Appendix K                                                                    Revised: 12/3/03

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
_____DIVISION

APPLICATION TO APPEAR PRO HAC VICE

FILED CLERK
U.S. DISTRICT COURT
2006 APR 26 PM 4:05
TEXAS EASTERN
BY_____

1. This application is being made for the following: Case # 6:05-cv-424; 6:06-cv-82
Style: AdvanceMe, Inc. v. RapidPay LLC et al.; AdvanceMe, Inc. v. AmeriMerchant, LLC

2. Applicant is representing the following party/ies:
First Funds LLC, Merchant Money Tree, Inc., Reach Financial, Amerimerchant

3. Applicant was admitted to practice in NY (state) on May 19, 2004 (date).

4. Applicant is in good standing and is otherwise eligible to practice law before this court.

5. Applicant is not currently suspended or disbarred in any other court.

6. Applicant has/has not had an application for admission to practice before another court denied (please circle appropriate language). If so, give complete information on a separate page.

7. Applicant has/has not ever had the privilege to practice before another court suspended (please circle). If so, give complete information on a separate page.

8. Applicant has/has not been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar (please circle). If so, give complete information on a separate page.

9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you. Omit minor traffic offenses.

10. There are no pending grievances or criminal matters pending against the applicant.

11. Applicant has been admitted to practice in the following courts:
District Courts for the Southern and Eastern Districts of New York

12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."

13. Applicant has included the requisite $25 fee (see Local Rule AT-1(d)).

14. Applicant understands that he/she is being admitted for the limited purpose of appearing in the case specified above only.

**Application Oath:**

I, Hilary Preston _____ do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

Date April 25, 2006           Signature /s/ Hilary Preston

Name (please print) Hilary Preston

State Bar Number _____

Firm Name:    Vinson & Elkins LLP

Address/P.O. Box:   666 Fifth Avenue, 26th Floor

City/State/Zip: New York, NY 10103

Telephone #:  212-237-0000

Fax #:  212-237-0100

E-mail Address: hpreston@velaw.com

Applicant is authorized to enter an appearance as counsel for the party/parties listed above. This application has been approved for the court this 26th day of April, 2006.

David J. Maland, Clerk
U.S. District Court, Eastern District of Texas

By _____Thompson_____
Deputy Clerk