# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### TYLER DIVISION

| | |
|---|---|
| **ADVANCEME, INC.**, | CASE NO. 6: 05-CV-424 LED |
| Plaintiff, | |
| vs. | NO JURY REQUESTED – |
| **RAPIDPAY LLC**, **BUSINESS CAPITAL CORPORATION**, **FIRST FUNDS LLC**, **MERCHANT MONEY TREE, INC.**, **REACH FINANCIAL, LLC** and **FAST TRANSACT, INC.** dba **SIMPLE CASH** | EQUITABLE RELIEF ONLY |
| Defendants | |

## SECOND AGREED MOTION FOR EXTENSION OF TIME FOR DEFENDANT BUSINESS CAPITAL CORPORATION TO ANSWER OR OTHERWISE RESPOND

Plaintiff has agreed to grant the request of Defendant Business Capital Corporation for a ten day extension of time to answer Plaintiff's Amended Complaint.

Business Capital Corporation's answer was due on May 4, 2006, but with the ten day extension will now be due on May 15, 2006.

Plaintiff respectfully requests that the Court grant this second agreed motion and extend the deadline for Business Capital Corporation to answer Plaintiff's Amended Complaint until May 15, 2006.

A Proposed Order is submitted herewith.

                                      Respectfully submitted:

                                    By: /s/ Otis Carroll

Date: May 4, 2006                     Otis Carroll, Attorney-in-Charge
                                      Texas State Bar No. 03895700
                                      IRELAND, CARROLL & KELLEY P.C.

                                      6101 South Broadway, Suite 500
                                      Tyler, Texas 75703
                                      Telephone:  (903) 561-1600
                                      Facsimile:  (903) 581-1071
                                      Email:  Fedserv@icklaw.com

                                      ATTORNEYS FOR PLAINTIFF ADVANCEME, INC.

PAUL, HASTINGS, JANOFSKY & WALKER LLP
Ronald S. Lemieux (*Admitted Pro Hac Vice*)
Daniel B. Pollack (*Admitted Pro Hac Vice*)
Five Palo Alto Square, Sixth Floor
Palo Alto, CA  94306-2155
Telephone: (650) 320-1800
Telecopier: (650) 320-1900
Email:  ronlemieux@paulhastings.com

Elizabeth L. Brann (CA Bar No. 222873)
3579 Valley Centre Drive
San Diego, CA  92130
Telephone: (858) 720-2500
Telecopier: (858) 720-2555

ATTORNEYS FOR PLAINTIFF ADVANCEME, INC.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by facsimile transmission and/or first class mail this 4th day of May, 2006.

/s/ Otis Carroll