# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| **ADVANCEME, INC.**, <br><br> Plaintiff, <br><br> vs. <br><br> **RAPIDPAY LLC**, **BUSINESS CAPITAL CORPORATION, FIRST FUNDS LLC, MERCHANT MONEY TREE, INC., REACH FINANCIAL, LLC and FAST TRANSACT, INC. dba SIMPLE CASH** <br><br> Defendants | CASE NO. 6: 05-CV-424 LED <br><br><br> NO JURY REQUESTED – EQUITABLE RELIEF ONLY |

## ORDER GRANTING SECOND MOTION TO EXTEND TIME
## TO ANSWER OR OTHERWISE RESPOND

Before the Court is an Agreed Motion to Extend Time to Answer or Otherwise Respond for Defendant Capital Business Corporation to respond to Plaintiff's Amended Complaint to and including May 15, 2006. The Court, having considered the motion, finds that it is well taken and should be GRANTED.

It is therefore ORDERED that Defendant Capital Business Corporation shall have to and including May 15, 2006 to respond to Plaintiff's Amended Complaint.

**So ORDERED and SIGNED this 5th day of May, 2006.**

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE