# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| **ADVANCEME, INC.** | § | |
| | § | |
| VS. | § | Civil Case No. 6:05-CV-424 LED |
| | § | |
| **1. RAPIDPAY, LLC;** | § | |
| **2. BUSINESS CAPITAL** | § | |
| **CORPORATION;** | § | **NO JURY REQUESTED** |
| **3. FIRST FUNDS, LLC;** | § | |
| **4. MERCHANT MONEY TREE, INC.;** | § | **EQUITABLE RELIEF ONLY** |
| **5. REACH FINANCIAL, LLC; and** | § | |
| **6. FAST TRANSACT, INC., d/b/a** | § | |
| **SIMPLE CASH** | § | |

## MOTION FOR DISMISSAL WITHOUT PREJUDICE

Now comes the Plaintiff, ADVANCEME, INC., by its attorneys, and pursuant to Federal Rule of Civil Procedure 41(a) respectfully moves this Honorable Court for entry of an order dismissing without prejudice its complaint for patent infringement against BUSINESS CAPITAL CORPORATION. This motion does not affect the rights of ADVANCEME, INC. against any other Defendant. A proposed order is attached.

Respectfully submitted,

/s/ Otis Carroll
Otis Carroll, Attorney-in-Charge
Texas State Bar No. 03895700
IRELAND, CARROLL & KELLEY P.C.
6101 South Broadway, Suite 500
Tyler, Texas 75703
Telephone: (903) 561-1600
Facsimile: (903) 581-1071
Email: Fedserv@icklaw.com

OF COUNSEL:

PAUL, HASTINGS, JANOFSKY & WALKER LLP
Ronald S. Lemieux (*Admitted Pro Hac Vice*)
Daniel B. Pollack (*Admitted Pro Hac Vice*)
Five Palo Alto Square, Sixth Floor
Palo Alto, CA  94306-2155
Telephone: (650) 320-1800
Telecopier: (650) 320-1900
Email:  ronlemieux@paulhastings.com

Elizabeth L. Brann (CA Bar No. 222873)
3579 Valley Centre Drive
San Diego, CA  92130
Telephone: (858) 720-2500
Telecopier: (858) 720-2555

                            ATTORNEYS FOR PLAINTIFF ADVANCEME, INC.


**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).  Any other counsel of record will be served by facsimile transmission and/or first class mail this 22nd day of May, 2006.

                                              */s/* Otis Carroll