# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | | |
|---|---|---|
| **ADVANCEME, INC.** | § | |
| | § | |
| VS. | § | Civil Case No. 6:05-CV-424 LED |
| | § | |
| **1. RAPIDPAY, LLC;** | § | |
| **2. BUSINESS CAPITAL** | § | |
| **CORPORATION;** | § | **NO JURY REQUESTED** |
| **3. FIRST FUNDS, LLC;** | § | |
| **4. MERCHANT MONEY TREE, INC.;** | § | **EQUITABLE RELIEF ONLY** |
| **5. REACH FINANCIAL, LLC; and** | § | |
| **6. FAST TRANSACT, INC., d/b/a** | § | |
| **SIMPLE CASH** | § | |

## **ORDER**

THIS CAUSE COMING TO BE HEARD on ADVANCEME, INC.'S motion to dismiss BUSINESS CAPITAL CORPORATION, due notice having been given, and the Court having been fully advised;

IT IS HEREBY ORDERED that this case is dismissed as to Defendant BUSINESS CAPITAL CORPORATION, without prejudice, and without attorney's fees or costs to either party. This order does not affect the rights of ADVANCEME, INC. against any other party in this case.