Lawrence Morrison
17 Battery Place
Suite 1330
New York, NY 10004

Case: 6:05cv424

**UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF TEXAS
211 W. FERGUSON ST.
TYLER, TEXAS 75702

OFFICIAL BUSINESS

RECEIVED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

MAY 2 2 2006

DAVID J. MALAND, CLERK

EAST TEXAS
TX 757
05 MAY 2006

$00.390
05/05/2006
Mailed From 75702
US POSTAGE

NIXIE        100    1        40 05/20/06
        RETURN TO SENDER
     ATTEMPTED - NOT KNOWN
        UNABLE TO FORWARD

BC: 75702720011    *1086-10612-05-37

Dockets.Justia.com