### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF TEXAS
### TYLER DIVISION

| | | |
|---|---|---|
| **ADVANCEME, INC.** | § | |
| **Plaintiff,** | § | |
| | § | **CIVIL ACTION NO. 6:05cv424** |
| **vs.** | § | |
| | § | |
| **RAPIDPAY, LLC, BUSINESS** | § | |
| **CAPITALCORPORATION, FIRST** | § | |
| **FUNDS LLC, MERCHANT MONEY** | § | |
| **TREE, INC., REACH FINANCIAL,** | § | |
| **LLC and FAST TRANSACT, INC. dba** | § | |
| **SIMPLE CASH** | § | |
| **Defendants.** | § | |

## ORDER

Before the Court is Plaintiff, AdvanceMe, Inc.'s ("AdvanceMe"), motion for default judgment against Defendant, Rapidpay LLC ("Rapidpay") (Doc. 33). The Court hereby sets AdvanceMe's motion for hearing on June 7, 2006 at 9:30 am before the Honorable John D. Love in the Federal Courthouse Tyler, Texas. In setting the motion, the Court would like to note that Rapidpay has not filed anything with the Court since February 17, 2006 when its sole attorney in this matter, Guy Harrison, sought to withdraw as attorney (Doc. 18). The Court granted Mr. Harrison's motion on February 23, 2006 (Doc. 19). Rapidpay has not secured counsel to replace Mr. Harrison, so notice of filings has been sent to Rapidpay's president, Stephanie Nimberg, and general counsel, Lawrence Morrison, at 17 Battery Place, Suite 1330, New York, NY 10004. However, on May 22, 2006, notices sent to Ms. Nimberg and Mr. Morrison at this address were returned as undeliverable. (Doc. 54, 55). With little reason to believe notice of this order will reach Rapidpay, the Court requests that any party knowing of an address where Rapidpay may be reached contact the Court with that information.

**So ORDERED and SIGNED this 25th day of May, 2006.**

_John P. Love_

JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE