## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | | |
|---|---|---|
| **ADVANCEME, INC.,** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | |
| | § | |
| **RAPIDPAY LLC, BUSINESS CAPITAL** | § | **CASE NO. 6:05-CV-424 LED** |
| **CORPORATION, FIRST FUNDS, LLC,** | § | |
| **MERCHANT MONEY TREE, INC.,** | § | |
| **REACH FINANCIAL, LLC, and FAST** | § | |
| **TRANSACT, INC. d/b/a SIMPLE CASH,** | § | |
| | § | |
| *Defendants.* | § | |

## ORDER GRANTING JOINT MOTION TO AMEND

Came on to be heard the parties' Joint Motion to Amend Docket Control Order in the above-referenced cause, and the Court, after review the subject Motion, and the entire record in this cause, it is hereby **ORDERED** that said Motion shall be in all things **GRANTED**; and it is

**FURTHER ORDERED** that the Docket Control Order is hereby amended pursuant to the parties' proposed Amended Docket Control Order attached to the Joint Motion as Exhibit "A"; and it is

**FURTHER ORDERED** that Exhibit "A" is approved.

{A10\7560\0001\W0305431.1 }