AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT

EASTERN　　　　　　　　　　DISTRICT OF　　　　　　　　　TEXAS

ADVANCEME, INC.

**NOTICE**

V.

RAPIDPAY LLC

CASE NUMBER: 6:05cv424

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS
JUN - 2006
DAVID J. MALAND, CLERK

TYPE OF CASE:

☑ CIVIL　　　☐ CRIMINAL

☐ **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
|  | DATE AND TIME |

TYPE OF PROCEEDING

HEARING ON MOTION FOR DEFAULT JUDGMENT

☑ **TAKE NOTICE** that a proceeding in this case has been continued as indicated below:

| PLACE<br>211 W. Ferguson<br>Tyler, Texas 75702 | DATE AND TIME PREVIOUSLY SCHEDULED<br><br>6/7/2006 9:30 am | CONTINUED TO DATE AND TIME<br><br>6/15/2006 9:30 am |
|---|---|---|

JOHN D. LOVE
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

6/5/2006　　　　　　　　　　　　　　　　　　Sharon R. Guthrie
DATE　　　　　　　　　　　　　　　　　　　　(BY) DEPUTY CLERK

TO:

Otis Carroll, Attorney for Plaintiff
Stephanie Nimberg, Attorney for Defendant
Lawrence Morrison, Attorney for Defendant
Douglas McSwane, Jr., Attorney for Defendant