UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| ADVANCEME, INC. | § | |
| | § | **NOTICE** |
| V. | § | 6:05CV424 |
| | § | |
| RAPIDPAY, LLC, ET AL | § | |

**TYPE OF CASE:**

☐ **CIVIL**

TAKE NOTICE that a proceeding in this case has been set before **John D. Love, United States Magistrate Judge**, at the following place, date and time.

| PLACE | DATE AND TIME |
|---|---|
|  |  |
|  |  |

**TYPE OF PROCEEDING:**

MOTION FOR DEFAULT JUDGMENT

**X** TAKE NOTICE that the proceeding in this case has been continued/rescheduled as indicated below:

| PLACE: | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED/RESCHEDULED, DATE AND TIME |
|---|---|---|
| U.S. DISCTRICT COURT 211 WEST FERGUSON TYLER, TEXAS | 6/15/2006 AT 9:30 A.M. | |
| | | |

Date: June 14, 2006                                **John D. Love**
                                                   **U.S. Magistrate Judge**
cc: all parties

                                                   Mechele Morris
                                                   Courtroom Deputy

Dockets.Justia.com