IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| ADVANCEME, INC. | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| RAPIDPAY LLC, BUSINESS CAPITAL | § | CIVIL ACTION NO. 6:05-cv-424-LED-JDL |
| CORPORATION, FIRST FUNDS LLC, | § | |
| MERCHANT MONEY TREE, INC., | § | |
| REACH FINANCIAL, LLC and FAST | § | |
| TRANSACT, INC. d/b/a SIMPLE CASH | § | |
| | § | |
| Defendants. | § | |

## DEFENDANT REACH FINANCIAL, LLC's
## NOTICE OF AMENDED INITIAL DISCLOSURES

Pursuant to United States District Court for the Eastern District of Texas Local Rule CV-26(c), Defendant Reach Financial, LLC gives notice that it served its Amended Initial Disclosures on all parties on July 21, 2006, pursuant to Federal Rule of Civil Procedure 26(a)(1).

Respectfully submitted,

Dated: July 21, 2006

BY: /s/ Joseph D. Gray
  Willem G. Schuurman
  Texas State Bar No. 17855200
  Joseph D. Gray
  Texas State Bar No. 24045970
  VINSON & ELKINS L.L.P.
  2801 Via Fortuna, Suite 100
  Austin, Texas 78746
  Phone: (512) 542-8400 –
  Fax: (512) 236-3476

  - and –

          Hilary Preston
          Admitted Pro Hac Vice
          VINSON & ELKINS L.L.P.
          666 Fifth Avenue
          26th Floor
          New York, New York 10103
          Phone: (212) 237-0000
          Fax: (212) 237-0100

           - and –

          Douglas McSwane
          Texas State Bar No. 13861300
          POTTER MINTON, P.C.
          110 North College
          500 Plaza Tower
          Tyler, Texas 75702
          Phone: (903) 597-8311
          Fax: (903) 593-0846

          *ATTORNEYS FOR DEFENDANT*
          *REACH FINANCIAL, LLC*

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this document was served on all counsel who are deemed to have consented to electronic service.  Local Rule CV-5(a)(3)(A).  All other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by First Class Mail on this the 21st day of July, 2006:

                                            /s/  Joseph D. Gray
                                            Joseph D. Gray