IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| ADVANCEME, INC. | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| RAPIDPAY LLC, BUSINESS CAPITAL | § | CIVIL ACTION NO. 6:05-cv-424-LED-JDL |
| CORPORATION, FIRST FUNDS LLC, | § | |
| MERCHANT MONEY TREE, INC., | § | |
| REACH FINANCIAL, LLC and FAST | § | |
| TRANSACT, INC. d/b/a SIMPLE CASH | § | |
| | § | |
| Defendants. | § | |

## **NOTICE OF SUPPLEMENTAL DISCLOSURES UNDER P.R. 3-3 AND 3-4**

Defendants First Funds LLC, Merchant Money Tree, Inc., and Reach Financial LLC hereby give notice that they have supplemented their Patent Local Rule 3-3 and 3-4 disclosures by serving Defendants' Amended Preliminary Invalidity Contentions and additional document production consisting of LI_00001-00015 and EDSADV 00046-00103 via electronic mail and/or U.S. Mail to all counsel of record on July 21, 2006.

Dated: July 21, 2006               Respectfully submitted,

                                    BY: /s/ Joseph D. Gray_____
                                        Willem G. Schuurman
                                        Texas State Bar No. 17855200
                                        Joseph D. Gray
                                        Texas State Bar No. 24045970
                                        VINSON & ELKINS L.L.P.
                                        2801 Via Fortuna, Suite 100
                                        Austin, Texas 78746
                                        Phone:  (512) 542-8400 –
                                        Fax:  (512) 236-3476

                                            - and –

Hilary Preston
Admitted Pro Hac Vice
VINSON & ELKINS L.L.P.
666 Fifth Avenue
26th Floor
New York, New York 10103
Phone:  (212) 237-0000
Fax:  (212) 237-0100

	- and –

Douglas McSwane
Texas State Bar No. 13861300
POTTER MINTON, P.C.
110 North College
500 Plaza Tower
Tyler, Texas 75702
Phone:  (903) 597-8311
Fax:  (903) 593-0846

*ATTORNEYS FOR DEFENDANTS FIRST FUNDS LLC, MERCHANT MONEY TREE, INC., and REACH FINANCIAL, LLC*

## **CERTIFICATE OF SERVICE**

     The undersigned hereby certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this document was served on all counsel who are deemed to have consented to electronic service.  Local Rule CV-5(a)(3)(A).  All other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by First Class Mail on this the 21st day of July, 2006:

                                                       /s/  Joseph D. Gray
                                                         Joseph D. Gray