IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| ADVANCEME, INC. § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | |
| § | |
| RAPIDPAY LLC, BUSINESS CAPITAL § | CIVIL ACTION NO. 6:05-cv-424-LED-JDL |
| CORPORATION, FIRST FUNDS LLC, § | |
| MERCHANT MONEY TREE, INC., § | |
| REACH FINANCIAL, LLC and FAST § | |
| TRANSACT, INC. d/b/a SIMPLE CASH § | |
| § | |
| Defendants. § | |

## **NOTICE OF COMPLIANCE WITH P.R. 4-1**

Defendants First Funds LLC, Merchant Money Tree, Inc., and Reach Financial LLC hereby give notice that they have complied with Patent Local Rule 4-1 and have served their required lists of proposed terms and claim elements on all counsel of record via Facsimile and/or U.S. Mail on July 10, 2006.

Dated: July 21, 2006                                  Respectfully submitted,

                                                      BY: /s/ Joseph D. Gray
                                                          Willem G. Schuurman
                                                          Texas State Bar No. 17855200
                                                          Joseph D. Gray
                                                          Texas State Bar No. 24045970
                                                          VINSON & ELKINS L.L.P.
                                                          2801 Via Fortuna, Suite 100
                                                          Austin, Texas 78746
                                                          Phone: (512) 542-8400 –
                                                          Fax: (512) 236-3476

                                                              - and –

Hilary Preston
Admitted Pro Hac Vice
VINSON & ELKINS L.L.P.
666 Fifth Avenue
26th Floor
New York, New York 10103
Phone:  (212) 237-0000
Fax:  (212) 237-0100

- and –

Douglas McSwane
Texas State Bar No. 13861300
POTTER MINTON, P.C.
110 North College
500 Plaza Tower
Tyler, Texas 75702
Phone:  (903) 597-8311
Fax:  (903) 593-0846

*ATTORNEYS FOR DEFENDANTS FIRST FUNDS LLC, MERCHANT MONEY TREE, INC., and REACH FINANCIAL, LLC*

## CERTIFICATE OF SERVICE

     The undersigned hereby certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this document was served on all counsel who are deemed to have consented to electronic service.  Local Rule CV-5(a)(3)(A).  All other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by First Class Mail on this the 21st day of July, 2006:

                                                   /s/  Joseph D. Gray
                                                   Joseph D. Gray