# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| **ADVANCEME, INC.,** § | |
| § | |
| *Plaintiff,* § | |
| § | |
| v. § | |
| § | |
| **RAPIDPAY LLC, BUSINESS CAPITAL** § | **CASE NO. 6:05-CV-424 LED** |
| **CORPORATION, FIRST FUNDS, LLC,** § | |
| **MERCHANT MONEY TREE, INC.,** § | |
| **REACH FINANCIAL, LLC, and FAST** § | |
| **TRANSACT, INC. d/b/a SIMPLE CASH,** § | |
| § | |
| *Defendants.* § | |

## JOINT MOTION TO ENTER PROTECTIVE ORDER

Pursuant to the Agreed Motion to Amend Docket Control and Discovery Orders, Plaintiff AdvanceMe, Inc. and Defendants First Funds LLC, Merchant Money Tree, Inc. and Reach Financial LLC hereby submit this Joint Motion to Enter Protective Order.

The Defendant Rapid Pay LLC is in default and the other Defendants have not appeared in the case. The parties who have appeared request that the Court enter this Agreed Protective Order so that documents may be produced pursuant to the confidentiality provisions of the Protective Order

The Parties respectfully request that the Agreed Motion to Enter Protective Order be GRANTED, and that the Court enter the attached Protective Order.

Dated: July 26th, 2006               Respectfully submitted,

             By: */s/ Douglas R. McSwane, Jr.*
                Willem G. Schuurman
                Texas State Bar No. 17855200
                Joseph D. Gray
                Texas State Bar No. 24045970
                **VINSON & ELKINS L.L.P.**
                2801 Via Fortuna, Suite 100
                Austin, Texas 78746
                Phone: (512) 542-8400 –
                Fax: (512) 236-3476
                E-mail: bschuurman@velaw.com
                     JGray@velaw.com

                      -and-

                Douglas R. McSwane, Jr.
                Texas State Bar No. 13861300
                **POTTER MINTON, P.C.**
                110 North College
                500 Plaza Tower
                Tyler, Texas 75702
                Phone: (903) 597-8311
                Fax: (903) 593-0846

                **ATTORNEYS FOR DEFENDANTS**
                **MERCHANT MONEY TREE, INC.**
                **FIRST FUNDS, LLC**
                **REACH FINANCIAL, LLC**


             By: */s/ Deborah Race*
                Otis W Carroll, Jr
                Texas State Bar No. 03895700
                Deborah Race
                Texas State Bar No. 16448700
                **IRELAND CARROLL & KELLEY, PC**
                6101 S Broadway
                Suite 500
                Tyler, TX 75703
                903-561-1600
                E-Mail: drace@icklaw.com

JOINT MOTION TO AMEND DOCKET CONTROL ORDER          Page 2 of 4
*AdvanceMe, Inc. v. Rapidpay, LLC, et al.*
{VAM\7560\0001\W0308834.1 }

**Of Counsel:**

Ronald S. Lemieux
**PAUL HASTINGS JANOFSKY & WALKER LLP**
Five Palo Alto Square
Sixth Floor
Palo Alto, CA 94306-2155
650/320-1821
Fax: 650/320-1900
Email: ronaldlemieux@paulhastings.com

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by facsimile transmission and/or first class mail this 26th day of July 2006.

                                        */s/ Douglas R. McSwane, Jr.*
                                        Douglas R. McSwane, Jr.

JOINT MOTION TO AMEND DOCKET CONTROL ORDER                        Page 4 of 4
*AdvanceMe, Inc. v. Rapidpay, LLC, et al.*
{VAM\7560\0001\W0308834.1 }