## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | |
|---|---|
| ADVANCEME, INC. § | |
| § | |
| VS. § | |
| § | |
| RAPIDPAY, LLC, BUSINESS CAPITAL § | Civil Case No. 6:05-CV-424 (DAVIS) |
| CORPORATION, FIRST FUNDS, LLC, § | |
| MERCHANT MONEY TREE, INC., § | |
| REACH FINANCIAL, LLC and FAST § | |
| TRANSACT, INC., dba SIMPLE CASH § | |

### JOINT MOTION TO AMEND DOCKET CONTROL ORDER

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW Plaintiff, AdvanceMe, Inc. ("AdvanceMe") and Defendants, First Funds, L.L.C., ("First Funds"), Merchant Money Tree, Inc. ("Merchant") and Reach Financial, L.L.C. ("Reach Financial") and file this joint motion to amend the docket control order entered by this Court on June 2, 2006. As this Court knows, there are two cases involving plaintiff AdvanceMe against separate defendants. However, counsel for First Funds, Merchant and Reach Financial in this case also represents the defendant in cause number 6:06-cv-82, styled *AdvanceMe, Inc. v. AmeriMerchant, L.L.C.* The parties have agreed that it would be advisable to have some of the deadlines in both cases be identical and, to some extent, the existing docket control orders accomplish that. However, they diverge with respect to compliance with P.R. 4-2 and P.R. 4-3, as well as with the discovery deadline relating to claim construction. In order to have those deadlines occur on the same date in both cases, the parties propose the following amendment to the docket control order in this case: that the date of July 31, 2006, on which the parties are to comply with P.R. 4-3, filing of joint claim construction and prehearing statement, be changed in this case to August

2, 2006; and that the date of August 30, 2006, on which discovery for claim construction was to close, be moved to September 8, 2006.

WHEREFORE, the parties jointly move this Court to enter an amended docket control order providing that the date to comply with P.R. 4-3 be changed from July 31, 2006 to August 2, 2006, and the date on which the discovery deadline for claim construction issues was to close be moved from August 30, 2006 to September 8, 2006.

An order reflecting the relief requested is attached for the Court's convenience.

Respectfully submitted,

By: /s/ Otis Carroll (with permission by Deborah Race)
Otis Carroll
Texas State Bar No. 03895700
Deborah Race
Texas State Bar No. 16448700
IRELAND, CARROLL & KELLEY, P.C
6101 S. Broadway, Suite 500
Tyler, Texas 75703
Tel: (903) 561-1600
Fax: (903) 581-1071
Email: Fedserv@icklaw.com

Ronald S. Lemieux
Vid Bhakar
Robert C. Matz
PAUL, HASTINGS, JANOFSKY & WALKER, LLP
Five Palo Alto Square, Sixth Floor
Palo Alto, CA 94306-2155
Tel: (650) 320-1800
Fax: (650) 320-1900
Email: ronaldlemieux@paulhastings.com
Email: robertmatz@paulhastings.com
Email: vidbhakar@paulhastings.com

**ATTORNEYS FOR ADVANCEME, INC.**

-2-

By: /s/ Doug McSwane (with permission by Deborah Race)

Douglas Ray McSwane
State Bar No. 13861300
POTTER MINTON
A Professional Corporation
110 N. College, Suite 500
Tyler, Texas 75702
Tel: (903) 597-8311
Fax: (903) 593-0846
dougmcswane@potterminton.com

Hilary Preston
VINSON & ELKINS
666 Fifth Ave., 26th Fl.
New York, NY 10103
Tel: 212-237-0000
Fax: 212-237-0100
hpreston@velaw.com

Willem G. Schuurman
State Bar No. 17855200
Joseph Daniel Gray
VINSON & ELKINS, LLP
The Terrace 7
2801 Via Fortuna, Suite 100
Austin, Texas 78746
Tel: (512) 542-8663
Fax: (512) 236-3422

**ATTORNEYS FOR FIRST FUNDS, L.L.C., MERCHANT MONEYTREE, INC. AND REACH FINANCIAL, L.L.C.**

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record or parties will be served by facsimile transmission and/or first class mail this 28th day of July, 2006.

                                      /s/  
                                      Deborah Race