# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| ADVANCEME, INC. | § | |
| | § | |
| VS. | § | |
| | § | Civil Case No. 6:05-CV-424 (DAVIS) |
| RAPIDPAY, LLC, BUSINESS CAPITAL | § | |
| CORPORATION, FIRST FUNDS, LLC, | § | |
| MERCHANT MONEY TREE, INC., | § | |
| REACH FINANCIAL, LLC and FAST | § | |
| TRANSACT, INC., dba SIMPLE CASH | § | |

## PLAINTIFF ADVANCME, INC.'S NOTICE OF ORDER DISMISSING CHAPTER 11 BANKRUPTCY AND REQUEST FOR CONSIDERATION OF MOTION FOR DEFAULT JUDGMENT

**TO THE HONORABLE JUDGE OF SAID COURT:**

On November 9, 2005, Plaintiff, AdvanceMe, Inc. ("AdvanceMe") filed suit against defendant Rapidpay, L.L.C. ("Rapidpay"), in the above cause. Thereafter, Rapidpay failed to comply with this Court's orders and deadlines, and failed to appoint new counsel to act on its behalf after the withdrawal of its original counsel. On April 6, 2006, AdvanceMe filed a Motion for Default Judgment against Rapidpay. Thereafter, AdvanceMe learned that Rapidpay had, in fact, filed for bankruptcy protection in the Southern District of New York, in case number 06-10453BRL. AdvanceMe notified this Court of the bankruptcy proceeding and resulting stay, and this Court cancelled a hearing it had previously set on the motion for default.

Attached to this notice is a copy of an Order Dismissing Chapter 11 Bankruptcy Pursuant to § 1112(B)(1) of the Bankruptcy Code. Therein, the United States bankruptcy judge, the Honorable Burton R. Lifland, orders that RapidPay, L.L.C.'s bankruptcy be dismissed with prejudice to refiling for 120 days. This order was entered on July 25, 2006. Therefore, as a result of the dismissal of the bankruptcy, no automatic stay remains in place and this Court is free to

consider AdvanceMe's previously filed Motion for Default Judgment which was filed on April 6, 2006 as Docket # 33.

Therefore, Plaintiff AdvanceMe, Inc. respectfully prays that this Court now consider its Motion for Default Judgment filed against Rapidpay.  AdvanceMe requests any and all additional relief to which it may be entitled either in law or equity.

Dated: July 31, 2006                                Respectfully submitted,

/s/ Deborah Race
Otis Carroll
Texas State Bar No. 03895700
Deborah Race
Texas State Bar No. 16448700
IRELAND, CARROLL & KELLEY, P.C
6101 S. Broadway, Suite 500
Tyler, Texas 75703
Tel: (903) 561-1600
Fax: (903) 581-1071
Email: Fedserv@icklaw.com


**OF COUNSEL:**

Ronald S. Lemieux
Daniel B. Pollack
PAUL, HASTINGS, JANOFSKY & WALKER, LLP
Five Palo Alto Square, Sixth Floor
Palo Alto, CA 94306-2155
Tel: (650) 320-1800
Fax: (650) 320-1900

Elizabeth L. Brann
3579 Valley Centre Drive
San Diego, CA 92130
Tel: (858) 720-2500
Fax: (858) 720-2555

**ATTORNEYS FOR PLAINTIFF ADVANCEME, INC**.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record or parties will be served by facsimile transmission and/or first class mail this 31st day of July, 2006.

/s/
Deborah Race