| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF NEW YORK | CASE NO. 06-10453 BRL |
| IN RE: RAPIDPAY, LLC<br>   tax id: 11-3619849 | **CHAPTER 11** |
| Debtor. | |

### ORDER DISMISSING CHAPTER 11 BANKRUPTCY PURSUANT TO §1112(b)(1) OF THE BANKRUPTCY CODE

Upon the Notice of Motion and Application of Debtor dated June 12, 2006, as Debtor-In-Possession, seeking an Order Pursuant to §1112(b)(1) and Rule 2009(a), 1017(d) and 9013 of the Bankruptcy Code, for an Order dismissing this case and notice having been given to the United States Trustee for the Southern District of New York and all parties in interest, and David B. Shaev, Esq. having appeared as attorney on behalf of the Debtor on July 25, 2006 at 10:00 a.m. and there being no opposition thereto, it is hereby

**ORDERED**, that the Chapter 11 Bankruptcy of the above Debtor is hereby dismissed pursuant to §1112(b)(1) with prejudice to re-filing for 120 days and that the United States Trustee's fees be paid through entry date of dismissal.

DATED: NEW YORK, NEW YORK
           JULY 25, 2006

/s/Burton R. Lifland
Honorable Burton R. Lifland
United States Bankruptcy Judge