IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| ADVANCEME, INC. | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| RAPIDPAY LLC, BUSINESS CAPITAL | § | CIVIL ACTION NO. 6:05-cv-424-LED-JDL |
| CORPORATION, FIRST FUNDS LLC, | § | |
| MERCHANT MONEY TREE, INC., | § | |
| REACH FINANCIAL, LLC and FAST | § | |
| TRANSACT, INC. d/b/a SIMPLE CASH | § | |
| | § | |
| Defendants. | § | |

## **DEFENDANT MERCHANT MONEY TREE, INC.'s**
## **NOTICE OF SECOND AMENDED INITIAL DISCLOSURES**

Pursuant to United States District Court for the Eastern District of Texas Local Rule CV-26(c), Defendant Merchant Money Tree, Inc. gives notice that it served its Second Amended Initial Disclosures on all parties on August 3, 2006, pursuant to Federal Rule of Civil Procedure 26(a)(1).

Respectfully submitted,

Dated: August 3, 2006

BY: /s/ Joseph D. Gray
Willem G. Schuurman
Texas State Bar No. 17855200
Joseph D. Gray
Texas State Bar No. 24045970
VINSON & ELKINS L.L.P.
2801 Via Fortuna, Suite 100
Austin, Texas 78746
Phone: (512) 542-8400 –
Fax: (512) 236-3476

- and –

Hilary Preston
Admitted Pro Hac Vice
VINSON & ELKINS L.L.P.
666 Fifth Avenue
26th Floor
New York, New York 10103
Phone:  (212) 237-0000
Fax:  (212) 237-0100

   - and –

Douglas McSwane
Texas State Bar No. 13861300
POTTER MINTON, P.C.
110 North College
500 Plaza Tower
Tyler, Texas 75702
Phone:  (903) 597-8311
Fax:  (903) 593-0846

*ATTORNEYS FOR DEFENDANT*
*MERCHANT MONEY TREE, INC.*

## CERTIFICATE OF SERVICE

  The undersigned hereby certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this document was served on all counsel who are deemed to have consented to electronic service.  Local Rule CV-5(a)(3)(A).  All other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by First Class Mail on this the 3rd day of August, 2006:

              /s/  Joseph D. Gray
              Joseph D. Gray