# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | | |
|---|---|---|
| ADVANCEME, INC. | § | |
| | § | Civil Case No. 6:05-CV-424 (DAVIS) |
| VS. | § | |
| | § | |
| RAPIDPAY, LLC, BUSINESS CAPITAL | § | |
| CORPORATION, FIRST FUNDS, LLC, | § | |
| MERCHANT MONEY TREE, INC., | § | |
| REACH FINANCIAL, LLC and FAST | § | |
| TRANSACT, INC., dba SIMPLE CASH | § | |

## ORDER GRANTING JOINT MOTION TO AMEND DOCKET CONTROL ORDER

Came on for consideration the joint motion of plaintiff and defendants to amend the docket control order in this case and upon due consideration the Court finds that the joint motion should be GRANTED. Accordingly, it is hereby

ORDERED that the docket control order in this case should be AMENDED in the following manner:

| Current Deadline | Amended Deadline | Description of Setting |
|---|---|---|
| July 31, 2006 | August 2, 2006 | Comply with P.R. 4-3 Filing of Joint Claim Construction and Prehearing Statement |
| August 30, 2006 | September 8, 2006 | Discovery Deadline - Claim Construction Issues |

All other deadlines in the Amended Docket Control Order dated June 2, 2006 shall remain the same.

**So ORDERED and SIGNED this 3rd day of August, 2006.**

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE