# IN THE UNITED STATES DISTRICT COURT FOR
# THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| ADVANCEME, INC.,<br><br>　　　　Plaintiff<br><br>　　v.<br><br>RAPIDPAY LLC, BUSINESS CAPITAL CORPORATION, FIRST FUNDS LLC, MERCHANT MONEY TREE, INC., REACH FINANCIAL, LLC, and FAST TRANSACT, INC. dba SIMPLE CASH,<br><br>　　　　Defendants | CASE NO. 6:05-CV-424 LED<br><br>**Rule 7.1 Disclosure Statement** |

　　Pursuant to FED. R. CIV. P. 7.1(a), the undersigned counsel for Defendant First Funds LLC certifies that no publicly held corporation owns 10% or more of First Funds LLC's outstanding membership units and that no parent corporation exists.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　By:  /s/ Joseph D. Gray_____
　　　　　　　　　　　　　　　　　　　　Willem G. Schuurman
　　　　　　　　　　　　　　　　　　　　Texas State Bar No. 17855200
　　　　　　　　　　　　　　　　　　　　Joseph D. Gray
　　　　　　　　　　　　　　　　　　　　Texas State Bar No. 24045970
　　　　　　　　　　　　　　　　　　　　VINSON & ELKINS L.L.P.
　　　　　　　　　　　　　　　　　　　　2801 Via Fortuna, Suite 100
　　　　　　　　　　　　　　　　　　　　Austin, Texas 78746
　　　　　　　　　　　　　　　　　　　　Phone:  (512) 542-8400
　　　　　　　　　　　　　　　　　　　　Fax:  (512) 236-3476

　　　　　　　　　　　　　　　　　　　　- and –

Hilary Preston
VINSON & ELKINS L.L.P.
666 Fifth Avenue, 26th Floor
New York, NY 10103
Tel: (212) 237-0000
Fax: (212) 237-0100

- and –

Douglas McSwane
Texas State Bar No. 13861300
POTTER MINTON, P.C.
110 North College
500 Plaza Tower
Tyler, Texas 75702
Phone: (903) 597-8311
Fax: (903) 593-0846

*ATTORNEYS FOR DEFENDANT*
*FIRST FUNDS, LLC*

**CERTIFICATE OF SERVICE**

    I hereby certify that all counsel of record who have consented to electronic service are being served a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this the 4th day of August, 2006.  Any other counsel of record will be served by first class mail on this same date.

                                           /s/ Joseph D. Gray
                                           Joseph D. Gray