# IN THE UNITED STATES DISTRICT COURT FOR
# THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| ADVANCEME, INC., <br><br> Plaintiff <br><br> v. <br><br> RAPIDPAY LLC, BUSINESS CAPITAL CORPORATION, FIRST FUNDS LLC, MERCHANT MONEY TREE, INC., REACH FINANCIAL, LLC, and FAST TRANSACT, INC. d/b/a SIMPLE CASH, <br><br> Defendants | CASE NO. 6:05-CV-424 LED-JDL <br><br> **Rule 7.1 Disclosure Statement** |

Pursuant to FED. R. CIV. P. 7.1(a), the undersigned counsel for Defendant Merchant Money Tree, Inc. certifies that no publicly held corporation owns 10% or more of Merchant Money Tree, Inc.'s outstanding stock and that no parent corporation exists.

        Respectfully submitted,

    By:  /s/ Joseph D. Gray
        Willem G. Schuurman
        Texas State Bar No. 17855200
        Joseph D. Gray
        Texas State Bar No. 24045970
        VINSON & ELKINS L.L.P.
        2801 Via Fortuna, Suite 100
        Austin, Texas 78746
        Phone: (512) 542-8400
        Fax: (512) 236-3476

        - and –

Hilary Preston
VINSON & ELKINS L.L.P.
666 Fifth Avenue, 26th Floor
New York, NY 10103
Tel: (212) 237-0000
Fax: (212) 237-0100

    - and –

Douglas McSwane
Texas State Bar No. 13861300
POTTER MINTON, P.C.
110 North College
500 Plaza Tower
Tyler, Texas 75702
Phone:  (903) 597-8311
Fax:  (903) 593-0846

*ATTORNEYS FOR DEFENDANT*
*MERCHANT MONEY TREE, INC.*

**CERTIFICATE OF SERVICE**

    I hereby certify that all counsel of record who have consented to electronic service are being served a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this the 4th day of August, 2006. Any other counsel of record will be served by first class mail on this same date.

                                                                                /s/ Joseph D. Gray
                                                                                Joseph D. Gray