

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

APPLICATION TO APPEAR PRO HAC VICE

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS
AUG 17 2006
DAVID J. MALAND, CLERK

1. This application is being made for the following: Case # _____6:05-CV-0424 LED_____
   Style: _____Advanceme, Inc. v. RapidPay, et al._____

2. Applicant is representing the following party/ies: _____Advanceme, Inc._____

3. Applicant was admitted to practice in California (state) on _____November 1995_____ (date).

4. Applicant is in good standing and is otherwise eligible to practice law before this court.

5. Applicant is not currently suspended or disbarred in any other court.

6. Applicant has/has not had an application for admission to practice before another court denied (please circle appropriate language). If so, give complete information on a separate page.

7. Applicant has/has not ever had the privilege to practice before another court suspended (please circle). If so, give complete information on a separate page.

8. Applicant has/has not been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar (please circle).

   If so, give complete information on a separate page.

9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you. Omit minor traffic offenses.

10. There are no pending grievances or criminal matters pending against the applicant.

11. Applicant has been admitted to practice in the following courts: _____California State Courts; Federal Circuit; Ninth Circuit_____

12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."

13. Applicant has included the requisite $25 fee (see Local Rule AT-1(d)).

14. Applicant understands that he/she is being admitted for the limited purpose of appearing in the case specified above only.

**Application Oath:**

I, __Michael N. Edelman__, do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

Date __8/16/06__    Signature _____

| | |
|---|---|
| Name (please print) | Michael N. Edelman |
| State Bar Number | 180948 |
| Firm Name: | Paul, Hastings, Janofsky & Walker LLP |
| Address/P.O. Box: | Five Palo Alto Square, Sixth Floor |
| City/State/Zip: | Palo Alto, CA  94306-2155 |
| Telephone #: | 650.320.1800 |
| Fax #: | 650.320.1900 |
| E-mail Address: | michaeledelman@paulhastings.com |

Applicant is authorized to enter an appearance as counsel for the party/parties listed above. This application has been approved for the court this _17th_ day of __August__, 20_06_.

David J. Maland, Clerk
U.S. District Court, Eastern District of Texas

By _____
Deputy Clerk

LEGAL_US_W # 54223335.1