# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| **ADVANCEME, INC.,** § | | |
| Plaintiff, § | | CIVIL CASE NO. 6:05-cv-424 (LED) |
| v. § | | |
| § | | |
| **RAPIDPAY LLC, FIRST FUNDS LLC,** § | | |
| **MERCHANT MONEY TREE, INC.,** § | | |
| **REACH FINANCIAL, LLC, and** § | | |
| **FAST TRANSACT, INC. d/b/a** § | | |
| **SIMPLE CASH,** § | | |
| Defendants. § | | |
| § | | |

## ADVANCEME, INC.'S DISCLOSURE STATEMENT
## PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1(a)

Pursuant to Federal Rule of Civil Procedure 7.1(a), Plaintiff AdvanceMe, Inc. ("AdvanceMe") states that its parent corporation is Capital Access Network, Inc. and that no publicly held corporation owns 10% or more of its stock.

Respectfully submitted,

Date: August 25, 2006        By: _____/s/ Ronald S. Lemieux_____
                                                PAUL, HASTINGS, JANOFSKY & WALKER LLP
                                                Ronald S. Lemieux
                                                (CA Bar No. 120822) (Admitted Pro Hac Vice)
                                                Michael N. Edelman
                                                (CA Bar No. 180948) (Admitted Pro Hac Vice)
                                                Vidya R. Bhakar
                                                (CA Bar No. 220210) (Admitted Pro Hac Vice)
                                                Robert C. Matz
                                                (CA Bar No. 217822) (Admitted Pro Hac Vice)
                                                Shanée Y. Williams
                                                (CA Bar No. 221319) (Admitted Pro Hac Vice)

Five Palo Alto Square, Sixth Floor
Palo Alto, CA 94306-2155
Telephone: (650) 320-1800
Telecopier: (650) 320-1900
Email: ronlemieux@paulhastings.com

IRELAND, CARROLL & KELLEY, P.C.
Otis W. Carroll, Attorney-in-Charge
State Bar No. 03895700
Deborah Race
State Bar No. 16448700
6101 South Broadway, Suite 500
Tyler, TX 75703
Telephone: 903-561-1600
Facsimile: 903-581-1071
Email: fedserv@icklaw.com

ATTORNEYS FOR PLAINTIFF ADVANCEME, INC.