# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| **ADVANCEME, INC.,** § | | |
| Plaintiff, § | | CIVIL CASE NO. 6:05-cv-424 (LED) |
| v. § | | |
| § | | |
| **RAPIDPAY LLC, FIRST FUNDS LLC,** § | | |
| **MERCHANT MONEY TREE, INC.,** § | | |
| **REACH FINANCIAL, LLC, and** § | | |
| **FAST TRANSACT, INC. d/b/a** § | | |
| **SIMPLE CASH,** § | | |
| Defendants. § | | |
| § | | |

## ADVANCEME, INC.'S DISCLOSURE STATEMENT
## PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1(a)

Pursuant to Federal Rule of Civil Procedure 7.1(a), Plaintiff AdvanceMe, Inc. ("AdvanceMe") states that its parent corporation is Capital Access Network, Inc. and that no publicly held corporation owns 10% or more of its stock.

Respectfully submitted,

Date:  August 29, 2006           By: _____/s/ Ronald S. Lemieux_____
                                 PAUL, HASTINGS, JANOFSKY & WALKER LLP
                                 Ronald S. Lemieux
                                 (CA Bar No. 120822) (Admitted Pro Hac Vice)
                                 Michael N. Edelman
                                 (CA Bar No. 180948) (Admitted Pro Hac Vice)
                                 Vidya R. Bhakar
                                 (CA Bar No. 220210) (Admitted Pro Hac Vice)
                                 Robert C. Matz
                                 (CA Bar No. 217822) (Admitted Pro Hac Vice)
                                 Shanée Y. Williams
                                 (CA Bar No. 221319)  (Admitted Pro Hac Vice)

1

Five Palo Alto Square, Sixth Floor
Palo Alto, CA  94306-2155
Telephone: (650) 320-1800
Telecopier: (650) 320-1900
Email:  ronlemieux@paulhastings.com

IRELAND, CARROLL & KELLEY, P.C.
Otis W. Carroll, Attorney-in-Charge
State Bar No. 03895700
Deborah Race
State Bar No. 16448700
6101 South Broadway, Suite 500
Tyler, TX  75703
Telephone:  903-561-1600
Facsimile:  903-581-1071
Email:  fedserv@icklaw.com

ATTORNEYS FOR PLAINTIFF ADVANCEME, INC.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| ADVANCEME, INC., <br>     Plaintiff, <br> v. <br><br> RAPIDPAY LLC, FIRST FUNDS LLC, <br> MERCHANT MONEY TREE, INC., <br> REACH FINANCIAL, LLC, and <br> FAST TRANSACT, INC. d/b/a <br> SIMPLE CASH, <br>     Defendants. | § § § § § § § § § § § § | CIVIL CASE NO. 6:05-cv-424 (LED) |

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who have consented to electronic service are being served a copy of this document via the court's CM/ECF system per Local Rule CV-5(a)(3) on this the 29th day of August, 2006. Any other counsel of record will be served by first class mail on this same date.

                                                  /s/ Ronald S. Lemieux
                                                Ronald S. Lemieux

LEGAL_US_W # 54250589.1