IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| ADVANCEME, INC. | § | CIVIL CASE NO. 6:05-cv-424 LED |
| Plaintiff, | § | |
| | § | |
| vs. | § | |
| RAPIDPAY LLC, FIRST FUNDS, LLC, | § | |
| MERCHANT MONEY TREE, INC., | § | |
| REACH FINANCIAL, LLC and | § | |
| FAST TRANSACT, INC., d/b/a | § | |
| SIMPLE CASH | § | |
| Defendnats. | § | |
| | § | |
| ADVANCEME, INC. | § | CIVIL CASE NO. 6:06-cv-82 LED |
| Plaintiff, | § | |
| | § | |
| | § | |
| VS. | § | |
| | § | JURY TRIAL DEMANDED |
| AMERIMERCHANT, LLC | § | |
| Defendant. | § | |

## JOINT NOTICE REGARDING TECHNICAL ADVISORS

Pursuant to the Court's Docket Control Orders dated June 6, 2006 and July 6, 2006 in the above-referenced cases, Plaintiff, AdvanceMe, Inc. ("AdvanceMe") and Defendants, First Funds, LLC, Merchant Money Tree, Inc., Reach Financial, LLC, and AmeriMerchant, hereby notify this Honorable Court that due to the non-technical nature of the above-referenced cases, the parties agree that no technical advisor is needed and request that no technical advisor be appointed by the Court.

Respectfully submitted,

Date:   September 5, 2006                    Date: September 5, 2006

/s/ Ronald S. Lemieux (by permission Otis Carroll)    /s/ Willem G. Schuurman (by permission Otis Carroll)
Ronald S. Lemieux (Admitted Pro Hac Vice)      Willem G. Schuurman

| | |
|---|---|
| CA Bar No. 120822 | Texas State Bar No. 17855200 |
| Vidya R. Bhakar (Admitted Pro Hac Vice) | Joseph D. Gray |
| CA Bar No. 220210 | Texas State Bar No. 24045970 |
| Robert C. Matz (Admitted Pro Hac Vice) | VINSON & ELKINS, L.L.P. |
| CA Bar No. 217822 | 2801 Via Fortuna, Suite 100 |
| PAUL, HASTINGS, JANOFKSY & WALKER, LLP | Austin, Texas 78746 |
| | Tel: (512) 542-8400 |
| Five Palo Alto Square, Sixth Floor | Fax: (512) 236-3476 |
| Palo Alto, CA 94306-1800 | -and- |
| Tel: (650) 320-1800 | Hilary Preston (Admitted Pro Hac Vice) |
| Fax: (650) 340-1900 | VINSON & ELKINS, L.L.P. |
| Email: ronlemieux@paulhastings.com | 666 Fifth Avenue, 26th Floor |
| | New York, New York 10103 |
| Otis Carroll, ***Attorney in Charge*** | Tel: (212) 237-0000 |
| Texas Bar No. 03895700 | Fax: (212) 237-0100 |
| Deborah Race | -and- |
| Texas Bar No. 16448700 | Douglas McSwane |
| IRELAND, CARROLL & KELLEY, P.C. | Texas Bar No. 13861300 |
| 6101 S. Broadway, Suite 500 | POTTER MINTON, P.C. |
| Tyler, Texas 75703 | 110 North College |
| Tel: (903) 561-1600 | 500 Plaza Tower |
| Fax: (903) 581-1071 | Tyler, Texas 75703 |
| Email: fedserv@icklaw.com | Tel: (903) 597-8311 |
| | Fax: (903) 593-0846 |
| | |
| ATTORNEYS FOR PLAINTIFF, ADVANCEME, INC. | ATTORNEYS FOR DEFENDANTS FIRST FUNDS, LLC, MERCHANT MONEY TREE, INC., REACH FINANCIAL, LLC, and AMERIMERCHANT, LLC |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by facsimile transmission and/or first class mail this 5th day of September, 2006.

/s/ Otis Carroll_____