# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| **ADVANCEME, INC.** | § | |
| **Plaintiff** | § | |
| | § | |
| **VS.** | § | |
| | § | |
| **RAPIDPAY, LLC, BUSINESS CAPITAL** | § | **CAUSE NO. 6:05-CV-424 LED** |
| **CORPORATION, FIRST FUNDS LLC,** | § | |
| **MERCHANT MONEY TREE, INC.,** | § | |
| **REACH FINANCIAL, LLC and** | § | |
| **FAST TRANSACT, INC. d/b/a** | § | |
| **SIMPLE CASH** | § | |
| **Defendant** | § | |
| | § | |

**Order Granting Defendants First Funds, LLC's, Merchant Money Tree, Inc.'s and Reach Financial, LLC's Motion for Leave to Amend Preliminary Invalidity Contentions**

On this day, the Court considered Defendants First Funds, LLC's, Merchant Money Tree, Inc.'s and Reach Financial, LLC's Motion for Leave to Amend Preliminary Invalidity Contentions. After careful consideration and having found good cause exists for the amendment, the Court is of the opinion that the motion should be, and is hereby, GRANTED.

It is, therefore, ORDERED that Defendants First Funds, LLC, Merchant Money Tree, Inc. and Reach Financial, LLC may amend their preliminary invalidity contentions.

SIGNED this ____ day of September, 2006.

_____
The Honorable Leonard Davis
United States District Court
for the Eastern District of Texas

12