# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### TYLER DIVISION

| | | |
|---|---|---|
| **ADVANCEME, INC.** § | | |
| Plaintiff § | | |
| § | | |
| VS. § | | |
| § | | |
| **RAPIDPAY, LLC, BUSINESS CAPITAL** § | CAUSE NO. 6:05-CV-424 LED | |
| **CORPORATION, FIRST FUNDS LLC,** § | | |
| **MERCHANT MONEY TREE, INC.,** § | | |
| **REACH FINANCIAL, LLC and** § | | |
| **FAST TRANSACT, INC. d/b/a** § | | |
| **SIMPLE CASH** § | | |
| Defendant § | | |
| § | | |

**Declaration of Joseph D. Gray in Support of Defendants First Funds, LLC's, Merchant Money Tree, Inc.'s and Reach Financial, LLC's Motion for Leave to Amend Preliminary Invalidity Contentions**

I, Joseph D. Gray, hereby declare:

1. I am over the age of 18 and capable of testifying to the facts set forth herein.

2. I am a licensed attorney in the State of Texas.

3. Vinson & Elkins L.L.P. is counsel of record for Defendants First Funds, LLC, Merchant Money Tree, Inc. and Reach Financial, LLC ("Defendants") in the above-styled action. I am an associate in the Austin, Texas office of Vinson & Elkins L.L.P. and serve as counsel for Defendants.

4. I aver to the matters set forth herein based upon personal knowledge and information.

5. I respectfully submit this Declaration in support of Defendants' Motion for Leave to Amend Preliminary Invalidity Contentions.

6. Attached hereto as Exhibit A is a true and correct copy of an April 26, 2006 E-Mail from David Goldin to Tim Litle.

7. Attached hereto as Exhibit B is a true and correct copy of a June 19, 2006 Facsimile from Paymentech to David Goldin.

8. Attached hereto as Exhibit C is a true and correct copy of a July 14, 2006 E-Mail from David Goldin to Tim Litle.

9. Attached hereto as Exhibit D is a true and correct copy of a July 25, 2006 Facsimile from Paymentech to David Goldin.

10. Attached hereto as Exhibit E is a true and correct copy of an August 2, 2006 letter from Ronald Lemieux to Willem Schuurman.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and information.

SIGNED the 13th day of September, 2006.

                    /s/ Joseph Gray
                    Joseph Gray