# EXHIBIT E

Dockets.Justia.com

# Paul*Hastings*
ATTORNEYS

Paul, Hastings, Janofsky & Walker LLP
Five Palo Alto Square ▪ Sixth Floor ▪ Palo Alto, CA 94306-2155
telephone 650 320 1800 ▪ facsimile 650 320 1900 ▪ www.paulhastings.com

Atlanta
Beijing
Brussels
Hong Kong
London
Los Angeles
Milan
New York
Orange County
Palo Alto
Paris
San Diego
San Francisco
Shanghai
Stamford
Tokyo
Washington, DC

(650) 320-1821
ronaldlemieux@paulhastings.com

August 2, 2006

34717.00007

## Via Facsimile and First Class mail

Willem G. Schuurman, Esq.
2801 Via Fortuna, Ste. 100
Austin, Texas 78746

Re:   *AdvanceMe v. RapidPay, et al.*

Dear Bill:

I received your letter dated July 5, 2006. I am sure you will find this shocking, but we do not share your assessment of the prior art presented at Barbara Johnson's deposition or defendants' likelihood of success in this case. In the interests of clarity, however, please amend your invalidity contentions to describe exactly how each of these pieces of alleged prior art directly anticipates each of the claims at issue and the precise evidence relied on by the defendants to establish this.

Sincerely,

Ronald S. Lemieux
of PAUL, HASTINGS, JANOFSKY & WALKER LLP

RSL3:ch

LEGAL_US_W # 54148472.1