IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| ADVANCEME, INC. § | |
| § | Civil Case No. 6:05-CV-424 |
| VS. § | |
| § | Davis/Love |
| RAPDIPAY, LLC, et al § | |

### ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE OPENING CLAIM CONSTRUCTION BRIEF IN EXCESS OF PAGE LIMIT

CAME ON FOR CONSIDERATION Plaintiff's Unopposed Motion for Leave to File Its Opening Claim Construction Brief In Excess of Page Limits. The Court is of the opinion that the motion is well taken and should be granted.

IT IS, THEREFORE, ORDERED that plaintiff's unopposed motion is **GRANTED**.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| ADVANCEME, INC.,<br>        Plaintiff,<br>v.<br><br>RAPIDPAY LLC, FIRST FUNDS LLC,<br>MERCHANT MONEY TREE, INC.,<br>REACH FINANCIAL, LLC, and<br>FAST TRANSACT, INC. d/b/a<br>SIMPLE CASH,<br>        Defendants. | § § § § § § § § § § § § | CIVIL CASE NO. 6:05-cv-424 (LED) |

**CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record who have consented to electronic service are being served a copy of this document via the court's CM/ECF system per Local Rule CV-5(a)(3) on this the 13th day of September, 2006. Any other counsel of record will be served by first class mail on this same date.

                                                      /s/ Ronald S. Lemieux
                                                      Ronald S. Lemieux

LEGAL_US_W # 54386761.1