## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | |
|---|---|
| **ADVANCEME, INC.** § | |
| § | **Civil Case No. 6:05-CV-424** |
| **VS.** § | |
| § | **Davis/Love** |
| **RAPDIPAY, LLC, et al** § | |

### ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE OPENING CLAIM CONSTRUCTION BRIEF IN EXCESS OF PAGE LIMIT

CAME ON FOR CONSIDERATION Plaintiff's Unopposed Motion for Leave to File Its Opening Claim Construction Brief In Excess of Page Limits. The Court is of the opinion that the motion is well taken and should be granted.

IT IS, THEREFORE, ORDERED that plaintiff's unopposed motion is **GRANTED**.