IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| ADVANCEME, INC. | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| RAPIDPAY LLC, BUSINESS CAPITAL | § | CIVIL ACTION NO. 6:05-cv-424-LED-JDL |
| CORPORATION, FIRST FUNDS LLC, | § | |
| MERCHANT MONEY TREE, INC., | § | |
| REACH FINANCIAL, LLC and FAST | § | |
| TRANSACT, INC. d/b/a SIMPLE CASH | § | |
| | § | |
| Defendants. | § | |

## DEFENDANT REACH FINANCIAL, LLC'S
## NOTICE OF THIRD AMENDED INITIAL DISCLOSURES

Pursuant to United States District Court for the Eastern District of Texas Local Rule CV-26(c), Defendant Reach Financial, LLC gives notice that it served its Third Amended Initial Disclosures on all parties via U.S. Mail on September 13, 2006, pursuant to Federal Rule of Civil Procedure 26(a)(1).

Respectfully submitted,

Dated: September 14, 2006

BY: /s/ Joseph D. Gray
Willem G. Schuurman
Texas State Bar No. 17855200
Joseph D. Gray
Texas State Bar No. 24045970
VINSON & ELKINS L.L.P.
2801 Via Fortuna, Suite 100
Austin, Texas 78746
Phone: (512) 542-8400 –
Fax: (512) 236-3476

- and –

                    Hilary Preston
                    Admitted Pro Hac Vice
                    VINSON & ELKINS L.L.P.
                    666 Fifth Avenue
                    26th Floor
                    New York, New York 10103
                    Phone:  (212) 237-0000
                    Fax:  (212) 237-0100

                        - and –

                    Douglas McSwane
                    Texas State Bar No. 13861300
                    POTTER MINTON, P.C.
                    110 North College
                    500 Plaza Tower
                    Tyler, Texas 75702
                    Phone:  (903) 597-8311
                    Fax:  (903) 593-0846

                    *ATTORNEYS FOR DEFENDANT*
                    *REACH FINANCIAL, LLC*

**CERTIFICATE OF SERVICE**

     The undersigned hereby certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). All other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by First Class Mail on this the 14th day of September, 2006:

                          /s/ Joseph D. Gray
                          Joseph D. Gray