# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| **ADVANCEME, INC.** § | |
| § | Civil Case No. 6:05-CV-424 |
| **VS.** § | |
| § | Davis/Love |
| **RAPDIPAY, LLC, et al** § | |

### ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE OPENING CLAIM CONSTRUCTION BRIEF IN EXCESS OF PAGE LIMIT

CAME ON FOR CONSIDERATION Plaintiff's Unopposed Motion for Leave to File Its Opening Claim Construction Brief In Excess of Page Limits (Doc. 102 and 105). The Court is of the opinion that the motions are well taken and should be granted.

IT IS, THEREFORE, ORDERED that plaintiff's unopposed motions are **GRANTED**.

**So ORDERED and SIGNED this 14th day of September, 2006.**

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE

Dockets.Justia.com