IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| ADVANCEME, INC. | § § § | |
| Plaintiff | § § | |
| VS. | § § | Case No. 6:05CV424 |
| RAPIDPA, LLC, BUSINESS CAPITAL CORPORATION, FIRST FUNDS, LLC, MERCHANT MONEY TREE, INC., REACH FINANCIAL, LLC and FAST TRANSACT, INC., dba SIMPLE CASH | § § § § § § § | |
| Defendants | § § | |

## MEDIATOR'S REPORT

In accordance with the Court's Order, a mediation conference was held on September 21, 2006. The conference is ongoing. All parties and counsel were present.

SIGNED this 22nd day of September, 2006.

_____
MEDIATOR