IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| **ADVANCEME, INC.** | § | |
| Plaintiff, | § | |
| | § | **CIVIL ACTION NO. 6:05cv424** |
| vs. | § | |
| | § | |
| **RAPIDPAY, LLC, BUSINESS** | § | |
| **CAPITALCORPORATION, FIRST** | § | |
| **FUNDS LLC, MERCHANT MONEY** | § | |
| **TREE, INC., REACH FINANCIAL,** | § | |
| **LLC and FAST TRANSACT, INC. dba** | § | |
| **SIMPLE CASH** | § | |
| Defendants. | § | |

## ORDER

The Court is considering appointing Mike McLemore, Attorney-at-Law, 10333 Richmond Avenue, Ste. 1100, Houston, Texas 77042 as technical advisor in this case. Any objections to the appointment of Mr. McLemore must be sent to chambers for in camera review by September 27, 2006.

**So ORDERED and SIGNED this 22nd day of September, 2006.**

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE