## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF TEXAS
### TYLER DIVISION

| | | |
|---|---|---|
| **ADVANCEME, INC.,** | § | **CIVIL CASE NO. 6:05-cv-424 (LED)** |
| **Plaintiff,** | § | |
| | § | |
| v. | § | **JURY TRIAL DEMANDED** |
| | § | |
| **RAPIDPAY LLC, FIRST FUNDS LLC,** | § | |
| **MERCHANT MONEY TREE, INC.,** | § | |
| **REACH FINANCIAL LLC, and** | § | |
| **FAST TRANSACT, INC. d/b/a** | § | |
| **SIMPLE CASH,** | § | |
| **Defendants.** | § | |
| | § | |

## [PROPOSED] ORDER DENYING DEFENDANTS' MOTION FOR
## LEAVE TO AMEND THEIR PRELIMINARY INVALIDITY CONTENTIONS

On this day, the Court considered Defendants First Funds LLC, Merchant Money Tree, Inc., and Reach Financial, LLC's Motion for Leave to Amend their Preliminary Invalidity Contentions. After careful consideration, the Court finds that Defendants have failed to prove that good cause exists for the amendment.

Accordingly, the Court hereby DENIES Defendants' Motion for Leave to Amend their Preliminary Invalidity Contentions.

Signed this ____ day of September, 2006

By: _____
The Honorable John David Love
United States District Court
Eastern District of Texas

[PROPOSED] ORDER DENYING DEFENDANTS' MOTION FOR
LEAVE TO AMEND THEIR PRELIMINARY INVALIDITY
CONTENTIONS
LEGAL_US_W # 54469343.1

CASE NO. 6:05-cv-424 (LED)

Dockets.Justia.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| ADVANCEME, INC., | § | CIVIL CASE NO. 6:05-cv-424 (LED) |
| Plaintiff, | § | |
| v. | § | |
| | § | |
| RAPIDPAY LLC, FIRST FUNDS LLC, | § | |
| MERCHANT MONEY TREE, INC., | § | |
| REACH FINANCIAL, LLC, and | § | |
| FAST TRANSACT, INC. d/b/a | § | |
| SIMPLE CASH, | § | |
| Defendants. | § | |
| | § | |

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who have consented to electronic service are being served a copy of this document via the court's CM/ECF system per Local Rule CV-5(a)(3) on this the 25th day of September, 2006. Any other counsel of record will be served by first class mail on this same date.

/s/ Michael N. Edelman
Michael N. Edelman

[PROPOSED] ORDER DENYING DEFENDANTS' MOTION FOR
LEAVE TO AMEND THEIR PRELIMINARY INVALIDITY
CONTENTIONS
LEGAL_US_W # 54469343.1

CASE NO. 6:05-cv-424 (LED)