AdvanceMe Inc v. RapidPay LLC                                                                     Doc. 117 Att. 2

# EXHIBIT B

Dockets.Justia.com

**Chart of Disputed Terms in Dependent Claims of U.S. Patent 6,941,281**
(Disputed terms in bold)

| | |
|---|---|
| 2. The method of claim 1 wherein the accepting step comprises accepting a credit card number as the **customer identifier**. | 11. The system of claim 10 wherein the accepting means comprises **means for accepting** a credit card number as the **customer identifier**. |
| 3. The method of claim 1 wherein the accepting step comprises accepting a **debit card** number as the **customer identifier**. | 12. The system of claim 10 wherein the accepting means comprises **means for accepting** a **debit card** number as the **customer identifier**. |
| 4. The method of claim 1 wherein the accepting step comprises accepting a **smart card** number as the **customer identifier**. | 13. The system of claim 10 wherein the accepting means comprises **means for accepting** a **smart card** number as the **customer identifier**. |
| 5. The method of claim 1 wherein the accepting step comprises accepting a charge card number as the **customer identifier**. | 14. The system of claim 10 wherein the accepting means comprises **means for accepting** a charge card number as the **customer identifier**. |
| 6. The method of claim 1 wherein the accepting step comprises accepting the **customer identifier** at a merchant location. | 15. The system of claim 10 wherein the accepting means comprises **means for accepting** the **customer identifier** at a merchant location. |
| 7. The method of claim 1 wherein the accepting step comprises electronically accepting the **customer identifier**. | 16. The system of claim 10 wherein the accepting means comprises **means for electronically accepting** the **customer identifier**. |
| 8. The method of claim 1 wherein the steps performed at the merchant processor further comprise **accumulating the payments until a predetermined amount is reached** and then forwarding at least a portion of the accumulated payments to the payment receiver. | 17. The system of claim 10 wherein the means at the merchant processor further comprise **means for accumulating the payments until a predetermined amount is reached** and **means for forwarding** at least a portion of the accumulated payments to the **third party**. |
| 9. The method of claim 1 wherein the steps performed at the merchant processor comprise **periodically forwarding** at least a portion of the payment to the payment receiver. | 18. The system of claim 10 wherein the forwarding means at the merchant processor comprises **means for periodically forwarding** at least a portion of the payment to the **third party**. |

|  | 19. The system of claim 10 wherein the forwarding means at the merchant processor comprises **means for forwarding** to the **third party** an amount that is a percentage of the **obligation**. |
|---|---|

748128v.1