# EXHIBIT C

**Chart of Defendants' Proposed Construction of Remaining Disputed Terms**

| Term | Defendants' Proposed Construction |
|---|---|
| Customer identifier<br>  Claims (1-7, 10-16) | unique identifying account number |
| Obligation<br>  Claims (1, 10, 19) | amount owed by merchant other than processing fees, *i.e.*, discount rate, interchange fee, and network fee |
| Debit card<br>  Claims (3, 12) | card linked to a deposit account that can be used to make purchases |
| Smart card<br>  Claims (4, 13) | card containing an integrated circuit, such as a microprocessor or a memory, that can be used to make purchases |
| Accumulating the payments until a predetermined amount is reached<br>  Claims (8, 17) | accumulating the payments until a predetermined monetary amount is reached |
| Periodically forwarding<br>  Claims (9, 18) | forwarding at an interval other than upon every payment |
| Third party<br>  Claims (10, 17-19) | party other than the merchant |
| **Means-Plus-Function Claims** | |
| Means for Forwarding[1]<br>  Claims (10, 17-19) | **Function:** "forwarding payment[2]" or "forwarding information[3]" |
| | **Corresponding Structure**: None |
| Means for receiving the information related to the payment from the merchant<br>  Claims (10, 17-19) | **Function**: "receiving the information related to the payment from the merchant" |
| | **Corresponding Structure**: None |
| Means for accepting customer identifiers as payment[4]<br>  Claims (10, 17-19) | **Function**: "accepting a customer identifier as payment from the customer" |
| | **Corresponding Structure**: keyboard, magnetic card reader, telephone, World Wide Web page, physical delivery and U.S. Postal Service |

| Means for accumulating the payments until a predetermined amount is reached<br>    Claims (10, 17-19) | **Function**: "accumulating the payments until a predetermined amount is reached" |
|---|---|
| | **Corresponding Structure**: "one or more computers programmed or configured to accumulate payments it receives until a predetermined monetary amount is reached." |
| Means for authorizing the payment<br>    Claims (10, 17-19) | **Function**: "authorizing the payment" |
| | **Corresponding Structure**: "one or more computers programmed or configured to receive the authorization request from the merchant, route the authorization request to the card issuer and receive approval of the authorization from the card issuer." |
| Means for settling the payment<br>    Claims (10, 17-19) | **Function**: "settling the payment" |
| | **Corresponding Structure**: "one or more computers programmed or configured to submit the amount of the customer's purchase to the card issuer and receive or be credited some amount by the card issuer." |

---

[1] Includes:
- "Means . . . for electronically forwarding information related to the payment to a computerized merchant processor"
- "Means for forwarding a portion of the payment to the third party"
- "Means for forwarding at least a portion of the accumulated payments to the third party"
- "Means for periodically forwarding at least a portion of the payment to the third party"
- "Means for forwarding to the third party an amount that is a percentage of the obligation"

[2] Refers to:
- "Means for forwarding a portion of the payment to the third party"
- "Means for forwarding at least a portion of the accumulated payments to the third party"
- "Means for periodically forwarding at least a portion of the payment to the third party"
- "Means for forwarding to the third party an amount that is a percentage of the obligation"

[3] Refers specifically to "means . . . for electronically forwarding information related to the payment to a computerized merchant processor"

[4] Also includes:
- "Means for accepting a credit card number as the customer identifier"
- "Means for accepting a debit card number as the customer identifier"
- "Means for accepting a smart card number as the customer identifier"
- "Means for accepting a charge card number as the customer identifier"
- "Means for accepting the customer identifier at a merchant location"
- "Means for electronically accepting the customer identifier"