# EXHIBIT K



# Microsoft Press Computer Dictionary

## Third Edition

**Microsoft** Press

PUBLISHED BY
Microsoft Press
A Division of Microsoft Corporation
One Microsoft Way
Redmond, Washington 98052-6399

Copyright © 1997 by Microsoft Corporation

All rights reserved. No part of the contents of this book may be reproduced or transmitted in any form or by any means without the written permission of the publisher.

Library of Congress Cataloging-in-Publication Data
Microsoft Press Computer Dictionary. -- 3rd ed.
      p.   cm.
    ISBN 1-57231-446-X
    1. Computers--Dictionaries.   2. Microcomputers--Dictionaries.
    I. Microsoft Press.
    QA76.15.M54  1997
    004'.03--dc21                                              97-15489
                                                                  CIP

Printed and bound in the United States of America.

       4  5  6  7  8  9   QMQM   2 1 0 9 8

Distributed to the book trade in Canada by Macmillan of Canada, a division of Canada Publishing Corporation.

A CIP catalogue record for this book is available from the British Library.

Microsoft Press books are available through booksellers and distributors worldwide. For further information about international editions, contact your local Microsoft Corporation office. Or contact Microsoft Press International directly at fax (425) 936-7329.

Macintosh, Power Macintosh, QuickTime, and TrueType are registered trademarks of Apple Computer, Inc. Intel is a registered trademark of Intel Corporation. DirectInput, DirectX, Microsoft, Microsoft Press, MS-DOS, Visual Basic, Visual C++, Win32, Win32s, Windows, Windows NT, and XENIX are registered trademarks and ActiveMovie, ActiveX, and Visual J++ are trademarks of Microsoft Corporation. Java is a trademark of Sun Microsystems, Inc. Other product and company names mentioned herein may be the trademarks of their respective owners.

**Acquisitions Editor:** Kim Fryer
**Project Editor:** Maureen Williams Zimmerman, Anne Taussig
**Technical Editors:** Dail Magee Jr., Gary Nelson, Jean Ross, Jim Fuchs, John Conrow, Kurt Meyer,
                Robert Lyon, Roslyn Lutsch

**MMX** \M M-X\ *n.* Short for **Multimedia Extensions**. An enhancement to the architecture of Intel Pentium processors that improves the performance of multimedia and communications applications.

**.mn** \dot-M-N\ *n.* On the Internet, the major geographic domain specifying that an address is located in Mongolia.

**mnemonic** \nē-mon´ik\ *n.* A word, rhyme, or other memory aid used to associate a complex or lengthy set of information with something that is simple and easy to remember. Mnemonics are widely used in computing. Programming languages other than machine language, for example, are known as *symbolic languages* because they use short mnemonics, such as *ADD* (for *addition*) and *def* (for *define*) to represent instructions and operations. Similarly, operating systems and applications based on typed commands use mnemonics to represent instructions to the program. MS-DOS, for example, uses *dir* (for *directory*) to request a list of files.

**MNP10** \M´N-P-ten\ *n.* Short for **Microcom Networking Protocol, Class 10.** An industry-standard communication protocol used for modem connections over analog cellular telephone connections. The most recent version of MNP10 is MNP 10EC (EC stands for Enhanced Cellular). *See also* communications protocol.

**.mn.us** \dot-M-N´dot-U-S\ *n.* On the Internet, the major geographic domain specifying that an address is located in Minnesota, United States.

**.mo** \dot-M-O\ *n.* On the Internet, the major geographic domain specifying that an address is located in Macau.

**mobile computing** \mō´bəl kəm-pyōō´tēng\ *n.* The process of using a computer while traveling. Mobile computing usually requires a portable computer that is battery powered, rather than a desktop system.

**mode** \mōd\ *n.* The operational state of a computer or a program. For example, edit mode is the state in which a program accepts changes to a file. *See also* address mode, compatibility mode, safe mode, video mode, virtual real mode.

**modec** \mō´dek\ *n.* In telecommunications, a device that generates analog modem signals digitally. The term *modec* is a combination of the terms *modem* and *codec*. *See also* codec (definition 1), modem.

**model** \mod´əl\ *n.* A mathematical or graphical representation of a real-world situation or object—for example, a mathematical model of the distribution of matter in the universe, a spreadsheet (numeric) model of business operations, or a graphical model of a molecule. Models can generally be changed or manipulated so that their creators can see how the real version might be affected by modifications or varying conditions. *See also* modeling, simulation.

**modeling** \mod´əl-ēng\ *n.* **1.** The use of computers to describe the behavior of a system. Spreadsheet programs, for example, can be used to manipulate financial data, representing the health and activity of a company; to develop business plans and projections; or to evaluate the impact of proposed changes on the company's operations and financial status. *See also* simulation, spreadsheet program. **2.** The use of computers to describe physical objects and the spatial relationships among them mathematically. CAD programs, for example, are used to create on-screen representations of such physical objects as tools, office buildings, complex molecules, and automobiles. These models use equations to create lines, curves, and other shapes and to place those shapes accurately in relation to each other and to the two-dimensional or three-dimensional space in which they are drawn. *See also* CAD, rendering, solid model, surface modeling, three-dimensional model, two-dimensional model, wire-frame model.

**modem** \mō´dəm\ *n.* Short for **modulator demodulator**. A communications device that enables a computer to transmit information over a standard telephone line. Because a computer is digital (works with discrete electrical signals representing binary 1 and binary 0) and a telephone line is analog (carries a signal that can have any of a large number of variations), modems are needed to convert digital to analog and vice versa. When transmitting, modems impose (modulate) a computer's digital signals onto a continuous carrier frequency on the telephone line. When receiving, modems sift out (demodulate) the information from the carrier and transfer it in digital form to the

computer. Sophisticated modems are also capable of such functions as automatic dialing, answering, and redialing in addition to transmitting and receiving. Without appropriate communications software, however, modems cannot perform any useful work. *See also* baud rate.

**modem bank** \mō´dəm bank´\ *n.* A collection of modems connected to a server maintained by an ISP or the operator of a BBS or remote-access LAN. Most modem banks are configured to allow a remote user to dial a single phone number that routes calls to an available phone number on the bank. *See also* BBS (definition 1), ISP, LAN.

**modem eliminator** \mō´dəm i-lim´ə-nā-tər\ *n.* A device that enables two computers to communicate without modems. *See also* null modem.

**modem port** \mō´dəm pōrt´\ *n.* A serial port used for connecting an external modem to a personal computer. *See also* modem, serial port.

**modem ready** \mō´dəm red´ē\ *n. See* MR.

**moderated** \mod´ər-ā´təd\ *adj.* Subjected to review by a moderator, who may remove irrelevant or inflammatory articles or messages before redistributing them through a newsgroup, mailing list, or other messaging system.

**moderated discussion** \mod´ər-āt´əd di-skush´ən\ *n.* Communication taking place on a mailing list, newsgroup, or other online forum that is edited by a moderator. When one submits a message to a moderated discussion, the moderator decides if the message is relevant to the discussion topic. If so, it is forwarded to the discussion group. The content of a moderated discussion is often perceived as more valuable than that of an unmoderated one because the information has been read and approved by a "gatekeeper," who has (presumably) filtered out irrelevant submissions. Some moderators also filter submissions for obscene or pornographic material or material that is potentially offensive. *See also* mailing list, moderator, newsgroup.

**moderator** \mod´ər-ā´tər\ *n.* In some Internet newsgroups and mailing lists, a person through whom all messages are filtered before they are distributed to the members of the newsgroup or list. The moderator discards or edits any messages that are not considered appropriate. *See also* mailing list, newsgroup.

**modified frequency modulation encoding** \mod´ə-fīd frē´kwən-sē moj´ə-lā´shən en-kō´dēng, mō´dyə-lā´shən\ *n.* Abbreviated MFM encoding. A widely used method of storing data on disks. MFM encoding is based on an earlier technique called frequency modulation encoding but improves on its efficiency by reducing the need for synchronizing information and by basing the magnetic coding of each bit on the status of the previously recorded bit. MFM encoding stores more information on a disk than does frequency modulation encoding and is used on many hard disks. It is not, however, as efficient a space saver as the technique known as *run-length limited encoding*, or RLL. *Compare* frequency modulation encoding, run-length limited encoding.

**modifier key** \mod´ə-fī-ər kē´\ *n.* A key on the keyboard that, when held down while another key is pressed, changes the meaning of the keystroke. *See also* Alt key, Command key, Control key, Shift key.

**modify structure** \mod´ə-fī struk´chur\ *n.* An operator available in some database management systems that permits fields (columns) to be added or deleted without the need to rebuild the entire database.

**MO disk** \M-O´ disk´\ *n. See* magneto-optic disc.

**MO disk drive** \M-O´ disk´ drīv\ *n. See* magneto-optic disc.

**Modula-2** \moj´ə-lə-tōō´, mō´dyə-lə-\ *n.* A modular high-level language designed in 1980 by Niklaus Wirth. Derived from Pascal, Modula-2 is noted for its emphasis on modular programming, its early support for data abstraction, and its lack of standard functions and procedures. *See also* modular programming.

**modular design** \moj´ə-lər də-zīn´, mō´dyə-lər\ *n.* An approach to designing hardware or software. In modular design, a project is broken into smaller units, or modules, each of which can be developed, tested, and finished independently before being combined with the others in the final product. Each unit is designed to perform a particular task or function and can thus become part of a "library" of modules that can often be reused in other products having similar requirements. In programming, for example, one module might consist of instructions for moving the cursor in a