AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF TEXAS

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

SEP 29 2006

DAVID J. MALAND, CLERK
BY

ADVANCEME INC.

V.

RAPIDPAY, LLC, ET AL.

NOTICE

CASE NUMBER: 6:06CV424

---

TYPE OF CASE:

☑ CIVIL     ☐ CRIMINAL

---

☐ TAKE NOTICE that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
|  |  |
|  | DATE AND TIME |

TYPE OF PROCEEDING

HEARING ON MOTION FOR DEFAULT

---

☑ TAKE NOTICE that a proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| 211 W. Ferguson<br>Tyler, Texas 75702 | 10/30/2006 9:00 am | 10/30/2006 3:00 pm |

JOHN D. LOVE
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

9/29/2006                           Sharon R. Guthrie
DATE                                (BY) DEPUTY CLERK

TO:

Otis Carroll, Attorney for Plaintiff
Stephanie Nimberg, Pro Se Defendant
Lawrence Morrison, Pro Se Defendant
Hilary Preston, Attorney for Defendants