# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### TYLER DIVISION

| | |
|---|---|
| **ADVANCEME, INC.** § | |
| § | |
| Plaintiff § | |
| § | |
| vs. § | **CASE NO. 6:05cv424** |
| § | |
| **RAPIDPAY, LLC, BUSINESS** § | |
| **CAPITALCORPORATION, FIRST** § | |
| **FUNDS LLC, MERCHANT MONEY** § | |
| **TREE, INC., REACH FINANCIAL,** § | |
| **LLC and FAST TRANSACT, INC. dba** § | |
| **SIMPLE CASH** § | |
| Defendants. § | |

## ORDER

The Court APPOINTS Michael McLemore, Attorney-at-Law in Houston, Texas to the position of technical advisor in this case with his costs to be assessed equally between Plaintiff and Defendant and timely paid as billed.

**So ORDERED and SIGNED this 3rd day of October, 2006.**

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE