## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | |
|---|---|
| **ADVANCEME, INC.** § § *Plaintiff,* § § **v.** § § **RAPIDPAY, LLC, BUSINESS CAPITAL** § **CORPORATION, FIRST FUNDS LLC,** § **MERCHANT MONEY TREE, INC.,** § **REACH FINANCIAL, LLC and** § **FAST TRANSACT, INC. d/b/a** § **SIMPLE CASH** § § *Defendants.* § § | **CAUSE NO. 6:05-CV-424 LED** |

## ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO EXCEED THE PAGE LIMIT IN REPLY BRIEF

The Court having considered Defendants First Funds LLC's, Merchant Money Tree, Inc.'s, and Reach Financial, LLC's (collectively "Defendants") Motion for Leave to Exceed the Page Limit in Defendants' Reply Brief is of the opinion that Defendants' motion should be GRANTED.

Accordingly, IT IS ORDERED that Defendants may submit a Reply Brief of 60 pages.

IT IS SO ORDERED on this the _____ day of _____, 2006.

_____
The Honorable Leonard Davis
United States District Court
for the Eastern District of Texas