# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| **ADVANCEME, INC.** § <br>     Plaintiff, § <br> § <br> vs. § <br> § <br> **RAPIDPAY, LLC, BUSINESS** § <br> **CAPITALCORPORATION, FIRST** § <br> **FUNDS LLC, MERCHANT MONEY** § <br> **TREE, INC., REACH FINANCIAL,** § <br> **LLC and FAST TRANSACT, INC. dba** § <br> **SIMPLE CASH** § <br>     Defendants. § | **CIVIL ACTION NO. 6:05cv424** |

## ORDER

Before the Court is Defendants, First Funds, LLC, Merchant Money Tree, and Reach Financial, LLC's, Motion for Leave to Amend Preliminary Invalidity Contentions (Docket No. 101). Finding that Defendants have shown good cause, *ST Microelectronics, Inc. v. Motorola, Inc.*, 307 F.Supp.2d 845, 849-50 (E.D. Tex. 2004) (Davis, J.), Defendants' motion is **GRANTED**.

**So ORDERED and SIGNED this 4th day of October, 2006.**

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE