# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| **ADVANCEME, INC.** | § | |
| *Plaintiff,* | § § § | |
| v. | § § | **CAUSE NO. 6:05-CV-424 LED** |
| **RAPIDPAY, LLC, BUSINESS CAPITAL CORPORATION, FIRST FUNDS LLC, MERCHANT MONEY TREE, INC., REACH FINANCIAL, LLC and FAST TRANSACT, INC. d/b/a SIMPLE CASH** | § § § § § § § § | |
| *Defendants.* | § § | |

### DEFENDANTS' <u>UNOPPOSED</u> MOTION FOR LEAVE TO EXCEED THE PAGE LIMIT IN DEFENDANTS REPLY IN SUPPORT OF ITS MOTION FOR LEAVE TO AMEND PRELIMINARY INVALIDITY CONTENIONS

Defendants First Funds LLC, Merchant Money Tree, Inc., and Reach Financial, LLC, (collectively "Defendants") respectfully request that the Court grant leave to exceed the page limit for their Reply Brief. Specifically, in order to properly reply to all the issues raised by Plaintiff in its Opposition Brief, Defendants request leave of Court to file 10 pages of argument plus 50 pages of exhibits in its Reply Brief in Support of its Motion for Leave to Amend Preliminary Invalidity Contentions.

Plaintiff and Defendants met and conferred by telephone conference regarding this motion on October 3, 2006 and agreed that this motion will be unopposed.

752415_1.DOC

October 3, 2006                                    Respectfully submitted,

                                            By:  /s/ Willem G. Schuurman
                                                 Willem G. Schuurman
                                                 Texas State Bar No. 17855200
                                                 bschuurman@velaw.com
                                                 Joseph D. Gray
                                                 Texas State Bar No. 24045970
                                                 jgray@velaw.com
                                                 **VINSON & ELKINS L.L.P.**
                                                 2801 Via Fortuna, Suite 100
                                                 Austin, Texas 78746
                                                 Telephone: 512.542.8400
                                                 Facsimile: 512.236.3476

                                                    -and-

                                                 Hilary L. Preston
                                                 hpreston@velaw.com
                                                 **VINSON & ELKINS L.L.P.**
                                                 666 Fifth Avenue – 26th Floor
                                                 New York, NY 10103
                                                 Telephone: 212.237.0000
                                                 Facsimile: 212.237.0100

                                                    -and-

                                                 Douglas R. McSwane, Jr.
                                                 State Bar No. 13861300
                                                 **POTTER MINTON**
                                                 A Professional Corporation
                                                 110 N. College
                                                 500 Plaza Tower (75702)
                                                 P.O. Box 359
                                                 Tyler, Texas 75710
                                                 Telephone: 903.597.8311
                                                 Facsimile: 903.593.0846
                                                 E-mail: dougmcswane@potterminton.com

                                                 *Counsel for Defendants First Funds LLC, Merchant Money Tree, Inc., and Reach Financial, LLC*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| ADVANCEME, INC. § <br> § <br> *Plaintiff,* § <br> § <br> v. § <br> § <br> RAPIDPAY, LLC, BUSINESS CAPITAL § <br> CORPORATION, FIRST FUNDS LLC, § <br> MERCHANT MONEY TREE, INC., § <br> REACH FINANCIAL, LLC and § <br> FAST TRANSACT, INC. d/b/a § <br> SIMPLE CASH § <br> § <br> *Defendants.* § <br> § | CAUSE NO. 6:05-CV-424 LED |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that all counsel of record who have consented to electronic service are being served a copy of this document via the court's CM/ECF system per Local Rule CV-5(a)(3) on this the 3rd day of October, 2006. Any other counsel of record will be served by first class mail on this same date.

                                                /s/ Willem G. Schuurman
                                                   Willem G. Schuurman

752415_1.DOC