IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| ADVANCEME, INC.<br>　　Plaintiff,<br><br>vs.<br><br>RAPIDPAY, LLC, BUSINESS CAPITALCORPORATION, FIRST FUNDS LLC, MERCHANT MONEY TREE, INC., REACH FINANCIAL, LLC and FAST TRANSACT, INC. dba SIMPLE CASH<br>　　Defendants. | § § § § § § § § § § § § § §　CIVIL ACTION NO. 6:05cv424 |

### ORDER

Before the Court is Defendants First Fund LLC's, Merchant Money Tree, Inc.'s, and Reach Financial, LLC's (collectively "Defendants") Motion for Leave to File Excess Pages (Doc. No. 124) in Defendants' Reply Brief. Having considered the same, the Court is of the opinion that Defendants' motion should be GRANTED.

Accordingly, it is ORDERED that Defendants may submit a Reply Brief of 60 pages.

So ORDERED and SIGNED this 5th day of October, 2006.

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE