AdvanceMe Inc v. RapidPay LLC
Doc. 129 Att. 2


# REBUTTAL EXHIBIT B

# PLAINTIFF ADVANCEME'S REPLY CLAIM CONSTRUCTION BRIEF

Dockets.Justia.com



# Acquiring Banks

The debit card business has two sides, issuing and acquiring. The latter side, which involves recruiting merchants to accept debit cards, is not discussed as often as the former, but this is no indication of its importance. Acquiring is what makes point-of-sale debit possible, since without merchants the cards would be useless as payment vehicles.

Some of the same banks that issue debit cards also acquire merchant transactions, and are hence known as acquirers or merchant banks. The 20 biggest acquirers are listed here, ranked by the transactions performed on terminals they were responsible for as acquirers as of June 1995. The listings also show all POS terminals the bank actually drives.

Debit card acquiring is a complex business because it can take many shapes, often depending on the size and sophistication of the merchant. In the simplest case, banks buy the terminals, drive them for the merchant, and transmit all transactions to the network. The merchants pay them a transaction fee and usually pay rent for the terminals.

But not infrequently merchants buy their own terminals and also drive them, or hire a third-party processor to drive them. In some cases, indeed, merchants build their own switches, which allow them to send transactions directly to the local network or to major issuing banks. In this instance, the merchant may not even need an acquirer.

BankAmerica remains the nation's number-one acquirer of debit transactions, with 21% growth in its monthly transactions from June 1994. Number-two First Interstate Bank enjoyed 43% growth to climb into second place. And Sunwest Bank caught fire, more than doubling its volume and leaping from 15th place to 12th.

## 1. BankAmerica

1 S. VAN NESS STREET
SAN FRANCISCO CALIF. 94103
415-241-3373

| | |
|---|---|
| **Monthly Transactions** | 8,000,000 |
| **Terminals On-Line** | 60,000 |
| **Terminals It Drives** | 6,500 |

**Networks Affiliated:** Interlink, Maestro, Honor, Accel, Pulse, Explore,MAC, NYCE, GulfNet, BankMate, AFFN.

**Director:** Sharif Bayyari, Executive Vic President

## 2. First Interstate

707 WILSHIRE BOULEVARD
LOS ANGELES CALIF. 90017
213-614-5132

| | |
|---|---|
| **Monthly Transactions** | 4,250,000 |
| **Terminals On-Line** | 7,230 |
| **Terminals It Drives** | 0 |

**Networks Affiliated:** Interlink, Explore, Maestro, Accel, Instant Teller.

**Director:** Eric Bell, Vice President

## 3. Wells Fargo

1200 MONTEGO WAY
WALNUT CREEK CALIF. 94598
510-746-4120

| | |
|---|---|
| **Monthly Transactions** | 3,400,000 |
| **Terminals On-Line** | 8,465 |
| **Terminals It Drives** | 5,965 |

**Networks Affiliated:** Interlink, Explore, Maestro.

**Director:** Debra Rossi, Senior Vice President

## 4. EFS National Bank

2525 HORIZON LAKE DRIVE, SUITE 120
MEMPHIS TENN. 38133
901-371-8000

| | |
|---|---|
| **Monthly Transactions** | 3,000,000 |
| **Terminals On-Line** | 41,000 |
| **Terminals It Drives** | 41,000 |

**Networks Affiliated:** AFFN, Alert, BankMate, Cash Station, EFT Illinois, Explore, Gulfnet, Honor, Infinet, Interlink, Kets, MAC, Maestro, Magic Line, Money Center 24, Money Station, Most, Pulse, Shazam, Tyme.

**Director:** Edward A. Labry, President, Concord EFS

## 5. Mellon Bank

ONE MELLON BANK CENTE, SUITE 1000
PITTSBURGH PA. 15258
1-800-343-7064

| | |
|---|---|
| **Monthly Transactions** | 1,300,000 |
| **Terminals On-Line** | NA |
| **Terminals It Drives** | 0 |

**Networks Affiliated:** 14 Networks.

**Director:** David Johns, Senior Vice President

## 6. Crestar

6802 PARAGON PLACE
RICHMOND VA. 23230
804-287-9202

| | |
|---|---|
| **Monthly Transactions** | 1,054,450 |
| **Terminals On-Line** | 3,673 |
| **Terminals It Drives** | 0 |

**Networks Affiliated:** Interlink, Maestro, Most, MAC.

**Director:** Bob Antrobus, Vice President

## 7. National City Processing Company

1231 DURRELL LANE
LOUISVILLE KY. 40285-0001
502-364-2000

**Monthly Transactions** 1,000,000
**Terminals On-Line** 15,000
**Terminals It Drives** 0
**Networks Affiliated:** Interlink, Explore, Maestro, MAC, Pulse, Tyme, Honor, Money Station, Most, NYCE, Cash Station, Magic Line.
**Director:** Michael McEvoy, Senior Vice President

## 8. PNC Bank Corp.

FIFTH & WOOD STREETS
PITTSBURGH PA. 15265
412-762-2344

**Monthly Transactions** 774,181
**Terminals On-Line** 5,792
**Terminals It Drives** 0
**Networks Affiliated:** All Major Networks.
**Director:** Paula Kramer, Vice President

## 9. BayBanks

ONE BAYBANK TECHNOLOGY PLACE
WALTHAM MASS. 2154
617-788-7825

**Monthly Transactions** 761,941
**Terminals On-Line** 18,240
**Terminals It Drives** NA
**Networks Affiliated:** X-Press 24.
**Director:** Robert Shay, Senior Vice President

## 10. Texas Commerce Bank

P.O. BOX 2558
HOUSTON TEX. 77252
713-216-7388

**Monthly Transactions** 670,000
**Terminals On-Line** 1,300
**Terminals It Drives** 0
**Networks Affiliated:** Pulse, MAC, NYCE, Star/Explore, Maestro, Interlink, Honor, Magic Line, Shazam, Alert, Tyme, GulfNet.
**Director:** John B. Fricke, Vice President

## 11. Michigan National Bank

27777 INKSTER ROAD
FARMINGTON HILLS MICH. 48333
517-323-5799

**Monthly Transactions** 400,000
**Terminals On-Line** 4,200
**Terminals It Drives** 1,900
**Networks Affiliated:** Magic Line.
**Director:** Michael King, First Vice President

## 12. Sunwest Bank

P.O. BOX 2550
ALBUQUERQUE N.M. 87125
505-282-3187

**Monthly Transactions** 326,913
**Terminals On-Line** 4,104
**Terminals It Drives** 4,104
**Networks Affiliated:** BankMate.
**Director:** Karen Watson, Director

## 13. Banc One

800 BROOKSEDGE BOULEVARD
WESTERVILLE OHIO 43081
614-248-7829

**Monthly Transactions** 325,000
**Terminals On-Line** 4,115
**Terminals It Drives** 0
**Networks Affiliated:** Interlink, Maestro, Pulse, Explore, MAC.
**Director:** David Strider, President

## 14. KeyCorp

900 EUCLID AVENUE
CLEVELAND OHIO 44115
216-737-2678

**Monthly Transactions** 306,000
**Terminals On-Line** 3,500
**Terminals It Drives** 0
**Networks Affiliated:** MAC, Money Station, NYCE, Honor, GulfNet, Maestro, Interlink, Magic Line, Star/Explore, Exchange Accel.
**Director:** Daniel J. Neistadt, Vice President

## 15. U.S. Bancorp

111 S.W. FIFTH AVENUE
PORTLAND ORE. 97204
503-275-4467

**Monthly Transactions** 285,000
**Terminals On-Line** 1310
**Terminals It Drives** 595
**Networks Affiliated:** Accel, Interlink, Explore, Maestro.
**Director:** Bartt Brick, Senior Vice President

## 16. Fifth Third

38 FOUNTAIN SQUARE PLAZA
CINCINNATI OHIO 45263
513-579-5447

**Monthly Transactions** 274,000
**Terminals On-Line** 11,941
**Terminals It Drives** 0
**Networks Affiliated:** Jeanie, Money Station.
**Director:** Jim Hudepohl, Senior Vice President

## 17. First Security Bank (New Mexico)

P.O. BOX 1305
ALBUQUERQUE N.M. 87103
801-246-1443

**Monthly Transactions** 175,655
**Terminals On-Line** 965
**Terminals It Drives** NA
**Networks Affiliated:** Money Network, Lynx, Pulse, Explore, Interlink, Maestro.
**Director:** Karen McDuffie, Manager, POS Merchant Services

## 18. Herring National Bank

1608 S. POLK
AMARILLO TEX. 79102
806-373-3921

**Monthly Transactions** 150,000
**Terminals On-Line** 3,000
**Terminals It Drives** 3,000
**Networks Affiliated:** Pulse.
**Director:** Campbell Burgess, Vice President

## 19. Bank South

55 MARIETTA STREET
ATLANTA GA 30302
404-529-4926

| | |
|---|---|
| **Monthly Transactions** | 130,000 |
| **Terminals On-Line** | 3,000 |
| **Terminals It Drives** | 0 |

**Networks Affiliated:** Interlink, Maestro, Honor.

**Director:** T. Chris Roberts, Vice President, Card Services

## 20. National Bank of Alaska

6831 ARCTIC BOULEVARD
ANCHORAGE ALASKA 99510
907-267-5602

| | |
|---|---|
| **Monthly Transactions** | 54,878 |
| **Terminals On-Line** | 892 |
| **Terminals It Drives** | 382 |

**Networks Affiliated:** Alaska Option.

**Director:** Judy Panke, Vice President, Manager of Electronic Banking