UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| ADVANCEME, INC., <br> Plaintiff, <br> v. <br><br> RAPIDPAY LLC, FIRST FUNDS LLC, <br> MERCHANT MONEY TREE, INC., <br> REACH FINANCIAL, LLC, and <br> FAST TRANSACT, INC. d/b/a <br> SIMPLE CASH, <br> Defendants. | § § § § § § § § § § § § | CIVIL CASE NO. 6:05-cv-424 (LED) |
| ADVANCEME, INC., <br> Plaintiff, <br> v. <br><br> AMERIMERCHANT, LLC., <br> Defendant. | § § § § § § § § | CIVIL CASE NO. 6:06-cv-0082 (LED) <br><br> **JURY TRIAL DEMANDED** |

**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE
REPLY CLAIM CONSTRUCTION BRIEF IN EXCESS OF PAGE LIMIT**

Plaintiff, AdvanceMe, Inc., requests this Court for leave to file its Reply Claim Construction Brief In excess of the ten page limit. AdvanceMe, Inc. requests that this Court allow it to exceed the ten page limit by six pages, excluding attachments. Plaintiff requests the additional pages because it has determined that the current length of the brief is necessary to best present its argument to the Court.

///

///

///

Plaintiff's Unopposed Motion
To File Reply Claim Construction Brief In Excess            1            CASE NO. 6-05-CV-0424 (LED-JDL)
of Page Limit                                                                   CASE NO. 6:06-CV-0082 (LED-JDL)
LEGAL_US_W # 54553712.1

Dockets.Justia.com

Therefore, AdvanceMe, Inc. respectfully requests that this Court grant it leave to file its Reply Construction Claim Brief in excess of the page limits previously set by this Court. Counsel for AdvanceMe, Inc. has conferred with Doug McSwane, counsel for Defendants. Defendants have agreed to this motion. An Order reflecting same is attached for the Court's convenience.

Respectfully submitted,

DATED: October 10, 2006

By: _____/s/ Michael N. Edelman_____
PAUL, HASTINGS, JANOFSKY & WALKER LLP
Ronald S. Lemieux
(CA Bar No. 120822) (Admitted Pro Hac Vice)
Michael N. Edelman
(CA Bar No. 180948) (Admitted Pro Hac Vice)
Vidya R. Bhakar
(CA Bar No. 220210) (Admitted Pro Hac Vice)
Robert C. Matz
(CA Bar No. 217822) (Admitted Pro Hac Vice)
Shanée Y. Williams
(CA Bar No. 221319) (Admitted Pro Hac Vice)

Five Palo Alto Square, Sixth Floor
Palo Alto, CA 94306-2155
Telephone: (650) 320-1800
Telecopier: (650) 320-1900
Email: ronlemieux@paulhastings.com

IRELAND, CARROLL & KELLEY, P.C.
Otis W. Carroll, Attorney-in-Charge
State Bar No. 03895700
Deborah Race
State Bar No. 16448700
6101 South Broadway, Suite 500
Tyler, TX 75703
Telephone: 903-561-1600
Facsimile: 903-581-1071
Email: fedserv@icklaw.com

**ATTORNEYS FOR PLAINTIFF ADVANCEME, INC.**

///

///

///

Plaintiff's Unopposed Motion
To File Reply Claim Construction Brief In Excess
of Page Limit
LEGAL_US_W # 54553712.1

2

CASE NO. 6-05-CV-0424 (LED-JDL)
CASE NO. 6:06-CV-0082 (LED-JDL)

## CERTIFICATE OF CONFERENCE

The undersigned counsel for AdvanceMe, Inc. has conferred with Doug McSwane, counsel for Defendants. Defendants have agreed to this motion.

/s/
_____
Michael N. Edelman

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record or parties will be served by facsimile transmission and/or first class mail this 10th day of October, 2006.

/s/
_____
Rosemary Jones-Shine

Plaintiff's Unopposed Motion
To File Reply Claim Construction Brief In Excess
of Page Limit
LEGAL_US_W # 54553712.1

3

CASE NO. 6-05-CV-0424 (LED-JDL)
CASE NO. 6:06-CV-0082 (LED-JDL)