AdvanceMe Inc v. RapidPay LLC                                                                                    Doc. 133

Case 6:05-cv-00424-LED-JDL   Document 133   Filed 10/11/2006   Page 1 of 1

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | | |
|---|---|---|
| ADVANCEME, INC., § | | |
| Plaintiff, § | CIVIL CASE NO. 6:05-cv-424 (LED) | |
| v. § | | |
| § | | |
| RAPIDPAY LLC, FIRST FUNDS LLC, § | | |
| MERCHANT MONEY TREE, INC., § | | |
| REACH FINANCIAL, LLC, and § | | |
| FAST TRANSACT, INC. d/b/a § | | |
| SIMPLE CASH, § | | |
| Defendants. § | | |
| § | | |
| ADVANCEME, INC., § | CIVIL CASE NO. 6:06-cv-0082 (LED) | |
| Plaintiff, § | | |
| v. § | | |
| § | JURY TRIAL DEMANDED | |
| AMERIMERCHANT, LLC., § | | |
| Defendant. § | | |

## ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE REPLY CLAIM CONSTRUCTION BRIEF IN EXCESS OF PAGE LIMIT

CAME ON FOR CONSIDERATION Plaintiff's Unopposed Motion For Leave To File Its Reply Claim Construction Brief In Excess of Page Limits. The Court is of the opinion that the motion is well taken and should be granted.

IT IS, THEREFORE, ORDERED Plaintiff's Unopposed Motion For Leave To File Its Reply Claim Construction Brief In Excess of Page Limits be **GRANTED**.

**So ORDERED and SIGNED this 11th day of October, 2006.**

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE

Order Granting Plaintiff's Unopposed Motion
To File Reply Claim Construction Brief In
Excess of Page Limit
LEGAL_US_W # 54553712.1

CASE NO. 6:05-CV-424 (LED-JDL)
CASE NO. 6:06-CV-0082 (LED-JDL)

Dockets.Justia.com