# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| **ADVANCEME, INC.** | § | |
| | § | |
|     **Plaintiff,** | § | |
| | § | |
| **v.** | § | |
| | § | **CIVIL ACTION NO. 6:05-cv-424-LED** |
| **RAPIDPAY, LLC, BUSINESS CAPITAL** | § | |
| **CORPORATION, FIRST FUNDS, LLC,** | § | |
| **MERCHANT MONEY TREE, INC.,** | § | |
| **REACH FINANCIAL, LLC and FAST** | § | |
| **TRANSACT, INC. d/b/a SIMPLE CASH** | § | |
| | § | |
|     **Defendants.** | § | |

| | | |
|---|---|---|
| **ADVANCEME, INC.** | § | |
| | § | |
|     **Plaintiff,** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. 6:06-cv-082-LED** |
| | § | |
| **AMERIMERCHANT, LLC,** | § | |
| | § | |
|     **Defendant.** | § | |

## JOINT MOTION TO EXTEND DEADLINE TO SUBMIT
## JOINT CLAIM CONSTRUCTION CHART

TO THE HONORABLE JUDGE OF SAID COURT:

    COME NOW Plaintiff, AdvanceMe, Inc. and Defendants, First Funds, LLC, Merchant

Money Tree, Inc., Reach Financial, LLC, and AmeriMerchant, LLC, and file this Joint Motion to

Extend Deadline to Submit Joint Claim Construction Chart.

    Plaintiff, AdvanceMe, Inc. and Defendants, First Funds, LLC, Merchant Money Tree,

Inc., Reach Financial, LLC, and AmeriMerchant, LLC respectfully move the Court to continue

Austin 755204v.1

the deadline to submit the Joint Claim Construction Chart from October 11, 2006 to October 12, 2006.  This Motion is not made for the purposes of delay or any other improper purpose.

Respectfully submitted,

Dated: October 11, 2006

By:  \_/s/ Michael N. Edelman\_
     w/permission Joseph Gray
Ronald S. Lemieux
Robert C. Matz
Vid Bhakar
Michael N. Edelman
PAUL, HASTINGS, JANOFSKY & WALKER LLP
Five Palo Alto Square, Sixth Floor
Palo Alto, CA 94306-2155
Tel: (650) 320-1800
Fax: (650) 320-1900
Lemieux Direct Tel: (650) 320-1821
Lemieux Direct Fax: (650) 320-1921
E-mail: ronlemieux@paulhastings.com
   robertmatz@paulhastings.com
   vidbhakar@paulhastings.com
   michaeledelman@paulhastings.com

Otis Carroll
IRELAND, CARROLL & KELLEY, P.C.
6101 S. Broadway, Suite 500
Tyler, Texas 75703
Tel: (903) 561-1600
Fax: (903) 581-1071
E-mail: Fedserv@icklaw.com

*ATTORNEYS FOR PLAINTIFF ADVANCEME, INC.*

Dated: October 11, 2006

By:  \_/s/ Joseph D. Gray\_
Willem G. Schuurman
Texas State Bar No. 17855200
Joseph D. Gray
Texas State Bar No. 24045970
VINSON & ELKINS L.L.P.
2801 Via Fortuna, Suite 100
Austin, Texas 78746
Phone:  (512) 542-8400 –
Fax:  (512) 236-3476

Hilary Preston
Admitted Pro Hac Vice
VINSON & ELKINS L.L.P.
666 Fifth Avenue
26th Floor
New York, New York 10103
Phone:  (212) 237-0000
Fax:  (212) 237-0100

Douglas McSwane
Texas State Bar No. 13861300
POTTER MINTON, P.C.
110 North College
500 Plaza Tower
Tyler, Texas 75702
Phone:  (903) 597-8311
Fax:  (903) 593-0846

*ATTORNEYS FOR AMERIMERCHANT, LLC, FIRST FUNDS, LLC, MERCHANT MONEY TREE, INC., AND REACH FINANCIAL, LLC*

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that all counsel of record who have consented to electronic service are being served a copy of this document via the court's CM/ECF system per Local Rule CV-5(a)(3) on this the 11th day of October, 2006.  Any other counsel of record will be served by first class mail on this same date.

                                                   /s/ Joseph D. Gray
                                                      Joseph D. Gray