# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| **ADVANCEME, INC.** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | **CIVIL ACTION NO. 6:05-cv-424-LED** |
| **RAPIDPAY, LLC, BUSINESS CAPITAL CORPORATION, FIRST FUNDS, LLC, MERCHANT MONEY TREE, INC., REACH FINANCIAL, LLC and FAST TRANSACT, INC. d/b/a SIMPLE CASH** | § § § § § § | |
| | § | |
| Defendants. | § | |

| | | |
|---|---|---|
| **ADVANCEME, INC.** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | **CIVIL ACTION NO. 6:06-cv-082-LED** |
| | § | |
| **AMERIMERCHANT, LLC,** | § | |
| | § | |
| Defendant. | § | |

## ORDER GRANTING JOINT MOTION TO EXTEND

The Court, having considered AdvanceMe, Inc.'s, First Funds, LLC's, Merchant Money Tree, Inc.'s, Reach Financial, LLC's, and AmeriMerchant, LLC's Joint Motion to Extend Deadline to Submit Joint Claim Construction Chart, is of the opinion that the motion should be GRANTED.

Accordingly, IT IS ORDERED that the deadline for the submission of the Joint Claim Construction Chart is extended to October 12, 2006.

Austin 755204v.1

IT IS SO ORDERED on this the _____ day of _____, 2006.

_____
The Honorable Leonard Davis
United States District Court
for the Eastern District of Texas

Austin 755204v.1