IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| ADVANCEME, INC. | § | |
| | § | |
| Plaintiff, | § | |
| | § | Civil Action No. 6:05-CV-424- LED |
| VS. | § | |
| | § | |
| RAPIDPAY, LLC, BUSINESS CAPITAL | § | |
| CORPORATION, FIRST FUNDS, LLC, | § | |
| MERCHANT MONEY TREE, INC., | § | |
| REACH FINANCIAL, LLC and FAST | § | |
| TRANSACT, INC., d/b/a SIMPLE CASH | § | |
| | § | |
| Defendants. | § | |

| | | |
|---|---|---|
| ADVANCEME, INC. | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | Civil Action No. 6:06-CV-082-LED |
| | § | |
| AMERIMERCHANT, LLC, | § | |
| | § | |
| Defendant. | § | |

### JOINT MOTION TO EXTEND DEADLINE TO SUBMIT
### JOINT CLAIM CONSTRUCTION CHART

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW Plaintiff, AdvanceMe, Inc. And Defendants, First Funds, LLC, Merchant Money Tree, Inc., Reach Financial, LLC and AmeriMerchant, LLC, and file this Joint Motion to Extend Deadline to Submit Joint Claim Construction Chart.

Plaintiff, AdvanceMe, Inc. and Defendants, First Funds, LLC, Merchant Money Tree, Inc., Reach Financial, LLC and AmeriMerchant, LLC, respectfully move the Court to continue the deadline to submit the Joint Claim Construction Chart from October 12, 2006 to October 13,

2006.  The Claim Construction Chart was prepared in Word format and the parties are having difficulty converting it to the Word Perfect format required by the Court.  This Motion is not made for the purposes of delay or any other improper purpose.

Respectfully submitted,

| | |
|---|---|
| Dated: October 12, 2006 | Dated: October 12, 2006 |
| /s/ Ronald S. Lemieux<br>         by permission Otis Carroll<br>Ronald S. Lemieux<br>Robert C. Matz<br>Vid Bhakar<br>Michael N. Edelman<br>PAUL, HASTINGS, JANOFSKY &<br>       WALKER, LLP<br>Five Palo Alto Square, Sixth Floor<br>Palo Alto, CA 94306-2155<br>Tel: (640) 320-1800<br>Fax: (650) 320-1900<br>Email: ronlemieux@paulhastings.com<br>         robertmatz@paulhastings.com<br>         vidbhakar@paulhastings.com<br>         michaeledelman@paulhastings.com<br><br>Otis Carroll<br>State Bar No. 03785900<br>Deborah Race<br>State Bar No. 16448700<br>IRELAND, CARROLL & KELLEY, P.C.<br>6101 S. Broadway, Suite 500<br>Tyler, Texas 75703<br>Tel: (903) 561-1600<br>Fax: (903) 581-1071<br><br>ATTORNEY FOR PLAINTIFF<br>ADVANCEME, INC. | /s/ Douglas McSwane<br>         by permission Otis Carroll<br>Willem G. Schuurman<br>Texas State Bar No. 17855200<br>Joseph D. Gray<br>Texas State Bar No. 24045970<br>VINSON & ELKINS, L.L.P.<br>2801 Via Fortuna, Suite 100<br>Austin, Texas 78746<br>Tel: (512) 542-8400<br>Fax: (512) 236-3476<br><br>Hilary Preston<br>Admitted Pro Hac<br>         VINSON & ELKINS, L.L.P.<br>666 Fifth Avenue<br>26th Floor<br>New York, New York 10103<br>Tel: (212) 237-0000<br><br>Douglas McSwane<br>Texas Bar No. 13861300<br>POTTER MINTON, P.C.<br>110 North College<br>500 Plaza Tower<br>Tyler, Texas 75702<br>Tel: (903) 597-8311<br>Fax: (903) 593-0846<br><br>ATTORNEYS FOR DEFENDANTS,<br>AMERIMERCHANT, LLC, FIRST<br>FUNDS, LLC, MERCHANT MONEY<br>TREE, INC., AND REACH FINANCIAL,<br>INC. |

**CERTIFICATE OF CONFERENCE**

This will confirm that the undersigned counsel has conferred with Douglas McSwane, attorney for Defendants, and there is no opposition to the relief requested in this motion.

/s/ Deborah Race

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by facsimile transmission and/or first class mail this 12th day of October, 2006.

/s/ Otis Carroll