# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

**DATE:** 10/30/2006

| **JUDGE** <br> JOHN LOVE | **REPORTER:** Jan Mason <br> **LAW CLERK:** Deleith Gossett |
|---|---|
| **ADVANCEME, INC.** <br> Plaintiff <br><br> vs. <br><br> **RAPIDPAY, LLC., ET AL** <br> Defendant | **CIVIL ACTION NO**: **6:05CV424** <br><br> **MOTION HEARING** <br> **(DKT # 33)** |

| **ATTORNEY FOR PLAINTIFF** | **ATTORNEY FOR DEFENDANT** |
|---|---|
| Otis Carroll | |

On this day, came the parties by their attorneys and the following proceedings were had:

**OPEN:** 3:04 pm                **ADJOURN:** 3:20 pm

| TIME: | MINUTES: |
|---|---|
| 3:04 pm | Case called. Mr. Carroll announced ready on behalf of the plaintiff. There is no counsel present for the defendant, RapidPay. |
| 3:05 pm | The Court gives brief overview of why we are here. The Court stated that the Court set a hearing on #33 Motion for Default Judgment. Counsel for RapidPay is not present. Mr. Harrison had been counsel previously but is no longer attorney of record. |
| 3:10 pm | Mr. Carroll gave brief overview of the Motion #33 and the case itself. He stated that RapidPay had been in bankruptcy and not has been dismissed. Mr. Carroll asked the Court to sign the Proposed Order granting permanent injunction. |
| 3:17 pm | The Court stated that he will issue a Report and Recommendation due to there being no full consent to proceed before a Magistrate. Mr. Carroll responded. |
| 3:20 pm | There being nothing further, Court is adjourned. |
| | |
| | |
| | |

**DAVID J. MALAND, CLERK**

**FILED:** 10/30/2006

BY: *Mechele Morris*, Courtroom Deputy