# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| ADVANCEME, INC. § | | |
| Plaintiff § | | |
| § | | |
| VS. § | | |
| § | | |
| RAPIDPAY, LLC, BUSINESS CAPITAL § | CAUSE NO. 6:05-CV-424 LED | |
| CORPORATION, FIRST FUNDS LLC, § | | |
| MERCHANT MONEY TREE, INC., § | | |
| REACH FINANCIAL, LLC and § | | |
| FAST TRANSACT, INC. d/b/a § | | |
| SIMPLE CASH § | | |
| Defendant § | | |
| | | |
| ADVANCEME, INC., § | | |
| § | | |
| Plaintiff, § | | |
| § | CAUSE NO. 6:06-CV-0082 LED | |
| v. § | JURY TRIAL DEMANDED | |
| § | | |
| AMERIMERCHANT, LLC, § | | |
| Defendant. § | | |

### Order Granting Defendants' <u>Expedited</u> Motion
### for Leave to Amend Preliminary Invalidity Contentions

On this day, the Court considered Defendants First Funds, LLC's, Merchant Money Tree, Inc.'s, Reach Financial, LLC's, and AmeriMerchant, LLC's Expedited Motion for Leave to Amend Preliminary Invalidity Contentions. After careful consideration and having found good cause exists for the amendment, the Court is of the opinion that the motion should be, and is hereby, GRANTED.

It is, therefore, ORDERED that Defendants First Funds, LLC, Merchant Money Tree, Inc., Reach Financial, LLC, and AmeriMerchant, LLC may amend their preliminary invalidity contentions.

SIGNED this ____ day of November, 2006.

_____
The Honorable John Love
United States District Court
for the Eastern District of Texas

Dockets.Justia.com