# EXHIBIT C

## Reiley, Amy

**From:** Preston, Hilary
**Sent:** Friday, September 29, 2006 6:27 PM
**To:** Michael N. Edelman Esq. (michaeledelman@paulhastings.com)
**Cc:** Gray, Joseph; Schuurman, Bill
**Subject:** AdvanceMe Litigation

Mike,

I write to follow up on our conversation yesterday regarding AdvanceMe's position on whether to oppose or consent to Defendants' second motion for leave to amend its invalidity contentions. You have stated that AdvanceMe has not yet determined whether to oppose or consent and will entertain Defendants' request in good faith if Defendants provide a copy of the proposed amendments to AdvanceMe for consideration. We have agreed to your request to review the proposed amendments before deciding whether to oppose or consent, and accordingly, we will forward the proposed amendments to you as soon as is possible, hopefully on Monday.

Best regards,

Hilary

_____
**Hilary Preston**
Attorney
Vinson & Elkins LLP
666 Fifth Avenue, 26th Floor
New York, NY 10103-0040
Direct: 212.237.0066
Fax:   917.849.5387