# EXHIBIT I

**Reiley, Amy**

| | |
|---|---|
| **From:** | Henderson, Christina [christinahenderson@paulhastings.com] |
| **Sent:** | Wednesday, November 01, 2006 12:42 PM |
| **To:** | bschurman@velaw.com; Gray, Joseph; Preston, Hilary; dougmcswane@potterminton.com |
| **Cc:** | Edelman, Michael N.; Matz, Robert |
| **Subject:** | 2006-10-31 Advanceme's Objections and Response to Defendants' Amended 1st Set of Rogs.pdf |
| **Attachments:** | 2006-10-31 Advanceme's Objections and Response to Defendants' Amended 1st Set of Rogs.pdf |

2006-10-31
dvanceme's Objecti.

```
***********************************************************
IRS Circular 230 Disclosure:   As required by U.S. Treasury Regulations
governing tax practice, you are hereby advised that any written tax advice contained
herein was not written or intended to be used (and cannot be used) by any taxpayer for the
purpose of avoiding penalties that may  be imposed under the U.S. Internal Revenue Code.
***********************************************************
```

This message is sent by a law firm and may contain information that is privileged or
confidential.  If you received this transmission in error, please notify the sender by
reply e-mail and delete the message and any attachments.

For additional information, please visit our website at www.paulhastings.com.

1