AdvanceMe Inc v. RapidPay LLC

Case 6:05-cv-00424-LED    Document 143    Filed 11/13/2006    Page 1 of 19

Doc. 143 Att. 15

# EXHIBIT N

Dockets.Justia.com

<u>Plaintiff AdvanceMe, Inc.'s Privilege Log</u>
*AdvanceMe, Inc. v. RapidPay LLC, et. al (Civil Case No. 6:05-cv-00424)(E.D. Tex.)(LED)*
*AdvanceMe, Inc. v. AmeriMerchant, LLC (Civil Case No. 6:06-cv-00082)(E.D. Tex.(LED)*

| Date | Author | Recipient | Copied | Privilege/ Protection Asserted | Description of Document | Location |
|---|---|---|---|---|---|---|
| Undated | P. Campbell, Esq. | File | n/a | Attorney-Client | Internal document reflecting a response to a request for legal services. | Office of Outside Counsel for AdvanceMe |
| Undated | P. Campbell, Esq. | File | n/a | Attorney-Client | Internal document reflecting a response to a request for legal services. | Office of Outside Counsel for AdvanceMe |
| Undated | P. Campbell, Esq. | File | n/a | Attorney-Client | Internal document reflecting a response to a request for legal services and legal advice. | Office of Outside Counsel for AdvanceMe |
| Undated | P. Campbell, Esq. | File | n/a | Attorney-Client | Attorney notes on an internal document reflecting a response to a request for legal services and legal advice. | Office of Outside Counsel for AdvanceMe |
| Undated | M. Byrne, Esq. | File | n/a | Attorney-Client | Attorney notes on an internal document reflecting a response to a request for legal services and legal advice. | Office of Outside Counsel for AdvanceMe |
| Undated | J. Forcier, Esq. | File | n/a | Attorney-Client | Attorney notes on an internal document reflecting a response to a request for legal services and legal advice. | Office of Outside Counsel for AdvanceMe |
| Undated | R. Tosti, Esq. | File | n/a | Attorney-Client | Attorney notes on an internal document reflecting a response to a request for legal services and legal advice. | Office of Outside Counsel for AdvanceMe |

| Date | Author | Recipient | Copied | Privilege/ Protection Asserted | Description of Document | Location |
|---|---|---|---|---|---|---|
| April 19th No Year | R. Tosti, Esq. | File | n/a | Attorney-Client | Attorney notes on an internal document reflecting a response to a request for legal services and legal advice | Office of Outside Counsel for AdvanceMe |
| Various (2/16/00, 9/5/00, 9/5/01) | R. Tosti, Esq. | File | n/a | Attorney-Client | Attorney notes on an internal document reflecting a response to a request for legal services and legal advice. | Office of Outside Counsel for AdvanceMe |
| Undated | R. Tosti, Esq. | File | n/a | Attorney-Client | Attorney notes on an internal document reflecting a response to a request for legal services and legal advice. | Office of Outside Counsel for AdvanceMe |
| Undated | R. Tosti, Esq. | File | n/a | Attorney-Client | Attorney notes on an internal document reflecting a response to a request for legal services and legal advice. | Office of Outside Counsel for AdvanceMe |
| Undated | R. Tosti, Esq. | File | n/a | Attorney-Client | Attorney notes on an internal document reflecting a response to a request for legal services and legal advice. | Office of Outside Counsel for AdvanceMe |
| Undated | R. Tosti, Esq. | File | n/a | Attorney-Client | Attorney notes on an internal document reflecting a response to a request for legal services and legal advice. | Office of Outside Counsel for AdvanceMe |
| Undated | R. Tosti, Esq. | File | n/a | Attorney-Client | Attorney notes on an internal document reflecting a response to a request for legal services and legal advice. | Office of Outside Counsel for AdvanceMe |
| 12/12/94; 9/10/95 | Gymboree Corp. | Moon Street Junction, Inc.; B. Johnson | n/a | 3d Party Confidentiality Agreement (Trade Secret) | Gymboree Franchise Agreement (ADV00047-ADV00131) | Office of Outside Counsel for AdvanceMe |

| Date | Author | Recipient | Copied | Privilege/ Protection Asserted | Description of Document | Location |
|---|---|---|---|---|---|---|
| 2/25/95 (sic) | P. Campbell, Esq. | G. Johnson | R. Tosti, Esq. | Attorney-Client | Correspondence communicating a response to a request for legal services and legal advice. | Office of Outside Counsel for AdvanceMe |
| 4/14/97 | P. Campbell, Esq. | File | n/a | Attorney-Client | Attorney notes summarizing contents of client conference wherein legal services and legal advice were requested. | Office of Outside Counsel for AdvanceMe |
| 4/16/97 | P. Campbell, Esq. | A. Jordan | n/a | Attorney-Client | Internal e-mail reflecting a response to a request for legal services and legal advice. | Office of Outside Counsel for AdvanceMe |
| 4/16/97 | A. Jordan | P. Campbell, Esq. | n/a | Attorney-Client | Internal document reflecting a response to a request for legal services and legal advice. | Office of Outside Counsel for AdvanceMe |
| 4/18/97 | P. Campbell, Esq. | G. Johnson | n/a | Attorney-Client | Correspondence communicating a response to a request for legal services and legal advice. | Office of Outside Counsel for AdvanceMe |
| 5/12/97 | R. Tosti, Esq. | G. Johnson | P. Campbell, Esq. | Attorney-Client | Correspondence communicating a response to a request for legal services and legal advice. | Office of Outside Counsel for AdvanceMe |
| 5/16/97 | R. Tosti, Esq. | G. Johnson | P. Campbell, Esq. | Attorney-Client | Correspondence communicating a response to a request for legal services and legal advice. | Office of Outside Counsel for AdvanceMe |
| 5/22/97 | G. Johnson | P. Campbell, Esq. | n/a | Attorney-Client | Facsimile communicating a request for legal services and legal advice. | Office of Outside Counsel for AdvanceMe |

| Date | Author | Recipient | Copied | Privilege/ Protection Asserted | Description of Document | Location |
|---|---|---|---|---|---|---|
| 5/30/97 | R. Tosti, Esq. | G. Johnson | n/a | Attorney-Client | Facsimile communicating a response to a request for legal services and legal advice with attorney notes. | Office of Outside Counsel for AdvanceMe |
| 5/30/97 | R. Tosti, Esq. | G. Johnson | P. Campbell, Esq. | Attorney-Client | Correspondence communicating a response to a request for legal services and legal advice. | Office of Outside Counsel for AdvanceMe |
| 6/6/97 | R. Tosti, Esq. | G. Johnson | P. Campbell, Esq. | Attorney-Client | Facsimile communicating a response to a request for legal services and legal advice. | Office of Outside Counsel for AdvanceMe |
| 6/23/97 | R. Tosti, Esq. | G. Johnson | P. Campbell, Esq. | Attorney-Client | Facsimile communicating a response to a request for legal services and legal advice. | Office of Outside Counsel for AdvanceMe |
| 6/30/97 | P. Campbell, Esq. | B. Johnson | n/a | Attorney-Client | Correspondence communicating a response to a request for legal services and legal advice attaching legal documentation. | Office of Outside Counsel for AdvanceMe |
| 7/2/97 | P. Campbell, Esq. | G. Johnson B. Johnson | n/a | Attorney-Client | Correspondence communicating a response to a request for legal services and legal advice attaching legal documentation. | Office of Outside Counsel for AdvanceMe |
| 7/10/97 | P. Campbell, Esq. | G. Johnson | n/a | Attorney-Client | Correspondence communicating a response to a request for legal services and legal advice. | Office of Outside Counsel for AdvanceMe |
| 7/15/97 | P. Campbell, Esq. | G. Johnson B. Johnson | n/a | Attorney-Client | Correspondence communicating a response to a request for legal services and legal advice attaching legal documentation. | Office of Outside Counsel for AdvanceMe |

| Date | Author | Recipient | Copied | Privilege/ Protection Asserted | Description of Document | Location |
|---|---|---|---|---|---|---|
| 8/27/97 | P. Campbell, Esq. | G. Johnson B. Johnson | n/a | Attorney-Client | Correspondence communicating a response to a request for legal services and legal advice. | Office of Outside Counsel for AdvanceMe |
| 9/10/97 | P. Campbell, Esq. | G. Johnson B. Johnson | n/a | Attorney-Client | Draft correspondence reflecting a response to a request for legal services and legal advice and correspondence communicating a response to a request for legal services and legal advice. | Office of Outside Counsel for AdvanceMe |
| 9/17/97 | P. Campbell, Esq. | G. Johnson | W. Durkin III, Esq. | Attorney-Client | Correspondence communicating a response to a request for legal services and legal advice. | Office of Outside Counsel for AdvanceMe |
| 12/22/97 | P. Campbell, Esq. | G. Johnson | n/a | Attorney-Client | Correspondence communicating a response to a request for legal services and legal advice. | Office of Outside Counsel for AdvanceMe |
| 2/2/98 | P. Campbell, Esq. | File | n/a | Attorney-Client | Internal memorandum reflecting a response to a request for legal services and legal advice. | Office of Outside Counsel for AdvanceMe |
| 2/2/98 | G. Johnson | P. Campbell, Esq. | n/a | Attorney-Client | Correspondence communicating a request for legal services and legal advice. | Office of Outside Counsel for AdvanceMe |
| 2/19/98 | P. Campell, Esq. | G. Johnson | n/a | Attorney-Client | Correspondence communicating a response to a request for legal services and legal advice. | Office of Outside Counsel for AdvanceMe |
| 3/3/98 | R. Tosti, Esq. | L. Falke | G. Johnson P. Campbell, Esq. | Attorney-Client | Correspondence communicating a response to a request for legal services and legal advice. | Office of Outside Counsel for AdvanceMe |

| Date | Author | Recipient | Copied | Privilege/ Protection Asserted | Description of Document | Location |
|---|---|---|---|---|---|---|
| 3/4/98 | R. Tosti, Esq. | L. Falke | G. Johnson P. Campbell, Esq. | Attorney-Client | Correspondence communicating a response to a request for legal services and legal advice. | Office of Outside Counsel for AdvanceMe |
| 3/9/98 | R. Tosti, Esq. | G. Johnson L. Falke | P. Campbell, Esq. | Attorney-Client | Facsimile communicating a response to a request for legal services and legal advice. | Office of Outside Counsel for AdvanceMe |
| 3/23/98 | R. Tosti, Esq. | G. Johnson | W. Durkin III, Esq. P. Campbell, Esq. | Attorney-Client | Correspondence communicating a response to a request for legal services and legal advice. | Office of Outside Counsel for AdvanceMe |
| 4/8/98 | P. Campbell, Esq. | G. Johnson | B. Rielly | Attorney-Client | Correspondence and attorney notes communicating a response to a request for legal services and legal advice and attaching legal documentation. | Office of Outside Counsel for AdvanceMe |
| 5/7/98 | R. Tosti, Esq. | G. Johnson | P. Campbell, Esq. | Attorney-Client | Correspondence communicating a response to a request for legal services and legal advice. | Office of Outside Counsel for AdvanceMe |
| 5/20/98 | R. Tosti, Esq. | G. Johnson | | Attorney-Client | Correspondence communicating a response to a request for legal services and legal advice. | Office of Outside Counsel for AdvanceMe |
| 5/27/98 | J. Whitfield | R. Tosti, Esq. | n/a | Attorney-Client | Correspondence communicating a response to a request for legal services and legal advice. | Office of Outside Counsel for AdvanceMe |
| 6/4/98 | W. Durkin III, Esq. | R. Tosti, Esq. | J. Duffy, Esq. | Attorney-Client | Correspondence communicating a request for legal services with attorney notes attaching legal documentation. | Office of Outside Counsel for AdvanceMe |

| Date | Author | Recipient | Copied | Privilege/ Protection Asserted | Description of Document | Location |
|---|---|---|---|---|---|---|
| 6/4/98 | W. Durkin III, Esq. | R. Tosti, Esq. | J. Duffy, Esq. | Attorney-Client | Correspondence communicating a request for legal services with attorney notes. | Office of Outside Counsel for AdvanceMe |
| 6/26/98 | R. Tosti, Esq. | L. Falke | G. Johnson W. Durkin III, Esq. | Attorney-Client | Correspondence communicating a response to a request for legal services and legal advice. | Office of Outside Counsel for AdvanceMe |
| 7/3/98 | S. Fujino, Esq. | R. Tosti, Esq. | n/a | Attorney-Client | Correspondence communicating a response to a request for legal services and legal advice with attorney notes. | Office of Outside Counsel for AdvanceMe |
| 7/8/98 | R. Tosti, Esq. | L. Falke | G. Johnson W. Durkin III, Esq. | Attorney-Client | Correspondence communicating a response to a request for legal services and legal advice. | Office of Outside Counsel for AdvanceMe |
| 7/8/98 | R. Tosti, Esq. | L. Falke | G. Johnson | Attorney-Client | Correspondence communicating a response to a request for legal services and legal advice. | Office of Outside Counsel for AdvanceMe |
| 7/8/98 | R. Tosti, Esq. | L. Falke | G. Johnson | Attorney-Client | Draft correspondence reflecting a response to a request for legal services and legal advice and correspondence communicating a response to a request for legal services and legal advice. | Office of Outside Counsel for AdvanceMe |
| 7/9/98 | M. Butler, Esq. | R. Tosti, Esq. | n/a | Attorney-Client | Facsimile and correspondence with attorney notes communicating a response to a request for legal services and legal advice. | Office of Outside Counsel for AdvanceMe |
| 9/24/98 | R. Tosti, Esq. | L. Falke | G. Johnson W. Durkin III, Esq. | Attorney-Client | Correspondence communicating a response to a request for legal services and legal advice. | Office of Outside Counsel for AdvanceMe |

| Date | Author | Recipient | Copied | Privilege/ Protection Asserted | Description of Document | Location |
|---|---|---|---|---|---|---|
| 10/29/98 | R. Tosti, Esq. | L. Falke | G. Johnson | Attorney-Client | Draft correspondence reflecting a response to a request for legal services and legal advice. | Office of Outside Counsel for AdvanceMe |
| 11/18/98 | R. Tosti, Esq. | L. Falke | G. Johnson | Attorney-Client | Correspondence communicating a response to a request for legal services and legal advice. | Office of Outside Counsel for AdvanceMe |
| 1/5/99 | R. Tosti, Esq. | L. Falke | G. Johnson | Attorney-Client | Correspondence communicating a response to a request for legal services and legal advice. | Office of Outside Counsel for AdvanceMe |
| 1/20/99 | R. Tosti, Esq. | L. Falke | G. Johnson | Attorney-Client | Correspondence communicating a response to a request for legal services and legal advice. | Office of Outside Counsel for AdvanceMe |
| 2/23/99 | R. Tosti, Esq. | L. Falke | G. Johnson | Attorney-Client | Correspondence communicating a response to a request for legal services and legal advice. | Office of Outside Counsel for AdvanceMe |
| 5/12/99 | P. Hurst | File | R. Tosti, Esq. | Attorney-Client | Memorandum reflecting a response to a request for legal services and legal advice. | Office of Outside Counsel for AdvanceMe |
| 05/20/99 | R. Tosti, Esq. | L. Falke | G. Johnson | Attorney-Client | Correspondence communicating a response to a request for legal services and legal advice with attorney notes. | Office of Outside Counsel for AdvanceMe |
| 6/4/99 | R. Tosti, Esq. | L. Falke | G. Johnson | Attorney-Client | Correspondence communicating a response to a request for legal services and legal advice. | Office of Outside Counsel for AdvanceMe |

LEGAL_US_W # 54487428.1

| Date | Author | Recipient | Copied | Privilege/ Protection Asserted | Description of Document | Location |
|---|---|---|---|---|---|---|
| 6/7/99 | J. Forcier, Esq. | L. Falke | G. Johnson R. Tosti, Esq. | Attorney-Client | Correspondence communicating a response to a request for legal services and legal advice. | Office of Outside Counsel for AdvanceMe |
| 6/9/99 | L. Falke | W. Durkin III, Esq. | File | Attorney-Client | Minutes of Meeting of Board of Directors reflecting client confidences communicated to W. Durkin III, Esq. in connection with a request for legal services and legal advice. | Office of Outside Counsel for AdvanceMe |
| 6/28/99 | J. Forcier, Esq. | L. Falke | G. Johnson R. Tosti, Esq. | Attorney-Client | Correspondence communicating a response to a request for legal services and legal advice. | Office of Outside Counsel for AdvanceMe |
| 7/9/97 | R. Tosti, Esq. | File | | Attorney-Client | Draft correspondence reflecting a response to a request for legal services and advice. | Office of Outside Counsel for AdvanceMe |
| 7/14/99 | R. Tosti, Esq. | L. Falke | G. Johnson | Attorney-Client | Facsimile communicating a response to a request for legal services and advice with attorney notes. | Office of Outside Counsel for AdvanceMe |
| 7/16/99 | R. Tosti, Esq. | L. Falke | G. Johnson | Attorney-Client | Correspondence communicating a response to a request for legal services and advice. | Office of Outside Counsel for AdvanceMe |
| 7/27/99 | J. Forcier, Esq. | L. Falke | R. Tosti, Esq. | Attorney-Client | Correspondence communicating a response to a request for legal services and advice. | Office of Outside Counsel for AdvanceMe |
| 8/20/99 | J. Forcier, Esq. | L. Falke | G. Johnson R. Tosti, Esq. | Attorney-Client | Correspondence communicating a response to a request for legal services and legal advice with attorney notes. | Office of Outside Counsel for AdvanceMe |

LEGAL_US_W # 54487428.1

| Date | Author | Recipient | Copied | Privilege/ Protection Asserted | Description of Document | Location |
|---|---|---|---|---|---|---|
| 09/7/99 | R. Tosti, Esq. | L. Falke | G. Johnson J. Forcier, Esq. | Attorney-Client | Correspondence communicating a response to a request for legal services and legal advice. | Office of Outside Counsel for AdvanceMe |
| 9/17/99 | L. Falke | W. Durkin III, Esq. | File | Attorney-Client | Minutes of Meeting of Board of Directors reflecting client confidences communicated to W. Durkin III, Esq. in connection with a request for legal services and legal advice. | Office of Outside Counsel for AdvanceMe |
| 10/12/99 | J. Forcier, Esq. | B. Johnson | L. Falke R. Tosti, Esq. | Attorney-Client | Correspondence communicating a response to a request for legal services and legal advice with attorney and client notes. | Office of Outside Counsel for AdvanceMe |
| 10/12/99 | J. Forcier, Esq. | L. Falke | G. Johnson R. Tosti, Esq. | Attorney-Client | Attorney notes on correspondence reflecting a response to a request for legal services and legal advice. | Office of Outside Counsel for AdvanceMe |
| 10/21/99 | J. Forcier, Esq. | L. Falke | G. Johnson R. Tosti, Esq. | Attorney-Client | Correspondence communicating a response to a request for legal services and legal advice. | Office of Outside Counsel for AdvanceMe |
| 11/8/99 | J. Forcier, Esq. | File | n/a | Attorney-Client | Attorney notes on a document reflecting a response to a request for legal services and legal advice. | Office of Outside Counsel for AdvanceMe |
| 11/8/99 | J. Forcier, Esq. | File | n/a | Attorney-Client | Attorney notes on a document reflecting a response to a request for legal services and legal advice. | Office of Outside Counsel for AdvanceMe |
| 11/10/99 | J. Forcier, Esq. | L. Falke | G. Johnson R. Tosti, Esq. | Attorney-Client | Correspondence communicating a response to a request for legal services and legal advice. | Office of Outside Counsel for AdvanceMe |

10

| Date | Author | Recipient | Copied | Privilege/ Protection Asserted | Description of Document | Location |
|---|---|---|---|---|---|---|
| 12/6/99 | J. Forcier, Esq. | L. Falke | G. Johnson R. Tosti, Esq. | Attorney-Client | Correspondence communicating a response to a request for legal services and legal advice. | Office of Outside Counsel for AdvanceMe |
| 12/6/99 | J. Forcier, Esq. | L. Falke | G. Johnson R. Tosti, Esq. | Attorney-Client | Correspondence communicating a response to a request for legal services and legal advice | Office of Outside Counsel for AdvanceMe |
| 12/14/99 | L. Falke | W. Durkin III, Esq. | File | Attorney-Client | Minutes of Meeting of Board of Directors reflecting client confidences communicated to W. Durkin III, Esq. in connection with a request for legal services and legal advice. | Office of Outside Counsel for AdvanceMe |
| 1/13/00 | L. Falke | W. Durkin III, Esq. | File | Attorney-Client | Minutes of Meeting of Board of Directors reflecting client confidences communicated to W. Durkin III, Esq. in connection with a request for legal services and legal advice. | Office of Outside Counsel for AdvanceMe |
| 2/24/00 | R. Tosti, Esq. | L. Falke | G. Johnson J. Forcier, Esq. | Attorney-Client | Correspondence communicating a response to a request for legal services and legal advice. | Office of Outside Counsel for AdvanceMe |
| 2/28/00 | R. Tosti, Esq. | L. Falke | G. Johnson J. Forcier, Esq. | Attorney-Client | Correspondence communicating a response to a request for legal services and legal advice | Office of Outside Counsel for AdvanceMe |
| 3/9/00 | J. Forcier, Esq. | L. Falke | G. Johnson R. Tosti, Esq. | Attorney-Client | Correspondence communicating a response to a request for legal services and legal advice. | Office of Outside Counsel for AdvanceMe |

| Date | Author | Recipient | Copied | Privilege/ Protection Asserted | Description of Document | Location |
|---|---|---|---|---|---|---|
| 3/10/00 | L. Falke | W. Durkin III, Esq. | File | Attorney-Client | Minutes of Meeting of Board of Directors reflecting client confidences communicated to W. Durkin III, Esq. in connection with a request for legal services and legal advice. | Office of Outside Counsel for AdvanceMe |
| 5/16/00 | J. Forcier, Esq. | L. Falke | G. Johnson R. Tosti, Esq. | Attorney-Client | Correspondence communicating a response to a request for legal services and legal advice. | Office of Outside Counsel for AdvanceMe |
| 7/25/00 | F. Angrisani | W. Durkin III, Esq. | File | Attorney-Client | Minutes of Meeting of Board of Directors reflecting client confidences communicated to W. Durkin III, Esq. in connection with a request for legal services and legal advice. | Office of Outside Counsel for AdvanceMe |
| 9/18/00 | J. Forcier, Esq. | L. Falke | G. Johnson R. Tosti, Esq. | Attorney-Client | Correspondence communicating a response to a request for legal services and legal advice. | Office of Outside Counsel for AdvanceMe |
| 9/26/00 | G. Johnson | R. Tosti, Esq. | n/a | Attorney-Client | Attorney notes on correspondence communicating a response to a request for legal services and legal advice. | Office of Outside Counsel for AdvanceMe |
| 9/27/00 | A. Meola, Esq. | R. Tosti, Esq. | S. Katsch, Esq. S. Giove, Esq. | Attorney-Client | Correspondence communicating a response to a request for legal services and legal advice. | Office of Outside Counsel for AdvanceMe |
| 10/18/00 | J. Forcier, Esq. | A. Meola, Esq. | R. Tosti, Esq. | Attorney-Client | Correspondence communicating a response to a request for legal services and legal advice. | Office of Outside Counsel for AdvanceMe |

| Date | Author | Recipient | Copied | Privilege/ Protection Asserted | Description of Document | Location |
|---|---|---|---|---|---|---|
| 1/29/01 | J. Forcier, Esq. | F. Angrisani | G. Johnson<br>R. Tosti, Esq.<br>J. Duva, Esq. | Attorney-Client | Correspondence communicating a response to a request for legal services and legal advice. | Office of Outside Counsel for AdvanceMe |
| 2/22/01 | J. Gandolfo | W. Durkin III, Esq. | File | Attorney-Client | Minutes of Meeting of Board of Directors reflecting client confidences communicated to W. Durkin III, Esq. in connection with a request for legal services and legal advice. | Office of Outside Counsel for AdvanceMe |
| 3/30/01 | J. Gandolfo | J. Duva | A. Meola, Esq. | Attorney-Client | Correspondence communicating a response to a request for legal services and legal advice. | Office of Outside Counsel for AdvanceMe |
| 4/6/01 | R. Tosti, Esq. | A. Meola, Esq. | J. Gandolfo | Attorney-Client | Draft correspondence reflecting a response to a request for legal services and legal advice and correspondence communicating a response to a request for legal services and legal advice. | Office of Outside Counsel for AdvanceMe |
| 4/13/01 | A. Meola, Esq. | J. Forcier, Esq. | n/a | Attorney-Client | E-mail communicating a response to a request for legal services and legal advice. | Office of Outside Counsel for AdvanceMe |
| 4/13/01 | A. Meola, Esq. | File | n/a | Attorney-Client | Draft correspondence and attorney notes on correspondence reflecting a response to a request for legal services and legal advice. | Office of Outside Counsel for AdvanceMe |
| 4/13/01 | A. Meola, Esq. | J. Forcier, Esq. | n/a | Attorney-Client | E-mail communicating a response to a request for legal services and legal advice. | Office of Outside Counsel for AdvanceMe |

13

LEGAL_US_W # 54487428.1

| Date | Author | Recipient | Copied | Privilege/ Protection Asserted | Description of Document | Location |
|---|---|---|---|---|---|---|
| 4/25/01 | J. Gandolfo | W. Durkin III, Esq. | File | Attorney-Client | Minutes of Meeting of Board of Directors reflecting client confidences communicated to W. Durkin III, Esq. in connection with a request for legal services and legal advice with attorney notes. | Office of Outside Counsel for AdvanceMe |
| 5/2/01 | J. Forcier, Esq. | A. Meola, Esq. | J. Gandolfo R. Tosti, Esq. | Attorney-Client | Attorney notes on correspondence communicating a response to a request for legal services and legal advice. | Office of Outside Counsel for AdvanceMe |
| 5/3/2001 | A. Meola, Esq. | L. Falke | n/a | Attorney-Client | Correspondence communicating a response to a request for legal services and legal advice. | Office of Outside Counsel for AdvanceMe |
| 5/3/01 | A. Meola, Esq. | L. Falke | n/a | Attorney-Client | Correspondence communicating a response to a request for legal services and legal advice. | Office of Outside Counsel for AdvanceMe |
| 7/20/01 | A. Meola, Esq. | L. Falke | n/a | Attorney-Client | Correspondence communicating a response to a request for legal services and legal advice. | Office of Outside Counsel for AdvanceMe |
| 10/19/01 | G. Goldman | W. Durkin III, Esq. | File | Attorney-Client | Minutes of Meeting of Board of Directors reflecting client confidences communicated to W. Durkin III, Esq. in connection with a request for legal services and legal advice. | Office of Outside Counsel for AdvanceMe |
| 1/28/02 | M. Byrne, Esq. | L. Falke | n/a | Attorney-Client | Correspondence communicating a response to a request for legal services and legal advice. | Office of Outside Counsel for AdvanceMe |

LEGAL_US_W # 54487428.1

| Date | Author | Recipient | Copied | Privilege/ Protection Asserted | Description of Document | Location |
|---|---|---|---|---|---|---|
| 2/26/02 | M. Byrne, Esq. | L. Falke | n/a | Attorney-Client | Draft correspondence reflecting a response to a request for legal services and legal advice. | Office of Outside Counsel for AdvanceMe |
| 3/28/2002 | M. Byrne, Esq. | L. Falke | n/a | Attorney-Client | Correspondence communicating a response to a request for legal services and legal advice. | Office of Outside Counsel for AdvanceMe |
| 5/2/02 | M. Byrne, Esq. | L. Falke | n/a | Attorney-Client | Draft correspondence reflecting a response to a request for legal services and legal advice. | Office of Outside Counsel for AdvanceMe |
| 7/10/2002 | M. Byrne, Esq. | File | n/a | Attorney-Client | Facsimile with attorney notes reflecting a response to a request for legal services and legal advice. | Office of Outside Counsel for AdvanceMe |
| 7/23/02 | M. Byrne, Esq. | R. Ferrante | n/a | Attorney-Client | Draft correspondence reflecting a response to a request for legal services and legal advice. | Office of Outside Counsel for AdvanceMe |
| 8/13/02 | M. Byrne, Esq. | R. Ferrante | n/a | Attorney-Client | Correspondence communicating a response to a request for legal services and legal advice. | Office of Outside Counsel for AdvanceMe |
| 9/17/02 | M. Byrne, Esq. | R. Ferrante | n/a | Attorney-Client | Draft correspondence reflecting a response to a request for legal services and legal advice. | Office of Outside Counsel for AdvanceMe |
| 10/17/02 | M. Byrne, Esq. | R. Ferrante | n/a | Attorney-Client | Draft correspondence reflecting a response to a request for legal services and legal advice and correspondence communicating a response to a request for legal services and legal advice. | Office of Outside Counsel for AdvanceMe |

| Date | Author | Recipient | Copied | Privilege/ Protection Asserted | Description of Document | Location |
|---|---|---|---|---|---|---|
| 10/18/02 | M. Byrne, Esq. | R. Ferrante | n/a | Attorney-Client | Correspondence communicating a response to a request for legal services and legal advice. | Office of Outside Counsel for AdvanceMe |
| 2/20/03 | M. Byrne, Esq. | R. Ferrante | n/a | Attorney-Client | Draft correspondence reflecting a response to a request for legal services and legal advice. | Office of Outside Counsel for AdvanceMe |
| 4/3/03 | M. Byrne, Esq. | R. Ferrante | n/a | Attorney-Client | Correspondence communicating a response to a request for legal services and legal advice. | Office of Outside Counsel for AdvanceMe |
| 5/2/03 | M. Byrne, Esq. | R. Ferrante | n/a | Attorney-Client | Draft correspondence reflecting a response to a request for legal services and legal advice. | Office of Outside Counsel for AdvanceMe |
| 10/10/03 | M. Byrne, Esq. | R. Ferrante | n/a | Attorney-Client | Correspondence communicating a response to a request for legal services and legal advice. | Office of Outside Counsel for AdvanceMe |
| 4/26/04 | D. Klein, Esq. | D. Bleich, Esq. S. Giove, Esq. | n/a | Attorney-Client | Internal memorandum communicating a response to a request for legal services and legal advice. | Office of Outside Counsel for AdvanceMe |
| 7/13/04 | D. Klein, Esq. | File | n/a | Attorney-Client | Attorney notes reflecting a response to a request for legal services and legal advice. | Office of Outside Counsel for AdvanceMe |
| 9/24/04 | D. Klein, Esq. | R. Ferrante | n/a | Attorney-Client | Attorney notes on correspondence communicating a response to a request for legal services and legal advice. | Office of Outside Counsel for AdvanceMe |

LEGAL_US_W # 54487428.1

| Date | Author | Recipient | Copied | Privilege/ Protection Asserted | Description of Document | Location |
|------|--------|-----------|--------|--------------------------------|-------------------------|----------|
| 10/19/04 | D. Klein, Esq. | R. Ferrante | n/a | Attorney-Client | Correspondence communicating a response to a request for legal services and legal advice. | Office of Outside Counsel for AdvanceMe |
| 1/27/05 | D. Klein, Esq. | P. Sanz, Esq. | n/a | Attorney-Client | Draft correspondence reflecting a response to a request for legal services and legal advice and correspondence communicating a response to a request for legal services and legal advice. | Office of Outside Counsel for AdvanceMe |
| 7/25/05 | D. Klein, Esq. | P. Sanz, Esq. | n/a | Attorney-Client | Correspondence communicating a response to a request for legal services and legal advice. | Office of Outside Counsel for AdvanceMe |
| 8/24/05 | D. Klein, Esq. | P. Sanz, Esq. | n/a | Attorney-Client | Correspondence communicating a response to a request for legal services and legal advice. | Office of Outside Counsel for AdvanceMe |
| 9/22/05 | P. Sanz, Esq. | File | n/a | Attorney-Client | Minutes of Meeting of Board of Directors reflecting client confidences communicated to P. Sanz, Esq. in connection with a request for legal services and legal advice. | Office of Outside Counsel for AdvanceMe |
| 9/23/2005 | M. Byrne, Esq. | File | n/a | Attorney-Client | Internal memorandum reflecting a response to a request for legal services and legal advice. | Office of Outside Counsel for AdvanceMe |
| 12/14/05 | P. Sanz, Esq. | File | n/a | Attorney-Client | Minutes of Meeting of Board of Directors reflecting client confidences communicated to P. Sanz, Esq. in connection with a request for legal services and legal advice. | Office of Outside Counsel for AdvanceMe |

17

LEGAL_US_W # 54487428.1

| Date | Author | Recipient | Copied | Privilege/ Protection Asserted | Description of Document | Location |
|---|---|---|---|---|---|---|
| 3/29/06 | P. Sanz, Esq. | File | n/a | Attorney-Client | Minutes of Meeting of Board of Directors reflecting client confidences communicated to P. Sanz, Esq. in connection with a request for legal services and legal advice. | Office of Outside Counsel for AdvanceMe |

18