# EXHIBIT O

# Paul Hastings
ATTORNEYS

Paul, Hastings, Janofsky & Walker LLP
Five Palo Alto Square • Sixth Floor • Palo Alto, CA 94306-2155
telephone 650 320 1800 • facsimile 650 320 1900 • www.paulhastings.com

Atlanta
Beijing
Brussels
Hong Kong
London
Los Angeles
Milan
New York
Orange County
Palo Alto
Paris
San Diego
San Francisco
Shanghai
Stamford
Tokyo
Washington, DC

650-320-1823
robertmatz@paulhastings.com

October 4, 2006

**Via E-mail**

Hilary Preston
Vinson & Elkins LLP
666 Fifth Avenue, 26th Floor
New York, New York 10103

Re:   *AdvanceMe, Inc. v. RapidPay LLC, et al.* (No. 6:05-cv-00424) (E.D. Tex.);
      Defendants' Amended First Set of Interrogatories

Dear Hilary:

We are in receipt of Defendants' Amended First Set of Interrogatories to AdvanceMe, Inc. in the above-referenced matter and write to inform you that we disagree with your assessment that "answers and objections must be served...within thirty days of the date of service of the Defendants' initial First Set of Interrogatories."

Since Defendants chose to amend Interrogatory Number 1, AdvanceMe must now respond to Defendants' Amended Interrogatory Number 1. Defendants' "initial" Interrogatory Number 1 has been superseded. Amended Interrogatory Number 1 was served on September 26, 2006, and AdvanceMe will serve its objections and response to this interrogatory within thirty days of the effective date of service of this amended interrogatory.

Sincerely,

Robert C. Matz
for PAUL, HASTINGS, JANOFSKY & WALKER LLP