**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| **ADVANCEME, INC.** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | |
| | § | **CAUSE NO. 6:05-CV-424 (LED)** |
| **RAPIDPAY, LLC, BUSINESS CAPITAL CORPORATION, FIRST FUNDS LLC, MERCHANT MONEY TREE, INC., REACH FINANCIAL, LLC and FAST TRANSACT, INC. d/b/a SIMPLE CASH** | § | |
| | § | |
| **Defendants.** | § | |

| | | |
|---|---|---|
| **ADVANCEME, INC.,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | **CAUSE NO. 6:06-CV-082 (LED)** |
| **v.** | § | |
| | § | |
| **AMERIMERCHANT, LLC,** | § | |
| | § | |
| **Defendant.** | § | |
| | § | |

---

**Declaration of Joseph D. Gray in Support of Defendants' Motion to Compel**

---

I, Joseph D. Gray, hereby declare:

1. I am over the age of 18 and capable of testifying to the facts set forth herein.

2. I am a licensed attorney in the State of Texas.

3. Vinson & Elkins L.L.P. is counsel of record for Defendants First Funds, LLC, Merchant Money Tree, Inc., Reach Financial, LLC, and AmeriMerchant, LLC ("Defendants") in the above-styled actions. I am an associate in the Austin, Texas office of Vinson & Elkins L.L.P. and serve as counsel for Defendants.

Dockets.Justia.com

4. I aver to the matters set forth herein based upon personal knowledge and information.

5. I respectfully submit this Declaration in support of Defendants' Motion to Compel.

6. Attached as Exhibit A to Defendants' Motion to Compel filed November 13, 2006 is a true and correct copy of a July 5, 2006 letter from Joseph Gray to Ronald Lemieux.

7. Attached as Exhibit B to Defendants' Motion to Compel filed November 13, 2006 is a true and correct copy of an August 25, 2006 letter from Hilary Preston to Robert Matz.

8. Attached as Exhibit C to Defendants' Motion to Compel filed November 13, 2006 is a true and correct copy of an August 31, 2006 letter from Robert Matz to Hilary Preston.

9. Attached as Exhibit D to Defendants' Motion to Compel filed November 13, 2006 is a true and correct copy of a September 5, 2006 letter from Hilary Preston to Robert Matz.

10. Attached as Exhibit E to Defendants' Motion to Compel filed November 13, 2006 is a true and correct copy of a September 30, 2006 letter from Robert Matz to Willem Schuurman, Joseph Gray and Hilary Preston.

11. Attached as Exhibit F to Defendants' Motion to Compel filed November 13, 2006 is a true and correct copy of an October 9, 2006 letter from Joseph Gray to Ronald Lemieux.

12. Attached as Exhibit G to Defendants' Motion to Compel filed November 13, 2006 is a true and correct copy of an October 10, 2006 letter from Michael Edelman to Joseph Gray.

13. Attached as Exhibit H to Defendants' Motion to Compel filed November 13, 2006 is a true and correct copy of Defendants' Amended First Set of Interrogatories to Plaintiff AdvanceMe, Inc.

14. Attached as Exhibit I to Defendants' Motion to Compel filed November 13, 2006 is a true and correct copy of a November 1, 2006 e-mail from Christina Henderson to Defendants' counsel.

15. Attached as Exhibit J to Defendants' Motion to Compel filed November 13, 2006 is a true and correct copy of Plaintiff AdvanceMe, Inc.'s Objections and Response to Defendants' Amended First Set of Interrogatories to Plaintiff AdvanceMe, Inc.

16. Attached as Exhibit K to Defendants' Motion to Compel filed November 13, 2006 is a true and correct copy of Defendants' Second Amended Invalidity Contentions (excluding Exhibits 2, 4 and 5).

17. Attached as Exhibit L to Defendants' Motion to Compel filed November 13, 2006 is a true and correct copy of the Notice of Deposition of AdvanceMe, Inc.

18. Attached as Exhibit M to Defendants' Motion to Compel filed November 13, 2006 is a true and correct copy of an October 31, 2006 letter from Joseph Gray to Michael Edelman.

19. Attached as Exhibit N to Defendants' Motion to Compel filed November 13, 2006 is a true and correct copy of AdvanceMe, Inc.'s Privilege Log provided on September 30, 2006.

20. Attached as Exhibit O to Defendants' Motion to Compel filed November 13, 2006 is a true and correct copy of an October 4, 2006 letter from Robert Matz to Hilary Preston,

21. Attached as Exhibit P to Defendants' Motion to Compel filed November 13, 2006 is a true and correct copy of a November 7, 2006 letter from Michael Edelman to Joseph Gray.

22. Attached as Exhibit Q to Defendants' Motion to Compel filed November 13, 2006 is a true and correct copy of a November 3, 2006 letter from Joseph Gray to Michael Edelman regarding document production.

23. Attached as Exhibit R to Defendants' Motion to Compel filed November 13, 2006 is a true and correct copy of a November 3, 2006 letter from Joseph Gray to Michael Edelman regarding interrogatory responses.

24. Attached as Exhibit S to Defendants' Motion to Compel filed November 13, 2006 is a true and correct copy of a November 10, 2006 letter from Robert Matz to Joseph Gray.

25. Attached as Exhibit T to Defendants' Motion to Compel filed November 13, 2006 is a true and correct copy of a November 10, 2006 e-mail from Joseph Gray to Robert Matz and Michael Edelman

26. Attached as Exhibit U to Defendants' Motion to Compel filed November 13, 2006 is a true and correct copy of an October 30, 2006 letter from Hilary Preston to Michael Edelman.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and information.

SIGNED the 14th day of November, 2006.

*/s/ Joseph Gray*
William G. Schuurman
Texas State Bar No. 17855200
bschuurman@velaw.com
Joseph D. Gray
Texas State Bar No. 24045970
jgray@velaw.com
**VINSON & ELKINS L.L.P.**
2801 Via Fortuna, Suite 100
Austin, Texas 78746
Telephone: 512.542.8400
Facsimile: 512.236.3476

Hilary L. Preston
hpreston@velaw.com
**VINSON & ELKINS L.L.P.**
666 Fifth Avenue – 26th Floor
New York, NY 10103
Telephone: 212.237.0000
Facsimile: 212.237.0100

Douglas R. McSwane, Jr.
State Bar No. 13861300
**POTTER MINTON**
A Professional Corporation
110 N. College
500 Plaza Tower
Tyler, Texas 75702
Telephone: 903.597.8311
Facsimile: 903.593.0846
E-mail: dougmcswane@potterminton.com

*Counsel for Defendants First Funds LLC, Merchant Money Tree, Inc., Reach Financial, LLC, and AmeriMerchant, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record who have consented to electronic service and are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this the 14th day of November, 2006. Any other counsel of record will be served by first class mail on this same date.

*/s/ Joseph Gray*
Joseph Gray