# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| **ADVANCEME, INC.** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | |
| | § | **CAUSE NO. 6:05-CV-424 (LED)** |
| **RAPIDPAY, LLC, BUSINESS CAPITAL** | § | |
| **CORPORATION, FIRST FUNDS LLC,** | § | |
| **MERCHANT MONEY TREE, INC.,** | § | |
| **REACH FINANCIAL, LLC and** | § | |
| **FAST TRANSACT, INC. d/b/a** | § | |
| **SIMPLE CASH** | § | |
| | § | |
| *Defendants.* | § | |

| | | |
|---|---|---|
| **ADVANCEME, INC.,** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | **CAUSE NO. 6:06-CV-082 (LED)** |
| v. | § | |
| | § | |
| **AMERIMERCHANT, LLC,** | § | |
| | § | |
| *Defendant.* | § | |

## ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO EXCEED
## THE PAGE LIMIT IN DEFENDANTS' MOTION TO COMPEL

The Court, having considered First Funds LLC's, Reach Financial LLC's, Merchant Money Tree, Inc.'s, and AmeriMerchant, LLC's ("Defendants") Motion for Leave to Exceed the Page Limit in Defendants' Motion to Compel, is of the opinion that Defendants' motion should be GRANTED.

Accordingly, IT IS ORDERED that Defendants may submit a Motion to Compel of 20 pages.

Signed this _____ day of November, 2006.

_____