UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| **ADVANCEME, INC.,** | § § § § § | **CASE NO. 6:05-CV-424 (LED (JDL)** |
| Plaintiff, | § § § | |
| v. | § § § | |
| **RAPIDPAY LLC, FIRST FUNDS LLC, MERCHANT MONEY TREE, INC., REACH FINANCIAL, LLC, and FAST TRANSACT, INC. d/b/a SIMPLE CASH,** | § § § § § § | **JURY TRIAL DEMANDED** |
| Defendants. | § § § § | |

## ORDER DENYING DEFENDANTS' EXPEDITED MOTION FOR LEAVE TO AMEND INVALIDITY CONTENTIONS

On this day, the Court considered Defendants First Funds LLC, Merchant Money Tree, Inc., and Reach Financial, LLC's Expedited Motion for Leave to Amend their Preliminary Invalidity Contentions. After careful consideration, the Court finds that Defendants have failed to prove that good cause exists for the amendment.

Accordingly, the Court hereby DENIES Defendants' Expedited Motion for Leave to Amend Preliminary Invalidity Contentions.

## CERTIFICATE OF SERVICE

      I hereby certify that all counsel of record who have consented to electronic service are being served a copy of this document via the court's CM/ECF system pursuant to Local Rule cv-5(a)(3) on this the 17th day of November, 2006.  Any other counsel of record will be served by first class mail on this same date.

                                                                                     /s/

                                                            Rose Jones-Shine

LEGAL_US_W # 54927895.1