AdvanceMe Inc v. RapidPay LLC
Doc. 157 Att. 1

**EXHIBIT A**

**TO DECLARATION OF MICHAEL N. EDELMAN IN SUPPORT OF ADVANCEME, INC.'S OPPOSITION TO DEFENDANTS' MOTION FOR LEAVE TO AMEND INVALIDITY CONTENTIONS**

Dockets.Justia.com

**Gerould, Elaine**

**From:** David Goldin [dgoldin@amerimerchant.com]
**Sent:** Wednesday, April 26, 2006 2:15 PM
**To:** Litle, Tim
**Subject:** my contact info

David Goldin
AmeriMerchant
475 Park Avenue South
15th Floor
New York, NY 10016
Tel: 212-779-2100 x102
Fax: 646-349-3272