AdvanceMe Inc v. RapidPay LLC                                                      Doc. 157 Att. 8
Case 6:05-cv-00424-LED   Document 157   Filed 11/17/2006   Page 1 of 3

## EXHIBIT H
## TO DECLARATION OF MICHAEL N. EDELMAN
## IN SUPPORT OF ADVANCEME, INC.'S OPPOSITION TO
## DEFENDANTS' MOTION FOR LEAVE TO AMEND INVALIDITY CONTENTIONS

## Gerould, Elaine

**From:** David Goldin [dgoldin@amerimerchant.com]
**Sent:** Monday, July 10, 2006 2:28 PM
**To:** Litle, Tim
**Subject:** interview

Tim -- are you available anytime Wed / Thu for about 30 minutes for a phone conference with our attorneys to do an "interview" with you about what you've told me so far about your postage financing and similar programs prior to July 1996? We will obviously accommodate your schedule when you are available. This phone call would not be official "testimony" -- but just a chance for our attorneys to hear what you have told me so far and to determine how to best utilize what you've told me to date. Please advise.

-David


David Goldin
AmeriMerchant
475 Park Avenue South
15th Floor
New York, NY 10016
Tel: 212-779-2100 x102
Fax: 646-349-3272

8/29/2006

## Gerould, Elaine

**From:** Litle, Tim
**Sent:** Monday, July 10, 2006 3:17 PM
**To:** 'dgoldin@amerimerchant.com'
**Cc:** Gerould, Elaine
**Subject:** Re: interview

The best time would be Wednesday morning either an hour before or after a other call ithat Elaine is  scheduling.

Elaine will contact you to work it out.
----------------------------
Tim Litle
Litle & Co.
900 Chelmsford Street
Lowell, MA 01851
Tim@Litle.com
(O) 978-551-0040 x223
(m) 978-807-8807

----- Original Message -----
From: David Goldin <dgoldin@amerimerchant.com>
To: Litle, Tim
Sent: Mon Jul 10 14:28:29 2006
Subject: interview

Tim – are you available anytime Wed / Thu for about 30 minutes for a phone conference with our attorneys to do an "interview" with you about what you've told me so far about your postage financing and similar programs prior to July 1996?  We will obviously accommodate your schedule when you are available.  This phone call would not be official "testimony" – but just a chance for our attorneys to hear what you have told me so far and to determine how to best utilize what you've told me to date.  Please advise.


-David



David Goldin

AmeriMerchant

475 Park Avenue South

15th Floor

New York, NY 10016

Tel: 212-779-2100 x102

Fax: 646-349-3272

1