# EXHIBIT A
## TO DECLARATION OF MICHAEL N. EDELMAN IN SUPPORT OF ADVANCEME, INC.'S OPPOSITION TO DEFENDANTS' MOTION FOR LEAVE TO AMEND INVALIDITY CONTENTIONS

Page 1 of 1

**Gerould, Elaine**

From:     David Goldin [dgoldin@amerimerchant.com]
Sent:     Wednesday, April 26, 2006 2:15 PM
To:       Litle, Tim
Subject:  my contact info

David Goldin
AmeriMerchant
475 Park Avenue South
15th Floor
New York, NY 10016
Tel: 212-779-2100 x102
Fax: 646-349-3272

8/29/2006