# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| **ADVANCEME, INC.,** | **CASE NO. 6:05-CV-424 (LED – JDL)** |
| **Plaintiff,** | |
| v. | |
| **RAPIDPAY LLC, FIRST FUNDS LLC, MERCHANT MONEY TREE, INC., REACH FINANCIAL, LLC, and FAST TRANSACT, INC. d/b/a SIMPLE CASH,** | |
| **Defendants.** | |
| **ADVANCEME, INC.,** | **CASE NO. 6:06-CV-082 (LED – JDL)** |
| **Plaintiff,** | |
| v. | **JURY TRIAL DEMANDED** |
| **AMERIMERCHANT, LLC,** | |
| **Defendant.** | |

## ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION
## FOR LEAVE TO FILE ITS OPPOSITION TO DEFENDANTS'
## MOTION TO COMPEL IN EXCESS OF PAGE LIMIT

CAME ON FOR CONSIDERATION Plaintiff's Unopposed Motion For Leave To File Its Opposition To Defendants' Motion To Compel In Excess of Page Limits. The Court is of the opinion that the motion is well taken and should be granted.

///

///

ORDER GRANTING UNOPPOSED MOTION TO FILE IN EXCESS OF PAGE LIMIT RE ADVANCEME'S OPPOSITION TO DEFENDANTS' MOTION TO COMPEL

1

CASE NO.6:05-CV-424
CASE NO.6:06-CV-082

Dockets.Justia.com

IT IS, THEREFORE, ORDERED Plaintiff's Unopposed Motion For Leave To File Its Opposition To Defendants' Motion To Compel In Excess of Page Limits be **GRANTED**.

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who have consented to electronic service are being served a copy of this document via the court's CM/ECF system pursuant to Local Rule cv-5(a)(3) on this the 28th day of November, 2006. Any other counsel of record will be served by first class mail on this same date.

_____/s/_____
Rose Jones-Shine

LEGAL_US_W # 55110176.1

ORDER GRANTING UNOPPOSED MOTION TO FILE IN EXCESS
OF PAGE LIMIT RE ADVANCEME'S OPPOSITION TO
DEFENDANTS' MOTION TO COMPEL

2

CASE NO.6:05-CV-424
CASE NO.6:06-CV-082