# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | | |
|---|---|---|
| **ADVANCEME, INC.,** | § § § | **CASE NO. 6:05-CV-424 (LED (JDL)** |
| Plaintiff, | § § | |
| v. | § § § | |
| **RAPIDPAY LLC, FIRST FUNDS LLC, MERCHANT MONEY TREE, INC., REACH FINANCIAL, LLC, and FAST TRANSACT, INC. d/b/a SIMPLE CASH,** | § § § § § | |
| Defendants. | § § § | |

## ORDER DENYING DEFENDANTS' MOTION TO COMPEL

On this day, the Court considered Defendants First Funds LLC, Merchant Money Tree, Inc., and Reach Financial, LLC's Motion To Compel. After careful consideration, the Court finds that Defendants have failed to prove that good cause exists for this Motion.

Accordingly, the Court hereby DENIES Defendants' Motion To Compel.

**CERTIFICATE OF SERVICE**

      I hereby certify that all counsel of record who have consented to electronic service are being served a copy of this document via the court's CM/ECF system pursuant to Local Rule cv-5(a)(3) on this the 28th day of November, 2006. Any other counsel of record will be served by first class mail on this same date.

                                                    /s/
                                      Rose Jones-Shine

LEGAL_US_W # 55107260.1