# EXHIBIT 5
# TO OPPOSITION TO MOTION TO COMPEL

2178049 Paul Hastings (2400 gb) Estimate 09-13-06 v7.5.1.xls                                                                                                                                 NATIVE ESTIMATE

# Kroll Ontrack®

| | Unit | Price Per Unit | Low Estimated Quantity | High Estimated Quantity | Low Estimated Price | High Estimated Price | Notes |
|---|---|---|---|---|---|---|---|
| **STAGE 1: COLLECTION PHASE** | | | | | | | |
| Media Processing | | | | | | | |
| | Tape | $500.00 | 48 | 48 | $24,000.00 | $24,000.00 | |
| | HD | FREE | - | - | $0.00 | $0.00 | |
| | CD/DVD | $50.00 | - | - | $0.00 | $0.00 | |
| SUB TOTAL COLLECTION PHASE | | | | | $24,000.00 | $24,000.00 | |
| **STAGE 2: FILTERING PHASE** | | | | | | | |
| Custodian Filter (assuming each tape will be considered a custodia | User | $650.00 | 48 | 48 | $31,200.00 | $31,200.00 | 1 |
| | Source GB Total | | 2,400 | 2,400 | | | |
| (customer specified 1%-15% reduction in filtering) | Total | | 24 | 360 | | | |
| Estimated Pages Per GB | Pages | | 30,000 | 60,000 | | | |
| Estimated Total Pages | Pages | | 720,000 | 21,600,000 | | | |
| (customer specified 30,000-60,000 pages per gb post filter) | | | | | | | |
| SUB TOTAL FILTERING PHASE | | | | | $31,200.00 | $31,200.00 | |
| **STAGE 3: PROCESSING AND REVIEW PHASE** | | | | | | | |
| Native File Processing (Ontrack Inview) | GB Total | | 24 | 360 | $60,000.00 | $874,000.00 | 1 |
| 1-100 gigabytes | GB | $2,500.00 | 24 | 100 | $60,000.00 | $250,000.00 | |
| 101-500 gigabytes | GB | $2,400.00 | - | 260 | $0.00 | $624,000.00 | |
| 500 + gigabytes | GB | $2,300.00 | - | - | $0.00 | $0.00 | |
| Assumes 1% to 15% of Source Data will be uploaded | | | | | | | |
| SUB TOTAL PROCESSING AND REVIEW PHASE | | | | | $60,000.00 | $874,000.00 | |
| **STAGE 4: PRODUCTION PHASE** | | | | | | | |
| Ontrack Inview Document Tiff Promotion | Page | $0.05 | 216,000 | 6,480,000 | $10,800.00 | $324,000.00 | 1 |
| (customer request of 30% production rate) | | 30% | 216,000 | 6,480,000 | | | |
| Production Processing Fee - Load File | Page | $0.01 | 216,000 | 6,480,000 | $2,160.00 | $64,800.00 | |
| SUB TOTAL PRODUCTION PHASE | | | | | $12,960.00 | $388,800.00 | |
| **MISCELLANEOUS** | | | | | | | |
| Ontrack Inview Topic/Concept Set-Up and Support | Setup & Support | $2,000.00 | | | $2,000.00 | $2,000.00 | |
| Engineering Analysis | Hour | $275.00 | - | - | $0.00 | $0.00 | |
| Ontrack Inview Administrative Support (if Applicable) | Hour | $275.00 | 2 | 4 | $550.00 | $1,100.00 | 2 |
| Freight (out) & Media (output) | | | as incurred | | | | 3 |
| SUB TOTAL MISCELLANEOUS | | | | | $2,550.00 | $3,100.00 | |
| Total Electronic Discovery Charges | | | | | $130,710.00 | $1,321,100.00 | |
| **HOSTING (Monthly Hosting Fees Not Shown in Total Charges)** | | | | | | | |
| Ontrack Inview Hosting (TIFFs) | Page/Month | $0.003 | 216,000 | 6,480,000 | $648.00 | $19,440.00 | 4 |
| Monthly Hosting Fee | | | | | | | |
| Ontrack Inview Hosting (Native Processing) | GB | $25.00 | 24 | 360 | $600.00 | $9,000.00 | 4,5 |
| Monthly Hosting Fee | | | | | | | |

**Please Note**
Electronic file collections frequently contain compressed and/or container files. The presence of these files, in source data, may significantly increase the data volumes for processing, once it is uncompressed. The amount of uncompressed data submitted for processing may be beyond original project assumptions.

**Assumptions:**
Partial unit volumes are rounded up to the nearest whole unit.
The primary language of the data set will be processed in English and be comprised of standard ASCII characters.
The presence of foreign language documents or non-ASCII characters in the data or OCR text may preclude processing and may adversely impact the estimated delivery timeframe.
Non-ASCII characters are not searchable within Ontrack Inview.
Files and email will be processed in the GMT base-0 global standard time format.

**Notes:**
1  Page/processing volumes are estimated based on historical averages. Actual volumes will be determined by the nature of the files to be processed and the culling techniques applied during processing.

2178049 Paul Hastings (2400 gb) Estimate 09-13-06 v7.5.1.xls          NATIVE ESTIMATE

2   Labor hours are estimated based on information available at the time of creating this document. Actual labor hours incurred will be used for billing. Kroll Ontrack anticipates an average of 2-4 hours of Ontrack Inview Administrative Support services per project. The number of hours may vary from project to project and is based upon the client specified information and/or requests.

3   As incurred costs are not included in estimate.
4   Subject to monthly hosting charges.
5   Native File upload hosting is applied immediately after upload to the online repository.

**Service Description**

**Media Processing**
  Maintenance of a chain-of-custody on all customer media
  Restore data from each piece of media associated with project
  Extract defined electronic information for further data management

**Custodian Filter**
  Migrate all data into common format for additional preparation and high-speed processing
  Include the processing of both e-mail data and data files
  Identify files for further processing
  Provide keyword searching for relevant and/or privilege data
  Identify data from a specific time period.
  De-duplicate e-mail/attachments and/or data files
  Filtering of data for relevant custodians, time periods, keyword searching, date restrictions, de-duplication

**Native Processing**
  Capture document text meta-data as defined by customer and Kroll Ontrack project manager for the purpose of importing data into Ontrack Inview
  Upload native files into Ontrack Inview for review.