# EXHIBIT 9
# TO OPPOSITION TO MOTION TO COMPEL

Dockets.Justia.com

# Paul Hastings
ATTORNEYS

Paul, Hastings, Janofsky & Walker LLP
Five Palo Alto Square • Sixth Floor • Palo Alto, CA 94306-2155
telephone 650 320 1800 • facsimile 650 320 1900 • www.paulhastings.com

Atlanta
Beijing
Brussels
Hong Kong
London
Los Angeles
Milan
New York
Orange County
Palo Alto
Paris
San Diego
San Francisco
Shanghai
Stamford
Tokyo
Washington, DC

(650) 320-1823
robertmatz@paulhastings.com

November 21, 2006

34717.00011

*Via Overnight Delivery*

Joseph D. Gray, Esq.
Vinson & Elkins, LLP
2801 Via Fortuna, Ste. 100
Austin, Texas 78746

Re:  *AdvanceMe, Inc. v. AmeriMerchant, LLC*
     *AdvanceMe, Inc. v. RapidPay, LLC, et al.*

Dear Mr. Gray:

Enclosed please find document bearing Bates numbers ADV0004000 through ADV0004844 and ADVAM0004000 through ADVAM0004844, which are being produced to you in the above-referenced matters.

Sincerely,

Robert C. Matz
for PAUL, HASTINGS, JANOFSKY & WALKER LLP

RCM/rjs
Enclosure

cc:  William G. Schuurman, Esq. *(w/o encl.)*
     Hilary L. Preston, Esq. *(w/o encl.)*
     Douglas R. McSwane, Jr., Esq. *(w/o encl.)*

LEGAL_US_W # 54981470.1