# EXHIBIT 13
# TO OPPOSITION TO MOTION TO COMPEL

Dockets.Justia.com

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| ADVANCEME, INC. | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| RAPIDPAY LLC, BUSINESS CAPITAL | § | CIVIL ACTION NO. 6:05-cv-424-LED-JDL |
| CORPORATION, FIRST FUNDS LLC, | § | |
| MERCHANT MONEY TREE, INC., | § | |
| REACH FINANCIAL, LLC and FAST | § | |
| TRANSACT, INC. d/b/a SIMPLE CASH | § | |
| | § | |
| Defendants. | § | |

## DEFENDANT MERCHANT MONEY TREE, INC.'S
## THIRD AMENDED RULE 26(a)(1) INITIAL DISCLOSURES

Defendant Merchant Money Tree, Inc. ("Merchant Money Tree"), by its undersigned attorneys, hereby provides the following information to AdvanceMe, Inc. ("AdvanceMe"), pursuant to Federal Rule of Civil Procedure 26(a)(1) and the Court's Amended Docket Control Order. These disclosures are based upon information reasonably available to Merchant Money Tree at the time of service. Merchant Money Tree reserves the right to revise, correct, supplement, clarify or otherwise amend the disclosures set forth herein. Nothing in these disclosures shall be construed as a waiver of any rights or objections that are otherwise available to Merchant Money Tree.

**A.** **The following persons are likely to have discoverable information that Merchant Money Tree may use to support its claims or defenses.**

Based upon the allegations in AdvanceMe's Complaint and Merchant Money Tree's investigation thus far, Merchant Money Tree presently believes that the following individuals and businesses are likely to have discoverable information that Merchant Money Tree may use to

support its claims or defenses. Merchant Money Tree believes that other individuals may have discoverable information and specifically reserves the right to identify additional witnesses as discovery proceeds.

By indicating the general subject matter of information these individuals and businesses may possess, Merchant Money Tree is in no way limiting its right to call any individual(s) or business(es) listed to testify concerning other subject(s).

| Name | Contact Information | Subject(s) |
| --- | --- | --- |
| Barbara Johnson | Southport, Connecticut | Information related to the patent-in-suit including: inventorship; conception; design; development; operation; reduction to practice; prosecution; licensing; ownership; current/prior litigation and enforcement; prior art. |
| Gary Johnson | Southport, Connecticut | Information related to the patent-in-suit including: inventorship; conception; design; development; operation; reduction to practice; prosecution; licensing; ownership; current/prior litigation and enforcement; prior art. |
| Shearman & Sterling LLP | 599 Lexington Avenue New York, New York (212) 848-4000 | Information related to the patent-in-suit including: inventorship; conception; design; development; operation; reduction to practice; prosecution; licensing; ownership; prior art. |
| Testa, Hurwitz & Thibeault, LLP | High Street Tower 125 High Street Boston, MA 02110 | Information related to the patent-in-suit including: inventorship; conception; design; development; operation; reduction to practice; prosecution; licensing; ownership; prior art. |

*Defendant Merchant Money Tree, Inc.'s Third Amended Rule 26(a)(1) Initial Disclosures*

| **Name** | **Contact Information** | **Subject(s)** |
|---|---|---|
| David M. Klein | Paul, Hastings, Janofsky & Walker, LLP<br>Park Avenue Tower<br>75 E. 55th Street<br>New York, New York 10022<br>(212) 318-6318 | Information related to the patent-in-suit including: inventorship; conception; design; development; operation; reduction to practice; prosecution; licensing; ownership; prior art. |
| Anthony L. Meola | Kelly, Drye & Warren<br>101 Park Ave.<br>New York, New York 10178<br>(212) 808-7911 | Information related to the patent-in-suit including: inventorship; conception; design; development; operation; reduction to practice; prosecution; licensing; ownership; prior art. |
| Robert J. Tosti | Edwards & Angell, LLP<br>101 Federal Street<br>Boston, Massachusetts 02110<br>(617) 517-5584 | Information related to the patent-in-suit including: inventorship; conception; design; development; operation; reduction to practice; prosecution; licensing; ownership; prior art. |
| John V. Forcier | Goodwin & Procter, LLP<br>53 State Street<br>Exchange Place<br>Boston, Massachusetts 02109<br>(617) 570-1607 | Information related to the patent-in-suit including: inventorship; conception; design; development; operation; reduction to practice; prosecution; licensing; ownership; prior art. |
| John Konop | 1308 Oak Bluff Court<br>Canton, GA 30114<br>(770) 926-8774 | Information related to the patent-in-suit including: inventorship; conception; design; development; operation; reduction to practice; prosecution; licensing; ownership; current/prior litigation and enforcement; prior art. |

| **Name** | **Contact Information** | **Subject(s)** |
|---|---|---|
| Frank Angrisani | c/o Kevin Kiernan, Esq.<br>Kiernan & Campbell<br>206 Claremont Avenue<br>Montclair, New Jersey 07042 | Information related to the patent-in-suit including: inventorship; conception; design; development; operation; reduction to practice; prosecution; licensing; ownership; current/prior litigation and enforcement; prior art. |
| James D'Alesandro | 156 Liberty Avenue<br>Staten Island, NY 10305 | Information related to the patent-in-suit including: inventorship; conception; design; development; operation; reduction to practice; prosecution; licensing; ownership; current/prior litigation and enforcement; prior art. |
| Les Falke | 1366 Winborn Cir NW<br>Kennesaw, GA 30152 | Information related to the patent-in-suit including: inventorship; conception; design; development; operation; reduction to practice; prosecution; licensing; ownership; current/prior litigation and enforcement; prior art. |
| William Jackson | Merchant Money Tree, Inc.<br>2855 Magnum Road<br>Suite 303<br>Houston, Texas 77092<br><br>Contact through Merchant Money Tree's counsel of record | The offer to sell, sale and use of the Merchant Money Tree accused instrumentality; development, design and operation of the accused instrumentality; prior art. |
| Jeff Jackson | Merchant Money Tree, Inc.<br>2855 Magnum Road<br>Suite 303<br>Houston, Texas 77092<br><br>Contact through Merchant Money Tree's counsel of record | The offer to sell, sale and use of the Merchant Money Tree accused instrumentality; development, design and operation of the accused instrumentality; prior art. |

| Name | Contact Information | Subject(s) |
|---|---|---|
| Jerrett Jackson | Merchant Money Tree, Inc.<br>2855 Magnum Road<br>Suite 303<br>Houston, Texas 77092<br><br>Contact through Merchant Money Tree's counsel of record | The offer to sell, sale and use of the Merchant Money Tree accused instrumentality; development, design and operation of the accused instrumentality; prior art. |
| Tom McCann | Electronic Payment Systems, Inc.<br>6472 S. Quebec St.<br>Englewood, CO 80111<br>(303) 221-2510 | The offer to sell, sale and use of the Merchant Money Tree accused instrumentality; development, design and operation of the accused instrumentality; prior art. |
| Business Capital Corporation | 105 East 5th Street<br>5th Floor<br>Kansas City, Missouri 64106 | The offer to sell, sale and use of the Business Capital Corporation accused instrumentality; development, design and operation of the accused instrumentality; prior art. |
| First Funds LLC | 240 West 35th Street<br>16th Floor<br>New York, New York 10001<br><br>Contact through First Funds' counsel of record | The offer to sell, sale and use of the First Funds accused instrumentality; development, design and operation of the accused instrumentality; prior art. |
| Reach Financial LLC | 2 Sound View Drive<br>Greenwich, Connecticut 06830<br><br>Contact through Reach Financial's counsel of record | The offer to sell, sale and use of the Reach Financial accused instrumentality; development, design and operation of the accused instrumentality; prior art. |
| Fast Transact, Inc. DBA Simple Cash | 2590 Willamette Drive NE<br>Suite 202<br>Lacey, Washington 98516<br>(360) 357-1400 | The offer to sell, sale and use of the Simple Cash accused instrumentality; development, design and operation of the accused instrumentality; prior art. |
| Rapidpay LLC | 17 Battery Place<br>Suite 1231<br>New York, New York 10017<br>(212) 809-0300 | The offer to sell, sale and use of the accused Rapidpay instrumentality; development, design and operation of the accused instrumentality; prior art. |

| **Name** | **Contact Information** | **Subject(s)** |
|---|---|---|
| AdvanceMe, Inc. | 600 TownPark Lane<br>Suite 500<br>Kennesaw, Georgia 30144<br>(770) 590-9822 | Information related to the patent-in-suit including: inventorship; conception; design; development; operation; reduction to practice; prosecution; licensing; ownership; current/prior litigation and enforcement; prior art. |
| Glen Goldman | Capital Access Network, Inc.<br>2 Overhill Road<br>Scarsdale, NY 10583<br>(914) 725-3901 | Information related to the patent-in-suit including: inventorship; conception; design; development; operation; reduction to practice; prosecution; licensing; ownership; current/prior litigation and enforcement; prior art. |
| Parris Sanz | Capital Access Network, Inc.<br>2 Overhill Road<br>Scarsdale, NY 10583<br>(914) 725-3901 | Information related to the patent-in-suit including: inventorship; conception; design; development; operation; reduction to practice; prosecution; licensing; ownership; current/prior litigation and enforcement; prior art. |
| Tom Burnside | AdvanceMe, Inc.<br>600 TownPark Lane<br>Suite 500<br>Kennesaw, Georgia 30144<br>(770) 590-9822 | Information related to the patent-in-suit including: inventorship; conception; design; development; operation; reduction to practice; prosecution; licensing; ownership; current/prior litigation and enforcement; prior art. |

| **Name** | **Contact Information** | **Subject(s)** |
|---|---|---|
| Marc Tesler | 160 West 86th Street New York, NY 10024 (212) 277-3901 | Information related to the patent-in-suit including: inventorship; conception; design; development; operation; reduction to practice; prosecution; licensing; ownership; current/prior litigation and enforcement; prior art. |
| Technology Crossover Ventures | 750 3rd Avenue, 23rd Floor New York, NY 10017 (212) 808-0200 | Information related to the patent-in-suit including: inventorship; conception; design; development; operation; reduction to practice; prosecution; licensing; ownership; current/prior litigation and enforcement; prior art. |
| Vertrue Incorporated | 20 Glover Avenue Norwalk, CT 06850 (302) 324-7635 | Information related to the patent-in-suit including: inventorship; conception; design; development; operation; reduction to practice; prosecution; licensing; ownership; current/prior litigation and enforcement; prior art. |
| Adam Secher | (312) 315-2000 | Information related to the patent-in-suit including: inventorship; conception; design; development; operation; reduction to practice; prosecution; licensing; ownership; current/prior litigation and enforcement; prior art. |
| Nick Logan | 11675 Rainwater Drive Suite 450 Alpharetta, GA 30004 | Information related to the patent-in-suit, including inventorship and prior art. |
| Ruth Elastri | Cynergy Data 45 West 36th Street, 6th Floor New York, New York 10018 (866) 906-4040 | Information related to the patent-in-suit, including inventorship and prior art. |

*Defendant Merchant Money Tree, Inc.'s Third Amended Rule 26(a)(1) Initial Disclosures*

| **Name** | **Contact Information** | **Subject(s)** |
|---|---|---|
| Cynergy Data | 45 West 36th Street, 6th Floor New York, New York 10018 (866) 906-4040 | Information related to the patent-in-suit, including inventorship and prior art. |
| Joe Kaplan | Innovative Merchant Solutions 26541 Agoura Road Calabasas, CA 91302 (818) 936-7800 | Information related to the patent-in-suit, including inventorship and prior art. |
| Innovative Merchant Solutions | 26541 Agoura Road Calabasas, CA 91302 (818) 936-7800 | Information related to the patent-in-suit, including inventorship and prior art. |
| Frank Villano | 120 West 58th Street Suite 3D New York, NY 10019 (212) 247-7120 | Information related to the patent-in-suit, including inventorship and prior art. |
| Tim Litle | Litle & Co. 900 Chelmsford Street Lowell, MA 01851 (978) 275-6500 | Information related to the patent-in-suit, including inventorship and prior art. |
| Randy Bourne | 7 Middle Way Old Greenwich, CT 06870 | Information related to the patent-in-suit, including inventorship and prior art. |
| Allen Abbott | 223 West Poplar Street Fleetwood, PA 19522 | Information related to the patent-in-suit, including inventorship and prior art. |
| Clever Ideas, Inc. | 180 N. Stetson Ave. Suite 5300 Chicago, IL 60601 (312) 616-3600 | Information related to the patent-in-suit, including inventorship and prior art. |
| Lee Suckow | Clever Ideas, Inc. 180 N. Stetson Ave. Suite 5300 Chicago, IL 60601 (312) 616-3600 | Information related to the patent-in-suit, including inventorship and prior art. |
| Rewards Network | 2 North Riverside Plaza Chicago, IL 60606 (877) 491-3463 | Information related to the patent-in-suit, including inventorship and prior art. |
| IGT Services, Inc. | 600 NE 36th Street Miami, FL 33137 (305) 573-2800 | Information related to the patent-in-suit, including inventorship and prior art. |
| First Data Corporation | 6200 South Quebec Street Greenwood Village, CO 80111 (303) 488-8000 | Information related to the patent-in-suit, including inventorship and prior art. |

| **Name** | **Contact Information** | **Subject(s)** |
|---|---|---|
| Chase Paymentech Solutions | 14221 Dallas Parkway, Bldg. 2 Dallas, Texas 75254 (800) 824-4313 | Information related to the patent-in-suit, including inventorship and prior art. |
| Bank of America, N.A. | 100 North Tryon Street Bank of America Corporate Center Charlotte, NC 28255 | Information related to the patent-in-suit, including inventorship and prior art. |
| Electronic Data Systems Corporation | 5400 Legacy Drive M/S H3-3A-05 Plano, TX 75024 (972) 604-6000 | Information related to the patent-in-suit, including inventorship and prior art. |
| Authors and inventors of prior art references to be identified and produced in this Action | As listed on the prior art references to be identified and produced in this Action. | Invalidity of the patent-in-suit; state of the art; level of skill in the art. |

All current and former Merchant Money Tree employees should be contacted through Merchant Money Tree's attorneys of record.

> **B.**  **The following is a description, by category and location of all documents, data compilations, and tangible things that are in the possession, custody or control of Merchant Money Tree and that Merchant Money Tree may use to support its claims or defenses.**

As to documents, Merchant Money Tree provides the following listing without concession, agreement, admission, or waiver of any ultimate determination of relevance or admissibility of particular information for any purpose, and without waiver of attorney-client privilege or work-product immunity or any other privilege or immunity. Merchant Money Tree also reserves the right to identify additional documents throughout discovery.

| | |
|---|---|
| Documents reflecting agreements between Merchant Money Tree, merchants and/or merchant processors. | 2855 Magnum Road Suite 303 Houston, Texas 77092 |
| Documents and materials relating to the advertising, marketing and/or use of Merchant Money Tree's accused instrumentality. | 2855 Magnum Road Suite 303 Houston, Texas 77092 |

| Prosecution History of the patent-in-suit. | Vinson & Elkins LLP<br>2801 Via Fortuna<br>Suite 100<br>Austin, TX 78746 |
|---|---|
| Prior art to the patent-in-suit, including but not limited to printed publications, machines and components thereof, evidence of prior sales, offers for sale and public uses. | Vinson & Elkins LLP<br>2801 Via Fortuna<br>Suite 100<br>Austin, TX 78746 |

    **C.**    **The following is a computation and description, by category, of damages claimed by Merchant Money Tree.**

Merchant Money Tree intends to seek damages sufficient to cover the reasonable and necessary fees and associated costs related to the representation of Merchant Money Tree in the above-captioned action. The attorneys fees and costs, at present, are unknown.

    **D.**    **The following is a description of any insurance agreement under which a person carrying on an insurance business may be liable to satisfy part of or all of a judgment.**

Merchant Money Tree is unaware of any insurance agreement under which any person carrying on an insurance business may be liable, under an obligation to Merchant Money Tree, to satisfy part of or all of a judgment.

Date: September 13, 2006

Respectfully submitted,

Willem G. Schuurman
Texas State Bar No. 17855200
Joseph D. Gray
Texas State Bar No. 24045970
VINSON & ELKINS L.L.P.
2801 Via Fortuna, Suite 100
Austin, Texas 78746
Phone: (512) 542-8400 –
Fax: (512) 236-3476

– and –

Hilary Preston
Admitted Pro Hac Vice
VINSON & ELKINS L.L.P.
666 Fifth Avenue
26th Floor
New York, New York 10103
Phone: (212) 237-0000
Fax: (212) 237-0100

- and –

Douglas McSwane
Texas State Bar No. 13861300
POTTER MINTON, P.C.
110 North College
500 Plaza Tower
Tyler, Texas 75702
Phone: (903) 597-8311
Fax: (903) 593-0846

*ATTORNEYS FOR DEFENDANT*
*MERCHANT MONEY TREE, INC.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of September, 2006, I served a true and correct copy of the foregoing Third Amended Rule 26(a)(1) Initial Disclosures of Merchant Money Tree, Inc. to the last known address for all additional counsel of record listed below as follows:

*Via U.S. Mail, Return Receipt Requested*
Ronald S. Lemieux
PAUL, HASTINGS, JANOFSKY & WALKER LLP
Five Palo Alto Square, Sixth Floor
Palo Alto, CA 94306-2155
Fax: 650-320-1921

Otis Carroll
IRELAND, CARROLL & KELLEY, P.C.
6101 S. Broadway, Suite 500
Tyler, Texas 75703
Fax: 903-581-1071

*Via U.S. Mail*
Stephanie Nimberg, President
Lawrence Morrison, General Counsel
17 Battery Place Suite 1330
New York, New York 10004

_____
Amy Reiley

*Defendant Merchant Money Tree, Inc.'s Third Amended Rule 26(a)(1) Initial Disclosures*

Page 12 of 12

Austin 732977v.1