# EXHIBIT 19
# TO OPPOSITION TO MOTION TO COMPEL

# Paul Hastings
ATTORNEYS

Paul, Hastings, Janofsky & Walker LLP
Five Palo Alto Square • Sixth Floor • Palo Alto, CA 94306-2155
telephone 650 320 1800 • facsimile 650 320 1900 • www.paulhastings.com

Atlanta
Beijing
Brussels
Hong Kong
London
Los Angeles
Milan
New York
Orange County
Palo Alto
Paris
San Diego
San Francisco
Shanghai
Stamford
Tokyo
Washington, DC

(650) 320-1822
michaeledelman@paulhastings.com

November 22, 2006

34717.00007

*VIA FACSIMILE*

Joseph D. Gray, Esq.
Vinson & Elkins, LLP
2801 Via Fortuna, Ste. 100
Austin, Texas 78746

Re:   *AdvanceMe, Inc. v. RapidPay, LLC, et al.*
      *AdvanceMe, Inc. v. AmeriMerchant, LLC*

Dear Mr. Gray:

This is in response to your letter of November 20, 2006 regarding the 30(b)(6) deposition of AdvanceMe.

Rather than continuing to meet and confer in good faith, the Defendants made the decision to rush into Court and file a motion to compel on the scope of the 30(b)(6) deposition. Since the parties are in disagreement on the proper scope of the deposition, and AdvanceMe is unwilling to produce the same witness twice for the same deposition, it makes no sense to schedule the deposition at this time. Once we receive the Court's order on the Defendants' motion, we will contact you in order to schedule the deposition.

In this regard, we note that the Defendants will not be permitted to ask any questions which seek information on topics that have been precluded by Court order. In other words, if the Court agrees with our position, then the Defendants will not be permitted to ask any questions concerning topics 4-6, 8-15, and 22. If, on the other hand, the Court agrees with the Defendants' position and permits questioning on those topics to proceed, then of course AdvanceMe will abide by the Court's decision.

Lastly, your new assertion that the Defendants are entitled to 14 hours to conduct a single 30(b)(6) deposition raises serious questions about the manner in which the Defendants intend to conduct the deposition. There is no reason why the Defendants (who are all represented by the same attorneys) need longer than seven hours to complete this deposition. Accordingly, we intend to make a 30(b)(6) witness available for a single session of seven hours. If the Defendants are seriously insisting that AdvanceMe reserve

Paul*Hastings*

Joseph D. Gray, Esq.
November 22, 2006
Page 2

more than seven hours for the deposition, please confirm this in writing immediately so AdvanceMe can determine whether to seek a motion for protective order.

Sincerely,

Michael N. Edelman
for PAUL, HASTINGS, JANOFSKY & WALKER LLP

MNE:rjs

cc: William G. Schuurman, Esq. *(via facsimile)*
    Hilary L. Preston, Esq. *(via facsimile)*
    Douglas R. McSwane, Jr., Esq. *(via facsimile)*

LEGAL_US_W # 54991146.1

```
                    ********************
                    ***  TX REPORT   ***
                    ********************

    TRANSMISSION OK

    TX/RX NO                    0716
    RECIPIENT ADDRESS           15125428612
    DESTINATION ID
    ST. TIME                    11/22 11:52
    TIME USE                    01'12
    PAGES SENT                  3
    RESULT                      OK
```

# Paul Hastings

Paul, Hastings, Janofsky & Walker LLP
Five Palo Alto Square, Sixth Floor
Palo Alto, CA 94306-2155
telephone 650 320 1800 • facsimile 650 320 1900 • www.paulhastings.com

**FACSIMILE TRANSMISSION**

| to: | company/office: | facsimile: | telephone: |
|---|---|---|---|
| Joseph D. Gray | Vinson & Elkins LLP | 512.542.8612 | 512.542.8400 |
| cc: | | | |
| Hilary L. Preston | Vinson & Elkins LLP | 212.237.0100 | 212.237.0000 |
| Willem J. Schuurman | Vinson & Elkins LLP | 512.542.8612 | 512.542.8400 |
| Douglas R. McSware | Potter Minton | 903.597-8311 | 903.593.0846 |

| from: | facsimile: | telephone: | initials: |
|---|---|---|---|
| Michael N. Edelman | (650) 320-1900 | (650) 320-1822 | MNE |

| client name: | AdvancedMe | client matter number: | 34717.00011 |
|---|---|---|---|
| date: | November 22, 2006 | pages (with cover): | 3 |

**comments:**

LEGAL_US_W # 54650524.1 34717.00007

```
11/22/2006 11:55 FAX .650 320 1900         PAUL HASTINGS                        ☑001
```

```
                    *********************
                    ***   TX REPORT    ***
                    *********************

       TRANSMISSION OK

       TX/RX NO                0666
       RECIPIENT ADDRESS       12122370100
       DESTINATION ID
       ST. TIME                11/22 11:53
       TIME USE                01'12
       PAGES SENT              3
       RESULT                  OK
```

## PaulHastings

Paul, Hastings, Janofsky & Walker LLP
Five Palo Alto Square, Sixth Floor
Palo Alto, CA 94306-2155
telephone 650 320 1800 • facsimile 650 320 1900 • www.paulhastings.com

**FACSIMILE TRANSMISSION**

| to: | company/office: | facsimile: | telephone: |
|---|---|---|---|
| **Joseph D. Gray** | Vinson & Elkins LLP | 512.542.8612 | 512.542.8400 |
| cc: | | | |
| **Hilary L. Preston** | Vinson & Elkins LLP | 212.237.0100 | 212.237.0000 |
| **Willem J. Schuurman** | Vinson & Elkins LLP | 512.542.8612 | 512.542.8400 |
| **Douglas R. McSware** | Potter Minton | 903.597-8311 | 903.593.0846 |

| from: | facsimile: | telephone: | initials: |
|---|---|---|---|
| Michael N. Edelman | (650) 320-1900 | (650) 320-1822 | MNE |

| client name: | AdvancedMe | client matter number: | 34717.00011 |
|---|---|---|---|
| date: | November 22, 2006 | pages (with cover): | 3 |

comments:

LEGAL_US_W # 54650524.1 34717.00007

```
11/22/2006 11:56 FAX  650 320 1900        PAUL HASTINGS                    ☑001
```

```
                         ********************
                         ***   TX REPORT   ***
                         ********************

       TRANSMISSION OK

       TX/RX NO                   0667
       RECIPIENT ADDRESS          15125428612
       DESTINATION ID
       ST. TIME                   11/22 11:55
       TIME USE                   01'11
       PAGES SENT                    3
       RESULT                     OK
```

# PaulHastings

Paul, Hastings, Janofsky & Walker LLP
Five Palo Alto Square, Sixth Floor
Palo Alto, CA 94306-2155
telephone 650 320 1800 • facsimile 650 320 1900 • www.paulhastings.com

**FACSIMILE TRANSMISSION**

| to: | company/office: | facsimile: | telephone: |
|---|---|---|---|
| Joseph D. Gray | Vinson & Elkins LLP | 512.542.8612 | 512.542.8400 |
| cc: | | | |
| Hilary L. Preston | Vinson & Elkins LLP | 212.237.0100 | 212.237.0000 |
| Willem J. Schuurman | Vinson & Elkins LLP | 512.542.8612 | 512.542.8400 |
| Douglas R. McSware | Potter Minton | 903.597-8311 | 903.593.0846 |

| from: | facsimile: | telephone: | initials: |
|---|---|---|---|
| Michael N. Edelman | (650) 320-1900 | (650) 320-1822 | MNE |

| client name: | AdvancedMe | client matter number: | 34717.00011 |
|---|---|---|---|
| date: | November 22, 2006 | pages (with cover): | 3 |

**comments:**

LEGAL_US_W # 54650524.1 34717.00007

```
11/22/2006 12:01 FAX  650 320 1900        PAUL HASTINGS                        ☒001
```

```
                    *********************
                    ***   TX REPORT   ***
                    *********************

         TRANSMISSION OK

         TX/RX NO                0718
         RECIPIENT ADDRESS       19035930846
         DESTINATION ID
         ST. TIME                11/22 12:00
         TIME USE                01'12
         PAGES SENT              3
         RESULT                  OK
```

# PaulHastings

Paul, Hastings, Janofsky & Walker LLP
Five Palo Alto Square, Sixth Floor
Palo Alto, CA 94306-2155
telephone 650 320 1800 • facsimile 650 320 1900 • www.paulhastings.com

**FACSIMILE TRANSMISSION**

| to: | company/office: | facsimile: | telephone: |
|---|---|---|---|
| Joseph D. Gray | Vinson & Elkins LLP | 512.542.8612 | 512.542.8400 |
| cc: | | | |
| Hilary L. Preston | Vinson & Elkins LLP | 212.237.0100 | 212.237.0000 |
| Willem J. Schuurman | Vinson & Elkins LLP | 512.542.8612 | 512.542.8400 |
| Douglas R. McSware | Potter Minton | 903.597-8311 | 903.593.0846 |

| from: | facsimile: | telephone: | initials: |
|---|---|---|---|
| Michael N. Edelman | (650) 320-1900 | (650) 320-1822 | MNE |

| client name: | AdvancedMe | client matter number: | 34717.00011 |
|---|---|---|---|
| date: | November 22, 2006 | pages (with cover): | 3 |

comments:

LEGAL_US_W # 54650524.1 34717.00007