# EXHIBIT 20
# TO OPPOSITION TO MOTION TO COMPEL

Dockets.Justia.com

# Paul Hastings
**ATTORNEYS**

Paul, Hastings, Janofsky & Walker LLP
Five Palo Alto Square • Sixth Floor • Palo Alto, CA 94306-2155
telephone 650 320 1800 • facsimile 650 320 1900 • www.paulhastings.com

Atlanta
Beijing
Brussels
Hong Kong
London
Los Angeles
Milan
New York
Orange County
Palo Alto
Paris
San Diego
San Francisco
Shanghai
Stamford
Tokyo
Washington, DC

(650) 320-1832
vidbhakar@paulhastings.com

November 9, 2006

<u>VIA FACSIMILE AND FIRST CLASS MAIL</u>

Willem G. Schuurman
Vinson & Elkins LLP
2801 Via Fortuna, Suite 100
Austin, TX 78746

Hilary L. Preston
Vinson & Elkins LLP
666 Fifth Avenue, 26th Floor
New York, NY 10103

Douglas R. McSwane, Jr.
Potter Minton, P.C.
110 North College
500 Plaza Tower
Tyler, TX 75702

Re:   *AdvanceMe, Inc. v. RapidPay LLC et al.*,
      Case No. 05-CV-0424 (LED) (E.D. Tex.)
      *AdvanceMe, Inc v. AmeriMerchant LLC et al.*,
      Case No. 06-CV-00082 (LED) (E.D. Tex.)

      <u>**Notice of Intent to Disclose Materials Designated as
      "Confidential" or "Confidential Outside Counsel Eyes Only" to
      Michael I. Shamos, Ph.D., J.D.**</u>

Dear Counsel:

Pursuant to the Stipulated Protective Orders, AdvanceMe intends to provide **Michael I. Shamos, Ph.D., J.D.** access to all of the documents produced by Defendants including materials designated as "Confidential" or "Confidential Outside Counsel Eyes Only."

Paul*Hastings*

November 9, 2006
Page 2

In accordance with the terms of the Stipulated Protective Orders in each of the cases, AdvanceMe discloses the following information about Dr. Shamos:

**Address:**    4515 Newell Simon Hall, Carnegie Mellon University, Pittsburgh, PA  15213

**Position:**    Distinguished Career Professor, School of Computer Science; Co-Director, Institute for eCommerce; Director, Universal Library

A copy of Dr. Shamos' current *curriculum vitae* is attached as Attachment 1 and contains a list of all companies for which he has consulted during the last three years.

Attachments 2 and 3 are copies of the Protective Order Acknowledgments executed by Dr. Shamos.

Please contact me if you have any questions regarding this notice.

Sincerely,

Vid Bhakar
for PAUL, HASTINGS, JANOFSKY & WALKER LLP

Attachments – 1: CV for Michael I. Shamos, Ph.D., J.D.
2: Protective Order Acknowledgment, *AdvanceMe v. RapidPay*, Case No. 05-CV-0424 (LED) (E.D. Tex.)
3: Protective Order Acknowledgment, *AdvanceMe v. AmeriMerchant*, Case No. 06-CV-00082 (LED) (E.D. Tex.)

LEGAL_US_W # 54827042.3 34717.00007

# **ATTACHMENT 1**

Resume (short)                                              Page 1 of 14

# Resume of Michael Ian Shamos

**ACADEMIC**
Education
Foreign Languages
Honors
Editorships
Publications

**LEGAL**
Experience
Bar Admissions
Expert Witness
Legislative Testimony
Arbitration

**ELECTRONIC
VOTING**
Experience
Legislative Testimony
Publications

**BUSINESS**
Experience
Consulting
Directorships

**PERSONAL DATA**
Contact Information

**PUBLICATIONS**
Science
Digital Libraries
Electronic Voting
Billiards
In Preparation

**INVITED TALKS**
Electronic Commerce
Science and Law
Electronic Voting

**MISCELLANEOUS**
Personal Data
Contact Information

## Education

**A.B.** (1968) Princeton University (Physics).  Thesis:
"An Absorber Theory of Gravitational Radiation".
Advisor: John A. Wheeler.

**M.A.** (1970) Vassar College (Physics).  Thesis: "An
Absorber Theory of Acoustical Radiation."  Advisor:
Morton A. Tavel.

**M.S.** (1972) American University (Technology of
Management).

**M.S.**  (1973) Yale University (Computer Science).

**M.Phil.** (1974) Yale University (Computer Science).

**Ph.D.** (1978) Yale University (Computer Science).
Thesis: "Computational Geometry".  Thesis
committee: David Dobkin, Martin H. Schultz, Stanley
C. Eisenstat.

**J.D.** (1981) Duquesne University, *cum laude*.

## Foreign Languages

French, Russian (good reading and technical
translation skills, fair conversational ability).

## Academic Experience

Distinguished Career Professor, Institute for Software
Research International and Language Technologies
Institute, School of Computer Science, Carnegie
Mellon University (2001- ). Principal Systems
Scientist (1998-2001).  Principal Lecturer (2002-
2003).  Teaching Professor (2003- ).  Faculty, Tepper
School of Business, Carnegie Mellon University
(1999- ).

Co-Director, Carnegie Mellon Institute for
eCommerce (1998- ).  Vice-Chair, University Research
Council (2000-2002), Director, eBusiness
Technology degree program (2003-).

Director, <u>Universal Library</u>, Carnegie Mellon University (1998-).

Visiting Professor, <u>Department of Electrical and Electronic Engineering</u>, The University of Hong Kong (2001- ).

Adjunct Faculty, Carnegie Mellon University, Department of Computer Science (1981-1998). Formerly Assistant Professor, Carnegie Mellon University, Departments of Computer Science and <u>Mathematics</u> (1975-81), Dept. of <u>Statistics</u> (1978-81).

**Recent courses taught (Carnegie Mellon):**
Algorithm Design and Analysis 15-451 (Comp. Sci.)
Intellectual Capital and its Protection 45-886 (MBA)
<u>Ecommerce Technology</u> 20-751 (MSEC program)
<u>Electronic Payment Systems</u> 20-753 (MSEC program)
<u>Ecommerce Law and Regulation</u> 46-840 (MSEC program)
<u>Electronic Voting</u> 17-803

## Honors and Awards

Fellow, <u>Society of the Sigma Xi</u> (1974-83).

IBM Fellowship, Yale University (1974–75).

<u>SIAM</u> National Lecturer (1977–78).

Distinguished Lecturer (computer science), <u>University of Rochester</u> (1978); <u>McGill University</u> (1979).

Duquesne University Law Review (1980–81).

Black & White Scotch Achiever's Award (first annual, 1991, for contributions to bagpipe musicography).

Industry Service Award of the Billiard and Bowling Institute of America, 1996 (for contributions to billiard history).

Billiard Worldcup Association official referee (2001-)

## Editorships

Editor-in-Chief, <u>Journal of Privacy Technology</u>

(2003-2006).

Member of Editorial Board, *Electronic Commerce Research Journal* (2000-2004).

Member of Editorial Board, *Pittsburgh Journal of Technology, Law and Policy* (1999-2003).

Dr. Shamos has reviewed scientific papers for *Communications of the ACM*, *Mathematical Reviews*, *IEEE Computer*, *IEEE Transactions on Computers*, *Information Processing Letters*, *Journal of the ACM* and the *Journal of Computational Physics*.

Contributing Editor, *Billiards Digest* magazine (1990- ).

## Legal Experience

Special Counsel, Reed Smith LLP (2000-2003), electronic commerce law.

Shareholder, The Webb Law Firm (1996-2000), intellectual property law. Associate (1990-95).

Private practice of law (1987-90), intellectual property.

Associate, law firm of Buchanan, Ingersoll, P. C. (1985-87), Emerging Companies Department.

General Counsel, Carnegie Group, Inc. (1983-85), artificial intelligence company.

Private practice of law (1981-83), computer law.

## Bar Admissions

Supreme Court of Pennsylvania (1981– ).

United States District Court for the Western District of Pennsylvania (1981– ).

United States Patent and Trademark Office (1981– ).

United States Tax Court (1982– ).

United States Court of Appeals for the Armed Forces (1982– ).

United States Court of Appeals for the Third Circuit (1982– ).

United States Supreme Court (1985– ).

United States Court of Appeals for the Federal Circuit (1985– ).

## Expert Witness

Dr. Shamos serves as an expert witness in computer software and electronic voting cases. His clients include:

American Association of People with Disabilities
Bertelsmann AG
Clubcorp, Inc.
C. W. Communications (Computerworld)
eBay, Inc.
Florida Attorney General
Freemarkets, Inc.
INCO Alloys
Levinson Steel
Maryland Attorney General
Powerquest Corp.
The Princeton Review, Inc.
Target Corporation
20th Century Fox
UBS Warburg
Universal Studios
Visa International

See full list.

## Legislative Testimony

Testimony before the Texas Legislature concerning electronic voting, Austin, Texas, 1987. Result: passage of the Texas Electronic Voting Law.

Invited testimony before the British House of Lords, Subcommittee B of the European Union Committee, April 20, 2000. Subject: European regulation of eCommerce.

Testimony before the Pennsylvania Legislature State Government Committee concerning electronic voting, Philadelphia, March 10, 2004.

Testimony before the United States Commission on Civil Rights concerning electronic voting, Washington, DC, April 9, 2004.

Testimony before the U.S. House of Representatives Committee on Science concerning voting system certification, Washington, DC, June 24, 2004.

Testimony before the U.S. House of Representatives Committee on House Administration concerning voting system security, Washington, DC, July 7, 2004.

Testimony before the U.S. House of Representatives Committee on Government Reform concerning electronic voting technology, Washington, DC, July 20, 2004.

Testimony on DREs and paper trails before the Virginia Legislature Study Commission on Voting System Certification and Security, Richmond, VA, August 16, 2004.

Testimony before the Election Assistance Commission, Technical Guidelines Development Committee, Subcommittee on Computer Security and Transparency, Gaithersburg, MD, Sept. 20, 2004.

Testimony before the House Ways and Means Committee of the Maryland General Assembly on voting machine paper trails, Annapolis, MD, December 7, 2004.

Testimony before the U.S. House of Representatives Committee on House Administration concerning paper trails, Washington, DC, September 28, 2006.

Testimony before the U.S. Election Assistance Commission concerning the Voting System Testing and Certification Program, Washington, DC, October 26, 2006.

### Arbitration

Dr. Shamos has served as an arbitrator in computer-

related disputes for the American Arbitration Association.

## Electronic Voting

Dr. Shamos has served as an examiner of electronic voting systems and consultant on electronic voting.

Consultant to the Pennsylvania Secretary of the Commonwealth (2004- ).

Project SERVE Security Peer Review Group (2003).

Attorney General's Designee for electronic voting examinations, State of Texas (1987-2000).

Attorney for Counsel to the Secretary of the Commonwealth, Commonwealth of Pennsylvania. (1998-2000, 2004- ); Statutory Examiner for electronic voting, Commonwealth of Pennsylvania (1980-1996).

Consultant to Montgomery County, Pennsylvania (1996).

Consultant to the Secretary of State of Nevada (1996).

Consultant to the Delaware Legislature (1989).

## Business Experience

President, Unus, Inc., database publishing software (formerly Unilogic, Ltd.) (1979-1987)

President, Lexeme Corporation (1984-87), software language translation products.

Managing Partner, Shamos and Tchen (1978-82), computer consulting firm.

Supervisory Programmer, National Cancer Institute (1970-72), while a commissioned officer in the United States Public Health Service (O-3).

Associate Engineer, IBM Corporation (1968-70), design of manufacturing information systems.

## Consulting

Morgan Stanley Dean Witter (2000-2002 ).  Contact: Stephanie Homes.

McKinsey & Co. (1999-2001).   Contact: Will Draper (BTO Stamford)

Bell Atlantic Corporation (1999-).  Contact: John Martin.

LG-CNS, South Korea (2002-).  Project to automate the Korean court system.

### Directorships

Unilogic, Ltd. (1979–87) (later Unus, Inc. d/b/a Cygnet Publishing Technologies, 1987- ).  Database publishing software.

The Billiard Archive (1983– ).  Historical nonprofit foundation.

Lexeme Corporation (1984-1987).  Computer source language translation.

Insurance Technology Corporation (1992–1995).  IT consulting for the insurance industry.

### Personal Data

Date of birth: April 21, 1947.

Married to Julie Shamos (formerly Julie Van Allen), August 12, 1973.

Children: Josselyn (born May 20, 1982), Alexander (born August 3, 1984).

Military Status: Veteran (Commissioned Officer, U.S. Public Health Service, 1970-72).

Health: excellent

### Contact Information

Office Address:
    Language Technologies Institute
    4515 Newell Simon Hall
    Carnegie Mellon University

Pittsburgh, PA 15213
Office Telephone: 412-268-8193
Office Fax: 412-268-6298
Email: shamos@cs.cmu.edu

Home Address:
605 Devonshire Street
Pittsburgh, PA 15213-2904
Home Telephone: 412-681-8398
Home Fax: 412-681-8916

## Publications

### SCIENCE

Books

1. *Computational Geometry: An Introduction*, with F. P. Preparata. Springer-Verlag (1985, revised ed., 1991), 390 pp. ISBN 0387961313. According to Citeseer, this is the 28th most frequently cited work in computer science.

2. *Vyichislitel'naya Geometria: Vyedyeniye*. Russian translation of "Computational Geometry: An Introduction." Moscow: Mir Publishers (1989). ISBN 5030010416.

3. *Keisan kikagaku nyumon*. Japanese translated by T. Asano and T. Asano of *Computational Geometry: An Introduction*, with F. P. Preparata. Soken Shuppan (Jul. 1992). ISBN4795263213.

4. *Handbook of Academic Titles*. 198 pp. (Nov. 2002). An encyclopedia of various academic designations used at over 1000 colleges and universities in the United States.

5. *Geometria obliczeniowa. Wprowadzenie*. Polish translation of "Computational Geometry: An Introduction." Warsaw: Helion (2003) 392 pp. ISBN 83-7361-098-7.

Articles

1. "On the Piezoelectric Effect in Bone," with M. H. Shamos and L. S. Lavine. *Nature* **197**:81 (1963).

2. "An Absorber Theory of Acoustic Radiation," with M. A. Tavel. *Journal of the Acoustical Society of America* **54**:46–49 (1973).

3. "Problems in Computational Geometry." Unpublished book manuscript (1974, revised 1977). Distributed in photocopy.

4. "Geometric Complexity." *Proceedings of the Seventh Annual ACM Symposium on Automata and Theory of Computation* (May 1975) 224–233.

5. "Closest-point Problems," with D. J. Hoey. *Proceedings of the Sixteenth IEEE Symposium on Foundations of Computer Science* (Oct. 1975) 151–162.

6. "Divide and Conquer in Multidimensional Space," with J. L. Bentley. *Proceedings of the Eighth Annual ACM Symposium on Automata and Theory of Computing* (May 1976) 220–230.

7. "Geometric Intersection Problems," with D. J. Hoey. *Proceedings of the Seventeenth Annual IEEE Symposium on Foundations of Computer Science* (Oct. 1976) 208–215.

8. "Lower Bounds from Complex Function Theory," with G. Yuval. *Proceedings of the Seventeenth Annual IEEE Symposium on Foundations of Computer Science* (Oct. 1976) 268–273.

9. "Geometry and Statistics: Problems at the Interface." In *Algorithms and Complexity: New Directions and Recent Results,* J. F. Traub, ed., Academic Press (1976) 251–280.

10. "Divide and Conquer for Linear Expected Time," with J. L. Bentley. *Information Processing Letters* 7 (1977) 87–91.

11. "A Problem in Multivariate Statistics: Algorithm, Data Structure, and Applications," with J. L. Bentley. *Proceedings of the Fifteenth Allerton Conference on Communications, Control and Computers* (Sep. 1977) 193–201.

12. "Optimal Algorithms for Structuring Geographic Data," with J. L. Bentley. *Proceedings of the Harvard Conference on Topological Data Structures for Geographic Information Systems* (Oct. 1977) 43–51.

13. "Computational Geometry." Ph.D. Thesis, Yale University (1978). University Microfilms, Ann Arbor, MI.

14. "On Time and Space," with A. R. Meyer. In *Perspectives on Computer Science,* A. K. Jones, ed. Academic Press (1978).

15. *Combinatorics on Graphs I: Graph Polynomials.* Unpublished book manuscript (1978).

16. "Robust Picture Processing Operators and Their Implementation as Circuits." *Proceedings of the Fall 1978*

*Workshop on Image Processing*, Carnegie Mellon University (1978).

17. "A practical system for source language translation," with T. R. Kueny and P. L. Lehman. *Proceedings of the National Conf. on Software Reuseability and Maintainability*, pp. B-1 – B-12, Washington, DC (Sep. 1986).

18. "The Early Years of Computational Geometry – A Personal Memoir." *Advances in Discrete and Computational Geometry* (B. Chazelle, J. E. Goodman, and R. Pollack, eds.), *Contemporary Mathematics*, Amer. Math. Soc., Providence (1998).

### DIGITAL LIBRARIES

Articles

1. "Machines as readers: a solution to the copyright problem." J. Zhejiang Univ. Science 6A, 11, pp. 1179-1187 (Nov. 2005).

Reports

1. "Japanese Digital Information Policy, Intellectual Property and Economics," in "Digital Information Organization in Japan," International Technology Research Institute (1998).

### ELECTRONIC VOTING

Articles

1. "Voting System Certification — An Examiner's View." Invited paper presented at the Election Center Conference, Reno, Nevada (Sep. 1989).

2. "Electronic Voting — Evaluating the Threat." Proc. Third ACM Conf. on Computers, Freedom & Privacy, San Francisco, CA (Mar. 1993).

3. "Paper v. Electronic Voting Records — An Assessment." Proc. 14th ACM Conf. on Computers, Freedom & Privacy, Berkeley, CA (Apr. 2004).

4. "Evaluation of Voting Systems," with P.L. Vora, B. Adida, R. Bucholz, D. Chaum, D. Dill, D. Jefferson, D. Jones, W. Lattin, A. Rubin and M. Young, Commun. ACM 47(11):144 (2004).

### BILLIARDS

Books

Resume (short)

1. _Pool._    New York: Mallard Press division of Bantam-Doubleday-Dell Promotional Book Company (Aug. 1991). 128 pp. ISBN 0-7924-5310-7.

2. _Le billard et le billard américain_. Paris: Minerva, 1992, reprinted 1997. 128 pp. Translation by Jean-Yves Prate of the author's American book, _Pool_. ISBN 2–8307–0160–7 (1992), 2-8814-3135-6 (1997).

3. _The Illustrated Encyclopedia of Billiards_.  New York: Lyons & Burford (1993).  310 pp. ISBN 1-55821-219-1.

4. _Pool Snooker Carambola_.  Padua: Facto Edizioni (1993). 128 pp. Italian translation of _Pool_. Translated by Elisabetta Bezzon. ISBN 88-85860-20-6.  The only English-language billiard book ever published in Italian.

5. _Pool_.  New York: Friedman/Fairfax (Jun. 1994). 128 pp.  ISBN 1-56799-061-4.  Paperback edition of the author's 1991 _Pool_.

6. _Shooting Pool: The People, the Passion, the Pulse of the Game_, with photographs by George Bennett.  New York: _Artisan_ (Jun. 1998).  144 pp.  ISBN 1-885183-95-X.    A Book-of-the-Month Club bonus selection (Fall, 1998).

7. _Setting the Stage for Fifty Years_. Coralville, IA: _Billiard Congress of America_ (Jun. 1998). 88 pp.  A history of the Billiard Congress of America.

8. _The New Illustrated Encyclopedia of Billiards_.  New York: _Lyons Press_ (1999). 320 pp.  ISBN 1-55821-797-5. An expanded and revised edition of _The Illustrated Encyclopedia of Billiards_.

9. _The Complete Book of Billiards_.  New York: _Gramercy Books_ (2000).  306 pp.  ISBN 0-517-20869-5.  Reissue of author's 1993 _The Illustrated Encyclopedia of Billiards_.

**In Preparation**

### SCIENCE

Books

1. _A Catalog of the Real Numbers_.  A list, patterned after Sloane & Plouffe, _The Encyclopedia of Integer Sequences_, Academic Press (1995).  Over 8000 interesting real numbers arranging in lexical order by decimal expansion, with accompanying formulas.

2. *Handbook of Academic Titles.*

Articles

1. *Overcounting Functions.* A systematic method of transforming certain multiple summations into single summations, with new number-theoretic results.

2. *Property Enumerators and a Partial Sum Theorem.* A new result allowing rapid symbolic evaluation of certain types of double summations.

## LAW

Books

1. *A Dictionary of American Intellectual Property.*

### Invited Talks

#### ELECTRONIC COMMERCE

"The U.S., Korea and the Internet Bubble." Korea International Trade Association (Seoul, July 2003).

"Electronic Judiciary Services in the United States." Address at the Supreme Court of Korea (Dec. 2004).

"eGovernment in the United States." Public address at the University of Hong Kong (Feb. 2005).

#### SCIENCE AND LAW

"Digital Property in the 21st Century." Keynote address for the Spring Meeting of the American Intellectual Property Law Association, Pittsburgh, PA (May 2000). View slides.

"Who Owns This Algorithm?" Carnegie Mellon University (Nov 1991); Microelectronics and Computer Corporation (Jan. 1992); Univ. of Texas at Austin (Jan. 1992); UCLA (Feb. 1992).

"New Computer Technology and Its Application to Worker's Compensation." Forum IV, Newport Beach, CA (Feb. 1992).

"The Office of the Future, If There Is One." 1994 IAIABC Conf., Pittsburgh, PA (Sep. 1994).

"The Fringes of Infringement." University of Texas, Austin, TX (Sep. 1995).

"The Arts and the Internet." Allegheny County Bar Association Continuing Legal Education course (June 26, 1996).

"The Universal Information Resource." Inventing the Future, Symposium in Honor of Raj Reddy's 60th Birthday, Carnegie Mellon University, Pittsburgh, PA (May 1998).

"The Universal Library."   University of Texas at Austin (Sep. 1998)

"The Universal Library and Its Role in Scientific Information." Keynote address to the RNA Society symposium on Emerging Sources of RNA Information, Arlington, VA (Dec. 8, 1998).

"Digital Property in the 21st Century." Luncheon address to the American Intellectual Property Law Association, Pittsburgh, PA (May. 2000).

"The Future of eCommerce." Address to the Association for Corporate Growth, Pittsburgh, PA (Dec. 2001).

"Copyright Protection and Distance Learning." Hong Kong Intellectual Property Office (Feb. 2002).

"Surprises in Experimental Mathematics." Carnegie Mellon University Mathematics Seminar (Feb. 2002).

"The Universal Dictionary." Address at International Institute of Information Technologies (IIIT), Hyderabad, India (Jan. 2003).

"The Million Book Projects." Public address at the University of Hong Kong (Jan. 2003).

"Mathematics and the Privacy Laws." ALADDIN Workshop on Privacy in D.A.T.A., Pittsburgh, PA (Mar. 2003).

"Machines as readers: a solution to the copyright problem." 1st Int'l Conf. on Universal Digital Library, Hangzhou, China (Nov. 2005).

"University Technology Transfer: How to Fix It." Asia Conference on Technology Transfer (ACTT) 2006, Seoul, S. Korea (Mar. 2006).

### ELECTRONIC VOTING

"Voting System Certification — An Examiner's View." Election Center Conference, Reno, Nevada (Sep. 1989).

"Electronic Voting — Evaluating the Threat." Third Conf. on Computers, Freedom and Privacy, San Francisco, CA (Mar. 1993).

"What's Happing in Florida?" Carnegie Mellon University (Nov. 2001)."

"Electronic Voting: The Technology of Democracy." Hong Kong University (Feb. 2004).

"Theory v. Practice in Electronic Voting."  DIMACS (Rutgers Univ., May 2004).

"HAVA: Are We Ready?"  Panel at the League of Women Voters National Convention, Washington, DC (Jun. 2004).

"Testing Voting Machines."  Panel at the American Enterprise Institute, Washington, DC (Jun. 2004).

"Electronic Voting: Promise and Peril."  Talk at the Moritz College of law, Ohio State University (Sep. 2004).

"Is e-voting ready for prime time: Legal and technical issues regarding the upcoming Presidential election."  Panel at John Marshall Law School, Chicago, IL (Oct. 2004).

"Is Electronic Voting Reliable?"  Talk to the Kiwanis Club of Dubuque, Iowa (Feb. 2005).

"The Top Ten Problems in Practical Electronic Voting."  Int'l Workshop on Mathematics and Democracy, Ettore Majorana Centre, Erice, Sicily (Sept. 2005).

"Why Don't We Have Paper Trails in Pennsylvania?"  Carnegie Mellon Univ. CyLab Seminar, Pittsburgh, PA (Jan 2006).

"Paper Trails and the Pennsylvania Certification Process." County Commissioners Association of Pennsylvania 2006 Spring Conference, Harrisburg, PA (Mar. 2006).

"The 2006 Elections: Are We Ready?"  Panel at the American Enterprise Institute, Washington, DC (Sept. 2006)

# ATTACHMENT 2

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| ADVANCEME, INC. | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| RAPIDPAY LLC, BUSINESS CAPITAL | § | CIVIL ACTION NO. 6:05-cv-424-LED-JDL |
| CORPORATION, FIRST FUNDS LLC, | § | |
| MERCHANT MONEY TREE, INC., | § | |
| REACH FINANCIAL LLC and FAST | § | |
| TRANSACT, INC. d/b/a SIMPLE CASH | § | |
| | § | |
| Defendants. | § | |

## PROTECTIVE ORDER ACKNOWLEDGEMENT

I, ___Michael Ian Shamos___, having been retained by, or being otherwise associated

with, __Paul Hastings, Janofsky & Walker, LLP__ in connection with the above-captioned proceeding, hereby

acknowledge that I may receive "CONFIDENTIAL" or "CONFIDENTIAL OUTSIDE

COUNSEL EYES ONLY" documents or information ("Protected Information"), as defined in

the Protective Order of ___July 27___, 2006. I have read the Protective Order in this case,

agree to be bound by its terms, and consent to the jurisdiction of this Court solely for the purpose

of enforcing this Protective Order. I understand that any and all Protected Information that I

receive shall not be disclosed to or discussed with anyone not similarly bound by the Protective

Order.

At the conclusion of this proceeding, I will return all Protected Information I receive to

counsel of record for the party for whom or on whose behalf I have been retained or with whom

I am associated.

Dated: __November 9, 2006__         ___Michael Ian Shamos___

15

NewYork 183983v.2

# **ATTACHMENT 3**

IN THE UNITED STATES COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

ADVANCEME, INC.                              §
   Plaintiff                    §
                                             §
                                             §          CAUSE NO. 6:06cv082 LED
VS.                                          §
                                             §
AMERIMERCHANT LLC                            §
   Defendant                    §

## PROTECTIVE ORDER ACKNOWLEDGEMENT

    I, _____Michael Ian Shamos_____, having been retained by, or being otherwise associated

with, __Paul Hastings, Janofsky & Walker LLP__ in connection with the above-captioned proceeding, hereby

acknowledge that I may receive "CONFIDENTIAL" or "CONFIDENTIAL OUTSIDE

COUNSEL EYES ONLY" documents or information ("Protected Information"), as defined in

the Protective Order of _____July 27_____, 2006. I have read the Protective Order in this case,

agree to be bound by its terms, and consent to the jurisdiction of this Court solely for the purpose

of enforcing this Protective Order. I understand that any and all Protected Information that I

receive shall not be disclosed to or discussed with anyone not similarly bound by the Protective

Order.

    At the conclusion of this proceeding, I will return all Protected Information I receive to

counsel of record for the party for whom or on whose behalf I have been retained or with whom

I am associated.

Dated: _____November 9, 2006_____          _Michael Ian Shamos_

{VAM\7560\0002\W0308836.1 }15

NewYork 183983v.2

11/09/2006 16:44 FAX  650 320 1900          PAUL HASTINGS                          ✉ 001

```
                    ***********************
                    ***   TX REPORT   ***
                    ***********************

        TRANSMISSION OK

        TX/RX NO              0684
        RECIPIENT ADDRESS     15125428612
        DESTINATION ID
        ST. TIME              11/09 16:36
        TIME USE              07'43
        PAGES SENT            22
        RESULT                OK
```

# Paul Hastings

Paul, Hastings, Janofsky & Walker LLP
Five Palo Alto Square, Sixth Floor
Palo Alto, CA 94306-2155
telephone 650 320 1800 • facsimile 650 320 1900 • www.paulhastings.com

### FACSIMILE TRANSMISSION

| to: | company/office: | facsimile: | telephone: |
|-----|-----------------|------------|------------|
| Willem J. Schuurman | Vinson & Elkins LLP | 512.542.8612 | 512.542.8400 |
| Hilary L. Preston | Vinson & Elkins LLP | 212.237.0100 | 212.237.0000 |
| Douglas R. McSwane, Jr. | Potter Minton LLP | 903.593.0846 | 903.597.8311 |

| from: | facsimile: | telephone: | initials: |
|-------|------------|------------|-----------|
| Vid Bhakar | (650) 320-1932 | (650) 320-1832 | VRB |

| client name: | AdvancedMe | client matter number: | 34717.00011 |
|--------------|------------|----------------------|-------------|
| date: | November 9, 2006 | pages (with cover): | 22 |

comments:

11/09/2006 16:46 FAX  650 320 1900          PAUL HASTINGS                          ☑001

```
                        ********************
                        ***   TX REPORT   ***
                        ********************

            TRANSMISSION OK

            TX/RX NO                0641
            RECIPIENT ADDRESS       12122370100
            DESTINATION ID
            ST. TIME                11/09 16:38
            TIME USE                07'45
            PAGES SENT               22
            RESULT                  OK
```

# Paul*Hastings*

**Paul, Hastings, Janofsky & Walker LLP**
Five Palo Alto Square, Sixth Floor
Palo Alto, CA 94306-2155
telephone 650 320 1800 • facsimile 650 320 1900 • www.paulhastings.com

### *FACSIMILE TRANSMISSION*

| to: | company/office: | facsimile: | telephone: |
|---|---|---|---|
| **Willem J. Schuurman** | Vinson & Elkins LLP | **512.542-8612** | 512.542.8400 |
| **Hilary L. Preston** | Vinson & Elkins LLP | **212.237-0100** | 212.237.0000 |
| **Douglas R. McSwane, Jr.** | Potter Minton LLP | **903.593.0846** | 903.597.8311 |

| from: | facsimile: | telephone: | initials: |
|---|---|---|---|
| Vid Bhakar | (650) 320-1932 | (650) 320-1832 | VRB |

| client name: | AdvancedMe | client matter number: | 34717.00011 |
|---|---|---|---|
| date: | November 9, 2006 | pages (with cover): | **22** |

**comments:**

11/09/2006 16:54 FAX  650 320 1900          PAUL HASTINGS                    ☑001

```
                    ***********************
                    ***   TX REPORT   ***
                    ***********************

    TRANSMISSION OK

    TX/RX NO              0685
    RECIPIENT ADDRESS     19035930846
    DESTINATION ID
    ST. TIME              11/09 16:46
    TIME USE              07'46
    PAGES SENT            22
    RESULT               OK
```

# Paul Hastings

Paul, Hastings, Janofsky & Walker LLP
Five Palo Alto Square, Sixth Floor
Palo Alto, CA 94306-2155
telephone 650 320 1800 • facsimile 650 320 1900 • www.paulhastings.com

## FACSIMILE TRANSMISSION

| to: | company/office: | facsimile: | telephone: |
|---|---|---|---|
| Willem J. Schuurman | Vinson & Elkins LLP | 512.542-8612 | 512.542.8400 |
| Hilary L. Preston | Vinson & Elkins LLP | 212.237-0100 | 212.237.0000 |
| Douglas R. McSwane, Jr. | Potter Minton LLP | 903.593.0846 | 903.597.8311 |

| from: | facsimile: | telephone: | initials: |
|---|---|---|---|
| Vid Bhakar | (650) 320-1932 | (650) 320-1832 | VRB |

| client name: | AdvancedMe | client matter number: | 34717.00011 |
|---|---|---|---|
| date: | November 9, 2006 | pages (with cover): | 22 |

comments: