IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| ADVANCEME, INC. | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | CAUSE NO. 6:05-CV-424 (LED) |
| RAPIDPAY, LLC, BUSINESS CAPITAL | § | |
| CORPORATION, FIRST FUNDS LLC, | § | |
| MERCHANT MONEY TREE, INC., | § | |
| REACH FINANCIAL, LLC and | § | |
| FAST TRANSACT, INC. d/b/a | § | |
| SIMPLE CASH | § | |
| | § | |
| Defendants. | § | |

| | | |
|---|---|---|
| ADVANCEME, INC., | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | CAUSE NO. 6:06-CV-0082 (LED) |
| v. | § | JURY TRIAL DEMANDED |
| | § | |
| AMERIMERCHANT, LLC, | § | |
| *Defendant.* | § | |

**DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO EXCEED THE PAGE LIMIT
IN DEFENDANTS' REPLY IN SUPPORT OF THEIR EXPEDITED MOTION FOR
<u>LEAVE TO AMEND PRELIMINARY INVALIDITY CONTENTIONS</u>**

Defendants First Funds LLC, Merchant Money Tree, Inc., Reach Financial, LLC, and AmeriMerchant, LLC (collectively "Defendants") respectfully request that the Court grant leave to exceed the page limit for their Reply in Support of their Expedited Motion for Leave to Amend Preliminary Invalidity Contentions. Specifically, in order to properly address the issues raised in Plaintiff's Opposition to Defendants' Expedited Motion for Leave to Amend Preliminary Invalidity Contentions, Defendants request leave of Court to file a six-page Reply Brief.

1

Plaintiff and Defendants met and conferred by telephone conference regarding this motion on November 29, 2006, and Plaintiff agreed that this motion will be unopposed.

November 29, 2006               Respectfully submitted,

By: /s/ Joseph D. Gray
Willem G. Schuurman
Texas State Bar No. 17855200
bschuurman@velaw.com
Joseph D. Gray
Texas State Bar No. 24045970
jgray@velaw.com
**VINSON & ELKINS L.L.P.**
2801 Via Fortuna, Suite 100
Austin, Texas 78746
Telephone: 512.542.8400
Facsimile: 512.236.3476

Hilary L. Preston
hpreston@velaw.com
**VINSON & ELKINS L.L.P.**
666 Fifth Avenue – 26th Floor
New York, NY 10103
Telephone: 212.237.0000
Facsimile: 212.237.0100

Douglas R. McSwane, Jr.
State Bar No. 13861300
**POTTER MINTON**
A Professional Corporation
110 N. College
500 Plaza Tower (75702)
P.O. Box 359
Tyler, Texas 75710
Telephone: 903.597.8311
Facsimile: 903.593.0846
E-mail: dougmcswane@potterminton.com

*Counsel for Defendants First Funds LLC, Merchant Money Tree, Inc., Reach Financial, LLC, and AmeriMerchant, LLC*

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that all counsel of record who have consented to electronic service are being served a copy of this document via the court's CM/ECF system per Local Rule CV-5(a)(3) on this the 29th day of November, 2006. Any other counsel of record will be served by first class mail on this same date.

                                    By:  /s/ Joseph D. Gray
                                            Joseph D. Gray