## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | |
|---|---|
| **ADVANCEME, INC.** § | |
| Plaintiff, § | |
| § | **CIVIL ACTION NO. 6:05cv424** |
| vs. § | |
| § | |
| **RAPIDPAY, LLC,** *et al.*, § | |
| § | |
| Defendants. § | |

### ORDER ADOPTING REPORT AND
### RECOMMENDATIONS OF MAGISTRATE JUDGE

The above entitled and numbered civil action was referred to United States Magistrate Judge John D. Love pursuant to 28 U.S.C. § 636. The Report of the Magistrate Judge, which contains his proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration (Doc. No. 142). The parties did not file any objections to the Report and Recommendations. The Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct. Therefore, the Court hereby adopts the Report of the United States Magistrate Judge as the findings of this Court.

Accordingly, it is ORDERED, under Federal Rules of Civil Procedure 37 and 55, that Defendant Rapidpay, LLC, its officers, agents, servants, employees, and all persons and entities acting in concert with Rapidpay, or in participation with Rapidpay, be enjoined from making, using, selling, or offering for sale in the United States, or importing into the United States, any products and/or services that infringe, induce the infringement of, or contributorily infringe U.S. Patent No. 6,941,281 entitled "Automated Payment."

So ORDERED and SIGNED this 29th day of November, 2006.



_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**

Dockets.Justia.com