Case: 6:05cv424

Lawrence Morrison
17 Battery Place
Suite 1330
New York, NY 10004

**UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF TEXAS
211 W. FERGUSON ST.
TYLER, TEXAS 75702

OFFICIAL BUSINESS

7005 3110 0002 7956 9467





RAPI017 100 1 1 N C 40 11/07/06
RETURN TO SENDER
NO FORWARD ORDER ON FILE
10064100034

Dockets.Justia.com