Case: 6:05cv424

Stephanie Nimberg
17 Battery Place
Suite 1330
New York, NY 10004

