# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| **ADVANCEME, INC.,** | § | **CASE NO. 6:05-CV-424 (LED – JDL)** |
| Plaintiff, | § | |
| v. | § | |
| **RAPIDPAY LLC, FIRST FUNDS LLC, MERCHANT MONEY TREE, INC., REACH FINANCIAL, LLC, and FAST TRANSACT, INC. d/b/a SIMPLE CASH,** | § | |
| Defendants. | § | |
| **ADVANCEME, INC.,** | § | **CASE NO. 6:06-CV-082 (LED – JDL)** |
| Plaintiff, | § | |
| v. | § | **JURY TRIAL DEMANDED** |
| **AMERIMERCHANT, LLC,** | § | |
| Defendant. | § | |

### ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION
### FOR LEAVE TO FILE ITS OPPOSITION TO DEFENDANTS'
### MOTION TO COMPEL IN EXCESS OF PAGE LIMIT

CAME ON FOR CONSIDERATION Plaintiff's Unopposed Motion For Leave To File Its Opposition To Defendants' Motion To Compel In Excess of Page Limits. The Court is of the opinion that the motion is well taken and should be granted.

ORDER GRANTING UNOPPOSED MOTION TO FILE IN EXCESS
OF PAGE LIMIT RE ADVANCEME'S OPPOSITION TO
DEFENDANTS' MOTION TO COMPEL

1

CASE NO.6:05-CV-424
CASE NO.6:06-CV-082

Dockets.Justia.com

IT IS, THEREFORE, ORDERED Plaintiff's Unopposed Motion For Leave To File Its Opposition To Defendants' Motion To Compel In Excess of Page Limits be **GRANTED**.

---

**So ORDERED and SIGNED this 29th day of November, 2006.**

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING UNOPPOSED MOTION TO FILE IN EXCESS
OF PAGE LIMIT RE ADVANCEME'S OPPOSITION TO
DEFENDANTS' MOTION TO COMPEL

2

CASE NO.6:05-CV-424
CASE NO.6:06-CV-082