# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| **ADVANCEME, INC.** § | |
| § | |
| **Plaintiff,** § | |
| § | |
| v. § | |
| § | **CAUSE NO. 6:05-CV-424 (LED)** |
| **RAPIDPAY, LLC, BUSINESS CAPITAL** § | |
| **CORPORATION, FIRST FUNDS LLC,** § | |
| **MERCHANT MONEY TREE, INC.,** § | |
| **REACH FINANCIAL, LLC and** § | |
| **FAST TRANSACT, INC. d/b/a** § | |
| **SIMPLE CASH** § | |
| § | |
| **Defendants.** § | |
| **ADVANCEME, INC.,** § | |
| § | |
| *Plaintiff,* § | |
| § | **CAUSE NO. 6:06-CV-0082 (LED)** |
| v. § | **JURY TRIAL DEMANDED** |
| § | |
| **AMERIMERCHANT, LLC,** § | |
| *Defendant.* § | |

## ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO EXCEED THE PAGE LIMIT IN THEIR REPLY IN SUPPORT OF THEIR EXPEDITED MOTION FOR LEAVE TO AMEND PRELIMINARY INVALIDITY CONTENTIONS

The Court, having considered Defendants' First Funds LLC's, Merchant Money Tree, Inc.'s, Reach Financial, LLC's, and AmeriMerchant, LLC's (collectively "Defendants") Motion for Leave to Exceed the Page Limit in Defendants' Reply Brief, is of the opinion that Defendants' motion should be GRANTED.

Accordingly, IT IS ORDERED that Defendants may submit a Reply of six pages.

**So ORDERED and SIGNED this 30th day of November, 2006.**

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE

Dockets.Justia.com