# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| **ADVANCEME, INC.** § | |
| Plaintiff, § | |
| § | **CIVIL ACTION NO. 6:05cv424** |
| vs. § | |
| § | |
| **RAPIDPAY, LLC, BUSINESS** § | |
| **CAPITALCORPORATION, FIRST** § | |
| **FUNDS LLC, MERCHANT MONEY** § | |
| **TREE, INC., REACH FINANCIAL,** § | |
| **LLC and FAST TRANSACT, INC. dba** § | |
| **SIMPLE CASH** § | |
| Defendants. § | |

## ORDER

Before the Court is Defendants' Motion for Leave to Amend Preliminary Invalidity Contentions (Docket No. 141). Finding that Defendants have shown good cause, *ST Microelectronics, Inc. v. Motorola, Inc.*, 307 F.Supp.2d 845, 849-50 (E.D. Tex. 2004) (Davis, J.), Defendants' motion is **GRANTED**.

**So ORDERED and SIGNED this 4th day of December, 2006.**

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE