# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| **ADVANCEME, INC.** § | |
| *Plaintiff*, § | |
| v. § | |
| § | |
| **RAPIDPAY, LLC, BUSINESS CAPITAL** § | |
| **CORPORATION, FIRST FUNDS LLC,** § | **CAUSE NO. 6:05-CV-424 LED** |
| **MERCHANT MONEY TREE, INC.,** § | |
| **REACH FINANCIAL, LLC and** § | |
| **FAST TRANSACT, INC. d/b/a** § | |
| **SIMPLE CASH** § | |
| *Defendants*. § | |
| **ADVANCEME, INC.,** § | |
| *Plaintiff,* § | |
| v. § | |
| § | **CAUSE NO. 6:06-CV-0082 LED** |
| **AMERIMERCHANT, LLC,** § | **JURY TRIAL DEMANDED** |
| *Defendant.* § | |

## DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMIT IN DEFENDANTS' REPLY IN SUPPORT OF THEIR MOTION TO COMPEL

Defendants First Funds LLC, Merchant Money Tree, Inc., Reach Financial, LLC, and AmeriMerchant, LLC (collectively "Defendants") respectfully request that the Court grant leave to exceed the page limit for their Reply in Support of their Motion to Compel. Specifically, in order to properly reply to the issues raised by Plaintiff in its Opposition Brief, Defendants request leave of Court to file 15 pages of argument plus 12 pages of exhibits in its Reply in Support of its Motion to Compel. Plaintiff does not oppose this motion.

774215_1.DOC

December 6, 2006                             Respectfully submitted,

                                         By:  /s/ Joseph D. Gray
                                              Willem G. Schuurman
                                              Texas State Bar No. 17855200
                                              bschuurman@velaw.com
                                              Joseph D. Gray
                                              Texas State Bar No. 24045970
                                              jgray@velaw.com
                                              **VINSON & ELKINS L.L.P.**
                                              2801 Via Fortuna, Suite 100
                                              Austin, Texas 78746
                                              Telephone: 512.542.8400
                                              Facsimile: 512.236.3476

                                                 -and-

                                              Hilary L. Preston
                                              hpreston@velaw.com
                                              **VINSON & ELKINS L.L.P.**
                                              666 Fifth Avenue – 26th Floor
                                              New York, NY 10103
                                              Telephone: 212.237.0000
                                              Facsimile: 212.237.0100

                                                 -and-

                                              Douglas R. McSwane, Jr.
                                              State Bar No. 13861300
                                              **POTTER MINTON**
                                              A Professional Corporation
                                              110 N. College
                                              500 Plaza Tower (75702)
                                              P.O. Box 359
                                              Tyler, Texas 75710
                                              Telephone: 903.597.8311
                                              Facsimile: 903.593.0846
                                              E-mail: dougmcswane@potterminton.com

                                              *Counsel for Defendants First Funds LLC,
                                              Merchant Money Tree, Inc., Reach Financial,
                                              LLC, and AmeriMerchant, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that all counsel of record who have consented to electronic service are being served a copy of this document via the court's CM/ECF system per Local Rule CV-5(a)(3) on this the 6th day of December, 2006. Any other counsel of record will be served by first class mail on this same date.

                                                /s/ Joseph D. Gray
                                                  Joseph D. Gray

## CERTIFICATE OF CONFERENCE

Counsel for Defendants and counsel for Plaintiff met and conferred on December 6, 2006, and Plaintiff does not oppose this motion. Plaintiff's counsel insisted that the following be included in this certificate of conference: "Opposing counsel indicated that it would not oppose this motion because it does not want to unnecessarily burden this Court with additional motion practice, but it believes a 10 page extension is unnecessary and excessive."

                                                /s/ Joseph D. Gray
                                                  Joseph D. Gray