# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| ADVANCEME, INC. §<br>*Plaintiff*, §<br>v. §<br>§<br>RAPIDPAY, LLC, BUSINESS CAPITAL §<br>CORPORATION, FIRST FUNDS LLC, §<br>MERCHANT MONEY TREE, INC., §<br>REACH FINANCIAL, LLC and §<br>FAST TRANSACT, INC. d/b/a §<br>SIMPLE CASH §<br>*Defendants*. § | CAUSE NO. 6:05-CV-424 LED |
| ADVANCEME, INC., §<br>*Plaintiff,* §<br>v. §<br>§<br>AMERIMERCHANT, LLC, §<br>*Defendant.* § | CAUSE NO. 6:06-CV-0082 LED<br>JURY TRIAL DEMANDED |

## ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO EXCEED THE PAGE LIMIT IN REPLY BRIEF

The Court having considered Defendants First Funds LLC's, Merchant Money Tree, Inc.'s, Reach Financial, LLC's, and AmeriMerchant, LLC's (collectively "Defendants") Unopposed Motion for Leave to Exceed the Page Limit in Defendants' Reply Brief in Support of their Motion to Compel is of the opinion that Defendants' motion should be GRANTED.

Accordingly, IT IS ORDERED that Defendants may submit a Reply Brief of 27 pages.

774215_1.DOC