# EXHIBIT C
## TO ADVANCEME'S SUR-REPLY IN OPPOSITION
## TO DEFENDANTS' MOTION TO COMPEL

**Matz, Robert**

| | |
|---|---|
| **From:** | txedCM@txed.uscourts.gov |
| **Sent:** | Wednesday, December 06, 2006 3:32 PM |
| **To:** | txedcmcc@txed.uscourts.gov |
| **Subject:** | Activity in Case 6:05-cv-00424-LED-JDL AdvanceMe Inc v. RapidPay LLC "Reply to Response to Motion" |

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

**U.S. District Court [LIVE]**

**Eastern District of TEXAS LIVE**

Notice of Electronic Filing

The following transaction was received from Gray, Joseph Daniel entered on 12/6/2006 at 5:31 PM CST and filed on 12/6/2006

**Case Name:** AdvanceMe Inc v. RapidPay LLC
**Case Number:** 6:05-cv-424
**Filer:** Merchant Money Tree, Inc.
Reach Financial, LLC
First Funds, LLC
**Document Number:** 176

**Docket Text:**
REPLY to Response to Motion re [143] MOTION to Compel filed by First Funds, LLC, Merchant Money Tree, Inc., Reach Financial, LLC. (Gray, Joseph)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1041545818 [Date=12/6/2006] [FileNumber=1550569-0
] [8302dfcc69713092a53b2cd54e5154d99132ced700d8e48c5bcd1f003daaad8f378
7830b6378dee69b0c2331fa734a8880dc061a71d5e5ef55b44d05b5bde4c9]]

**6:05-cv-424 Notice will be electronically mailed to:**

Vid Bhakar    vidbhakar@paulhastings.com

Otis W Carroll , Jr    Fedserv@icklaw.com, nancy@icklaw.com

Michael N Edelman    michaeledelman@paulhastings.com

Joseph Daniel Gray    jgray@velaw.com, areiley@velaw.com; ecarter@velaw.com;

12/7/2006

fwalker@velaw.com

Ronald S Lemieux    ronaldlemieux@paulhastings.com, christinahenderson@paulhastings.com; lauriepaffhausen@paulhastings.com; rosemaryjonesshine@paulhastings.com; miguelcisneros@paulhastings.com

Robert C Matz    robertmatz@paulhastings.com

Harry W. McKee    hwm@cox-internet.com,

Douglas Ray McSwane , Jr  &! nbsp dougmcswane@potterminton.com, vam@potterminton.com; ZMC@potterminton.com

Hilary Preston    hpreston@velaw.com

Deborah J Race    drace@icklaw.com

Willem G Schuurman    bschuurman@velaw.com, ddcrider@velaw.com; areiley@velaw.com

Shanee Y Williams    shaneewilliams@paulhastings.com

**6:05-cv-424 Notice will be delivered by other means to:**

Lawrence Morrison
17 Battery Place
Suite 1330
New York, NY 10004

Stephanie Nimberg
17 Battery Place
Suite 1330
New York, NY 10004

12/7/2006