# EXHIBIT E
## TO ADVANCEME'S SUR-REPLY IN OPPOSITION
## TO DEFENDANTS' MOTION TO COMPEL

Dockets.Justia.com

# Vinson&Elkins

**Joseph D. Gray** jgray@velaw.com
Tel 512.542.8420 **Fax** 512.236.3224

December 6, 2006

*Via E-Mail*

Robert Matz
Paul, Hastings, Janofsky & Walker LLP
Five Palo Alto Square, Sixth Floor
Palo Alto, CA 94306-2155

Re:    AdvanceMe, Inc. v. Rapidpay LLC, et al. (No. 6:05-cv-00424) (E.D. Tex.);
       AdvanceMe, Inc. v. AmeriMerchant LLC (No. 6:06-cv-082) (E.D. Tex.)
       **30(b)(6) Deposition of AdvanceMe**

Dear Robert:

        We write in response to your letter of last night regarding the 30(b)(6) deposition of
AdvanceMe.

        While you state that you are "confirm[ing]" the 30(b)(6) deposition, this is the *first*
time Plaintiff has offered to make a witness available on the agreed topics without imposing
improper and unreasonable conditions.  In fact, prior to last night's letter, Plaintiff's latest
correspondence regarding the 30(b)(6) deposition reiterated its belief that "it makes no sense
to schedule a deposition" before the Court's ruling on Defendants' motion to compel. *See*
November 22, 2006 letter from Michael Edelman to Joseph Gray.

        Plaintiff has now seemingly reversed its position – giving two days' notice for the
deposition, after delaying the deposition for over two months, and after briefing on
Defendants' motion to compel has highlighted Plaintiff's improper discovery tactics.

        Not surprisingly, Defendants are unable to cancel other commitments, make
necessary arrangements, and conduct this 30(b)(6) deposition within 48 hours.  It appears as
though Plaintiff has made an illusory offer on the eve of a hearing on Defendants' motion to
compel.

        Because Defendants expect a hearing on their motion to compel shortly, and the
Court will presumably decide all issues related to the 30(b)(6) deposition of Plaintiff at that

**Vinson & Elkins LLP Attorneys at Law**
Austin Beijing Dallas Dubai Hong Kong Houston
London Moscow New York Shanghai Tokyo Washington

2801 Via Fortuna, Suite 100
Austin, TX 78746-7568
Tel 512.542.8400 Fax 512.542.8612 **www.velaw.com**

V&E

time, Defendants plan to proceed with a 30(b)(6) deposition of Plaintiff within <u>three days</u> of the Court's ruling.  Please prepare Plaintiff's witness(es) accordingly.

Regards,

Joseph D. Gray

102315:5459

774469v1

cc:    Michael Edelman
       Bill Schuurman
       Hilary Preston