# EXHIBIT G
## TO ADVANCEME'S SUR-REPLY IN OPPOSITION TO DEFENDANTS' MOTION TO COMPEL

December 7, 2006

Mr. Willem Schuurman    *Via facsimile*
Vinson & Elkins, LLP
The Terrace 7
2801 Via Fortuna, Suite 100
Austin, Texas 78746

Mr. Douglas McSwane    *Via facsimile*
Potter Firm
P. O. Box 359
Tyler, TX 75710

  Re: Civil Action No. 6:05-CV-424; *AdvanceMe, Inc. vs. RapidPay, LLC*
     Civil Action No. 6:06-CV-82; *AdvanceMe, Inc. vs. AmeriMerchant, LLC*

Dear Bill and Doug:

  I understand that your side unilaterally canceled the deposition of our 30(b)(6) witness at the last minute. Ron Lemieux had already traveled across country for that purpose. I don't understand this type of litigation conduct coming from anyone, particularly from two lawyers whom I count as friends and colleagues. This latest episode confirms that something is broken in our relationship and must be fixed. I know you have complaints as well. Let me know when and where you two will make yourselves available for Ron Lemieux and me to meet and cure these problems. I am embarrassed for all of us that they persist.

            Respectfully,

            Otis Carroll
            For the Firm

OC:nc
cc: Ron Lemieux
   Deborah Race (in-house)