AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

DEC - 8 2006

DAVID J. MALAND, CLERK
BY
DEPUTY

| EASTERN | DISTRICT OF | TEXAS |
|---|---|---|

ADVANCEME, INC.

V.

RAPIDPAY, LLC, ET AL.

**NOTICE**

CASE NUMBER: 6:05cr424

**TYPE OF CASE:**

☑ CIVIL      ☐ CRIMINAL

☑ **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| 211 W. Ferguson<br>Tyler, Texas 75702 | 207 |
| | **DATE AND TIME**<br>12/19/2006 1:30 pm |

**TYPE OF PROCEEDING**

HEARING ON MOTION TO COMPEL (DOCS. 143 AND 145)

☐ **TAKE NOTICE** that a proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| | | |

JOHN D. LOVE
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

12/8/2006                           Sharon R. Guthrie
DATE                                (BY) DEPUTY CLERK

TO:

Otis Carroll, Attorney for Plaintiff
Hilary Preston, Attorney for Defendants