AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF TEXAS

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS
DEC 12 2006
DAVID J. MALAND, CLERK
BY _____

ADVANCEME, INC.

V.

RAPIDPAY LLC, ET AL.

NOTICE

CASE NUMBER: 6:05cv424

TYPE OF CASE:

☑ CIVIL      ☐ CRIMINAL

☐ TAKE NOTICE that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
|  | DATE AND TIME |

TYPE OF PROCEEDING

HEARING ON DOCS. 143 AND 145

☑ TAKE NOTICE that a proceeding in this case has been continued as indicated below:

| PLACE<br>211 W. Ferguson<br>Tyler, Texas  75702 | DATE AND TIME PREVIOUSLY SCHEDULED<br><br>12/19/2006 10:00 am | CONTINUED TO DATE AND TIME<br><br>12/21/2006 1:30 pm |
|---|---|---|

JOHN D. LOVE
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

12/12/2006                          Sharon R. Guthrie
DATE                                (BY) DEPUTY CLERK

TO:

Otis Carroll, Attorney for Plaintiff
Hilary Preston, Attorney for Defendants