# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| **ADVANCEME, INC.** | § | |
| | § | |
| Plaintiff | § | |
| | § | **CIVIL ACTION NO. 6:05cv424** |
| vs. | § | |
| | § | |
| **RAPIDPAY, LLC, BUSINESS** | § | |
| **CAPITAL CORPORATION, FIRST** | § | |
| **FUNDS LLC, MERCHANT MONEY** | § | |
| **TREE, INC., REACH FINANCIAL,** | § | |
| **LLC and FAST TRANSACT, INC.** | § | |
| **d/b/a SIMPLE CASH** | § | |
| | § | |
| Defendants, | § | |

| | | |
|---|---|---|
| **ADVANCEME, INC.** | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| vs. | § | **CIVIL ACTION NO. 6:06cv082** |
| | § | |
| **AMERIMERCHANT, LLC,** | § | |
| | § | |
| Defendant | § | |

## ORDER

Before the Court is Plaintiff's Motion to Compel Further Responses to First Set of Interrogatories (Doc. Nos. 145 and 78) and Defendants' Motion to Compel (Doc. Nos. 143 and 75).

Pursuant to the agreement of the parties at a hearing held December 21, 2006 that such issues have been resolved, the Court DENIES Plaintiff's motion (Doc. Nos. 145 and 78) without prejudice to reurging at a later date.

As to the interrogatory discussed at the hearing on December 21, 2006, the Court GRANTS Defendants' Motion (Doc Nos. 143 and 75) and ORDERS Plaintiff to supplements its answer as per

the Court's instruction by January 12, 2007.

As to the motion to compel further documents, the Court GRANTS Defendant's motion and ORDERS Plaintiff to conduct a further review pursuant to the Court's instruction at the December 21, 2006 hearing and produce documents found, if any, by January 15, 2007.

Finally, the Court ORDERS Plaintiff to conduct a further review of board meeting minutes referenced in the deposition discussed at the December 21, 2006 hearing and produce those items as per the Court's instruction by January 15, 2007.

**So ORDERED and SIGNED this 21st day of December, 2006.**

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE