# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| **ADVANCEME, INC.,** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | |
| | § | |
| **RAPIDPAY LLC, BUSINESS CAPITAL** | § | **CASE NO. 6:05-CV-424 LED** |
| **CORPORATION, FIRST FUNDS, LLC,** | § | |
| **MERCHANT MONEY TREE, INC.,** | § | |
| **REACH FINANCIAL, LLC, and FAST** | § | |
| **TRANSACT, INC. d/b/a SIMPLE CASH,** | § | |
| | § | |
| *Defendants.* | § | |

## JOINT MOTION TO AMEND DOCKET CONTROL ORDER

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now, Plaintiff ADVANCEME, INC. (hereinafter "Plaintiff" or "AdvanceMe") and Defendants FIRST FUNDS, LLC, MERCHANT MONEY TREE, INC. and REACH FINANCIAL, LLC (hereinafter collectively referred to herein as "Defendants") herein make this their Motion to amend the Amended Docket Control Order entered by this Court on June 2, 2006.

| CURRENT DEADLINE | REQUESTED DEADLINE | ACTION |
|---|---|---|
| January 8, 2007 | January 29, 2007 | All Parties designate Expert Witnesses (non-construction issues); Expert witness reports due; Refer to local rules for required information |
| January 18, 2007 | February 8, 2007 | Parties May Designate Rebuttal Expert Witnesses (non-construction issues). Rebuttal Expert witness reports due. Refer to Local Rules for required information. |
| February 15, 2007 | March 5, 2007 | Discovery deadline. |

This extension is requested not for purposes of delay, but to allow Plaintiff's and Defendants' experts adequate time and opportunity to review the damages information, form

their opinions, and prepare their reports.  The parties intend to file a Joint Motion for Continuance and should the Court grant the Continuance, an agreed amended scheduling order will be filed for approval by the Court.  However, some of the deadlines will expire next week and the parties need an extension of time to provide expert reports and complete discovery.

Dated: January 4, 2007						Respectfully submitted,

By:  */s/ Douglas R. McSwane, Jr.*
Willem G. Schuurman
Texas State Bar No. 17855200
Joseph D. Gray
Texas State Bar No. 24045970
**VINSON & ELKINS L.L.P.**
2801 Via Fortuna, Suite 100
Austin, Texas 78746
Phone:  (512) 542-8400 –
Fax:  (512) 236-3476
E-mail:  bschuurman@velaw.com
        JGray@velaw.com

-and-

Douglas R. McSwane, Jr.
Texas State Bar No. 13861300
**POTTER MINTON, P.C.**
110 North College
500 Plaza Tower
Tyler, Texas 75702
Phone:  (903) 597-8311
Fax:  (903) 593-0846

**ATTORNEYS FOR DEFENDANTS
MERCHANT MONEY TREE, INC.
FIRST FUNDS, LLC
REACH FINANCIAL, LLC**

By:   /s/ Deborah Race
Otis W Carroll, Jr
Texas State Bar No. 03895700
Deborah Race
Texas State Bar No. 16448700
**IRELAND CARROLL & KELLEY, PC**
6101 S Broadway
Suite 500
Tyler, TX 75703
903-561-1600
E-Mail:  drace@icklaw.com

**Of Counsel:**
Ronald S. Lemieux
**PAUL HASTINGS JANOFSKY & WALKER LLP**
Five Palo Alto Square
Sixth Floor
Palo Alto, CA 94306-2155
650/320-1821
Fax: 650/320-1900
Email: ronaldlemieux@paulhastings.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by facsimile transmission and/or first class mail this 4th day of January, 2007.

/s/ Douglas R. McSwane, Jr.
Douglas R. McSwane, Jr.