# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| **ADVANCEME, INC.,** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | |
| | § | |
| **RAPIDPAY LLC, BUSINESS CAPITAL** | § | **CASE NO. 6:05-CV-424 LED** |
| **CORPORATION, FIRST FUNDS, LLC,** | § | |
| **MERCHANT MONEY TREE, INC.,** | § | |
| **REACH FINANCIAL, LLC, and FAST** | § | |
| **TRANSACT, INC. d/b/a SIMPLE CASH,** | § | |
| | § | |
| *Defendants.* | § | |

## ORDER GRANTING JOINT MOTION TO AMEND DOCKET CONTROL ORDER

Came on to be heard the parties' Joint Motion to Amend Docket Control Order in the above-referenced cause, and the Court, after review the subject Motion, and the entire record in this cause, it is hereby **ORDERED** that said Motion shall be in all things **GRANTED**; and it is

**FURTHER ORDERED** that the new deadlines outlined in the Joint Motion to Amend Docket Control Order submitted January 4, 2007 are **GRANTED**.  The new deadlines are as follows:

| | |
|---|---|
| January 29, 2007 | All Parties designate Expert Witnesses (non-construction issues); Expert witness reports due; Refer to local rules for required information |
| February 8, 2007 | Parties May Designate Rebuttal Expert Witnesses (non-construction issues). Rebuttal Expert witness reports due.  Refer to Local Rules for required information. |
| March 5, 2007 | Discovery deadline. |