## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | |
|---|---|
| **ADVANCEME, INC.,** § | |
| § | |
| *Plaintiff,* § | |
| § | |
| v. § | |
| § | |
| **RAPIDPAY LLC, BUSINESS CAPITAL** § | **CASE NO. 6:05-CV-424 LED** |
| **CORPORATION, FIRST FUNDS, LLC,** § | |
| **MERCHANT MONEY TREE, INC.,** § | |
| **REACH FINANCIAL, LLC, and FAST** § | |
| **TRANSACT, INC. d/b/a SIMPLE CASH,** § | |
| § | |
| *Defendants.* § | |

### ORDER GRANTING JOINT MOTION TO AMEND DOCKET CONTROL ORDER

Came on to be heard the parties' Joint Motion to Amend Docket Control Order in the above-referenced cause, and the Court, after review the subject Motion, and the entire record in this cause, it is hereby **ORDERED** that said Motion shall be in all things **GRANTED**; and it is

**FURTHER ORDERED** that the new deadlines outlined in the Joint Motion to Amend Docket Control Order submitted January 4, 2007 are **GRANTED**. The new deadlines are as follows:

| January 29, 2007 | All Parties designate Expert Witnesses (non-construction issues); Expert witness reports due; Refer to local rules for required information |
|---|---|
| February 8, 2007 | Parties May Designate Rebuttal Expert Witnesses (non-construction issues). Rebuttal Expert witness reports due. Refer to Local Rules for required information. |
| March 5, 2007 | Discovery deadline. |

**So ORDERED and SIGNED this 5th day of January, 2007.**

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE

{VAM\7560\0001\W0317517.1 }