IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| ADVANCEME, INC. | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| RAPIDPAY LLC, BUSINESS CAPITAL | § | CIVIL ACTION NO. 6:05-cv-424-LED-JDL |
| CORPORATION, FIRST FUNDS LLC, | § | |
| MERCHANT MONEY TREE, INC., | § | |
| REACH FINANCIAL, LLC and FAST | § | |
| TRANSACT, INC. d/b/a SIMPLE CASH | § | |
| | § | |
| Defendants. | § | |

**DEFENDANT FIRST FUNDS, LLC'S**
**NOTICE OF FOURTH AMENDED INITIAL DISCLOSURES**

Pursuant to United States District Court for the Eastern District of Texas Local Rule CV-

26(c), Defendant First Funds, LLC gives notice that it served its Fourth Amended Initial

Disclosures on all parties via E-mail and U.S. Mail on January 10, 2007, pursuant to Federal

Rule of Civil Procedure 26(a)(1).

                                        Respectfully submitted,


Dated: January 10, 2007                 BY: /s/ Joseph D. Gray
                                            Willem G. Schuurman
                                            Texas State Bar No. 17855200
                                            Joseph D. Gray
                                            Texas State Bar No. 24045970
                                            VINSON & ELKINS L.L.P.
                                            2801 Via Fortuna, Suite 100
                                            Austin, Texas 78746
                                            Phone:  (512) 542-8400 –
                                            Fax:  (512) 236-3476

                                            - and –

Hilary Preston
Admitted Pro Hac Vice
VINSON & ELKINS L.L.P.
666 Fifth Avenue
26th Floor
New York, New York 10103
Phone:  (212) 237-0000
Fax:  (212) 237-0100

   - and –

Douglas McSwane
Texas State Bar No. 13861300
POTTER MINTON, P.C.
110 North College
500 Plaza Tower
Tyler, Texas 75702
Phone:  (903) 597-8311
Fax:  (903) 593-0846

*ATTORNEYS FOR DEFENDANT FIRST FUNDS, LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this document was served on all counsel who are deemed to have consented to electronic service.  Local Rule CV-5(a)(3)(A).  All other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by First Class Mail on this the 10th day of January, 2007:

/s/  Joseph D. Gray
Joseph D. Gray

Austin 731369v.3