IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| ADVANCEME, INC. § § | |
| Plaintiff, § § | |
| v. § § | |
| RAPIDPAY LLC, BUSINESS CAPITAL § CORPORATION, FIRST FUNDS LLC, § MERCHANT MONEY TREE, INC., § REACH FINANCIAL, LLC and FAST § TRANSACT, INC. d/b/a SIMPLE CASH § § | CIVIL ACTION NO. 6:05-cv-424-LED-JDL |
| Defendants. § | |

## DEFENDANT MERCHANT MONEY TREE, INC.'S
## NOTICE OF FOURTH AMENDED INITIAL DISCLOSURES

Pursuant to United States District Court for the Eastern District of Texas Local Rule CV-26(c), Defendant Merchant Money Tree, Inc. gives notice that it served its Fourth Amended Initial Disclosures on all parties via E-mail and U.S. Mail on January 10, 2007, pursuant to Federal Rule of Civil Procedure 26(a)(1).

Respectfully submitted,

Dated: January 10, 2007

BY: /s/ Joseph D. Gray
Willem G. Schuurman
Texas State Bar No. 17855200
Joseph D. Gray
Texas State Bar No. 24045970
VINSON & ELKINS L.L.P.
2801 Via Fortuna, Suite 100
Austin, Texas 78746
Phone: (512) 542-8400 –
Fax: (512) 236-3476

- and –

Hilary Preston
Admitted Pro Hac Vice
VINSON & ELKINS L.L.P.
666 Fifth Avenue
26th Floor
New York, New York 10103
Phone:  (212) 237-0000
Fax:  (212) 237-0100

   - and –

Douglas McSwane
Texas State Bar No. 13861300
POTTER MINTON, P.C.
110 North College
500 Plaza Tower
Tyler, Texas 75702
Phone:  (903) 597-8311
Fax:  (903) 593-0846

*ATTORNEYS FOR DEFENDANT*
*MERCHANT MONEY TREE, INC.*

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this document was served on all counsel who are deemed to have consented to electronic service.  Local Rule CV-5(a)(3)(A).  All other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by First Class Mail on this the 10th day of January, 2007:

                                                    /s/  Joseph D. Gray
                                                    Joseph D. Gray