IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| ADVANCEME, INC. | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| RAPIDPAY LLC, BUSINESS CAPITAL | § | CIVIL ACTION NO. 6:05-cv-424-LED-JDL |
| CORPORATION, FIRST FUNDS LLC, | § | |
| MERCHANT MONEY TREE, INC., | § | |
| REACH FINANCIAL, LLC and FAST | § | |
| TRANSACT, INC. d/b/a SIMPLE CASH | § | |
| | § | |
| Defendants. | § | |

**NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL FOR DEFENDANTS FIRST FUNDS, LLC, MERCHANT MONEY TREE, INC., AND REACH FINANCIAL, LLC**

Defendants First Funds, LLC, Merchant Money Tree, Inc., and Reach Financial, LLC file this Notice of Appearance of Additional Counsel, and hereby notify the Court that R. Floyd Walker, of the law firm Vinson & Elkins LLP, 2801 Via Fortuna, Suite 100, Austin, Texas 78746, is appearing as additional counsel for First Funds, LLC, Merchant Money Tree, Inc., and Reach Financial, LLC in the above-referenced matter. All pleadings, discovery, correspondence and other material should be served upon counsel at the address referenced above.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted

　　　　　　　　　　　　　　　　　　　　/s/ R. Floyd Walker
　　　　　　　　　　　　　　　　　　　　R. Floyd Walker
　　　　　　　　　　　　　　　　　　　　Texas State Bar No. 24044751
　　　　　　　　　　　　　　　　　　　　VINSON & ELKINS, L.L.P.
　　　　　　　　　　　　　　　　　　　　The Terrace 7
　　　　　　　　　　　　　　　　　　　　2801 Via Fortuna, Suite 100
　　　　　　　　　　　　　　　　　　　　Austin, Texas 78746
　　　　　　　　　　　　　　　　　　　　Phone: (512) 542-8453
　　　　　　　　　　　　　　　　　　　　Fax: (512) 236-3232
　　　　　　　　　　　　　　　　　　　　E-mail: fwalker@velaw.com

Austin 784265v.1

## CERTIFICATE OF SERVICE

    I hereby certify that all counsel of record who have consented to electronic service are being served a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this the 18th day of January, 2007.  Any other counsel of record will be served by first class mail on this same date.

                                                                                                  /s/ R. Floyd Walker
                                                                                                  R. Floyd Walker