# EXHIBIT 1

## TO AFFIDAVIT OF ROBERT C. MATZ IN SUPPORT OF ADVANCEME, INC.'S EMERGENCY MOTION TO QUASH OR MODIFY THE SUBPOENAS OF CLIFF HARDWICK AND JOHN KONOP, OR, IN THE ALTERNATIVE, FOR A PROTECTIVE ORDER

# Matz, Robert

| | |
|---|---|
| **From:** | Reiley, Amy [areiley@velaw.com] |
| **Sent:** | Friday, January 12, 2007 4:10 PM |
| **To:** | Henderson, Christina; Deborah Race; Edelman, Michael N.; Otis Carroll; Matz, Robert; Lemieux, Ronald (Ron) S.; Jones-Shine, Rosemary; Williams, Shanee; Bhakar, Vid |
| **Cc:** | Gray, Joseph; Carter, Evelyn |
| **Subject:** | AdvanceMe v. AmeriMerchant; AdvanceMe v. Rapidpay |
| **Attachments:** | Hardwick (AmeriMerchant).PDF; Hardwick (Rapidpay).PDF; Konop (AmeriMerchant).PDF; Konop (RapidPay).PDF |

Dear Counsel:
I have attached subpoenas to Cliff Hardwick and John Konop which are being served.

**Amy Reiley**
Paralegal
**Vinson & Elkins LLP**
2801 Via Fortuna, Suite 100
Austin, TX 78746-7568
Tel 512.542.8864
Fax 512.236-3431
areiley@velaw.com

To the extent this communication contains any statement regarding federal taxes, that statement was not written or intended to be used, and it cannot be used, by any person (i) as a basis for avoiding federal tax penalties that may be imposed on that person, or (ii) to promote, market or recommend to another party any transaction or matter addressed herein.

......CONFIDENTIALITY NOTICE......

The information in this email may be confidential and/or privileged. This email is intended to be reviewed by only the individual or organization named above. If you are not the intended recipient or an authorized representative of the intended recipient, you are hereby notified that any review, dissemination or copying of this email and its attachments, if any, or the information contained herein is prohibited. If you have received this email in error, please immediately notify the sender by return email and delete this email from your system.

Thank You.

1/18/2007