# EXHIBIT 9

## TO AFFIDAVIT OF ROBERT C. MATZ IN SUPPORT OF ADVANCEME, INC.'S EMERGENCY MOTION TO QUASH OR MODIFY THE SUBPOENAS OF CLIFF HARDWICK AND JOHN KONOP, OR, IN THE ALTERNATIVE, FOR A PROTECTIVE ORDER

# IRELAND, CARROLL & KELLEY, P.C.

ATTORNEYS AT LAW

6101 SOUTH BROADWAY, SUITE 500
SOUTH BROADWAY AT GRANDE BLVD
TYLER, TEXAS 75703
(903) 561-1600

*Mailing Address:*
POST OFFICE BOX 7879
TYLER, TEXAS 75711
FAX (903) 581-1071

OTIS CARROLL
PATRICK KELLEY*
DEBORAH RACE**
COLLIN M. MALONEY
J. WESLEY HILL
MANDY CARROLL

DONALD CARROLL (1929-1992)
H. KELLY IRELAND (Retired)

*Board Certified - Business Bankruptcy Law
  Texas Board of Legal Specialization
**Board Certified - Civil Appellate Law
  Texas Board of Legal Specialization

January 18, 2007

Mr. Doug McSwane
POTTER MINTON
A Professional Corporation
110 N. College, Suite 500
Tyler, Texas 75702

*Via facsimile and email*

Re:  Civil Action No. 6:05-CV-424(Davis); *AdvanceMe, Inc. vs. Rapid Pay LLC, et al*
     and
     Civil Action No. 6:06-CV-82(Davis); *AdvanceMe, Inc. vs. AmeriMerchant LLC*

Dear Doug:

Further to our conversation of this afternoon, my folks simply cannot staff the third-party depositions your people noticed for this weekend in Atlanta. As I explained, the notices took our folks by surprise. They say they were unable to get anyone from V&E to talk with them about their concerns. Accordingly, we'll have to file some motion tomorrow to quash these things unless you can get V&E to pull them down, give us an opportunity to agree to a date, and move forward according to the Rules.

Please let me hear from you when you talk to Joey.

Best regards,

Otis Carroll
For the Firm

OC:sb
cc:  Ron Lemieux