IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| ADVANCEME, INC. | § | |
| | § | |
| v. | § | CASE NO. 6:05cv424 |
| | § | |
| RAPIDPAY LLC, et al. | § | |
| _____ | § | |
| | § | |
| ADVANCEME, INC. | § | |
| | § | |
| v. | § | CASE NO. 6:06cv82 |
| | § | |
| AMERIMERCHANT LLC. | § | |

### ORDER

Came on to be considered Plaintiff's Emergency Motions to Quash or Modify the Subpoenas (Docs. 194 and 113), and the Court, having been advised that these motions have been resolved, is of the opinion that the Motions are moot. It is therefore,

ORDERED that the Motions (Docs. 194 and 113) are denied as moot.

**So ORDERED and SIGNED this 19th day of January, 2007.**

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE