# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | | |
|---|---|---|
| ADVANCEME, INC., | § | CASE NO. 6:05-CV-424 (LED – JDL) |
| **Plaintiff,** | § | |
| | § | |
| v. | § | |
| | § | |
| RAPIDPAY LLC, FIRST FUNDS LLC, | § | |
| MERCHANT MONEY TREE, INC., | § | |
| REACH FINANCIAL, LLC, and FAST | § | |
| TRANSACT, INC. d/b/a SIMPLE CASH, | § | |
| **Defendants.** | § | |
| | § | |
| ADVANCEME, INC., | § | CASE NO. 6:06-CV-082 (LED – JDL) |
| **Plaintiff,** | § | |
| | § | |
| v. | § | **JURY TRIAL DEMANDED** |
| | § | |
| AMERIMERCHANT, LLC, | § | |
| **Defendant.** | § | |

---

**ORDER GRANTING PLAINTIFF ADVANCEME'S UNOPPOSED MOTION
FOR LEAVE TO FILE AN OPPOSITION TO DEFENDANTS'
MOTION FOR MODIFICATION OF MAGISTRATE JUDGE LOVE'S *MARKMAN*
MEMORANDUM OPINION AND ORDER IN EXCESS OF PAGE LIMIT**

---

CAME ON FOR CONSIDERATION Plaintiff's Unopposed Motion for Leave to File an

Opposition to Defendants' Motion for Modification of Magistrate Judge Love's *Markman*

Memorandum Opinion and Order In Excess of Page Limits. The Court is of the opinion that the

motion is well taken and should be granted.

///

ORDER GRANTING PLAINTIFF ADVANCEME'S
UNOPPOSED MOTION TO FILE AN OPPOSITION IN EXCESS OF
PAGE LIMIT                                    1

CASE NO. 6:05-CV-424
CASE NO. 6:06-CV-082

Dockets.Justia.com

IT IS, THEREFORE, ORDERED Plaintiff's Unopposed Motion For Leave To File Its Opposition To Defendants' Motion To Compel In Excess of Page Limits be **GRANTED**.

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who have consented to electronic service are being served a copy of this document via the court's CM/ECF system pursuant to Local Rule cv-5(a)(3) on this the 24th day of January, 2007.  Any other counsel of record will be served by first class mail on this same date.


                                        _____ /s/ Robert C. Matz _____
                                        Robert C. Matz


LEGAL_US_W # 55511643.1