# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| **ADVANCEME, INC.,** § | |
| § | |
| *Plaintiff,* § | |
| § | |
| v. § | |
| § | |
| **RAPIDPAY LLC, BUSINESS CAPITAL** § | **CASE NO. 6:05-CV-424 LED** |
| **CORPORATION, FIRST FUNDS, LLC,** § | |
| **MERCHANT MONEY TREE, INC.,** § | |
| **REACH FINANCIAL, LLC, and FAST** § | |
| **TRANSACT, INC. d/b/a SIMPLE CASH,** § | |
| § | |
| *Defendants.* § | |

## ORDER GRANTING JOINT MOTION FOR CONTINUANCE

On this date the Court considered the parties Joint Motion for Continuance. Having considered the motion and the grounds in support of same, the Court finds that the motion should be granted.

It is, therefore, Ordered that this action be continued from its March 26, 2007 trial setting and is hereby re-set for trial for July 10-12, 2007. The Court also approves the Amended Docket Control Order attached to Motion as Exhibit "A".