# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| **ADVANCEME, INC.** § | | |
| Plaintiff, § | | |
| § | **CIVIL ACTION NO. 6:06cv82** | |
| vs. § | | |
| § | | |
| **AMERIMERCHANT** § | | |

| | | |
|---|---|---|
| **ADVANCEME, INC.** § | | |
| Plaintiff, § | | |
| § | **CIVIL ACTION NO. 6:05cv424** | |
| vs. § | | |
| § | | |
| **RAPIDPAY, LLC, BUSINESS** § | | |
| **CAPITALCORPORATION, FIRST** § | | |
| **FUNDS LLC, MERCHANT MONEY** § | | |
| **TREE, INC., REACH FINANCIAL,** § | | |
| **LLC and FAST TRANSACT, INC. dba** § | | |
| **SIMPLE CASH** § | | |
| Defendants. § | | |

## ORDER

Defendants' Motion for Reconsideration of the Court's *Markman* Order (Docket No. 189 and Docket No. 110) is **DENIED**.

**So ORDERED and SIGNED this 25th day of January, 2007.**

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE