AdvanceMe Inc v. RapidPay LLC                                                                        Doc. 200

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| ADVANCEME, INC., <br><br> Plaintiff, <br><br> v. <br><br> RAPIDPAY LLC, FIRST FUNDS LLC, MERCHANT MONEY TREE, INC., REACH FINANCIAL, LLC, and FAST TRANSACT, INC. d/b/a SIMPLE CASH, <br><br> Defendants. | § § § § § § § § § § § § § § § § CASE NO. 6:05-CV-424 (LED – JDL) |
| ADVANCEME, INC., <br><br> Plaintiff, <br><br> v. <br><br> AMERIMERCHANT, LLC, <br><br> Defendant. | § § § § § § § § § § § CASE NO. 6:06-CV-082 (LED – JDL) <br><br> JURY TRIAL DEMANDED |

### ORDER GRANTING PLAINTIFF ADVANCEME'S UNOPPOSED MOTION FOR LEAVE TO FILE AN OPPOSITION TO DEFENDANTS' MOTION FOR MODIFICATION OF MAGISTRATE JUDGE LOVE'S *MARKMAN* MEMORANDUM OPINION AND ORDER IN EXCESS OF PAGE LIMIT

CAME ON FOR CONSIDERATION Plaintiff's Unopposed Motion for Leave to File an Opposition to Defendants' Motion for Modification of Magistrate Judge Love's *Markman* Memorandum Opinion and Order In Excess of Page Limits. The Court is of the opinion that the motion is well taken and should be granted.

///

Dockets.Justia.com

IT IS, THEREFORE, ORDERED Plaintiff's Unopposed Motion For Leave To File Its Opposition To Defendants' Motion To Compel In Excess of Page Limits be **GRANTED**.

**So ORDERED and SIGNED this 25th day of January, 2007.**

                                 _____
                                 JOHN D. LOVE
                                 UNITED STATES MAGISTRATE JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who have consented to electronic service are being served a copy of this document via the court's CM/ECF system pursuant to Local Rule cv-5(a)(3) on this the 24th day of January, 2007. Any other counsel of record will be served by first class mail on this same date.

                                             /s/ Robert C. Matz
                               Robert C. Matz

LEGAL_US_W # 55511643.1