# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| **ADVANCEME, INC.** § | | |
| Plaintiff, § | | |
| § | **CIVIL ACTION NO. 6:06cv82** | |
| vs. § | | |
| § | | |
| **AMERIMERCHANT** § | | |

| | | |
|---|---|---|
| **ADVANCEME, INC.** § | | |
| Plaintiff, § | | |
| § | **CIVIL ACTION NO. 6:05cv424** | |
| vs. § | | |
| § | | |
| **RAPIDPAY, LLC, BUSINESS** § | | |
| **CAPITALCORPORATION, FIRST** § | | |
| **FUNDS LLC, MERCHANT MONEY** § | | |
| **TREE, INC., REACH FINANCIAL,** § | | |
| **LLC and FAST TRANSACT, INC. dba** § | | |
| **SIMPLE CASH** § | | |
| Defendants. § | | |

## ORDER

The above entitled and numbered civil action has been referred to United States Magistrate Judge John D. Love pursuant to 28 U.S.C. § 636. The Memorandum Opinion and Order (Docket Nos. 182 and 105) containing the Magistrate Judge's claim construction ruling has been presented for consideration. Defendants have filed objections (Docket Nos. 189 and 110) to the Memorandum Opinion and Order; however the Court is of the opinion that the findings and conclusions of the

Magistrate Judge are correct. Therefore, the Court hereby overrules Defendants objections and adopts the Memorandum Opinion and Order of the United States Magistrate Judge as the Opinion and Order of this Court.

**So ORDERED and SIGNED this 29th day of January, 2007.**



_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**