# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| ADVANCEME, INC. § | |
| *Plaintiff*, § | |
| v. § | |
| § | |
| RAPIDPAY, LLC, BUSINESS CAPITAL § | |
| CORPORATION, FIRST FUNDS LLC, § | CAUSE NO. 6:05-CV-424 LED |
| MERCHANT MONEY TREE, INC., § | |
| REACH FINANCIAL, LLC and § | |
| FAST TRANSACT, INC. d/b/a § | |
| SIMPLE CASH § | |
| *Defendants*. § | |

## ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO EXCEED THE PAGE LIMIT IN REPLY BRIEF

The Court having considered Defendants First Funds LLC's, Merchant Money Tree, Inc.'s, and Reach Financial, LLC's (collectively "Defendants") Unopposed Motion for Leave to Exceed the Page Limit in Defendants' Reply Brief in Support of their Second Motion for Partial Summary Judgment of Patent Invalidity is of the opinion that Defendants' motion should be GRANTED.

Accordingly, IT IS ORDERED that Defendants may submit a Reply Brief of no more than 21 pages.

**So ORDERED and SIGNED this 10th day of May, 2007.**

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE

828510_1.DOC