# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| **ADVANCEME, INC.,** | **CASE NO. 6:05-CV-424 (LED – JDL)** |
| Plaintiff, | |
| v. | |
| **RAPIDPAY LLC, FIRST FUNDS LLC, MERCHANT MONEY TREE, INC., REACH FINANCIAL, LLC, and FAST TRANSACT, INC. d/b/a SIMPLE CASH,** | |
| Defendants. | |

### PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE A SUR-REPLY IN OPPOSITION TO DEFENDANTS' SECOND MOTION FOR PARTIAL SUMMARY JUDGMENT OF PATENT INVALIDITY IN EXCESS OF PAGE LIMIT

Plaintiff, AdvanceMe, Inc. ("AdvanceMe"), respectfully requests leave to file its Sur-Reply In Opposition To Defendants' Second Motion for Partial Summary Judgment of Patent Invalidity in excess of the cumulative twenty (20) page limit allowed by Local Rule CV-7(a)(1). AdvanceMe requests that this Court allow it to exceed the twenty-page limit by six (6) pages, excluding attachments. Plaintiff requests the additional pages because it has determined that the current length of the brief is necessary to best present its argument to the Court.

Counsel for AdvanceMe, Inc. has conferred with Joseph Gray, counsel for Defendants. Defendants have stated that they do not oppose this motion.

MOTION TO FILE IN EXCESS OF PAGE LIMIT RE
ADVANCEME'S SUR-REPLY IN OPPOSITION TO DEFENDANTS'
SECOND MOTION FOR PARTIAL SUMMARY JUDGMENT

CASE NO. 6:05-CV-424 (LED-JDL)

Dockets.Justia.com

A proposed Order is attached for the Court's convenience.

Dated: May 16, 2007                    Respectfully submitted,

By: _____/s/ Michael N. Edelman_____
**PAUL, HASTINGS, JANOFSKY & WALKER LLP**
Ronald S. Lemieux
(CA Bar No. 120822) (Admitted *Pro Hac Vice*)
Michael N. Edelman
(CA Bar No. 180948) (Admitted *Pro Hac Vice*)
Vidya R. Bhakar
(CA Bar No. 220210) (Admitted *Pro Hac Vice*)
Robert C. Matz
(CA Bar No. 217822) (Admitted *Pro Hac Vice*)
Shanée Y. Williams
(CA Bar No. 221310) (Admitted *Pro Hac Vice*)
Five Palo Alto Square, Sixth Floor
Palo Alto, CA 94306-2155
Telephone: (650) 320-1800
Telecopier: (650) 320-1900
Email: ronlemieux@paulhastings.com

IRELAND, CARROLL & KELLEY, P.C.
Otis W. Carroll, Attorney-in-Charge
State Bar No. 03895700
Deborah Race
State Bar No. 16448700
6101 South Broadway, Suite 500
Tyler, TX 75703
Telephone: 903-561-1600
Facsimile: 903-581-1071
Email: fedserv@icklaw.com

ATTORNEYS FOR PLAINTIFF ADVANCEME, INC.

MOTION TO FILE IN EXCESS OF PAGE LIMIT RE
ADVANCEME'S SUR-REPLY IN OPPOSITION TO DEFENDANTS'
SECOND MOTION FOR PARTIAL SUMMARY JUDGMENT
-2-
CASE NO. 6:05-CV-424 (LED-JDL)

## CERTIFICATE OF CONFERENCE

The undersigned counsel for AdvanceMe, Inc. has conferred with Joseph Gray, counsel for Defendants. Defendants have stated that they do not oppose this motion.

*/s/ Michael N. Edelman*
Michael N. Edelman

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who have consented to electronic service are being served a copy of this document via the court's CM/ECF system pursuant to Local Rule CV-5(a)(3) on this the 16th day of May, 2007. Any other counsel of record will be served by first-class mail on this same date.

*/s/ Michael N. Edelman*
Michael N. Edelman

LEGAL_US_W # 56263937.1

MOTION TO FILE IN EXCESS OF PAGE LIMIT RE
ADVANCEME'S SUR-REPLY IN OPPOSITION TO DEFENDANTS'
SECOND MOTION FOR PARTIAL SUMMARY JUDGMENT

CASE NO.6:05-CV-424