# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| **ADVANCEME, INC.,** | CASE NO. 6:05-CV-424 (LED – JDL) |
| Plaintiff, | |
| v. | |
| **RAPIDPAY LLC, FIRST FUNDS LLC, MERCHANT MONEY TREE, INC., REACH FINANCIAL, LLC, and FAST TRANSACT, INC. d/b/a SIMPLE CASH,** | |
| Defendants. | |

## ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE A SUR-REPLY IN OPPOSITION IN EXCESS OF PAGE LIMIT

CAME ON FOR CONSIDERATION Plaintiff's Unopposed Motion for Leave To File a Sur-Reply In Opposition to Defendants' Second Motion for Partial Summary Judgment of Patent Invalidity in Excess of Page Limit. The Court is of the opinion that the motion is well taken and should be granted.

IT IS, THEREFORE, ORDERED Plaintiff's Unopposed Motion for Leave To File a Sur-Reply In Opposition To Defendants' Second Motion for Partial Summary Judgment of Patent Invalidity in Excess of Page Limit be GRANTED.

ORDER GRANTING MOTION FOR LEAVE TO FILE A SUR-REPLY IN OPP. TO DEFENDANTS' SECOND MOTION FOR PARTIAL SUMMARY JUDGMENT IN EXCESS OF PAGE LIMIT

CASE NO.6:05-CV-424 (LED-JDL)

Dockets.Justia.com

**CERTIFICATE OF SERVICE**

      I hereby certify that all counsel of record who have consented to electronic service are being served a copy of this document via the court's CM/ECF system pursuant to Local Rule CV-5(a)(3) on this the 16th day of May, 2007. Any other counsel of record will be served by first-class mail on this same date.



                                                                                 Michael N. Edelman

LEGAL_US_W # 56263986.1

ORDER GRANTING MOTION FOR LEAVE TO FILE A SUR-
REPLY IN OPP. TO DEFENDANTS' SECOND MOTION FOR
PARTIAL SUMMARY JUDGMENT IN EXCESS OF PAGE LIMIT

CASE NO. 6:05-CV-424 (LED-JDL)