**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| **ADVANCEME, INC.** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | |
| | § | **CAUSE NO. 6:05-CV-424 (LED)-(JDL)** |
| **RAPIDPAY, LLC, BUSINESS CAPITAL** | § | |
| **CORPORATION, FIRST FUNDS LLC,** | § | |
| **MERCHANT MONEY TREE, INC.,** | § | |
| **REACH FINANCIAL, LLC and** | § | |
| **FAST TRANSACT, INC. d/b/a** | § | |
| **SIMPLE CASH,** | § | |
| | § | |
| *Defendants.* | § | |

---

**JOINT MOTION TO AMEND THIS COURT'S
JANUARY 26, 2007 AMENDED DOCKET CONTROL ORDER (D.E. 201)**

---

COMES NOW, Plaintiff ADVANCEME, INC. (hereinafter "Plaintiff" or "AdvanceMe"), and Defendants FIRST FUNDS, LLC, MERCHANT MONEY TREE, INC. and REACH FINANCIAL, LLC (hereinafter collectively referred to as "Defendants"), to bring this Joint Motion to amend the Court's January 26, 2007 Amended Docket Control Order (D.E. 201) as follows:

| CURRENT DEADLINE | REQUESTED DEADLINE | ACTION |
|---|---|---|
| May 25, 2007 | May 25, 2007 | **Notice of Request for Daily Transcript or Real Time Reporting of Court Proceedings.** If a daily transcript or real time reporting of court proceedings is requested for trial or hearings, the party or parties making said request shall file a notice with the Court and email the Court Reporter, Shea Sloan, at shea_sloan@txed.uscourts.gov. |

| May 25, 2007 | June 1, 2007 | **Joint Pretrial Order, Joint Proposed Jury Instructions with citation to authority, and Form of the Verdict for jury trials. Proposed Findings of Fact and Conclusions of Law with citation to authority for bench trials.** Response to Dispositive Motions (including *Daubert* motions). Responses to dispositive motions filed prior to the dispositive motion deadline, including *Daubert* Motions, shall be due in accordance with Local Rule CV-7(e). |
|---|---|---|
| June 4, 2007 | June 12, 2007 | **Pretrial Disclosures due.**<br>**Video and Stenographic Deposition Designations due.** Each party who proposes to offer deposition testimony shall file a disclosure identifying the line and page numbers to be offered. In video depositions, each party is responsible for preparation of the final edited video in accordance with their parties' designations and the Court's rulings on objections. |
| June 11, 2007 | June 19, 2007 | **Rebuttal Designations and Objections to Deposition Testimony due.** For rebuttal designations, cross-examination line and page numbers to be included. |
| June 18, 2007 | June 26, 2007 | **Objections to Rebuttal Deposition Testimony due.** |
| June 25, 2007 | June 28, 2007 | **Pretrial Objections Due.** |

The parties agree that additional time is needed for Plaintiff and Defendants to complete the appropriate disclosures and prepare the necessary filings. Accordingly, the foregoing extensions are not sought for purposes of delay or any other improper purpose.

Defendants agree that Plaintiff's consent to this Motion shall not affect Plaintiff's pending motion for sanctions or alternative relief in any way and shall not be used as a basis for seeking denial of that motion.

May 24, 2007                        Respectfully submitted,

                        By :    /s/ R. Floyd Walker
                                William G. Schuurman (TX State Bar No. 17855200)
                                bschuurman@velaw.com
                                Brian K. Buss (TX State Bar No. 00798089)
                                bbuss@velaw.com
                                Joseph D. Gray (TX State Bar No. 24045970)
                                jgray@velaw.com
                                R. Floyd Walker (TX State Bar No. 24044751)
                                fwalker@velaw.com
                                Graham E. Sutliff (TX State Bar No. 24046935)
                                gsutliff@velaw.com
                                VINSON & ELKINS L.L.P.
                                2801 Via Fortuna, Suite 100
                                Austin, Texas 78746
                                Telephone: 512.542.8400
                                Facsimile: 512.236.3476

                                Hilary L. Preston
                                hpreston@velaw.com
                                VINSON & ELKINS L.L.P.
                                666 Fifth Avenue – 26th Floor
                                New York, NY 10103
                                Telephone: 212.237.0000
                                Facsimile: 212.237.0100

                                Douglas R. McSwane, Jr. (TX State Bar No.
                                13861300)
                                J. Matt Rowan (TX State Bar No. 24033137)
                                POTTER MINTON
                                A Professional Corporation
                                110 N. College
                                500 Plaza Tower (75702)
                                P.O. Box 359
                                Tyler, Texas 75710
                                Telephone: 903.597.8311
                                Facsimile: 903.593.0846
                                E-mail: dougmcswane@potterminton.com

                                *Counsel for Defendants First Funds LLC, Merchant*
                                *Money Tree, Inc., and Reach Financial, LLC*

By: ___/s/ Deborah Race_____
PAUL, HASTINGS, JANOFSKY & WALKER LLP
Ronald S. Lemieux
(CA Bar No. 120822) (Admitted *Pro Hac Vice*)
Vidya R. Bhakar
(CA Bar No. 220210) (Admitted *Pro Hac Vice*)
Robert C. Matz
(CA Bar No. 217822) (Admitted *Pro Hac Vice*)
Shanée Y. Willaims
(CA Bar No. 221319) (Admitted *Pro Hac Vice*)

Five Palo Alto Square, Sixth Floor
Palo Alto, CA  94306-2155
Telephone: (650) 320-1800
Telecopier: (650) 320-1900
Email:  ronlemieux@paulhastings.com

IRELAND, CARROLL & KELLEY, P.C.
Otis W. Carroll, Attorney-in-Charge
State Bar No. 03895700
Deborah Race
State Bar No. 16448700
6101 South Broadway, Suite 500
Tyler, TX  75703
Telephone:  903-561-1600
Facsimile:  903-581-1071
Email:  fedserv@icklaw.com

*Attorneys for Plaintiff AdvanceMe, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who have consented to electronic service and are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this the 24th day of May, 2007.  Any other counsel of record will be served by first class mail on this same date.

/s/ R. Floyd Walker_____
R. Floyd Walker