IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| **ADVANCEME, INC.** § | |
| § | |
| *Plaintiff,* § | |
| § | |
| v. § | |
| § | CAUSE NO. 6:05-CV-424 (LED)-(JDL) |
| **RAPIDPAY, LLC, BUSINESS CAPITAL** § | |
| **CORPORATION, FIRST FUNDS LLC,** § | |
| **MERCHANT MONEY TREE, INC.,** § | |
| **REACH FINANCIAL, LLC and** § | |
| **FAST TRANSACT, INC. d/b/a** § | |
| **SIMPLE CASH,** § | |
| § | |
| *Defendants.* § | |

### ORDER GRANTING JOINT MOTION TO AMEND THIS COURT'S
### JANUARY 26, 2007 AMENDED DOCKET COTNROL ORDER (D.E. 201)

CAME ON FOR CONSIDERATION, Plaintiff ADVANCEME, INC. (hereinafter "Plaintiff" or "AdvanceMe") and Defendants FIRST FUNDS, LLC, MERCHANT MONEY TREE, INC., and REACH FINANCIAL, LLC's (hereinafter collectively referred to herein as "Defendants") Joint Motion to amend this Court's January 26, 2007 Amended Docket Control Order (D.E. 201). Defendants agree that Plaintiff's consent to this Motion shall not affect Plaintiff's pending motion for sanctions or alternative relief in any way and shall not be used as a basis for seeking denial of that motion. The Court finds that there is good cause for amending the Court's January 26, 2007 Amended Docket Control Order (D.E. 201) and hereby GRANTS the Plaintiff and Defendants' Joint Motion.

IT IS, THEREFORE, ORDERED that this Court's January 26, 2007 Amended Docket Control Order be amended as follows:

| CURRENT DEADLINE | REQUESTED DEADLINE | ACTION |
|---|---|---|
| May 25, 2007 | May 25, 2007 | **Notice of Request for Daily Transcript or Real Time Reporting of Court Proceedings.** If a daily transcript or real time reporting of court proceedings is requested for trial or hearings, the party or parties making said request shall file a notice with the Court and email the Court Reporter, Shea Sloan, at shea_sloan@txed.uscourts.gov. |
| May 25, 2007 | June 1, 2007 | **Joint Pretrial Order, Joint Proposed Jury Instructions with citation to authority, and Form of the Verdict for jury trials. Proposed Findings of Fact and Conclusions of Law with citation to authority for bench trials.** Response to Dispositive Motions (including *Daubert* motions). Responses to dispositive motions filed prior to the dispositive motion deadline, including *Daubert* Motions, shall be due in accordance with Local Rule CV-7(e). |
| June 4, 2007 | June 12, 2007 | **Pretrial Disclosures due.** <br> **Video and Stenographic Deposition Designations due.** Each party who proposes to offer deposition testimony shall file a disclosure identifying the line and page numbers to be offered. In video depositions, each party is responsible for preparation of the final edited video in accordance with their parties' designations and the Court's rulings on objections. |
| June 11, 2007 | June 19, 2007 | **Rebuttal Designations and Objections to Deposition Testimony due.** For rebuttal designations, cross-examination line and page numbers to be included. |
| June 18, 2007 | June 26, 2007 | **Objections to Rebuttal Deposition Testimony due.** |
| June 25, 2007 | June 28, 2007 | **Pretrial Objections Due.** |

**So ORDERED and SIGNED this 25th day of May, 2007.**

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE