# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF TEXAS

# TYLER DIVISION

| | |
|---|---|
| **ADVANCEME, INC.,** | CASE NO. 6:05-CV-424 (LED – JDL) |
| Plaintiff, | |
| v. | JURY TRIAL DEMANDED |
| **RAPIDPAY LLC, FIRST FUNDS LLC, MERCHANT MONEY TREE, INC., REACH FINANCIAL, LLC, and FAST TRANSACT, INC. d/b/a SIMPLE CASH,** | |
| Defendants. | |

## PLAINTIFF ADVANCEME, INC.'S NOTICE OF REQUEST FOR DAILY TRANSCRIPT AND REAL TIME REPORTING OF TRIAL PROCEEDINGS

COMES NOW Plaintiff AdvanceMe, Inc. and files this its Notice of Request for Daily Transcript and Real Time Reporting of Trial Proceedings, as follows:

**I.**

Pursuant to the Court's Docket Control Order entered on January 26, 2007, AdvanceMe, Inc. hereby provides notice to the Court of its request for a daily transcript and real time reporting during the trial proceedings of this matter. This notice is timely under the Docket Control Order.

PLAINTIFF'S NOTICE OF REQUEST FOR DAILY TRANSCRIPT AND REAL TIME REPORTING OF TRIAL PROCEEDINGS    -2-    CASE NO. 6:05-CV-424 (LED-JDL)

Dockets.Justia.com

**II.**

A copy of this Notice is being provided via e-mail to the Court Reporter, Shea Sloan, at shea_sloan@txed.uscourts.gov.

Dated:  May 25, 2007                     Respectfully submitted,


By:    /s/   *Vidya R. Bhakar*
PAUL, HASTINGS, JANOFSKY & WALKER LLP
Ronald S. Lemieux  (ronlemieux@paulhastings.com)
(CA Bar No. 120822) (Admitted Pro Hac Vice)
Michael N. Edelman (medelman@paulhastings.com)
(CA Bar No. 180948) (Admitted Pro Hac Vice)
Vidya R. Bhakar (vidbhakar@paulhastings.com)
(CA Bar No. 220210) (Admitted Pro Hac Vice)
Five Palo Alto Square, Sixth Floor
Palo Alto, CA  94306-2155
Telephone: (650) 320-1800
Facsimile: (650) 320-1900


IRELAND, CARROLL & KELLEY, P.C.
Otis W. Carroll, Attorney-in-Charge
State Bar No. 03895700
Deborah Race
State Bar No. 16448700
6101 South Broadway, Suite 500
Tyler, TX  75703
Telephone:  903-561-1600
Facsimile:  903-581-1071
Email:  fedserv@icklaw.com

ATTORNEYS FOR PLAINTIFF ADVANCEME, INC.

## CERTIFICATE OF SERVICE

    I hereby certify that all counsel of record who have consented to electronic service are being served a copy of this document via the court's CM/ECF system pursuant to Local Rule CV-5(a)(3) on this the 25th day of May, 2007.

                                        /s/
                                      Vidya R. Bhakar