# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| **ADVANCEME, INC.** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | |
| | § | **CAUSE NO. 6:05-CV-424 (LED)-(JDL)** |
| **RAPIDPAY, LLC, BUSINESS CAPITAL** | § | |
| **CORPORATION, FIRST FUNDS LLC,** | § | |
| **MERCHANT MONEY TREE, INC.,** | § | |
| **REACH FINANCIAL, LLC and** | § | |
| **FAST TRANSACT, INC. d/b/a** | § | |
| **SIMPLE CASH,** | § | |
| | § | |
| *Defendants.* | § | |

## DEFENDANTS' NOTICE OF REQUEST FOR DAILY TRANSCRIPT

Pursuant to this Court's Scheduling Order, Defendants First Funds, LLC, Merchant Money Tree, Inc., and Reach Financial, LLC hereby provide notice to the Court and all parties of record that they request daily transcripts of all trial proceedings.

Austin 834149v.1

May 25, 2007                                  Respectfully submitted,

                                    By:    /s/ Joseph D. Gray
                                             William G. Schuurman (TX State Bar No. 17855200)
                                             bschuurman@velaw.com
                                             Brian K. Buss (TX State Bar No. 00798089)
                                             bbuss@velaw.com
                                             Joseph D. Gray (TX State Bar No. 24045970)
                                             jgray@velaw.com
                                             R. Floyd Walker (TX State Bar No. 24044751)
                                             fwalker@velaw.com
                                             Graham E. Sutliff (TX State Bar No. 24046935)
                                             gsutliff@velaw.com
                                             VINSON & ELKINS L.L.P.
                                             2801 Via Fortuna, Suite 100
                                             Austin, Texas 78746
                                             Telephone: 512.542.8400
                                             Facsimile: 512.236.3476

                                             Hilary L. Preston
                                             hpreston@velaw.com
                                             VINSON & ELKINS L.L.P.
                                             666 Fifth Avenue – 26th Floor
                                             New York, NY 10103
                                             Telephone: 212.237.0000
                                             Facsimile: 212.237.0100

                                             Douglas R. McSwane, Jr. (TX State Bar No. 13861300)
                                             J. Matt Rowan (TX State Bar No. 24033137)
                                             POTTER MINTON
                                             A Professional Corporation
                                             110 N. College
                                             500 Plaza Tower (75702)
                                             P.O. Box 359
                                             Tyler, Texas 75710
                                             Telephone: 903.597.8311
                                             Facsimile: 903.593.0846
                                             E-mail: dougmcswane@potterminton.com

                                             *Counsel for Defendants First Funds LLC, Merchant Money Tree, Inc., and Reach Financial, LLC*

Austin 834149v.1

**CERTIFICATE OF SERVICE**

      I hereby certify that all counsel of record who have consented to electronic service and are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this the 25th day of May, 2007. Any other counsel of record will be served by first class mail on this same date.

                                      /s/ Joseph D. Gray
                                          Joseph D. Gray