IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| ADVANCEME, INC. | § | |
|     Plaintiff, | § | |
| | § | CIVIL ACTION NO. 6:05cv424 |
| vs. | § | |
| | § | |
| RAPIDPAY, LLC, BUSINESS | § | |
| CAPITALCORPORATION, FIRST | § | |
| FUNDS LLC, MERCHANT MONEY | § | |
| TREE, INC., REACH FINANCIAL, | § | |
| LLC and FAST TRANSACT, INC. dba | § | |
| SIMPLE CASH | § | |
|     Defendants. | § | |

## ORDER

Before the Court are Defendants' summary judgment motions (Docket Nos. 215 and 232). Having considered the parties' written submissions and having heard argument of counsel on May 22, 2007, the Court has determined it appropriate to carry these motions until trial on July 16, 2007.

**So ORDERED and SIGNED this 25th day of May, 2007.**

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE