IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| ADVANCEME, INC. § | |
| § | |
| *Plaintiff,* § | |
| § | |
| v. § | |
| § | CAUSE NO. 6:05-CV-424 (LED)-(JDL) |
| RAPIDPAY, LLC, BUSINESS CAPITAL § | |
| CORPORATION, FIRST FUNDS LLC, § | |
| MERCHANT MONEY TREE, INC., § | |
| REACH FINANCIAL, LLC and § | |
| FAST TRANSACT, INC. d/b/a § | |
| SIMPLE CASH, § | |
| § | |
| *Defendants.* § | |

## UNOPPOSED MOTION TO AMEND DOCKET CONTROL ORDER

COME NOW, Defendants FIRST FUNDS, LLC, MERCHANT MONEY TREE, INC. and REACH FINANCIAL, LLC (hereinafter collectively referred to as "Defendants"), to bring this Unopposed Motion to amend the Court's January 26, 2007 Amended Docket Control Order (D.E. 201), previously amended by the Court's May 25, 2007 Order (D.E. 267), as follows:

| CURRENT DEADLINE | REQUESTED DEADLINE | ACTION |
|---|---|---|
| June 1, 2007 | June 8, 2007 | **Joint Pretrial Order, Joint Proposed Jury Instructions with citation to authority, and Form of the Verdict for jury trials. Proposed Findings of Fact and Conclusions of Law with citation to authority for bench trials.** Response to Dispositive Motions (including *Daubert* motions). Responses to dispositive motions filed prior to the dispositive motion deadline, including *Daubert* Motions, shall be due in accordance with Local Rule CV-7(e). |

The parties agree that additional time is needed for Plaintiff and Defendants to complete the appropriate disclosures and prepare the necessary filings. Accordingly, the foregoing extensions are not sought for purposes of delay or any other improper purpose.

1

Dockets.Justia.com

May 31, 2007                                         Respectfully submitted,

                                                      By :    /s/ Joseph D. Gray
                                                      William G. Schuurman (TX State Bar No. 17855200)
                                                      bschuurman@velaw.com
                                                      Brian K. Buss (TX State Bar No. 00798089)
                                                      bbuss@velaw.com
                                                      Joseph D. Gray (TX State Bar No. 24045970)
                                                      jgray@velaw.com
                                                      R. Floyd Walker (TX State Bar No. 24044751)
                                                      fwalker@velaw.com
                                                      Graham E. Sutliff (TX State Bar No. 24046935)
                                                      gsutliff@velaw.com
                                                      VINSON & ELKINS L.L.P.
                                                      2801 Via Fortuna, Suite 100
                                                      Austin, Texas 78746
                                                      Telephone: 512.542.8400
                                                      Facsimile: 512.236.3476

                                                      Hilary L. Preston
                                                      hpreston@velaw.com
                                                      VINSON & ELKINS L.L.P.
                                                      666 Fifth Avenue – 26th Floor
                                                      New York, NY 10103
                                                      Telephone: 212.237.0000
                                                      Facsimile: 212.237.0100

                                                      Douglas R. McSwane, Jr. (TX State Bar No.
                                                      13861300)
                                                      J. Matt Rowan (TX State Bar No. 24033137)
                                                      POTTER MINTON
                                                      A Professional Corporation
                                                      110 N. College
                                                      500 Plaza Tower (75702)
                                                      P.O. Box 359
                                                      Tyler, Texas 75710
                                                      Telephone: 903.597.8311
                                                      Facsimile: 903.593.0846
                                                      E-mail: dougmcswane@potterminton.com

                                                      *Counsel for Defendants First Funds LLC, Merchant*
                                                      *Money Tree, Inc., and Reach Financial, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record who have consented to electronic service and are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this the 31st day of May, 2007.  Any other counsel of record will be served by first class mail on this same date.

/s/ Joseph D. Gray
Joseph D. Gray

**CERTIFICATE OF CONFERENCE**

Joseph Gray, counsel for Defendants, conferred with Michael Edelman, counsel for Plaintiff, regarding the substance of this motion on May 31, 2007, and Plaintiff DOES NOT OPPOSE the relief sought herein.

*/s/* Joseph D. Gray
Joseph D. Gray