# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | | |
|---|---|---|
| **ADVANCEME, INC.** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | |
| | § | **CAUSE NO. 6:05-CV-424 LED JDL** |
| **RAPIDPAY, LLC, BUSINESS CAPITAL** | § | |
| **CORPORATION, FIRST FUNDS LLC,** | § | |
| **MERCHANT MONEY TREE, INC.,** | § | |
| **REACH FINANCIAL, LLC and** | § | |
| **FAST TRANSACT, INC. d/b/a** | § | |
| **SIMPLE CASH** | § | |
| | § | |
| *Defendants.* | § | |

| | | |
|---|---|---|
| **ADVANCEME, INC.** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | **CAUSE NO. 6:06-CV-082 LED JDL** |
| | § | |
| **AMERIMERCHANT, LLC,** | § | |
| | § | |
| *Defendant*. | § | |
| | § | |

## DEFENDANTS' <u>UNOPPOSED</u> MOTION FOR EXTENSION OF TIME
## TO FILE OPPOSITION TO PLAINTIFF'S
## MOTION FOR <u>SANCTIONS AND OTHER RELIEF</u>

Defendants First Funds LLC, Merchant Money Tree, Inc., Reach Financial, LLC , and AmeriMerchant, LLC (collectively "Defendants") respectfully request that the Court grant an Extension of Time to File their Opposition to Plaintiff's Motion for Sanctions or Alternative Relief.

Plaintiff and Defendants met and conferred by telephone conference regarding this motion on May 31, 2007, and agreed that this motion will be unopposed.

Austin 836710v.1

      This request for an extension is not sought for purposes of delay, but that justice might be done. Accordingly, Defendants requests that the Court extend the date on which Defendants' Opposition will be due to June 6, 2007.

June 4, 2007                                        Respectfully submitted,

                        By :   /s/ R. Floyd Walker
                              William G. Schuurman (TX State Bar No. 17855200)
                              bschuurman@velaw.com
                              Brian K. Buss (TX State Bar No. 00798089)
                              bbuss@velaw.com
                              Joseph D. Gray (TX State Bar No. 24045970)
                              jgray@velaw.com
                              R. Floyd Walker (TX State Bar No. 24044751)
                              fwalker@velaw.com
                              Graham E. Sutliff (TX State Bar No. 24046935)
                              gsutliff@velaw.com
                              VINSON & ELKINS L.L.P.
                              2801 Via Fortuna, Suite 100
                              Austin, Texas 78746
                              Telephone: 512.542.8400
                              Facsimile: 512.236.3476

                              Hilary L. Preston
                              hpreston@velaw.com
                              VINSON & ELKINS L.L.P.
                              666 Fifth Avenue – 26th Floor
                              New York, NY 10103
                              Telephone: 212.237.0000
                              Facsimile: 212.237.0100

                              Douglas R. McSwane, Jr. (TX State Bar No. 13861300)
                              J. Matt Rowan (TX State Bar No. 24033137)
                              POTTER MINTON
                              A Professional Corporation
                              110 N. College
                              500 Plaza Tower
                              Tyler, Texas 75702
                              Telephone: 903.597.8311
                              Facsimile: 903.593.0846
                              E-mail: dougmcswane@potterminton.com

                              *Counsel for Defendants First Funds LLC, Merchant Money Tree, Inc., and Reach Financial, LLC*

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that all counsel of record who have consented to electronic service are being served a copy of this document via the court's CM/ECF system per Local Rule CV-5(a)(3) on this the 4th day of June, 2007. Any other counsel of record will be served by first class mail on this same date.

                                                  /s/ R. Floyd Walker
                                                  R. Floyd Walker