# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| ADVANCEME, INC. | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | |
| | § | CAUSE NO. 6:05-CV-424 LED JDL |
| RAPIDPAY, LLC, BUSINESS CAPITAL | § | |
| CORPORATION, FIRST FUNDS LLC, | § | |
| MERCHANT MONEY TREE, INC., | § | |
| REACH FINANCIAL, LLC and | § | |
| FAST TRANSACT, INC. d/b/a | § | |
| SIMPLE CASH | § | |
| | § | |
| *Defendants*. | § | |
| ADVANCEME, INC. | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CAUSE NO. 6:06-CV-082 LED JDL |
| | § | |
| AMERIMERCHANT, LLC, | § | |
| | § | |
| *Defendant*. | § | |
| | § | |

### ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION
### FOR EXTENSION OF TIME TO FILE OPPOSITION TO
### PLAINTIFF'S MOTION FOR SANCTIONS AND ALTERNATIVE RELIEF

The Court having considered Defendants First Funds LLC's, Merchant Money Tree, Inc.'s, and Reach Financial, LLC's (collectively "Defendants") Motion for Extension of Time to File Opposition to Plaintiff's Motion for Sanctions and Alternative Relief is of the opinion that Defendants' motion should be GRANTED.

Accordingly, IT IS ORDERED that Defendants shall file their Opposition to Plaintiff's Motion for Sanctions and Alternative Relief on or before June 6, 2007.

Austin 836710v.1