IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| ADVANCEME, INC. | § | |
|       *Plaintiff*, | § | |
| v. | § | |
| | § | |
| RAPIDPAY, LLC, BUSINESS CAPITAL | § | |
| CORPORATION, FIRST FUNDS LLC, | § | CAUSE NO. 6:05-CV-424 LED |
| MERCHANT MONEY TREE, INC., | § | |
| REACH FINANCIAL, LLC and | § | |
| FAST TRANSACT, INC. d/b/a | § | |
| SIMPLE CASH | § | |
|       *Defendants*. | § | |

**DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMIT IN DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR SANCTIONS OR ALTERNATIVE RELIEF**

Defendants First Funds LLC, Merchant Money Tree, Inc., and Reach Financial, LLC (collectively "Defendants") respectfully request that the Court grant leave to exceed the page limit for their Opposition to Plaintiff's Motion for Sanctions or Alternative Relief (Doc. No. 262). Specifically, in order to properly respond to the issues raised by Plaintiff in its Brief, Defendants request leave of Court to file an Opposition Brief of no more than 30 pages. Plaintiff does not oppose this motion.

June 6, 2007                                Respectfully submitted,

                                              By:  /s/ R. Floyd Walker
William G. Schuurman
Texas State Bar No. 17855200
bschuurman@velaw.com
Brian K. Buss
Texas State Bar No. 00798089
bbuss@velaw.com
Joseph D. Gray
Texas State Bar No. 24045970
jgray@velaw.com
R. Floyd Walker
Texas State Bar No. 24044751
fwalker@velaw.com
Graham E. Sutliff
Texas State Bar No. 24046935
gsutliff@velaw.com
**VINSON & ELKINS L.L.P.**
2801 Via Fortuna, Suite 100
Austin, Texas 78746
Telephone: 512.542.8400
Facsimile: 512.236.3476

Hilary L. Preston
hpreston@velaw.com
**VINSON & ELKINS L.L.P.**
666 Fifth Avenue – 26th Floor
New York, New York 10103
Telephone: 212.237.0000
Facsimile: 212.237.0100

Douglas R. McSwane, Jr.
State Bar No. 13861300
J. Matt Rowan
State Bar No. 24033137
**POTTER MINTON**
A Professional Corporation
110 N. College, 500 Plaza Tower
Tyler, Texas 75702
Telephone: 903.597.8311
Facsimile: 903.593.0846

*Counsel for Defendants First Funds LLC, Merchant Money Tree, Inc., and Reach Financial, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that all counsel of record who have consented to electronic service are being served a copy of this document via the court's CM/ECF system per Local Rule CV-5(a)(3) on this the 6th day of June, 2007. Any other counsel of record will be served by first class mail on this same date.

                                            /s/ R. Floyd Walker
                                              R. Floyd Walker

## CERTIFICATE OF CONFERENCE

Counsel for Defendants and counsel for Plaintiff met and conferred on June 5, 2007, and Plaintiff does not oppose this motion.

                                            /s/ R. Floyd Walker
                                              R. Floyd Walker