# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | | |
|---|---|---|
| **ADVANCEME, INC.,** § § § | § | **CASE NO. 6:05-CV-424 LED - JDL** |
| Plaintiff, | § § | |
| v. | § § | |
| **RAPIDPAY LLC, FIRST FUNDS LLC, MERCHANT MONEY TREE, INC., REACH FINANCIAL LLC, and FAST TRANSACT, INC. d/b/a SIMPLE CASH,** | § § § § § | |
| Defendants. | § § | |

## [PROPOSED] ORDER GRANTING ADVANCEME, INC.'S OPPOSITION TO DEFENDANTS' MOTION FOR LEAVE TO SUPPLEMENT DISCOVERY BASED ON NEWLY DISCOVERED EVIDENCE

CAME ON FOR CONSIDERATION Defendants' Motion For Leave To Supplement Discovery Based On Newly Discovered Evidence.

After considering the briefing and evidence submitted by the parties, the pleadings in this case, and the arguments of counsel.

IT IS THEREFORE ORDERED THAT:

DEFENDANTS' MOTION IS DENIED.