## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | |
|---|---|
| **ADVANCEME, INC.** § | |
| § | |
| *Plaintiff,* § | |
| § | |
| v. § | |
| § | **CAUSE NO. 6:05-CV-424 (LED)-(JDL)** |
| **RAPIDPAY, LLC, BUSINESS CAPITAL** § | |
| **CORPORATION, FIRST FUNDS LLC,** § | |
| **MERCHANT MONEY TREE, INC.,** § | |
| **REACH FINANCIAL, LLC and** § | |
| **FAST TRANSACT, INC. d/b/a** § | |
| **SIMPLE CASH,** § | |
| § | |
| *Defendants.* § | |

## UNOPPOSED MOTION TO AMEND DOCKET CONTROL ORDER

COME NOW, Defendants FIRST FUNDS, LLC, MERCHANT MONEY TREE, INC. and REACH FINANCIAL, LLC (hereinafter collectively referred to as "Defendants"), to bring this Unopposed Motion to amend the Court's January 26, 2007 Amended Docket Control Order (D.E. 201), previously amended by the Court's May 25, 2007 Order (D.E. 267) and June 1, 2007 Order (D.E. 272), as follows:

| CURRENT DEADLINE | REQUESTED DEADLINE | ACTION |
|---|---|---|
| June 8, 2007 | June 12, 2007 | **Joint Pretrial Order, Joint Proposed Jury Instructions with citation to authority, and Form of the Verdict for jury trials. Proposed Findings of Fact and Conclusions of Law with citation to authority for bench trials.** Response to Dispositive Motions (including *Daubert* motions). Responses to dispositive motions filed prior to the dispositive motion deadline, including *Daubert* Motions, shall be due in accordance with Local Rule CV-7(e). |

1

Dockets.Justia.com

The parties agree that additional time is needed for Plaintiff and Defendants to complete the appropriate disclosures and prepare the necessary filings. Accordingly, the foregoing extensions are not sought for purposes of delay or any other improper purpose.

June 7, 2007                                    Respectfully submitted,

                                    By :   /s/ Joseph D. Gray
                                           William G. Schuurman (TX State Bar No. 17855200)
                                           bschuurman@velaw.com
                                           Brian K. Buss (TX State Bar No. 00798089)
                                           bbuss@velaw.com
                                           Joseph D. Gray (TX State Bar No. 24045970)
                                           jgray@velaw.com
                                           R. Floyd Walker (TX State Bar No. 24044751)
                                           fwalker@velaw.com
                                           Graham E. Sutliff (TX State Bar No. 24046935)
                                           gsutliff@velaw.com
                                           VINSON & ELKINS L.L.P.
                                           2801 Via Fortuna, Suite 100
                                           Austin, Texas 78746
                                           Telephone: 512.542.8400
                                           Facsimile: 512.236.3476

                                           Hilary L. Preston
                                           hpreston@velaw.com
                                           VINSON & ELKINS L.L.P.
                                           666 Fifth Avenue – 26th Floor
                                           New York, NY 10103
                                           Telephone: 212.237.0000
                                           Facsimile: 212.237.0100

                                           Douglas R. McSwane, Jr. (TX State Bar No. 13861300)
                                           J. Matt Rowan (TX State Bar No. 24033137)
                                           POTTER MINTON
                                           A Professional Corporation
                                           110 N. College
                                           500 Plaza Tower
                                           Tyler, Texas 75702
                                           Telephone: 903.597.8311
                                           Facsimile: 903.593.0846
                                           E-mail: dougmcswane@potterminton.com

                                           *Counsel for Defendants First Funds LLC, Merchant Money Tree, Inc., and Reach Financial, LLC*

**CERTIFICATE OF SERVICE**

    I hereby certify that all counsel of record who have consented to electronic service and are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this the 7th day of Jun, 2007. Any other counsel of record will be served by first class mail on this same date.

                                                /s/ Joseph D. Gray
                                                   Joseph D. Gray

**CERTIFICATE OF CONFERENCE**

    Joseph Gray, counsel for Defendants, conferred with Michael Edelman, counsel for Plaintiff, regarding the substance of this motion on June 7, 2007, and Plaintiff DOES NOT OPPOSE the relief sought herein.

                                                /s/ Joseph D. Gray
                                                   Joseph D. Gray