# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| **ADVANCEME, INC.** § | |
| *Plaintiff,* § | |
| § | |
| v. § | |
| § | **CAUSE NO. 6:05-CV-424 (LED)-(JDL)** |
| **RAPIDPAY, LLC, BUSINESS CAPITAL** § | |
| **CORPORATION, FIRST FUNDS LLC,** § | |
| **MERCHANT MONEY TREE, INC.,** § | |
| **REACH FINANCIAL, LLC and** § | |
| **FAST TRANSACT, INC. d/b/a** § | |
| **SIMPLE CASH,** § | |
| *Defendants.* | |

## ORDER GRANTING UNOPPOSED MOTION
## TO AMEND DOCKET CONTROL ORDER

CAME ON FOR CONSIDERATION, Defendants FIRST FUNDS, LLC, MERCHANT MONEY TREE, INC., and REACH FINANCIAL, LLC's (hereinafter collectively referred to herein as "Defendants") Unopposed Motion to amend this Court's January 26, 2007 Amended Docket Control Order (D.E. 201), previously amended by the Court's May 25, 2007 Order (D.E. 267) and June 1, 2007 Order (D.E. 272). The Court finds that there is good cause for amending the Docket Control Order and hereby GRANTS Defendants' Unopposed Motion.

IT IS, THEREFORE, ORDERED that Docket Control Order be amended as follows:

| CURRENT DEADLINE | REQUESTED DEADLINE | ACTION |
|---|---|---|
| June 8, 2007 | June 12, 2007 | **Joint Pretrial Order, Joint Proposed Jury Instructions with citation to authority, and Form of the Verdict for jury trials. Proposed Findings of Fact and Conclusions of Law with citation to authority for bench trials.** Response to Dispositive Motions (including *Daubert* motions). Responses to dispositive motions filed prior to the dispositive motion deadline, including *Daubert* Motions, shall be due in accordance with Local Rule CV-7(e). |

**So ORDERED and SIGNED this 8th day of June, 2007.**

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE