AdvanceMe Inc v. RapidPay LLC                                                                                                                    Doc. 282
Case 6:05-cv-00424-LED     Document 282     Filed 06/08/2007     Page 1 of 1

AO 456 (Rev. 5/85)  Notice

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF TEXAS

ADVANCEME, INC.

V.

RAPIDPAY LLC., ET AL.

**NOTICE**

CASE NUMBER: 6:05cv424

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS
JUN - 8 2007
DAVID J. MALAND, CLERK
BY DEPUTY

| TYPE OF CASE: | | |
|---|---|---|
| | ☑ CIVIL | ☐ CRIMINAL |

☑ **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| 211 W. Ferguson<br>Tyler, Texas | 207 |
| | DATE AND TIME |
| | 6/22/2007 9:00 am |

TYPE OF PROCEEDING

HEARING ON MOTION DOCS. 262 AND 264

☐ **TAKE NOTICE** that a proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| | | |

John D. Love
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

6/8/2007                                    Sharon Guthrie
DATE                                        (BY) DEPUTY CLERK

TO:

Otis Carroll, Attorney for Plaintiff
Jeff Sanders, Attorney for Defendant
Brian Buss, Attorney for Defendant

Dockets.Justia.com