# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| ADVANCEME, INC. | § | |
| | § | |
| VS. | § | |
| | § | |
| RAPIDPAY, LLC, CAPITAL BUSINESS | § | Civil Case No. 6:05-CV-424 (DAVIS) |
| CORPORATION, FIRST FUNDS, LLC, | § | |
| MERCHANT MONEY TREE, INC., | § | |
| REACH FINANCIAL, LLC and FAST | § | |
| TRANSACT, INC., dba SIMPLE CASH | § | |

## JOINT MOTION FOR CONTINUANCE OF JUNE 22, 2007 HEARING

Plaintiff AdvanceMe, Inc. and Defendants, First Funds, LLC, Merchant Money Tree, Inc., and Reach Financial, LLC, respectfully move the Court for a continuance of the June 22, 2007, hearing on motions Docket #262 and Docket #264, in the above-captioned matter to June 27, 2007. (Dkt. No. 282). The parties are currently scheduled for mediation in Tyler, Texas on June 28, 2007. A continuance of the motions hearing to the afternoon of June 27, 2007, a date on which the Court has advised it is available, would greatly serve to minimize added travel and expenses for the parties already scheduled to be present in Tyler on June 28, 2007. Accordingly, Plaintiff and Defendants respectfully request that the Court enter an order changing the date for the June 22, 2007 hearing on motions Docket #262 and Docket #264, in the above-captioned matter to June 27, 2007.

An order reflecting the relief requested is attached for the Court's convenience.

Respectfully submitted,

By: /s/ Deborah Race
Otis Carroll
Texas State Bar No. 03895700
Deborah Race
Texas State Bar No. 16448700
IRELAND, CARROLL & KELLEY, P.C
6101 S. Broadway, Suite 500
Tyler, Texas 75703
Tel: (903) 561-1600

Fax: (903) 581-1071
Email: Fedserv@icklaw.com

Ronald S. Lemieux
Robert C. Matz
Vid Bhakar
Shanee Williams
Michael Edelman
Gisu Sadaghiani
Daisy S. Poon
PAUL, HASTINGS, JANOFSKY & WALKER, LLP
Five Palo Alto Square, Sixth Floor
Palo Alto, CA 94306-2155
Tel: (650) 320-1800
Fax: (650) 320-1900

Douglas E. Olson (CA Bar No. 38649)
Elizabeth L. Brann (CA Bar No. 222873)
PAUL HASTINGS JANOFSKY & WALKER LLP
3579 Valley Centre Drive
San Diego, CA  92130
Tel: (858) 720-2500
Fax: (858) 720-2555

**ATTORNEYS FOR PLAINTIFF ADVANCEME, INC.**

Respectfully submitted,

By: /s/ Doug McSwane (with permission by Deborah Race)
Douglas Ray McSwane
State Bar No. 13861300
POTTER MINTON
A Professional Corporation
110 N. College, Suite 500
Tyler, Texas 75702
Tel: (903) 597-8311
Fax: (903) 593-0846
dougmcswane@potterminton.com

Willem G. Schuurman
Joseph Daniel Gray
Brian K. Buss
VINSON & ELKINS, LLP
The Terrace 7
2801 Via Fortuna, Suite 100
Austin, Texas 78746
Tel: (512) 542-8663
Fax: (512) 236-3422

Hilary Preston
VINSON & ELKINS
666 Fifth Ave., 26th Fl.
New York, NY 10103
Tel: 212-237-0000
Fax: 212-237-0100
hpreston@velaw.com

Jeff Sanders
183 Madison Avenue
New York, NY 10016
(212) 448-1800
(212) 504-9553 (fax)
jsanders@robritlaw.com

**ATTORNEY FOR DEFENDANTS
FIRST FUNDS, LLC, MERCHANT MONEY
TREE, INC. AND REACH FINANCIAL, LLC**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record or parties will be served by facsimile transmission and/or first class mail this 11th day of June, 2007.

/s/
Deborah Race