# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | | |
|---|---|---|
| ADVANCEME, INC. | § | |
| | § | |
| VS. | § | |
| | § | |
| RAPIDPAY, LLC, BUSINESS CAPITAL | § | Civil Case No. 6:05-CV-424 (DAVIS) |
| CORPORATION, FIRST FUNDS, LLC, | § | |
| MERCHANT MONEY TREE, INC., | § | |
| REACH FINANCIAL, LLC and FAST | § | |
| TRANSACT, INC., dba SIMPLE CASH | § | |

## JOINT MOTION FOR CONTINUANCE OF JUNE 22, 2007 HEARING

Before the Court is Plaintiff's and Defendants' Joint Motion for Continuance of June 22, 2007, hearing on motions Docket #262 and Docket #264 (Dkt. No. 282). Having considered the motion, and that it is agreed, the Court GRANTS Plaintiff's and Defendants' Joint Motion for Continuance of June 22, 2007.

Accordingly, the hearing on motions Docket #262 and Docket #264 (Dkt. No. 282) in above-captioned matter is reset to June 27, 2007.