# EXHIBIT A

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| **ADVANCEME, INC.,** | § **CASE NO. 6:05-CV-424 (LED – JDL)** |
| Plaintiff, | § |
| v. | § |
| **RAPIDPAY LLC, FIRST FUNDS LLC, MERCHANT MONEY TREE, INC., REACH FINANCIAL, LLC, and FAST TRANSACT, INC. d/b/a SIMPLE CASH,** | § |
| Defendants. | § |

## PLAINTIFF ADVANCEME, INC.'S TRIAL WITNESS LIST

**PLAINTIFF ADVANCEME, INC'S TRIAL WITNESS LIST**

Plaintiff, AdvanceMe, Inc., pursuant to the Court's Docket Control Order entered in this case, files this Trial Witness List for identification and categorization of trial witnesses.

At this time, Plaintiff identifies the following witnesses for trial:

|     | WITNESS | (A) WILL CALL | (B) MAY CALL | (C) MAY, BUT PROBABLY WILL NOT CALL |
|-----|---------|---------------|--------------|-------------------------------------|
| 1.  | William Benedict |   | X |   |
| 2.  | Tom Burnside |   |   | X |
| 3.  | Jennifer Carter |   |   | X |
| 4.  | Cortes DeRussy |   | X |   |
| 5.  | Ruth Elasri |   | X |   |
| 6.  | Les Falke | X |   |   |
| 7.  | Franck Fatras |   | X |   |
| 8.  | Glenn Goldman | X |   |   |
| 9.  | Edward Hogan |   | X |   |
| 10. | William Herring Jackson |   | X |   |
| 11. | Barbara Johnson | X |   |   |
| 12. | Gary Johnson |   |   | X |
| 13. | Danial Lott |   | X |   |
| 14. | Anthony Maley |   | X |   |
| 15. | Diane Naczi |   |   | X |
| 16. | Michael I. Shamos, Ph.D. | X |   |   |
| 17. | David Talbert |   | X |   |
| 18. | Joe Valeo |   |   | X |
| 19. | Anthony Wilden |   | X |   |

| | |
|---|---|
| Date:  June 12, 2007 | Respectfully submitted, |

By: _____/s/ Vidya R. Bhakar_____
PAUL, HASTINGS, JANOFSKY & WALKER LLP
Ronald S. Lemieux (ronlemieux@paulhastings.com)
(CA Bar No. 120822) (Admitted Pro Hac Vice)
Michael N. Edelman (michaeledelman@paulhastings.com)
(CA Bar No. 180948) (Admitted Pro Hac vice)
Vidya R. Bhakar (vidbhakar@paulhastings.com)
(CA Bar No. 220210) (Admitted Pro Hac Vice)
Robert C. Matz (robertmatz@paulhastings.com)
(CA Bar No. 217822) (Admitted Pro Hac Vice)
Shanée Y. Williams (shaneewilliams@paulhastings.com)
(CA Bar No. 221310) (Admitted Pro Hac Vice)
Five Palo Alto Square, Sixth Floor
Palo Alto, CA  94306-2155
Telephone: (650) 320-1800
Telecopier: (650) 320-1900

IRELAND, CARROLL & KELLEY, P.C.
Otis W. Carroll, Attorney-in-Charge
State Bar No. 03895700
Deborah Race
State Bar No. 16448700
6101 South Broadway, Suite 500
Tyler, TX  75703
Telephone:  903-561-1600
Facsimile:  903-581-1071
Email:  fedserv@icklaw.com

ATTORNEYS FOR PLAINTIFF ADVANCEME, INC.

LEGAL_US_W # 56455095.1