# EXHIBIT B

Dockets.Justia.com

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### TYLER DIVISION

| | | |
|---|---|---|
| **ADVANCEME, INC.,** | § | **CASE NO. 6:05-CV-424 (LED – JDL)** |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| v. | § | |
| | § | |
| **RAPIDPAY LLC, FIRST FUNDS LLC,** | § | |
| **MERCHANT MONEY TREE, INC.,** | § | |
| **REACH FINANCIAL, LLC, and FAST** | § | |
| **TRANSACT, INC. d/b/a SIMPLE CASH,** | § | |
| | § | |
| **Defendants.** | § | |
| | § | |

---

## PLAINTIFF ADVANCEME, INC.'S DEPOSITION DESIGNATIONS

---

## ADVANCEME, INC.'S DESIGNATIONS OF DEPOSITION

## TESTIMONY IT MAY USE AT TRIAL

Plaintiff AdvanceMe, Inc. hereby designates the following portions of deposition testimony it may use at trial:[1]

### DEPOSITION OF WILLIAM J. BENEDICT, JR., February 8, 2007

Oath

Page 6, Line 1 to Page 7, Line 18

Page 7, Line 24 to Page 10, Line 14

Page 11, Line 24 to Page 15, Line 10

Page 16, Line 11 to Page 19, Line 19

Page 20, Line 12 to Page 20, Line 16

Page 21, Line 8 to Page 21, Line 15

Page 22, Line 5 to Page 23, Line 3

Page 23, Line 7 to Page 23, Line 12

Page 23, Line 15 to Page 24, Line 18

Page 24, Line 25 to Page 27, Line 18

Page 28, Line 5 to Page 34, Line 25

Page 35, Line 5 to Page 35, Line 7

Page 35, Line 15 to Page 36, Line 14

Page 37, Line 2 to Page 43, Line 18

Page 43, Line 23 to Page 45, Line 10

Page 45, Line 14 to Page 45, Line 17

Page 46, Line 8 to Page 46, Line 17

Page 47, Line 1 to Page 54, Line 21

Page 55, Line 20 to Page 62, Line 25

Page 63, Line 4 to Page 65, Line 24

Page 66, Line 13 to Page 68, Line 11

Page 68, Line 15 to Page 69, Line 9

Page 69, Line 16 to Page 71, Line 2

---

[1] Not included are designations of testimony to be used for the purpose of impeachment.

Page 71, Line 5 to Page 71, Line 22

Page 72, Line 1 to Page 73, Line 10

Page 73, Line 20 to Page 75, Line 23

Page 76, Line 2 to Page 79, Line 8

Page 79, Line 10 to Page 90, Line 4

Page 90, Line 8 to Page 90, Line 9

Page 90, Line 15 to Page 97, Line 14

Page 97, Line 20 to Page 98, Line 17

Page 98, Line 21 to Page 101, Line 9

Page 101, Line 13 to Page 104, Line 3

Page 104, Line 7 to Page 105, Line 7

Page 105, Line 19 to Page 106, Line 12

Page 106, Line 16 to Page 108, Line 11

Page 108, Line 15 to Page 108, Line 22

Page 109, Line 7 to Page 109, Line 12

Page 109, Line 22 to Page 110, Line 8

Page 110, Line 21 to Page 111, Line 6

Page 111, Line 16 to Page 112, Line 2

Page 112, Line 17 to Page 115, Line 10

Page 115, Line 19 to Page 116, Line 7

Page 116, Line 9 to Page 116, Line 9

Page 120, Line 18 to Page 125, Line 24

Page 126, Line 3 to Page 127, Line 19

Page 127, Line 23 to Page 128, Line 8

Page 128, Line 15 to Page 129, Line 4

Page 129, Line 8 to Page 129, Line 11

Page 129, Line 25 to Page 145, Line 10

Page 145, Line 16 to Page 145, Line 23

Page 146, Line 2 to Page 146, Line 3

Page 146, Line 12 to Page 147, Line 21

Page 147, Line 25 to Page 149, Line 3

Page 149, Line 17 to Page 150, Line 8

Page 151, Line 1 to Page 151, Line 21

Page 153, Line 24 to Page 159, Line 11

Page 159, Line 15 to Page 161, Line 8

Page 162, Line 5 to Page 162, Line 7

Page 162, Line 16 to Page 162, Line 18

Page 162, Line 21 to Page 162, Line 25

Page 163, Line 4 to Page 168, Line 5

Page 168, Line 11 to Page 168, Line 18

Page 169, Line 3 to Page 169, Line 12

Page 169, Line 16 to Page 169, Line 23

Page 170, Line 3 to Page 171, Line 15

Page 172, Line 14 to Page 173, Line 16

Page 174, Line 19 to Page 176, Line 21

Page 176, Line 25 to Page 177, Line 3

Page 177, Line 10 to Page 179, Line 1

Page 179, Line 5 to Page 180, Line 13

Page 181, Line 1 to Page 181, Line 3

Page 182, Line 15 to Page 183, Line 23

Page 184, Line 5 to Page 184, Line 9

Page 184, Line 15 to Page 185, Line 21

Page 186, Line 24 to Page 187, Line 8

Page 187, Line 19 to Page 194, Line 7

Page 194, Line 11 to Page 195, Line 10

Page 195, Line 25 to Page 201, Line 23

Page 202, Line 3 to Page 202, Line 10

Page 202, Line 23 to Page 203, Line 8

Page 203, Line 12 to Page 203, Line 13

Page 205, Line 25 to Page 207, Line 25

Page 209, Line 1 to Page 209, Line 25

**DEPOSITION OF JENNIFER L. CARTER, February 27, 2007**

Oath

Page 4, Line 1 to Page 4, Line 14

Page 5, Line 1 to Page 5, Line 5

Page 5, Line 10 to Page 8, Line 5

Page 8, Line 11 to Page 9, Line 16

Page 9, Line 17 to Page 10, Line 12

Page 10, Line 14 to Page 10, Line 14

Page 11, Line 7 to Page 11, Line 19

Page 11, Line 23 to Page 13, Line 11

Page 13, Line 14 to Page 13, Line 20

Page 13, Line 24 to Page 14, Line 19

Page 15, Line 8 to Page 16, Line 18

Page 16, Line 24 to Page 17, Line 4

Page 17, Line 11 to Page 20, Line 8

Page 20, Line 12 to Page 20, Line 24

Page 21, Line 3 to Page 21, Line 19

Page 21, Line 24 to Page 23, Line 6

Page 23, Line 18 to Page 24, Line 12

Page 24, Line 16 to Page 25, Line 17

Page 26, Line 3 to Page 27, Line 3

Page 27, Line 6 to Page 27, Line 9

Page 27, Line 12 to Page 32, Line 3

Page 32, Line 11 to Page 33, Line 14

Page 33, Line 21 to Page 34, Line 3

Page 34, Line 7 to Page 35, Line 14

Page 35, Line 22 to Page 36, Line 16

Page 36, Line 22 to Page 36, Line 22

Page 37, Line 4 to Page 37, Line 13

Page 38, Line 7 to Page 38, Line 12

Page 38, Line 22 to Page 40, Line 24

Page 41, Line 3 to Page 41, Line 3

Page 41, Line 12 to Page 41, Line 20

Page 42, Line 4 to Page 42, Line 23

Page 43, Line 11 to Page 43, Line 16

Page 45, Line 22 to Page 46, Line 17

Page 46, Line 19 to Page 46, Line 23

Page 47, Line 2 to Page 51, Line 19

Page 51, Line 21 to Page 52, Line 8

Page 53, Line 1 to Page 53, Line 20

Page 54, Line 11 to Page 55, Line 2

Page 55, Line 19 to Page 55, Line 25

Page 56, Line 12 to Page 57, Line 21

Page 57, Line 25 to Page 58, Line 6

Page 60, Line 18 to Page 61, Line 14

**DEPOSITION OF CORTES DeRUSSY, March 1, 2007**

Oath

Page 6, Line 24 to Page 7, Line 12

Page 9, Line 2 to Page 9, Line 25

Page 10, Line 24 to Page 12, Line 2

Page 12, Line 8 to Page 12, Line 24

Page 14, Line 3 to Page 14, Line 17

Page 15, Line 2 to Page 19, Line 3

Page 19, Line 4 to Page 20, Line 6

Page 20, Line 8 to Page 27, Line 11

Page 27, Line 13 to Page 27, Line 13

Page 27, Line 19 to Page 28, Line 19

Page 29, Line 3 to Page 30, Line 7

Page 30, Line 18 to Page 30, Line 25

Page 31, Line 2 to Page 35, Line 3

Page 35, Line 5 to Page 35, Line 6

Page 35, Line 10 to Page 36, Line 6

Page 36, Line 12 to Page 39, Line 22

Page 40, Line 7 to Page 44, Line 5

Page 44, Line 11 to Page 47, Line 21

Page 47, Line 23 to Page 47, Line 24

Page 48, Line 2 to Page 48, Line 7

Page 48, Line 14 to Page 48, Line 17

Page 48, Line 19 to Page 48, Line 21

Page 49, Line 2 to Page 49, Line 16

Page 50, Line 3 to Page 53, Line 7

Page 53, Line 14 to Page 54, Line 24

Page 55, Line 2 to Page 55, Line 17

Page 55, Line 19 to Page 55, Line 20

Page 55, Line 22 to Page 55, Line 22

Page 56, Line 11 to Page 57, Line 6

Page 57, Line 8 to Page 58, Line 12

Page 59, Line 3 to Page 59, Line 11

Page 59, Line 18 to Page 59, Line 22

Page 60, Line 2 to Page 67, Line 21

Page 67, Line 24 to Page 79, Line 7

Page 79, Line 20 to Page 81, Line 23

Page 81, Line 25 to Page 83, Line 9

Page 83, Line 23 to Page 84, Line 13

Page 84, Line 17 to Page 86, Line 19

Page 86, Line 21 to Page 89, Line 25

Page 90, Line 3 to Page 90, Line 11

Page 91, Line 19 to Page 91, Line 20

Page 92, Line 4 to Page 95, Line 8

Page 95, Line 18 to Page 106, Line 5

Page 106, Line 7 to Page 108, Line 6

Page 108, Line 8 to Page 110, Line 2

Page 110, Line 9 to Page 110, Line 16

Page 110, Line 18 to Page 113, Line 3

Page 113, Line 8 to Page 113, Line 17

**DEPOSITION OF CORTES DeRUSSY, April 23, 2007**

Page 11, Line 1 to Page 12, Line 8

Page 12, Line 13 to Page 17, Line 12

Page 17, Line 15 to Page 18, Line 9

Page 18, Line 10 to Page 20, Line 23

Page 21, Line 12 to Page 25, Line 3

Page 25, Line 5 to Page 26, Line 23

Page 26, Line 24 to Page 27, Line 24

Page 28, Line 12 to Page 32, Line 6

Page 32, Line 14 to Page 32, Line 17

Page 32, Line 18 to Page 33, Line 13

Page 33, Line 14 to Page 35, Line 6

Page 35, Line 7 to Page 35, Line 9

Page 35, Line 15 to Page 38, Line 13

Page 38, Line 14 to Page 38, Line 17

Page 38, Line 19 to Page 38, Line 22

Page 39, Line 12 to Page 47, Line 1

Page 47, Line 2 to Page 50, Line 17

Page 51, Line 1 to Page 55, Line 7

Page 55, Line 8 to Page 58, Line 14

Page 58, Line 25 to Page 59, Line 3

Page 59, Line 5 to Page 59, Line 6

Page 59, Line 12 to Page 61, Line 12

Page 61, Line 13 to Page 63, Line 14

Page 63, Line 21 to Page 65, Line 8

Page 66, Line 9 to Page 68, Line 18

Page 68, Line 19 to Page 71, Line 17

Page 72, Line 2 to Page 73, Line 2

Page 73, Line 3 to Page 73, Line 7

Page 73, Line 8 to Page 74, Line 2

Page 75, Line 25 to Page 78, Line 3

Page 80, Line 24 to Page 81, Line 1

Page 84, Line 7 to Page 91, Line 21

Page 97, Line 15 to Page 98, Line 13

Page 98, Line 23 to Page 99, Line 9

Page 100, Line 8 to Page 101, Line 5

Page 106, Line 12 to Page 108, Line 20

Page 108, Line 21 to Page 109, Line 17

Page 112, Line 12 to Page 113, Line 9

Page 113, Line 11 to Page 117, Line 3

Page 117, Line 7 to Page 118, Line 7

Page 118, Line 8 to Page 119, Line 23

Page 119, Line 25 to Page 122, Line 17

Page 122, Line 18 to Page 123, Line 3

Page 123, Line 5 to Page 123, Line 18

Page 123, Line 20 to Page 127, Line 20

Page 127, Line 23 to Page 129, Line 3

Page 129, Line 4 to Page 129, Line 21

Page 129, Line 22 to Page 130, Line 25

Page 131, Line 3 to Page 131, Line 10

Page 131, Line 11 to Page 132, Line 3

Page 132, Line 5 to Page 132, Line 12

Page 132, Line 13 to Page 133, Line 8

Page 133, Line 23 to Page 135, Line 6

Page 139, Line 5 to Page 139, Line 24

Page 140, Line 1 to Page 140, Line 5

Page 140, Line 10 to Page 140, Line 15

Page 140, Line 17 to Page 141, Line 7

Page 141, Line 9 to Page 141, Line 12

Page 141, Line 13 to Page 143, Line 3

Page 143, Line 5 to Page 144, Line 3

Page 144, Line 4 to Page 144, Line 17

Page 144, Line 18 to Page 145, Line 15

Page 146, Line 8 to Page 147, Line 9

Page 147, Line 18 to Page 148, Line 4

Page 148, Line 7 to Page 149, Line 20

Page 151, Line 5 to Page 151, Line 21

Page 151, Line 22 to Page 153, Line 17

Page 153, Line 20 to Page 153, Line 24

Page 154, Line 1 to Page 154, Line 2

Page 154, Line 4 to Page 154, Line 18

Page 155, Line 1 to Page 155, Line 13

Page 155, Line 17 to Page 156, Line 19

Page 158, Line 24 to Page 161, Line 12

Page 161, Line 13 to Page 162, Line 1

Page 162, Line 2 to Page 163, Line 16

Page 163, Line 17 to Page 165, Line 3

Page 165, Line 6 to Page 165, Line 14

Page 165, Line 15 to Page 165, Line 19

Page 165, Line 21 to Page 166, Line 7

Page 166, Line 8 to Page 166, Line 18

Page 166, Line 20 to Page 167, Line 2

Page 167, Line 5 to Page 167, Line 12

Page 167, Line 14 to Page 167, Line 23

Page 168, Line 17 to Page 170, Line 18

Page 170, Line 20 to Page 171, Line 7

Page 171, Line 10 to Page 171, Line 14

Page 171, Line 17 to Page 171, Line 18

Page 173, Line 8 to Page 175, Line 1

Page 175, Line 4 to Page 175, Line 15

Page 175, Line 17 to Page 176, Line 14

Page 176, Line 18 to Page 178, Line 12

Page 180, Line 24 to Page 186, Line 13

Page 186, Line 15 to Page 186, Line 25

Page 187, Line 2 to Page 187, Line 6

Page 187, Line 8 to Page 187, Line 21

Page 187, Line 25 to Page 192, Line 24

Page 193, Line 1 to Page 194, Line 3

Page 194, Line 5 to Page 194, Line 16

Page 194, Line 18 to Page 194, Line 20

Page 194, Line 21 to Page 196, Line 16

Page 196, Line 18 to Page 203, Line 21

Page 203, Line 23 to Page 206, Line 13

Page 206, Line 15 to Page 207, Line 2

Page 209, Line 23 to Page 211, Line 5

Page 211, Line 7 to Page 211, Line 8

Page 211, Line 9 to Page 211, Line 23

Page 211, Line 25 to Page 212, Line 14

Page 212, Line 17 to Page 212, Line 19

Page 212, Line 21 to Page 213, Line 20

Page 215, Line 3 to Page 215, Line 9

Page 215, Line 11 to Page 216, Line 4

Page 216, Line 5 to Page 218, Line 17

Page 218, Line 10 to Page 218, Line 17

Page 218, Line 19 to Page 220, Line 14

Page 220, Line 15 to Page 222, Line 20

Page 222, Line 22 to Page 223, Line 10

Page 223, Line 12 to Page 227, Line 16

Page 227, Line 18 to Page 227, Line 25

Page 228, Line 2 to Page 228, Line 14

Page 228, Line 17 to Page 228, Line 21

Page 228, Line 23 to Page 229, Line 6

Page 229, Line 9 to Page 230, Line 20

Page 230, Line 22 to Page 231, Line 7

Page 231, Line 9 to Page 231, Line 21

Page 231, Line 23 to Page 232, Line 11

Page 233, Line 17 to Page 234, Line 9

Page 235, Line 8 to Page 236, Line 1

Page 237, Line 9 to Page 237, Line 25

Page 238, Line 4 to Page 238, Line 6

Page 238, Line 9 to Page 238, Line 10

Page 238, Line 12 to Page 238, Line 14

Page 238, Line 17 to Page 238, Line 21

Page 238, Line 23 to Page 238, Line 24

Page 239, Line 10 to Page 240, Line 16

Page 240, Line 21 to Page 241, Line 22

Page 241, Line 24 to Page 242, Line 6

Page 242, Line 14 to Page 243, Line 13

Page 243, Line 15 to Page 245, Line 21

Page 245, Line 25 to Page 247, Line 3

Page 247, Line 23 to Page 249, Line 10

Page 249, Line 17 to Page 254, Line 10

Page 254, Line 14 to Page 254, Line 17

Page 254, Line 19 to Page 255, Line 19

Page 255, Line 25 to Page 257, Line 24

Page 258, Line 23 to Page 260, Line 10

Page 265, Line 4 to Page 265, Line 13

Page 265, Line 15 to Page 266, Line 9

Page 266, Line 11 to Page 266, Line 18

Page 266, Line 20 to Page 267, Line 7

Page 274, Line 5 to Page 274, Line 9

Page 274, Line 11 to Page 274, Line 15

Page 274, Line 17 to Page 274, Line 23

Page 276, Line 10 to Page 276, Line 11

Page 276, Line 13 to Page 276, Line 21

Page 276, Line 25 to Page 277, Line 2

Page 277, Line 17 to Page 277, Line 22

Page 277, Line 25 to Page 278, Line 8

Page 279, Line 6 to Page 279, Line 10

Page 279, Line 14 to Page 280, Line 6

Page 283, Line 20 to Page 283, Line 22

Page 283, Line 25 to Page 284, Line 4

Page 287, Line 18 to Page 288, Line 15

Page 288, Line 18 to Page 289, Line 7

Page 289, Line 9 to Page 289, Line 21

Page 289, Line 23 to Page 290, Line 11

Page 290, Line 13 to Page 292, Line 12

Page 292, Line 14 to Page 292, Line 19

Page 292, Line 22 to Page 293, Line 8

Page 293, Line 14 to Page 293, Line 20

Page 295, Line 6 to Page 295, Line 25

Page 297, Line 10 to Page 297, Line 20

Page 297, Line 23 to Page 297, Line 24

Page 298, Line 1 to Page 298, Line 15

Page 298, Line 17 to Page 298, Line 18

**DEPOSITION OF RUTH ELASRI, February 22, 2007**

Oath

Page 8, Line 2 to Page 17, Line 16

Page 17, Line 19 to Page 17, Line 21

Page 18, Line 10 to Page 21, Line 25

Page 22, Line 10 to Page 26, Line 4

Page 26, Line 14 to Page 28, Line 7

Page 28, Line 13 to Page 31, Line 13

Page 31, Line 15 to Page 32, Line 18

Page 33, Line 5 to Page 33, Line 8

Page 33, Line 17 to Page 36, Line 25

Page 37, Line 3 to Page 38, Line 20

Page 38, Line 23 to Page 39, Line 23

Page 40, Line 11 to Page 40, Line 17

Page 40, Line 20 to Page 41, Line 6

Page 41, Line 9 to Page 41, Line 12

Page 41, Line 22 to Page 43, Line 25

Page 44, Line 8 to Page 45, Line 23

Page 46, Line 9 to Page 47, Line 18

Page 47, Line 20 to Page 48, Line 14

Page 48, Line 17 to Page 48, Line 17

Page 48, Line 19 to Page 49, Line 9

Page 49, Line 13 to Page 50, Line 19

Page 51, Line 10 to Page 51, Line 14

Page 52, Line 7 to Page 54, Line 9

Page 54, Line 11 to Page 55, Line 2

Page 55, Line 23 to Page 56, Line 6

Page 56, Line 8 to Page 56, Line 17

Page 56, Line 19 to Page 57, Line 9

Page 57, Line 13  to Page 57, Line 16

Page 57, Line 17 to Page 58, Line 14

Page 58, Line 14 to Page 60, Line 2

Page 62, Line 2 to Page 66, Line 5

Page 66, Line 24 to Page 69, Line 15

Page 69, Line 22 to Page 72, Line 5

Page 72, Line 19 to Page 74, Line 6

Page 78, Line 16 to Page 79, Line 11

Page 80, Line 15 to Page 80, Line 18

Page 80, Line 24 to Page 80, Line 25

Page 81, Line 3 to Page 81, Line 3

Page 82, Line 21 to Page 83, Line 7

Page 83, Line 23 to Page 84, Line 2

Page 84, Line 11 to Page 85, Line 24

Page 88, Line 17 to Page 89, Line 18

Page 90, Line 10 to Page 90, Line 20

Page 92, Line 14 to Page 93, Line 4

Page 93, Line 7 to Page 93, Line 18

Page 97, Line 20 to Page 97, Line 24

Page 98, Line 18 to Page 99, Line 2

Page 100, Line 20 to Page 100, Line 24

Page 107, Line 25 to Page 110, Line 2

Page 112, Line 14 to Page 113, Line 13

Page 113, Line 17 to Page 113, Line 21

Page 113, Line 24 to Page 114, Line 13

Page 114, Line 20 to Page 116, Line 4

Page 116, Line 11 to Page 118, Line 6

Page 118, Line 11 to Page 118, Line 18

Page 118, Line 20 to Page 120, Line 16

Page 123, Line 11 to Page 124, Line 7

Page 125, Line 11 to Page 126, Line 7

Page 126, Line 10 to Page 126, Line 23

Page 129, Line 2 to Page 129, Line 20

**DEPOSITION OF WILLIAM HERRING JACKSON, January 23, 2007**

Oath

Page 6, Line 1 to Page 8, Line 15

Page 8, Line 24 to Page 10, Line 21

Page 11, Line 1 to Page 12, Line 1

Page 12, Line 6 to Page 13, Line 11

Page 13, Line 19 to Page 19, Line 17

Page 19, Line 19 to Page 19, Line 25

Page 20, Line 2 to Page 20, Line 22

Page 20, Line 24 to Page 22, Line 12

Page 22, Line 17 to Page 24, Line 2

Page 24, Line 5 to Page 26, Line 8

Page 26, Line 17 to Page 29, Line 8

Page 29, Line 10 to Page 31, Line 7

Page 31, Line 9 to Page 31, Line 18

Page 31, Line 21 to Page 31, Line 22

Page 32, Line 8 to Page 32, Line 19

Page 33, Line 3 to Page 35, Line 5

Page 35, Line 7 to Page 36, Line 16

Page 36, Line 18 to Page 37, Line 13

Page 37, Line 15 to Page 38, Line 24

Page 39, Line 1 to Page 39, Line 4

Page 39, Line 9 to Page 39, Line 10

Page 39, Line 13 to Page 39, Line 15

Page 39, Line 18 to Page 39, Line 19

Page 39, Line 22 to Page 40, Line 6

Page 40, Line 11 to Page 41, Line 6

Page 41, Line 9 to Page 41, Line 10

Page 41, Line 13 to Page 41, Line 13

Page 41, Line 16 to Page 41, Line 18

Page 41, Line 21 to Page 42, Line 5

Page 42, Line 8 to Page 42, Line 25

Page 43, Line 2 to Page 43, Line 2

Page 43, Line 7 to Page 50, Line 10

Page 50, Line 12 to Page 51, Line 19

Page 51, Line 22 to Page 52, Line 3

Page 52, Line 12 to Page 52, Line 19

Page 52, Line 22 to Page 53, Line 12

Page 53, Line 15 to Page 53, Line 16

Page 54, Line 7 to Page 55, Line 14

Page 55, Line 17 to Page 56, Line 7

Page 56, Line 10 to Page 56, Line 17

Page 56, Line 20 to Page 56, Line 22

Page 56, Line 24 to Page 56, Line 24

Page 57, Line 20 to Page 58, Line 9

Page 58, Line 11 to Page 58, Line 15

Page 58, Line 17 to Page 58, Line 24

Page 59, Line 2 to Page 59, Line 5

Page 59, Line 16 to Page 62, Line 1

Page 62, Line 5 to Page 62, Line 6

Page 62, Line 9 to Page 62, Line 10

Page 62, Line 14 to Page 62, Line 24

Page 63, Line 2 to Page 63, Line 19

Page 64, Line 11 to Page 64, Line 16

Page 64, Line 24 to Page 65, Line 3

Page 65, Line 21 to Page 65, Line 24

Page 66, Line 4 to Page 66, Line 7

Page 66, Line 10 to Page 66, Line 22

Page 66, Line 25 to Page 67, Line 3

Page 67, Line 6 to Page 67, Line 18

Page 67, Line 21 to Page 67, Line 21

Page 68, Line 7 to Page 68, Line 10

Page 68, Line 13 to Page 68, Line 18

Page 68, Line 21 to Page 69, Line 5

Page 69, Line 8 to Page 69, Line 9

Page 69, Line 23 to Page 70, Line 6

Page 70, Line 11 to Page 70, Line 11

Page 70, Line 20 to Page 71, Line 10

Page 71, Line 12 to Page 72, Line 14

Page 72, Line 17 to Page 72, Line 21

Page 73, Line 2 to Page 73, Line 17

Page 74, Line 1 to Page 74, Line 4

Page 74, Line 6 to Page 74, Line 20

Page 75, Line 2 to Page 75, Line 9

Page 75, Line 12 to Page 75, Line 15

Page 75, Line 20 to Page 75, Line 23

Page 75, Line 25 to Page 75, Line 25

Page 76, Line 3 to Page 76, Line 17

Page 76, Line 20 to Page 78, Line 17

Page 78, Line 20 to Page 80, Line 17

Page 80, Line 19 to Page 92, Line 8

Page 92, Line 11 to Page 93, Line 23

Page 94, Line 1 to Page 94, Line 2

Page 94, Line 4 to Page 94, Line 4

Page 94, Line 21 to Page 98, Line 16

Page 98, Line 19 to Page 99, Line 25

Page 100, Line 3 to Page 103, Line 15

Page 103, Line 22 to Page 105, Line 2

Page 105, Line 5 to Page 109, Line 9

Page 110, Line 11 to Page 112, Line 10

Page 112, Line 12 to Page 116, Line 12

Page 116, Line 15 to Page 117, Line 20

Page 117, Line 22 to Page 118, Line 12

Page 118, Line 15 to Page 119, Line 6

Page 119, Line 11 to Page 126, Line 11

Page 126, Line 13 to Page 126, Line 20

Page 126, Line 23 to Page 127, Line 6

Page 127, Line 8 to Page 127, Line 17

Page 127, Line 20 to Page 128, Line 24

Page 129, Line 1 to Page 129, Line 13

Page 129, Line 18 to Page 129, Line 23

Page 130, Line 6 to Page 130, Line 7

Page 130, Line 10 to Page 131, Line 2

Page 131, Line 4 to Page 131, Line 6

Page 131, Line 9 to Page 131, Line 15

Page 131, Line 19 to Page 132, Line 1

Page 132, Line 4 to Page 132, Line 24

Page 133, Line 1 to Page 136, Line 10

Page 136, Line 25 to Page 138, Line 20

Page 138, Line 22 to Page 138, Line 25

Page 139, Line 2 to Page 140, Line 24

Page 141, Line 1 to Page 141, Line 1

Page 141, Line 4 to Page 141, Line 5

Page 141, Line 8 to Page 141, Line 14

Page 141, Line 16 to Page 142, Line 8

Page 142, Line 10 to Page 142, Line 14

Page 142, Line 16 to Page 143, Line 11

Page 143, Line 13 to Page 143, Line 19

Page 143, Line 25 to Page 144, Line 8

Page 144, Line 10 to Page 144, Line 10

Page 145, Line 2 to Page 145, Line 4

Page 145, Line 9 to Page 146, Line 20

Page 147, Line 9 to Page 147, Line 18

Page 147, Line 22 to Page 148, Line 1

Page 148, Line 3 to Page 149, Line 10

Page 151, Line 11 to Page 152, Line 13

Page 153, Line 9 to Page 153, Line 17

Page 155, Line 1 to Page 157, Line

**DEPOSITION OF DANIAL LOTT, February 6, 2007**

Oath

Page 5, Line 1 to Page 5, Line 21

Page 6, Line 10 to Page 9, Line 14

Page 9, Line 23 to Page 12, Line 19

Page 12, Line 21 to Page 12, Line 22

Page 13, Line 1 to Page 14, Line 8

Page 14, Line 10 to Page 14, Line 11

Page 14, Line 17 to Page 16, Line 5

Page 16, Line 15 to Page 18, Line 11

Page 19, Line 4 to Page 19, Line 9

Page 19, Line 11 to Page 19, Line 11

Page 20, Line 16 to Page 20, Line 21

Page 20, Line 24 to Page 21, Line 17

Page 22, Line 24 to Page 25, Line 14

Page 26, Line 6 to Page 31, Line 5

Page 31, Line 7 to Page 33, Line 19

Page 34, Line 11 to Page 35, Line 8

Page 35, Line 18 to Page 43, Line 22

Page 44, Line 7 to Page 44, Line 10

Page 44, Line 12 to Page 45, Line 12

Page 45, Line 14 to Page 45, Line 15

Page 46, Line 9 to Page 47, Line 20

Page 49, Line 5 to Page 50, Line 8

Page 50, Line 14 to Page 50, Line 22

Page 51, Line 1 to Page 52, Line 4

Page 52, Line 18 to Page 56, Line 3

Page 56, Line 19 to Page 57, Line 23

Page 58, Line 2 to Page 62, Line 9

Page 62, Line 22 to Page 63, Line 17

Page 64, Line 15 to Page 69, Line 9

Page 69, Line 12 to Page 69, Line 13

Page 69, Line 16 to Page 69, Line 17

Page 69, Line 19 to Page 70, Line 2

Page 70, Line 5 to Page 73, Line 7

Page 73, Line 16 to Page 73, Line 22

Page 74, Line 6 to Page 76, Line 16

Page 77, Line 3 to Page 77, Line 21

Page 78, Line 7 to Page 79, Line 8

Page 79, Line 10 to Page 82, Line 3

Page 82, Line 23 to Page 84, Line 7

Page 84, Line 16 to Page 84, Line 21

Page 85, Line 3 to Page 86, Line 3

Page 90, Line 1 to Page 90, Line 4

Page 92, Line 9 to Page 92, Line 23

Page 94, Line 4 to Page 96, Line 3

Page 96, Line 21 to Page 97, Line 3

Page 97, Line 15 to Page 97, Line 19

Page 105, Line 7 to Page 107, Line 16

Page 107, Line 18 to Page 107, Line 24

Page 108, Line 2 to Page 109, Line 8

Page 109, Line 10 to Page 109, Line 13

Page 109, Line 23 to Page 110, Line 4

Page 110, Line 18 to Page 110, Line 21

Page 110, Line 23 to Page 115, Line 5

Page , Line  to Page , Line 24

## DEPOSITION OF ANTHONY S. MALEY, February 28, 2007

Oath

Page 6, Line 16 to Page 6, Line 25

Page 10, Line 16 to Page 11, Line 2

Page 11, Line 7 to Page 15, Line 24

Page 16, Line 20 to Page 16, Line 23

Page 17, Line 25 to Page 18, Line 3

Page 18, Line 7 to Page 18, Line 11

Page 18, Line 19 to Page 18, Line 22

Page 19, Line 2 to Page 28, Line 21

Page 29, Line 2 to Page 30, Line 13

Page 30, Line 19 to Page 31, Line 9

Page 32, Line 14 to Page 32, Line 24

Page 33, Line 11 to Page 37, Line 15

Page 37, Line 24 to Page 38, Line 7

Page 38, Line 22 to Page 38, Line 24

Page 39, Line 5 to Page 44, Line 24

Page 45, Line 4 to Page 46, Line 9

Page 48, Line 22 to Page 49, Line 5

Page 49, Line 10 to Page 49, Line 22

Page 53, Line 16 to Page 55, Line 17

Page 57, Line 9 to Page 58, Line 8

Page 59, Line 15 to Page 60, Line 16

Page 60, Line 21 to Page 62, Line 24

Page 63, Line 22 to Page 64, Line 4

Page 64, Line 12 to Page 64, Line 25

Page 65, Line 7 to Page 65, Line 25

Page 67, Line 10 to Page 67, Line 19

Page 68, Line 4 to Page 68, Line 20

Page 70, Line 2 to Page 71, Line 25

**DEPOSITION OF DAVID TALBERT, November 10, 2006**

Oath

Page 5, Line 3 to Page 6, Line 21

Page 7, Line 10 to Page 7, Line 17

Page 9, Line 12 to Page 10, Line 20

Page 11, Line 8 to Page 14, Line 16

Page 14, Line 21 to Page 15, Line 8

Page 15, Line 10 to Page 15, Line 23

Page 16, Line 20 to Page 24, Line 20

Page 24, Line 22 to Page 25, Line 14

Page 25, Line 16 to Page 26, Line 4

Page 26, Line 6 to Page 26, Line 20

Page 26, Line 25 to Page 28, Line 2

Page 28, Line 4 to Page 28, Line 5

Page 28, Line 7 to Page 28, Line 20

Page 28, Line 22 to Page 29, Line 1

Page 29, Line 3 to Page 29, Line 9

Page 29, Line 11 to Page 31, Line 11

Page 31, Line 14 to Page 31, Line 16

Page 32, Line 6 to Page 33, Line 14

Page 33, Line 16 to Page 33, Line 21

Page 33, Line 23 to Page 34, Line 11

Page 34, Line 13 to Page 34, Line 24

Page 35, Line 11 to Page 36, Line 2

Page 36, Line 3 to Page 38, Line 5

Page 38, Line 12 to Page 39, Line 22

Page 39, Line 24 to Page 40, Line 6

Page 40, Line 8 to Page 40, Line 25

Page 41, Line 2 to Page 41, Line 7

Page 41, Line 15 to Page 42, Line 8

Page 42, Line 11 to Page 42, Line 20

Page 42, Line 22 to Page 43, Line 25

Page 44, Line 2 to Page 45, Line 6

Page 45, Line 8 to Page 45, Line 10

Page 45, Line 20 to Page 47, Line 19

Page 47, Line 24 to Page 48, Line 12

Page 48, Line 14 to Page 48, Line 21

Page 49, Line 7 to Page 49, Line 9

Page 49, Line 11 to Page 50, Line 25

Page 51, Line 2 to Page 51, Line 7

Page 51, Line 13 to Page 51, Line 20

Page 51, Line 22 to Page 52, Line 25

Page 53, Line 2 to Page 53, Line 8

Page 53, Line 10 to Page 54, Line 18

Page 54, Line 20 to Page 54, Line 23

Page 54, Line 25 to Page 56, Line 16

Page 56, Line 18 to Page 57, Line 3

Page 57, Line 5 to Page 57, Line 10

Page 57, Line 19 to Page 58, Line 5

Page 58, Line 11 to Page 60, Line 1

Page 60, Line 3 to Page 63, Line 22

Page 64, Line 5 to Page 65, Line 23

Page 66, Line 1 to Page 66, Line 20

Page 66, Line 22 to Page 67, Line 12

Page 67, Line 14 to Page 70, Line 12

Page 70, Line 14 to Page 70, Line 16

Page 71, Line 5 to Page 71, Line 21

Page 72, Line 1 to Page 73, Line 8

Page 73, Line 10 to Page 73, Line 19

Page 73, Line 25 to Page 74, Line 16

Page 74, Line 18 to Page 75, Line 1

Page 75, Line 3 to Page 76, Line 16

Page 76, Line 18 to Page 77, Line 1

Page 77, Line 10 to Page 78, Line 12

Page 78, Line 14 to Page 79, Line 2

Page 79, Line 9 to Page 84, Line 9

Page 84, Line 12 to Page 87, Line 15

Page 87, Line 20 to Page 92, Line 12

Page 92, Line 16 to Page 93, Line 13

Page 94, Line 3 to Page 94, Line 11

Page 94, Line 15 to Page 94, Line 21

Page 95, Line 3 to Page 95, Line 7

Page 95, Line 19 to Page 96, Line 8

Page 96, Line 15 to Page 96, Line 25

Page 97, Line 2 to Page 97, Line 8

Page 97, Line 11 to Page 99, Line 18

Page 99, Line 20 to Page 100, Line 5

Page 100, Line 7 to Page 100, Line 18

Page 101, Line 5 to Page 105, Line 11

Page 105, Line 19 to Page 111, Line 4

Page 111, Line 6 to Page 112, Line 13

Page 112, Line 15 to Page 113, Line 15

Page 113, Line 23 to Page 114, Line 1

Page 114, Line 3 to Page 114, Line 8

Page 114, Line 10 to Page 114, Line 14

Page 114, Line 16 to Page 114, Line 22

Page 114, Line 24 to Page 114, Line 25

Page 115, Line 2 to Page 118, Line 18

Page 121, Line 13 to Page 121, Line 22

Page 122, Line 1 to Page 122, Line 8

Page 122, Line 10 to Page 123, Line 21

Page 123, Line 23 to Page 124, Line 10

Page 124, Line 12 to Page 126, Line 7

Page 126, Line 9 to Page 127, Line 8

Page 127, Line 15 to Page 128, Line 16

Page 128, Line 23 to Page 130, Line 5

Page 130, Line 12 to Page 131, Line 6

Page 131, Line 8 to Page 131, Line 10

Page 131, Line 12 to Page 131, Line 15

Page 131, Line 17 to Page 132, Line 7

Page 133, Line 2 to Page 133, Line 23

Page 134, Line 4 to Page 136, Line 11

Page 137, Line 9 to Page 139, Line 2

Page 139, Line 6 to Page 140, Line 7

Page 140, Line 9 to Page 140, Line 15

Page 140, Line 17 to Page 141, Line 17

Page 141, Line 19 to Page 142, Line 24

Page 143, Line 9 to Page 143, Line 13

Page 143, Line 15 to Page 143, Line 24

Page 144, Line 2 to Page 144, Line 8

Page 144, Line 10 to Page 145, Line 1

Page 145, Line 3 to Page 145, Line 5

Page 145, Line 7 to Page 145, Line 16

Page 145, Line 18 to Page 145, Line 22

Page 147, Line 16 to Page 148, Line 1

Page 148, Line 5 to Page 148, Line 14

Page 149, Line 22 to Page 150, Line 8

Page 150, Line 10 to Page 150, Line 14

Page 150, Line 16 to Page 153, Line 18

Page 154, Line 8 to Page 154, Line 22

Page 155, Line 4 to Page 157, Line 2

Page 157, Line 4 to Page 157, Line 6

Page 157, Line 8 to Page 158, Line 22

Page 157, Line 9 to Page 158, Line 22

Page 158, Line 24 to Page 159, Line 6

Page 159, Line 9 to Page 159, Line 14

Page 159, Line 16 to Page 160, Line 11

Page 160, Line 13 to Page 161, Line 14

Page 161, Line 21 to Page 162, Line 8

Page 163, Line 6 to Page 163, Line 9

Page 163, Line 11 to Page 164, Line 7

Page 165, Line 8 to Page 165, Line 21

Page 166, Line 4 to Page 166, Line 22

Page 167, Line 10 to Page 168, Line 24

Page 169, Line 1 to Page 169, Line 3

Page 169, Line 5 to Page 169, Line 9

Page 170, Line 3 to Page 172, Line 15

Page 172, Line 17 to Page 172, Line 18

Page 172, Line 25 to Page 173, Line 10

Page 173, Line 12 to Page 174, Line 19

Page 174, Line 21 to Page 175, Line 14

Page 175, Line 16 to Page 175, Line 19

Page 175, Line 21 to Page 175, Line 24

Page 176, Line 1 to Page 176, Line 18

Page 176, Line 21 to Page 177, Line 2

Page 177, Line 5 to Page 177, Line 14

Page 177, Line 16 to Page 177, Line 18

Page 177, Line 25 to Page 178, Line 13

Page 178, Line 17 to Page 179, Line 10

Page 179, Line 12 to Page 179, Line 21

Page 180, Line 3 to Page 180, Line 16

Page 180, Line 18 to Page 183, Line 8

Page 183, Line 11 to Page 183, Line 14

Page 183, Line 16 to Page 184, Line 16

Page 184, Line 25 to Page 186, Line 2

Page 187, Line 23 to Page 188, Line 20

Page 188, Line 22 to Page 189, Line 1

Page 189, Line 8 to Page 191, Line 17

Page 193, Line 4 to Page 193, Line 17

Page 193, Line 19 to Page 194, Line 2

Page 194, Line 5 to Page 194, Line 16

Page 194, Line 18 to Page 195, Line 15

Page 195, Line 18 to Page 195, Line 21

Page 196, Line 3 to Page 196, Line 19

Page 196, Line 21 to Page 197, Line 10

Page 197, Line 12 to Page 198, Line 12

Page 198, Line 14 to Page 200, Line 3

Page 200, Line 5 to Page 201, Line 6

Page 201, Line 8 to Page 210, Line 14

Page 210, Line 18 to Page 213, Line 7

Page 213, Line 9 to Page 213, Line 25

Page 214, Line 4 to Page 215, Line 13

Page 215, Line 15 to Page 217, Line 2

Page 217, Line 4 to Page 218, Line 15

Page 218, Line 17 to Page 218, Line 20

Page 219, Line 4 to Page 220, Line 20

Page 220, Line 22 to Page 221, Line 5

Page 221, Line 7 to Page 221, Line 25

Page 222, Line 21 to Page 223, Line 17

Page 223, Line 19 to Page 223, Line 21

Page 223, Line 23 to Page 224, Line 6

Page 224, Line 8 to Page 225, Line 18

Page 225, Line 20 to Page 226, Line 5

Page 226, Line 7 to Page 226, Line 17

Page 228, Line 4 to Page 228, Line 12

Page 228, Line 14 to Page 228, Line 21

Page 228, Line 23 to Page 229, Line 10

Page 229, Line 12 to Page 230, Line 12

Page 230, Line 20 to Page 230, Line 21

Page 230, Line 23 to Page 232, Line 3

Page 232, Line 5 to Page 239, Line 2

Page 239, Line 12 to Page 239, Line 21

Page 239, Line 23 to Page 241, Line 11

Page 241, Line 13 to Page 241, Line 22

Page 241, Line 24 to Page 242, Line 21

Page 242, Line 23 to Page 243, Line 13

Page 243, Line 15 to Page 244, Line 14

Page 244, Line 16 to Page 245, Line 4

Page 245, Line 6 to Page 245, Line 12

Page 245, Line 14 to Page 246, Line 6

Page 246, Line 8 to Page 246, Line 18

Page 246, Line 20 to Page 247, Line 12

Page 247, Line 14 to Page 247, Line 20

Page 247, Line 22 to Page 248, Line 1

Page 248, Line 3 to Page 248, Line 18

Page 248, Line 20 to Page 249, Line 6

Page 249, Line 8 to Page 249, Line 8

Page 252, Line 17 to Page 253, Line 7

Page 253, Line 9 to Page 253, Line 16

Page 253, Line 18 to Page 253, Line 22

Page 253, Line 23 to Page 254, Line 1

Page 254, Line 3 to Page 254, Line 7

Page 254, Line 13 to Page 256, Line 10

Page 257, Line 8 to Page 258, Line 2

Page 258, Line 18 to Page 258, Line 20

Page 258, Line 22 to Page 258, Line 22

Page 259, Line 25 to Page 261, Line 22

Page 263, Line 1 to Page 265, Line 13

Page 265, Line 16 to Page 267, Line 22

**DEPOSITION OF ANTHONY LEROY WILDEN, February 20, 2007**

Oath

Page 6, Line 1 to Page 7, Line 6

Page 7, Line 8 to Page 9, Line 19

Page 10, Line 8 to Page 10, Line 9

Page 10, Line 20 to Page 10, Line 21

Page 10, Line 24 to Page 11, Line 9

Page 11, Line 22 to Page 13, Line 16

Page 13, Line 18 to Page 13, Line 23

Page 14, Line 4 to Page 14, Line 13

Page 14, Line 22 to Page 15, Line 14

Page 15, Line 19 to Page 17, Line 1

Page 17, Line 3 to Page 18, Line 16

Page 18, Line 18 to Page 19, Line 15

Page 19, Line 17 to Page 20, Line 25

Page 21, Line 2 to Page 21, Line 18

Page 21, Line 20 to Page 22, Line 25

Page 23, Line 2 to Page 23, Line 5

Page 23, Line 8 to Page 23, Line 12

Page 23, Line 14 to Page 24, Line 6

Page 24, Line 8 to Page 25, Line 9

Page 25, Line 11 to Page 26, Line 8

Page 26, Line 10 to Page 26, Line 18

Page 26, Line 20 to Page 27, Line 1

Page 27, Line 8 to Page 28, Line 17

Page 28, Line 19 to Page 29, Line 8

Page 29, Line 10 to Page 30, Line 18

Page 30, Line 22 to Page 31, Line 2

Page 31, Line 4 to Page 31, Line 16

Page 31, Line 18 to Page 32, Line 15

Page 32, Line 17 to Page 33, Line 22

Page 34, Line 7 to Page 35, Line 1

Page 35, Line 3 to Page 35, Line 8

Page 35, Line 10 to Page 35, Line 22

Page 36, Line 4 to Page 36, Line 12

Page 37, Line 4 to Page 37, Line 7

Page 37, Line 9 to Page 38, Line 22

Page 38, Line 24 to Page 39, Line 2

Page 39, Line 9 to Page 40, Line 12

Page 40, Line 14 to Page 41, Line 2

Page 42, Line 1 to Page 42, Line 7

Page 42, Line 9 to Page 42, Line 21

Page 42, Line 24 to Page 42, Line 25

Page 43, Line 3 to Page 44, Line 1

Page 44, Line 3 to Page 44, Line 15

Page 44, Line 22 to Page 46, Line 10

Page 46, Line 20 to Page 48, Line 7

Page 49, Line 2 to Page 49, Line 14

Page 49, Line 24 to Page 51, Line 25

Page 52, Line 15 to Page 53, Line 9

Page 53, Line 17 to Page 53, Line 22

Page 54, Line 16 to Page 54, Line 23

Page 55, Line 22 to Page 55, Line 25

Page 56, Line 2 to Page 56, Line 7

Page 56, Line 9 to Page 57, Line 15

Page 57, Line 17 to Page 58, Line 23

Page 59, Line 15 to Page 60, Line 6

Page 60, Line 22 to Page 61, Line 6

Page 61, Line 18 to Page 62, Line ???


Date:  June 12, 2007                    Respectfully submitted,

                                        By: _____ */s/  Vidya R. Bhakar* _____
                                        PAUL, HASTINGS, JANOFSKY & WALKER LLP
                                        Ronald S. Lemieux (ronlemieux@paulhastings.com)
                                        (CA Bar No. 120822) (Admitted Pro Hac Vice)
                                        Michael N. Edelman (michaeledelman@paulhastings.com)
                                        (CA Bar No. 180948) (Admitted Pro Hac vice)
                                        Vidya R. Bhakar (vidbhakar@paulhastings.com)
                                        (CA Bar No. 220210) (Admitted Pro Hac Vice)

Robert C. Matz (robertmatz@paulhastings.com)
(CA Bar No. 217822) (Admitted Pro Hac Vice)
Shanée Y. Williams (shaneewilliams@paulhastings.com)
(CA Bar No. 221310) (Admitted Pro Hac Vice)
Five Palo Alto Square, Sixth Floor
Palo Alto, CA  94306-2155
Telephone: (650) 320-1800
Telecopier: (650) 320-1900

IRELAND, CARROLL & KELLEY, P.C.
Otis W. Carroll, Attorney-in-Charge
State Bar No. 03895700
Deborah Race
State Bar No. 16448700
6101 South Broadway, Suite 500
Tyler, TX  75703
Telephone:  903-561-1600
Facsimile:  903-581-1071
Email:  fedserv@icklaw.com

ATTORNEYS FOR PLAINTIFF ADVANCEME, INC.

LEGAL_US_W # 56451739.1