# EXHIBIT C

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| ADVANCEME, INC. § | |
| § | |
| *Plaintiff,* § | |
| § | |
| v. § | |
| § | CAUSE NO. 6:05-CV- 424 (LED) |
| RAPIDPAY, LLC, BUSINESS CAPITAL § | |
| CORPORATION, FIRST FUNDS LLC, § | |
| MERCHANT MONEY TREE, INC., § | |
| REACH FINANCIAL, LLC and § | |
| FAST TRANSACT, INC. d/b/a § | |
| SIMPLE CASH, § | |
| § | |
| *Defendants.* § | |

### DEFENDANTS' TRIAL WITNESS LIST

Defendants First Funds, LLC, Merchant Money Tree, Inc., and Reach Financial, LLC ("Defendants"), pursuant to the Court's Docket Control Order, file this Trial Witness List for identification and categorization of trial witnesses.

Defendants' Trial Witness List includes the witnesses Defendants intend to call to testify live at trial. Any witnesses that Defendants intend to present by deposition testimony at trial are identified separately in an exhibit to the parties' Joint Pre-Trial Order, along with the page and line number of those portions of the depositions that may be offered into evidence at trial.

Defendants will call, or may call, each of the third party witnesses identified below to testify live at trial, if they are available and willing to come to trial. In the event that any of the third party witnesses identified below as a live witness is unavailable or unwilling to come to trial, Defendants plan to present that witness' testimony by deposition at trial. Defendants have, therefore, designated deposition testimony from each such third party witness, and the page and line numbers of those portions of depositions that Defendants would offer into evidence should the need arise are identified separately in the parties' Joint Pre-Trial Order.

Defendants will call, or may call, each of the below witnesses who are associated with the parties live at trial. Defendants reserve the right to call any witness designated by Plaintiff.

|   | WITNESS | (A) WILL CALL | (B) MAY CALL | (C) MAY, BUT PROBABLY WILL NOT CALL |
|---|---|---|---|---|
| 1. | Tim Litle | | √ | |
| 2. | Larry Bouchard | | √ | |
| 3. | Tom McBrearty | | √ | |
| 4. | Edward Landon | | √ | |
| 5. | Lee Suckow | | √ | |
| 6. | Tom Burnside | √ | | |
| 7. | Glenn Goldman | √ | | |
| 8. | John Konop | | √ | |
| 9. | Mel Chasen | | √ | |
| 10. | Donald Headlund | | √ | |
| 11. | Michelle Boudette | | √ | |
| 12. | Barbara Johnson | | √ | |
| 13. | Gary Johnson | | √ | |
| 14. | Les Falke | √ | | |
| 15. | Cortes DeRussy | | √ | |
| 16. | William Benedict | | √ | |
| 17. | William Jackson or Jeff Jackson | | √ | |
| 18. | Peter Bieler | | √ | |

Dated:  June 12, 2007                    Respectfully submitted,

           By :    /s/ Joseph D. Gray
              William G. Schuurman (TX State Bar No. 17855200)
              bschuurman@velaw.com
              Brian K. Buss (TX State Bar No. 00798089)
              bbuss@velaw.com
              Joseph D. Gray (TX State Bar No. 24045970)
              jgray@velaw.com
              R. Floyd Walker (TX State Bar No. 24044751)
              fwalker@velaw.com
              Graham E. Sutliff (TX State Bar No. 24046935)
              gsutliff@velaw.com
              VINSON & ELKINS L.L.P.
              2801 Via Fortuna, Suite 100
              Austin, Texas 78746
              Telephone: 512.542.8400
              Facsimile: 512.236.3476

              Hilary L. Preston
              hpreston@velaw.com
              VINSON & ELKINS L.L.P.
              666 Fifth Avenue – 26th Floor
              New York, NY 10103
              Telephone: 212.237.0000
              Facsimile: 212.237.0100

              Douglas R. McSwane, Jr. (TX State Bar No. 13861300)
              J. Matt Rowan (TX State Bar No. 24033137)
              POTTER MINTON
              A Professional Corporation
              110 N. College
              500 Plaza Tower
              Tyler, Texas 75702
              Telephone: 903.597.8311
              Facsimile: 903.593.0846
              E-mail: dougmcswane@potterminton.com

              *Counsel for Defendants First Funds LLC, Merchant*
              *Money Tree, Inc., and Reach Financial, LLC*