# EXHIBIT D

Dockets.Justia.com

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| **ADVANCEME, INC.** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | |
| | § | **CAUSE NO. 6:05-CV- 424 (LED)** |
| **RAPIDPAY, LLC, BUSINESS CAPITAL** | § | |
| **CORPORATION, FIRST FUNDS LLC,** | § | |
| **MERCHANT MONEY TREE, INC.,** | § | |
| **REACH FINANCIAL, LLC and** | § | |
| **FAST TRANSACT, INC. d/b/a** | § | |
| **SIMPLE CASH,** | § | |
| | § | |
| *Defendants.* | § | |

**DEFENDANTS' AFFIRMATIVE DEPOSITION DESIGNATIONS**

Defendants First Funds, LLC, Merchant Money Tree, Inc., and Reach Financial, LLC ("Defendants") hereby submit their affirmative deposition designations.

Defendants reserve the right to amend and/or supplement their affirmative designations, depending on the manner and order in which Plaintiff's proof is presented at trial. Some of the deposition testimony designated below may better serve as counter-designations to affirmative deposition offers filed by Plaintiff. Defendants, therefore, reserve the right to re-designate any of their affirmative offers listed below as counter-designations to Plaintiff's affirmative offers. Defendants also reserve the right to make additional counter-designations to Plaintiff's affirmative offers. Defendants further reserve the right to de-designate any of their affirmative offers listed below and not offer such testimony either as an affirmative offer or as a counter-designation at trial.

## INDEX TO DEPOSITION DESIGNATIONS

1.    ALLEN ABBOTT

2.    JAMES R. ALEXANDER

3.    LAURENT F. BOUCHARD

4.    MICHELLE BOUDETTE

5.    JOHN RANDALL BOURNE

6.    JENNIFER CARTER

7.    RUTH ELASRI

8.    LES FALKE

9.    JEANNETTE MAY GEPFORD

10.   CLIFFORD HARDWICK

11.   BARBARA S. JOHNSON

12.   GARY JOHNSON

13.   JOHN KONOP

14.   EDWARD W. LANDON

15.   THOMAS J. LITLE, IV

16.   NICK LOGAN

17.   DANIEL LOTT

18.   ANTHONY MALEY

19.   TOM MCBREARTY

20.   WILLIAM MORGENSTEIN

21.   ADAM SECHER

22.   GERETTE SORWELL

23.   LEE SUCKOW

24.   ANTHONY WILDEN

## DEPOSITION OF ALLEN ABBOTT

**Cause No. 6:05-CV-424:** *Advanceme, Inc. v. Rapidpay, LLC, et al*; **In the U.S. District Court; Eastern District of Texas; Tyler Division – January 11, 2007**

| Page/Line |
| --- |
| 5:17-22 |
| 9:25-10:7 |
| 10:11-23 |
| 11:11-24 |
| 12:8-19 |
| 21:23-24:4 |
| 25:6-27:6 |
| 28:2-14 |
| 28:20-29:16 |
| 30:11-24 |
| 31:2-9 |
| 31:25-32:10 |
| 32:24-33:16 |
| 33:20-22 |
| 34:25-35:13 |
| 36:12-38:13 |
| 38:15-39:5 |
| 39:9-24 |
| 40:7-41:23 |
| 42:7-16 |

| DEPOSITION OF ALLEN ABBOTT |
|---|
| **Cause No. 6:05-CV-424:** *Advanceme, Inc. v. Rapidpay, LLC, et al*; In the U.S. District Court; Eastern District of Texas; Tyler Division – January 11, 2007 |
| **Page/Line** |
| 62:3-17 |
| 62:19-63:11 |
| 63:16-20 |
| 63:24-64:18 |
| 65:19-66:7 |
| 66:14-22 |
| 67:7-68:8 |
| 70:5-15 |
| 71:6-11 |
| 72:9-16 |
| 72:20-23 |
| 73:6-13 |
| 73:18-75:11 |
| 81:8-82:6 |
| 84:13-85:5 |
| 85:19-86:3 |
| 87:1-89:22 |
| 89:24-90:4 |
| 92:4-18 |
| 92:20 |
| 93:3-94:7 |

| DEPOSITION OF ALLEN ABBOTT |
| --- |
| **Cause No. 6:05-CV-424:** *Advanceme, Inc. v. Rapidpay, LLC, et al*; In the U.S. District Court; Eastern District of Texas; Tyler Division – January 11, 2007 |
| **Page/Line** |
| 94:9-95:6 |
| 95:8 |

837253_1.DOC

| DEPOSITION OF JAMES R. ALEXANDER |
|---|
| **Cause No. 6:05-CV-424:** *Advanceme, Inc. v. Rapidpay, LLC, et al*; In the U.S. District Court; Eastern District of Texas; Tyler Division – March 9, 2007 |
| **Page/Line** |
| 6:9-10 |
| 8:19-9:7 |
| 10:2-12 |
| 12:15-13:4 |
| 13:11-16 |
| 13:20-14:6 |
| 15:2-11 |
| 27:16-21 |
| 28:19-31:21 |
| 34:11-35:4 |
| 37:2-38:3 |

- 1 -

## DEPOSITION OF LAURENT F. BOUCHARD

**Cause No. 6:05-CV-424:** *Advanceme, Inc. v. Rapidpay, LLC, et al*; **In the U.S. District Court; Eastern District of Texas; Tyler Division – January 31, 2007**

| Page/Line |
|---|
| 7:3-7 |
| 8:10-12 |
| 10:9-11:8 |
| 11:11-14:8 |
| 16:16-17:2 |
| 17:5-19 |
| 18:2-5 |
| 18:8-23 |
| 19:2-20:21 |
| 22:18-19 |
| 22:21-25:12 |
| 26:3-29:15 |
| 29:18-32:20 |
| 32:22 |
| 32:24-33:4 |
| 33:6-34:5 |
| 34:7-35:14 |
| 35:17-22 |
| 35:24-36:4 |
| 36:7-12 |
| 36:14-37:5 |

| **DEPOSITION OF LAURENT F. BOUCHARD** |
|:---:|
| **Cause No. 6:05-CV-424:** *Advanceme, Inc. v. Rapidpay, LLC, et al*; **In the U.S. District Court; Eastern District of Texas; Tyler Division – January 31, 2007** |
| **Page/Line** |
| 37:7-41:1 |
| 41:4-46:1 |
| 46:3-14 |
| 46:16 |
| 46:24-47:3 |
| 47:6-50:12 |
| 51:8-15 |
| 51:17-55:23 |
| 56:1-57:7 |
| 57:11-59:16 |
| 62:10-64:24 |
| 65:2-9 |
| 67:18-72:11 |
| 72:14-20 |
| 73:23-74:18 |
| 74:20-77:5 |
| 77:23-78:19 |
| 78:21-79:9 |
| 79:11-16 |
| 80:24-82:23 |
| 83:2-89:12 |

| DEPOSITION OF LAURENT F. BOUCHARD |
|---|
| **Cause No. 6:05-CV-424:** *Advanceme, Inc. v. Rapidpay, LLC, et al*; In the U.S. District Court; Eastern District of Texas; Tyler Division – January 31, 2007 |
| **Page/Line** |
| 89:15-92:14 |
| 92:17-98:1 |
| 100:21-24 |
| 101:3-20 |
| 104:9-121:4 |
| 125:13-127:19 |
| 128:19-131:2 |
| 132:24-136:23 |

| DEPOSITION OF MICHELLE BOUDETTE |
|---|
| **Cause No. 6:05-CV-424:** *Advanceme, Inc. v. Rapidpay, LLC, et al*; **In the U.S. District Court; Eastern District of Texas; Tyler Division – February 16, 2007** |
| **Page/Line** |
| 5:17-13:24 |
| 14:4-13 |
| 16:4-17:10 |
| 17:16-18:2 |
| 18:15-20:8 |
| 20:20-22:10 |
| 22:19-24 |
| 23:13-24:1 |
| 24:3-25:19 |
| 25:21-28:5 |
| 30:14-32:10 |
| 33:1-36:17 |
| 36:19-20 |
| 36:22-39:1 |
| 39:17-40:16 |
| 41:11-21 |
| 42:6-22 |
| 46:2-3 |
| 46:22-47:5 |
| 49:13-54:21 |
| 54:24-58:4 |

| **DEPOSITION OF MICHELLE BOUDETTE** |
|:---:|
| **Cause No. 6:05-CV-424:** *Advanceme, Inc. v. Rapidpay, LLC, et al*; In the U.S. District Court; Eastern District of Texas; Tyler Division – February 16, 2007 |
| **Page/Line** |
| 61:4-16 |
| 65:14-67:13 |
| 68:9-73:15 |
| 75:20-78:22 |
| 80:4-81:1 |
| 85:12-90:10 |
| 94:8-95:15 |
| 99:15-20 |
| 102:4-103:5 |
| 105:22-106:8 |

### DEPOSITION OF JOHN RANDALL BOURNE

**Cause No. 6:05-CV-424:** *Advanceme, Inc. v. Rapidpay, LLC, et al*; **In the U.S. District Court; Eastern District of Texas; Tyler Division – January 26, 2007**

| Page/Line |
|:---:|
| 5:16-18 |
| 11:2-12:9 |
| 12:13-19 |
| 13:7-22 |
| 14:18-22 |
| 15:20-23 |
| 19:11-20:4 |
| 20:6-22 |
| 21:21-25 |
| 22:3-23:18 |
| 23:20-28:19 |
| 28:23-31:9 |
| 31:21-23 |
| 31:25-32:6 |
| 32:12-33:20 |
| 33:25-34:8 |
| 35:1-7 |
| 38:3-25 |
| 39:2-41:8 |
| 41:14-22 |
| 42:3-43:7 |

837253_1.DOC

| DEPOSITION OF JOHN RANDALL BOURNE |
|---|
| **Cause No. 6:05-CV-424:** *Advanceme, Inc. v. Rapidpay, LLC, et al*; In the U.S. District Court; Eastern District of Texas; Tyler Division – January 26, 2007 |

| Page/Line |
|---|
| 43:9-44:22 |
| 45:5-46:9 |
| 48:24-49:21 |
| 49:23 |
| 50:7-22 |
| 51:12-15 |
| 52:5-20 |
| 52:22-24 |
| 53:11-23 |
| 53:25-55:19 |
| 57:18-58:7 |
| 58:9-59:2 |
| 60:19-63:8 |
| 63:16-64:16 |
| 64:18-65:2 |
| 65:4-6 |
| 72:14-24 |
| 73:11-18 |
| 74:18-76:5 |
| 76:8-9 |
| 76:13-25 |

- 2 -

| DEPOSITION OF JOHN RANDALL BOURNE |
|---|
| **Cause No. 6:05-CV-424:** *Advanceme, Inc. v. Rapidpay, LLC, et al*; In the U.S. District Court; Eastern District of Texas; Tyler Division – January 26, 2007 |

| Page/Line |
|---|
| 77:13-78:22 |
| 78:24-79:12 |
| 79:14-17 |
| 79:19-22 |
| 80:7-81:3 |
| 81:5-7 |
| 82:18-84:22 |
| 84:24 |
| 85:7-24 |
| 86:1-87:3 |
| 87:5-11 |
| 88:2-89:9 |
| 91:2-93:2 |
| 93:18-22 |
| 94:8-13 |
| 95:2-10 |
| 95:23-96:14 |
| 96:18-97:16 |

### DEPOSITION OF JENNIFER CARTER

**Cause No. 6:05-CV-424:** *Advanceme, Inc. v. Rapidpay, LLC, et al*; **In the U.S. District Court; Eastern District of Texas; Tyler Division – February 27, 2007**

| Page/Line |
|---|
| 5:15-6:12 |
| 8:13-9:16 |
| 24:16-25:17 |
| 26:3-27:3 |
| 28:3-30:18 |
| 33:3-34:3 |
| 34:7-35:10 |
| 37:3-38:16 |
| 38:10-16 |
| 38:22-39:9 |
| 40:15-41:7 |
| 42:4-45:8 |
| 50.11-51:5 |
| 53:3-20 |
| 54:24-55:11 |

| DEPOSITION OF RUTH ELASRI |
|---|
| **Cause No. 6:05-CV-424:** *Advanceme, Inc. v. Rapidpay, LLC, et al*; In the U.S. District Court; Eastern District of Texas; Tyler Division – February 22, 2007 |

| Page/Line |
|---|
| 16:2-12 |
| 18:10-15 |
| 19:19-24 |
| 22:10-25 |
| 38:9-39:23 |
| 49:10-50:15 |
| 62:3-64:10 |
| 65:24-66:5 |
| 67:5-72:18 |
| 73:3-19 |
| 75:12-76:2 |
| 77:9-20 |
| 78:25-79:5 |
| 79:12-80:9 |
| 81:16-25 |
| 84:23-88:16 |
| 90:21-91:8 |
| 92:11-94:20 |
| 98:1-99:2 |
| 100:8-18 |
| 101:9-106:3 |

| DEPOSITION OF RUTH ELASRI |
|---|
| **Cause No. 6:05-CV-424:** *Advanceme, Inc. v. Rapidpay, LLC, et al*; **In the U.S. District Court; Eastern District of Texas; Tyler Division – February 22, 2007** |
| **Page/Line** |
| 106:14-107:2 |
| 107:4-18 |
| 110:10-111:8 |
| 120:21-24 |

| DEPOSITION OF LES FALKE |
|---|
| **Cause No. 6:05-CV-424:** *Advanceme, Inc. v. Rapidpay, LLC, et al*; **In the U.S. District Court; Eastern District of Texas; Tyler Division – March 2, 2007** |
| **Page/Line** |
| 5:6-156:5 |

| DEPOSITION OF JEANNETTE MAY GEPFORD |
|:---:|
| **Cause No. 6:05-CV-424:** *Advanceme, Inc. v. Rapidpay, LLC, et al*; In the U.S. District Court; Eastern District of Texas; Tyler Division – February 15, 2007 |
| **Page/Line** |
| 4:11-16 |
| 4:23-10:5 |
| 10:17-26:17 |
| 28:14-44:5 |
| 46:10-47:13 |
| 48:3-49:23 |
| 52:22-54:3 |
| 63:5-74:16 |
| 95:14-96:23 |

- 1 -

| DEPOSITION OF CLIFFORD CHARLES HARDWICK |
|---|
| Cause No. 6:05-CV-424: *Advanceme, Inc. v. Rapidpay, LLC, et al*; In the U.S. District Court; Eastern District of Texas; Tyler Division – February 7, 2007 |
| Page/Line |
| 5:8-24:6 |
| 25:12-69:3 |
| 71:9-72:16 |
| 75:9-112:8 |
| 122:1-123:24 |

## DEPOSITION OF BARBARA S. JOHNSON

**Cause No. 6:05-CV-424:** *Advanceme, Inc. v. Rapidpay, LLC, et al*; In the U.S. District Court; Eastern District of Texas; Tyler Division – June 28, 2006

| Page/Line |
|:---:|
| 9:14-17 |
| 10:3-12 |
| 11:7-15 |
| 13:20-21 |
| 14:2-15:21 |
| 17:8-23 |
| 18:16-20:14 |
| 21:14-26:25 |
| 33:4-23 |
| 36:23-37:3 |
| 37:11-38:7 |
| 74:18-81:24 |
| 84:8-99:3 |
| 102:5-115:14 |
| 117:14-118:12 |
| 120:5-144:7 |
| 157:20-158:20 |
| 165:3-183:23 |
| 191:4-214:8 |
| 217:2-233:22 |
| 235:3-239:4 |

- 1 -

| DEPOSITION OF BARBARA S. JOHNSON |
| :--- |
| **Cause No. 6:05-CV-424:** *Advanceme, Inc. v. Rapidpay, LLC, et al*; In the U.S. District Court; Eastern District of Texas; Tyler Division – June 28, 2006 |
| **Page/Line** |
| 258:18-259:11 |
| 264:11-271:12 |
| 276:15-277:4 |
| 280:17-281:18 |

| **DEPOSITION OF GARY JOHNSON** |
|:---:|
| **Cause No. 6:05-CV-424:** *Advanceme, Inc. v. Rapidpay, LLC, et al*; **In the U.S. District Court; Eastern District of Texas; Tyler Division – February 23, 2007** |
| **Page/Line** |
| 4:13-39:7 |
| 41:5-43:24 |
| 47:22-56:10 |
| 56:23-72:15 |

- 1 -

| DEPOSITION OF JOHN KONOP |
|---|

**Cause No. 6:05-CV-424:** *Advanceme, Inc. v. Rapidpay, LLC, et al*; **In the U.S. District Court; Eastern District of Texas; Tyler Division – February 8, 2007**

| Page/Line |
|---|
| 15:16-18:2 |
| 18:22-30:4 |
| 30:21-31:23 |
| 32:24-33:25 |
| 34:8-36:6 |
| 36:20-37:20 |
| 38:4-39:1 |
| 40:2-41:2 |
| 42:23-43:7 |
| 43:10-44:16 |
| 47:10-19 |
| 48:1-49:5 |
| 50:13-54:13 |
| 55:5-23 |
| 56:15-22 |
| 58:5-59:10 |
| 59:16-60:19 |
| 61:6-62:7 |
| 63:19-67:20 |
| 79:12-80:19 |
| 82:7-83:3 |

| DEPOSITION OF JOHN KONOP |
|:---:|
| **Cause No. 6:05-CV-424:** *Advanceme, Inc. v. Rapidpay, LLC, et al*; In the U.S. District Court; Eastern District of Texas; Tyler Division – February 8, 2007 |

| Page/Line |
|:---:|
| 88:21-92:3 |
| 93:25-94:4 |
| 94:20-95:7 |
| 96:18-97:15 |
| 100:23-102:8 |
| 102:24-103:20 |
| 104:8-25 |
| 107:7-17 |
| 107:25-108:19 |
| 109:1-110:19 |
| 111:14-114:18 |
| 115:23-118:19 |
| 119:6-12 |
| 121:10-123:21 |
| 124:10-128:15 |
| 129:19-130:3 |
| 131:24-132:16 |
| 134:20-136:16 |
| 138:14-141:6 |
| 146:8-149:9 |
| 150:1-25 |

- 2 -

| DEPOSITION OF JOHN KONOP |
|---|
| **Cause No. 6:05-CV-424:** *Advanceme, Inc. v. Rapidpay, LLC, et al*; In the U.S. District Court; Eastern District of Texas; Tyler Division – February 8, 2007 |
| **Page/Line** |
| 152:3-153:6 |
| 154:1-155:17 |
| 158:23-161:12 |
| 162:1-21 |
| 163:24-166:17 |
| 167:13-168:25 |
| 170:4-173:2 |
| 176:19-178:8 |
| 182:9-183:15 |
| 184:2-11 |
| 185:11-189:25 |
| 191:18-194:12 |
| 194:23-195:6 |
| 203:21-205:4 |
| 207:7-214:25 |
| 215:22-217:14 |
| 231:18-232:12 |
| 234:23-237:8 |
| 262:8-263:5 |
| 267:10-24 |
| 298:16-299:3 |

- 3 -

| **DEPOSITION OF JOHN KONOP** |
|---|
| **Cause No. 6:05-CV-424:** *Advanceme, Inc. v. Rapidpay, LLC, et al*; **In the U.S. District Court; Eastern District of Texas; Tyler Division – February 8, 2007** |
| **Page/Line** |
| 317:19-320:21 |
| 322:20-324:11 |
| 324:23-326:21 |
| 328:23-329:13 |
| 330:22-331:8 |

| DEPOSITION OF EDWARD W. LANDON |
|---|
| **Cause No. 6:05-CV-424:** *Advanceme, Inc. v. Rapidpay, LLC, et al*; In the U.S. District Court; Eastern District of Texas; Tyler Division – February 14, 2007 |
| **Page/Line** |
| 5:7-8 |
| 5:19-18:23 |
| 19:13-44:2 |
| 44:10-50:22 |
| 55:20-56:1 |
| 68:19-69:23 |
| 70:23-71:7 |

## DEPOSITION OF THOMAS J. LITLE, IV

**Cause No. 6:05-CV-424:** *Advanceme, Inc. v. Rapidpay, LLC, et al*; In the U.S. District Court; Eastern District of Texas; Tyler Division – September 6, 2006

| Page/Line |
|---|
| 8:18-23 |
| 10:13-11:17 |
| 11:24-13:15 |
| 14:4-11 |
| 22:7-8 |
| 22:13-27:25 |
| 28:13-19 |
| 28:22-34:8 |
| 35:13-36:7 |
| 36:16-37:9 |
| 38:9-39:10 |
| 42:1-44:24 |
| 45:24-46:3 |
| 46:7-49:15 |
| 49:25-55:3 |
| 55:9-56:19 |
| 56:21-57:3 |
| 57:9-63:2 |
| 65:8-66:10 |
| 66:22-67:18 |
| 67:21-22 |

| DEPOSITION OF THOMAS J. LITLE, IV |
|---|
| **Cause No. 6:05-CV-424:** *Advanceme, Inc. v. Rapidpay, LLC, et al*; In the U.S. District Court; Eastern District of Texas; Tyler Division – September 6, 2006 |

| Page/Line |
|---|
| 67:25-70:9 |
| 70:14-72:17 |
| 72:21-73:13 |
| 73:16-74:3 |
| 74:12-75:5 |
| 75:8-76:16 |
| 76:19-82:9 |
| 82:12-83:2 |
| 83:7-13 |
| 83:16-88:24 |
| 89:1-92:20 |
| 93:3-99:1 |
| 99:3-14 |
| 99:17-110:11 |
| 110:13-113:10 |
| 113:23-114:4 |
| 114:11-22 |
| 114:24-115:25 |
| 152:1-16 |
| 152:19-21 |
| 152:23-155:18 |

| DEPOSITION OF THOMAS J. LITLE, IV |
|---|
| **Cause No. 6:05-CV-424:** *Advanceme, Inc. v. Rapidpay, LLC, et al*; **In the U.S. District Court; Eastern District of Texas; Tyler Division – September 6, 2006** |
| **Page/Line** |
| 155:21-24 |
| 156:4-158:9 |
| 289:15-290:3 |
| 290:6-11 |
| 290:15 |

| DEPOSITION OF NICK LOGAN |
|---|
| **Cause No. 6:05-CV-424:** *Advanceme, Inc. v. Rapidpay, LLC, et al*; In the U.S. District Court; Eastern District of Texas; Tyler Division – March 1, 2007 |
| **Page/Line** |
| 6:11-55:7 |
| 56:26-62:12 |
| 74:10-75:16 |

- 1 -

| **DEPOSITION OF DANIEL LOTT** |
|---|
| **Cause No. 6:05-CV-424:** *Advanceme, Inc. v. Rapidpay, LLC, et al*; In the U.S. District Court; Eastern District of Texas; Tyler Division – February 26, 2007 |

| Page/Line |
|---|
| 6:17-7:3 |
| 11:15-19 |
| 19:12-21:13 |
| 23:21-25:14 |
| 25:17-26:5 |
| 30:13-32:13 |
| 35:18-36:7 |
| 47:21-48:17 |
| 71:3-15 |
| 73:17-75:5 |
| 81:1-9 |
| 83:17-84:7 |
| 88:20-89:23 |
| 89:5-23 |
| 90:19-91:22 |
| 92:9-94:3 |
| 101:19-103:18 |
| 104:10-18 |
| 105:7-106:16 |
| 115:9-17 |

## DEPOSITION OF ANTHONY MALEY

**Cause No. 6:05-CV-424:** *Advanceme, Inc. v. Rapidpay, LLC, et al*; In the U.S. District Court; Eastern District of Texas; Tyler Division – February 28, 2007

| Page/Line |
|---|
| 6:17-23 |
| 11:7-13:25 |
| 15:25-18:3 |
| 24:1-8 |
| 27:2-27:20 |
| 28:18-30:18 |
| 33:21-34:3 |
| 39:18-40:6 |
| 47:8-50:12 |
| 50:19-52:17 |
| 52:23-53:15 |
| 55:18-57:5 |
| 57:17-59:14 |
| 59:24-60:20 |
| 61:22-62:8 |
| 62:14-64:11 |
| 66:1-8 |
| 66:24-67:9 |

| DEPOSITION OF TOM MCBREARTY |
|:---:|
| **Cause No. 6:05-CV-424:** *Advanceme, Inc. v. Rapidpay, LLC, et al*; In the U.S. District Court; Eastern District of Texas; Tyler Division – February 13, 2007 |
| **Page/Line** |
| 5:23-8:21 |
| 10:7-19 |
| 15:23-18:24 |
| 19:4-22:23 |
| 24:12-28:6 |
| 28:17-33:3 |
| 35:9-36:1 |
| 36:18-43:19 |
| 44:12-46:18 |
| 48:7-19 |
| 49:5-25 |
| 51:21-58:21 |
| 59:12-69:6 |
| 75:25-78:4 |
| 78:14-83:5 |
| 93:3-16 |
| 94:17-25 |
| 95:15-96:16 |
| 102:2-10 |
| 103:3-107:5 |
| 113:25-114:3 |

- 1 -

| **DEPOSITION OF TOM MCBREARTY** |
|---|
| **Cause No. 6:05-CV-424:** *Advanceme, Inc. v. Rapidpay, LLC, et al*; In the U.S. District Court; Eastern District of Texas; Tyler Division – February 13, 2007 |
| **Page/Line** |
| 117:1-120:11 |
| 122:7-123:6 |

- 2 -

| **DEPOSITION OF WILLIAM MORGENSTEIN** |
|---|
| **Cause No. 6:05-CV-424:** *Advanceme, Inc. v. Rapidpay, LLC, et al*; In the U.S. District Court; Eastern District of Texas; Tyler Division – February 20, 2007 |

| Page/Line |
|---|
| 7:25-11:21 |
| 13:2-14:25 |
| 15:13-18:18 |
| 18:22-20:16 |
| 21:24-22:18 |
| 24:13-36:1 |
| 36:21-38:5 |
| 38:17-40:18 |
| 43:10-44:17 |
| 45:25-46:11 |
| 46:21-52:21 |
| 53:7-9 |
| 54:25-55:6 |
| 57:15-23 |
| 59:8-61:18 |
| 64:2-4 |
| 65:11-13 |
| 67:13-68:6 |
| 79:22-80:6 |
| 85:14-86:10 |
| 94:3-9 |

- 1 -

| DEPOSITION OF WILLIAM MORGENSTEIN |
|---|
| **Cause No. 6:05-CV-424:** *Advanceme, Inc. v. Rapidpay, LLC, et al*; In the U.S. District Court; Eastern District of Texas; Tyler Division – February 20, 2007 |
| **Page/Line** |
| 95:14-98:12 |
| 99:6-14 |

## DEPOSITION OF ADAM SECHER

**Cause No. 6:05-CV-424:** *Advanceme, Inc. v. Rapidpay, LLC, et al*; In the U.S. District Court; Eastern District of Texas; Tyler Division – January 30, 2007

| Page/Line | |
|:---:|---|
| 7:13-21 | |
| 8:8-10:1 | |
| 11:22-12:5 | |
| 13:10-19:20 | |
| 25:19-23 | |
| 27:6-19 | |
| 31:9-32:17 | |
| 35:4-36:6 | |
| 37:3-7 | |
| 40:20-41:9 | |
| 47:4-24 | |
| 49:6-18 | |
| 51:5-20 | |
| 55:2-56:23 | |
| 59:2-60:11 | |
| 64:13-65:6 | |

| DEPOSITION OF GERETTE SORWELL |
|:---:|
| **Cause No. 6:05-CV-424:** *Advanceme, Inc. v. Rapidpay, LLC, et al*; In the U.S. District Court; Eastern District of Texas; Tyler Division – February 14, 2007 |
| **Page/Line** |
| 5:7-10 |
| 6:8-11:6 |
| 13:15-16:21 |
| 17:10-28:24 |
| 30:10-31:24 |
| 33:14-35:19 |
| 36:16-43:18 |
| 45:1-47:7 |
| 47:17-51:4 |
| 58:17-61:2 |

- 1 -

| DEPOSITION OF LEE SUCKOW |
|---|
| **Cause No. 6:05-CV-424:** *Advanceme, Inc. v. Rapidpay, LLC, et al*; **In the U.S. District Court; Eastern District of Texas; Tyler Division – October 4, 2006** |
| **Page/Line** |
| 5:18-63:3 |
| 68:22-69:2 |
| 69:22-71:5 |
| 74:12-82:15 |
| 83:3-88:22 |
| 102:1-105:2 |
| 134:3-139:10 |

| DEPOSITION OF ANTHONY WILDEN |
|---|
| **Cause No. 6:05-CV-424:** *Advanceme, Inc. v. Rapidpay, LLC, et al*; In the U.S. District Court; Eastern District of Texas; Tyler Division – February 20, 2007 |
| **Page/Line** |
| 8:18-9:16 |
| 11:13-21 |
| 14:22-16:13 |
| 17:14-18:13 |
| 20:13-25 |
| 23:8-9 |
| 25:18-26:1 |
| 32:22-33:22 |
| 36:4-37:3 |
| 38:1-6 |
| 39:17-40:10 |
| 41:8-42:23 |
| 47:5-17 |
| 48:11-20 |
| 51:5-25 |
| 52:8-54:8 |
| 54:20-55:10 |
| 56:10-16 |
| 58:15-23 |
| 59:16-21 |
| 60:22-61:11 |

Dated:  June 12, 2007                    Respectfully submitted,

                          By :    /s/ Joseph D. Gray
                                 William G. Schuurman (TX State Bar No. 17855200)
                                 bschuurman@velaw.com
                                 Brian K. Buss (TX State Bar No. 00798089)
                                 bbuss@velaw.com
                                 Joseph D. Gray (TX State Bar No. 24045970)
                                 jgray@velaw.com
                                 R. Floyd Walker (TX State Bar No. 24044751)
                                 fwalker@velaw.com
                                 Graham E. Sutliff (TX State Bar No. 24046935)
                                 gsutliff@velaw.com
                                 VINSON & ELKINS L.L.P.
                                 2801 Via Fortuna, Suite 100
                                 Austin, Texas 78746
                                 Telephone: 512.542.8400
                                 Facsimile: 512.236.3476

                                 Hilary L. Preston
                                 hpreston@velaw.com
                                 VINSON & ELKINS L.L.P.
                                 666 Fifth Avenue – 26th Floor
                                 New York, NY 10103
                                 Telephone: 212.237.0000
                                 Facsimile: 212.237.0100

                                 Douglas R. McSwane, Jr. (TX State Bar No. 13861300)
                                 J. Matt Rowan (TX State Bar No. 24033137)
                                 POTTER MINTON
                                 A Professional Corporation
                                 110 N. College
                                 500 Plaza Tower
                                 Tyler, Texas 75702
                                 Telephone: 903.597.8311
                                 Facsimile: 903.593.0846
                                 E-mail: dougmcswane@potterminton.com

                                 *Counsel for Defendants First Funds LLC, Merchant*
                                 *Money Tree, Inc., and Reach Financial, LLC*