IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| ADVANCEME, INC.,<br><br>　　　　Plaintiff,<br><br>v.<br><br>RAPIDPAY LLC, FIRST FUNDS LLC, MERCHANT MONEY TREE, INC., REACH FINANCIAL, LLC, and FAST TRANSACT, INC. d/b/a SIMPLE CASH,<br><br>　　　　Defendants. | CASE NO. 6:05-CV-424 (LED – JDL) |
| ADVANCEME, INC.,<br><br>　　　　Plaintiff,<br><br>v.<br><br>AMERIMERCHANT, LLC,<br><br>　　　　Defendant. | CASE NO. 6:06-CV-082 (LED – JDL)<br><br>JURY TRIAL DEMANDED |

**ORDER GRANTING CONSENT MOTION FOR EXTENSION OF TIME
TO FILE REPLY BRIEFS FOR DOCKET ENTRIES 262 AND 264]**

　　CAME ON FOR CONSIDERATION Plaintiff and Defendants' Consent Motion for an Extension of Time to File Reply Briefs for Docket Entries 262 and 264. The Court finds that there is good cause for granting an extension of time to file reply briefs regarding docket entries 262 and 264.

　　/ / /

　　/ / /

IT IS, THEREFORE, ORDERED that Plaintiff and Defendants' Consent Motion for an Extension of Time to File Reply Briefs for Docket Entries 262 and 264 be GRANTED and that the briefing schedule be altered as follows:

Plaintiff's Reply regarding Docket Entry 262 is due on Monday, June 18, 2007.

Defendant's Reply regarding Docket Entry 264 is due on Monday, June 18, 2007.

)