# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| ADVANCEME, INC., | § | CASE NO. 6:05-CV-424 (LED – JDL) |
| Plaintiff, | § | |
| v. | § | |
| RAPIDPAY LLC, FIRST FUNDS LLC, MERCHANT MONEY TREE, INC., REACH FINANCIAL, LLC, and FAST TRANSACT, INC. d/b/a SIMPLE CASH, | § | |
| Defendants. | § | |
| ADVANCEME, INC., | § | CASE NO. 6:06-CV-082 (LED – JDL) |
| Plaintiff, | § | |
| v. | § | JURY TRIAL DEMANDED |
| AMERIMERCHANT, LLC, | § | |
| Defendant. | § | |

## ORDER GRANTING CONSENT MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEFS FOR DOCKET ENTRIES 262 AND 264]

CAME ON FOR CONSIDERATION Plaintiff and Defendants' Consent Motion for an Extension of Time to File Reply Briefs for Docket Entries 262 and 264. The Court finds that there is good cause for granting an extension of time to file reply briefs regarding docket entries 262 and 264.

/ / /

/ / /

IT IS, THEREFORE, ORDERED that Plaintiff and Defendants' Consent Motion for an Extension of Time to File Reply Briefs for Docket Entries 262 and 264 be GRANTED and that the briefing schedule be altered as follows:

Plaintiff's Reply regarding Docket Entry 262 is due on Monday, June 18, 2007.

Defendant's Reply regarding Docket Entry 264 is due on Monday, June 18, 2007.

**So ORDERED and SIGNED this 14th day of June, 2007.**

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE

)