# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF TEXAS

## TYLER DIVISION

| | | |
|---|---|---|
| ADVANCEME, INC., | § | CASE NO. 6:05-CV-424 LED–JDL |
|     Plaintiff, | § § § | |
| v. | § § | |
| RAPIDPAY LLC, FIRST FUNDS LLC, MERCHANT MONEY TREE, INC., REACH FINANCIAL, LLC, and FAST TRANSACT, INC. d/b/a SIMPLE CASH, | § § § § § | |
|     Defendants. | § § § | |
| ADVANCEME, INC., | § § | CASE NO. 6:06-CV-082 LED–JDL |
|     Plaintiff, | § § | |
| v. | § § | JURY TRIAL DEMANDED |
| AMERIMERCHANT, LLC, | § § | |
|     Defendant. | § § | |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE A SEALED REPLY IN SUPPORT OF ITS SEALED MOTION FOR SANCTIONS IN EXCESS OF PAGE LIMIT**

CAME ON FOR CONSIDERATION Plaintiff's Unopposed Motion for Leave To File a Sealed Reply in Support of Its Sealed Motion for Sanctions in Excess of Page Limit. The Court is of the opinion that the motion is well taken and should be granted.

1

IT IS, THEREFORE, ORDERED Plaintiff's Unopposed Motion for Leave To File a Sealed Reply in Support of Its Sealed Motion for Sanctions in Excess of Page Limit be GRANTED.