# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

|  |  |  |
|---|---|---|
| **ADVANCEME, INC.,** | § | **CASE NO. 6:05-CV-424 (LED – JDL)** |
|  | § |  |
| **Plaintiff,** | § |  |
|  | § |  |
| **v.** | § |  |
|  | § |  |
| **RAPIDPAY LLC, FIRST FUNDS LLC,** | § |  |
| **MERCHANT MONEY TREE, INC.,** | § |  |
| **REACH FINANCIAL, LLC, and FAST** | § |  |
| **TRANSACT, INC. d/b/a SIMPLE CASH,** | § |  |
|  | § |  |
| **Defendants.** | § |  |
|  | § |  |

---

## PLAINTIFF ADVANCEME, INC.'S REBUTTAL DESIGNATIONS
## OF DEPOSITION TESTIMONY

---

## ADVANCEME, INC.'S REBUTTAL DESIGNATIONS OF DEPOSITION

## TESTIMONY IT MAY USE AT TRIAL

Plaintiff AdvanceMe, Inc. hereby designates the following portions of deposition testimony it may use for rebuttal purposes at trial:

### DEPOSITION OF ALLEN ABBOTT, January 11, 2007

| | |
|---|---|
| 11:11-11:24 | 62:19-63:15 |
| 12:11-12:19 | 64:23-65:18 |
| 15:7-15:19 | 67:10-68:19 |
| 18:20-21:22 | 73:6-73:25 |
| 22:2-22:15 | 74:2-74:3 |
| 23:2-23:15 | 74:5 |
| 30:20-30:24 | 74:9-79:9 |
| 31:2-31:14 | 86:19-86:24 |
| 31:25-32:23 | 89:23 |
| 33:11-33:22 | 91:13-91:18 |
| 34:25-35:13 | 92:19 |
| 35:17-35:21 | 94:10-95:19 |
| 35:23-36:8 | |
| 36:10-36:11 | |
| 42:7-42:19 | |
| 43:19-44:4 | |
| 44:6-47:13 | |
| 47:15-47:25 | |
| 48:2-49:22 | |
| 49:24-50:3 | |
| 50:5 | |
| 50:19-51:11 | |
| 51:12-56:3 | |
| 56:11-58:18 | |
| 62:3-62:17 | |

## DEPOSITION OF JAMES R. ALEXANDER, March 3, 2007

10:2-10:12

11:2-12:20

13:17-13:19

14:13-14:20

15:12-16:4

16:12-16:23

27:22-28:11

31:5-31:8

33:8-33:23

35:5-35:19

38:24-40:6

## DEPOSITION OF WILLIAM J. BENEDICT, JR., February 8, 2007

40:25-42:3

43:15-43:18

43:23-45:10

61:9-62:25

63:4-63:8

69:16-70:15

110:21-110:24

114:21-115:10

115:19-116:7

143:15-143:17

188:8-190:17

203:20-203:22

204:5-204:8

204:19-204:21

205:12-205:14

## DEPOSITION OF LAURENT F. BOUCHARD, January 21, 2007

| | |
|---|---|
| 10:13-10:18 | 78:20 |
| 11:9 | 82:24-83:1 |
| 17:3 | 89:14 |
| 18:6 | 92:15-92:16 |
| 18:24-19:1 | 101:1 |
| 21:4-22:16 | 107:5-107:8 |
| 22:18-28:12 | 116:13 |
| 29:11-31:24 | 127:20-128:7 |
| 32:21 | 142:16-142:20 |
| 33:5 | 143:16-144:9 |
| 34:6 | 148:10-149:7 |
| 35:15-35:16 | 149:10-149:21 |
| 35:23 | 149:24 |
| 36:5 | 151:9-152:3 |
| 36:13 | 153:6-154:4 |
| 41:2-41:3 | 155:16-156:13 |
| 46:2 | 156:15-158:5 |
| 46:15 | 158:8-158:10 |
| 47:4 | 159:16-159:19 |
| 51:16 | 159:21-161:16 |
| 53:5-53:16 | 164:23-165:12 |
| 55:24 | 168:7-168:13 |
| 57:8-57:9 | 172:3-172:9 |
| 58:13-59:16 | 172:22-173:14 |
| 59:17-59:20 | 173:17-174:16 |
| 60:20-61:1 | 187:23-188:4 |
| 65:1 | 188:7 |
| 72:12 | 188:9-189:17 |
| 73:22 | |
| 74:19 | |
| 75:13-76:23 | |

## DEPOSITION OF MICHELLE BOUDETTE, February 16, 2007

14:3

14:23-16:3

22:15-22:17

23:1-23:3

23:6-23:7

24:2

25:20

36:10-37:23

39:7-41:10

41:22

42:3-42:4

45:15-45:17

46:21

54:22-54:23

56:23-57:1

57:14-58:4

## DEPOSITION OF JOHN RANDALL BOURNE, January 26, 2007

9:15-9:24

13:7-13:12

21:21-21:25

22:3-22:21

22:5

22:23-23:18

23:20-23:25

28:20-28:22

29:12-30:12

31:13-31:20

33:18-34:10

38:3-38:6

38:8-39:23

39:25-40:13

41:18-42:16

42:18-42:25

45:5-45:12

48:24-49:21

49:23-50:16

53:21-53:23

53:25-54:6

55:20-57:16

65:7-66:4

81:8-81:11

82:3-82:17

91:7-91:11

93:23-94:7

98:17-100:8

## DEPOSITION OF JENNIFER L. CARTER, February 27, 2007

12:9-13:9

15:8-16:18

16:24-17:4

17:11-17:17

26:3-26:19

28:16-30:6

34:7-35:7

38:17

38:19

40:25

41:21

41:23-41:24

42:4-42:23

43:11-43:16

45:13-46:17

46:19

50:11-51:5

56:1-56:11

## DEPOSITION OF RUTH ELASRI, February 22, 2007

| | | |
|---|---|---|
| 18:17-19:18 | 77:21-78:2 | 115:20-116:4 |
| 19:25-20:17 | 78:7-78:12 | 116:11-117:2 |
| 20:18-21:20 | 78:16-78:24 | 118:15-118:18 |
| 22:10-22:25 | 79:6-79:11 | 118:20-119:8 |
| 23:20-24:11 | 79:17-80:18 | 119:16-120:16 |
| 28:20-31:13 | 80:22 | 121:18-122:12 |
| 31:15-32:18 | 80:24-80:25 | 122:25-123:10 |
| 33:5-33:8 | 81:2 | 125:11-126:7 |
| 33:17-34:7 | 81:3 | 126:10-126:23 |
| 37:9-37:18 | 81:4-81:7 | |
| 40:11-40:14 | 82:6-82:7 | |
| 46:25-47:18 | 82:21-83:7 | |
| 47:20-48:7 | 83:15-83:18 | |
| 48:12-48:14 | 83:23-84:2 | |
| 48:17 | 84:11-85:24 | |
| 48:19-49:2 | 91:9-91:15 | |
| 49:13-50:19 | 91:17-92:10 | |
| 51:19-52:5 | 93:7-93:18 | |
| 52:7-56:6 | 95:7-95:15 | |
| 56:8-56:11 | 96:11-96:21 | |
| 56:16-56:17 | 96:24-96:25 | |
| 56:19-57:4 | 97:14-97:19 | |
| 57:13-57:15 | 98:18-99:2 | |
| 57:17-57:24 | 100:8-100:15 | |
| 59:7-60:2 | 100:19 | |
| 60:9-60:16 | 101:12-101:15 | |
| 63:25-64:19 | 107:3 | |
| 66:24-69:15 | 111:19-112:8 | |
| 75:5-75:7 | 112:14-113:3 | |
| 76:12-76:17 | 113:17-113:21 | |
| 77:2-77:7 | 113:24-114:9 | |

## DEPOSITION OF LES FALKE, March 2, 2007

| | |
|---|---|
| 5:8-6:2 | 138:20-138:22 |
| 7:22-9:5 | 139:7-139:11 |
| 16:14-17:7 | 140:7-140:12 |
| 17:15-17:19 | 145:17-145:23 |
| 24:25-27:6 | 146:6-146:13 |
| 27:18-28:4 | 147:25-148:12 |
| 29:10-29:15 | 148:22-149:2 |
| 30:23-31:5 | 149:15-149:18 |
| 32:14-32:22 | 150:10-150:17 |
| 33:23-35:2 | 151:6-151:13 |
| 36:2-36:7 | 152:19-153:11 |
| 36:16-37:2 | 154:2-154:8 |
| 38:4-38:9 | 154:17-156:3 |
| 38:13-39:13 | |
| 105:13-106:12 | |
| 107:11-108:14 | |
| 109:14-109:23 | |
| 110:2-110:20 | |
| 113:2-113:7 | |
| 115:22-116:4 | |
| 116:5-116:6 | |
| 116:20-116:24 | |
| 117:3-120:10 | |
| 121:2-121:11 | |
| 122:1-122:19 | |
| 123:18-123:25 | |
| 124:1-124:5 | |
| 124:19-125:1 | |
| 125:19-126:9 | |
| 130:5-130:12 | |
| 133:11-133:14 | |
| 135:7-135:11 | |
| 137:21-138:10 | |

## DEPOSITION OF JEANNETTE MAY GEPFORD, February 15, 2007

| | |
|---|---|
| 5:24-6:1 | 72:23 |
| 10:14 | 73:1-73:3 |
| 12:1 | 79:19-81:8 |
| 14:13 | 86:4-86:15 |
| 14:18 | |
| 14:20-14:21 | |
| 17:6 | |
| 17:18 | |
| 18:22 | |
| 19:16 | |
| 19:20-19:23 | |
| 21:11 | |
| 21:16 | |
| 22:4 | |
| 22:7-22:9 | |
| 23:4 | |
| 24:12 | |
| 25:4 | |
| 25:22 | |
| 28:22 | |
| 29:17 | |
| 31:3 | |
| 31:6-31:8 | |
| 31:11 | |
| 32:13 | |
| 33:13 | |
| 33:17-33:20 | |
| 35:9 | |
| 38:14 | |
| 44:1-44:1 | |
| 52:9-52:13 | |
| 69:23 | |

## DEPOSITION OF GLENN S. GOLDMAN, February 27, 2007

4:7-4:18

11:12-13:11

37:19-43:2

51:19-51:25

52:25-53:16

59:9-59:18

60:24-61:12

62:6-62:24

64:23-65:2

77:20-78:3

78:15-78:25

79:17-80:3

80:21-81:2

82:3-82:8

83:11-83:24

## DEPOSITION OF CLIFFORD CHARLES HARDWICK, February 7, 2007

| | | |
|---|---|---|
| 4:1-5:4 | 27:25 | 52:15 |
| 5:7-6:1 | 28:5 | 53:15 |
| 6:13-8:4 | 28:10 | 54:8 |
| 9:6-9:11 | 28:19-29:10 | 54:22 |
| 9:21-10:3 | 29:15 | 55:5 |
| 10:9-10:14 | 29:19-31:9 | 56:15 |
| 10:19-11:7 | 31:18-32:18 | 59:14 |
| 11:20-12:12 | 33:3-33:3 | 61:12 |
| 13:8-14:4 | 33:16 | 62:21 |
| 14:8-14:12 | 33:21 | 63:15 |
| 15:3 | 34:7 | 64:23 |
| 15:14 | 34:21 | 65:18 |
| 15:25 | 35:2 | 66:5 |
| 16:12 | 35:15 | 66:14-66:19 |
| 16:23 | 35:20 | 67:13-68:7 |
| 17:9-18:23 | 35:24 | 68:10-68:13 |
| 19:1 | 36:20 | 68:23 |
| 19:10 | 36:23-37:22 | 69:1 |
| 20:3-20:19 | 38:4 | 69:17 |
| 21:1-21:10 | 39:20 | 69:25-70:18 |
| 21:19 | 40:1 | 71:20-72:3 |
| 22:14-23:18 | 40:17-40:20 | 72:10-75:18 |
| 23:25 | 41:15 | 77:12 |
| 24:4 | 42:24 | 78:2 |
| 24:12-24:20 | 43:9-43:12 | 78:14 |
| 25:1-25:11 | 43:17 | 79:11 |
| 25:14-25:17 | 44:17 | 80:9 |
| 25:20 | 45:3 | 80:20 |
| 26:1-26:6 | 48:18 | 81:9 |
| 26:7-27:10 | 49:2 | 81:24 |
| 27:13 | 49:25 | 82:8 |
| 27:19-27:21 | 51:23 | 82:25 |

## DEPOSITION OF CLIFFORD CHARLES HARDWICK, February 7, 2007

| | |
|---|---|
| 83:4-83:22 | 100:15 |
| 84:1 | 102:12 |
| 84:22 | 102:17 |
| 85:5-85:20 | 102:25 |
| 85:23 | 104:10 |
| 85:25-86:22 | 105:10 |
| 87:4 | 105:20 |
| 87:20 | 106:25 |
| 88:1 | 107:8 |
| 88:5 | 107:22 |
| 88:14 | 108:2 |
| 89:8 | 110:21-110:22 |
| 89:16 | 111:1 |
| 90:2 | 111:7 |
| 90:5-90:15 | 111:21 |
| 90:20 | 113:13 |
| 91:5 | 114:5-118:25 |
| 91:15 | 119:1-119:7 |
| 91:24 | 122:4-122:10 |
| 93:5 | 123:13-123:24 |
| 93:12 | 124:19-125:16 |
| 93:20 | 126:22-127:5 |
| 94:1 | |
| 94:13 | |
| 94:25 | |
| 95:11 | |
| 95:22 | |
| 98:3 | |
| 98:18 | |
| 98:25 | |
| 99:16 | |
| 99:24 | |

## DEPOSITION OF DONALD HEADLUND, April 11, 2007

| | | |
|---|---|---|
| 5:12-8:5 | 43:7-45:8 | 70:17-71:10 |
| 8:7-8:12 | 45:25-46:18 | 71:12-71:17 |
| 8:13-9:9 | 45:25-48:9 | 71:22-71:24 |
| 9:11-10:18 | 46:19-49:9 | 72:3-72:8 |
| 10:19-11:5 | 49:12-52:4 | 72:14-72:21 |
| 11:7-11:8 | 54:4-54:22 | 73:8-73:18 |
| 11:9-11:21 | 55:6-58:21 | 73:20-75:23 |
| 12:1-12:4 | 58:24-59:10 | 76:12-76:23 |
| 12:6-12:24 | 59:11-60:3 | 77:14-77:18 |
| 13:2-13:7 | 60:4-62:14 | 78:2-79:16 |
| 13:9-13:17 | 43:7-45:8 | 79:18-80:8 |
| 13:19-14:15 | 45:25-46:18 | 81:13-82:16 |
| 14:17-15:14 | 45:25-48:9 | 83:22-84:18 |
| 15:23-24 | 46:19-49:9 | 88:14-88:18 |
| 16:1-17:8 | 49:12-52:4 | 88:24-89:4 |
| 17:11-18:6 | 54:4-54:22 | 89:11-89:15 |
| 18:12-19:9 | 55:6-58:21 | 89:18-90:5 |
| 19:10-19:24 | 58:24-59:10 | 90:7-90:12 |
| 20:8-21:2 | 59:11-60:3 | 90:14-90:20 |
| 21:10-29:10 | 60:4-62:14 | 90:23-91:12 |
| 29:13-30:11 | 62:15-62:18 | 91:14-91:16 |
| 30:16-30:18 | 62:20-62:24 | 91:19-92:10 |
| 30:20-31:14 | 62:25-63:8 | 92:12-92:12 |
| 31:15-31:19 | 63:23-64:5 | 92:15-92:22 |
| 32:6-32:18 | 64:7 | 92:25-93:1 |
| 32:21-33:5 | 64:16-64:22 | 93:4-93:21 |
| 33:8-33:20 | 65:5-65:20 | 93:23-93:25 |
| 33:22-35:22 | 66:3-66:10 | 94:22-95:10 |
| 39:4 | 66:12-67:12 | 97:4-97:13 |
| 39:7-40:22 | 67:14-69:21 | 97:16-98:1 |
| 40:24-42:9 | 70:4-70:8 | 99:7-100:16 |
| 42:12-43:6 | 70:10-70:15 | 100:19-102:25 |

**DEPOSITION OF DONALD HEADLUND, April 11, 2007**

| | | |
|---|---|---|
| 103:2-103:9 | 151:18-151:20 | 200:19-204:3 |
| 104:3-110:13 | 152:4-153:4 | 204:5-204:6 |
| 110:20-111:17 | 153:13-154:10 | 204:8-204:10 |
| 113:9-114:13 | 154:19-155:4 | 204:13-210:2 |
| 115:10-115:19 | 156:3-157:7 | 210:4-210:25 |
| 115:22-115:22 | 157:10-157:15 | 211:13-211:18 |
| 116:6-116:19 | 157:18-160:20 | 218:9-218:21 |
| 118:5-118:12 | 160:23-161:2 | 219:24-220:3 |
| 118:15 | 161:5-161:21 | 220:21-221:5 |
| 119:6-119:10 | 161:24-164:6 | 221:10-221:22 |
| 119:12-119:17 | 164:9-165:17 | 222:12-222:20 |
| 120:10-120:24 | 165:20-165:20 | 226:20-227:5 |
| 122:22-123:8 | 165:22-167:4 | 227:23-227:24 |
| 127:5-127:23 | 167:6-167:7 | 228:2-228:2 |
| 132:12-133:11 | 167:16-168:12 | 228:15-229:8 |
| 132:17-132:21 | 168:15-169:2 | 229:24-230:9 |
| 132:24-133:2 | 169:10-169:20 | 230:16-230:18 |
| 135:20-136:8 | 173:7-177:23 | 235:23-236:15 |
| 137:7-137:22 | 178:1-178:20 | 235:13-235:20 |
| 138:5-139:3 | 178:23-179:14 | 237:3-237:15 |
| 139:6-139:14 | 179:24-180:3 | 238:8-238:19 |
| 139:17-143:10 | 180:8-180:23 | 239:17-240:1 |
| 143:12-143:21 | 180:25-181:14 | 247:20-247:22 |
| 144:12-145:5 | 182:4-186:20 | 248:6-248:15 |
| 145:8-145:8 | 187:5-187:8 | 250:25-251:4 |
| 145:18-147:12 | 187:9-190:15 | 253:1-253:15 |
| 148:7-148:19 | 191:6-192:20 | 272:24-273:25 |
| 148:20-149:10 | 192:23-194:6 | 274:1-275:5 |
| 149:15-149:17 | 194:8-195:3 | 275:12-275:16 |
| 149:20-149:24 | 196:8-199:4 | 297:14-297:18 |
| 150:2-150:7 | 199:6-199:7 | 318:23-319:19 |
| 150:20-151:9 | 199:11-200:9 | 320:2-320:5 |

## DEPOSITION OF DONALD HEADLUND, April 11, 2007

320:11-320:14
321:9-321:17
322:8-322:14

## DEPOSITION OF WILLIAM HERRING JACKSON, January 23, 2007

8:24-9:11

14:10-15:25

16:1-16:5

23:15-23:25

33:20-35:1

35:16-35:24

36:14-36:16

36:18-37:2

40:23-41:6

44:19-45:21

59:25-60:10

73:12-73:17

74:1-74:4

74:6-74:20

75:2-75:9

101:24-103:15

109:13-109:14

109:17-109:18

109:23-110:4

110:10

117:20

117:22-118:12

118:15-119:6

8:24-9:11

14:10-15:25

**DEPOSITION OF BARBARA JOHNSON, June 28, 2006**

| | | |
|---|---|---|
| 4:2-6:15 | 69:11 | 94:25 |
| 6:23-7:3 | 69:13 | 95:3 |
| 7:12-9:2 | 69:16 | 95:7 |
| 9:8-11:15 | 69:18 | 95:12 |
| 11:24-14:17 | 70:10-73:2 | 95:15-95:20 |
| 14:21-14:21 | 73:6-73:6 | 95:23 |
| 15:2-15:11 | 73:8-73:8 | 96:8 |
| 15:22-16:18 | 73:15 | 96:17 |
| 17:12-17:12 | 73:18-74:14 | 97:2 |
| 17:15-17:23 | 74:24 | 97:5-97:10 |
| 18:2-19:12 | 75:5 | 97:13-100:19 |
| 19:17-20:2 | 75:8-75:14 | 100:20-103:2 |
| 20:15-21:13 | 75:20 | 103:20 |
| 21:17-21:18 | 76:11-76:25 | 104:2 |
| 21:23-24:8 | 77:2-77:12 | 104:11 |
| 24:13-24:23 | 77:13-81:24 | 104:19 |
| 25:5-26:9 | 81:25-82:2 | 105:2 |
| 26:13-29:5 | 82:6 | 105:6-105:18 |
| 29:22-31:8 | 82:8-82:10 | 106:2-106:3 |
| 32:24-33:23 | 82:12-82:13 | 106:6-106:10 |
| 34:24-35:2 | 82:16-82:19 | 106:13-106:14 |
| 35:19-36:9 | 82:22-82:23 | 106:19-106:21 |
| 36:12-36:12 | 83:2-83:5 | 106:25 |
| 36:15-36:18 | 83:8-83:10 | 107:6 |
| 36:23-38:12 | 83:12-83:16 | 107:24 |
| 41:19-45:5 | 83:22-84:2 | 108:4 |
| 45:10-46:6 | 84:6-91:17 | 108:9 |
| 46:15-57:17 | 91:21 | 108:15 |
| 62:6-62:19 | 91:25 | 108:22 |
| 63:12-64:5 | 92:6 | 109:2-109:18 |
| 67:22-67:22 | 92:8-92:22 | 109:23-110:9 |
| 67:24-67:24 | 93:14 | 110:15 |

**DEPOSITION OF BARBARA JOHNSON, June 28, 2006**

| | | |
|---|---|---|
| 110:20-111:3 | 148:23-150:13 | 183:2 |
| 111:4 | 150:24-151:10 | 183:8 |
| 111:15-115:14 | 151:15-152:17 | 183:11 |
| 116:6-117:22 | 152:20-152:23 | 183:24-185:5 |
| 118:10-119:17 | 153:2-153:12 | 185:21 |
| 120:18-120:24 | 154:2-155:24 | 186:8 |
| 121:4-123:16 | 156:3 | 186:20 |
| 121:14-123:2 | 156:7 | 187:6 |
| 123:3-123:16 | 156:16 | 188:2 |
| 123:24-125:25 | 156:24-157:19 | 188:7-188:14 |
| 126:2-126:4 | 157:20-158:16 | 189:5 |
| 129:23-130:12 | 158:19 | 189:7 |
| 130:16-130:16 | 159:2 | 189:11-190:15 |
| 131:14-131:19 | 159:7-159:21 | 191:23 |
| 132:10 | 160:5-160:17 | 191:25 |
| 134:22 | 160:23-161:2 | 193:11-193:13 |
| 137:22-138:6 | 161:7-161:8 | 193:19 |
| 139:10 | 165:21 | 193:22-195:4 |
| 140:6 | 165:22-165:23 | 195:6-195:6 |
| 140:22 | 167:23-168:4 | 195:9 |
| 143:2 | 173:18-173:20 | 195:19-195:22 |
| 143:13-143:25 | 175:21 | 197:8 |
| 144:4 | 176:23 | 197:14 |
| 144:8 | 177:22 | 197:18 |
| 145:13 | 178:17-178:23 | 197:23 |
| 145:19 | 179:5 | 198:10 |
| 145:23-145:24 | 180:3-180:5 | 199:7-200:11 |
| 146:2 | 180:7-180:8 | 200:13-201:5 |
| 146:17-146:21 | 180:21 | 201:6-203:14 |
| 147:6-148:22 | 180:23 | 203:18-206:11 |

**<u>DEPOSITION OF BARBARA JOHNSON, June 28, 2006</u>**

| | | |
|---|---|---|
| 206:24-207:6 | 228:4-229:17 | 267:11-267:16 |
| 207:15 | 229:21-229:25 | 267:17-267:24 |
| 208:7 | 230:5-230:18 | 267:25-268:3 |
| 208:16 | 230:23-231:4 | 268:11-268:15 |
| 208:25-209:21 | 231:22 | 269:6 |
| 210:5 | 231:23-231:24 | 269:14 |
| 210:7 | 232:3 | 270:12-270:17 |
| 210:11 | 232:5-232:7 | 271:3 |
| 210:13 | 232:18 | 271:13-271:21 |
| 210:25-213:15 | 232:22 | 272:3-276:6 |
| 214:4-214:8 | 232:25 | 276:22-278:17 |
| 215:14-216:21 | 233:3-233:9 | 279:16-280:13 |
| 217:22-218:4 | 233:18 | 280:15 |
| 218:10-218:13 | 233:21 | 281:2 |
| 218:16-218:18 | 234:7-234:16 | 281:5-281:11 |
| 219:4-219:7 | 235:13-235:21 | 281:14-281:16 |
| 219:9-219:18 | 236:5-236:8 | 281:19-282:7 |
| 220:3-220:6 | 236:25-237:3 | 282:12 |
| 220:8 | 238:20-242:9 | 282:14-282:15 |
| 220:12 | 242:11-243:10 | 282:18 |
| 220:15-220:16 | 243:19-247:3 | 282:21-282:22 |
| 220:21-220:23 | 247:12-251:7 | 282:24-283:5 |
| 221:3-221:5 | 251:22 | 283:7-283:9 |
| 221:11-221:12 | 251:24-252:6 | 285:2-285:24 |
| 221:23-222:17 | 252:7-257:23 | |
| 223:11 | 258:3-258:17 | |
| 223:13-223:22 | 259:6-259:7 | |
| 223:23-224:5 | 259:12 | |
| 224:9-224:13 | 260:2-261:11 | |
| 224:22-225:20 | 261:14-261:15 | |
| 226:24 | 261:18-266:11 | |
| 227:3-227:15 | 266:14-266:15 | |

**DEPOSITION OF GARY JOHNSON, February 23, 2007**

4:24-6:25

8:20-9:13

9:23-11:8

12:13-14:2

16:2-16:6

19:13-19:19

20:6-22:8

22:20-23:2

24:12-26:2

27:3-29:13

33:17-33:22

33:23-34:3

34:4-34:6

38:23-40:4

42:12-43:2

43:6-43:19

47:22-48:9

56:23-57:19

58:7-58:25

60:10-62:8

62:25-63:8

67:18-68:9

69:21-69:25

70:8-70:11

70:15-70:17

72:13-72:15

**DEPOSITION OF JOHN KONOP, February 8, 2007**

| | | |
|---|---|---|
| 4:1-14:3 | 187:19 | 273:20-276:7 |
| 14:22-15:14 | 188:23 | 276:17-278:3 |
| 15:16-32:20 | 189:15 | 278:11-278:17 |
| 32:22-63:17 | 190:2-191:16 | 279:25-280:13 |
| 63:19-63:25 | 192:6-192:16 | 281:7-281:10 |
| 64:1 | 196:3-197:9 | 284:17-286:1 |
| 64:3-152:1 | 198:22-199:12 | 286:16-288:25 |
| 153:7-153:25 | 199:15-199:18 | 289:15-295:11 |
| 154:4 | 200:8-202:17 | 296:4-297:17 |
| 154:7-154:9 | 203:3-203:6 | 297:24-298:9 |
| 155:5 | 205:5-205:9 | 299:18-300:13 |
| 155:10 | 206:15-207:6 | 302:9-302:23 |
| 155:12-157:9 | 209:14-217:14 | 305:14-312:16 |
| 159:1 | 219:22-220:24 | 313:10-314:11 |
| 160:8 | 224:15-225:16 | 314:22-315:21 |
| 160:20 | 226:20-231:17 | 316:6-317:18 |
| 161:5 | 233:6-233:18 | 319:13-320:9 |
| 161:13-161:25 | 234:2-234:25 | 320:13-320:23 |
| 162:22-163:23 | 236:7-236:12 | 321:4-321:9 |
| 166:17-167:12 | 236:20-237:4 | 322:12-322:19 |
| 168:5 | 237:9-238:22 | 323:3-323:14 |
| 168:16-168:20 | 239:3-246:7 | 329:1 |
| 169:1-170:3 | 247:9-253:12 | 329:15-329:16 |
| 170:6 | 254:7-254:19 | 329:18-329:19 |
| 171:22 | 255:3-258:8 | 329:22-329:24 |
| 172:9-172:11 | 258:10-259:10 | 331:4-331:4 |
| 172:15-172:18 | 259:14-261:6 | 331:9-331:9 |
| 173:4-176:18 | 263:6-265:8 | |
| 177:13 | 265:15-268:25 | |
| 178:9-182:8 | 270:7 | |
| 182:11-186:3 | 271:8-272:8 | |
| 186:6-186:8 | 272:15-273:14 | |

<u>**DEPOSITION OF EDWARD W. LANDON, February 14, 2007**</u>

11:21-12:14

23:4-23:19

50:18-50:22

56:2-60:5

61:20-64:16

64:21-65:18

66:12-67:6

67:16-68:9

## DEPOSITION OF THOMAS J. LITLE IV, September 6, 2006

| | | |
|---|---|---|
| 8:12-8:15 | 75:6-75:7 | 193:19-194:4 |
| 8:20-8:23 | 77:22-79:4 | 194:7-195:18 |
| 9:17-9:22 | 79:8-79:14 | 195:21-197:16 |
| 10:3-10:5 | 82:10-82:11 | 199:4-199:7 |
| 10:23-11:4 | 83:14-83:15 | 207:12-208:20 |
| 11:9-11:13 | 85:15-85:22 | 211:9-211:22 |
| 12:17-13:4 | 86:1-86:5 | 224:20-225:7 |
| 14:5-14:18 | 88:25-88:25 | 229:2-229:25 |
| 15:15-16:1 | 91:10-92:4 | 235:24-236:4 |
| 19:6-19:8 | 92:8-92:20 | 236:6-236:9 |
| 19:14-20:20 | 99:2 | 236:11-237:22 |
| 20:25-21:6 | 99:15-99:16 | 238:11-239:1 |
| 21:12-21:13 | 110:12 | 239:4-239:8 |
| 21:16-21:20 | 114:23 | 241:19-242:14 |
| 21:22-22:6 | 137:23-138:2 | 246:7-246:20 |
| 25:17-28:3 | 138:4-138:5 | 246:24-247:18 |
| 28:14-29:7 | 155:19-155:20 | 248:9-248:25 |
| 30:22-31:25 | 157:25-158:9 | 249:12-251:25 |
| 32:15-32:25 | 172:4-174:6 | 252:2-252:9 |
| 35:13-35:15 | 174:9-175:2 | 253:9-256:9 |
| 36:8-36:9 | 175:12-175:18 | 256:25-257:3 |
| 41:6-41:17 | 175:20 | 258:16-258:20 |
| 42:1-42:15 | 175:21-176:10 | 258:22-259:5 |
| 44:25-44:25 | 180:5-180:23 | 259:8-259:13 |
| 49:16-49:24 | 188:11-189:19 | 259:25-260:19 |
| 55:4-55:6 | 189:22-190:10 | 262:11-262:13 |
| 57:4 | 190:12-190:17 | 263:1-265:1 |
| 67:19-67:20 | 190:20-191:1 | 265:9-265:12 |
| 67:23-67:24 | 191:5-191:5 | 266:5-266:25 |
| 70:10-70:12 | 191:6-191:16 | 267:4-268:21 |
| 70:20-71:4 | 191:17-192:7 | 276:5-276:16 |
| 72:18-72:20 | 192:11-192:19 | 276:19-276:25 |

## DEPOSITION OF THOMAS J. LITLE IV, September 6, 2006

277:2
277:14-277:19
279:11-281:9
281:15-281:18
281:22-283:21
283:24-285:21
285:23-286:2
286:9-286:19
287:5-288:8
290:4-290:5
290:12-290:13
294:10-294:23
295:16-295:18
296:9-297:8
298:13-298:20
298:23-299:9
299:14-301:3
301:5-302:25

## <u>DEPOSITION OF NICK LOGAN, March 1, 2007</u>

32:16-32:20

33:7-33:12

57:19-58:24

66:18-68:5

68:22-69:2

71:8-73:8

## DEPOSITION OF DANIAL LOTT, February 6, 2007

| | |
|---|---|
| 5:22-6:9 | 99:9 |
| 11:3-11:14 | 99:15 |
| 11:20-12:19 | 99:18 |
| 12:21-12:22 | 100:10 |
| 13:1-14:5 | 100:19 |
| 18:2-18:11 | 104:4 |
| 19:12-20:15 | 106:17-107:16 |
| 20:24-21:17 | 107:18-107:24 |
| 22:24-23:19 | 108:2-109:8 |
| 34:11-35:8 | 109:10-109:13 |
| 37:4-37:21 | 109:23-110:4 |
| 43:17-43:18 | 110:18-110:21 |
| 53:8-55:23 | 110:23-111:9 |
| 59:5-59:20 | 114:10-115:5 |
| 61:22-62:9 | 115:18-115:22 |
| 62:22-63:17 | 116:3-116:4 |
| 64:15-65:15 | |
| 73:1-73:7 | |
| 73:16 | |
| 74:10-75:22 | |
| 77:3-77:21 | |
| 78:7-78:9 | |
| 78:10-79:8 | |
| 87:21-87:21 | |
| 88:20-89:13 | |
| 89:24 | |
| 90:11-90:15 | |
| 91:10 | |
| 92:9-92:23 | |
| 94:4-96:3 | |
| 98:6-98:10 | |
| 5:22-6:9 | 99:9 |

## DEPOSITION OF ANTHONY S. MALEY, February 28, 2007

11:16-12:5

17:25-18:3

18:7-18:11

18:19-18:22

19:2

30:9-30:11

34:4-37:15

38:22-38:24

39:6-39:17

40:2-44:24

43:12-44:24

45:4-45:18

46:4-46:9

48:11-48:18

48:22-49:5

49:10-49:22

50:2-50:5

55:7-55:17

59:3

59:6-59:9

60:9-60:16

60:21-61:21

62:14-62:24

65:7-65:25

## DEPOSITION OF TOM McBREARTY, February 13, 2007

17:1-17:6

31:7-32:7

32:18-33:3

35:19-36:18

50:1-51:3

55:24-56:14

71:21-72:6

74:15-75:2

82:2-83:9

84:17-86:2

86:24-88:5

88:10-90:12

91:10-92:13

96:22-97:6

102:11-102:22

103:24-105:16

107:2-107:5

109:15-110:1

110:6-110:8

113:19-113:21

119:9-119:19

121:5-121:16

## DEPOSITION OF WILLIAM MORGENSTEIN, February 20, 2007

14:1-15:8

17:7-17:20

18:19-18:21

18:25-19:5

20:4-20:22

20:23-21:12

21:24-22:12

30:17-30:21

30:25-31:9

42:2-42:5

53:3-53:6

63:4-64:1

85:20-87:23

89:17-90:18

96:2-5

98:1-98:12

## DEPOSITION OF ADAM SECHER, January 30, 2007

14:5-14:15

22:2-22:4

22:19-24:5

25:24-27:9

28:12-28:16

29:5-29:13

29:21-30:17

37:8-38:10

38:12-38:20

38:16-38:20

41:10-42:1

49:21-50:8

52:5-52:9

58:18-58:20

62:20-62:22

**DEPOSITION OF GERETTE SORWELL, February 14, 2007**

17:7-17:9

27:1-27:10

27:18-29:6

29:1-29:6

33:14-34:14

36:16-37:9

43:19-44:3

45:9-45:24

48:16-48:24

53:6-53:20

58:3-58:16

60:1-61:2

62:6-63:20

## DEPOSITION OF LEE SUCKOW, October 4, 2006

| | |
|---|---|
| 18:6-18:17 | 127:18-128:2 |
| 29:5-29:24 | 128:13-128:18 |
| 32:4-32:24 | 131:6-133:5 |
| 33:1-33:14 | 133:7-133:18 |
| 37:19-38:12 | 135:8-135:13 |
| 56:15-57:4 | 143:2-143:14 |
| 65:3-65:18 | |
| 65:21-66:7 | |
| 66:9-66:21 | |
| 68:16-69:21 | |
| 71:11-72:23 | |
| 77:19-79:17 | |
| 82:1-82:15 | |
| 83:17-84:5 | |
| 88:23-90:12 | |
| 92:19-92:23 | |
| 97:4-97:9 | |
| 97:10-97:14 | |
| 97:19-99:21 | |
| 103:13-105:2 | |
| 105:3-105:19 | |
| 107:6-107:14 | |
| 116:4-116:13 | |
| 116:18-117:21 | |
| 118:21-119:2 | |
| 119:3-120:3 | |
| 120:7-120:12 | |
| 120:24-121:8 | |
| 121:21-122:4 | |
| 122:23-123:4 | |
| 126:18-127:11 | |
| 18:6-18:17 | 127:18-128:2 |

## DEPOSITION OF ANTHONY LEROY WILDEN, February 20, 2007

11:22-13:16
13:18-13:23
14:4-14:8
17:4-17:9
17:19-18:3
21:2-21:18
21:20-22:22
23:15-24:6
26:10-26:18
26:20-27:1
27:8-28:17
28:19-29:2
30:3-30:18
32:17-32:21
34:12-35:1
35:3-35:5
35:10-35:22
38:20-38:22
38:24-39:2
40:2-40:12
46:20-48:7
48:25-48:25
51:5-51:25
52:6
53:16
54:2
56:25-57:15
57:17-57:20
60:22-61:6

Date:  June 19, 2007                    Respectfully submitted,

                                        By:  _____/s/  Vidya R. Bhakar_____
                                        PAUL, HASTINGS, JANOFSKY & WALKER LLP
                                        Ronald S. Lemieux (ronlemieux@paulhastings.com)
                                        (CA Bar No. 120822) (Admitted Pro Hac Vice)
                                        Michael N. Edelman (michaeledelman@paulhastings.com)
                                        (CA Bar No. 180948) (Admitted Pro Hac vice)
                                        Vidya R. Bhakar (vidbhakar@paulhastings.com)
                                        (CA Bar No. 220210) (Admitted Pro Hac Vice)
                                        Robert C. Matz (robertmatz@paulhastings.com)
                                        (CA Bar No. 217822) (Admitted Pro Hac Vice)
                                        Shanée Y. Williams (shaneewilliams@paulhastings.com)
                                        (CA Bar No. 221310) (Admitted Pro Hac Vice)
                                        Five Palo Alto Square, Sixth Floor
                                        Palo Alto, CA  94306-2155
                                        Telephone: (650) 320-1800
                                        Telecopier: (650) 320-1900

                                        IRELAND, CARROLL & KELLEY, P.C.
                                        Otis W. Carroll, Attorney-in-Charge
                                        State Bar No. 03895700
                                        Deborah Race
                                        State Bar No. 16448700
                                        6101 South Broadway, Suite 500
                                        Tyler, TX  75703
                                        Telephone:  903-561-1600
                                        Facsimile:  903-581-1071
                                        Email:  fedserv@icklaw.com

                                        ATTORNEYS FOR PLAINTIFF ADVANCEME, INC.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

/s/ Vidya R. Bhakar
Vidya R. Bhakar

LEGAL_US_W # 56490103.2