# APPENDIX A

| Plaintiff's Dep. Designation | Speculation | Improper Opinion | Misleading | Vague | Misstates Evidence | Mischaracterizes | Argumentative | Incomplete Hypothetical | Assumes Facts | Irrelevant | Counter Designation |
|---|---|---|---|---|---|---|---|---|---|---|---|
| William J. Benedict, Jr. (2/8/07) | | | | | | | | | | | |
| 7:24-10:14 | | | | | | | | | | | 10:16-11:8 |
| 16:11-19:19 | | | | | | | | | | | 19:20-20:11 |
| 20:12-20:16 | | | | | | | | | | | 20:17-21:7 |
| 35:5-35:7 | | | X | X | | | | | | | 35:8-10 |
| 35:15-16 | | | X | X | | | | | | | |
| 43:15-43:18 | | | X | | | X | X | | | | 43:19-22 |
| 43:23-44:5 | | | X | | | X | X | | | | |
| 48:9-49:9 | | | X | X | | | | | | | |
| 68:9-68:11 | X | X | X | X | | | | | | | |
| 68:15-68:19 | X | X | X | X | | | | | | | |
| 72:16-73:10 | | X | X | X | X | X | | | | | |
| 75:11-75:23 | | | X | X | | | | X | X | | 75:24-76:1 |
| 83:16-84:6 | | | | | | | X | | | X | |
| 88:4-22 | | | | | | | X | | | X | |
| 97:8-97:14 | | | | | | X | X | | | X | 97:15-19 |
| 98:14--98:17 | | | X | X | X | X | X | | | | 98:18-20 |
| 104:7-105:7 | | | | | | | | | | | 105:8-16 |
| 110:5-110:8 | | | | | | | X | | | X | |
| 115:9-115:10 | | | X | X | X | X | | | | | |
| 148:7-149:3 | | | | | | | X | | | X | |
| 149:17-150:8 | | | | | | | X | | | X | |

| | Speculation | Improper Opinion | Misleading | Vague | Misstates Evidence | Mischaracterizes | Argumentative | Incomplete Hypothetical | Assumes Facts | Irrelevant | Counter Designation |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 153:24-154:23 | | | | | | | X | | | X | |
| 156:19-157:22 | | | | | | | X | | | X | |
| 162:5-162:7 | | | | | | | X | | | X | |
| 162:16-162:18 | | | | | | | X | | | X | |
| 162:21-162:25 | | | | | | | X | | | X | |
| 163:4-164:7 | | | | | | | X | | | X | |
| 168:11-168:18 | | | | | X | X | | | | | 168:19-25 |
| 174:19-176:21 | | | | | | | | | | | 176:22-24 |
| 177:10-179:1 | | | | | | | | | | | 179:2-4 |
| 179:12-17 | | | | | | | X | | | X | |
| 182:15-183:23 | | | | | | | | | | | 183:24-184:4 |
| 182:15-25 | | | | | | | X | | | X | |
| 184:5-184:9 | | | | | | | | | | | 184:10-13 |
| 184:15-185:21 | | | | | | | | | | | 185:22-186:23 |
| 184:15-185:7 | | | | | | | X | | | X | |
| 186:24-187:8 | | | | | | | | | | | 187:9-15 |
| 193:20-194:7 | | | X | X | | | | | | | |
| 194:11-195:10 | | | | | | | | | | | 202:17-22; 203:17-19; 203:25-204:3; 204:9-18; 204:23-205:10; 205:15-22 |
| 199:18-201:23 | | | | | | | X | | | X | |
| 202:3-202:10 | | | | | | | X | | | X | |
| 202:23-203:8 | | | | | | | X | | | X | |
| 203:12-203:13 | | | | | | | X | | | X | |

| | Speculation | Improper Opinion | Misleading | Vague | Misstates Evidence | Mischaracterizes | Argumentative | Incomplete Hypothetical | Assumes Facts | Irrelevant | Counter Designation |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 205:25-207:25 | | | | | | | X | | | X | |
| **Jennifer L. Carter (2/27/07)** | | | | | | | | | | | |
| 8:11-12 | | | | | | | | | | X | 8:6-10 |
| 10:11-14 | | | X | | | X | X | | | | |
| 11:7-11:19 | | | | | | | | | | | 11:20-22 |
| 12:9-13:9 | X | | X | X | | X | | | | | |
| 13:14-13:20 | | | | | | | | | | | 13:11-13 |
| 13:24-14:19 (14:3-19) | | | X | | | X | X | | | X | 13:21-23 |
| 16:14-18 | | | | | | X | X | | | | |
| 16:24-17:4 | | | | | | X | X | | | | |
| 21:3-21:19 | | | X | | | | | | X | | |
| 21:19-22 | | | X | | | | X | | | | |
| 23:24-24:3 | | | X | | | | X | | | | |
| 27:6-27:9 | | | X | | | | | | | | |
| 30:13-14; 31:16-24 | | | X | | X | | X | | | | |
| 32:25-33:2 | | | X | | | | X | | | | 33:15-20 |
| 35:11-14 | | | X | | X | | X | | | | |
| 35:22-36:8 | | | X | | X | | X | | | | |
| 36:10-16 | X | | | | | | | | | | |
| 37:4-37:13 | | | | | | | | | | | 37:23-37:6 |
| 41:3-41:3 | | | | | | | | | | | 41:4-7 |
| 41:12-41:20 | | | | | | X | | | | | |

| | Speculation | Improper Opinion | Misleading | Vague | Misstates Evidence | Mischaracterizes | Argumentative | Incomplete Hypothetical | Assumes Facts | Irrelevant | Counter Designation |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 43:11-43:16 | | | | | | | | | | | 43:17-24 |
| 46:15-17 | X | | | | | | X | | X | | |
| 46:21-23 | | | X | | X | X | X | | | | |
| 47:2-7 | | | X | | X | X | X | | | | |
| 51:20-23 | X | | | | | | | | X | | |
| 53:1-53:20 | | | | | | | | | | | 53:21-54:10 |
| 54:11-55:2 | | | | | | | | | | | 55:3-11 |
| 56:19-21; 57:7-8:16-17 | | | X | | X | X | X | | | | 56:1-11 |
| Cortes DeRussy (3/1/07) | | | | | | | | | | | |
| 14:3-14:17 | | | | | | | | | | | |
| 50:3-51:18 | | | | | | | X | | | X | |
| 55:19-55:20 | | | | | | | | | | | 55:22-56:10 |
| 57:8-58:12 | | | | | | | | | | | 58:13-14; 58:20-59:2 |
| 59:3-59:11 | | | | | | | | | | | 59:12-17 |
| 67:24-79:7 | | | | | | | | | | | 79:8-11; 79:13-19 |
| 81:25-83:9 | | | | | | | | | | | 83:10-13 |
| 90:3-90:11 | | | | | | | | | | | 90:12-14; 90:24-91:3 |
| 92:4-95:8 | | | | | | | | | | | 95:9-11; 95:15-17 |
| 95:18-106:5 | | | | | | | | | | | 95:9-11; 95:15-17 |
| 111:22-113:3 | | | | | | | X | | | X | |
| 113:8-113:17 | | | | | | | X | | | X | |

| | Speculation | Improper Opinion | Misleading | Vague | Misstates Evidence | Mischaracterizes | Argumentative | Incomplete Hypothetical | Assumes Facts | Irrelevant | Counter Designation |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Cortes DeRussy (4/23/07)** | | | | | | | | | | | |
| 24:3-25:3 | | | | | | | X | | | X | |
| 27:18-27:24 | | | X | X | X | | | | | | |
| 55:8-58:14 | | | X | | | | | | | | 58:15-23 |
| 59:5-59:6 | | | | | | | | | | | 59:7-11 |
| 61:13-63:14 | | | | | | | | | | | 63:15-19 |
| 75:25-78:3 | | | | | | | | | | | 78:4-80:23 |
| 84:7-85:1 | | | | | | | X | | | | |
| 165:21-165:25 | | | | | | | X | | | X | |
| 166:25-167:2 | | | | | | | X | | | X | |
| 176:18-178:12 | | | | | | | | | | | 178:13-179:16 |
| 206:10-206:13 | | | | | | | X | | | X | |
| 206:15-207:2 | | | | | | | | | | | 207:5; 207:7-14 |
| 217:15-218:17 | | | | | | | X | | | X | |
| 228:11-228:14 | | | | X | | | | | | | |
| 231:3-231:7 | X | | | X | | | | | | | |
| 233:17-234:9 | | | | | | | | | | | 234:10-235:7 |
| 238:12-238:14 | X | | | X | | | | | | X | |
| 238:17-238:21 | X | | | X | | | | | | X | |
| 238:23-238:24 | X | | | X | | | | | | X | |
| 242:22-243:13 | | | | | | | X | | | X | |
| 243:15-245:21 | | | | | | | X | | | X | |
| 246:17-247:3 | | | | | | | X | | | X | |
| 247:23-249:10 | | | | | | | X | | | X | 249:11-16 |

| | Speculation | Improper Opinion | Misleading | Vague | Misstates Evidence | Mischaracterizes | Argumentative | Incomplete Hypothetical | Assumes Facts | Irrelevant | Counter Designation |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 249:17-250:11 | | | | | | | X | | | X | |
| 250:23-253:22 | | | | | | | X | | | X | |
| 254:5-254:25 | | | X | | | | X | | | | |
| 276:25-277:2 | | | | | | | | | | | 277:5-6; 277:8-10; 277:13-15 |
| 279:6-279:10 | | | | | | | X | | | X | |
| 279:14-280:6 | | | | | | | X | | | X | |
| 283:20-283:22 | | | X | X | | | | | | | |
| 283:25-284:4 | | | X | X | | | | | | | |
| 288:15-288:15 | | | X | | | | X | | | X | |
| 288:18-288:18 | | | X | | | | X | | | X | |
| 297:10-297:20 | X | | X | X | | | | | | | |
| 297:23-297:24 | X | | X | X | | | | | | | |
| 298:1-298:15 | X | | X | X | | | | | | | |
| 298:17-298:18 | X | | X | X | | | | | | | |
| **Ruth Elasri (2/22/07)** | | | | | | | | | | | |
| 23:1-26:4 | | | | | | | | | | X | |
| 28:21-31:13 | | | | | | | | | | X | |
| 34:21-35:6 | | | | | | | | | | X | |
| 37:19-38:3 | | | X | | X | X | | | | | |
| 38:25-39:23 | X | | | | | | | | | | 39:24-40:4; 40:6-9 |
| 40:11-40:17 | X | | | | | | | | | | 39:24-40:4; 40:6-9 |
| 40:20-41:6 | | | | | | | | | | | 41:7-8 |
| 43:7-43:25 | | | | | | | | | | X | 41:13-21 |

| | Speculation | Improper Opinion | Misleading | Vague | Misstates Evidence | Mischaracterizes | Argumentative | Incomplete Hypothetical | Assumes Facts | Irrelevant | Counter Designation |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 44:8-45:23 | | | | | | | | | | X | |
| 51:10-51:14 | | | | | | | | | | | 51:7-9 |
| 56:19-57:9 | | | | | | | | | | | 57:10-12 |
| 59:13-60:2 | | | | | | | | | | X | |
| 72:19-74:6 | | | | | | | | | | | 74:7-14 |
| 78:16-78:24 | | | | | | | | | | X | |
| 79:6-11 | | | | | | | | | | X | |
| 80:15-80:18 | | | | | | | | | | | 80:19-21 |
| 80:24-80:25 | | | | | | | | | | | 81:13-15 |
| 81:3-81:3 | | | | | | | | | | | 81:13-15 |
| 83:23-84:2 | | | | | | | | | | | 84:3-7 |
| 89:5-89:18 | | | | | | | | | | X | |
| 92:14-93:4 | | | | | | | | | | | 91:17-92:10 |
| 93:7-93:18 | | | | | | | | | | | 96:11-25 |
| 97:20-97:24 | | | | | | | | | | X | |
| 100:20-100:24 | | | | | | | | | | X | |
| 107:25-110:2 | | | | | | | | | | | 110:3-9; 111:19-23; 111:25-112:8 |
| 113:9-113:13 | X | | | | | | | | | | |
| 115:11-115:14 | | | | | | | | | | X | |
| 116:11-118:6 | | | | | | | | | | | 116:5-6; 116:8-9 |
| 118:15-118:18 | X | | | X | | | | | X | | |
| 123:11-124:7 | | | | | | | | | | | 124:8-125:5 |

**William Herring Jackson (1/23/07)**

| | Speculation | Improper Opinion | Misleading | Vague | Misstates Evidence | Mischaracterizes | Argumentative | Incomplete Hypothetical | Assumes Facts | Irrelevant | Counter Designation |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 8:24-10:21 | | | | | | | | | | | 10:22-25 |
| 20:2-20:22 | | | | | | | | | | | 20:1 |
| 20:24-22:12 | | | | | | | | | | | 22:13-16 |
| 22:17-24:2 | | | | | | | | | | | 24:3-4 |
| 39:1-39:4 | | | | | | | | | | | 39:5; 39:8 |
| 41:9-41:10 | X | | X | X | | | | | | | |
| 41:13-41:13 | X | | X | X | | | | | | | |
| 41:16-41:18 | X | | X | X | | | | | | | |
| 41:21-42:5 | X | | X | X | | | | | | | |
| 59:25-60:17 | | | X | X | | X | | X | | | |
| 61:24-62:1 | | | X | X | | | | | | | |
| 62:22-62:24 | | | X | X | | | | | | | |
| 64:11-64:16 | | | | | | | | | | | 64:17-23 |
| 67:21-67:21 | | | | | | | | | | | 67:22-68:2; 68:4-6 |
| 69:23-70:6 | | | X | X | | | | | | | 70:7-10 |
| 70:11-70:11 | | | X | X | | | | | | | 70:7-10 |
| 75:12-75:15 | | | | | | | | | | | 75:16-19 |
| 100:3-103:15 | | | | | | | | | | | 103:16-21 |
| 118:15-119:6 | | | | | | | | | | | 119:7-10 |
| 146:19-146:20 | | | | | | | X | | | X | |
| 147:9-147:18 | | | | | X | X | X | | | X | 147:19-21 |
| 147:22-148:1 | | | | | X | X | X | | | X | |
| 148:3-149:10 | | | | | | X | X | | | X | 149:11-150:1 |
| 151:11-152:13 | | | | | | X | X | | | X | |
| 153:9-153:17 | | | | | | X | X | | | X | |

| | Speculation | Improper Opinion | Misleading | Vague | Misstates Evidence | Mischaracterizes | Argumentative | Incomplete Hypothetical | Assumes Facts | Irrelevant | Counter Designation |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Danial Lott (2/6/07)** | | | | | | | | | | | |
| 19:4-19:9 | | | X | | | X | | | X | | |
| 19:11-19:11 | | | X | | | X | | | X | | |
| 46:9-47:20 | | | | | | | | | | | 47:21-48:17 |
| 50:7-8 | | | X | | X | X | | | | | |
| 56:19-57:23 | | | | | | | X | | | X | |
| 58:2-62:9 | | | | | | | | | | | 62:10-11 |
| 69:6-9 | | | | | | | | | | X | 69:10-11 |
| 69:12-69:13 | | | | | | | | | | X | 69:14-15 |
| 69:16-69:17 | | | | | | | | | | X | 69:18:00 |
| 109:23-110:4 | X | | X | X | | X | X | X | | | |
| 110:18-110:21 | X | | X | | | | X | | | | 110:22:00 |
| 110:18-111:9 | | | | | | | | | | | |
| **Anthony S. Maley (2/28/07)** | | | | | | | | | | | |
| 11:7-15:24 | | | | | | | | | | | 15:25-16:19 |
| 16:20-16:23 | | | | | | | | | | | 16:24-17:24 |
| 18:9-11 | | | | | | | | | | X | |
| 19:2-28:21 | | | | | | | | | | | 28:22-29:1 |
| 29:2-30:13 | | | | | | | | | | | 30:14-18 |
| 32:14-32:24 | | | | | | | | | | | 32:25-33:10 |
| 37:24-38:7 | | | | | | | | | | | 38:8-21 |
| 38:22-38:24 | | | | | | | | | | | 38:25-39:4 |
| 39:5-44:24 | | | | | | | | | | | 44:25-45:3 |

| | Speculation | Improper Opinion | Misleading | Vague | Misstates Evidence | Mischaracterizes | Argumentative | Incomplete Hypothetical | Assumes Facts | Irrelevant | Counter Designation |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 53:16-55:17 | | | | | | | | | | | 56:17-24 |
| 64:12-64:25 | | | | | | | | | | | 65:1-7 |
| 67:10-67:19 | | | | | | | | | | | 66:24-67:9 |
| 68:4-68:20 | | | | | | | | | | | 67:20-68:3 |
| **David Talbert (11/10/06)** | | | | | | | | | | | |
| 15:10-15:23 | | | | | | | | | | | 15:24; 16:1-19 |
| 45:8-45:10 | | | | | | | | | | | 45:11-19 |
| 48:14-48:21 | | | | | | | | | | | 48:22-49:6 |
| 71:5-71:21 | | | | | | | | | | | 71:22-24 |
| 97:2-97:8 | | | | | | | | | | | 97:9-10 |
| 101:5-105:11 | | | | | | | | | | | 105:12-15 |
| 139:6-140:7 | | | | | | | | | | | 139:4 |
| 172:13-172:15 | X | | | X | | | | | | | |
| 172:17-172:18 | X | | | X | | | | | | | |
| 177:16-177:18 | | | | | | | | | | | 177:19-22; 177:24 |
| 179:18-179:21 | X | | | | | | | | | | |
| 201:12-210:14 | | | | | | | X | | | X | |
| 210:21-211:16 | | | | | | | X | | | X | |
| 225:17-225:18 | X | | | X | | | | | | | |
| 225:20-226:2 | X | | X | | | | | | | | |
| 254:13-255:9 | | | | | | | X | | | X | |
| 266:16-267:22 | | | | | | | X | | | X | |
| **Anthony Leroy Wilden (2/20/07)** | | | | | | | | | | | |

| | Speculation | Improper Opinion | Misleading | Vague | Misstates Evidence | Mischaracterizes | Argumentative | Incomplete Hypothetical | Assumes Facts | Irrelevant | Counter Designation |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10:24-11:9 | | | | | | | | | | | 11:9-11:12 |
| 14:4-8 | | | | | | | | | | | 14:14-21 |
| 23:22-24:6 | X | | | | | | | | | | |
| 29:10-30:18 | | | | | | | X | | | | |
| 30:22-31:2 | | | | | | | X | | | | |
| 36:4-36:12 | | | | | | | | | | | 36:13-37:3 |
| 37:23-25 | | | | | | | X | X | | | |
| 40:11-12 | | | X | | | | X | | | | |
| 40:14-41:2 | | | | | | | | | | | 41:3-25 |
| 42:9-42:21 | | | | | | | | | | | 42:22-23 |
| 42:24-42:25 | | | X | | X | X | | X | | | |
| 49:2-49:14 | | | | | | | | | | | 49:15-23 |
| 55:22-55:25 | X | | | | | | | X | | | 56:1 |
| 56:2-56:7 | X | | | | | | | X | | | 56:8 |
| (56:9) 56:22-24 | | | X | | | | | | | | |
| 57:25-58:14 | | | | | | | | | | X | |
| 59:15-60:6 | | | | | | | | | | | 60:7-21 |
| 60:22-61:6 | | | | | | | | | | | 61:7-11 |