# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| ADVANCEME, INC. § | |
| *Plaintiff*, § | |
| v. § | |
| § | |
| RAPIDPAY, LLC, BUSINESS CAPITAL § | |
| CORPORATION, FIRST FUNDS LLC, § | CAUSE NO. 6:05-CV-424 LED |
| MERCHANT MONEY TREE, INC., § | |
| REACH FINANCIAL, LLC and § | |
| FAST TRANSACT, INC. d/b/a § | |
| SIMPLE CASH § | |
| *Defendants*. § | |

## DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMIT IN DEFENDANTS' SUR-REPLY TO PLAINTIFF'S MOTION FOR SANCTIONS OR ALTERNATIVE RELIEF

Defendants First Funds LLC, Merchant Money Tree, Inc., and Reach Financial, LLC (collectively "Defendants") respectfully request that the Court grant leave to exceed the page limit for their Sur-Reply to Plaintiff's Motion for Sanctions or Alternative Relief (Doc. No. 262). Specifically, in order to properly respond to the issues raised by Plaintiff in its Reply, Defendants request leave of Court to file an Opposition Brief of 12 pages. Plaintiff does not oppose this motion.

June 25, 2007					Respectfully submitted,

				By:  /s/ Joseph D. Gray
					William G. Schuurman
					Texas State Bar No. 17855200
					bschuurman@velaw.com
					Brian K. Buss
					Texas State Bar No. 00798089
					bbuss@velaw.com
					Joseph D. Gray
					Texas State Bar No. 24045970
					jgray@velaw.com
					R. Floyd Walker
					Texas State Bar No. 24044751
					fwalker@velaw.com
					Graham E. Sutliff
					Texas State Bar No. 24046935
					gsutliff@velaw.com
					**VINSON & ELKINS L.L.P.**
					2801 Via Fortuna, Suite 100
					Austin, Texas 78746
					Telephone: 512.542.8400
					Facsimile: 512.236.3476

					Hilary L. Preston
					hpreston@velaw.com
					**VINSON & ELKINS L.L.P.**
					666 Fifth Avenue – 26th Floor
					New York, New York 10103
					Telephone: 212.237.0000
					Facsimile: 212.237.0100

					Douglas R. McSwane, Jr.
					State Bar No. 13861300
					J. Matt Rowan
					State Bar No. 24033137
					**POTTER MINTON**
					A Professional Corporation
					110 N. College, 500 Plaza Tower
					Tyler, Texas 75702
					Telephone: 903.597.8311
					Facsimile: 903.593.0846

					*Counsel for Defendants First Funds LLC,*
					*Merchant Money Tree, Inc., and Reach*
					*Financial, LLC*

2

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that all counsel of record who have consented to electronic service are being served a copy of this document via the court's CM/ECF system per Local Rule CV-5(a)(3) on this the 25th day of June, 2007. Any other counsel of record will be served by first class mail on this same date.

/s/ Joseph D. Gray
Joseph D. Gray

**CERTIFICATE OF CONFERENCE**

Counsel for Defendants and counsel for Plaintiff met and conferred on June 25, 2007, and Plaintiff does not oppose this motion.

/s/ Joseph D. Gray
Joseph D. Gray