# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| ADVANCEME, INC. § | |
| *Plaintiff*, § | |
| v. § | |
| § | |
| RAPIDPAY, LLC, BUSINESS CAPITAL § | |
| CORPORATION, FIRST FUNDS LLC, § | **CAUSE NO. 6:05-CV-424 LED** |
| MERCHANT MONEY TREE, INC., § | |
| REACH FINANCIAL, LLC and § | |
| FAST TRANSACT, INC. d/b/a § | |
| SIMPLE CASH § | |
| *Defendants*. § | |

## ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO EXCEED THE PAGE LIMIT IN DEFENDANTS' SUR-REPLY TO PLAINTIFF'S MOTION FOR SANCTIONS OR ALTERNATIVE RELIEF

The Court having considered Defendants First Funds LLC's, Merchant Money Tree, Inc.'s, and Reach Financial, LLC's (collectively "Defendants") Unopposed Motion for Leave to Exceed the Page Limit in Defendants' Sur-Reply to Plaintiff's Motion for Sanctions or Alternative Relief is of the opinion that Defendants' motion should be GRANTED.

Accordingly, IT IS ORDERED that Defendants may submit a Sur-Reply of 12 pages.