# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | |
|---|---|
| **ADVANCEME, INC.,** § § § | **CASE NO. 6:05-CV-424 LED–JDL** |
| **Plaintiff,** § § | |
| v. § § | |
| **RAPIDPAY LLC, FIRST FUNDS LLC, MERCHANT MONEY TREE, INC., REACH FINANCIAL, LLC, and FAST TRANSACT, INC. d/b/a SIMPLE CASH,** § § § § § § | |
| **Defendants.** § § | |

## PLAINTIFF ADVANCEME, INC.'S OBJECTIONS TO DEFENDANTS' DEPOSITION COUNTER-DESIGNATIONS

Plaintiff AdvanceMe, Inc. ("AdvanceMe") hereby submits its objections to Defendants First Funds, LLC's, Merchant Money Tree, Inc.'s and Reach Financial, LLC's (collectively, "Defendants") June 19, 2007 Deposition Counter-Designations.

## ADVANCEME'S OBJECTION KEY

| CODE | OBJECTION |
|------|-----------|
| 106 | Incomplete. This testimony is objectionable because it is incomplete and the introduction of the remaining portions ought, in fairness, to be considered contemporaneously with it (*see* Fed. R. Evid. 106). |
| 402 | Relevance. This testimony is objectionable because it is not relevant (*see* Fed. R. Evid. 402). |
| 403 | Misleading/Confusion of Issues/Waste of Time. This testimony is objectionable because its probative value is substantially outweighed by the danger of unfair prejudice, confusion of the issues, or by considerations of undue delay, waste of time, or needless presentation of cumulative evidence (*see* Fed. R. Evid. 403). |
| 408 | Compromise and Offer to Compromise. This testimony is objectionable because it relates to offers to compromise and/or settlement negotiations (*see* Fed. R. Evid. 408). |
| 602 | Personal Knowledge. This testimony is objectionable because it constitutes testimony on a matter as to which the witness lacks personal knowledge (*see* Fed. R. Evid. 602). |
| 611 | Vague and Ambiguous, Argumentative, Harassment, Undue Embarrassment, Leading. This testimony is objectionable because it is vague and ambiguous, argumentative, constitutes harassment or is unduly embarrassing to the witness, or the question is leading (*see* Fed. R. Evid. 611). |

| CODE | OBJECTION |
|---|---|
| 701 | Lay Opinion/Legal Conclusion.  This testimony is objectionable because it is opinion testimony by a lay witness that is not reasonably based on perception and helpful to a clear understanding of the witness' testimony or the determination of a fact in dispute (*see* Fed. R. Evid. 701). |
| 801 | Hearsay.  This testimony is objectionable because it is a statement made by one other than the declarant while testifying at trial, offered into evidence to prove the truth of the matter asserted and not subject to any hearsay exception (*see* Fed. R. Evid. 801 and 802). |
| 901 | Authentication.  This testimony is objectionable because the evidence referred to therein has not been properly authenticated (*see* Fed. R. Evid. 901). |
| 1001-1004 | Best Evidence.  This testimony is objectionable because it is vague and ambiguous as to whether the witness is summarizing its own independent understandings or the contents of a document.  If the latter, attempt to prove content of a document with secondary evidence (*see* Fed. R. Evid. 1001-1004). |
| A/C | Privilege.  Attorney Client Privilege and/or Work Product Immunity |
| AA | Asked and Answered |
| AF | This testimony is objectionable because it assumes a fact not in evidence. |
| B | Bolstering.  This testimony in objectionable because it is improper to bolster the credibility of a witness before credibility is attacked (*see* Fed. R. Evid. 608(a)). |
| CQ | Compound Question |
| CS | Calls for Speculation |

| CODE | OBJECTION |
|------|-----------|
| E | This testimony is objectionable because it constitutes attempted expert testimony from a person who was not designated as an expert and who did not submit an expert report (*see* F.R.C.P. 26). |
| F | This testimony is objectionable because it lacks foundation. |
| IA | This testimony is objectionable because it is an incomplete answer. |
| IC | This testimony is objectionable because it has characterized a person or conduct with unwarranted suggestive, argumentative, or impertinent language (*see* Fed. R. Evid. 404-405). |
| IE | Improper opinion testimony by expert witness (*see* Fed. R. Evid. 702) |
| IQ | This testimony is objectionable because it is an incomplete question. |
| MC | Mischaracterizes witness' testimony |
| N | Calls for narrative |
| NR | Nonresponsive |
| OS | Outside the scope of Rule 30(b)(6) topics |

## DEPOSITION OF WILLIAM J. BENEDICT, JR., February 8, 2007

| Defendants' Counter-Designations | AdvanceMe's Objections |
|---|---|
| [10:16] - [11:8] | 402 |
| [19:20] - [20:11] | |
| [20:17] - [21:7] | 106, 602, CS |
| [35:8] - [35:10] | |
| [43:19] - [43:22] | |
| [75:24] - [76:1] | |
| [97:15] - [97:19] | |
| [98:18] - [98:20] | |
| [105:8] - [105:16] | 402 |
| [168:19] - [168:25] | 602, 1001-1004, CS |
| [176:22] - [176:24] | |
| [179:2] - [179:4] | 402 |
| [183:24] - [184:4] | 402 |
| [184:10] - [184:13] | 402, NR |
| [185:22] - [186:23] | |
| [187:9] - [187:15] | 402, NR |
| [202:17] - [202:22] | 402, 403, 602, 611, 701, NR |
| [203:17] - [203:19] | 402, 403, 611, NR |
| [203:25] - [204:3] | 402, 403, 602, 611, 701, NR |
| [204:9] - [204:18] | 402, 403, 602, 611, 701, NR |

| Defendants' Counter-Designations | AdvanceMe's Objections |
|---|---|
| [204:23] - [205:10] | 402, 403, 611, NR |
| [205:15] - [205:22] | 402, 403, 611, 701 |

**DEPOSITION OF JENNIFER L. CARTER, February 27, 2007**

| Defendants' Counter-Designations | AdvanceMe's Objections |
|---|---|
| [8:6] - [8:10] | |
| [11:20] - [11:22] | |
| [13:11] - [13:13] | |
| [13:21] - [13:23] | |
| [33:15] - [33:20] | |
| [37:23] - [38:6] | 106, 402 |
| [41:4] - [41:7] | 402, 403, 701 |
| [43:17] - [43:24] | 402, 403, 701 |
| [53:21] - [54:10] | |
| [55:3] - [55:11] | 402, 403 |
| [56:1] - [56:11] | |

**DEPOSITION OF CORTES DERUSSY (FIRST FUNDS), March 1, 2007**

| Defendants' Counter-Designations | AdvanceMe's Objections |
|---|---|
| [55:22] - [56:10] | |
| [58:13] - [58:14] | |
| [58:20] - [59:2] | |
| [59:12] - [59:17] | |
| [79:8] - [79:11] | |
| [79:13] - [79:19] | |
| [83:10] - [83:13] | |
| [90:12] - [90:14] | |
| [90:24] - [91:3] | |
| [95:9] - [95:11] | |
| [95:15] - [95:17] | |

**DEPOSITION OF CORTES E. DERUSSY (NORTHERN LEASING), April 23, 2007**

| Defendants' Counter-Designations | AdvanceMe's Objections |
|---|---|
| [58:15] - [58:23] | |
| [59:7] - [59:11] | |
| [63:15] - [63:19] | |
| [78:4] - [80:23] | 403, NR |
| [178:13] - [179:16] | |
| [207:5] | |
| [207:7] - [207:14] | 403, 701, NR |
| [234:10] - [235:7] | 403 |
| [249:11] - [249:16] | 402, 403, MC |
| [277:5] - [277:6] | 402, NR |
| [277:8] - [277:10] | |
| [277:13] - [277:15] | 602 |

## DEPOSITION OF RUTH ELASRI, February 22, 2007

| Defendants' Counter-Designations | AdvanceMe's Objections |
|---|---|
| [39:24] - [40:4] | |
| [40:6] - [40:9] | |
| [41:7] - [41:8] | |
| [41:13] - [41:21] | |
| [51:7] - [51:9] | |
| [57:10] - [57:12] | |
| [74:7] - [74:14] | |
| [80:19] - [80:21] | 402, 611, 1001-1004 |
| [81:13] - [81:15] | 402, 611, 1001-1004 |
| [84:3] - [84:7] | |
| [91:17] - [92:10] | |
| [96:11] - [96:25] | 402, 403, 602, 611, CS |
| [110:3] - [110:9] | |
| [111:19] - [111:23] | 402, 403, 602, 611, CS, F |
| [111:25] - [112:8] | 402, 403, 602, 611, CS, F |
| [116:5] - [116:6] | 402, 403, NR |
| [116:8] - [116:9] | 402, 403, NR |
| [124:8] - [125:5] | 402, 403, 1001-1004 |

**DEPOSITION OF WILLIAM HERRING JACKSON, January 23, 2007**

| Defendants' Counter-Designations | AdvanceMe's Objections |
|---|---|
| [10:22] - [10:25] | 402, 403 |
| [20:1] | |
| [22:13] - [22:16] | |
| [24:3] - [24:4] | |
| [39:5] | |
| [39:8] | |
| [64:17] - [64:23] | 402, 403 |
| [67:22] - [68:2] | |
| [68:4] - [68:6] | 602, CS |
| [70:7] - [70:10] | |
| [75:16] - [75:19] | |
| [103:16] - [103:21] | |
| [119:7] - [119:10] | |
| [147:19] - [147:21] | 402, 403 |
| [149:11] - [150:1] | 402, 403 |

### DEPOSITION OF DANIAL LOTT, February 26, 2007

| Defendants' Counter-Designations | AdvanceMe's Objections |
|---|---|
| [47:21] - [48:17] | 403 |
| [62:10] - [62:11] | |
| [69:10] - [69:11] | |
| [69:14] - [69:15] | 402, 403, NR |
| [69:18] | |
| [110:22] | |

**DEPOSITION OF ANTHONY S. MALEY, February 28, 2007**

| Defendants' Counter-Designations | AdvanceMe's Objections |
|---|---|
| [15:25] - [16:19] | |
| [16:24] - [17:24] | |
| [28:22] - [29:1] | |
| [30:14] - [30:18] | |
| [32:25] - [33:10] | 402, 403, NR |
| [38:8] - [38:21] | |
| [38:25] - [39:4] | |
| [44:25] - [45:3] | |
| [56:17] - [56:24] | |
| [65:1] - [65:7] | |
| [66:24] - [67:9] | 402, NR |
| [67:20] - [68:3] | 402, NR |

**DEPOSITION OF DAVID TALBERT, November 10, 2006**

| Defendants' Counter-Designations | AdvanceMe's Objections |
|---|---|
| [15:24] | |
| [16:1] - [16:19] | 402, 403, B |
| [45:11] - [45:19] | |
| [48:22] - [49:6] | |
| [71:22] - [71:24] | |
| [97:9] - [97:10] | |
| [105:12] - [105:15] | 402, 403, B |
| [139:4] | |
| [177:19] - [177:22] | |
| [177:24] | |

**DEPOSITION OF ANTHONY LEROY WILDEN, February 20, 2007**

| Defendants' Counter-Designations | AdvanceMe's Objections |
|---|---|
| [11:9] - [11:12] | 402, NR |
| [14:14] - [14:21] | |
| [36:13] - [37:3] | |
| [41:3] - [41:25] | |
| [42:22] - [42:23] | |
| [49:15] - [49:23] | |
| [56:1] | |
| [56:8] | |
| [60:7] - [60:21] | 402 |
| [61:7] - [61:11] | 402, 403 |

Dated: June 26, 2007            Respectfully submitted,


By: _____/s/ Vidya R. Bhakar_____

PAUL, HASTINGS, JANOFSKY & WALKER LLP
Ronald S. Lemieux (ronlemieux@paulhastings.com)
(CA Bar No. 120822) (Admitted Pro Hac Vice)
Michael N. Edelman (michaeledelman@paulhastings.com)
(CA Bar No. 180948) (Admitted Pro Hac Vice)
Vidya R. Bhakar (vidbhakar@paulhastings.com)
(CA Bar No. 220210) (Admitted Pro Hac Vice)
Robert C. Matz (robertmatz@paulhastings.com)
(CA Bar No. 217822) (Admitted Pro Hac Vice)
Shanée Y. Williams (shaneewilliams@paulhastings.com)
(CA Bar No. 221310) (Admitted Pro Hac Vice)
Five Palo Alto Square, Sixth Floor
Palo Alto, CA 94306-2155
Telephone: (650) 320-1800
Telecopier: (650) 320-1900

                IRELAND, CARROLL & KELLEY, P.C.
Otis W. Carroll, Attorney-in-Charge
State Bar No. 03895700
Deborah Race
State Bar No. 16448700
6101 South Broadway, Suite 500
Tyler, TX  75703
Telephone:  903-561-1600
Facsimile:  903-581-1071
Email:  fedserv@icklaw.com

ATTORNEYS FOR PLAINTIFF ADVANCEME, INC.

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who have consented to electronic service are being served a copy of this document via the court's CM/ECF system pursuant to Local Rule CV-5(a)(3) on this the 26th day of June, 2007

By   */s/ Vidya R. Bhakar*
Vidya R. Bhakar

LEGAL_US_W # 56526409.1