AdvanceMe Inc v. RapidPay LLC

# APPENDIX A

Dockets.Justia.com

Doc. 307 Att. 1

| | Speculation | Improper Opinion | Misleading | Vague | Misstates Evidence | Mischaracterizes | Argumentative | Incomplete Hypothetical | Assumes Facts | Irrelevant | Counter Designation |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Allen Abbott (1/11/07)** | | | | | | | | | | | |
| **Plaintiff's Dep. Designation** | | | | | | | | | | | |
| **77:14** | | | | | | | X | | | X | |
| **77:20** | | | | | | | X | | | X | |
| **89:23** | | | | | | | X | | | X | |
| **91:15** | | | | | | | X | | | X | |
| **91:16-91:18** | | | | | | | | | | | 91:19-92:3 |
| **92:19** | | | | | | | X | | | X | |
| **James R. Alexander (3/3/07)** | | | | | | | | | | | |
| **14:13-14:20** | | | | | | | | | | | 14:21-15:1 |
| **15:12-16:4** | | | | | | | | | | | 16:5-16:11 |
| **35:5-35:19** | | | | | | | | | | | 35:20-36:1 |
| **John Randall Bourne (1/26/2007)** | | | | | | | | | | | |
| **56:5-56:9** | | | | | | | X | | | X | |
| **56:24** | | | | | | | X | | | X | |
| **98:24** | | | | | | | X | | | X | |
| **98:25-100:8** | | | | | | | | | | | 100:9-100:10 |
| **Jeannette May Gepford (2/15/07)** | | | | | | | | | | | |
| **10:14** | | | | | | | X | | | X | |
| **12:1** | | | | | | | X | | | X | |

| | Speculation | Improper Opinion | Misleading | Vague | Misstates Evidence | Mischaracterizes | Argumentative | Incomplete Hypothetical | Assumes Facts | Irrelevant | Counter Designation |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **14:13** | | | | | | | X | | | X | |
| **14:18** | | | | | | | X | | | X | |
| **14:20** | | | | | | | X | | | X | |
| **14:21** | | | | | | | X | | | X | |
| **17:6** | | | | | | | X | | | X | |
| **17:18** | | | | | | | X | | | X | |
| **18:22** | | | | | | | X | | | X | |
| **19:16** | | | | | | | X | | | X | |
| **19:20-19:23** | | | | | | | X | | | X | |
| **21:11** | | | | | | | X | | | X | |
| **21:16** | | | | | | | X | | | X | |
| **22:4** | | | | | | | X | | | X | |
| **22:7-22:9** | | | | | | | X | | | X | |
| **23:4** | | | | | | | X | | | X | |
| **24:12** | | | | | | | X | | | X | |
| **25:4** | | | | | | | X | | | X | |
| **25:22** | | | | | | | X | | | X | |
| **28:22** | | | | | | | X | | | X | |
| **29:17** | | | | | | | X | | | X | |
| **31:3** | | | | | | | X | | | X | |
| **31:6-31:8** | | | | | | | X | | | X | |
| **31:11** | | | | | | | X | | | X | |
| **32:13** | | | | | | | X | | | X | |
| **33:13** | | | | | | | X | | | X | |
| **33:17-33:20** | | | | | | | X | | | X | |

| | Speculation | Improper Opinion | Misleading | Vague | Misstates Evidence | Mischaracterizes | Argumentative | Incomplete Hypothetical | Assumes Facts | Irrelevant | Counter Designation |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 35:9 | | | | | | | X | | | X | |
| 38:14 | | | | | | | X | | | X | |
| 44:1 | | | | | | | X | | | X | |
| 52:9-52:13 | | | | | | | X | | | X | |
| 69:23 | | | | | | | X | | | X | |
| 72:23 | | | | | | | X | | | X | |
| 73:1-73:3 | | | | | | | X | | | X | |
| 79:19-81:8 | X | X | X | X | X | X | X | X | X | | 81:11-81:13 |
| **Adam Secher (1/30/07)** | | | | | | | | | | | |
| 22:2-22:4 | | | | | | | | | | | 21:14-22:1; 22:5-22:8 |
| 37:20 | | | | | | | X | | | X | |
| 52:5-52:9 | | | | | | | | | | | 51:21-52:1 |
| 58:18-58:20 | X | | X | | | | | | | X | |
| **William Morgenstein (2/20/07)** | | | | | | | | | | | |
| 14:21 | | | | | | | X | | | X | |
| 15:6 | | | | | | | X | | | X | |
| 42:2-42:5 | | | | | | | | | | | 42:6-42:14 |
| 96:2-5 | | | | | | | X | | | X | |
| 98:4 | | | | | | | X | | | X | |
| **Tom McBrearty (2/13/07)** | | | | | | | | | | | |
| 56:4 | | | | | | | X | | | X | |

| | Speculation | Improper Opinion | Misleading | Vague | Misstates Evidence | Mischaracterizes | Argumentative | Incomplete Hypothetical | Assumes Facts | Irrelevant | Counter Designation |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 71:25 | | | | | | | X | | | X | |
| 86:24-88:5 | | | | | | | | | | | 88:6-88:9 |
| 102:11-102:22 | | | | | | | | | | | 102:23-103:2 |
| **Nick Logan (3/1/07)** | | | | | | | | | | | |
| 33:9 | | | | | | | X | | | X | |
| **Gerette Sorwell (2/14/07)** | | | | | | | | | | | |
| 53:6-53:20 | | | | | | | | | | | 52:23-53:5; 53:21-53:24 |
| 62:14 | | | | | | | X | | | X | |
| 62:15-63:20 | | | | | | | | | | | 63:21-63:23; 64:1-64:8 |
| **Gary Johnson (2/23/07)** | | | | | | | | | | | |
| 9:4-9:5 | | | | | | | X | | | X | |
| 9:11-9:12 | | | | | | | X | | | X | |
| 10:2-10:3 | | | | | | | X | | | X | |
| 20:8-20:9 | | | | | | | X | | | X | |
| 22:24-22:25 | | | | | | | X | | | X | |
| 39:3-39:4 | | | | | | | X | | | X | |
| 39:13-39:14 | | | | | | | X | | | X | |
| 39:21-39:22 | | | | | | | X | | | X | |
| 57:4-57:5 | | | | | | | X | | | X | |
| 61:24 | | | | | | | X | | | X | |

| | Speculation | Improper Opinion | Misleading | Vague | Misstates Evidence | Mischaracterizes | Argumentative | Incomplete Hypothetical | Assumes Facts | Irrelevant | Counter Designation |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 67:21-67:22 | | | | | | | X | | | X | |
| **William Herring Jackson (1/23/07)** ||||||||||||
| 109:13-109:14 | | | | | | | X | | | X | |
| 109:17-109:18 | | | | | | | X | | | X | |
| 109:23-110:4 | | | | | | | X | | | X | |
| 110:10 | | | | | | | X | | | X | |
| **Ruth Elasri (2/22/07)** ||||||||||||
| 51:19-52:5 | | | | | | | X | | | X | |
| 54:10 | | | | | | | X | | | X | |
| 55:2-55:22 | | | | | | | X | | | X | |
| 60:9-60:16 | | | | | | | X | | | X | |
| 76:12-76:17 | | | | | | | X | | | X | |
| 77:2-77:7 | | | | | | | X | | | X | |
| 77:21-78:2 | | | | | | | X | | | X | |
| 78:7-78:12 | | | | | | | X | | | X | |
| 78:19 | | | | | | | X | | | X | |
| 80:22 | | | | | | | X | | | X | |
| 81:2 | | | | | | | X | | | X | |
| 81:5-81:7 | | | | | | | X | | | X | |
| 82:6-82:7 | | | | | | | X | | | X | |
| 83:15-83:18 | | | | | | | | | | X | |
| 91:9-91:15 | | | | | | | X | | | X | |
| 95:7-95:15 | | | | | | | X | | | X | |

| | Speculation | Improper Opinion | Misleading | Vague | Misstates Evidence | Mischaracterizes | Argumentative | Incomplete Hypothetical | Assumes Facts | Irrelevant | Counter Designation |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 100:19 | | | | | | | X | | | X | |
| 101:13-101:15 | | | | | | | X | | | X | |
| 107:3 | | | | | | | X | | | X | |
| 111:24 | | | | | | | X | | | X | |
| 122:3 | | | | | | | X | | | X | |
| **Michelle Boudette (2/16/07)** | | | | | | | | | | | |
| 14:3 | | | | | | | X | | | X | |
| 22:15-22:17 | | | | | | | X | | | X | |
| 23:1-23:3 | | | | | | | X | | | X | |
| 23:6-23:7 | | | | | | | X | | | X | |
| 24:2 | | | | | | | X | | | X | |
| 25:20 | | | | | | | X | | | X | |
| 36:18 | | | | | | | X | | | X | |
| 36:21 | | | | | | | X | | | X | |
| 41:6-41:10 | | | | | | | X | | | X | |
| 41:22 | | | | | | | X | | | X | |
| 42:3-42:4 | | | | | | | X | | | X | |
| 45:15-45:17 | | | | | | | X | | | X | |
| 46:21 | | | | | | | X | | | X | |
| 54:22-54:23 | | | | | | | X | | | X | |
| 56:23-57:1 | | | | | | | X | | | X | |
| **William J. Benedict, Jr. (2/8/07)** | | | | | | | | | | | |
| 203:20-203:22 | | | | | | | X | | | X | |

| | Speculation | Improper Opinion | Misleading | Vague | Misstates Evidence | Mischaracterizes | Argumentative | Incomplete Hypothetical | Assumes Facts | Irrelevant | Counter Designation |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 204:5-204:8 | | | | | | | X | | | X | |
| 204:19-204:21 | | | | | | | X | | | X | |
| 205:12-205:14 | | | | | | | X | | | X | |
| **Danial Lott (2/6/07)** | | | | | | | | | | | |
| 87:21 | | | | | | | X | | | X | |
| 89:24 | | | | | | | X | | | X | |
| 90:11-90:15 | | | | | | | X | | | X | |
| 91:10 | | | | | | | X | | | X | |
| 98:6-98:10 | | | | | | | X | | | X | |
| 99:9 | | | | | | | X | | | X | |
| 99:15 | | | | | | | X | | | X | |
| 99:18 | | | | | | | X | | | X | |
| 100:10 | | | | | | | X | | | X | |
| 100:19 | | | | | | | X | | | X | |
| 104:4 | | | | | | | X | | | X | |
| 115:18-115:22 | | | | | | | X | | | X | |
| 116:3-116:4 | | | | | | | X | | | X | |
| **Anthony S. Maley (2/28/07)** | | | | | | | | | | | |
| 59:3 | | | | | | | X | | | X | |
| 59:6-59:9 | | | | | | | X | | | X | |
| **Anthony Leroy Wilden (2/20/07)** | | | | | | | | | | | |
| 47:11 | | | | | | | X | | | X | |

| | Speculation | Improper Opinion | Misleading | Vague | Misstates Evidence | Mischaracterizes | Argumentative | Incomplete Hypothetical | Assumes Facts | Irrelevant | Counter Designation |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 48:7 | | | | | | | X | | | X | |
| 48:25 | | | | | | | X | | | X | |
| 52:6 | | | | | | | X | | | X | |
| 53:16 | | | | | | | X | | | X | |
| 54:2 | | | | | | | X | | | X | |
| 61:2 | | | | | | | X | | | X | |
| **Jennifer L. Carter (2/27/07)** | | | | | | | | | | | |
| 38:17 | | | | | | | X | | | X | |
| 38:19 | | | | | | | X | | | X | |
| 40:25 | | | | | | | X | | | X | |
| 41:21 | | | | | | | X | | | X | |
| 41:23-41:24 | | | | | | | X | | | X | |
| **John Konop (2/8/07)** | | | | | | | | | | | |
| 4:1-14:3 | | | | | | | X | | | X | |
| 14:22-15:14 | | | | | | | X | | | X | |
| 18:4-5 | | | | | | | X | | | X | |
| 19:1 | | | | | | | X | | | X | |
| 20:23 | | | | | | | X | | | X | |
| 30:24 | | | | | | | X | | | X | |
| 31:2 | | | | | | | X | | | X | |
| 32:2 | | | | | | | X | | | X | |
| 32:8-32:10 | | | | | | | X | | | X | |
| 32:11-32:20 | | | | | | | X | | | X | |

| | Speculation | Improper Opinion | Misleading | Vague | Misstates Evidence | Mischaracterizes | Argumentative | Incomplete Hypothetical | Assumes Facts | Irrelevant | Counter Designation |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 35:6-35:8 | | | | | | | X | | | X | |
| 43:4 | | | | | | | X | | | X | |
| 43:8 | | | | | | | X | | | X | |
| 44:3 | | | | | | | X | | | X | |
| 47:20-47:24 | | | | | | | X | | | X | |
| 51:6 | | | | | | | X | | | X | |
| 51:8-51:11 | | | | | | | X | | | X | |
| 51:23 | | | | | | | X | | | X | |
| 54:15-54:16 | | | | | | | X | | | X | |
| 56:4 | | | | | | | X | | | X | |
| 56:9-56:13 | | | | | | | X | | | X | |
| 59:18 | | | | | | | X | | | X | |
| 60:11-60:12 | | | | | | | X | | | X | |
| 60:23 | | | | | | | X | | | X | |
| 60:25-61:4 | | | | | | | X | | | X | |
| 62:8-62:17 | | | | | | | X | | | X | |
| 63:2-63:17 | | | | | | | X | | | X | |
| 64:1 | | | | | | | X | | | X | |
| 65:23-66:3 | | | | | | | X | | | X | |
| 67:22 | | | | | | | X | | | X | |
| 68:3-68:7 | | | | | | | X | | | X | |
| 68:8-68:22 | | | | | | | X | | | X | |
| 68:23-69:22 | | | | | | | X | | | X | |
| 70:4-70:11 | | | | | | | X | | | X | |
| 70:18-70:22 | | | | | | | X | | | X | |

| | Speculation | Improper Opinion | Misleading | Vague | Misstates Evidence | Mischaracterizes | Argumentative | Incomplete Hypothetical | Assumes Facts | Irrelevant | Counter Designation |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 71:3-71:8 | | | | | | | X | | | X | |
| 71:11-71:12 | | | | | | | X | | | X | |
| 71:17-72:17 | | | | | | | X | | | X | |
| 72:24 | | | | | | | X | | | X | |
| 73:5 | | | | | | | X | | | X | |
| 73:14-73:22 | | | | | | | X | | | X | |
| 74:5-74:15 | | | | | | | X | | | X | |
| 74:24-75:1 | | | | | | | X | | | X | |
| 75:10-77:7 | | | | | | | X | | | X | |
| 78:8-78:18 | | | | | | | X | | | X | |
| 79:2-79:8 | | | | | | | X | | | X | |
| 79:15 | | | | | | | X | | | X | |
| 80:14 | | | | | | | X | | | X | |
| 81:7-82:5 | | | | | | | X | | | X | |
| 82:14-82:18 | | | | | | | X | | | X | |
| 83:5-84:18 | | | | | | | X | | | X | |
| 85:2 | | | | | | | X | | | X | |
| 85:10-85:16 | | | | | | | X | | | X | |
| 85:20-85:22 | | | | | | | X | | | X | |
| 85:24-86:7 | | | | | | | X | | | X | |
| 86:18-87:4 | | | | | | | X | | | X | |
| 88:9-88:19 | | | | | | | X | | | X | |
| 88:24 | | | | | | | X | | | X | |
| 89:3-89:4 | | | | | | | X | | | X | |
| 89:18-90:4 | | | | | | | X | | | X | |

| | Speculation | Improper Opinion | Misleading | Vague | Misstates Evidence | Mischaracterizes | Argumentative | Incomplete Hypothetical | Assumes Facts | Irrelevant | Counter Designation |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 90:9 | | | | | | | X | | | X | |
| 91:10-91:11 | | | | | | | X | | | X | |
| 92:7-92:19 | | | | | | | X | | | X | |
| 92:21-93:12 | | | | | | | X | | | X | |
| 94:5-94:11 | | | | | | | X | | | X | |
| 96:22 | | | | | | | X | | | X | |
| 96:25 | | | | | | | X | | | X | |
| 97:21-98:6 | | | | | | | X | | | X | |
| 100:15-100:21 | | | | | | | X | | | X | |
| 103:2 | | | | | | | X | | | X | |
| 103:9 | | | | | | | X | | | X | |
| 108:24 | | | | | | | X | | | X | |
| 109:4 | | | | | | | X | | | X | |
| 111:7 | | | | | | | X | | | X | |
| 115:12-115:21 | | | | | | | X | | | X | |
| 115:25 | | | | | | | X | | | X | |
| 116:5-116:7 | | | | | | | X | | | X | |
| 122:18-122:21 | | | | | | | X | | | X | |
| 123:24-124:6 | | | | | | | X | | | X | |
| 124:12 | | | | | | | X | | | X | |
| 128:17-128:25 | | | | | | | X | | | X | |
| 130:19-131:1 | | | | | | | X | | | X | |
| 131:13 | | | | | | | X | | | X | |
| 131:16-131:22 | | | | | | | X | | | X | |
| 132:7 | | | | | | | X | | | X | |

| | Speculation | Improper Opinion | Misleading | Vague | Misstates Evidence | Mischaracterizes | Argumentative | Incomplete Hypothetical | Assumes Facts | Irrelevant | Counter Designation |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 132:17-134:10 | | | | | | | X | | | X | |
| 138:1-138:12 | | | | | | | X | | | X | |
| 144:12 | | | | | | | X | | | X | |
| 144:15 | | | | | | | X | | | X | |
| 145:20-146:6 | | | | | | | X | | | X | |
| 148:12 | | | | | | | X | | | X | |
| 149:14 | | | | | | | X | | | X | |
| 149:20-149:24 | | | | | | | X | | | X | |
| 154:4 | | | | | | | X | | | X | |
| 154:7-154:9 | | | | | | | X | | | X | |
| 155:5 | | | | | | | X | | | X | |
| 155:10 | | | | | | | X | | | X | |
| 159:1 | | | | | | | X | | | X | |
| 160:8 | | | | | | | X | | | X | |
| 160:20 | | | | | | | X | | | X | |
| 161:5 | | | | | | | X | | | X | |
| 168:5 | | | | | | | X | | | X | |
| 168:16-168:20 | | | | | | | X | | | X | |
| 170:6 | | | | | | | X | | | X | |
| 171:22 | | | | | | | X | | | X | |
| 172:9-172:11 | | | | | | | X | | | X | |
| 172:15-172:18 | | | | | | | X | | | X | |
| 173:16 | | | | | | | X | | | X | |
| 174:7-174:10 | | | | | | | X | | | X | |
| 177:13 | | | | | | | X | | | X | |

| | Speculation | Improper Opinion | Misleading | Vague | Misstates Evidence | Mischaracterizes | Argumentative | Incomplete Hypothetical | Assumes Facts | Irrelevant | Counter Designation |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 182:11 | | | | | | | X | | | X | |
| 186:2-186:3 | | | | | | | X | | | X | |
| 186:6-186:8 | | | | | | | X | | | X | |
| 187:19 | | | | | | | X | | | X | |
| 188:23 | | | | | | | X | | | X | |
| 189:15 | | | | | | | X | | | X | |
| 190:4-190:14 | | | | | | | X | | | X | |
| 190:17 | | | | | | | X | | | X | |
| 190:20 | | | | | | | X | | | X | |
| 198:22-199:12 | | | | | | | X | | | X | |
| 199:15-199:18 | | | | | | | X | | | X | |
| 203:3-203:6 | | | | | | | X | | | X | |
| 329:1 | | | | | | | X | | | X | |
| 329:15-329:16 | | | | | | | X | | | X | |
| 329:18-329:19 | | | | | | | X | | | X | |
| 329:22-329:24 | | | | | | | X | | | X | |
| 331:4 | | | | | | | X | | | X | |
| 331:9 | | | | | | | X | | | X | |
| **Clifford Charles Hardwick (2/7/07)** | | | | | | | | | | | |
| 6:13-6:19 | | | | | | | X | | | X | |
| 7:4-8:4 | | | | | | | X | | | X | |
| 9:8 | | | | | | | X | | | X | |
| 10:3 | | | | | | | X | | | X | |
| 10:21-11:7 | | | | | | | X | | | X | |

| | Speculation | Improper Opinion | Misleading | Vague | Misstates Evidence | Mischaracterizes | Argumentative | Incomplete Hypothetical | Assumes Facts | Irrelevant | Counter Designation |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 15:3 | | | | | | | X | | | X | |
| 15:25 | | | | | | | X | | | X | |
| 16:12 | | | | | | | X | | | X | |
| 16:23 | | | | | | | X | | | X | |
| 18:7 | | | | | | | X | | | X | |
| 19:1 | | | | | | | X | | | X | |
| 19:10 | | | | | | | X | | | X | |
| 21:19 | | | | | | | X | | | X | |
| 22:20 | | | | | | | X | | | X | |
| 23:4 | | | | | | | X | | | X | |
| 23:15 | | | | | | | X | | | X | |
| 23:25 | | | | | | | X | | | X | |
| 24:4 | | | | | | | X | | | X | |
| 25:20 | | | | | | | X | | | X | |
| 26:3 | | | | | | | X | | | X | |
| 26:12-26:14 | | | | | | | X | | | X | |
| 27:13 | | | | | | | X | | | X | |
| 27:20-27:21 | | | | | | | X | | | X | |
| 27:25 | | | | | | | X | | | X | |
| 28:5 | | | | | | | X | | | X | |
| 28:10 | | | | | | | X | | | X | |
| 28:21 | | | | | | | X | | | X | |
| 29:7 | | | | | | | X | | | X | |
| 29:15 | | | | | | | X | | | X | |
| 33:3 | | | | | | | X | | | X | |

| | Speculation | Improper Opinion | Misleading | Vague | Misstates Evidence | Mischaracterizes | Argumentative | Incomplete Hypothetical | Assumes Facts | Irrelevant | Counter Designation |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 33:16 | | | | | | | X | | | X | |
| 33:21 | | | | | | | X | | | X | |
| 34:7 | | | | | | | X | | | X | |
| 34:21 | | | | | | | X | | | X | |
| 35:2 | | | | | | | X | | | X | |
| 35:15 | | | | | | | X | | | X | |
| 35:20 | | | | | | | X | | | X | |
| 35:24 | | | | | | | X | | | X | |
| 36:20 | | | | | | | X | | | X | |
| 36:23-37:1 | | | | | | | X | | | X | |
| 37:15-37:22 | | | | | | | X | | | X | |
| 38:4 | | | | | | | X | | | X | |
| 39:20 | | | | | | | X | | | X | |
| 40:3 | | | | | | | X | | | X | |
| 41:15 | | | | | | | X | | | X | |
| 42:24 | | | | | | | X | | | X | |
| 43:17 | | | | | | | X | | | X | |
| 44:17 | | | | | | | X | | | X | |
| 45:3 | | | | | | | X | | | X | |
| 48:18 | | | | | | | X | | | X | |
| 49:2 | | | | | | | X | | | X | |
| 49:25 | | | | | | | X | | | X | |
| 51:23 | | | | | | | X | | | X | |
| 52:15 | | | | | | | X | | | X | |
| 53:15 | | | | | | | X | | | X | |

| | Speculation | Improper Opinion | Misleading | Vague | Misstates Evidence | Mischaracterizes | Argumentatitve | Incomplete Hypothetical | Assumes Facts | Irrelevant | Counter Designation |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 54:8 | | | | | | | X | | | X | |
| 55:5 | | | | | | | X | | | X | |
| 56:15 | | | | | | | X | | | X | |
| 59:14 | | | | | | | X | | | X | |
| 61:12 | | | | | | | X | | | X | |
| 62:21 | | | | | | | X | | | X | |
| 63:15 | | | | | | | X | | | X | |
| 64:23 | | | | | | | X | | | X | |
| 65:18 | | | | | | | X | | | X | |
| 66:5 | | | | | | | X | | | X | |
| 68:10-68:13 | | | | | | | X | | | X | |
| 68:23 | | | | | | | X | | | X | |
| 69:1 | | | | | | | X | | | X | |
| 69:17 | | | | | | | X | | | X | |
| 70:4 | | | | | | | X | | | X | |
| 71:24 | | | | | | | X | | | X | |
| 73:3 | | | | | | | X | | | X | |
| 75:17 | | | | | | | X | | | X | |
| 77:12 | | | | | | | X | | | X | |
| 78:2 | | | | | | | X | | | X | |
| 78:14 | | | | | | | X | | | X | |
| 79:11 | | | | | | | X | | | X | |
| 80:9 | | | | | | | X | | | X | |
| 80:20 | | | | | | | X | | | X | |
| 81:9 | | | | | | | X | | | X | |

| | Speculation | Improper Opinion | Misleading | Vague | Misstates Evidence | Mischaracterizes | Argumentative | Incomplete Hypothetical | Assumes Facts | Irrelevant | Counter Designation |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **81:24** | | | | | | | X | | | X | |
| **82:8** | | | | | | | X | | | X | |
| **82:25** | | | | | | | X | | | X | |
| **83:7** | | | | | | | X | | | X | |
| **84:1** | | | | | | | X | | | X | |
| **84:22** | | | | | | | X | | | X | |
| **85:11** | | | | | | | X | | | X | |
| **85:19** | | | | | | | X | | | X | |
| **85:23** | | | | | | | X | | | X | |
| **86:6** | | | | | | | X | | | X | |
| **87:4** | | | | | | | X | | | X | |
| **87:20** | | | | | | | X | | | X | |
| **88:1** | | | | | | | X | | | X | |
| **88:5** | | | | | | | X | | | X | |
| **88:14** | | | | | | | X | | | X | |
| **89:8** | | | | | | | X | | | X | |
| **89:16** | | | | | | | X | | | X | |
| **90:2** | | | | | | | X | | | X | |
| **90:20** | | | | | | | X | | | X | |
| **91:5** | | | | | | | X | | | X | |
| **91:15** | | | | | | | X | | | X | |
| **91:24** | | | | | | | X | | | X | |
| **93:5** | | | | | | | X | | | X | |
| **93:12** | | | | | | | X | | | X | |
| **93:20** | | | | | | | X | | | X | |

| | Speculation | Improper Opinion | Misleading | Vague | Misstates Evidence | Mischaracterizes | Argumentative | Incomplete Hypothetical | Assumes Facts | Irrelevant | Counter Designation |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **94:1** | | | | | | | X | | | X | |
| **94:13** | | | | | | | X | | | X | |
| **94:25** | | | | | | | X | | | X | |
| **95:11** | | | | | | | X | | | X | |
| **95:22** | | | | | | | X | | | X | |
| **98:3** | | | | | | | X | | | X | |
| **98:18** | | | | | | | X | | | X | |
| **98:25** | | | | | | | X | | | X | |
| **99:16** | | | | | | | X | | | X | |
| **99:24** | | | | | | | X | | | X | |
| **100:15** | | | | | | | X | | | X | |
| **102:12** | | | | | | | X | | | X | |
| **102:17** | | | | | | | X | | | X | |
| **102:25** | | | | | | | X | | | X | |
| **105:10** | | | | | | | X | | | X | |
| **105:20** | | | | | | | X | | | X | |
| **106:25** | | | | | | | X | | | X | |
| **107:8** | | | | | | | X | | | X | |
| **107:22** | | | | | | | X | | | X | |
| **108:2** | | | | | | | X | | | X | |
| **111:1** | | | | | | | X | | | X | |
| **111:7** | | | | | | | X | | | X | |
| **111:21** | | | | | | | X | | | X | |