# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| **ADVANCEME, INC.** § | |
| **Plaintiff,** § | |
| § | |
| **v.** § | |
| § | |
| **RAPIDPAY, LLC, BUSINESS CAPITAL** § | **CAUSE NO. 6:05-CV-424 (LED)** |
| **CORPORATION, FIRST FUNDS LLC,** § | |
| **MERCHANT MONEY TREE, INC.,** § | |
| **REACH FINANCIAL, LLC and** § | |
| **FAST TRANSACT, INC. d/b/a** § | |
| **SIMPLE CASH,** § | |
| **Defendants.** § | |
| § | |

## DEFENDANTS' OBJECTIONS TO PLAINTIFF'S TRIAL EXHIBIT LIST

Defendants Merchant Money Tree, Inc. and Reach Financial, LLC ("Defendants") hereby submit their objections to Plaintiff AdvanceMe's proposed trial exhibits pursuant to the Court's Docket Control Order.

| PLAINTIFF EXHIBIT NO. | OBJECTION |
|---|---|
| 5-6, 9-13, 66-171, 181, 217, 258-266, 282-302, 453-482, 552-1976 | Defendants object to these exhibits on the grounds that the documents are (in whole or in part) not relevant because they pertain only to First Funds, LLC, *see* FED. R. EVID. 401 & 402. |
| 54, 304-308 | Defendants Object to these exhibits on the grounds that the documents have not been authenticated and there is no proper foundation for their admission, *see* FED. R. EVID. 403. |
| 172-180 | Defendants object to these exhibits on the grounds that the documents are (in whole or in part) not relevant because they pertain only to AmeriMerchant, LLC, *see* FED. R. EVID. 401 & 402. |
| 519-520, 525 | Defendants object to these exhibits on the grounds that they are improper compilations of evidence. To the extent Plaintiff wishes to offer complete individual documents, Defendants reserve the right to object to those exhibits at the time offered. |

| PLAINTIFF EXHIBIT NO. | OBJECTION |
|---|---|
| 522-524 | Defendants object to these exhibits on the grounds that they are improper compilations of evidence. To the extent Plaintiff wishes to offer complete individual documents, Defendants reserve the right to object to those exhibits at the time offered. Defendants further object to these exhibits on the grounds that the documents are (in whole or in part) not relevant because they pertain only to First Funds, LLC, *see* FED. R. EVID. 401 & 402. |
| 526-551 | Defendants object to these exhibits on the grounds that they were not produced to Defendants during the discovery period, *see* FED. R. CIV. P. 26. |
| 452 | Defendants object to this exhibit on the grounds that the document is (in whole or in part) not relevant because it pertains only to FastTransact, Inc. dba Simple Cash, *see* FED. R. EVID. 401 & 402. Defendants further object to this exhibit on the grounds that it was not produced to Defendant during the discovery period, *see* FED. R. CIV. P. 26. |

June 28, 2007                                    Respectfully submitted,

                                       By :/s/ Joseph D. Gray
                                       William G. Schuurman (TX State Bar No. 17855200)
                                       bschuurman@velaw.com
                                       Brian K. Buss (TX State Bar No. 00798089)
                                       bbuss@velaw.com
                                       Joseph D. Gray (TX State Bar No. 24045970)
                                       jgray@velaw.com
                                       R. Floyd Walker (TX State Bar No. 24044751)
                                       fwalker@velaw.com
                                       Graham E. Sutliff (TX State Bar No. 24046935)
                                       gsutliff@velaw.com
                                       **VINSON & ELKINS L.L.P.**
                                       2801 Via Fortuna, Suite 100
                                       Austin, Texas 78746
                                       Telephone: 512.542.8400
                                       Facsimile: 512.236.3476

                                       Hilary L. Preston
                                       hpreston@velaw.com
                                       **VINSON & ELKINS L.L.P.**
                                       666 Fifth Avenue – 26th Floor
                                       New York, NY 10103
                                       Telephone: 212.237.0000
                                       Facsimile: 212.237.0100

                                       Douglas R. McSwane, Jr. (TX State Bar No. 13861300)
                                       J. Matt Rowan (TX State Bar No. 24033137)
                                       **POTTER MINTON**
                                       A Professional Corporation
                                       110 N. College
                                       500 Plaza Tower (75702)
                                       P.O. Box 359
                                       Tyler, Texas 75710
                                       Telephone: 903.597.8311
                                       Facsimile: 903.593.0846
                                       E-mail: dougmcswane@potterminton.com

                                       *Counsel for Defendants Merchant Money Tree, Inc. and*
                                       *Reach Financial, LLC*

**CERTIFICATE OF SERVICE**

      I hereby certify that all counsel of record who have consented to electronic service and are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this the 28th day of June, 2007. Any other counsel of record will be served by first class mail on this same date.

                                              /s/ Joseph D. Gray
                                                 Joseph D. Gray