IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| ADVANCEME, INC. | § | |
|    *Plaintiff* | § | |
| | § | |
| VS. | § | |
| | § | |
| RAPIDPAY, LLC, BUSINESS CAPITAL | § | CAUSE NO. 6:05CV424 LED |
| CORPORATION, FIRST FUNDS LLC, | § | |
| MERCHANT MONEY TREE, INC., | § | |
| REACH FINANCIAL, LLC and | § | |
| FAST TRANSACT, INC. d/b/a | § | |
| SIMPLE CASH | § | |
|    *Defendant* | § | |

## PLAINTIFF'S SUBMISSION REGARDING THE TIME NEEDED FOR TRIAL

In accordance with the Court's request in the pre-trial conference held on July 9, 2007, Plaintiff ADVANCEME, INC. ("AdvanceMe") hereby notifies the Court that it requests the following times for the trial of this cause. The parties have conferred and were unable to reach agreement with respect to the amount of time needed for each aspect of the trial. Therefore both parties are proffering their individual time estimates in separate notices:

| | **PLAINTIFF'S PROPOSED TIME** |
|---|---|
| Opening Statements | 30 minutes |
| Direct & Cross Examination | 7 hours |
| Rebuttal | 2 hours |
| Closing Arguments | 30 minutes |

AdvanceMe also respectfully requests that the Court allow it five minutes at the beginning and end of each day of trial for "mini openings" and "mini closings" to summarize the case.

Dated: July 10, 2007            Respectfully submitted,

By:    */s/ Deborah Race*

Otis W Carroll, Jr
Texas State Bar No. 03895700
Deborah Race
Texas State Bar No. 16448700
**IRELAND CARROLL & KELLEY, PC**
6101 S Broadway
Suite 500
Tyler, TX 75703
903-561-1600
E-Mail: drace@icklaw.com

**Of Counsel:**
Ronald S. Lemieux
**PAUL HASTINGS JANOFSKY & WALKER LLP**
Five Palo Alto Square
Sixth Floor
Palo Alto, CA 94306-2155
650/320-1821
Fax: 650/320-1900
Email: ronaldlemieux@paulhastings.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by facsimile transmission and/or first class mail this 10th day of July, 2007.

           */s/ Deborah Race*
           Deborah Race

2