## Deborah Race

| | |
|---|---|
| **From:** | Gray, Joseph [jgray@velaw.com] |
| **Sent:** | Friday, June 22, 2007 7:00 PM |
| **To:** | Williams, Shanee; Edelman, Michael N.; Matz, Robert; Lemieux, Ronald (Ron) S.; Bhakar, Vid; Deborah Race |
| **Cc:** | Schuurman, Bill; Buss, Brian; Doug McSwane; Matt Rowan; Walker, Floyd |
| **Subject:** | Live witnesses |

All,

As we understand from Deborah that Plaintiff will call Glenn Goldman, Les Falke, and Barbara Johnson live at trial, the parties' designations, counter-designations, and objections to their deposition transcripts are moot. Similarly, as Tim Litle, Laurent Bouchard, Lee Suckow, Edward Landon, Bill Benedict, and Cortes DeRussy will be live at trial, the parties' designations, counter-designations, and objections to their deposition transcripts are moot.

Please confirm that this is your understanding so that we can all narrow the designations and outstanding objections and determine the issues on which the parties should meet and confer prior to the pretrial conference on July 9th.

Shanee and I also continued our discussion today regarding the live trial testimony of Bill Benedict (corporate representative for Reach Financial) and Jeff Jackson (corporate representative for Merchant Money Tree), and we will further discuss the scope of their trial testimony in an attempt to resolve any motions in limine concerning the same. If there are other potential motion in limine or other issues that Plaintiff has identified to date, please feel free to contact me to discuss.

Regards,

**Joseph D. Gray**
Attorney
**Vinson & Elkins LLP**
2801 Via Fortuna, Suite 100
Austin, TX 78746-7568
Tel 512.542.8420
Fax 512.236.3224
jgray@velaw.com


To the extent this communication contains any statement regarding federal taxes, tha

......CONFIDENTIALITY NOTICE......

The information in this email may be confidential and/or privileged. This email is i

Thank You.

7/13/2007