# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | |
|---|---|
| **ADVANCEME, INC.** § | |
| § | **Civil Case No. 6:05-CV-424** |
| **VS.** § | **(LED-JDL)** |
| § | |
| **RAPDIPAY, LLC, BUSINESS** § | |
| **CAPITAL CORPORATION,** § | |
| **MERCHANT MONEY TREE, INC.,** § | |
| **REACH FINANCIAL, LLC and FAST** § | |
| **TRANSACT, INC., dba SIMPLE** § | |
| **CASH** § | |

## ORDER GRANTING MOTION TO QUASH
## TRIAL SUBPOENA OF TOM BURNSIDE

CAME ON FOR CONSIDERATION Plaintiff's Motion To Quash Trial Subpoena of Tom Burnside. The Court is of the opinion that the motion is well taken and should be granted.

IT IS, THEREFORE, ORDERED that Plaintiff's motion is hereby **GRANTED**. and the trial subpoena of Tom Burnside is hereby quashed.