## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | | |
|---|---|---|
| **ADVANCEME, INC.** | § | |
| | § | **Civil Case No. 6:05-CV-424** |
| **VS.** | § | **(LED-JDL)** |
| | § | |
| **RAPDIPAY, LLC, BUSINESS** | § | |
| **CAPITAL CORPORATION,** | § | |
| **MERCHANT MONEY TREE, INC.,** | § | |
| **REACH FINANCIAL, LLC and FAST** | § | |
| **TRANSACT, INC., dba SIMPLE** | § | |
| **CASH** | § | |

## AGREED MOTION TO WITHDRAW MOTION TO QUASH TRIAL SUBPOENA OF TOM BURNSIDE (DKT. #318)

**TO THE HONORABLE LEONARD E. DAVIS:**

Plaintiff, AdvanceMe, Inc. ("AdvanceMe") comes and files this agreed motion to withdraw Motion to Quash the Trial Subpoena of Tom Burnside (Dkt. #318). The parties have agreed to the resolution of the Motion to Quash the Trial Subpoena of Tom Burnside (Dkt. #318)and respectfully request this Honorable Court to enter an order withdrawing Motion to Quash the Trial Subpoena of Tom Burnside (Dkt. #318), filed on July 13, 2007. An order reflecting same is attached for the Court's convenience.

Respectfully submitted:

By: /s/ Deborah Race
Otis Carroll, Attorney-in-Charge
Texas State Bar No. 03895700
Deborah Race
State Bar No. 16448700
IRELAND, CARROLL & KELLEY P.C.
6101 South Broadway, Suite 500
Tyler, Texas 75703
Telephone: (903) 561-1600
Facsimile: (903) 581-1071

Email: Fedserv@icklaw.com

ATTORNEYS FOR PLAINTIFF ADVANCEME, INC.

PAUL, HASTINGS, JANOFSKY & WALKER LLP

Ronald S. Lemieux (*Admitted Pro Hac Vice*)
Daniel B. Pollack (*Admitted Pro Hac Vice*)
Five Palo Alto Square, Sixth Floor
Palo Alto, CA 94306-2155
Telephone: (650) 320-1800
Telecopier: (650) 320-1900
Email: ronlemieux@paulhastings.com

Elizabeth L. Brann (CA Bar No. 222873)
3579 Valley Centre Drive
San Diego, CA 92130
Telephone: (858) 720-2500
Telecopier: (858) 720-2555

ATTORNEYS FOR PLAINTIFF ADVANCEME, INC.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by facsimile transmission and/or first class mail this 15th day of July, 2007.

/s/ Deborah Race
Deborah Race