# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| ADVANCEME, INC., § § § **Plaintiff**, § § v. § § RAPIDPAY LLC, § MERCHANT MONEY TREE, INC., § REACH FINANCIAL LLC, and § FAST TRANSACT, INC. d/b/a § SIMPLE CASH, § **Defendants**. § § | CASE NO. 6:05-CV-424 LED-JDL |

## ADVANCEME, INC.'S NOTICE OF DISMISSAL WITHOUT PREJUDICE
## OF FAST TRANSACT, INC. d/b/a SIMPLE CASH

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff AdvanceMe, Inc. hereby dismisses without prejudice all claims against Defendant Fast Transact, Inc. d/b/a Simple Cash.

Dated: July 15, 2007

Respectfully submitted,

By: _____ /s/ Ronald S. Lemieux _____

PAUL, HASTINGS, JANOFSKY & WALKER LLP
Ronald S. Lemieux (ronlemieux@paulhastings.com)
(CA Bar No. 120822) (Admitted Pro Hac Vice)
Michael N. Edelman (michaeledelman@paulhastings.com)
(CA Bar No. 180948) (Admitted Pro Hac Vice)
Vidya R. Bhakar (vidbhakar@paulhastings.com)
(CA Bar No. 220210) (Admitted Pro Hac Vice)
Robert C. Matz (robertmatz@paulhastings.com)
(CA Bar No. 217822) (Admitted Pro Hac Vice)
Shanée Y. Williams (shaneewilliams@paulhastings.com)
(CA Bar No. 221310) (Admitted Pro Hac Vice)
Five Palo Alto Square, Sixth Floor
Palo Alto, CA  94306-2155
Telephone: (650) 320-1800
Telecopier: (650) 320-1900

IRELAND, CARROLL & KELLEY, P.C.
Otis W. Carroll, Attorney-in-Charge
State Bar No. 03895700
Deborah Race
State Bar No. 16448700
6101 South Broadway, Suite 500
Tyler, TX  75703
Telephone:  903-561-1600
Facsimile:  903-581-1071
Email:  fedserv@icklaw.com

ATTORNEYS FOR PLAINTIFF ADVANCEME, INC.

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who have consented to electronic service are being served a copy of this document via the court's CM/ECF system pursuant to Local Rule CV-5(a)(3) on this the 15th day of July, 2007.

By  */s/ Ronald S. Lemieux*
Ronald S. Lemieux

LEGAL_US_W # 56657404.1