# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| **ADVANCEME, INC.** § | |
| § | **Civil Case No. 6:05-CV-424** |
| VS. § | **(LED-JDL)** |
| § | |
| **RAPDIPAY, LLC, BUSINESS** § | |
| **CAPITAL CORPORATION,** § | |
| **MERCHANT MONEY TREE, INC.,** § | |
| **REACH FINANCIAL, LLC and FAST** § | |
| **TRANSACT, INC., dba SIMPLE** § | |
| **CASH** § | |

## ORDER GRANTING AGREED MOTION TO WITHDRAW MOTION TO QUASH TRIAL SUBPOENA OF TOM BURNSIDE (DKT #318)

On this day came on for consideration Plaintiff, AdvanceMe, Inc.'s ("AdvanceMe") agreed motion to withdraw Motion to Quash the Trial Subpoena of Tom Burnside (Dkt. #318) filed on July 13, 2007. The Court, being of the opinion that the motion is well taken and should be granted, and that it is agreed, hereby GRANTS Plaintiff's motion.

IT IS, THEREFORE, ORDERED that Plaintiff's Motion to Quash the Trial Subpoena of Tom Burnside (Dkt. #318) filed on July 13, 2007 and the declaration of Deborah Race and the exhibits filed therewith, is withdrawn.

**So ORDERED and SIGNED this 16th day of July, 2007.**



_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**