# EXHIBIT D

**Alexander**

Total Length of Defendant Clips: 00:07:10
Total Length of Plaintiff Clips: 00:07:52
Total Length of Combined Clips: 00:15:02

DEFENSE: Alexander_006.09-006.10    Length of Clip is: 00:00:03

| | | |
|---|---|---|
| 6: | 9 | Q. Good morning, Mr. Alexander. |
| 6: | 10 | A. Good morning. |

DEFENSE: Alexander_008.19-009.02    Length of Clip is: 00:00:24

| | | |
|---|---|---|
| 8: | 19 | Mr. Alexander, are you currently employed? |
| 8: | 20 | A. Yes. |
| 8: | 21 | Q. And who is your current employer? |
| 8: | 22 | A. I am self-employed. |
| 8: | 23 | Q. And what is your business? |
| 8: | 24 | A. I am a consultant. |
| 8: | 25 | Q. And what -- is there a specific area of |
| 9:Page 9 | | |
| 9: | 1 | consulting that you are engaged in? |
| 9: | 2 | A. Direct mail. |

DEFENSE: B_Alexander_010.02-010.12    Length of Clip is: 00:00:31

| | | |
|---|---|---|
| 10: | 2 | Q. Have you -- are you familiar with a company |
| 10: | 3 | called Litle & Co.? |
| 10: | 4 | A. Yes. |
| 10: | 5 | Q. How did you become familiar with Litle & |
| 10: | 6 | Co.? |
| 10: | 7 | A. I know the owner of Litle & Co. or Tim |
| 10: | 8 | Litle, who is the founder of Litle & Co. |
| 10: | 9 | Q. And when did you become familiar with Litle |
| 10: | 10 | & Co. or with Mr. Litle? |
| 10: | 11 | A. I think I've known Tim Litle for probably |
| 10: | 12 | close to 30 years, so -- |

DEFENSE: B_Alexander_012.15-012.20    Length of Clip is: 00:00:33

| | | |
|---|---|---|
| 12: | 15 | Q. I'd like to focus for a little bit on Litle |
| 12: | 16 | & Company. And what did you understand the business |
| 12: | 17 | of Litle & Company to be? |
| 12: | 18 | A. Litle & Company, as I understood, when they |
| 12: | 19 | first launched, was primarily a credit card processor, |
| 12: | 20 | primarily for the catalog industry. |

DEFENSE: Alexander_013.01-013.04    Length of Clip is: 00:00:11

| | | |
|---|---|---|
| 13: | 1 | Q. Are you aware of any other business or |
| 13: | 2 | service provided by Litle & Company? |
| 13: | 3 | A. The answer is yes, which we talked about in |
| 13: | 4 | our deposition. |

DEFENSE: Alexander_013.11-013.16    Length of Clip is: 00:00:19

| | | |
|---|---|---|
| 13: | 11 | Q. Okay. And what do you understand that to |

```
13: 12      be?
13: 13      A. That for some firms, they provided a --
13: 14      kind of a financing service that would be paid out of
13: 15      credit card receipts. Or, you know, credit card
13: 16      payments.
```

PLAINTFF: PL_Alexander_013.17-013.19    Length of Clip is: 00:00:08

```
13: 17      Q. And how did you become aware of the
13: 18      financing service paid out of credit card receipts?
13: 19      A. I don't recall.
```

DEFENSE: Alexander_013.20-014.06    Length of Clip is: 00:00:46

```
13: 20      Q. Do you recall approximately the time frame
13: 21      when Litle provided those types of services, the
13: 22      financing?
13: 23      A. In my affidavit, I think I mentioned around
13: 24      1990.
13: 25      Q. And what makes you think that around 1990
14:Page 14
14:  1      was the time frame?
14:  2      A. Because at that time, Tucker and -- Tucker
14:  3      Capital and I were selling a company called
14:  4      HearthSong, which is mentioned in the affidavit, that
14:  5      was in financial difficulty, and as I recall, they had
14:  6      availed themselves of that product.
```

PLAINTFF: PL_Alexander_014.13-014.20    Length of Clip is: 00:00:37

```
14: 13      Q. Can you describe how the financing services
14: 14      that Litle & Company provided to HearthSong, can you
14: 15      describe how that program worked?
14: 16      A. Probably not exactly.
14: 17      Q. Okay.
14: 18      A. Specific -- to answer that specifically, I
14: 19      don't know how it worked, so I think that's the best
14: 20      answer.
```

DEFENSE: Alexander_015.02-015.11    Length of Clip is: 00:00:44

```
15:  2      Q. What do you recall about the financing
15:  3      services that Litle & Company provided?
15:  4      A. The only thing that I recall about the
15:  5      financing services was that companies could avail
15:  6      themselves or get financing, and they would
15:  7      subsequently pay for that financing out of the credit
15:  8      card receipts that Litle & Co. normally processed. So
15:  9      Litle & Co. was in the business of processing credit
15: 10      cards for many people in the industry, and I believe
15: 11      for some, they made additional financing available.
```

PLAINTFF: PL_Alexander_015.12-016.04    Length of Clip is: 00:01:07

```
15: 12      Q. Were you -- do you recall whether you were
15: 13      aware in 1990 and 1991 time frame of how the
15: 14      processing aspect of the financial servicing product
15: 15      that Litle & Company provided, were you aware of
15: 16      how -- were you aware of the processing aspect of that
15: 17      program?
15: 18      A. No.
```

```
15: 19      Q. No. Did you ever see any agreements that
15: 20      Litle & Company would have to provide financial --
15: 21      financing services to merchants?
15: 22      A. No.
15: 23      Q. Do you recall how the amount of financing
15: 24      would be determined?
15: 25      A. No.
16:Page 16
16:  1      Q. Do you recall how Litle & Company would
16:  2      provide the financing services? Would that be in the
16:  3      form of a cash advance?
16:  4      A. I don't.
```

DEFENSE: Alexander_OC_016.05-016.11    Length of Clip is: 00:00:26

```
16:  5      Q. And your understanding was that the
16:  6      financing services would be repaid through the
16:  7      merchant's credit card transactions; is that correct?
16:  8      A. My understanding was that it would be
16:  9      paid -- the monies would be paid as an additional
16: 10      charge beyond, you know -- be paid with the credit
16: 11      card receipt processing.
```

PLAINTFF: PL_Alexander_016.12-016.15    Length of Clip is: 00:00:11

```
16: 12      Q. And do you recall whether the advance was
16: 13      paid -- was repaid all at once, or was it paid in
16: 14      installments?
16: 15      A. I have no clue.
```

PLAINTFF: PL_Alexander_016.16-016.23    Length of Clip is: 00:00:26

```
16: 16      Q. Were you aware of any documentation at the
16: 17      time, 1991 -- 1990, 1991, were you aware of any
16: 18      documentation that described how Litle & Company would
16: 19      provide these financing services?
16: 20      A. No.
16: 21      Q. Are you aware of whether that program was
16: 22      advertised by Litle & Company?
16: 23      A. I don't recall.
```

DEFENSE: Alexander_028.19-029.13    Length of Clip is: 00:01:01

```
28: 19      Q. But it is correct that you recall that there
28: 20      was some financing by Litle & Company of HearthSong's
28: 21      postage cost?
28: 22      A. As I recall.
28: 23      Q. And do you -- I believe you said that you
28: 24      understood that in 1989 or '90, when this engagement
28: 25      began, that Litle & Company acted as the processor for
29:Page 29
29:  1      HearthSong; is that correct?
29:  2      A. As I recall, yes.
29:  3      Q. And did you understand that as the
29:  4      processor, Litle & Company would ordinarily make
29:  5      payments back to HearthSong for the transactions that
29:  6      had been -- the purchases that had been made with
29:  7      credit cards?
29:  8      A. Yes.
29:  9      Q. And did you understand that for the postage
29: 10      financing facility instead of sending money back to
29: 11      HearthSong, that some of that money would be paid to
```

```
29: 12      Litle & Company as repayment of the postage financing?
29: 13      A. Yes, yes.
```

DEFENSE: Alexander_031.13-031.21    Length of Clip is: 00:00:30

```
31: 13      Q. But either through the process of
31: 14      interviewing principals, reviewing documents or
31: 15      speaking with someone else, you came to know of the
31: 16      postage financing facility?
31: 17      A. Yes.
31: 18      Q. And is it your recollection that you were
31: 19      instructed to keep that product confidential?
31: 20      A. Nobody said anything about keeping anything
31: 21      confidential. No. I was not aware of it.
```

PLAINTFF: PL_Alexander_033.08-033.23    Length of Clip is: 00:01:15

```
33:  8      Q. But you remember that Exposures had a
33:  9      postage financing facility by Litle & Company; is that
33: 10      correct?
33: 11      A. I was made aware of that later.
33: 12      Q. And by "later," do you mean during the
33: 13      course of the engagement at some point?
33: 14      A. No. When I first was contacted by -- I had
33: 15      talked -- I had been contacted by Tim Litle. Tim
33: 16      asked me about, did I recall Exposures/HearthSong? I
33: 17      said, yeah. And he indicated to me, did I recall the
33: 18      postage or, you know, the financing? I said, I
33: 19      remembered the postage. Yes, I remember that. And I
33: 20      remembered HearthSong. And he indicated to me, he
33: 21      said, well, we also did that for Exposures. I said,
33: 22      oh, okay.
33: 23      That's what I remember.
```

DEFENSE: Alexander_034.11-034.22    Length of Clip is: 00:00:42

```
34: 11      Q. Did you ever discuss the availability of the
34: 12      postage financing facility with any clients other than
34: 13      Exposures or HearthSong -- excuse me, with HearthSong,
34: 14      Exposures not being a client?
34: 15      A. I may have, but I couldn't tell you who or
34: 16      when.
34: 17      Q. But it is possible that you may have?
34: 18      A. It's most likely.
34: 19      Q. And why would you have done that?
34: 20      A. Because it was a -- for certainly companies
34: 21      that were in distress, it certainly was something that
34: 22      might keep them afloat.
```

DEFENSE: Alexander_035.01-035.04    Length of Clip is: 00:00:15

```
35:  1      Q. And did Tim Litle or someone else from Litle
35:  2      & Company caution you against having those kinds of
35:  3      conversations with your clients?
35:  4      A. No. Not that I recall.
```

PLAINTFF: PL_Alexander_035.05-035.19    Length of Clip is: 00:01:53

```
35:  5      Q. Did they, in fact, encourage you to make
35:  6      this product available to potential -- to other
35:  7      catalog companies or direct mail companies?
```

```
35:  8     A. Probably not encourage.
35:  9     Q. Would you substitute a different word?
35: 10     A. Well, obviously we were aware of it. My --
35: 11     you would use discretion as to who you would mention
35: 12     it to.
35: 13     Q. And why would you use discretion as to who
35: 14     you would mention it to?
35: 15     A. There might be companies that are too far
35: 16     gone. There might be companies out there run by,
35: 17     let's say, not-so-ethical people. There might be
35: 18     people out there that were not friends of Litle & Co.,
35: 19     so for those reasons.
```

DEFENSE: Alexander_OC_035.20-036.01    Length of Clip is: 00:00:17

```
35: 20     Q. I understand. So setting aside companies or
35: 21     individuals to whom you might not want to do business
35: 22     or Litle & Company might not want to do business --
35: 23     A. Yes.
35: 24     Q. -- you were free to discuss that product
35: 25     with other potential clients or customers?
36:Page 36
36:  1     A. I believe so.
```

DEFENSE: Alexander_037.02-037.07    Length of Clip is: 00:00:19

```
37:  2     Q. Do you have any business relationship with
37:  3     any of the defendants? And I'll just go through them,
37:  4     the names for you. First Funds?
37:  5     A. I've never heard -- all of the companies
37:  6     that are listed on that, I know none of these
37:  7     companies.
```

PLAINTFF: PL_Alexander_038.25-040.06    Length of Clip is: 00:02:10

```
38: 25        Q. You said that you were contacted by Tim
39:Page 39
39:  1     Litle and that he asked you whether or not you
39:  2     remembered HearthSong and Exposures; is that correct?
39:  3     A. That is correct.
39:  4     Q. And before Mr. Litle contacted you --
39:  5     actually, can you tell me when was this that Mr. Litle
39:  6     contacted you?
39:  7     A. It was last year, but I don't remember, you
39:  8     know -- I don't recall if it was on the phone or if it
39:  9     was at one of our industry conventions, which he and I
39: 10     attend, you know, fairly regularly. So it may have
39: 11     been a conversation at one of those, or it could have
39: 12     been a phone call.
39: 13     Q. And prior to that conversation that you had
39: 14     with Mr. Litle, were you aware that Exposures had used
39: 15     Litle & Company for the financing service or postage
39: 16     advance services provided by Litle & Company?
39: 17     A. I was not -- I didn't remember until I
39: 18     was -- until Tim told me about -- told me about the
39: 19     situation. So, you know, I recalled it after being
39: 20     reminded of it.
39: 21     Q. So you were aware previously of that
39: 22     conversation, that Exposures had taken advantage of
39: 23     the postage financing services provided by Litle &
39: 24     Company?
39: 25     A. The answer -- let me be clear on it. I
40:Page 40
```