# EXHIBIT E

Dockets.Justia.com

**Abbot**

Total Length of Defendant Clips: 00:18:56
Total Length of Plaintiff Clips: 00:19:05
Total Length of Combined Clips: 00:38:01

DEFENSE: Abbot_005.18-005.22   Length of Clip is: 00:00:08

| | | |
|---|---|---|
| 5: | 18 | for your attendance at this deposition.  Will |
| 5: | 19 | you please state your full name and address for |
| 5: | 20 | the record? |
| 5: | 21 | A.  Allen Abbott.  I live at 1711 Lotus |
| 5: | 22 | Drive in Orefield, Pennsylvania. |

DEFENSE: B_Abbot_011.14-011.24   Length of Clip is: 00:00:30

| | | |
|---|---|---|
| 11: | 14 | Q.  What time frame were you at |
| 11: | 15 | Exposures? |
| 11: | 16 | A.  I was at Exposures from summer '88 |
| 11: | 17 | until June 1993. |
| 11: | 18 | Q.  While at Exposures, what was your |
| 11: | 19 | position? |
| 11: | 20 | A.  I was vice president of marketing |
| 11: | 21 | was my title initially.  I was responsible for |
| 11: | 22 | marketing, later added operations as one of my |
| 11: | 23 | responsibilities and also made a director of the |
| 11: | 24 | company about three years in my tenure there. |

PLAINTFF: PL_Abbot_015.07-015.19   Length of Clip is: 00:00:43

| | | |
|---|---|---|
| 15: | 7 | we will get to it later.  Have you had any |
| 15: | 8 | discussions with Randy Bourne? |
| 15: | 9 | A.  I talked to Randy last week.  I |
| 15: | 10 | called him to ask him if he had thought about |
| 15: | 11 | the fact that because I knew through e-mails |
| 15: | 12 | from Tim Litle that he had agreed to |
| 15: | 13 | participate, if he had thought about the fact |
| 15: | 14 | that you were asking him to turn over documents |
| 15: | 15 | that he really didn't have a right to have in |
| 15: | 16 | some cases and had he thought about contacting |
| 15: | 17 | the current owners of Exposures to mention that |
| 15: | 18 | to them, which was sort of the gist of our |
| 15: | 19 | discussion. |

PLAINTFF: PL_Abbot_018.20-019.13*   Length of Clip is: 00:00:53

| | | |
|---|---|---|
| 18: | 20 | Q.  Do the documents in Abbott Exhibits |
| 18: | 21 | 2 and 3 represent all documents that are |
| 18: | 22 | responsive to the subpoena that was served upon |
| 18: | 23 | you? |
| 18: | 24 | A.  Yes, they do. |
| 18: | 25 | Q.  In searching for documents |
| 19:Page 19 | | |
| 19: | 1 | Allen Abbott |
| 19: | 2 | responsive to the subpoena, where did you look? |
| 19: | 3 | A.  Some of the documents were sent to |
| 19: | 4 | me by Joey Gray and others I got from my phone |
| 19: | 5 | log and also I went back into my e-mail and |
| 19: | 6 | searched for anything having to do with David |

21: 13    Blythe, indicated to him that there had been a
21: 14    request for a couple of documents that were
21: 15    actually Exposures' business records.  Basically
21: 16    said I'm obligated to send them unless you
21: 17    choose to try to stop that process.  He called
21: 18    me back 20 minutes later and said they had no
21: 19    problem me sending them.
21: 20    Q.  Do you recall the name of the
21: 21    attorney at Blythe that you spoke with?
21: 22    A.  I don't.


DEFENSE: Abbot_021.23-021.25   Length of Clip is: 00:00:04

21: 23    Q.  Mr. Abbott, are you familiar with a
21: 24    company called Litle & Company?
21: 25    A.  Yes.


DEFENSE: B_Abbot_022.02-022.15   Length of Clip is: 00:00:44

22:  2    Q.  How did you become familiar with
22:  3    Litle & Co.?
22:  4    A.  They were our payment processer,
22:  5    credit card payment processer at Bloomingdales
22:  6    when I first got into the direct marketing
22:  7    industry.  And they also were credit card
22:  8    processer at Exposures.
22:  9    Q.  Was there any type of agreement
22: 10    between Litle & Co. and Exposures for payment
22: 11    processing?
22: 12    A.  Yes, there was -- they were our
22: 13    payment processer.  There was some type of
22: 14    member agreement that was associated with that
22: 15    business arrangement.


DEFENSE: Abbot_022.16-022.25   Length of Clip is: 00:00:36

22: 16    Q.  Can you describe generally what the
22: 17    agreement entailed?
22: 18    A.  I don't really remember much about
22: 19    it.  It's spelled out how we would send certain
22: 20    information to him and to his company in terms
22: 21    of authorizing credit card purchases, how the
22: 22    authorization would come back to us.  And then
22: 23    how we would send the actual sales transactions
22: 24    to him, what the fees were, and I think that was
22: 25    probably the meat of it.


DEFENSE: Abbot_023.24-024.04   Length of Clip is: 00:00:13

23: 24    Q.  Did Litle & Company provide any
23: 25    other services other than payment processing for
24:Page 24
24:  1    Allen Abbott
24:  2    Exposures?
24:  3    A.  They did, postage financing was
24:  4    something that we did.


DEFENSE: Abbot_028.20-029.16   Length of Clip is: 00:01:13

28: 20    Q.  After Litle & Co. would advance
28: 21    money to the postmaster, what would happen next,

```
32:  14     A.  I'm not.
32:  15     Q.  Are you aware of whether postage
32:  16     advances was something that Litle & Co.
32:  17     advertised or marketed to the public?
32:  18     A.  I know that -- we basically started
32:  19     that with them.  We were the first company to do
32:  20     it and I know that he later extended that to
32:  21     additional companies.  I don't know how many,
32:  22     but I do know other companies took advantage of
32:  23     that same product.
```

DEFENSE: Abbot_032.24-033.03     Length of Clip is: 00:00:11

```
32:  24     Q.  Do you know how many times Litle &
32:  25     Co. advanced postage for Exposures?
33:Page 33
33:   1     Allen Abbott
33:   2     A.  I'm positive of four and there may
33:   3     have been a fifth, but I don't remember.
```

DEFENSE: Abbot_033.04-033.10*     Length of Clip is: 00:00:02

```
33:   4     MS. WILLIAMS:  Mark this as Abbott
33:   5     Plaintiff's Exhibit 4.
33:   6     (Plaintiff's Exhibit Abbott 4,
33:   7     document entitled declaration of Allen
33:   8     Abbott, marked for identification, as of
33:   9     this date.)
33:  10     (Handing.)
```
SHOW P032

DEFENSE: B_Abbot_033.11-033.12     Length of Clip is: 00:00:03

```
33:  11     MS. WILLIAMS:  This is a document
33:  12     entitled declaration of Allen Abbott.
```

DEFENSE: B_Abbot_033.13-033.16     Length of Clip is: 00:00:08

```
33:  13     Q.  Mr. Abbott, turn to page 4 please,
33:  14     of the declaration.  Is that your signature on
33:  15     page 4?
33:  16     A.  It is.
```
SHOW P032-0004

PLAINTFF: PL_Abbot_033.17-033.19     Length of Clip is: 00:00:04

```
33:  17     Q.  Did you draft this document that has
33:  18     been marked as Abbott Exhibit 4?
33:  19     A.  I did not.
```

PLAINTFF: PL_Abbot_033.20-033.22**     Length of Clip is: 00:00:03

```
33:  20     Q.  Who drafted the document marked as
33:  21     Abbott Exhibit 4?
33:  22     A.  Joey Gray.
```

DEFENSE: Abbot_033.23-034.02     Length of Clip is: 00:00:08

```
33:  23     Q.  Were there any drafts of the
33:  24     document that has been marked as Abbott Exhibit
33:  25     4?
```

34:Page 34
34:  1    Allen Abbott
34:  2    A. Yes, there was one previous draft.


DEFENSE: Abbot_036.12-037.07*   Length of Clip is: 00:00:55

36:  12    Q. I would like to talk a little bit
36:  13    about some of the specific paragraphs in the
36:  14    declaration. First look at paragraph 4. Do you
36:  15    see where it says, I was intimately involved in
36:  16    the implementation and maintenance of postage
36:  17    financing arrangements between Exposures and
36:  18    Litle & Co.?
36:  19    A. Yes.
36:  20    Q. What do you mean by you were
36:  21    intimately involved?
36:  22    A. I was the person who approached
36:  23    Litle & Co. about doing this type of agreement,
36:  24    this type of loan. I worked with Tim Litle and
36:  25    their vice president of finance, whose name I

SHOW P032-0002

37:Page 37
37:  1    Allen Abbott
37:  2    don't recall at this point, to structure the
37:  3    agreement, how it would be done, how it would be
37:  4    paid back, how the loan would be made and I was
37:  5    the contact point every time when we wanted to
37:  6    do it again. I was the one that initiated the
37:  7    process.


DEFENSE: Abbot_037.19-038.06   Length of Clip is: 00:00:35

37:  19    Q. Mr. Abbott, will you look at
37:  20    paragraph 5, please. Do you see where it says
37:  21    Litle & Co., in association with other entities,
37:  22    was Exposures' payment processer?
37:  23    A. Yes.
37:  24    Q. Who were the other entities referred
37:  25    to in that paragraph?
38:Page 38
38:  1    Allen Abbott
38:  2    A. I know that Litle & Co. worked with
38:  3    banks or a bank or I don't know which ones. It
38:  4    was somewhat unimportant to me in terms of what
38:  5    we needed, so I knew there was a bank or maybe
38:  6    several banks behind the scenes.


DEFENSE: Abbot_039.09-039.24   Length of Clip is: 00:00:34

39:  9    Q. Will you look at paragraph 8,
39:  10    please. At the second line of paragraph 8,
39:  11    there is a reference to a preexisting card
39:  12    processing agreement.
39:  13    A. Right.
39:  14    Q. Can you describe what that agreement
39:  15    was?
39:  16    A. It was a basic outline of the
39:  17    generic day to day services that Litle provided
39:  18    as our credit card processer, talking about how
39:  19    authorization would take place on cards, how
39:  20    cards would be billed, what the fees were, that
39:  21    type of thing.
39:  22    Q. That is the member agreement that
39:  23    you referenced earlier in your testimony?

39:  24      A. Yes, yes.

DEFENSE: Abbot_040.07-041.02    Length of Clip is: 00:00:54

40:  7       Q. In paragraph 8, do you see the
40:  8       reference to schedule E-1?
40:  9       A. Yes.
40:  10      Q. What is schedule E-1?
40:  11      A. Schedule E-1 was the details of one
40:  12      of the postal advances that Litle fronted on our
40:  13      behalf and the amount. We get a list of the
40:  14      amount on the date that it would be paid to the
40:  15      Post Office, what the interest rate was. I
40:  16      think the first one was not an origination fee,
40:  17      so it was just a flat 10 percent interest rate,
40:  18      the time period over which we would pay the loan
40:  19      back and that it would be taken out of our
40:  20      credit card proceeds.
40:  21      Q. Is schedule E-1 the only
40:  22      documentation you are aware of concerning the
40:  23      postage advance agreement between Exposures --
40:  24      A. That particular event. There was a
40:  25      separate agreement for each event, each
41:Page 41
41:  1       Allen Abbott
41:  2       financing.

DEFENSE: Abbot_041.09-041.17    Length of Clip is: 00:00:31

41:  9       Q. Will you describe what schedule E-4
41:  10      is as well?
41:  11      A. E-4 was for another loan from Litle
41:  12      for postage, same arrangement. I think the main
41:  13      difference was there was an origination fee in
41:  14      addition to an interest rate charged that was
41:  15      calculated into a daily payment over a period of
41:  16      time. So that outlined the specifics of just a
41:  17      different postal agreement.

DEFENSE: B_Abbot_042.07-042.16*    Length of Clip is: 00:00:32

42:  7       Q. Look at paragraph 10 of the document          SHOW P032-0003
42:  8       marked as Abbott Exhibit 4. There is a
42:  9       reference there to repayment amounts. Are
42:  10      repayment amounts separate from processing fees
42:  11      that Litle & Co. would charge?
42:  12      A. Yes, yes.
42:  13      Q. Were repayment amounts deducted from
42:  14      Exposures' credit card receivables; is that
42:  15      correct?
42:  16      A. That's correct.

PLAINTFF: PL_Abbot_042.17-042.19    Length of Clip is: 00:00:06

42:  17      Q. Do you know who deducted those
42:  18      amounts from Exposures' credit card receivables?
42:  19      A. I don't.

PLAINTFF: PL_Abbot_042.20-042.23    Length of Clip is: 00:00:13

42:  20      Q. Did you ever give instructions to

```
55:  21        Q. Why did you call Mr. Goldin on July
55:  22        7?
55:  23        A. I told him to touch base after
55:  24        receiving Tim's initial e-mail and to let him
55:  25        know that I would be willing to help him in
56:Page 56
56:  1         Allen Abbott
56:  2         terms of testifying to the postal loans that we
56:  3         discussed.
```

DEFENSE: B_Abbot_062.03-062.15*    Length of Clip is: 00:00:39

```
62:  3         Q. Turn to the document we previously
62:  4         marked as Abbott Exhibit 3.  On this document,
62:  5         we will also look at the page numbers.  I will
62:  6         refer to the page numbers in the top right hand
62:  7         corner.  This one is page 2 out of 16.  Is this
62:  8         the schedule E that is referenced in your final
62:  9         declaration?
62:  10        A. Schedule E-1, yes.
62:  11        Q. Sorry, yes.  Does this document
62:  12        describe how the postage advance program that
62:  13        Exposures was involved in with Litle & Co., does
62:  14        this document describe how that program works?
62:  15        A. Yes, it does.
```

SHOW 016

PLAINTFF: PL_Abbot_062.16-062.17    Length of Clip is: 00:00:04

```
62:  16        Q. To your knowledge, is this the only
62:  17        document describing how that program works?
```

PLAINTFF: PL_Abbot_062.19-062.25    Length of Clip is: 00:00:24

```
62:  19        A. I don't recall any others.  It's
62:  20        possible there was an original before the first
62:  21        time we did it, but I don't recall, but there
62:  22        was a separate agreement for each event.
62:  23        Q. Does this document describe a
62:  24        schedule showing how postage advances would be
62:  25        paid off?
```

PLAINTFF: PL_Abbot_063.02-063.11    Length of Clip is: 00:00:29

```
63:  2         A. It gives a start and end date and it
63:  3         also – actually, I don't think even this one
63:  4         has -- yes.  It has the daily repayment amount,
63:  5         when that would start, when that would end.  It
63:  6         does not talk to the processing or how that all
63:  7         works.
63:  8         Q. When you refer to the processing, do
63:  9         you mean the processing of the postage advance
63:  10        or --
63:  11        A. The repayment.
```

PLAINTFF: PL_Abbot_063.12-063.15    Length of Clip is: 00:00:05

```
63:  12        Q. Do you recall whether there is any
63:  13        document that describes in greater detail the
63:  14        repayment?
63:  15        A. I don't.
```

DEFENSE: Abbot_063.16-063.17*   Length of Clip is: 00:00:04

| | | |
|---|---|---|
| 63: | 16 | Q. Mr. Abbott, will you turn to page 3 |
| 63: | 17 | of 16 of Exhibit 2. Are you missing 3? |

SHOW 018

DEFENSE: Abbot_063.24-064.18   Length of Clip is: 00:00:57

| | | |
|---|---|---|
| 63: | 24 | Q. Is page 3 the schedule E-4 that is |
| 63: | 25 | referenced in your declaration marked as Exhibit |
| 64:Page 64 | | |
| 64: | 1 | Allen Abbott |
| 64: | 2 | 4? |
| 64: | 3 | A. It is. |
| 64: | 4 | Q. What does this document mean? |
| 64: | 5 | A. The document indicates what the |
| 64: | 6 | amount of the advance would be, who it was going |
| 64: | 7 | to be paid to, postmaster of Atlanta, Georgia. |
| 64: | 8 | The date of the advance, the date of the first |
| 64: | 9 | repayment. The daily repayment, which included |
| 64: | 10 | in this version, interest plus a management fee |
| 64: | 11 | and the date of the last payment. The body of |
| 64: | 12 | it includes the actual interest rate and the |
| 64: | 13 | amount of the management fee. |
| 64: | 14 | Q. Does this document describe the |
| 64: | 15 | schedule showing the process of repayment other |
| 64: | 16 | than the beginning date and end date? |
| 64: | 17 | A. It explains -- it says the amount |
| 64: | 18 | that we would pay each day. |

PLAINTFF: PL_Abbot_064.23-065.18*   Length of Clip is: 00:00:49

| | | |
|---|---|---|
| 64: | 23 | Q. Is this the member agreement that |
| 64: | 24 | was referenced in your draft declaration? |
| 64: | 25 | A. It is. |
| 65:Page 65 | | |
| 65: | 1 | Allen Abbott |
| 65: | 2 | Q. Is there any particular reason why |
| 65: | 3 | you have a copy of this particular member |
| 65: | 4 | agreement? |
| 65: | 5 | A. Joey Gray sent it to me along with |
| 65: | 6 | the draft declaration. |
| 65: | 7 | Q. Did Mr. Gray provide any explanation |
| 65: | 8 | for why he sent an agreement other than the |
| 65: | 9 | Exposures' agreement? |
| 65: | 10 | A. Actually I don't believe he provided |
| 65: | 11 | an explanation. Somewhere in that original |
| 65: | 12 | draft declaration, I believe it indicated that |
| 65: | 13 | it was similar or very similar to the one that |
| 65: | 14 | Exposures had with Litle. |
| 65: | 15 | Q. Do you believe this agreement to be |
| 65: | 16 | similar to the agreement that Exposures had with |
| 65: | 17 | Litle? |
| 65: | 18 | A. I have no idea. |

SHOW P051

DEFENSE: Abbot_065.19-066.03*   Length of Clip is: 00:00:21

| | | |
|---|---|---|
| 65: | 19 | MS. WILLIAMS: I would like to |
| 65: | 20 | mark a document as Abbott Exhibit 5. |
| 65: | 21 | (Plaintiff's Exhibit Abbott 5, |
| 65: | 22 | letter dated December 27, 1989, marked |
| 65: | 23 | for identification, as of this date.) |
| 65: | 24 | (Handing.) |

```
65:  25      MS. WILLIAMS:  This is a letter
66:Page 66                                                         SHOW 014
66:  1       Allen Abbott
66:  2       from Allen Abbott to Tim Litle dated
66:  3       December 27, 1989.
```

DEFENSE: Abbot_066.14-066.22     Length of Clip is: 00:00:24

```
66:  14      Q.  Are you the author of this document?
66:  15      A.  I am.
66:  16      Q.  Can you describe what this document
66:  17      is?
66:  18      A.  It's a letter that I wrote to Tim
66:  19      Litle at Litle & Co. proposing a short term
66:  20      postage financing agreement that I thought A,
66:  21      would be very helpful to my company, but also an
66:  22      interesting product for his.
```

DEFENSE: B_Abbot_067.10-067.17     Length of Clip is: 00:00:28

```
67:  10      Q.  Does this document accurately
67:  11      describe the postage advance program that
67:  12      Exposures was engaged in with Litle & Co.?
67:  13      A.  This was prior to any of those
67:  14      financing arrangements.  It was my initial
67:  15      attempt at designing something that would work
67:  16      for both of us.  It was -- the outlying stuff,
67:  17      the details changed to some degree.
```

PLAINTFF: PL_Abbot_068.09-068.19**     Length of Clip is: 00:00:29

```
68:  9       Q.  The memo marked as Abbott Exhibit 5
68:  10      references only Mastercard and Visa.  Did          SHOW 014-0002
68:  11      Exposures have any other receivables?
68:  12      A.  We took American Express.  I don't
68:  13      remember if we took Diners Club or not at that
68:  14      point, but the processing for them I guess was
68:  15      different.
68:  16      Q.  Was Litle & Co. involved in the
68:  17      processing of the American Express and perhaps
68:  18      other cards?
68:  19      A.  I don't know.                                   CLEAR
```

DEFENSE: Abbot_070.05-070.15     Length of Clip is: 00:00:29

```
70:  5       Q.  Good afternoon, Mr. Abbott.  I have
70:  6       a few more questions for you.  As you know, I'm
70:  7       Hilary Preston representing the defendants in
70:  8       this case.  What is your current employment?
70:  9       A.  I am the executive vice president
70:  10      and chief operating officer for Paul Frederick
70:  11      Menstyle.
70:  12      Q.  What is Paul Frederick Menstyle?
70:  13      A.  We sell men's business apparel,
70:  14      suits, dress shirts, neckwear and the like
70:  15      through the catalogs and on the internet.
```

DEFENSE: Abbot_071.06-071.11     Length of Clip is: 00:00:12

```
71:  6       Q.  Do you know if Paul Frederick
71:  7       Menstyle has an arrangement with its processer
```



71:  8        where it requests the processer sent some
71:  9        portion of the processing amount to repay an
71:  10       obligation of will?
71:  11       A.  We do not.


DEFENSE: Abbot_072.09-072.12    Length of Clip is: 00:00:10

72:  9        Q.  Are you being paid for your
72:  10       testimony today?
72:  11       A.  Only the $110 that Shanee handed me
72:  12       when I walked in.


DEFENSE: Abbot_072.20-072.23    Length of Clip is: 00:00:10

72:  20       Q.  What kind of company was Exposures?
72:  21       A.  Exposures was a company that sold
72:  22       picture frames, photo albums and that type of
72:  23       product via catalog.


DEFENSE: B_Abbot_073.06-073.13    Length of Clip is: 00:00:17

73:  6        Q.  Did Exposures accept credit cards as
73:  7        payment for the products that it sold?
73:  8        A.  Yes.
73:  9        Q.  Did it accept Visa and Mastercards?
73:  10       A.  Yes.
73:  11       Q.  Did it accept American Express
73:  12       cards?
73:  13       A.  Yes.


PLAINTFF: PL_Abbot_073.14-073.25    Length of Clip is: 00:00:46

73:  14       Q.  Did it accept Discover cards?
73:  15       A.  I don't remember.
73:  16       Q.  How about Diners Club cards?
73:  17       A.  I don't remember.
73:  18       Q.  I believe you testified earlier and
73:  19       please correct me if I'm wrong, that Litle
73:  20       Company, along with some other entities, were
73:  21       Exposures' payment processers; is that correct?
73:  22       A.  Litle & Company was our payment
73:  23       processer and they worked in concert with a bank
73:  24       or some banks, but Litle was our payment
73:  25       processer of record.


PLAINTFF: PL_Abbot_074.02-074.03    Length of Clip is: 00:00:06

74:  2        Q.  Do you know what the banks or more
74:  3        than one bank, what role they played?


PLAINTFF: PL_Abbot_074.05-074.05    Length of Clip is: 00:00:02

74:  5        A.  I really don't.


DEFENSE: B_Abbot_074.09-075.07***    Length of Clip is: 00:01:38

74:  9        Q.  I would like to go back to Exhibit          SHOW P032
74:  10       4, which is titled declaration of Allen Abbott
74:  11       signed on December 21, 2006.  Can you refer

| | | |
|---|---|---|
| 74: | 12 | please, to paragraph 6 on the second page. I |
| 74: | 13 | will read it to you. The second sentence says, |
| 74: | 14 | Exposures accepted credit cards, debit cards and |
| 74: | 15 | charge cards at outlet centers (retail |
| 74: | 16 | locations) via card swipe machines or computers |
| 74: | 17 | and at call centers (which accepted telephone |
| 74: | 18 | orders and mail orders) via computers. Is that |
| 74: | 19 | statement correct? |
| 74: | 20 | A. Yes. |
| 74: | 21 | Q. So that the cards were accepted at |
| 74: | 22 | retail locations via either card swipe machines |
| 74: | 23 | or computers? |
| 74: | 24 | A. Yes. We had one store that was at |
| 74: | 25 | the front of our place of business and we |

75:Page 75                                                                  SHOW P032-0002

| | | |
|---|---|---|
| 75: | 1 | Allen Abbott |
| 75: | 2 | periodically would open temporary outlet |
| 75: | 3 | locations to get rid of all old merchandise when |
| 75: | 4 | we needed to. We accepted credit cards and I |
| 75: | 5 | don't remember whether it was a slide machine or |
| 75: | 6 | they were playing with a keypad to get the |
| 75: | 7 | authorizations. |

DEFENSE: Abbot_081.08-081.11*    Length of Clip is: 00:00:07

| | | | |
|---|---|---|---|
| 81: | 8 | Q. Is this the schedule E-1 that is | SHOW 016 |
| 81: | 9 | referenced in your declaration that is Exhibit | |
| 81: | 10 | 4? | |
| 81: | 11 | A. It is. | |

DEFENSE: Abbot_084.13-085.05    Length of Clip is: 00:00:49

| | | |
|---|---|---|
| 84: | 13 | Q. I note the copy that I have is a |
| 84: | 14 | little bit hard to read. If you could look at |
| 84: | 15 | the first full paragraph, the third line in, |
| 84: | 16 | says, notwithstanding that such amounts are |
| 84: | 17 | otherwise payable on demand, member agrees that |
| 84: | 18 | little 1, the principal amount of advance, plus |
| 84: | 19 | accrued interest at 10 percent less prior |
| 84: | 20 | payments shall be paid in full on or before |
| 84: | 21 | September 10, 1990 and little 2, the daily |
| 84: | 22 | repayments shall be deducted from daily net |
| 84: | 23 | proceeds? |
| 84: | 24 | A. Yes. |
| 84: | 25 | Q. What does the capitalized term daily |

85:Page 85

| | | |
|---|---|---|
| 85: | 1 | Allen Abbott |
| 85: | 2 | repayments refer to? |
| 85: | 3 | A. The amount that we would pay to |
| 85: | 4 | Litle & Co. each day to pay the loan amount, |
| 85: | 5 | plus the interest. |

DEFENSE: Abbot_085.19-086.03    Length of Clip is: 00:00:22

| | | |
|---|---|---|
| 85: | 19 | Q. In that same phrase it says, daily |
| 85: | 20 | repayments shall be deducted from daily net |
| 85: | 21 | proceeds. Can you tell me what the term net |
| 85: | 22 | proceeds means? |
| 85: | 23 | A. Net proceeds would be the total of |
| 85: | 24 | our credit cards processed for the previous day, |
| 85: | 25 | less the processing fees that were owed to the |

86:Page 86

| | | |
|---|---|---|
| 86: | 1 | Allen Abbott |

86:  2       issuing banks and to Litle for processing of
86:  3       payments.

PLAINTFF: PL_Abbot_086.19-086.24    Length of Clip is: 00:00:19

86:  19      Q.  Do you know whether the actual funds
86:  20      that were processed or handled by the bank or by
86:  21      Litle & Co. --
86:  22      A.  I don't know how that worked.
86:  23      Again, I know there was a bank involved in the
86:  24      process.

DEFENSE: Abbot_086.25-087.12    Length of Clip is: 00:00:35

86:  25      Q.  This document LI 00004 that we are
87:Page 87
87:  1       Allen Abbott
87:  2       still on, is labeled a schedule E-1.  Is this a
87:  3       schedule to the member agreement that you
87:  4       testified about earlier?
87:  5       A.  I believe it is, yes.  I don't
87:  6       recall that there was a separate agreement for
87:  7       the postage financing itself.  I think we just
87:  8       kind of did these schedules and amend them or
87:  9       appended them to the original agreement.
87:  10      Q.  To the original processing agreement
87:  11      between Litle and Exposures?
87:  12      A.  Yes.

PLAINTFF: PL_Abbot_091.13-091.14    Length of Clip is: 00:00:07

91:  13      Q.  Is it your understanding that Litle
91:  14      received these repayment amounts from a bank?

PLAINTFF: PL_Abbot_091.16-091.19    Length of Clip is: 00:00:11

91:  16      A.  Again, I never understood the
91:  17      workings between Litle and the banks that they
91:  18      were working with.  I just knew there was a
91:  19      relationship there, I don't know who did what.

DEFENSE: Abbot_091.20-091.23    Length of Clip is: 00:00:17

91:  20      So since Litle was not a bank, my assumption is
91:  21      that the bank touched the funds and distributed
91:  22      our share to us and the other share back to
91:  23      Litle.

DEFENSE: Abbot_OC_091.24-092.03    Length of Clip is: 00:00:11

91:  24      Q.  Did Exposures ever repay the
91:  25      advances made by Litle by a method other than
92:Page 92
92:  1       Allen Abbott
92:  2       these daily repayments from net proceeds?
92:  3       A.  No.

DEFENSE: Abbot_092.04-092.18    Length of Clip is: 00:00:45

```
92:   4     Q.  When you proposed the postage
92:   5     financing arrangement to Litle & Co., did you
92:   6     ask him, him being Tim Litle, to keep the
92:   7     proposal confidential?
92:   8     A.  No.
92:   9     Q.  Did you take any steps at all to
92:  10     keep the proposal confidential?
92:  11     A.  No.
92:  12     Q.  Do you know if Litle & Co. did?
92:  13     A.  I don't believe they did.  Again, I
92:  14     proposed this and they agreed to it partly as
92:  15     this could be a good product for them.
92:  16     Q.  Do you know if Litle & Co. extended
92:  17     this postage financing product to other
92:  18     customers?
```

DEFENSE: Abbot_092.20-092.20    Length of Clip is: 00:00:01

```
92:  20     A.  They did.
```

DEFENSE: Abbot_092.21-093.02    Length of Clip is: 00:00:17

```
92:  21     Q.  Do you know if Litle & Co. marketed
92:  22     this product to other customers besides
92:  23     Exposures?
92:  24     A.  I know that other companies took
92:  25     advantage of the product.  I don't recall how or
93:Page 93
93:   1     Allen Abbott
93:   2     if they marketed it.
```

DEFENSE: Abbot_093.03-093.04*    Length of Clip is: 00:00:05

```
93:   3     MS. PRESTON:  I would like to
93:   4     introduce Exhibit 6.  I apologize, I
```
SHOW 013

DEFENSE: Abbot_093.10-094.07    Length of Clip is: 00:01:15

```
93:  10     Q.  Can you describe for me what this
93:  11     document is, Exhibit 6?
93:  12     A.  It is an article, I believe it's
93:  13     from Forbes about Randy Bourne, who was the CEO
93:  14     and founder of Exposures and how he started his
93:  15     business.
93:  16     Q.  Have you seen this article before?
93:  17     A.  I vaguely remember it.  We looked at
93:  18     it this morning briefly again.
93:  19     Q.  Does this letter describe the
93:  20     postage financing product that we have been
93:  21     talking about today?
93:  22     A.  Yes.  There is a paragraph in here
93:  23     that reads finding capital may be a problem, but
93:  24     Bourne was innovative, turned to his credit card
93:  25     processer, a New Hampshire based company called
94:Page 94
94:   1     Allen Abbott
94:   2     Litle & Co.  Litle agreed to finance his postage
94:   3     by discounting credit card receivables.  It was
94:   4     such a good idea, other catalogers followed
94:   5     suit.
94:   6     Q.  Does that refer to the postage
94:   7     financing proposal that you made to Litle & Co.?
```
SHOW 013-0003

DEFENSE: Abbot_094.09-094.09**    Length of Clip is: 00:00:01

94:   9      A.  Yes, it does.                                                                    CLEAR