# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

**DATE:** July 20, 2007

| **JUDGE** | **COURT REPORTERS:** |
|---|---|
| LEONARD DAVIS | Therese Casterline & Jana Bald |

**LAW CLERKS:** Andrea Houston, Nicole Mitchell

| | |
|---|---|
| **AdvanceMe, Inc.**<br>    Plaintiff<br><br>vs.<br><br>**Capital Business Corporation, et al**<br>    **Defendants** | **CIVIL ACTION NO**: 6:05-CV-424<br>**BENCH TRIAL**<br>**DAY 5** |

| ATTORNEYS FOR PLAINTIFFS | ATTORNEY FOR DEFENDANT |
|---|---|
| Ronald Lemieux (Paul Hastings)<br>Michael Edelman (Paul Hastings)<br>Robert Matz (Paul Hastings)<br>Shanee Williams (Paul Hastings)<br>Vid Bhakar (Paul Hastings)<br>Otis Carroll (ICK Firm)<br>Deborah Race (ICK Firm)<br>Parris Sanz - In House Counsel<br>Glen Goldman - CEO | Jeff Sanders (Roberts & Ritholz)<br>Brian Buss (V&E)<br>Joseph Gray (V&E)<br>Willem Schuurman (V&E)<br>Doug McSwane (Potter Minton)<br>Matt Rowan (Potter Minton)<br>*For Merchant & Reach* |

On this day, came the parties by their attorneys and the following proceedings were had:

**OPEN:** 9:12 am          **ADJOURN:**

| TIME: | MINUTES: |
|---|---|
| 9:12 am | Trial resumed. |
| 9:12 am | Mr. Matz addressed the Court on the Anthony Leroy Wilden deposition and offered Plaintiff's the unplayed deposition as Plaintiff's Exhibit #1984. Without objection, **Plaintiff's Exhibit #1984 admitted.** |
| 9:13 am | Mr. Buss addressed the Court on the Johnsons' ownership of company and would like to tender information on ownership as Defendant's Exhibit # 431. Mr. Lemieux asked for exhibit be sealed. **Court will SEAL that exhibit and Defendant's Exhibit #431 admitted.** |
| 9:14 am | Mr. Gray called Tom Burnside by video deposition. |

**FILED: 7.20.2007**

**DAVID J. MALAND, CLERK**

BY: *Rosa L. Ferguson*, Courtroom Deputy

PAGE 2  - Proceedings Continued

| TIME: | MINUTES: |
|---|---|
| 9:15 am | Deposition of **TOM BURNSIDE** played for the Court. |
| 10:34 am | Mr. Gray will be calling Jeannette Gepford with time to be allotted as follows: 19 minutes to defendant and 2 minutes to plaintiff. |
| 10:34 am | Court in recess until 10:50 am. |
| 10:58 am | Mr. Schuurman addressed the Court and will change witness.  Defendant will call expert, Donald Headlund to the stand to be examined by Mr. Sanders.  Witness sworn by the clerk. |
| 10:58 am | Direct examination of **DONALD HEADLUND** by Mr. Sanders. |
| 11:37 am | Mr. Sanders passed the witness.  Cross examination of Mr. Headlund by Mr. Edelman. |
| 11:55 am | Mr. Edelman passed the witness.  Redirect examination of Mr. Headlund by Mr. Sanders. |
| 12:00 pm | Mr. Sanders passed the witness.  No further questions of this witness.  Witness excused. |
| 12:00 pm | Mr. Gray will have two short videos.   Mr. Edelman will put on . Mr. Sanders offered the demonstrative boards.  Court asked for them to review during lunch break.  Those exhibits will be Defendant's Exhibits 432 through 436. |
| 12:01 pm | Court advised parties that they will come within time allotted and advised plaintiff has used 10:47 hours and defendants 10:30 hours. |
| 12:01 pm | Court in recess until 1:00 pm. |
| 1:03 pm | Mr. Gray offered Defendant's Exhibit 429A ( Melvin Chasen deposition dated 7/12/2007).  Time to be allotted as follows:  9 ½ minutes for plaintiff and 8 minutes for Defendant.  Without objection, **Defendant's Exhibit 429-A admitted**. |
| 1:04 pm | Mr. Sanders addressed the Court on the previously offered Exhibits prior to the lunch break, and re-offered Defendant's Exhibits 432 - 436 (demonstrative boards) and without objection, **Defendant's Exhibits 432 - 436 admitted.** |
| 1:04 pm | Mr. Gray called Mr. Nick Logan by video deposition.  Video is 18 minutes all to be allotted against defendant. |
| 1:05 pm | Video Deposition of **NICK LOGAN** played for the Court. |
| 1:23 pm | Mr. Gray called Jeannette Gepford by Video Deposition.  Time allotted to parties:  19 ½ for defendant and 2 for plaintiff. |
| 1:23 pm | Video Deposition of **JEANNETTE GEPFORD** played for the Court. |
| 1:45 pm | Mr. Gray offered Cliff Hardwick's deposition - time to be allotted as follows:  12 minutes for defendant and 5 minutes for plaintiff.  Court inquired if Defendant also intended to offer Defendant's Exhibit #429B (Chasen's exhibits to deposition).  Mr. Gray did offer.  Without objection, **Defendant's Exhibit 429-B admitted.**<br><br>**Mr. Gray indicated Defendant rests.** |
| 1:46 pm | Mr. Edelman recalled Dr. Shamos back to the stand. |
| 1:47 pm | Direct examination of **Dr. MICHAEL SHAMOS** by Mr. Edelman. |

PAGE 3  - Proceedings Continued

| TIME: | MINUTES: |
|---|---|
| 2:22 pm | Mr. Edelman passed the witness.  Cross examination of Dr. Shamos by Mr. Schuurman. |
| 3:04 pm | Mr. Schuurman passed the witnesses.  No further questions of this witness.  Witness excused. |
| 3:05 pm | Plaintiff closes.  Defendant rests and closes.  Court asked for clarification on the Hardwick Deposition Exhibit previously offered.  Mr. Gray indicated it was Defendant's Exhibit 436.  **NOTE: Cliff Hardwick's Deposition dated 2/7/2007 offered and admitted as Defendant's Exhibit 436 A (Written Transcript), 436-B (Deposition Exhibits), 436-C (Video Deposition on Disk) and 436-D (Duration List).** |
| 3:05 pm | Court in recess for 10 minutes. |
| 3:46 pm | Trial resumed. |
| 3:47 pm | Mr. Lemieux presented closing argument to the Court on behalf of the plaintiff. |
| 4:22 pm | Mr. Gray presented closing argument to the Court on behalf of the defendant. |
| 4:41 pm | Mr. Carroll presented rebuttal argument to the Court on behalf of the plaintiff. |
| 4:51 pm | Court addressed the parties and thanked parties for a well-tried case.  Court will take case under advisement. |
| 4:52 pm | There being nothing further, Court adjourned. |