**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| **ADVANCEME INC.** | § | |
| | § | |
| **Plaintiff** | § | |
| | § | |
| vs. | § | **CASE NO. 6:05 CV 424** |
| | § | **PATENT CASE** |
| **RAPIDPAY, LLC, ET AL** | § | |
| | § | |
| **Defendant** | § | |
| | § | |

**ORDER**

The Court has received Defendants' Trial Brief in Support of Corroborating Evidence (Docket No. 326). This briefing was neither requested nor necessary. The Court is capable of determining the relevant legal standard and, as this matter was tried to the bench, whether that standard was met. The parties had the opportunity to present their evidence and legal arguments orally during the trial, and the Court will not retry this case in additional briefing. Accordingly, the Court **ORDERS** that the trial brief be stricken.

**So ORDERED and SIGNED this 25th day of July, 2007.**



**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**