# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| **ADVANCEME INC.** | § | |
| | § | |
| **Plaintiff** | § | |
| | § | |
| vs. | § | **CASE NO. 6:05 CV 424** |
| | § | **PATENT CASE** |
| **RAPIDPAY, LLC, ET AL** | § | |
| | § | |
| **Defendant** | § | |
| | § | |

## ORDER

The Court previously referred this case for all pretrial matters to Magistrate Judge Love. As this case has now been tried to the Court, the Court **VACATES** the referral.

**So ORDERED and SIGNED this 9th day of August, 2007.**



_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**