## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | | |
|---|---|---|
| **ADVANCEME INC.** | § | |
| | § | |
| **Plaintiff** | § | |
| | § | |
| **vs.** | § | **CASE NO. 6:05 CV 424** |
| | § | **PATENT CASE** |
| **RAPIDPAY, LLC, ET AL** | § | |
| | § | |
| **Defendant** | § | |
| | § | |

## FINAL JUDGMENT

This matter came for a bench trial on July 16, 2007. Plaintiff AdvanceMe, Inc. appeared by and through its attorney and announced ready for trial. Defendants Reach Financial, LLC and Merchant Money Tree, Inc. ("Defendants") appeared by and through their attorneys and announced ready for trial. The Court heard the evidence and arguments of counsel. The Court issued its Findings of Fact and Conclusions of Law on August 14, 2007. Based on these findings and conclusions, the Court renders judgment for Defendant as follows:

It is hereby **ORDERED**, **ADJUDGED, AND DECREED** that Plaintiff AdvanceMe, Inc. take nothing against Defendants. It is further **ORDERED** that Defendants recover costs from Plaintiff. All relief not granted in this judgment is **DENIED**.

**So ORDERED and SIGNED this 14th day of August, 2007.**



_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**