# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| **ADVANCEME, INC.,** § § § § | **CASE NO. 6:05-CV-424 LED - JDL** |
| Plaintiff, § § | |
| v. § § | |
| **RAPIDPAY LLC, MERCHANT MONEY TREE, INC., and REACH FINANCIAL LLC,** § § § § § | |
| Defendants. § § | |

## NOTICE OF APPEAL

**NOTICE IS HEREBY GIVEN** that AdvanceMe, Inc., the plaintiff in the above action, hereby appeals to the United States Court of Appeals for the Federal Circuit from the Final Judgment (Docket #342) and Memorandum Opinion and Order (Docket #341) entered in this action in favor of defendants Merchant Money Tree, Inc. and Reach Financial, LLC. on August 14, 2007.

Date:  August 15, 2007                            Respectfully submitted,

By:    */s/ Ronald S. Lemieux* (with permission by Deborah Race)
**PAUL, HASTINGS, JANOFSKY & WALKER LLP**
Ronald S. Lemieux  (ronlemieux@paulhastings.com )
(CA Bar No. 120822) (Admitted Pro Hac Vice)
Michael N. Edelman (michaeledelman@paulhastings.com )
(CA Bar No. 180948) (Admitted Pro Hac vice)
Vidya R. Bhakar (vidbhakar@paulhastings.com )
(CA Bar No. 220210) (Admitted Pro Hac Vice)
Robert C. Matz  (robertmatz@paulhastings.com )
(CA Bar No. 217822) (Admitted Pro Hac Vice)
Shanée Y. Williams (shaneewilliams@paulhastings.com )
(CA Bar No. 221310) (Admitted Pro Hac vice)
Five Palo Alto Square, Sixth Floor
Palo Alto, CA  94306-2155
Telephone:  650.320.1800
Facsimile:  650.320.1900

**IRELAND CARROLL & KELLEY, P.C.**
Otis W. Carroll, Jr. (fedserve@icklaw.com)
LEAD ATTORNEY
State Bar No. 03895700
Deborah J. Race (drace@icklaw.com)
State Bar No. 16448700
6101 S. Broadway, Suite 500
Tyler, TX  75730
Telephone:  903.561.1600
Facsimile:  903.581.1071
Email: fedserv@icklaw.com

ATTORNEYS FOR PLAINTIFF ADVANCEME, INC.

## **CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by facsimile transmission and/or first class mail this 15th day of August, 2007.

                /s/ _____
                Deborah Race