# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| **ADVANCEME, INC.** § | |
| § | |
| *Plaintiff,* § | |
| § | |
| v. § | |
| § | **CAUSE NO. 6:05-CV-424 (LED)-(JDL)** |
| **RAPIDPAY, LLC, ET AL.,** § | |
| § | |
| *Defendants.* § | |

## DEFENDANTS' NOTICE OF CROSS-APPEAL

Notice is hereby given that Reach Financial, LLC and Merchant Money Tree, Inc., defendants in the above action ("Defendants"), hereby appeal to the United States Court of Appeals for the Federal Circuit from the Final Judgment (Docket No. 342), entered August 14, 2007, Memorandum Opinion and Order (Docket No. 341) (findings of fact and conclusions of law), entered August 14, 2007, and Memorandum Opinion and Order (Docket No. 182) (claim construction opinion), entered December 21, 2006, to the extent they are adverse to Defendants, including but not limited to issues of claim construction, infringement, inequitable conduct, exceptional case, and attorneys' fees.

August 28, 2007                            Respectfully submitted,

                                           By :/s/ Willem G. Schuurman
                                               Willem G. Schuurman (TX State Bar No. 17855200)
                                               bschuurman@velaw.com
                                               Brian K. Buss (TX State Bar No. 00798089)
                                               bbuss@velaw.com
                                               Hilary L. Preston (admitted *pro hac vice*)
                                               hpreston@velaw.com
                                               Joseph D. Gray (TX State Bar No. 24045970)
                                               jgray@velaw.com
                                               Graham E. Sutliff (TX State Bar No. 24046935)
                                               gsutliff@velaw.com
                                               R. Floyd Walker (TX State Bar No. 24044751)
                                               fwalker@velaw.com
                                               **VINSON & ELKINS L.L.P.**
                                               2801 Via Fortuna, Suite 100
                                               Austin, Texas 78746
                                               Telephone: 512.542.8400
                                               Facsimile: 512.236.3476

                                               Douglas R. McSwane, Jr. (TX State Bar No. 13861300)
                                               dougmcswane@potterminton.com
                                               J. Matt Rowan (TX State Bar No. 24033137)
                                               mattrowan@potterminton.com
                                               **POTTER MINTON**
                                               A Professional Corporation
                                               110 N. College
                                               500 Plaza Tower (75702)
                                               P.O. Box 359
                                               Tyler, Texas 75710
                                               Telephone: 903.597.8311
                                               Facsimile: 903.593.0846

                                               *Counsel for Defendants Merchant Money Tree, Inc. and Reach Financial, LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by facsimile transmission and/or first class mail this 28th day of August, 2007.

By :/s/ Willem G. Schuurman
    Willem G. Schuurman