# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| **ADVANCEME, INC.** | § | |
| *Plaintiff* | § | |
| | § | |
| **VS.** | § | |
| | § | |
| **RAPIDPAY, LLC, BUSINESS CAPITAL** | § | **CAUSE NO. 6:05-CV-424 LED** |
| **CORPORATION, FIRST FUNDS LLC,** | § | |
| **MERCHANT MONEY TREE, INC.,** | § | |
| **REACH FINANCIAL, LLC and** | § | |
| **FAST TRANSACT, INC. d/b/a** | § | |
| **SIMPLE CASH** | § | |
| *Defendants* | § | |

## MOTION FOR ENTRY OF AGREED BILL OF COSTS

COME NOW Defendants Merchant Money Tree, Inc. and Reach Financial, LLC (collectively referred to as "Defendants") and file this Motion for Entry of Agreed Bill of Costs as set out in the Court's August 14, 2007 Memorandum Opinion and Order (Dkt. 341) and the Court's June 20, 2007 Standing Order Regarding Bills of Costs.

The parties have conferred and agree that the following costs are taxable to the Plaintiff:

| CATEGORY | AGREED COSTS |
|---|---|
| Court Reporter Fees | $ 15,342.41 |
| Witness Fees | $4,631.59 |
| Exemplification and copy costs | $7,818.37 |
| Court Appointed Expert Fee | $6,250.00 |
| **TOTAL** | **$34,042.37** |

Attached hereto as Exhibits 1-4 are spreadsheets and invoices documenting these four categories of the taxable costs. Defendants respectfully request that the Court adopt these costs

1

as set out herein and enter an order instructing the Court Clerk to enter the Agreed Bill of Costs, attached hereto as Exhibit 5.

Dated: August 28 , 2007

Respectfully submitted,

By: */s/* Graham E. Sutliff
William G. Schuurman (TX State Bar No. 17855200)
bschuurman@velaw.com
Brian K. Buss (TX Bar No. 00798089)
bbuss@velaw.com
Joseph D. Gray (TX Bar No. 24045970)
jgray@velaw.com
Hilary L. Preston (Admitted *pro hac vice*)
hpreston@velaw.com
Graham E. Sutliff (TX Bar No. 24046935)
gsutliff@velaw.com
R. Floyd Walker (TX Bar No. 24044751)
fwalker@velaw.com
**VINSON & ELKINS L.L.P.**
2801 Via Fortuna, Suite 100
Austin, Texas 78746
Phone:  (512) 542-8400
Fax:  (512) 236-3476

-and-

Douglas R. McSwane, Jr. (TX Bar No. 13861300)
J. Matt Rowan (TX Bar No. 24033137)
**POTTER MINTON, P.C.**
110 North College
500 Plaza Tower
Tyler, Texas 75702
Phone:  (903) 597-8311
Fax:  (903) 593-0846

*Counsel for Defendants Merchant Money Tree, Inc. and Reach Financial, LLC*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on August 28, 2007. Any other counsel of record will be served by First Class mail on this same date.

                                                      /s/ Graham E. Sutliff

**CERTIFICATE OF CONFERENCE**

Counsel for the Defendants and counsel for Plaintiff conferred several times between August 24, 2007 and August 28, 2007 on the terms of the Bill of Costs. Counsel for Plaintiff confirmed via electronic mail on August 28, 2007 that Plaintiff does not oppose the relief sought herein.

                                                       /s/ Graham E. Sutliff

Austin 873981v.1