# EXHIBIT 1

Dockets.Justia.com

EXHIBIT 1
Fees of Court Reporters

| Transcript | Date | Invoice Number | Original/Copy | No. of Pages | Standard Rate Per Page | Base Transcript Cost | Reduction Negotiated Between Parties | Reduction Amount | Taxable Cost Submitted | Documentation at Ex. No.: |
|---|---|---|---|---|---|---|---|---|---|---|
| Abbott, Allen Deposition | 1/11/2007 | A00B0DEAB | Copy | 100 | $2.10 | $210.00 | | | $210.00 | 1.1 |
| Alexander, Jim Deposition | 3/9/2007 | A101D90AB | Copy | 42 | $2.50 | $105.00 | | | $105.00 | 1.2 |
| Benedict, Bill Deposition | 2/8/2007 | A100CC8AB | Copy | 209 | $2.50 | $522.50 | | | $522.50 | 1.3 |
| Bouchard, Larry Deposition | 1/31/2007 | 16027754 | Original | 199 | $3.85 (adjusted to standard rate to remove expedited fees) | $766.15 | 50% | $383.08 | $383.08 | 1.4, 1.33 |
| Boudette, Michelle Deposition | 2/16/2007 | 16028358 | Original | 109 | $3.85 | $419.65 | 50% | $209.83 | $209.83 | 1.5 |
| Bourne, Randy Deposition | 1/26/2007 | A00B0E0AB | Copy | 104 | $2.50 | $260.00 | 50% | $260.00 | $260.00 | 1.6 |
| Burnside, Tom Deposition | 1/18/2007 | 16027593 | Original | 387 | $5.40 (adjusted to standard rate to remove expedited fees) | $2,089.80 | 50% | $1,044.90 | $1,044.90 | 1.7, 1.33 |
| Carter, Jennifer Deposition | 2/27/2007 | A101919AB | Copy | 63 | $2.75 | $173.25 | | $173.25 | $173.25 | 1.8 |
| Chasen, Mel Deposition | 7/12/2007 | SD 1375 | Copy | 95 | $2.75 | $261.25 | 50% | $130.63 | $130.63 | 1.9 |
| DeRussy, Cortes Deposition | 3/1/2007 | A101D8FAB | Copy | 115 | $2.10 | $241.50 | 100% | $241.50 | $0.00 | 1.10 |
| DeRussy, Cortes Deposition | 4/23/2007 | A103612AB | Copy | 301 | $2.10 | $632.10 | 100% | $632.10 | $0.00 | 1.11 |
| Elasti, Ruth Deposition | 2/22/2007 | A101917AB | Copy | 130 | $2.10 | $273.00 | 100% | $273.00 | $0.00 | 1.12 |
| Falke, Les Deposition | 3/2/2007 | 16028311 | Original | 161 | $4.30 | $692.30 | 50% | $346.15 | $346.15 | 1.13 |
| Gepford, Jeannette Deposition | 2/15/2007 | 16027967 | Original | 103 | $4.85 (adjusted to standard rate to remove expedited fees) | $499.55 | 50% | $249.78 | $249.78 | 1.14, 1.33 |
| Goldman, Glenn Deposition | 2/27/2007 | 16028304 | Original | 195 | $5.40 | $1,053.00 | 50% | $526.50 | $526.50 | 1.15 |
| Hardwick, Cliff Deposition | 2/7/2007 | 16027988 | Original | 129 | $4.30 | $554.70 | 50% | $277.35 | $277.35 | 1.16 |
| Headlund, Donald Deposition | 4/11/2007 | A103174AB | Copy | 324 | $1.63 | $528.12 | 50% | $528.12 | $528.12 | 1.17 |
| Jackson, William Deposition | 1/23/2007 | A009F16AB | Copy | 157 | $1.58 | $248.06 | | | $248.06 | 1.18 |
| Johnson, Barbara Deposition | 6/28/2006 | NY124229 | Original | 328 | $4.50 | $1,476.00 | 50% | $738.00 | $738.00 | 1.19 |
| Johnson, Gary Deposition | 2/23/2007 | 16028302 | Original | 108 | $5.40 | $583.20 | 50% | $291.60 | $291.60 | 1.20 |
| Konop, John Deposition | 2/8/2007 | 16027921 | Original | 347 | $4.30 | $1,492.10 | 50% | $746.05 | $746.05 | 1.21 |
| Landon, Edward Deposition | 2/14/2007 | 16027934 | Original | 77 | $3.75 (adjusted to standard rate to remove expedited fees) | $288.75 | 50% | $144.38 | $144.38 | 1.22, 1.33 |
| Litle, Tim Deposition | 9/6/2006 | NY131958 | Original | 356 | $5.05 | $1,797.80 | 50% | $898.90 | $898.90 | 1.23 |
| Logan, Nick Deposition | 3/1/2007 | 16028309 | Original | 81 | $4.30 | $348.30 | 50% | $174.15 | $174.15 | 1.24 |
| Lott, Danial Deposition | 2/26/2007 | A10190FAB | Copy | 118 | $2.75 | $324.50 | 100% | $324.50 | $0.00 | 1.25 |
| Maley, Anthony Deposition | 2/28/2007 | A101CF6AB | Copy | 71 | $2.05 | $145.55 | | | $145.55 | 1.26 |
| McBrearty, Tom Deposition | 2/13/2007 | 16028017 | Original | 132 | $4.08 | $538.56 | 50% | $269.28 | $269.28 | 1.27 |
| Morgenstein, Bill Deposition | 2/20/2007 | 16028274 | Original | 105 | $5.04 | $529.20 | 50% | $264.60 | $264.60 | 1.28 |
| Secher, Adam Deposition | 1/30/2007 | A1001A6AB | Copy | 66 | $2.40 | $158.40 | | | $158.40 | 1.29 |

Case 6:05-cv-01324-LED   Doc#1345   08/2007

**Exhibit No. 1**

**EXHIBIT 1**
**Fees of Court Reporters**

| Transcript | Date | Invoice Number | Original/ Copy | No. of Pages | Standard Rate Per Page | Base Transcript Cost | Reduction Negotiated Between Parties | Reduction Amount | Taxable Cost Submitted | Documentation at Ex. No.: |
|---|---|---|---|---|---|---|---|---|---|---|
| Sonvell, Gerette Deposition | 2/14/2007 | 16027934 | Original | 68 | $3.75 (adjusted to standard rate to remove expedited fees) | $255.00 | | | $255.00 | 1.22, 1.33 |
| Suckow, Lee Deposition | 10/4/2006 | 16025941 | Original | 149 | $3.75 (adjusted to standard rate to remove expedited fees) | $558.75 | 50% | $279.38 | $279.38 | 1.30, 1.33 |
| Talbert, David Deposition | 11/10/2006 | A009C69AB | Copy | 269 | $2.10 | $564.90 | 100% | $564.90 | $0.00 | 1.31 |
| Wilden, Anthony Deposition | 2/20/2007 | A1015EAEB | Copy | 62 | $1.70 | $105.40 | | | $105.40 | 1.32 |
| Hearing Transcript | 10/19/2006 | pt 2736 | Original | 102 | $3.30 (max. allowable non-expedited) | $336.60 | | | $336.60 | 1.34 |
| Hearing Transcript | 2/8/2007 | 20070726 | Original | 41 | $3.30 (max. allowable non-expedited) | $135.30 | | | $135.30 | 1.35 |
| Hearing Transcript | 7/9/2007 | 122394 | Original | 170 | $3.30 (max. allowable non-expedited) | $561.00 | | | $561.00 | 1.36 |
| Trial Transcripts | 07/16-20/07 | 122432 | Original | 1196 | $3.30 (max. allowable non-expedited) | $3,946.80 | | | $3,946.80 | 1.37 |
| Hearing Transcript | 12/21/2006 | 2023 | Copy | 70 | $132.80 | $132.80 | 50% | | $66.40 | 1.38 |
| Hearing Transcript | 5/22/2007 | | Original | 185 | $3.30 (max. allowable non-expedited) | $610.50 | | | $610.50 | 1.39 |
| **Total** | | | | | | $23,676.04 | | $9,010.53 | $15,342.41 | |

Note as to page rates: The Atkinson Baker and Veritext invoices (Ex. Nos. 1-3, 6, 8, 10-12, 17-19, 23, 25, 26, 29, 31-32) clearly separately itemize expedited or rough transcript fees which have not been included in the recoverable costs outlined here. The LegaLink invoices (Ex. Nos. 4-5, 7, 13-16, 20-21, 24, 27-28, 30) do not all itemize the expedited fees, but through phone conversations and e-mails with Ester Valerio of Merrill Legal Solutions, parent company to LegaLink, the standard rates for all locations have been substituted in the event the invoice includes expedited charges (see Ex. No. 33). The Court Reporting Services invoice (Ex. No. 9) reflects the copy rate as expedited; however, it was confirmed telephonically that the rate assessed is the standard rate. The hearing and trial transcript charges have been calculated at the maximum allowable rate set by the Judicial Conference, to the extent the invoices included expedited fees.

# Atkinson·Baker
### Court Reporters

500 NORTH BRAND BOULEVARD, THIRD FLOOR
GLENDALE, CA 91203-4725
800-288-3376, 800-925-5910 fax

Hilary L. Preston
Vinson & Elkins
660 Fifth Avenue
26th Floor
New York, NY 10103-

Case 6:05-cv-00424-LED    Document 345    Filed 08/28/2007    Page 4 of 43

Please refer to the Invoice No. and your Firm No. in any correspondence.
Contact Eileen Tahmazian, atahmazian@depo.com

| | |
|---|---|
| ABI'S Federal ID No.: | 95-4189037 |
| Setting Firm: | Paul, Hastings, Janofsky & Walker, LLP |
| Taking Attorney: | Shanee Y. Williams |
| Case Name: | AdvanceMe vs RapidPay LLC et al |
| Case No.: | 6:05-CV-424 (LED-JDL) |

Description:    Certified copy of the reporter's transcript of the deposition of Allen Abbott, taken 1/11/2007.

| | |
|---|---|
| INVOICE NO. | A00B0DE AB |
| FIRM NO. | 1217435 |
| INVOICE DATE | 01/30/2007 |
| DUE UPON RECEIPT | |

| ITEM | QTY | PRICE | LINE TOTAL |
|---|---|---|---|
| Copy Pages - Business Rate | 100.00 | $ 2.10 | $ 210.00 |
| Exhibit Copies (pages) | 52.00 | $ .35 | $ 18.20 |
| Condensed Transcript | 1.00 | $ 15.00 | $ 15.00 |
| E-Transcript | 1.00 | $ 15.00 | $ 15.00 |
| Processing, Handling & Delivery Fee | 1.00 | $ 30.00 | $ 30.00 |

| | | |
|---|---|---|
| PAYMENT | | - $ 288.20 |
| BALANCE DUE | | $ .00 |

A service fee of 1.5% per month may be added to any invoice over 30 days old.

----------------- Fold and tear at this perforation, then return stub with payment. -----------------

| | |
|---|---|
| BALANCE DUE | $ .00 |
| INVOICE NO. | A00B0DE AB |
| FIRM NO. | 1217435 |

For:    Certified copy of the reporter's transcript of the deposition of Allen Abbott, taken 1/11/2007.

From:    Hilary L. Preston
Vinson & Elkins
660 Fifth Avenue
26th Floor
New York, NY 10103-

Remit To:    Atkinson-Baker,Inc.
500 NORTH BRAND BOULEVARD,
THIRD FLOOR
GLENDALE, CA 91203-4725

If you have already paid for this service by COD, then this invoice is for your records only.

**Exhibit No. 1.1**

# Atkinson·Baker
### Court Reporters

500 NORTH BRAND BOULEVARD, THIRD FLOOR
GLENDALE, CA 91203-4725
800-288-3376, 800-925-5910 fax

Hilary L. Preston
Vinson & Elkins
660 Fifth Avenue
26th Floor
New York, NY 10103

Please refer to the Invoice No. and your Firm No. in any correspondence.
Contact Eileen Tahmazian, atahmazian@depo.com

ABI'S Federal ID No.: 95-4189037

| | |
|---|---|
| Setting Firm: | Paul, Hastings, Janofsky & Walker, LLP |
| Taking Attorney: | Shanee Y. Williams |
| Case Name: | Advance Me vs Rapidpay |
| Case No.: | 605-CV-424 |

| | |
|---|---|
| INVOICE NO. | A101D90 AB |
| FIRM NO. | 1217435 |
| INVOICE DATE | 03/28/2007 |
| DUE UPON RECEIPT | |

Description: Certified copy of the reporter's transcript of the deposition of James Alexander, taken 3/9/2007.

| ITEM | QTY | PRICE | LINE TOTAL |
|---|---|---|---|
| Copy Pages - Business Rate | 42.00 | $ 2.50 | $ 105.00 |
| Exhibit Copies (pages) | 8.00 | $ .35 | $ 2.80 |
| CD | 1.00 | $ 15.00 | $ 15.00 |
| Condensed Transcript | 1.00 | $ 15.00 | $ 15.00 |
| Processing, Handling & Delivery Fee | 1.00 | $ 25.00 | $ 25.00 |
| PAYMENT | | | - $ 162.80 |
| BALANCE DUE | | | $ .00 |

A service fee of 1.5% per month may be added to any invoice over 30 days old.

- - - - - - - - - Fold and tear at this perforation, then return stub with payment. - - - - - - - - -

| BALANCE DUE | $ .00 |
|---|---|
| INVOICE NO. | A101D90 AB |
| FIRM NO. | 1217435 |

For: Certified copy of the reporter's transcript of the deposition of James Alexander, taken 3/9/2007.

From: Hilary L. Preston
Vinson & Elkins
660 Fifth Avenue
26th Floor
New York, NY 10103-

Remit To: Atkinson-Baker,Inc.
500 NORTH BRAND BOULEVARD,
THIRD FLOOR
GLENDALE, CA 91203-4725

If you have already paid for this service by COD, then this invoice is for your records only.

**Exhibit No. 1.2**

# Atkinson·Baker
### — Court Reporters —

500 NORTH BRAND BOULEVARD, THIRD FLOOR
GLENDALE, CA 91203-4725
800-288-3376, 800-925-5910 fax

Brian K. Buss
Vinson & Elkins
2801 Via Fortuna
Suite 100, The Terrace 7
Austin, TX 78746-

Please refer to the Invoice No. and your Firm No. in any correspondence.
Contact Eileen Tahmazian, atahmazian@depo.com

ABI'S Federal ID No.:     95-4189037

| | |
|---|---|
| Setting Firm: | Paul, Hastings, Janofsky & Walker, LLP |
| Taking Attorney: | Robert Matz |
| Case Name: | Advanceme vs Rapidpay Inc |
| Case No.: | |

Description:    Certified copy of the reporter's transcript of the deposition of William J. Benedict, Jr. taken 2/8/2007. Expedited

| | |
|---|---|
| INVOICE NO. | A100CC8 AB |
| FIRM NO. | 1194292 |
| INVOICE DATE | 02/15/2007 |
| DUE UPON RECEIPT | |

| ITEM | QTY | PRICE | LINE TOTAL |
|---|---|---|---|
| Copy Pages - Business Rate | 209.00 | $ 2.50 | $ 522.50 |
| Expedite: 2 working days - 90% | 209.00 | $ 2.25 | $ 470.25 |
| Exhibit Copies (pages) | 204.00 | $ .35 | $ 71.40 |
| Condensed Transcript | 1.00 | $ 15.00 | $ 15.00 |
| E-Transcript | 1.00 | $ 15.00 | $ 15.00 |
| Processing, Handling & Delivery Fee | 1.00 | $ 25.00 | $ 25.00 |
| UPS Overnight | 1.00 | $ 25.00 | $ 25.00 |
| PAYMENT | | | - $ 1,144.15 |
| BALANCE DUE | | | $ .00 |

A service fee of 1.5% per month may be added to any invoice over 30 days old.

------------- Fold and tear at this perforation, then return stub with payment. -------------

| BALANCE DUE | $ .00 |
|---|---|
| INVOICE NO. | A100CC8 AB |
| FIRM NO. | 1194292 |

For:     Certified copy of the reporter's transcript of the deposition of William J. Benedict, Jr. taken 2/8/2007. Expedited

From:    Brian K. Buss
Vinson & Elkins
2801 Via Fortuna
Suite 100, The Terrace 7
Austin, TX 78746-

Remit To:    Atkinson-Baker, Inc.
500 NORTH BRAND BOULEVARD,
THIRD FLOOR
GLENDALE, CA 91203-4725

If you have already paid for this service by COD, then this invoice is for your records only.

**Exhibit No. 1.3**

# LEGALINK, INC.


## MERRILL LEGAL SOLUTIONS

315 Capitol Street, Suite 100
Houston, TX 77002

Phone: (713) 426-0400
Fax: (713) 426-0600

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 16027754 | 02/12/2007 | 1605-81775 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 01/31/2007 | LBO | 6:05-CV-424-LE |

| CASE CAPTION |
|---|
| Advanceme, Inc. vs. Rapidpay, LLC, et al |

| TERMS |
|---|
| Immediate, sold FOB Merrill facility |

Joseph D. Gray
Vinson & Elkins
2801 Via Fortuna, Suite 100
The Terrace 7
Austin, TX 78746

```
ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:
   Laurent F. Bouchard              199 Pages @        5.78/Page    1,150.22
           EXHIBITS                  44 Pages @         .45/Page       19.80
           ATTENDANCE                                                 150.00
           Unedited ASCII (RT)      199.00 Pages @     1.50/Page      298.50
           Administrative Fee                                          50.00
           Process/Delivery NL                                         53.09
           TotalTranscript                                             40.00
           TotalTranscript Archive                                      7.50
           TotalTranscript Exhibits 44.00 Pages @      .40/Page        17.60
           Word Index                26.00       @     3.85           100.10
                                                                 _____
                                     TOTAL   DUE   >>>>           1,886.81
```

TAX ID NO. : 20-2665382                          (512) 542-8400    Fax (512) 542-8612

*Please detach bottom portion and return with payment.*

Joseph D. Gray
Vinson & Elkins
2801 Via Fortuna, Suite 100
The Terrace 7
Austin, TX 78746

```
Invoice No.:  16027754
Date       :  02/12/2007
TOTAL  DUE :     1,886.81


Job No.    :  1605-81775
Case No.   :  6:05-CV-424-LED JDL
Advanceme, Inc. vs. Rapidpay, LLC, e
```

Remit To:   **LegaLink, Inc.**
            **PO Box 277951**
            **Atlanta, GA 30384**

# Exhibit No. 1.4

# LEGALINK, INC. 

MERRILL LEGAL SOLUTIONS

315 Capitol Street, Suite 100
Houston, TX 77002

Phone: (713) 426-0400
Fax: (713) 426-0600

# I N V O I C E

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 16028358 | 03/22/2007 | 1605-82049 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 02/16/2007 | LBO | 6:05-CV-424-LE |

| CASE CAPTION |
|---|
| Advanceme, Inc. vs. Rapidpay, LLC, et al |

| TERMS |
|---|
| Immediate, sold FOB Merrill facility |

Joseph D. Gray
Vinson & Elkins
2801 Via Fortuna, Suite 100
The Terrace 7
Austin, TX 78746

```
ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:
    Michelle Boudette                109 Pages @      3.85/Page        419.65
        EXHIBITS                       6 Pages @       .45/Page          2.70
        ATTENDANCE                                                     150.00
        Unedited ASCII (RT)          109.00 Pages @    1.50/Page        163.50
        Administrative Fee                                              50.00
        Obtaining Wit Signature                                         30.00
        Process/Delivery NL                                             22.32
        TotalTranscript                                                 40.00
        TotalTranscript Archive                                          7.50
        TotalTranscript Exhibits       6.00 Pages @    .40/Page          2.40
        Word Index                    14.00 @         3.85              53.90
                                                                      _____
                             TOTAL   DUE   >>>>                        941.97
```

TAX ID NO. : 20-2665382                                    (512) 542-8400    Fax (512) 542-8612

*Please detach bottom portion and return with payment.*

Joseph D. Gray
Vinson & Elkins
2801 Via Fortuna, Suite 100
The Terrace 7
Austin, TX 78746

```
Invoice No.: 16028358
Date       : 03/22/2007
TOTAL DUE  :    941.97



Job No.  : 1605-82049
Case No. : 6:05-CV-424-LED JDL
Advanceme, Inc. vs. Rapidpay, LLC, e
```

Remit To:   **LegaLink, Inc.**
**PO Box 277951**
**Atlanta, GA 30384**

**Exhibit No. 1.5**

# Atkinson·Baker
Court Reporters

500 NORTH BRAND BOULEVARD, THIRD FLOOR
GLENDALE, CA 91203-4725
800-288-3376, 800-925-5910 fax

Joseph D. Gray
Vinson & Elkins
2801 Via Fortuna
Suite 100, The Terrace 7
Austin, TX 78746-

Case 6:05-cv-00424-LED    Document 345    Filed 08/28/2007    Page 9 of 43

Please refer to the Invoice No. and your Firm No. in any correspondence.
Contact Eileen Tahmazian, atahmazian@depo.com

ABI'S Federal ID No.: 95-4189037

| | |
|---|---|
| Setting Firm: | Paul, Hastings, Janofsky & Walker, LLP |
| Taking Attorney: | Shanee Y. Williams |
| Case Name: | AdvanceMe vs RapidPay LLC et al |
| Case No.: | 6:05-CV-424(LED-JDL) |

Description:    Certified copy of the reporter's transcript of the deposition of John Randall Bourne, taken 1/26/2007.

| INVOICE NO. | A00B0E0 AB |
|---|---|
| FIRM NO. | 1194292 |
| INVOICE DATE | 02/27/2007 |
| DUE UPON RECEIPT | |

| ITEM | QTY | PRICE | LINE TOTAL |
|---|---|---|---|
| Copy Pages - Business Rate | 104.00 | $ 2.50 | $ 260.00 |
| Exhibit Copies (pages) | 66.00 | $ .35 | $ 23.10 |
| Condensed Transcript | 1.00 | $ 15.00 | $ 15.00 |
| E-Transcript | 1.00 | $ 15.00 | $ 15.00 |
| Processing, Handling & Delivery Fee | 1.00 | $ 25.00 | $ 25.00 |
| Tax | 1.00 | $ 20.29 | $ 20.29 |
| PAYMENT | | | - $ 358.39 |
| BALANCE DUE | | | $ .00 |

A service fee of 1.5% per month may be added to any invoice over 30 days old.

- - - - - - - - - - - - - Fold and tear at this perforation, then return stub with payment. - - - - - - - - - - - - -

| BALANCE DUE | $ .00 |
|---|---|
| INVOICE NO. | A00B0E0 AB |
| FIRM NO. | 1194292 |

For:    Certified copy of the reporter's transcript of the deposition of  John Randall Bourne, taken 1/26/2007.

From:    Joseph D. Gray
Vinson & Elkins
2801 Via Fortuna
Suite 100, The Terrace 7
Austin, TX 78746-

Remit To:    Atkinson-Baker,Inc.
500 NORTH BRAND BOULEVARD,
THIRD FLOOR
GLENDALE, CA 91203-4725

If you have already paid for this service by COD, then this invoice is for your records only.

**Exhibit No. 1.6**

# LEGALINK, INC. 

## MERRILL LEGAL SOLUTIONS

315 Capitol Street, Suite 100
Houston, TX 77002

Phone: (713) 426-0400
Fax: (713) 426-0600

# I N V O I C E

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 16027593 | 01/30/2007 | 1605-81688 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 01/18/2007 | LNY | 6:05-CV-424-LE |

| CASE CAPTION |
|---|
| Advanceme, Inc. vs. Rapidpay, LLC, et al |
| **TERMS** |
| Immediate, sold FOB Merrill facility |

William G. Schuurman
Vinson & Elkins
2801 Via Fortuna, Suite 100
The Terrace 7
Austin, TX 78746

```
ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:
  Thomas Burnside                    387 Pages @      7.90/Page        3,057.30
    EXHIBITS                          15 Pages @       .45/Page            6.75
    ATTENDANCE                                                          180.00
    Administrative Fee                                                   50.00
    Exhibit Tabs                     3.00      @       .25                 .75
    Process/Delivery NL                                                  44.62
    TotalTranscript                                                      40.00
    TotalTranscript Archive                                               7.50
    TotalTranscript Exhibits         15.00 Pages @      .40/Page          6.00
    Word Index                       40.00      @     1.65               66.00
                                                                   _____
                                 TOTAL  DUE  >>>>                     3,458.92
```

TAX ID NO. :  20-2665382                                    (512) 542-8400    Fax (512) 542-8612

*Please detach bottom portion and return with payment.*

William G. Schuurman
Vinson & Elkins
2801 Via Fortuna, Suite 100
The Terrace 7
Austin, TX 78746

```
Invoice No.:  16027593
Date       :  01/30/2007
TOTAL DUE  :    3,458.92



Job No.    :  1605-81688
Case No.   :  6:05-CV-424-LED JDL
Advanceme, Inc. vs. Rapidpay, LLC, e
```

Remit To:    **LegaLink, Inc.**
**PO Box 277951**
**Atlanta, GA 30384**

# Exhibit No. 1.7

## Atkinson·Baker
#### Court Reporters

500 NORTH BRAND BOULEVARD, THIRD FLOOR
GLENDALE, CA 91203-4725
800-288-3376, 800-925-5910 fax

R. Floyd Walker
Vinson & Elkins
2801 Via Fortuna
Suite 100, The Terrace 7
Austin, TX 78746

Please refer to the Invoice No. and your Firm No. in any correspondence.
Contact Eileen Tahmazian, atahmazian@depo.com

ABI'S Federal ID No.:            95-4189037

| | |
|---|---|
| Setting Firm: | Paul, Hastings, Janofsky & Walker, LLP |
| Taking Attorney: | Robert Matz |
| Case Name: | Advanceme vs Rapidpay |
| Case No.: | 6:05-CV-424 |

Description:   Certified copy of the reporter's transcript of the
deposition of Jennifer L. Carter, taken 2/27/2007.

| | |
|---|---|
| INVOICE NO. | A101919 AB |
| FIRM NO. | 1194292 |
| INVOICE DATE | 03/21/2007 |
| DUE UPON RECEIPT | |

| ITEM | QTY | PRICE | LINE TOTAL |
|---|---|---|---|
| Copy Pages - Business Rate | 63.00 | $ 2.75 | $ 173.25 |
| Rough Disk, Per Page | 63.00 | $ 2.25 | $ 141.75 |
| Exhibit Copies (pages) | 47.00 | $ .35 | $ 16.45 |
| Condensed Transcript | 1.00 | $ 15.00 | $ 15.00 |
| E-Transcript | 1.00 | $ 15.00 | $ 15.00 |
| Processing, Handling & Delivery Fee | 1.00 | $ 25.00 | $ 25.00 |
| PAYMENT | | | - $ 386.45 |
| BALANCE DUE | | | $ .00 |

A service fee of 1.5% per month may be added to any invoice over 30 days old.

- - - - - - - - - - - Fold and tear at this perforation, then return stub with payment. - - - - - - - - - - -

| BALANCE DUE | $  .00 |
|---|---|
| INVOICE NO. | A101919 AB |
| FIRM NO. | 1194292 |

For:   Certified copy of the reporter's transcript of the
deposition of Jennifer L. Carter, taken
2/27/2007.

From:   R. Floyd Walker
Vinson & Elkins
2801 Via Fortuna
Suite 100, The Terrace 7
Austin, TX 78746-

Remit To:   Atkinson-Baker, Inc.
500 NORTH BRAND BOULEVARD,
THIRD FLOOR
GLENDALE, CA 91203-4725

If you have already paid for this service by COD, then this invoice is for your records only.

**Exhibit No. 1.8**

# Court Reporting Services
P.O. Box 15272
Springfield, MA   01115-5272
(413) 786-7233 Voice   (413) 786-0299 Fax
Tax ID: 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

July 13, 2007

William Schuurman, Esquire
Vinson & Elkins, LLP
2801 Via Fortuna
Suite 100
Austin, TX 78746

| Invoice Number |
|---|
| **Invoice Number SD 1375** |

**Description of services**   Re: -Advanceme, Inc. vs. Rapidpay, LLC et al

| Reference | | | | Extension |
|---|---|---|---|---|
| Expedited Copy | Depo of M. Chasen, 7/12/2007 | 95.00 | 2.750 | 261.25 |
| Exhibit Copies | | 67.00 | 0.250 | 16.75 |
| Postage & Handling | | 1.00 | 25.000 | 25.00 |
| | | **Invoice total:** | | **$303.00** |

PAYMENT DUE UPON RECEIPT.
THANK YOU FOR USING COURT REPORTING SERVICES.

**Exhibit No. 1.9**

# Atkinson·Baker
### Court Reporters

500 NORTH BRAND BOULEVARD, THIRD FLOOR
GLENDALE, CA 91203-4725
800-288-3376, 800-925-5910 fax

| | |
|---|---|
| Joseph D. Gray<br>Vinson & Elkins<br>2801 Via Fortuna<br>Suite 100, The Terrace 7<br>Austin, TX 78746- | Please refer to the Invoice No. and your Firm No. in any correspondence.<br>Contact Eileen Tahmazian, atahmazian@depo.com |

Case 605-cv-00424-LED    Document 345    Filed 08/28/2007    Page 13 of 43

| | |
|---|---|
| ABI'S Federal ID No.:  95-4189037 | |

Setting Firm:       Paul, Hastings, Janofsky & Walker, LLP
Taking Attorney:   Robert Matz
Case Name:        Advance Me vs Rapidpay
Case No.:           605-CV-424

| | |
|---|---|
| INVOICE NO.        A101D8F AB<br>FIRM NO.            1194292<br>INVOICE DATE      03/21/2007<br>         DUE UPON RECEIPT | Description:   Certified copy of the reporter's transcript of the<br>deposition of Cortes DeRussy, taken 3/1/2007. |

| ITEM | QTY | PRICE | LINE TOTAL |
|---|---|---|---|
| Copy Pages - Business Rate | 115.00 | $ 2.10 | $ 241.50 |
| Rough Disk, Per Page | 115.00 | $ 1.60 | $ 184.00 |
| Exhibit Copies (pages) | 42.00 | $ .35 | $ 14.70 |
| CD | 1.00 | $ 15.00 | $ 15.00 |
| Condensed Transcript | 1.00 | $ 15.00 | $ 15.00 |
| E-Transcript | 1.00 | $ 15.00 | $ 15.00 |
| Processing, Handling & Delivery Fee | 1.00 | $ 30.00 | $ 30.00 |
| | | | |
| PAYMENT | | | - $ 515.20 |
| BALANCE DUE | | | $ .00 |

A service fee of 1.5% per month may be added to any invoice over 30 days old.

------------------------------- Fold and tear at this perforation, then return stub with payment. -------------------------------

| BALANCE DUE | $  .00 |
|---|---|
| INVOICE NO.     A101D8F AB | |
| FIRM NO.         1194292 | |

For:       Certified copy of the reporter's transcript of the
deposition of Cortes DeRussy, taken 3/1/2007.

From:    Joseph D. Gray
Vinson & Elkins
2801 Via Fortuna
Suite 100, The Terrace 7
Austin, TX 78746-

Remit To:    Atkinson-Baker,Inc.
500 NORTH BRAND BOULEVARD,
THIRD FLOOR
GLENDALE, CA 91203-4725

If you have already paid for this service by COD, then this invoice is for your records only.

**Exhibit No. 1.10**

# Atkinson·Baker
### Court Reporters

500 NORTH BRAND BOULEVARD, THIRD FLOOR
GLENDALE, CA 91203-4725
800-288-3376, 800-925-5910 fax

Joseph D. Gray
Vinson & Elkins
2801 Via Fortuna
Suite 100, The Terrace 7
Austin, TX 78746-

Case 6:05-cv-00424-LED    Document 345    Filed 08/28/2007    Page 14 of 43

Please refer to the Invoice No. and your Firm No. in any correspondence.
Contact Eileen Tahmazian, atahmazian@depo.com

ABI'S Federal ID No.:          95-4189037

| | |
|---|---|
| Setting Firm: | Paul, Hastings, Janofsky & Walker, LLP |
| Taking Attorney: | Robert Matz |
| Case Name: | AdvanceMe, Inc. v. RapidPay LLC, et al. |
| Case No.: | 6:05-CV-424-LED-JDL |

| | |
|---|---|
| INVOICE NO. | A103612 AB |
| FIRM NO. | 1194292 |
| INVOICE DATE | 05/04/2007 |
| DUE UPON RECEIPT | |

Description:  Certified copy of the reporter's transcript of the deposition of Cortess E. Derussy, taken 4/23/2007.

| ITEM | QTY | PRICE | LINE TOTAL |
|---|---|---|---|
| Copy Pages - Business Rate | 301.00 | $ 2.10 | $ 632.10 |
| Rough Disk, Per Page | 301.00 | $ 1.60 | $ 481.60 |
| Exhibit Copies (pages) | 670.00 | $ .35 | $ 234.50 |
| Condensed Transcript | 1.00 | $ 15.00 | $ 15.00 |
| E-Transcript | 1.00 | $ 15.00 | $ 15.00 |
| Processing, Handling & Delivery Fee | 1.00 | $ 30.00 | $ 30.00 |

| PAYMENT | | | - $ 1,408.20 |
|---|---|---|---|
| BALANCE DUE | | | $ .00 |

A service fee of 1.5% per month may be added to any invoice over 30 days old.

-------------------------- Fold and tear at this perforation, then return stub with payment. --------------------------

| BALANCE DUE | $ .00 |
|---|---|
| INVOICE NO. | A103612 AB |
| FIRM NO. | 1194292 |

For:  Certified copy of the reporter's transcript of the deposition of Cortess E. Derussy, taken 4/23/2007.

From:   Joseph D. Gray
Vinson & Elkins
2801 Via Fortuna
Suite 100, The Terrace 7
Austin, TX 78746-

Remit To:   Atkinson-Baker,Inc.
500 NORTH BRAND BOULEVARD,
THIRD FLOOR
GLENDALE, CA 91203-4725

If you have already paid for this service by COD, then this invoice is for your records only.

**Exhibit No. 1.11**

# Atkinson·Baker
## — Court Reporters —

500 NORTH BRAND BOULEVARD, THIRD FLOOR
GLENDALE, CA 91203-4725
800-288-3376, 800-925-5910 fax

Joseph D. Gray
Vinson & Elkins
2801 Via Fortuna
Suite 100, The Terrace 7
Austin, TX 78746-

Please refer to the Invoice No. and your Firm No. in any correspondence.
Contact Eileen Tahmazian, atahmazian@depo.com

| | |
|---|---|
| ABI'S Federal ID No.: | 95-4189037 |
| Setting Firm: | Paul, Hastings, Janofsky & Walker, LLP |
| Taking Attorney: | Robert Matz |
| Case Name: | Advanceme vs Rapidpay |
| Case No.: | |

| | |
|---|---|
| INVOICE NO. | A101917 AB |
| FIRM NO. | 1194292 |
| INVOICE DATE | 03/02/2007 |
| DUE UPON RECEIPT | |

Description: Certified copy of the reporter's transcript of the deposition of Ruth Elasritaken 2/22/2007. Expedited.

| ITEM | QTY | PRICE | LINE TOTAL |
|---|---|---|---|
| Copy Pages - Business Rate | 130.00 | $ 2.10 | $ 273.00 |
| Expedite: 5 working days - 60% | 130.00 | $ 1.26 | $ 163.80 |
| Rough Disk, Per Page | 130.00 | $ 1.60 | $ 208.00 |
| Exhibit Copies (pages) | 77.00 | $ .35 | $ 26.95 |
| Condensed Transcript | 1.00 | $ 15.00 | $ 15.00 |
| E-Transcript | 1.00 | $ 15.00 | $ 15.00 |
| Processing, Handling & Delivery Fee | 1.00 | $ 30.00 | $ 30.00 |
| UPS Overnight | 1.00 | $ 25.00 | $ 25.00 |

| | | | |
|---|---|---|---|
| PAYMENT | | | - $ 756.75 |
| BALANCE DUE | | | $ .00 |

A service fee of 1.5% per month may be added to any invoice over 30 days old.

---------- Fold and tear at this perforation, then return stub with payment. ----------

| BALANCE DUE | $ .00 |
|---|---|
| INVOICE NO. | A101917 AB |
| FIRM NO. | 1194292 |

For:    Certified copy of the reporter's transcript of the deposition of Ruth Elasritaken 2/22/2007. Expedited.

From:   Joseph D. Gray
Vinson & Elkins
2801 Via Fortuna
Suite 100, The Terrace 7
Austin, TX 78746-

Remit To:   Atkinson-Baker,Inc.
500 NORTH BRAND BOULEVARD,
THIRD FLOOR
GLENDALE, CA 91203-4725

If you have already paid for this service by COD, then this invoice is for your records only.

**Exhibit No. 1.12**

# LEGALINK, INC.

## MERRILL LEGAL SOLUTIONS

315 Capitol Street, Suite 100      Phone: (713) 426-0400
Houston, TX 77002          Fax: (713) 426-0600

# I N V O I C E

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 16028311 | 03/19/2007 | 1605-82156 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 03/02/2007 | LAT | 6:05-CV-424-LE |
| **CASE CAPTION** | | |
| Advanceme, Inc. vs. Rapidpay, LLC, et al | | |
| **TERMS** | | |
| Immediate, sold FOB Merrill facility | | |

William G. Schuurman
Vinson & Elkins
2801 Via Fortuna, Suite 100
The Terrace 7
Austin, TX 78746

```
ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:
    Les Falke                         161 Pages @      4.30/Page      692.30
        EXHIBITS                      104 Pages @       .45/Page       46.80
        ATTENDANCE                                                     75.00
        Unedited ASCII (RT)        161.00 Pages @      1.50/Page      241.50
        Administrative Fee                                            50.00
        Exhibit Tabs                20.00        @       .25           5.00
        Process/Delivery NL                                           55.34
        TotalTranscript                                               40.00
        TotalTranscript Archive                                        7.50
        TotalTranscript Exhibits   104.00 Pages @       .40/Page       41.60
        Word Index                  19.00        @      4.30          81.70
                                                                 _____
                              TOTAL   DUE   >>>>                    1,336.74
```

TAX ID NO.: 20-2665382              (512) 542-8400    Fax  (512) 542-8612

*Please detach bottom portion and return with payment.*

William G. Schuurman
Vinson & Elkins
2801 Via Fortuna, Suite 100
The Terrace 7
Austin, TX 78746

Invoice No.:  16028311
Date     :  03/19/2007
**TOTAL DUE**  :   **1,336.74**

Job No.     :  1605-82156
Case No.   :  6:05-CV-424-LED JDL
Advanceme, Inc. vs. Rapidpay, LLC, e

Remit To:     **LegaLink, Inc.**
             **PO Box 277951**
             **Atlanta, GA 30384**

**Exhibit No. 1.13**

# LEGALINK, INC.

## MERRILL LEGAL SOLUTIONS

315 Capitol Street, Suite 100
Houston, TX 77002

Phone: (713) 426-0400
Fax: (713) 426-0600

# I N V O I C E

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 16027967 | 02/28/2007 | 1607-82047 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 02/15/2007 | BEOVRE | 6:05-CV-424-LE |

| CASE CAPTION |
|---|
| Advanceme, Inc. vs. Rapidpay, LLC, et al |

William G. Schuurman
Vinson & Elkins
2801 Via Fortuna, Suite 100
The Terrace 7
Austin, TX 78746

| TERMS |
|---|
| Immediate, sold FOB Merrill facility |

```
ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:
    Jeannette Gepford                    103 Pages @        6.07/Page          625.21
        EXHIBITS                           8 Pages @         .45/Page            3.60
        ATTENDANCE                                                            120.00
        Administrative Fee                                                     50.00
        Exhibit Tabs                     16.00       @        .25               4.00
        Process/Delivery NL                                                    56.33
        TotalTranscript                                                        40.00
        TotalTranscript Archive                                                 7.50
        TotalTranscript Exhibits          8.00 Pages @        .40/Page          3.20
        Word Index                       14.00       @       4.05              56.70
                                                                          _____
                                          TOTAL   DUE   >>>>                  966.54
```

TAX ID NO. :  20-2665382

(512) 542-8400    Fax  (512) 542-8612

*Please detach bottom portion and return with payment.*

William G. Schuurman
Vinson & Elkins
2801 Via Fortuna, Suite 100
The Terrace 7
Austin, TX 78746

```
Invoice No.:  16027967
Date       :  02/28/2007
TOTAL DUE  :     966.54


Job No.   :  1607-82047
Case No.  :  6:05-CV-424-LED JDL
Advanceme, Inc. vs. Rapidpay, LLC, e
```

Remit To:    **LegaLink, Inc.**
**PO Box 277951**
**Atlanta, GA 30384**

**Exhibit No. 1.14**

# LEGALINK, INC.


## MERRILL LEGAL SOLUTIONS

315 Capitol Street, Suite 100
Houston, TX 77002

Phone: (713) 426-0400
Fax: (713) 426-0600

# I N V O I C E

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 16028304 | 03/19/2007 | 1605-82154 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 02/27/2007 | LNY | 6:05-CV-424-LE |

| CASE CAPTION | | |
|---|---|---|
| Advanceme, Inc. vs. Rapidpay, LLC, et al | | |

Joseph D. Gray
Vinson & Elkins
2801 Via Fortuna, Suite 100
The Terrace 7
Austin, TX 78746

| TERMS | | |
|---|---|---|
| Immediate, sold FOB Merrill facility | | |

```
ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:
   Glenn Goldman                      195 Pages @        5.40/Page      1,053.00
         EXHIBITS                      34 Pages @         .45/Page         15.30
         ATTENDANCE                                                       120.00
         Administrative Fee                                                50.00
         Exhibit Tabs              14.00       @         .25               3.50
         Process/Delivery NL                                              46.28
         TotalTranscript                                                  40.00
         TotalTranscript Archive                                           7.50
         TotalTranscript Exhibits     34.00 Pages @       .40/Page        13.60
         Word Index                   23.00       @      5.40            124.20
                                                                     _____
                                   TOTAL   DUE   >>>>                   1,473.38
```

TAX ID NO. : 20-2665382                                    (512) 542-8400    Fax (512) 542-8612

*Please detach bottom portion and return with payment.*

Joseph D. Gray
Vinson & Elkins
2801 Via Fortuna, Suite 100
The Terrace 7
Austin, TX 78746

Invoice No.:  16028304
Date        :  03/19/2007
**TOTAL DUE** :    1,473.38


Job No.   :  1605-82154
Case No.  :  6:05-CV-424-LED JDL
Advanceme, Inc. vs. Rapidpay, LLC, e

Remit To:   **LegaLink, Inc.**
            **PO Box 277951**
            **Atlanta, GA 30384**

**Exhibit No. 1.15**

# LEGALINK, INC.
## MERRILL LEGAL SOLUTIONS


315 Capitol Street, Suite 100
Houston, TX 77002

Phone: (713) 426-0400
Fax: (713) 426-0600

# I N V O I C E

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 16027988 | 02/28/2007 | 1605-81869 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 02/07/2007 | LAT | 6:05-CV-424-LE |

| CASE CAPTION | | |
|---|---|---|
| Advanceme, Inc. vs. Rapidpay, LLC, et al | | |
| | **TERMS** | |
| Immediate, sold FOB Merrill facility | | |

William G. Schuurman
Vinson & Elkins
2801 Via Fortuna, Suite 100
The Terrace 7
Austin, TX 78746

```
ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:
   Cliff Hardwick                      129 Pages @        4.30/Page      554.70
      EXHIBITS                          70 Pages @         .45/Page       31.50
      ATTENDANCE                                                          75.00
      Unedited ASCII (RT)             129.00 Pages @       1.50/Page      193.50
      Administrative Fee                                                  50.00
      Exhibit Tabs                     24.00      @        .25             6.00
      Process/Delivery NL                                                 67.58
      TotalTranscript                                                     40.00
      TotalTranscript Archive                                              7.50
      TotalTranscript Exhibits         70.00 Pages @       .40/Page       28.00
      Word Index                       18.00      @       4.30            77.40
                                                                       _____

                         TOTAL   DUE   >>>>                             1,131.18
```

TAX ID NO. : 20-2665382                           (512) 542-8400    Fax (512) 542-8612

*Please detach bottom portion and return with payment.*

William G. Schuurman
Vinson & Elkins
2801 Via Fortuna, Suite 100
The Terrace 7
Austin, TX 78746

```
Invoice No.: 16027988
Date      : 02/28/2007
TOTAL DUE :   1,131.18


Job No.   : 1605-81869
Case No.  : 6:05-CV-424-LED JDL
Advanceme, Inc. vs. Rapidpay, LLC, e
```

Remit To:    **LegaLink, Inc.**
             **PO Box 277951**
             **Atlanta, GA 30384**

# Exhibit No. 1.16

# Atkinson·Baker
### Court Reporters

500 NORTH BRAND BOULEVARD, THIRD FLOOR
GLENDALE, CA 91203-4725
800-288-3376, 800-925-5910 fax

Joseph D. Gray
Vinson & Elkins
2801 Via Fortuna
Suite 100, The Terrace 7
Austin, TX 78746

Case 6:05-cv-00424-LED    Document 345    Filed 08/28/2007    Page 20 of 43

Please refer to the Invoice No. and your Firm No. in any correspondence.
Contact Eileen Tahmazian, atahmazian@depo.com

| | |
|---|---|
| ABI'S Federal ID No.: | 95-4189037 |
| Setting Firm: | Paul, Hastings, Janofsky & Walker, LLP |
| Taking Attorney: | Michael Edelman |
| Case Name: | Advanceme vs Rapidpay |
| Case No.: | 6:05-CV-424 |

| | |
|---|---|
| INVOICE NO. | A103174 AB |
| FIRM NO. | 1194292 |
| INVOICE DATE | 04/18/2007 |
| DUE UPON RECEIPT | |

Description:   Certified copy of the reporter's transcript of the deposition of Donald Headlund, taken 4/11/2007. Expedited

| ITEM | QTY | PRICE | LINE TOTAL |
|---|---|---|---|
| Copy Pages - Medical/Expert | 324.00 | $ 1.63 | $ 528.12 |
| Expedite: 5 working days - 60% | 324.00 | $ .98 | $ 317.52 |
| Exhibit Copies (pages) | 395.00 | $ .35 | $ 138.25 |
| Condensed Transcript | 1.00 | $ 15.00 | $ 15.00 |
| E-Transcript | 1.00 | $ 15.00 | $ 15.00 |
| Processing, Handling & Delivery Fee | 1.00 | $ 30.00 | $ 30.00 |
| Fedex | 1.00 | $ 30.00 | $ 30.00 |

| | | |
|---|---|---|
| PAYMENT | | - $ 1,073.89 |
| BALANCE DUE | | $ .00 |

A service fee of 1.5% per month may be added to any invoice over 30 days old.

- - - - - - - - - - - - - - Fold and tear at this perforation, then return stub with payment. - - - - - - - - - - - - - -

| BALANCE DUE | $ .00 |
|---|---|
| INVOICE NO. | A103174 AB |
| FIRM NO. | 1194292 |

For:   Certified copy of the reporter's transcript of the deposition of Donald Headlund, taken 4/11/2007. Expedited

From:   Joseph D. Gray
Vinson & Elkins
2801 Via Fortuna
Suite 100, The Terrace 7
Austin, TX 78746-

Remit To:   Atkinson-Baker,Inc.
500 NORTH BRAND BOULEVARD,
THIRD FLOOR
GLENDALE, CA 91203-4725

If you have already paid for this service by COD, then this invoice is for your records only.

**Exhibit No. 1.17**

# Atkinson·Baker
### Court Reporters

Page 1 of 1

500 NORTH BRAND BOULEVARD, THIRD FLOOR
GLENDALE, CA 91203-4725
800-288-3376, 800-925-5910 fax

| | |
|---|---|
| Joseph D. Gray<br>Vinson & Elkins<br>2801 Via Fortuna<br>Suite 100, The Terrace 7<br>Austin, TX 78746- | Please refer to the Invoice No. and your Firm No. in any correspondence.<br>Contact Eileen Tahmazian, atahmazian@depo.com<br><br>ABI'S Federal ID No.:  95-4189037 |

Case 6:05-cv-00424-LED    Document 345    Filed 08/28/2007    Page 21 of 43

Setting Firm:  Paul, Hastings, Janofsky & Walker, LLP
Taking Attorney:  Robert Matz
Case Name:  Advance Me Inc vs Rapid Pay et al
Case No.:  6:05-CV-424(LED-JDL)

Description:  Certified copy of the reporter's transcript of the deposition of William Herring Jackson, taken 1/23/2007.

| | |
|---|---|
| INVOICE NO. | A009F16 AB |
| FIRM NO. | 1194292 |
| INVOICE DATE | 01/30/2007 |
| DUE UPON RECEIPT | |

| ITEM | QTY | PRICE | LINE TOTAL |
|---|---|---|---|
| Copy Pages - Business Rate | 157.00 | $ 1.58 | $ 248.06 |
| Exhibit Copies (pages) | 164.00 | $ .35 | $ 57.40 |
| Condensed Transcript | 1.00 | $ 15.00 | $ 15.00 |
| E-Transcript | 1.00 | $ 15.00 | $ 15.00 |
| E-Transcript after job ships | 1.00 | $ 25.00 | $ 25.00 |
| Processing, Handling & Delivery Fee | 1.00 | $ 30.00 | $ 30.00 |
| | | | |
| PAYMENT | | | - $ 390.46 |
| BALANCE DUE | | | $ .00 |

A service fee of 1.5% per month may be added to any invoice over 30 days old.

--------------------------- Fold and tear at this perforation, then return stub with payment. ---------------------------

| | |
|---|---|
| BALANCE DUE | $ .00 |
| INVOICE NO. | A009F16 AB |
| FIRM NO. | 1194292 |

For:  Certified copy of the reporter's transcript of the deposition of William Herring Jackson, taken 1/23/2007.

From:  Joseph D. Gray
Vinson & Elkins
2801 Via Fortuna
Suite 100, The Terrace 7
Austin, TX 78746-

Remit To:  Atkinson-Baker,Inc.
500 NORTH BRAND BOULEVARD,
THIRD FLOOR
GLENDALE, CA 91203-4725

If you have already paid for this service by COD, then this invoice is for your records only.

**Exhibit No. 1.18**

## Veritext New York Reporting Co.,
## A Veritext Company

1350 Broadway, Suite 1407
New York, NY 10018
Tel. (212) 267-6868
Fax (212) 608-1616

**Case 6:05-cv-00424-LED     Document 345     Filed 08/28/2007     Page 22 of 43**

Bill To: Hilary I Preston, Esq.
Vinson & Elkins
666 Fifth Ave
New York, NY 10103

| | |
|---|---|
| Invoice #: | NY124229 |
| Invoice Date: | 07/13/2006 |
| Balance Due: | $63.90 |

| | |
|---|---|
| Case: | Advanceme Inc. v. Rapidpay Llc |
| Job #: | 118946 | Job Date: 6/28/2006 | Delivery: Normal |
| Billing Atty: | Hilary I Preston, Esq. |
| Location: | Vinson Elkins |
| | 666 Fifth Ave | 26th Floor | New York, NY |
| Sched Atty: | Hilary I Preston, Esq. |
| Deposing Atty: | Bill Schuurman, Esq. |

| Item | Witness | Description | Units | Qty | Price | Amount |
|------|---------|-------------|-------|-----|-------|--------|
| 1 | Barbara S. Johnson | Transcript - Original & 1 copy | Page | 328.00 | $4.50 | $1,476.00 |
| 2 | | Attendance Fee (appearance) | | 2.00 | $50.00 | $100.00 |
| 3 | | Transcript - Rough ASCII | Page | 328.00 | $1.50 | $492.00 |
| 4 | | Exhibit - copying | Per page | 24.00 | $0.40 | $9.60 |
| 5 | | Exhibit - color copying | Per page | 3.00 | $2.50 | $7.50 |
| 6 | | Transcripts/Exhibits (if applicable) on CD | | 1.00 | $28.00 | $28.00 |
| 7 | | Shipping & handling | Package | 1.00 | $17.00 | $17.00 |

| Notes: | | |
|---|---|---|
| | Invoice Total: | $2,130.10 |
| | Payment: | ($2,162.05) |
| | Credits: | |
| | Interest: | $63.90 |
| | Balance Due: | $63.90 |

| Fed. Tax ID: 20-3132569 | Term: Net 30 |
|---|---|

TERMS.  Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments or refunds will be made after 90 days.

**THIS INVOICE IS 399 DAYS PAST DUE, PLEASE REMIT - THANK YOU**

| Make check payable to: **Veritext New York Reporting Co.** |
|---|
| ☐ Visa  ☐ MC  ☐ Amex  ☐ Discover |
| Credit Card # _____  Exp. Date _____ |
| SIGNATURE (AS IT APPLANS ON CREDIT CARD) |
| PRINT NAME (AS IT APPEARS ON CREDIT CARD) |
| DAYTIME PHONE |

| | |
|---|---|
| Invoice #: | NY124229 |
| Job #: | 118946 |
| Invoice Date: | 07/13/2006 |
| Balance : | $63.90 |

Please remit payment to:
Veritext New York Reporting Co.,
200 Old Country Road, Suite 580
Mineola, NY 11501

**Exhibit No. 1.19**

# LEGALINK, INC.

## MERRILL LEGAL SOLUTIONS

315 Capitol Street, Suite 100
Houston, TX 77002

Phone: (713) 426-0400
Fax: (713) 426-0600

# I N V O I C E

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 16028302 | 03/19/2007 | 1605-82152 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 02/23/2007 | LNY | 6:05-CV-424-LE |

| CASE CAPTION |
|---|
| Advanceme, Inc. vs. Rapidpay, LLC, et al |

Joseph D. Gray
Vinson & Elkins
2801 Via Fortuna, Suite 100
The Terrace 7
Austin, TX 78746

| TERMS |
|---|
| Immediate, sold FOB Merrill facility |

```
ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:
  Gary Johnson                      108 Pages @      5.40/Page       583.20
          EXHIBITS                  126 Pages @       .45/Page        56.70
          ATTENDANCE               1.00 Hours                         60.00
          Administrative Fee                                          50.00
          Exhibit Tabs             6.00       @       .25              1.50
          Process/Delivery NL                                         34.35
          TotalTranscript                                             40.00
          TotalTranscript Archive                                      7.50
          TotalTranscript Exhibits 126.00 Pages @     .40/Page        50.40
          Word Index               13.00       @     5.40             70.20
                                                                  ----------
                              TOTAL  DUE   >>>>                      953.85
```

TAX ID NO. : 20-2665382

(512) 542-8400    Fax (512) 542-8612

*Please detach bottom portion and return with payment.*

Joseph D. Gray
Vinson & Elkins
2801 Via Fortuna, Suite 100
The Terrace 7
Austin, TX 78746

Invoice No.:  16028302
Date       :  03/19/2007
**TOTAL DUE** :    953.85

Job No.   :  1605-82152
Case No.  :  6:05-CV-424-LED JDL
Advanceme, Inc. vs. Rapidpay, LLC, e

Remit To:    **LegaLink, Inc.**
**PO Box 277951**
**Atlanta, GA 30384**

**Exhibit No. 1.20**

# LEGALINK, INC.


## MERRILL LEGAL SOLUTIONS

315 Capitol Street, Suite 100
Houston, TX 77002

Phone: (713) 426-0400
Fax: (713) 426-0600

# I N V O I C E

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 16027921 | 02/23/2007 | 1605-81872 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 02/08/2007 | LAT | 6:05-CV-424-LE |

| CASE CAPTION |
|---|
| Advanceme, Inc. vs. Rapidpay, LLC, et al |
| Immediate, sold FOB Merrill facility |

William G. Schuurman
Vinson & Elkins
2801 Via Fortuna, Suite 100
The Terrace 7
Austin, TX 78746

```
ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:
   John Konop                       347 Pages @      4.30/Page      1,492.10
        Five Day Rush                                                 298.42
        EXHIBITS                      12 Pages @       .45/Page          5.40
        ATTENDANCE                                                     150.00
        Process/Delivery NL                                             44.62
        Administrative Fee                                              50.00
        TotalTranscript                                                 40.00
        TotalTranscript Archive                                          7.50
        TotalTranscript Exhibits    12.00 Pages @      .40/Page          4.80
        Word Index                  45.00        @    4.30             193.50

                              TOTAL   DUE  >>>>            2,286.34
```

TAX ID NO. : 20-2665382                                  (512) 542-8400    Fax (512) 542-8612

*Please detach bottom portion and return with payment.*

William G. Schuurman
Vinson & Elkins
2801 Via Fortuna, Suite 100
The Terrace 7
Austin, TX 78746

Invoice No.:  16027921
Date      :  02/23/2007
**TOTAL DUE** :   2,286.34

Job No.   :  1605-81872
Case No.  :  6:05-CV-424-LED JDL
Advanceme, Inc. vs. Rapidpay, LLC, e

Remit To:   **LegaLink, Inc.**
            **PO Box 277951**
            **Atlanta, GA 30384**

**Exhibit No. 1.21**

# LEGALINK, INC. 

## MERRILL LEGAL SOLUTIONS

315 Capitol Street, Suite 100     Phone: (713) 426-0400
Houston, TX 77002     Fax: (713) 426-0600

# I N V O I C E

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 16027934 | 02/26/2007 | 1605-82045 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 02/14/2007 | LCH | 6:05-CV-424-LE |

| CASE CAPTION |
|---|
| Advanceme, Inc. vs. Rapidpay, LLC, et al |

| TERMS |
|---|
| Immediate, sold FOB Merrill facility |

Joseph D. Gray
Vinson & Elkins
2801 Via Fortuna Suite 100
The Terrace 7
Austin, TX 78746

```
ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:
  Edward Landon                         77 Pages @         4.70/Page        361.90
     EXHIBITS                           16 Pages @          .45/Page          7.20
     Unedited ASCII (RT)             77.00 Pages @         1.50/Page        115.50
     Administrative Fee                                                      50.00
     Exhibit Tabs                     6.00        @          .25              1.50
     Process/Delivery NL                                                     32.58
     TotalTranscript                                                         40.00
     TotalTranscript Archive                                                  7.50
     TotalTranscript Exhibits        16.00 Pages @          .40/Page          6.40
     Word Index                      12.00        @         4.45             53.40
ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:
  Gerette Sorwell                       68 Pages @         4.70/Page        319.60
     EXHIBITS                           16 Pages @          .45/Page          7.20
     ATTENDANCE                                                             215.00
     Unedited ASCII (RT)             68.00 Pages @         1.50/Page        102.00
     Administrative Fee                                                      50.00
     Exhibit Tabs                     6.00        @          .25              1.50
     TotalTranscript                                                         40.00
     TotalTranscript Archive                                                  7.50
     TotalTranscript Exhibits        16.00 Pages @          .40/Page          6.40
     Word Index                      10.00        @         4.45             44.50
     Travel                                                                  19.00
```

TAX ID NO.: 20-2665382        (512) 542-8400    Fax (512) 542-8612

**Exhibit No. 1.22**

**Veritext New York Reporting Co.,**

**A Veritext Company**

1350 Broadway, Suite 1407
New York, NY 10018
Tel. (212) 267-6868
Fax (212) 608-1616

Case 6:05-cv-00424-LED     Document 345     Filed 08/28/2007     Page 26 of 43

| Bill To: | Hilary I Preston, Esq.<br>Vinson & Elkins<br>666 Fifth Ave<br>New York, NY 10103 | | |
|---|---|---|---|

| Invoice #: | NY131958 |
|---|---|
| Invoice Date: | 09/15/2006 |
| Balance Due: | $0.00 |

| | |
|---|---|
| **Case:** | Advanceme Inc. v. Rapidpay Llc |
| **Job #:** | 125632   \|   Job Date: 9/6/2006   \|   Delivery:   Expedited |
| **Billing Atty:** | Hilary I Preston, Esq. |
| **Location:** | Double Tree Hotel<br>50 Warren Street \| Lowell, MA 01852 |
| **Sched Atty:** | Hilary L. Preston, Esq. |
| **Deposing Atty:** | Joseph D. Gray, Esq. |

| Item | Witness | Description | Units | Qty | Price | Amount |
|---|---|---|---|---|---|---|
| 1 | Thomas J. Litle, IV | Transcript - Original & 1 copy | Page | 356.00 | $5.05 | $1,797.80 |
| 2 | | Attendance Fee (appearance) | | 2.00 | $60.00 | $120.00 |
| 3 | | Fee For Expedited Service | Per page | 356.00 | $2.25 | $801.00 |
| 4 | | Exhibit - copying | Per page | 96.00 | $0.40 | $38.40 |
| 5 | | Exhibit - color copying | Per page | 7.00 | $2.50 | $17.50 |
| 6 | | Transcripts/Exhibits (if applicable) on CD | | 1.00 | $28.00 | $28.00 |
| 7 | | Shipping & handling | Package | 1.00 | $18.00 | $18.00 |

| | |
|---|---|
| **Invoice Total:** | $2,820.70 |
| **Payment:** | ($2,820.70) |
| **Credits:** | |
| **Interest:** | $0.00 |
| **Balance Due:** | $0.00 |

**Notes:**

| Fed. Tax ID: 20-3132569 | Term: Net 30 |
|---|---|

TERMS:  Payable upon receipt  Accounts 30 days past due will bear a finance charge of 1.5% per month  Accounts unpaid after 90 days agree to pay all collection costs,
including reasonable attorney's fees.  Contact us to correct payment errors.  No adjustments or refunds will be made after 90 days.

**THIS INVOICE IS 335 DAYS PAST DUE, PLEASE REMIT - THANK YOU**

Make check payable to:  Veritext New York Reporting Co.

☐ Visa  ☐ MC  ☐ Amex  ☐ Discover

Credit Card # _____    Exp. Date _____

SIGNATURE (AS IT APPEARS ON CREDIT CARD)

PRINT NAME (AS IT APPEARS ON CREDIT CARD)

DAYTIME PHONE

| | |
|---|---|
| **Invoice #:** | **NY131958** |
| **Job #:** | **125632** |
| **Invoice Date:** | **09/15/2006** |
| **Balance :** | **$0.00** |

Please remit payment to:
Veritext New York Reporting Co.,
200 Old Country Road, Suite 580
Mineola, NY 11501

**Exhibit No. 1.23**

# LEGALINK, INC.



## MERRILL LEGAL SOLUTIONS

315 Capitol Street, Suite 100    Phone: (713) 426-0400
Houston, TX 77002    Fax: (713) 426-0600

# I N V O I C E

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 16028309 | 03/19/2007 | 1605-82210 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 03/01/2007 | LAT | 6:05-CV-424-LE |

| CASE CAPTION |
|---|
| Advanceme, Inc. vs. Rapidpay, LLC, et al |

Joseph D. Gray
Vinson & Elkins
2801 Via Fortuna, Suite 100
The Terrace 7
Austin, TX 78746

| TERMS |
|---|
| Immediate, sold FOB Merrill facility |

```
ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:
  Nick Logan                      81 Pages @      4.30/Page       348.30
        EXHIBITS                   4 Pages @       .45/Page         1.80
        ATTENDANCE                                                 75.00
        Administrative Fee                                         50.00
        Obtaining Wit Signature                                    30.00
        Process/Delivery NL                                        55.34
        TotalTranscript                                            40.00
        TotalTranscript Archive                                     7.50
        TotalTranscript Exhibits   4.00 Pages @     .40/Page        1.60
        Word Index                11.00 Pages @    4.30             47.30
        Unedited ASCII (RT)       81.00 Pages @   1.50/Page       121.50

                           TOTAL   DUE   >>>>               778.34
```

TAX ID NO. : 20-2665382        (512) 542-8400   Fax (512) 542-8612

*Please detach bottom portion and return with payment.*

Joseph D. Gray
Vinson & Elkins
2801 Via Fortuna, Suite 100
The Terrace 7
Austin, TX 78746

```
Invoice No.:  16028309
Date      :  03/19/2007
TOTAL DUE :     778.34


Job No.   :  1605-82210
Case No.  :  6:05-CV-424-LED JDL
Advanceme, Inc. vs. Rapidpay, LLC, e
```

Remit To:    **LegaLink, Inc.**
           **PO Box 277951**
           **Atlanta, GA 30384**

**Exhibit No. 1.24**

# Atkinson·Baker
### Court Reporters

500 NORTH BRAND BOULEVARD, THIRD FLOOR
GLENDALE, CA 91203-4725
800-288-3376, 800-925-5910 fax

| | |
|---|---|
| R. Floyd Walker<br>Vinson & Elkins<br>2801 Via Fortuna<br>Suite 100, The Terrace 7<br>Austin, TX 78746 | Please refer to the Invoice No. and your Firm No. in any correspondence.<br>Contact Eileen Tahmazian, atahmazian@depo.com<br><br>AB'S Federal ID No.:    95-4189037<br>Setting Firm:    Paul, Hastings, Janofsky & Walker, LLP<br>Taking Attorney:   Robert Matz<br>Case Name:    Advanceme vs Rapidpay<br>Case No.:    34717-00007<br><br>Description:   Certified copy of the reporter's transcript of the<br>deposition of Danial Lott, taken 2/26/2007. Expedited. |

Case 6:05-cv-00424-LED    Document 345    Filed 08/28/2007    Page 28 of 43

| | |
|---|---|
| INVOICE NO.    A10190F AB<br>FIRM NO.      1194292<br>INVOICE DATE    03/02/2007<br>     DUE UPON RECEIPT | |

Corrected Invoice 03/09/2007. ml

| ITEM | QTY | PRICE | LINE TOTAL |
|---|---|---|---|
| Copy Pages - Business Rate | 118.00 | $ 2.75 | $ 324.50 |
| Expedite: 5 working days - 60% | 118.00 | $ 1.65 | $ 194.70 |
| Exhibit Copies (pages) | 69.00 | $ .35 | $ 24.15 |
| Condensed Transcript | 1.00 | $ 15.00 | $ 15.00 |
| Processing, Handling & Delivery Fee | 1.00 | $ 25.00 | $ 25.00 |

| | | | |
|---|---|---|---|
| PAYMENT | | | - $ 583.35 |
| BALANCE DUE | | | $ .00 |

A service fee of 1.5% per month may be added to any invoice over 30 days old.

---

Fold and tear at this perforation, then return stub with payment.

| BALANCE DUE | $ .00 |
|---|---|
| INVOICE NO. | A10190F AB |
| FIRM NO. | 1194292 |

For:    Certified copy of the reporter's transcript of the
deposition of Danial Lott, taken 2/26/2007.
Expedited.

From:    R. Floyd Walker
Vinson & Elkins
2801 Via Fortuna
Suite 100, The Terrace 7
Austin, TX 78746-

Remit To:    Atkinson-Baker,Inc.
500 NORTH BRAND BOULEVARD,
THIRD FLOOR
GLENDALE, CA 91203-4725

If you have already paid for this service by COD, then this invoice is for your records only.

**Exhibit No. 1.25**

# Atkinson·Baker
#### Court Reporters

500 NORTH BRAND BOULEVARD, THIRD FLOOR
GLENDALE, CA 91203-4725
800-288-3376, 800-925-5910 fax

Hilary L. Preston
Vinson & Elkins
660 Fifth Avenue
26th Floor
New York, NY 10103-

Please refer to the Invoice No. and your Firm No. in any correspondence.
Contact Eileen Tahmazian, atahmazian@depo.com

| | |
|---|---|
| ABI'S Federal ID No.: | 95-4189037 |
| Setting Firm: | Paul, Hastings, Janofsky & Walker, LLP |
| Taking Attorney: | Robert Matz |
| Case Name: | Advanceme vs Rapidpay |
| Case No.: | 6:05-CV-424-LED-JDL |

| | |
|---|---|
| INVOICE NO. | A101CF6 AB |
| FIRM NO. | 1217435 |
| INVOICE DATE | 03/05/2007 |
| DUE UPON RECEIPT | |

Description: Certified copy of the reporter's transcript of the deposition of Anthony S. Malley taken 2/28/2007.

| ITEM | QTY | PRICE | LINE TOTAL |
|---|---|---|---|
| Copy Pages - Business Rate | 71.00 | $ 2.05 | $ 145.55 |
| Rough Disk, Per Page | 71.00 | $ 1.60 | $ 113.60 |
| Condensed Transcript | 1.00 | $ 15.00 | $ 15.00 |
| Processing, Handling & Delivery Fee | 1.00 | $ 25.00 | $ 25.00 |

| | | | |
|---|---|---|---|
| PAYMENT | | | - $ 299.15 |
| BALANCE DUE | | | $ .00 |

A service fee of 1.5% per month may be added to any invoice over 30 days old.

------------------ Fold and tear at this perforation, then return stub with payment. ------------------

| BALANCE DUE | $ .00 |
|---|---|
| INVOICE NO. | A101CF6 AB |
| FIRM NO. | 1217435 |

For: Certified copy of the reporter's transcript of the deposition of Anthony S. Malley taken 2/28/2007.

From: Hilary L. Preston
Vinson & Elkins
660 Fifth Avenue
26th Floor
New York, NY 10103-

Remit To: Atkinson-Baker,Inc.
500 NORTH BRAND BOULEVARD,
THIRD FLOOR
GLENDALE, CA 91203-4725

If you have already paid for this service by COD, then this invoice is for your records only.

**Exhibit No. 1.26**

# LEGALINK, INC.



## MERRILL LEGAL SOLUTIONS

315 Capitol Street, Suite 100
Houston, TX 77002

Phone: (713) 426-0400
Fax: (713) 426-0600

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 16028017 | 03/02/2007 | 1607-82043 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 02/13/2007 | HUNTGE | 6:05-CV-424-LE |

| CASE CAPTION | | |
|---|---|---|
| Advanceme, Inc. vs. Rapidpay, LLC, et al | | |
| **TERMS** | | |
| Immediate, sold FOB Merrill facility | | |

William G. Schuurman
Vinson & Elkins
The Terrace 7
Austin, TX 78746

```
ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:
   Tom McBrearty                    132 Pages @        4.08/Page       538.56
      EXHIBITS                       16 Pages @         .45/Page         7.20
      ATTENDANCE                                                        81.60
      Administrative Fee                                                50.00
      Exhibit Tabs               6.00        @         .25              1.50
      Process/Delivery NL                                              29.57
      TotalTranscript                                                  40.00
      TotalTranscript Archive                                           7.50
      TotalTranscript Exhibits  16.00 Pages @         .40/Page          6.40
      Word Index                18.00        @        4.08             73.44
                                                                   _____
                                    TOTAL   DUE   >>>>              835.77
```

TAX ID NO. :  20-2665382                           (512) 542-8400    Fax  (512) 542-8612

*Please detach bottom portion and return with payment.*

William G. Schuurman
Vinson & Elkins
2801 Via Fortuna, Suite 100
The Terrace 7
Austin, TX 78746

```
Invoice No.:  16028017
Date       :  03/02/2007
TOTAL DUE  :    835.77


Job No.    :  1607-82043
Case No.   :  6:05-CV-424-LED JDL
Advanceme, Inc. vs. Rapidpay, LLC, e
```

Remit To:    **LegaLink, Inc.**
             **PO Box 277951**
             **Atlanta, GA 30384**

**Exhibit No. 1.27**

# LEGALINK, INC.



## MERRILL LEGAL SOLUTIONS

315 Capitol Street, Suite 100
Houston, TX 77002

Phone: (713) 426-0400
Fax: (713) 426-0600

# I N V O I C E

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 16028274 | 03/16/2007 | 1607-82148 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 02/20/2007 | KAPLAN | 6:05-CV-424-LE |

| CASE CAPTION |
|---|
| Advanceme, Inc. vs. Rapidpay, LLC, et al |

| TERMS |
|---|
| Immediate, sold FOB Merrill facility |

Joseph D. Gray
Vinson & Elkins
2801 Via Fortuna, Suite 100
The Terrace 7
Austin, TX 78746

```
ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:
 William Morgenstein              105 Pages @         5.04/Page        529.20
        EXHIBITS                   21 Pages @          .45/Page          9.45
        ATTENDANCE                3.00 Hours                            288.00
        Exhibit Tabs             22.00      @          .25                5.50
        Obtaining Wit Signature                                         30.00
        Unedited ASCII (RT)      105.00 Pages @       1.80/Page         189.00
        Administrative Fee                                              50.00
        TotalTranscript                                                 40.00
        TotalTranscript Archive                                          7.50
        TotalTranscript Exhibits  21.00 Pages @        .40/Page          8.40
        Word Index               13.00      @         4.20             54.60


                        TOTAL   DUE   >>>>            1,211.65
```

TAX ID NO. : 20-2665382                    (512) 542-8400    Fax (512) 542-8612

*Please detach bottom portion and return with payment.*

Joseph D. Gray
Vinson & Elkins
2801 Via Fortuna, Suite 100
The Terrace 7
Austin, TX 78746

```
Invoice No.:  16028274
Date      :  03/16/2007
TOTAL DUE :   1,211.65


Job No.   :  1607-82148
Case No.  :  6:05-CV-424-LED JDL
Advanceme, Inc. vs. Rapidpay, LLC, e
```

Remit To:    **LegaLink, Inc.**
             **PO Box 277951**
             **Atlanta, GA 30384**

**Exhibit No. 1.28**

# Atkinson·Baker
### Court Reporters

500 NORTH BRAND BOULEVARD, THIRD FLOOR
GLENDALE, CA 91203-4725
800-288-3376, 800-925-5910 fax

Bill Schuurman
Vinson & Elkins
2801 Via Fortuna
Suite 100, The Terrace 7
Austin, TX 78746-

Please refer to the Invoice No. and your Firm No. in any correspondence.
Contact Eileen Tahmazian, atahmazian@depo.com

AB's Federal ID No.: 95-4089037

| | |
|---|---|
| Setting Firm: | Paul, Hastings, Janofsky & Walker, LLP |
| Taking Attorney: | Shanee Y. Williams |
| Case Name: | AdvanceMe Inc vs RapidPay LLC |
| Case No.: | 6:05-CV-424 (LED) |

| | |
|---|---|
| INVOICE NO. | A1001A6 AB |
| FIRM NO. | 1194292 |
| INVOICE DATE | 02/08/2007 |
| DUE UPON RECEIPT | |

Description:   Certified copy of the reporter's transcript of the deposition of Adam Secher, taken 1/30/2007. Expedited.

| ITEM | QTY | PRICE | LINE TOTAL |
|---|---|---|---|
| Copy Pages - Business Rate | 66.00 | $ 2.40 | $ 158.40 |
| Expedite:  5 working days -  60% | 66.00 | $ 1.44 | $ 95.04 |
| Exhibit Copies (pages) | 10.00 | $ .35 | $ 3.50 |
| Condensed Transcript | 1.00 | $ 15.00 | $ 15.00 |
| E-Transcript | 1.00 | $ 15.00 | $ 15.00 |
| Processing, Handling & Delivery Fee | 1.00 | $ 25.00 | $ 25.00 |
| UPS Overnight | 1.00 | $ 25.00 | $ 25.00 |

| | | | |
|---|---|---|---|
| PAYMENT | | | - $ 336.94 |
| BALANCE DUE | | | $ .00 |

A service fee of 1.5% per month may be added to any invoice over 30 days old.

---

Fold and tear at this perforation, then return stub with payment.

| BALANCE DUE | $  .00 |
|---|---|
| INVOICE NO. | A1001A6 AB |
| FIRM NO. | 1194292 |

For:   Certified copy of the reporter's transcript of the deposition of Adam Secher, taken 1/30/2007. Expedited.

From:   Bill Schuurman
Vinson & Elkins
2801 Via Fortuna
Suite 100, The Terrace 7
Austin, TX 78746-

Remit To:   Atkinson-Baker,Inc.
500 NORTH BRAND BOULEVARD,
THIRD FLOOR
GLENDALE, CA 91203-4725

If you have already paid for this service by COD, then this invoice is for your records only.

**Exhibit No. 1.29**

# LEGALINK, INC.

## MERRILL LEGAL SOLUTIONS

315 Capitol Street, Suite 100    Phone: (713) 426-0400
Houston, TX 77002    Fax: (713) 426-0600

# I N V O I C E

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 16025941 | 10/17/2006 | 1605-80192 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 10/04/2006 | LCH | 6:05-CV-424-LE |

| CASE CAPTION |
|---|
| Advanceme, Inc. vs. Rapidpay, LLC, et al |

| TERMS |
|---|
| Immediate, sold FOB Merrill facility |

Joseph D. Gray
Vinson & Elkins
2801 <span>Case 6:05-cv-00424-LED</span>    <span>Document 345</span>    <span>Filed 08/28/2007</span>    <span>Page 33 of 43</span>
The Terrace 7
Austin, TX 78746

---

```
ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:
    Lee Suckow                          149 Pages @        5.50/Page       819.50
            EXHIBITS                     26 Pages @         .45/Page        11.70
            ATTENDANCE                                                     187.50
            Administrative Fee                                              50.00
            Process/Delivery NL                                            33.25
            TotalTranscript                                                40.00
            Word Index                                                     93.45
                                                                     _____
                                    TOTAL   DUE   >>>>              1,235.40


Deposition taken in Chicago, IL
```

---

TAX ID NO. : 20-2665382        (512) 542-8400    Fax (512) 542-8612

*Please detach bottom portion and return with payment.*

Joseph D. Gray
Vinson & Elkins
2801 Via Fortuna, Suite 100
The Terrace 7
Austin, TX 78746

Invoice No.: 16025941
Date    : 10/17/2006
**TOTAL DUE**  :  **1,235.40**

Job No.   : 1605-80192
Case No.  : 6:05-CV-424-LED JDL
Advanceme, Inc. vs. Rapidpay, LLC, e

Remit To:    **LegaLink, Inc.**
           **PO Box 277951**
           **Atlanta, GA 30384**

# Exhibit No. 1.30

# Atkinson·Baker
## Court Reporters

500 NORTH BRAND BOULEVARD, THIRD FLOOR
GLENDALE, CA 91203-4725
800-288-3376, 800-925-5910 fax

Hilary L. Preston
Vinson & Elkins
660 Fifth Avenue
26th Floor
New York, NY 10103-

Please refer to the Invoice No. and your Firm No. in any correspondence.
Contact Eileen Tahmazian, atahmazian@depo.com

AB'S Federal ID No.: 95-4189947

| | |
|---|---|
| Setting Firm: | Paul, Hastings, Janofsky & Walker, LLP |
| Taking Attorney: | Michael Edelman |
| Case Name: | Advance Me vs Rapidpay |
| Case No.: | 605-CV-424 |

Description: Certified copy of the reporter's transcript of the deposition of David Talbert, taken November 10, 2006. Expedited.

| | |
|---|---|
| INVOICE NO. | A009C69 AB |
| FIRM NO. | 1217435 |
| INVOICE DATE | 11/16/2006 |
| DUE UPON RECEIPT | |

| ITEM | QTY | PRICE | LINE TOTAL |
|---|---|---|---|
| Copy Pages - Business Rate | 269.00 | $ 2.10 | $ 564.90 |
| Expedite: 5 working days - 60% | 269.00 | $ 1.26 | $ 338.94 |
| CD | 1.00 | $ 15.00 | $ 15.00 |
| Condensed Transcript | 1.00 | $ 15.00 | $ 15.00 |
| Processing, Handling & Delivery Fee | 1.00 | $ 30.00 | $ 30.00 |
| UPS Overnight | 1.00 | $ 25.00 | $ 25.00 |
| | | | |
| PAYMENT | | | - $ 988.84 |
| BALANCE DUE | | | $ .00 |

A service fee of 1.5% per month may be added to any invoice over 30 days old.

---

Fold and tear at this perforation, then return stub with payment.

| BALANCE DUE | $ .00 |
|---|---|
| INVOICE NO. | A009C69 AB |
| FIRM NO. | 1217435 |

For:    Certified copy of the reporter's transcript of the deposition of David Talbert, taken November 10, 2006. Expedited.

From:   Hilary L. Preston
        Vinson & Elkins
        660 Fifth Avenue
        26th Floor
        New York, NY 10103-

Remit To:    Atkinson-Baker,Inc.
             500 NORTH BRAND BOULEVARD,
             THIRD FLOOR
             GLENDALE, CA 91203-4725

If you have already paid for this service by COD, then this invoice is for your records only.

**Exhibit No. 1.31**

Case 6:05-cv-00424-LED    Document 345    Filed 08/28/2007    Page 34 of 43

# Atkinson·Baker
#### Court Reporters

500 NORTH BRAND BOULEVARD, THIRD FLOOR
GLENDALE, CA 91203-4725
800-288-3376, 800-925-5910 fax

Page 1 of 1

R. Floyd Walker
Vinson & Elkins
2801 Via Fortuna
Suite 100, The Terrace 7
Austin, TX 78746-

Please refer to the Invoice No. and your Firm No. in any correspondence.
Contact Eileen Tahmazian, atahmazian@depo.com

ABI'S Federal ID No. 95-4189037

Setting Firm: Paul, Hastings, Janofsky & Walker, LLP
Taking Attorney: Robert Matz
Case Name: AdvanceME vs Rapidpay
Case No.:

Description: Transcript of the deposition of Anthony Wilden taken 2/20/2007. Expedited.

| INVOICE NO. | A10154E AB |
|---|---|
| FIRM NO. | 1194292 |
| INVOICE DATE | 02/21/2007 |
| DUE UPON RECEIPT | |

| ITEM | QTY | PRICE | LINE TOTAL |
|---|---|---|---|
| Copy Pages - Business Rate | 62.00 | $ 1.70 | $ 105.40 |
| Expedite: 1 working day - 100% | 62.00 | $ 1.70 | $ 105.40 |
| E-Transcript | 1.00 | $ 15.00 | $ 15.00 |
| PAYMENT | | | - $ 225.80 |
| BALANCE DUE | | | $ .00 |

A service fee of 1.5% per month may be added to any invoice over 30 days old.

------ Fold and tear at this perforation, then return stub with payment. ------

| BALANCE DUE | $ .00 |
|---|---|
| INVOICE NO. | A10154E AB |
| FIRM NO. | 1194292 |

For: Transcript of the deposition of Anthony Wilden taken 2/20/2007. Expedited.

From: R. Floyd Walker
Vinson & Elkins
2801 Via Fortuna
Suite 100, The Terrace 7
Austin, TX 78746-

Remit To: Atkinson-Baker, Inc.
500 NORTH BRAND BOULEVARD,
THIRD FLOOR
GLENDALE, CA 91203-4725

If you have already paid for this service by COD, then this invoice is for your records only.

**Exhibit No. 1.32**

**Reiley, Amy**

| | |
|---|---|
| **From:** | Valerio, Ester [Ester.Valerio@merrillcorp.com] |
| **Sent:** | Friday, August 17, 2007 3:28 PM |
| **To:** | Reiley, Amy |
| **Subject:** | RE: Standard rate confirmations |

Yes, the rates below are correct.

Case 6:05-cv-00424-LED     Document 345     Filed 08/28/2007     Page 36 of 43

Ester Valerio
Billing

Merrill Legal Solutions
LegaLink, Inc.
713-426-0400 ph
713-426-0600 fax
www.merrillcorp.com/law

---

**From:** Reiley, Amy [mailto:areiley@velaw.com]
**Sent:** Friday, August 17, 2007 3:24 PM
**To:** Valerio, Ester
**Subject:** RE: Standard rate confirmations

Ester, should I require written confirmation of all the standard and expedited rate information you have provided, would you please confirm that the following accurately reflects all the information you have given me on the depositions covered by LegaLink on the AdvanceMe v. Rapidpay matter, both in the below e-mail and over the telephone? Thank you again for your assistance on this matter.

| Deponent | Date of Deposition | Invoice No. | Original/ Copy | No. Pages | Standard Rate |
|---|---|---|---|---|---|
| Atlanta Depositions | | | | | |
| Falke, Les | 3/2/2007 | 16028311 | Original | 161 | $4.30 |
| Hardwick, Cliff | 2/7/2007 | 16027988 | Original | 129 | $4.30 |
| Konop, John | 2/8/2007 | 16027921 | Original | 347 | $4.30 |
| Logan, Nick | 3/1/2007 | 16028309 | Original | 81 | $4.30 |
| New York Depositions | | | | | |
| Burnside, Tom | 1/18/2007 | 16027593 | Original | 387 | $5.40  (invoice rate includes expedited fees) |
| Goldman, Glenn | 2/27/2007 | 16028304 | Original | 195 | $5.40 |
| Johnson, Gary | 2/23/2007 | 16028302 | Original | 108 | $5.40 |
| Chicago Depositions | | | | | |
| Landon, Edward | 2/14/2007 | 16027934 | Original | 77 | $3.75 (invoice rate includes expedited fees) |
| Sorwell, Gerette | 2/14/2007 | 16027934 | Original | 68 | $3.75 (invoice rate includes expedited fees) |
| Suckow, Lee | 10/4/2006 | 16025941 | Original | 149 | $3.75 (invoice rate |

**Exhibit No. 1.33**

| | | | | | includes expedited fees) |
|---|---|---|---|---|---|
| Other Locations | | | | | |
| Bouchard, Larry | 1/31/2007 | 16027754 | Original | 199 | $3.85 (invoice rate includes expedited fees) |
| Boudette, Michelle | 2/16/2007 | 16028358 | Original | 109 | $3.85 |
| Gepford, Jeannette | 2/15/2007 | 16027967 | Original | 103 | $4.85 (invoice rate includes expedited fees) |
| McBrearty, Tom | 2/13/2007 | 16028017 | Original | 132 | $4.08 |
| Morgenstein, Bill | 2/20/2007 | 16028274 | Original | 105 | $5.04 |

Case 6:05-cv-00424-LED    Document 346    Filed 08/20/2007    Page 37 of 43

**Amy Reiley**
Paralegal
Vinson & Elkins LLP
2801 Via Fortuna, Suite 100
Austin, TX 78746-7568
Tel 512.542.8364
Fax 512.236-3431
areiley@velaw.com

To the extent this communication contains any statement regarding federal taxes, tha

......CONFIDENTIALITY NOTICE......

The information in this email may be confidential and/or privileged. This email is i

Thank You.

8/17/2007

# Patrick G. Thurmond, Court Reporters

122 South College, Suite 207
Tyler, TX 75702
(903) 595-1415 Voice   (903) 595-1469 Fax
Tax ID: 75-2139590

October 30, 2006

**RECEIVED**

Mr. Willem G. Schuurman
Vinson and Elkins - Austin

**NOV 0 1 2006**

2801 Via Fortuna, Suite 100
Austin, TX 78746

**WGSC**

| Invoice Number |
| :---: |
| pt 2736 |

**Description of services**   Re: AdvanceMe, Inc. vs. AmeriMerchant, LLC

| Reference | | |
| --- | --- | --- |
| Original | (Markman Hearing) | 448.80 |
| Postage | | 10.00 |
| E-Transcript | | 15.00 |
| | **Invoice total:** | **$473.80** |

**Exhibit No. 1.34**

# UNITED STATES DISTRICT COURT
## FOR THE GEORGIA, NORTHERN DISTRICT

INVOICE NO: 20070726

**MAKE CHECKS PAYABLE TO:**

Gray Joseph
Vinson & Elkins
2801 Via Fortuna
Austin, TX 78746

Phone:

Lori Burgess
United States Court Reporter
U.S. District Court
P.O. Box 939
Newnan, GA 30264
Phone:  (404) 215-1528
Tax ID:  251925-3619

| [X] CRIMINAL   [ ] CIVIL | DATE ORDERED: 03-19-2007 | DATE DELIVERED: 03-20-2007 |
|---|---|---|

**Case Style:** 1:07-CV-342-JTC, ADVANCEME v RAPIDPAY, et al.
Transcript of motions hearing held before the Honorable Jack T. Camp on February 8, 2007, in Atlanta, Georgia.

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| Expedited | 41 | 4.40 | 180.40 | | | | | | | 180.40 |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |
| Misc. Desc. | | | | | | | MISC. CHARGES: | | | |
| | | | | | | | TOTAL: | | | 180.40 |
| | | | | | | LESS DISCOUNT FOR LATE DELIVERY: | | | | |
| | | | | | | TAX (If Applicable): | | | | |
| | | | | | | LESS AMOUNT OF DEPOSIT: | | | | |
| | | | | | | TOTAL REFUND: | | | | |
| Date Paid: 03-21-2007    Amt: $180.40 | | | | | | | TOTAL DUE: | | | $0.00 |

*Paid thank you*

### ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

### CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE | DATE |
|---|---|

**Exhibit No. 1.35**

# INVOICE

Sunbelt Reporting & Litigation Services
6575 West Loop South Suite 580
Bellaire/Houston, TX 77401
Phone:713-667-0763   Fax:713-661-3838

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 122394 | 7/24/2007 | 64664 |

| Job Date | Case No. |
|---|---|
| 7/9/2007 | 6:05-CV-424 |

| Case Name |
|---|
| ADVANCEME, INC. VS. RAPID PAY, LLC |

William G. Schuurman
Vinson & Elkins
2801 Via Fortuna, Suite 100
The Terrace 7
Austin, TX 78746

| Payment Terms |
|---|
| Due upon receipt |

---

Charge for Reporting & Preparation of the Oral Deposition of:

| | | |
|---|---|---|
| PRETRIAL HEARING BEFORE HONORABLE JOHN LOVE | 170.00  Pages | 816.00 |
| ADMINISTRATION/ ORIG | | 52.50 |
| E - TRANSCRIPT | | 22.50 |
| *Delivery/FedEx/ORIG | | 27.00 |
| Rough Draft/  Rough ASCII | 165.00  Pages | 247.50 |
| | **TOTAL DUE  >>>** | **$1,165.50** |
| | AFTER 8/23/2007 PAY | $1,282.05 |

3-DAY EXPEDITED PREPARATION AND DELIVERY OF TRANSCRIPT
THIS INVOICE REPLACES INVOICE 122239

---

**Tax ID:** 76-0119034

Phone: 512-542-8580    Fax:512-542-8612

*Please detach bottom portion and return with payment.*

William G. Schuurman
Vinson & Elkins
2801 Via Fortuna, Suite 100
The Terrace 7
Austin, TX 78746

Job No.     : 64664          BU ID      :05-D Depo
Case No.    : 6:05-CV-424
Case Name : ADVANCEME, INC. VS. RAPID PAY, LLC

Invoice No. : 122394        Invoice Date  :7/24/2007
**Total Due  : $ 1,165.50**
AFTER 8/23/2007 PAY  $1,282.05

| PAYMENT WITH CREDIT CARD | AMEX | | VISA |
|---|---|---|---|

Cardholder's Name:

Card Number:

Exp. Date:                         Phone#:

Billing Address:

Zip:              Amount to Charge:

Cardholder's Signature:

Remit To: **Sunbelt Reporting & Litigation Services**
          **6575 West Loop South, Suite 580**
          **Bellaire/Houston, TX 77401**

**Exhibit No. 1.36**

# INVOICE

Sunbelt Reporting & Litigation Services
6575 West Loop South Suite 580
Bellaire/Houston, TX 77401
Phone:713-667-0763  Fax:713-661-3838

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 122432 | 7/27/2007 | 64621 |

| Job Date | Case No. | |
|---|---|---|
| 7/16/2007 | 6:05-CV-424 | |

| Case Name | | |
|---|---|---|
| ADVANCEME, INC. VS. RAPID PAY, LLC | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt | | |

William G. Schuurman
Vinson & Elkins
2801 Via Fortuna, Suite 100
The Terrace 7
Austin, TX 78746

CHARGES RE:

| | | |
|---|---|---|
| DAILY COPY TRIAL TRANSCRIPT | 1,196.00 | |
| Daily Copy Transcript Fee | -1,196.00 | -9,568.00 |
| DAILY SET UP FEE | -1.00 | -300.00 |
| Corrected Charges for Pretrial | | -1,165.50 |
| Pre-Payment | | 11,500.00 |
| Travel/Reporter Expenses | | 0.00 |

TOTAL DUE  >>>  **$466.50**
AFTER 8/26/2007 PAY  $513.15

THE AMOUNT OF THE INVOICE IS THE REFUND AMOUNT FROM THE PRE-PAYMENT RECEIVED IN THE AMOUNT OF $11,500.00
THIS IS NOT A BILL

**Tax ID:** 76-0119034                    Phone: 512-542-8580   Fax:512-542-8612

*Please detach bottom portion and return with payment.*

William G. Schuurman
Vinson & Elkins
2801 Via Fortuna, Suite 100
The Terrace 7
Austin, TX 78746

Job No.    : 64621          BU ID      :05-D Depo
Case No.   : 6:05-CV-424
Case Name  : ADVANCEME, INC. VS. RAPID PAY, LLC

Invoice No.  : 122432        Invoice Date :7/27/2007
**Total Due**  : **$ 466.50**
AFTER 8/26/2007 PAY  $513.15

Remit To: **Sunbelt Reporting & Litigation Services**
          **6575 West Loop South, Suite 580**
          **Bellaire/Houston, TX 77401**

**PAYMENT WITH CREDIT CARD**        AMEX  [ ]  VISA

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:            Amount to Charge:
Cardholder's Signature:

**Exhibit No. 1.37**

**Valorie Mosley - Invoice - AdvanceMe VS Rapid Pay**

| | |
|---|---|
| **From:** | Ron Mason <rmason4908@sbcglobal.net> |
| **To:** | Valerie Potter Minton <vam@potterminton.com> |
| **Date:** | 1/8/2007 1:28 PM |
| **Subject:** | Invoice - AdvanceMe VS Rapid Pay |

JAN MASON
CERTIFIED SHORTHAND REPORTER
221 W. FERGUSON #100
TYLER, TEXAS 75702

INVOICE NO. 2023

January 8, 2007

TO: Mr. Doug McSwane
　　　Potter Minton

RE: AdvanceMe VS Rapid Pay

--------------------------------------------------------------------------------

For a copy of the hearing held on December 21, 2006, before the Honorable John D. Love.

Fee: $132.80

Thank you,

Jan Mason

**Exhibit No. 1.38**

**Lisa Dickey - Invoice - AdvanceMe vs Rapid Pay**

| | |
|---|---|
| **From:** | Ron Mason <rmason4908@sbcglobal.net> |
| **To:** | P63 <P63@potterminton.com> |
| **Date:** | 6/20/2007 8:39 PM |
| **Subject:** | Invoice - AdvanceMe vs Rapid Pay |

JAN MASON

CERTIFIED SHORTHAND REPORTER

221 W. FERGUSON #100

TYLER, TEXAS  75702

INVOICE

June 20, 2007

TO:  Potter Minton

RE:  AdvanceMe vs Rapid Pay
     Docket No. 6:05cv424

-----------------------------------------------------------------------------------------

For an expedited transcript of the hearing held on May 22, 2007, before the Honorable John D. Love.

Fee:  $967.55

Thank you,

Jan Mason

**Exhibit No. 1.39**