# EXHIBIT 2

EXHIBIT 2
Costs for Witnesses

| Witness | Attendance | | Subsistence | | Mileage | | Total Cost Each Witness | Reduction Negotiated Between Parties | Reduction Amount | Taxable Cost Submitted | Documentation at Ex. No.: |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | | | | | |
| Laurent Bouchard | | | 3 | $180.00 | Airfare | $560.79 | $740.79 | 2 nights subsistence | $120.00 | $620.79 | 2.1, 2.2 |
| Donald Headlund | | | 5 | $300.00 | Airfare | $1,407.80 | $1,707.80 | | | $1,707.80 | 2.1, 2.3 |
| Edward Landon | | | 1 | $60.00 | Airfare | $582.80 | $642.80 | | | $642.80 | 2.1, 2.4 |
| Tim Litle | 1 (Deposition) | $40.00 | 4 | $240.00 | Airfare | $1,754.80 | $2,034.80 | 3 nights subsistence and half airfare | $1,057.40 | $977.40 | 2.6, 2.1, 2.5 |
| Lee Suckow | 1 (Deposition) | $40.00 | 1 | $60.00 | Airfare | $582.80 | $682.80 | | | $682.80 | 2.6, 2.1, 2.4 |
| Total | | | | | | | $5,808.99 | | $1,177.40 | $4,631.59 | |

Page 1 of 1

**Exhibit No. 2**

07/29/2007 23:57 9035090062　　Received 07/30/2007 11:54AM in 02:34 on line [3] for 102315 * Pg 1/9　　HOLIDAY INN SELECT T　　PAGE 01/09



# Holiday Inn SELECT

Vinson and Elkins Law Firm

Case 6:05-cv-00424-LED　　Document 345　Filed 08/28/2007　　Page 3 of 18

| | |
|---|---|
| Membership No. | |
| A/R Number | |
| Group Code | O50 |
| Folio/Invoice No. | 735222 |
| Page No. | 1 of 7 |
| Cashier No. | 2 |
| User ID | TERRY |

Room No.　9006
Arrival　07-14-07
Departure　07-20-07

www.ichotelsgroup.com

| Date | Description | | Charges | Credits |
|---|---|---|---|---|
| 07-14-07 | *Accommodation | Routed From Harper Tristen Of Room #705 | 109.00 | |
| 07-14-07 | City Tax - 7% | Routed From Harper Tristen Of Room #705 | 7.63 | |
| 07-14-07 | State Tax - 6% | Routed From Harper Tristen Of Room #705 | 6.54 | |
| 07-14-07 | *Accommodation | Routed From Sanders Jeff Of Room #706 | 109.00 | |
| 07-14-07 | City Tax - 7% | Routed From Sanders Jeff Of Room #706 | 7.63 | |
| 07-14-07 | State Tax - 6% | Routed From Sanders Jeff Of Room #706 | 6.54 | |
| 07-14-07 | *Accommodation | Routed From Smith Barron Of Room #712 | 109.00 | |
| 07-14-07 | City Tax - 7% | Routed From Smith Barron Of Room #712 | 7.63 | |
| 07-14-07 | State Tax - 6% | Routed From Smith Barron Of Room #712 | 6.54 | |
| 07-14-07 | *Accommodation | Routed From Goldin David Of Room #713 | 109.00 | |
| 07-14-07 | City Tax - 7% | Routed From Goldin David Of Room #713 | 7.63 | |
| 07-14-07 | State Tax - 6% | Routed From Goldin David Of Room #713 | 6.54 | |
| 07-15-07 | *Accommodation | Routed From Little Tim Of Room #702 | 109.00 | |
| 07-15-07 | City Tax - 7% | Routed From Little Tim Of Room #702 | 7.63 | |
| 07-15-07 | State Tax - 6% | Routed From Little Tim Of Room #702 | 6.54 | |
| 07-15-07 | *Accommodation | Routed From Healdlund Don Of Room #703 | 109.00 | |
| 07-15-07 | City Tax - 7% | Routed From Healdlund Don Of Room #703 | 7.63 | |
| 07-15-07 | State Tax - 6% | Routed From Healdlund Don Of Room #703 | 6.54 | |
| 07-15-07 | *Accommodation | Routed From Harper Tristen Of Room #705 | 109.00 | |
| 07-15-07 | City Tax - 7% | Routed From Harper Tristen Of Room #705 | 7.63 | |
| 07-15-07 | State Tax - 6% | Routed From Harper Tristen Of Room #705 | 6.54 | |

Holiday Inn Select
5701 S. Broadway
Tyler, TX 75703
Telephone: (903) 561-5800
Fax: (903) 561-9916

4 Rooms

**Exhibit No. 2.1**

Case 6:05-cv-00424-LED   Document 345   Filed 08/28/2007   Page 4 of 18



| | | | |
|---|---|---|---|
| **Vinson and Elkins Law Firm** | | Membership No. | |
| | | A/R Number | |
| | | Group Code | O50 |
| | | Folio/Invoice No. | 735222 |

| | | | |
|---|---|---|---|
| Room No. | 9006 | Page No. | 2 of 7 |
| Arrival | 07-14-07 | Cashier No. | 2 |
| Departure | 07-20-07 | User ID | TERRY |
| | | www.ichotelsgroup.com | |

| Date | Description | | Charges | Credits |
|---|---|---|---|---|
| 07-15-07 | *Accommodation | Routed From Sanders Jeff Of Room #706 | 109.00 | |
| 07-15-07 | City Tax - 7% | Routed From Sanders Jeff Of Room #706 | 7.63 | |
| 07-15-07 | State Tax - 6% | Routed From Sanders Jeff Of Room #706 | 6.54 | |
| 07-15-07 | *Accommodation | Routed From Benedict Bill Of Room #708 | 109.00 | |
| 07-15-07 | City Tax - 7% | Routed From Benedict Bill Of Room #708 | 7.63 | |
| 07-15-07 | State Tax - 6% | Routed From Benedict Bill Of Room #708 | 6.54 | |
| 07-15-07 | *Accommodation | Routed From Smith Barron Of Room #712 | 109.00 | |
| 07-15-07 | City Tax - 7% | Routed From Smith Barron Of Room #712 | 7.63 | |
| 07-15-07 | State Tax - 6% | Routed From Smith Barron Of Room #712 | 6.54 | |
| 07-15-07 | *Accommodation | Routed From Goldin David Of Room #713 | 109.00 | |
| 07-15-07 | City Tax - 7% | Routed From Goldin David Of Room #713 | 7.63 | |
| 07-15-07 | State Tax - 6% | Routed From Goldin David Of Room #713 | 6.54 | |
| 07-16-07 | *Accommodation | Routed From Little Tim Of Room #702 | 109.00 | |
| 07-16-07 | City Tax - 7% | Routed From Little Tim Of Room #702 | 7.63 | |
| 07-16-07 | State Tax - 6% | Routed From Little Tim Of Room #702 | 6.54 | |
| 07-16-07 | *Accommodation | Routed From Healdlund Don Of Room #703 | 109.00 | |
| 07-16-07 | City Tax - 7% | Routed From Healdlund Don Of Room #703 | 7.63 | |
| 07-16-07 | State Tax - 6% | Routed From Healdlund Don Of Room #703 | 6.54 | |
| 07-16-07 | *Accommodation | Routed From Harper Tristen Of Room #705 | 109.00 | |
| 07-16-07 | City Tax - 7% | Routed From Harper Tristen Of Room #705 | 7.63 | |
| 07-16-07 | State Tax - 6% | Routed From Harper Tristen Of Room #705 | 6.54 | |

Holiday Inn Select
5701 S. Broadway
Tyler, TX 75703
Telephone: (903) 561-5800
Fax: (903) 561-9916



Case 6:05-cv-00424-LED Document 345 Filed 08/28/2007 Page 5 of 18

| | |
|---|---|
| Vinson and Elkins Law Firm | Membership No. |
| | A/R Number |
| | Group Code O50 |
| | Folio/Invoice No. 735222 |

| | |
|---|---|
| Room No. 9006 | Page No. 3 of 7 |
| Arrival 07-14-07 | Cashier No. 2 |
| Departure 07-20-07 | User ID TERRY |
| | www.ichotelsgroup.com |

| Date | Description | | Charges | Credits |
|---|---|---|---|---|
| 07-16-07 | *Accommodation | Routed From Sanders Jeff Of Room #706 | 109.00 | |
| 07-16-07 | City Tax - 7% | Routed From Sanders Jeff Of Room #706 | 7.63 | |
| 07-16-07 | State Tax - 6% | Routed From Sanders Jeff Of Room #706 | 6.54 | |
| 07-16-07 | *Accommodation | Routed From Benedict Bill Of Room #708 | 109.00 | |
| 07-16-07 | City Tax - 7% | Routed From Benedict Bill Of Room #708 | 7.63 | |
| 07-16-07 | State Tax - 6% | Routed From Benedict Bill Of Room #708 | 6.54 | |
| 07-16-07 | *Accommodation | Routed From Landon Skp Of Room #709 | 109.00 | |
| 07-16-07 | City Tax - 7% | Routed From Landon Skp Of Room #709 | 7.63 | |
| 07-16-07 | State Tax - 6% | Routed From Landon Skp Of Room #709 | 6.54 | |
| 07-16-07 | *Accommodation | Routed From Bouchard Larry Of Room #711 | 109.00 | |
| 07-16-07 | City Tax - 7% | Routed From Bouchard Larry Of Room #711 | 7.63 | |
| 07-16-07 | State Tax - 6% | Routed From Bouchard Larry Of Room #711 | 6.54 | |
| 07-16-07 | *Accommodation | Routed From Smith Barron Of Room #712 | 109.00 | |
| 07-16-07 | City Tax - 7% | Routed From Smith Barron Of Room #712 | 7.63 | |
| 07-16-07 | State Tax - 6% | Routed From Smith Barron Of Room #712 | 6.54 | |
| 07-16-07 | *Accommodation | Routed From Goldin David Of Room #713 | 109.00 | |
| 07-16-07 | City Tax - 7% | Routed From Goldin David Of Room #713 | 7.63 | |
| 07-16-07 | State Tax - 6% | Routed From Goldin David Of Room #713 | 6.54 | |
| 07-16-07 | *Accommodation | Routed From Suckow Lee Of Room #814 | 109.00 | |
| 07-16-07 | City Tax - 7% | Routed From Suckow Lee Of Room #814 | 7.63 | |
| 07-16-07 | State Tax - 6% | Routed From Suckow Lee Of Room #814 | 6.54 | |

Holiday Inn Select
5701 S. Broadway
Tyler, TX 75703
Telephone: (903) 561-5800
Fax: (903) 561-9916



| Vinson and Elkins Law Firm | | Membership No. | |
|---|---|---|---|
| | | A/R Number | |
| | | Group Code | 050 |
| | | Folio/Invoice No. | 735222 |

| Room No. | 9006 | Page No. | 4 of 7 |
|---|---|---|---|
| Arrival | 07-14-07 | Cashier No. | 2 |
| Departure | 07-20-07 | User ID | TERRY |

www.ichotelsgroup.com

| Date | Description | | Charges | Credits |
|---|---|---|---|---|
| 07-17-07 | *Accommodation | Routed From Litle Tim Of Room #702 | 109.00 | |
| 07-17-07 | City Tax - 7% | Routed From Litle Tim Of Room #702 | 7.63 | |
| 07-17-07 | State Tax - 6% | Routed From Litle Tim Of Room #702 | 6.54 | |
| 07-17-07 | *Accommodation | Routed From Healdlund Don Of Room #703 | 109.00 | |
| 07-17-07 | City Tax - 7% | Routed From Healdlund Don Of Room #703 | 7.63 | |
| 07-17-07 | State Tax - 6% | Routed From Healdlund Don Of Room #703 | 6.54 | |
| 07-17-07 | *Accommodation | Routed From Harper Tristen Of Room #705 | 109.00 | |
| 07-17-07 | City Tax - 7% | Routed From Harper Tristen Of Room #705 | 7.63 | |
| 07-17-07 | State Tax - 6% | Routed From Harper Tristen Of Room #705 | 6.54 | |
| 07-17-07 | *Accommodation | Routed From Sanders Jeff Of Room #706 | 109.00 | |
| 07-17-07 | City Tax - 7% | Routed From Sanders Jeff Of Room #706 | 7.63 | |
| 07-17-07 | State Tax - 6% | Routed From Sanders Jeff Of Room #706 | 6.54 | |
| 07-17-07 | *Accommodation | Routed From Benedict Bill Of Room #708 | 109.00 | |
| 07-17-07 | City Tax - 7% | Routed From Benedict Bill Of Room #708 | 7.63 | |
| 07-17-07 | State Tax - 6% | Routed From Benedict Bill Of Room #708 | 6.54 | |
| 07-17-07 | *Accommodation | Routed From Bouchard Larry Of Room #711 | 109.00 | |
| 07-17-07 | City Tax - 7% | Routed From Bouchard Larry Of Room #711 | 7.63 | |
| 07-17-07 | State Tax - 6% | Routed From Bouchard Larry Of Room #711 | 6.54 | |
| 07-17-07 | *Accommodation | Routed From Smith Barron Of Room #712 | 109.00 | |
| 07-17-07 | City Tax - 7% | Routed From Smith Barron Of Room #712 | 7.63 | |
| 07-17-07 | State Tax - 6% | Routed From Smith Barron Of Room #712 | 6.54 | |

Holiday Inn Select
5701 S. Broadway
Tyler, TX 75703
Telephone: (903) 561-5800
Fax: (903) 561-9916



Case 6:05-cv-00424-LED    Document 345    Filed 08/28/2007    Page 7 of 18

| | |
|---|---|
| Vinson and Elkins Law Firm | Membership No. |
| | A/R Number |
| | Group Code        O50 |
| | Folio/Invoice No.    735222 |

| | | | |
|---|---|---|---|
| Room No. | 9006 | Page No. | 5 of 7 |
| Arrival | 07-14-07 | Cashier No. | 2 |
| Departure | 07-20-07 | User ID | TERRY |

www.ichotelsgroup.com

| Date | Description | | Charges | Credits |
|---|---|---|---|---|
| 07-17-07 | *Accommodation | Routed From Goldin David Of Room #713 | 109.00 | |
| 07-17-07 | City Tax - 7% | Routed From Goldin David Of Room #713 | 7.63 | |
| 07-17-07 | State Tax - 6% | Routed From Goldin David Of Room #713 | 6.54 | |
| 07-18-07 | *Accommodation | Routed From Litle Tim Of Room #702 | 109.00 | |
| 07-18-07 | City Tax - 7% | Routed From Litle Tim Of Room #702 | 7.63 | |
| 07-18-07 | State Tax - 6% | Routed From Litle Tim Of Room #702 | 6.54 | |
| 07-18-07 | *Accommodation | Routed From Healdlund Don Of Room #703 | 109.00 | |
| 07-18-07 | City Tax - 7% | Routed From Healdlund Don Of Room #703 | 7.63 | |
| 07-18-07 | State Tax - 6% | Routed From Healdlund Don Of Room #703 | 6.54 | |
| 07-18-07 | *Accommodation | Routed From Harper Tristen Of Room #705 | 109.00 | |
| 07-18-07 | City Tax - 7% | Routed From Harper Tristen Of Room #705 | 7.63 | |
| 07-18-07 | State Tax - 6% | Routed From Harper Tristen Of Room #705 | 6.54 | |
| 07-18-07 | *Accommodation | Routed From Sanders Jeff Of Room #706 | 109.00 | |
| 07-18-07 | City Tax - 7% | Routed From Sanders Jeff Of Room #706 | 7.63 | |
| 07-18-07 | State Tax - 6% | Routed From Sanders Jeff Of Room #706 | 6.54 | |
| 07-18-07 | *Accommodation | Routed From Bouchard Larry Of Room #711 | 109.00 | |
| 07-18-07 | City Tax - 7% | Routed From Bouchard Larry Of Room #711 | 7.63 | |
| 07-18-07 | State Tax - 6% | Routed From Bouchard Larry Of Room #711 | 6.54 | |
| 07-18-07 | *Accommodation | Routed From Smith Barron Of Room #712 | 109.00 | |
| 07-18-07 | City Tax - 7% | Routed From Smith Barron Of Room #712 | 7.63 | |
| 07-18-07 | State Tax - 6% | Routed From Smith Barron Of Room #712 | 6.54 | |

Holiday Inn Select
5701 S. Broadway
Tyler, TX 75703
Telephone: (903) 561-5800
Fax: (903) 561-9916



Case 6:05-cv-00424-LED   Document 345   Filed 08/28/2007   Page 8 of 18

| | | |
|---|---|---|
| Vinson and Elkins Law Firm | Membership No. | |
| | A/R Number | |
| | Group Code | G50 |
| | Folio/Invoice No. | 735222 |

| | | | | |
|---|---|---|---|---|
| Room No. | 9006 | Page No. | 6 of 7 | |
| Arrival | 07-14-07 | Cashier No. | 2 | |
| Departure | 07-20-07 | User ID | TERRY | |

www.ichotelsgroup.com

| Date | Description | | Charges | Credits |
|---|---|---|---|---|
| 07-18-07 | *Accommodation | Routed From Goldin David Of Room #713 | 109.00 | |
| 07-18-07 | City Tax - 7% | Routed From Goldin David Of Room #713 | 7.63 | |
| 07-18-07 | State Tax - 6% | Routed From Goldin David Of Room #713 | 6.54 | |
| 07-19-07 | *Accommodation | Routed From Healdlund Don Of Room #703 | 109.00 | |
| 07-19-07 | City Tax - 7% | Routed From Healdlund Don Of Room #703 | 7.63 | |
| 07-19-07 | State Tax - 6% | Routed From Healdlund Don Of Room #703 | 6.54 | |
| 07-19-07 | *Accommodation | Routed From Harper Tristen Of Room #705 | 109.00 | |
| 07-19-07 | City Tax - 7% | Routed From Harper Tristen Of Room #705 | 7.63 | |
| 07-19-07 | State Tax - 6% | Routed From Harper Tristen Of Room #705 | 6.54 | |
| 07-19-07 | *Accommodation | Routed From Sanders Jeff Of Room #706 | 109.00 | |
| 07-19-07 | City Tax - 7% | Routed From Sanders Jeff Of Room #706 | 7.63 | |
| 07-19-07 | State Tax - 6% | Routed From Sanders Jeff Of Room #706 | 6.54 | |
| 07-19-07 | *Accommodation | Routed From Smith Barron Of Room #712 | 109.00 | |
| 07-19-07 | City Tax - 7% | Routed From Smith Barron Of Room #712 | 7.63 | |
| 07-19-07 | State Tax - 6% | Routed From Smith Barron Of Room #712 | 6.54 | |
| 07-19-07 | *Accommodation | Routed From Goldin David Of Room #713 | 109.00 | |
| 07-19-07 | City Tax - 7% | Routed From Goldin David Of Room #713 | 7.63 | |
| 07-19-07 | State Tax - 6% | Routed From Goldin David Of Room #713 | 6.54 | |
| 07-20-07 | American Express | | | 5,049.97 |

Holiday Inn Select
5701 S. Broadway
Tyler, TX 75703
Telephone: (903) 561-5800
Fax: (903) 561-9916



| Vinson and Elkins Law Firm | |
|---|---|
| Case 6:05-cv-00424-LED    Document 345    Filed 08/28/2007    Page 9 of 18 | |

| | |
|---|---|
| Membership No. | |
| A/R Number | |
| Group Code | |
| Folio/Invoice No. | 735222 |

| | |
|---|---|
| Room No. | 9006 |
| Arrival | 07-14-07 |
| Departure | 07-20-07 |

| | |
|---|---|
| Page No. | 7 of 7 |
| Cashier No. | 2 |
| User ID | TERRY |

www.ichotelsgroup.com

| Date | Description | Charges | Credits |
|---|---|---|---|
| | Total | 5,049.97 | 5,049.97 |
| | Balance | 0.00 | |

**Guest Signature:** _____

I have received the goods and / or services in the amount shown heron. I agree that my liability for this bill is not waived and agree to be held personally liable in the event that the indicated person, company, or association fails to pay for any part or the full amount of these charges. If a credit card charge, I further agree to perform the obligations set forth in the cardholder's agreement with the issuer.

Holiday Inn Select
5701 S. Broadway
Tyler, TX 75703
Telephone: (903) 561-5800
Fax: (903) 561-9916

## Carter, Evelyn

**From:** Huffman, Ellen
**Sent:** Thursday, August 09, 2007 10:18 AM
**To:** Gray, Joseph
**Cc:** Carter, Evelyn
**Subject:** RE: Expenses

FYI, I am mailing this out today.

Case 6:05-cv-00424-LED    Document 345    Filed 08/28/2007    Page 10 of 18

**From:** Gray, Joseph
**Sent:** Tuesday, July 24, 2007 3:41 PM
**To:** Huffman, Ellen
**Cc:** Carter, Evelyn
**Subject:** FW: Expenses

Ellen,

Can you please have a check prepared to be mailed to Larry Bouchard at the address below? Please let me know if you have any questions - he is a third party witness who attended trial last week.

Thanks,
Joey

---

**From:** Larry Bouchard [mailto:larry@clearent.com]
**Sent:** Monday, July 23, 2007 3:12 PM
**To:** Gray, Joseph
**Subject:** Expenses


**Tyler 7/16/07**

**Flight reservation**
Orbitz record locator: AP120101LODMQFE3
Airline record locator: American Airlines - LODMQF
Ticket numbers:     0011567330626
Total flight cost: $560.79 USD




Thanks and please let me know if there is more that I can do.

*Larry Bouchard*
Clearent LLC

Exhibit No. 2.2

8/9/2007



# Invoice

| Date | Invoice # |
|---|---|
| 7/31/2007 | 852 |

The Strawhecker Group, LLC
1236 South 113th Plaza
Omaha, Nebraska 68144

**Bill To**

Joseph D Gray, Attorney at Law
Vinson & Elkins LLP
2801 Via Fortuna, Suite 100
Austin, TX 78746-7568

| | Terms | Due on receipt |
|---|---|---|
| | | |

| Description | Quantity | Rate | Amount |
|---|---|---|---|
| Joseph Gray, Attorney - Expert Witness | | | |
| Don Headlund, Associate Consulting | | | |
| Don Headlund, Associate Consulting - travel time | | | |
| Don Headlund - airfare | | 1,407.80 | 1,407.80 |

Tax ID: 20-5015145

**Total**

Exhibit No. 2.3

**Geri Sorwell**

| | |
|---|---|
| **From:** | Lee Suckow |
| **Sent:** | Wednesday, July 25, 2007 1:27 PM |
| **To:** | Geri Sorwell |
| **Subject:** | FW: E-Ticket Confirmation |

Case 6:05-cv-00424-LED    Document 345    Filed 08/28/2007    Page 12 of 18

**From:** American Airlines@aa.com [mailto:notify@aa.globalnotifications.com]
**Sent:** Friday, July 06, 2007 11:16 AM
**To:** Lee Suckow
**Subject:** E-Ticket Confirmation



**Date of Issue: 06JUL07**

Lee G Suckow:

Thank you for choosing American Airlines / American Eagle, a member of the oneworld™ Alliance. Below are your itinerary and receipt for the ticket(s) purchased. Please print and retain this document for use throughout your trip.

**Record Locator: FTHDBU**

You may check in and obtain your boarding pass for U.S. domestic electronic tickets within 24 hours of your flight time online at AA.com by using www.aa.com/checkin or at a Self-Service Check-In machine at the airport. Check-in options may be found at www.aa.com/options. **For faster check-in at the airport, scan the barcode at any AA Self-Service machine.**

You must present a government-issue photo ID and either your boarding pass or a priority verification card at the security screening checkpoint.

 Book a hotel      Book a car      Buy trip insurance



7/25/2007                                                                                        **Exhibit No. 2.4**

**Record Locator: FTHDBU**

### Itinerary

| Carrier | Flight Number | Departing City | Date & Time | Arriving City | Time | Booking Code |
|---|---|---|---|---|---|---|
| American Airlines | 67 | CHICAGO OHARE | MON 16JUL 5:00 PM | DALLAS FT WORTH | 7:25 PM | K |
| | | Lee Suckow | FF#: 9455726 PLT | Economy | Seat 22H | Food For Purchase |
| | | Edward Landon | FF#: HNB7640 | Economy | Seat 22G | Food For Purchase |
| American Airlines | 3203 | DALLAS FT WORTH | MON 16JUL 8:40 PM | TYLER | 9:30 PM | K |
| | OPERATED BY AMERICAN EAGLE | | | | | |
| | | Lee Suckow | FF#: 9455726 PLT | Economy | Seat 8A | Food For Purchase |
| | | Edward Landon | FF#: HNB7640 | Economy | Seat 8B | Food For Purchase |
| American Airlines | 3320 | TYLER | TUE 17JUL 4:55 PM | DALLAS FT WORTH | 5:50 PM | G |
| | OPERATED BY AMERICAN EAGLE | | | | | |
| | | Lee Suckow | FF#: 9455726 PLT | Economy | Seat 3A | Food For Purchase |
| | | Edward Landon | FF#: HNB7640 | Economy | Seat 3B | Food For Purchase |
| American Airlines | 2372 | DALLAS FT WORTH | TUE 17JUL 7:05 PM | CHICAGO OHARE | 9:20 PM | G |
| | | Lee Suckow | FF#: 9455726 PLT | Economy | Seat 20F | Food For Purchase |
| | | Edward Landon | FF#: HNB7640 | Economy | Seat 20E | Food For Purchase |

### Receipt

| PASSENGER | TICKET NUMBER | FARE-USD | TAX | TICKET TOTAL |
|---|---|---|---|---|
| LEE SUCKOW | 0012137476393 | 509.76 | 73.04 | 582.80 |
| EDWARD LANDON | 0012137476394 | 509.76 | 73.04 | 582.80 |

**Payment Type:** Visa XXXXXXXXXXXX9671

**Total:** $1165.60

You have purchased a NON-REFUNDABLE fare. The itinerary must be canceled before the ticketed departure time of the first unused coupon, or the ticket has no value. If the fare allows changes, a fee may be assessed for changes and restrictions may apply.

Electronic tickets are NOT TRANSFERABLE. Tickets with nonrestrictive fares are valid for one year from original date of issue. If you have questions regarding our refund policy, please visit www.aa.com/refunds.

To change your reservation, please call 1-800-433-7300 and refer to your record locator.

Check-in times will vary by departure location. In order to determine the time you need to check-in at the airport, please visit www.aa.com/airportexpectations.

If you are traveling internationally, please ensure that you have the proper documentation. All necessary travel documents for the countries being visited must be presented at airport check-in. Check with the consulate of these countries to determine the documents required. Additional information can be found at International Travel.

A summary of Terms and Conditions of Travel is available by selecting the Conditions of Carriage button below.

[Conditions Of Carriage] [Special Assistance] [Flight Check-in] [Flight Status Notification]

**Our Lowest Fare Guarantee** Only at AA.com

member of oneworld

We know why you fly
**AmericanAirlines**
AA.com

PRIVACY BBBOnLine

This e-mail address is non-returnable and does not accommodate replies. If you have a customer service issue, please Contact AA.

NRID: 4660484442310611145567400

7/25/2007



900 Chelmsford Street
Lowell, MA 01851-8100
978-551-0040
Fax: 978-551-0079

www.litle.com

Case 6:05-cv-00424-LED   Document 345   Filed 08/28/2007   Page 14 of 18

August 9, 2007

Ms. Evelyn Carter
Vinson & Elkins LLP
666 Fifth Avenue, 26th Fl.
New York, NY 10103-0040

Dear Evelyn,

Following are Tim Litle's expenses related to testifying at the AdvanceMe Trial in Tyler. As you are aware, it was necessary to change his return flight to a later departure.

| | |
|---|---:|
| Airfare – Martha's Vineyard / Tyler Roundtrip | $1,637.20 |
| New Ticket – Tyler / Boston | 781.40 |
| New Ticket – Boston / Martha's Vineyard | 167.20 |
| Credit on unused portion of original ticket | (831.00) |
| Hyatt – Boston (return trip) | 277.47 |
| Total Expenses | $2,032.27 |

Per your request, Mr. Litle's social security number is 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.

If you require additional information, please do not hesitate to contact me.

Best regards,

*Elaine Gerould*
Elaine Gerould

Attachments (receipts)

**Exhibit No. 2.5**

## Ticket receipt for AdvanceMe Trial - Tyler Texas



### Booked items

We're sorry, this booking did not qualify for ThankYou℠ Points. Why not?
Learn more about how to earn points for future bookings.

ThankYou

Case 6:05-cv-00424-LED    Document 345    Filed 08/28/2007    Page 15 of 18

**1 Ticket / Round Trip**
Martha's Vineyard, MA (MVY-Dukes County) to Tyler, TX (TYR-Pounds Field)
Departure Date: Sun 15-Jul-07   Return Date: Thu 19-Jul-07

**Expedia.com Itinerary #:** 120246300932    **Purchase Date:** 19-Jun-07    Back to itinerary page

**Ticket numbers:** 0057055429945

### Traveler and cost summary

| Thomas Little IV | Adult | Continental #AJS19204 American Airlines #4245518 | $1,485.95 |
|---|---|---|---|
| | | Taxes & Fees | $146.25 |
| | | Booking Fee | $5.00 |
| | | Total | $1,637.20 |
| | | (Visa XXXXXXXXXXXX4408) Payment | $1,637.20 |
| | | Balance Due | $0.00 |

*Continental Confirm #: CNRF5L*
*Piper credit to ticket #831*

Itinerary 120563478703

## Ticket receipt for Return from Tyler

 Expedia.com

**Booked items**

We're sorry, this booking did not qualify for ThankYou℠ Points. Why not?
Learn more about how to earn points for future bookings.

Thank You

Case 6:05-cv-00424-LED    Document 345    Filed 08/28/2007    Page 16 of 18

**1 Ticket / One Way**
Tyler, TX (TYR-Pounds Field) to Boston, MA (BOS-Logan Intl.)
Departure Date: Thu 19-Jul-07   Return Date: Thu 19-Jul-07

**Expedia.com Itinerary #:** 120563478703    **Purchase Date:** 18-Jul-07    ← Back to itinerary page

**Ticket numbers:** 0017062417569

### Traveler and cost summary

| Thomas Little IV | Adult | American Airlines #4245516 | | $706.05 |
|---|---|---|---|---|
| | | | Taxes & Fees | $70.35 |
| | | | Booking Fee | $5.00 |
| | | | Total | $781.40 |
| | | [Visa XXXXXXXXXXXX4408] | Payment | $781.40 |
| | | | Balance Due | $0.00 |





Enjoy your flight! You have completed your purchase.

The following is your booking information.
Please print a copy for your records, you will get a copy via email.

Cape Air (9K) #301 Fri, July 20, 2007
Depart:  8:00 am   Boston, MA US Logan Int'l Arpt (BOS)
Arrival: 8:35 am   Martha S Vineyard, MA US Dukes County (MVY)

Passengers:
Thomas Lile

Cost: 1 adult @ 149.02 USD Tax: 18.18 USD Total: 167.20 USD (fees and taxes included.)

Ticket Type: E Ticket

Confirmation Number: BLEKZZ

Should you have any questions, please feel free to email us at webreservations@flycapea



U.S. & U.S.V.I.
800-352-0714 • 508-771-6944

B.V.I.
284-495-2100

RESERVATIONS Hours:

MONDAY-FRIDAY....6:00AM-9:00PM
SATURDAY..........6:00AM-9:00PM
SUNDAY............7:00AM-9:00PM

SPANISH SPEAKING RESERVATIONS..866 745-2551

OPEN 6:00 AM TO 7:30 PM EST

© 2007 Cape Air. All rights reserved.

# ASSURED
## CIVIL PROCESS AGENCY

600 SABINE STREET, SUITE 100　　　　　　　　　　　　　　　　　　　　　　(512) 477-2681
AUSTIN, TEXAS 78701　　　　　　　　　　　　　　　　　　　　　　　　　　(FAX) 477-6526

September 18, 2006　　　　　　　　　　　　　　　　　　　　　　　　　　| S-03726 |

DAWN CRIDER
VINSON & ELKINS, L.L.P.
2801 VIA FORTUNA
SUITE 100
AUSTIN, TX 78746

## STATEMENT

ADVANCEME, INC.
V.
RAPIDPAY LLC, ET AL

108856

DEF/WIT:
TIM LITLE
LEE SUCKOW

| | |
|---|---|
| TWO FEDERAL DEPO. SUBPOENAS: | $ 170.00 |
| ATTENDANCE FEES: | 80.00 |
| EXPEDITE FEE: | 80.00 |
| | |
| TOTAL DUE: | $ 330.00 |

**INVOICE REFLECTS PROJECT FEES, NOT SERVICE COMPLETION.
PAYMENT IS DUE UPON RECEIPT.**

Exhibit No. 2.6