# EXHIBIT 3

Dockets.Justia.com

EXHIBIT 3
Costs for Copies and Exemplification

| Category of Documents | Method of Counting | No. of Pages | No. of Copies | Total Pages | Price/Page | Total | Reduction Negotiated Between Parties | Taxable Cost Submitted | Documentation at Ex. No.: |
|---|---|---|---|---|---|---|---|---|---|
| Exemplification fees | Accounting of Exhibit Company invoices. | See Itemization | 1 | See Itemization | See Itemization | $2,939.00 | | $2,939.00 | 3.1-3.5 |
| Pleadings and Discovery served by Reach Financial and Merchant Money Tree | Review of the number of pages in Official Papers files containing all pleadings and discovery for case. | 12993 | 1 | 12993 | $0.15 | $1,948.95 | $1,423.50 | | 3.6 |
| Document Production by Defendants | Addition of all bates ranges produced by Defendants. | 4615 | 2 | 9230 | $0.15 | $1,384.50 | $215.70 | $1,168.80 | 3.7 |
| Defendants' Trial Exhibits | Use "total" feature of page count field in Summation. | 3108 | 3 | 9324 | $0.10 | $932.40 | | $932.40 | |
| Plaintiff's Trial Exhibits | Use "total" feature of page count field in Summation. | 14088 | 1 | 14088 | $0.10 | $1,408.80 | | $1,408.80 | |
| Deposition Exhibits | Analysis of court reporter invoices. | See Itemization | 1 | See Itemization | See Itemization | $929.25 | $445.63 | $483.62 | 3.8, 1.1-1.25, 1.27-1.30 |
| Hearing Notebooks required by Court for dispositive motions | Review of the number of pages in documents included in hearing notebooks. | 2402 | 1 | 2402 | $0.15 | $360.30 | | $360.30 | 3.9 |
| Total | | | | | | $9,903.20 | $2,084.83 | $7,818.37 | |

Page 1 of 1

**Exhibit No. 3**

Exhibit 3.1
Exemplification

| Item | Invoice Number | Cost | Documentation at Ex. No.: |
|------|----------------|------|---------------------------|
| Exhibit Boards for 10/19/06 Hearing | 11757 | $1,523.00 | 3.2 |
| Exhibit Boards for 12/21/06 Hearing | 11923 | $366.00 | 3.3 |
| Exhibit Boards for 5/22/07 Hearing | 12190 | $300.00 | 3.4 |
| Exhibit Boards for Trial | 12266 | $750.00 | 3.5 |
| Total | | $2,939.00 | |

Page 1 of 1

**Exhibit No. 3.1**

# Invoice



**the exhibit company**

1508 San Antonio St.
Austin, TX 78701
(512) 322-9410
Tax ID #: 74-2742943

| DATE | INVOICE NO. |
|------|-------------|
| 10/17/2006 | 11757 |

**BILL TO**

Vinson Elkins LLP
The Terrace
2801 Via Fortuna, Ste. 100
Austin, Texas 78746

| PO # | TERMS |
|------|-------|
|  | Net 30 |

| DESCRIPTION | QTY | RATE | AMOUNT |
|-------------|-----|------|--------|
| TEC Job No: 06-10-028 | | | |
| | | | |
| Client Reference: AME829/10000 | | | |
| Job Name: Enlargements | | | |
| Date In: 10/16/06 | | | |
| Contact: Amy Reiley | | | |
| | | | |
| Services Rendered: | | | |
| 36" x 48" Black & White Print and Mount | 23 | 61.00 | 1,403.00 |
| 36" x 48" Minimal Color Print and Mount | 1 | 120.00 | 120.00 |
| Box - E sized | 3 | 25.00 | 75.00 |

**Total Due**          $1,598.00

**Exhibit No. 3.2**



# Invoice

| DATE | INVOICE NO. |
|------|-------------|
| 12/29/2006 | 11923 |

**BILL TO**

Vinson Elkins LLP
The Terrace
2801 Via Fortuna, Ste. 100
Austin, Texas 78746

| PO # | TERMS |
|------|-------|
|      | Net 30 |

| DESCRIPTION | QTY | RATE | AMOUNT |
|-------------|-----|------|--------|
| TEC Job No: 06-12-018 | | | |
| | | | |
| Client Reference: AME829-100000 | | | |
| Job Name: enlargements | | | |
| Date In: 12/19/06 | | | |
| Contact: Amy Riley | | | |
| | | | |
| Services Rendered: | | | |
| 36" x 48" Black & White Print and Mount | 6 | 61.00 | 366.00 |
| Box - E sized | 1 | 25.00 | 25.00 |

| **Total Due** | $391.00 |
|---------------|---------|

**Exhibit No. 3.3**



the exhibit company

1508 San Antonio St.
Austin, TX 78701
(512) 322-9410
Tax ID #: 74-2742943

# Invoice

| DATE | INVOICE NO. |
|------|-------------|
| 5/21/2007 | 12190 |

**BILL TO**

Vinson & Elkins
2801 Via Fortuna
Ste. 100
Austin, Texas 78746

| PO # | TERMS |
|------|-------|
|  | Net 30 |

| DESCRIPTION | QTY | RATE | AMOUNT |
|-------------|-----|------|--------|
| TEC Job No: 07-05-027 | | | |
| | | | |
| Client Reference:AME829/10000 | | | |
| Job Name: Enlargements | | | |
| Date In: 5/17/07 | | | |
| Contact: Amy Reiley | | | |
| | | | |
| Services Rendered: | | | |
| 36" x 48" Black & White Print and Mount | 4 | 75.00 | 300.00 |
| Box - E sized | 1 | 25.00 | 25.00 |

| | **Total Due** | $325.00 |
|--|-----------|---------|

**Exhibit No. 3.4**

# Invoice



**the exhibit company**

1508 San Antonio St.
Austin, TX 78701
(512) 322-9410
Tax ID #: 74-2742943

| DATE | INVOICE NO. |
|------|-------------|
| 7/13/2007 | 12266 |

**BILL TO**

Vinson & Elkins
2801 Via Fortuna
Ste. 100
Austin, Texas 78746

| PO # | TERMS |
|------|-------|
|      | Net 30 |

| DESCRIPTION | QTY | RATE | AMOUNT |
|-------------|-----|------|--------|
| TEC Job No: 07-07-008<br><br>Client Reference: AME 829/10000<br>Job Name: B & W Enlargements<br>Date In: 7/13/07<br>Contact: Amy Riley<br><br>Services Rendered:<br>36" x 48" Black & White Print and Mount | 10 | 75.00 | 750.00 |

**Total Due**    $750.00

**Exhibit No. 3.5**

Exhibit 3.6
Pleadings and Discovery Itemization

| DOCUMENT DESCRIPTION | DATE | PG. CT. | FILER |
|---|---|---|---|
| Complaint for Patent Infringement | 11/9/2005 | 16 | P |
| Defendants' Motion to Dismiss or in the alternative Motion to Transfer Venue and Original Answer Subject Thereto | 11/30/2005 | 10 | D |
| Plaintiff. AdvancMe, Inc.'s Response to Defendant RapidPay's Motion to Dismiss, or in the Alternative, Motion to Transfer | 12/15/2005 | 44 | P |
| Defendant's Sur-Reply to AdvanceMe, Inc.'s Response to Motion to Dismiss | 12/28/2005 | 5 | D |
| Scheduling Conference Minutes and Motion for Hearing | 2/1/2006 | 2 | Court |
| Mediation Order | 2/2/2006 | 2 | Court |
| Order Denying RapidPay's Motion to Dismiss, or in the alternative, Motion to Transfer Venue | 2/16/2006 | 1 | Court |
| Discovery Order | 2/24/2006 | 5 | Court |
| Docket Control Order | 2/24/2006 | 5 | Court |
| Order Referring Pretrial Proceedings to Magistrate Judge | 2/27/2006 | 1 | Court |
| Amended Complaint for Patent Infringement | 2/27/2006 | 25 | P |
| Memorandum and Order Compelling Northern Leasing Systems to Comply with Subpoena – filed in SDNY | 2/28/2006 | 3 | Court |
| AdvanceMe, Inc.'s Notice of Initial Disclosures | 3/3/2006 | 2 | P |
| AdvanceMe, Inc.'s Notice of Additional Disclosures | 3/22/2006 | 2 | P |
| Order Granting Motion to Withdraw Appearance of Counsel | 4/13/2006 | 1 | Court |
| Defendant Reach Financial's Answer, Affirmative Defenses, and Counterclaims in Response to Plaintiff's Amended Complaint | 4/24/2006 | 12 | D |
| Defendant Merchant Money tree, Inc.'s Answer, Affirmative Defenses, and Counterclaims in Response to Plaintiff's Amended Complaint | 4/24/2006 | 12 | D |
| Defendant First Funds LLC's Answer, Affirmative Defenses, and Counterclaims in Response to Plaintiff's Amended Complaint | 4/24/2006 | 12 | D |
| Notice of Appearance of Counsel for Defendant Merchant Money Tree, Inc. | 4/24/2006 | 3 | D |
| Notice of Appearance of Counsel for Defendant First Funds LLC | 4/24/2006 | 3 | D |
| Notice of Appearance of Counsel for Defendant Reach Financial LLC | 4/24/2006 | 3 | D |
| Notice of Appearance of Joey Gray for Defendant First Funds | 4/25/2006 | 2 | D |
| Notice of Appearance of Joey Gray for Defendant Reach Financial | 4/25/2006 | 2 | D |

**Exhibit No. 3.6**

Exhibit 3.6
Pleadings and Discovery Itemization

| DOCUMENT DESCRIPTION | DATE | PG. CT. | FILER |
|---|---|---|---|
| Notice of Appearance of Joey Gray for Defendant Merchant Money Tree | 4/25/2006 | 2 | D |
| Notice of Appearance of Bill Schuurman for Defendant First Funds | 4/25/2006 | 2 | D |
| Notice of Appearance of Bill Schuurman for Defendant Reach Financial | 4/25/2006 | 2 | D |
| Notice of Appearance of Bill Schuurman for Defendant Merchant Money Tree | 4/25/2006 | 2 | D |
| Plaintiff's Notice of Compliance | 4/25/2006 | 2 | P |
| Application for Admission Pro Hac Vice for Hilary Preston | 4/26/2006 | 2 | D |
| Order Setting Hearing for June 7, 2006 | 5/25/2006 | 1 | Court |
| Joint Motion to Amend Docket Control Order | 5/30/2006 | 5 | D |
| Plaintiff AdvanceMe's Disclosure of Asserted Claims and Preliminary Infringement Contentions for Defendant Merchant Money Tree | 5/31/2006 | 50 | P |
| Plaintiff AdvanceMe's Disclosure of Asserted Claims and Preliminary Infringement Contentions for Defendant Reach Financial | 5/31/2006 | 30 | P |
| Plaintiff AdvanceMe's Disclosure of Asserted Claims and Preliminary Infringement Contentions for Defendant First Funds | 5/31/2006 | 50 | P |
| Order Granting Joint Motion to Amend Docket Control Order | 6/2/2006 | 1 | Court |
| Amended Docket Control Order | 6/2/2006 | 4 | Court |
| Notice of Date Change for Hearing on Motion for Default Judgment | 6/5/2006 | 1 | Court |
| Notice of Videotaped Oral Deposition of Barbara Johnson | 6/7/2006 | 3 | D |
| Defendant First Funds, LLC's Initial Disclosures and Notice | 6/12/2006 | 8 | D |
| Defendant Merchant Money Tree, Inc.'s Initial Disclosures and Notice | 6/12/2006 | 9 | D |
| Defendant Reach Financial, LLC's Initial Disclosures and Notice | 6/12/2006 | 8 | D |
| Plaintiff AdvanceMe, Inc.'s Initial Disclosures to Defendants | 6/12/2006 | 10 | P |
| Notice Rescheduling 06/15/06 Motion for Default Judgment Hearing | 6/14/2006 | 1 | Court |
| Defendant Merchant Money Tree, Inc.'s Notice of Initial Disclosures | 6/26/2006 | 2 | D |
| Defendant Reach Financial, LLC's Notice of Initial Disclosures | 6/26/2006 | 2 | D |

Exhibit 3.6
Pleadings and Discovery Itemization

| DOCUMENT DESCRIPTION | DATE | PG. CT. | FILER |
|---|---|---|---|
| Defendant First Funds, LLC's Notice of Initial Disclosures | 6/26/2006 | 2 | D |
| Plaintiff AdvanceMe, Inc.'s Notice of Initial Disclosures | 6/27/2006 | 2 | P |
| Order Granting Pro Hac Vice Admission of Vid Bhakar | 7/7/2006 | 1 | Court |
| Order Granting Pro Hac Vice Admission of Robert Matz | 7/7/2006 | 1 | Court |
| First Funds' First Amended Answer, Affirmative Defenses, and Counterclaims in Response to Plaintiff's Amended Complaint | 7/7/2006 | 12 | D |
| Defendants' P.R. 3-3 Preliminary Invalidity Contentions | 7/7/2006 | 66 | D |
| Merchant Money Tree's First Amended Answer, Affirmative Defenses, and Counterclaims in Response to Plaintiff's Amended Complaint | 7/7/2006 | 12 | D |
| Reach Financial's First Amended Answer, Affirmative Defenses, and Counterclaims in Response to Plaintiff's Amended Complaint | 7/7/2006 | 12 | D |
| Defendants' Notice of Compliance with P.R. 3-3 and 3-4 | 7/7/2006 | 3 | D |
| Defendants' Proposed Terms and Claim Construction Elements for Construction of Claims 1-19 of USP 6,941,281 | 7/10/2006 | 5 | D |
| Plaintiff AdvanceMe, Inc.'s Proposed Terms and Claim Elements for Construction Pursuant to Patent Rule 4-1 | 7/10/2006 | 5 | P |
| Defendants' Notice of Compliance with P.R. 4-1 | 7/21/2006 | 3 | D |
| Defendant's Amended P.R. 3-3 Preliminary Invalidity Contentions | 7/21/2006 | 99 | D |
| Reach Financial's Amended Rule 26(a)(1) Initial Disclosures | 7/21/2006 | 11 | D |
| Merchant Money Tree's Amended Rule 26(a)(1) Initial Disclosures | 7/21/2006 | 11 | D |
| First Funds' Amended Rule 26(a)(1) Initial Disclosures | 7/21/2006 | 11 | D |
| Defendants' Preliminary Claim Construction Statement | 7/25/2006 | 7 | D |
| AdvanceMe's Preliminary Proposed Claim Constructions and Identification of Extrinsic Evidence Pursuant Local Patent Rule 4-2 | 7/25/2006 | | P |
| Joint Motion to Enter Protective Order | 7/26/2006 | 9 | Joint |
| Stipulated Protective Order | 7/28/2006 | 4 | Court |
| Joint Motion to Amend Docket Control Order | 7/28/2006 | 13 | Joint |
| Plaintiff AdvanceMe's Notice of Order Dismissing Chapter 11 Bankruptcy and Request for Consideration of Motion for Default Judgment | 7/31/2006 | 5 | P |
| Joint Claim Construction and Pre-Hearing Statement Pursuant to Local Patent Rule 4-3 | 8/2/2006 | 22 | P |

Case 6:05-cv-00424-LED    Document 345    Filed 06/26/2007    Page 10 of 30

Exhibit 3.6
Pleadings and Discovery Itemization

| DOCUMENT DESCRIPTION | DATE | PG. CT. | FILER |
|---|---|---|---|
| Order granting Joint Motion to Amend Docket Control Order | 8/3/2006 | 1 | Court |
| Defendant First Funds' Second Amended Initial Disclosures and Notice | 8/3/2006 | 11 | D |
| Defendant Merchant Money Tree's Second Amended Initial Disclosures and Notice | 8/3/2006 | 11 | D |
| Defendant Reach Financial's Second Amended Initial Disclosures and Notice | 8/3/2006 | 11 | D |
| First Funds' Rule 7.1 Disclosure Statement | 8/4/2006 | 3 | D |
| Merchant Money Tree's Rule 7.1 Disclosure Statement | 8/4/2006 | 3 | D |
| Reach Financial's Rule 7.1 disclosure Statement | 8/7/2006 | 3 | D |
| Application for Shanee Williams to Appear Pro Hac Vice | 8/17/2006 | 2 | P |
| Application for Michael Edelman to Appear Pro Hac Vice | 8/17/2006 | 2 | P |
| AdvanceMe's First Set of Interrogatories to First Funds | 8/17/2006 | 16 | P |
| AdvanceMe's First Set of Interrogatories to Merchant Money Tree | 8/17/2006 | 16 | P |
| AdvanceMe's First Set of Interrogatories to Reach Financial | 8/17/2006 | 16 | P |
| AdvanceMe's Amended Notice of Deposition and Subpoena in a Civil Case to Tim Litle | 8/24/2006 | 10 | P |
| AdvanceMe's Notice of Deposition and Subpoena in a Civil Case to Randy Bourne | 8/24/2006 | 10 | P |
| Notice of Oral Deposition of Tim Litle | 8/25/2006 | 9 | D |
| Notice of Videotaped Oral Deposition of Lee Suckow | 8/25/2006 | 9 | D |
| AdvanceMe's Disclosure Statement Pursuant to F.R.C.P. 7.1(a) | 8/25/2006 | 2 | P |
| AdvanceMe's First Notice of Deposition of First Funds Pursuant to F.R.C.P. 30(b)(6) | 8/29/2006 | 12 | P |
| Notice of Supplemental Disclosures Under P.R. 3-3 and 3-4 | 8/30/2006 | 3 | D |
| Defendant's Second Amended P.R. 3-3 Preliminary Invalidity Contentions | 8/30/2006 | 11 | D |
| Amended Notice of Videotaped Deposition of Tim Litle | 8/31/2006 | 3 | D |
| Defendants' First Set of Interrogatories to Plaintiff AdvanceMe, Inc. | 9/1/2006 | 8 | D |
| Joint Notice Regarding Technical Advisors | 9/5/2006 | 2 | Joint |
| Order Setting Hearing Date for Plaintiff's Motion for Default Judgment | 9/8/2006 | 2 | Court |
| Defendants' Mediation Statement to Plaintiff | 9/11/2006 | 274 | D |
| Plaintiff's Letter to Judge McKee in Response to Defendants' Letter Dated September 5, 2006 | 9/11/2006 | 1 | P |

Case 6:05-cv-00424-LED    Document 345    Filed 08/28/2007    Page 11 of 30

Exhibit 3.6
Pleadings and Discovery Itemization

| DOCUMENT DESCRIPTION | DATE | PG. CT. | FILER |
|---|---|---|---|
| Defendants' Motion for Leave to Amend Preliminary Invalidity Contentions | 9/13/2006 | 12 | D |
| Declaration of Joseph Gray in Support of Defendants' Motion for Leave to Amend Preliminary Invalidity Contentions | 9/13/2006 | 72 | D |
| Defendant Reach Financial's Third Amended Rule 26(a)(1) Initial Disclosures | 9/13/2006 | 12 | D |
| Defendant Merchant Money Tree's Third Amended Rule 26(a)(1) Initial Disclosures | 9/13/2006 | 12 | D |
| Defendant First Funds' Third Amended Rule 26(a)(1) Initial Disclosures | 9/13/2006 | 12 | D |
| Plaintiff's Unopposed Motion for Leave to File Opening Claim Construction Brief in Excess of Page Limit | 9/13/2006 | 45 | P |
| AdvanceMe's Opening Claim Construction Brief Pursuant to Local Patent Rule 4-5(a) | 9/13/2006 | 263 | P |
| Defendant First Funds' Notice of Third Amended Initial Disclosures | 9/14/2006 | 12 | D |
| Defendant Merchant Money Tree's Notice of Third Amended Initial Disclosures | 9/14/2006 | 3 | D |
| Defendant Reach Financial's Notice of Third Amended Initial Disclosures | 9/14/2006 | 3 | D |
| Mediator's Report | 9/22/2006 | 1 | Court |
| Order Considering Mike McLemore as Technical Adviser | 9/22/2006 | 1 | Court |
| First Funds' Responses and Objections to AdvanceMe's First Set of Interrogatories | 9/22/2006 | 1417 | D |
| Merchant Money Tree's Responses and Objections to AdvanceMe's First Set of Interrogatories | 9/22/2006 | 25 | D |
| Reach Financial's Responses and Objections to AdvanceMe's First Set of Interrogatories | 9/22/2006 | 23 | D |
| Amended Notice of Videotaped Deposition of Lee Suckow | 9/22/2006 | 7 | D |
| AdvanceMe's Opposition to Motion for Leave to Amend Invalidity Contentions | 9/25/2006 | 22 | P |
| Declaration of Michael Edelman in Support of AdvanceMe's Opposition to Motion for Leave to Amend Invalidity Contentions | 9/25/2006 | 197 | P |
| Defendants' Amended First Set of Interrogatories to Plaintiff AdvanceMe, Inc. | 9/26/2006 | 8 | D |
| Defendants' Unopposed Motion for Leave to Exceed Page Limit in Responsive Claim Construction Brief Pursuant to Local Patent Rule 4-5(b) | 9/27/2006 | 49 | D |

Case 6:05-cv-00424-LED    Document 345    Filed 08/20/2007    Page 12 of 30

Exhibit 3.6
Pleadings and Discovery Itemization

| DOCUMENT DESCRIPTION | DATE | PG. CT. | FILER |
|---|---|---|---|
| Defendants' Responsive Claim Construction Brief Pursuant to Local Patent Rule 4-5(b) | 9/27/2006 | 121 | D |
| Order Granting Defendants' Unopposed Motion for Leave to Exceed Page Limit in Responsive Claim Construction Brief | 9/28/2006 | 2 | Court |
| Minutes from Motion for Default Hearing | 9/29/2006 | 1 | Court |
| Order Appointing Michael McLemore as Technical Advisor | 10/3/2006 | 1 | Court |
| Defendants' Unopposed Motion for Leave to Exceed Page Limit in Defendants' Reply in Support of Its Motion for Leave to Amend Preliminary Invalidity Contentions | 10/3/2006 | 87 | D |
| Defendants' Reply in Support of Its Motion for Leave to Amend Preliminary Invalidity Contentions | 10/3/2006 | 64 | D |
| Order Granting Defendants' Motion for Leave to Amend Preliminary Invalidity Contentions | 10/4/2006 | 1 | Court |
| Notice of Deposition of AdvanceMe, Inc. | 10/4/2006 | 12 | D |
| Order Granting Defendants' Motion for Leave to File in Excess | 10/6/2006 | 1 | Court |
| Notice Regarding Time Requested for Markman Hearing | 10/9/2006 | 4 | Joint |
| Plaintiff's Unopposed Motion for Leave to File Reply Claim Construction Brief in Excess of Page Limit | 10/10/2006 | 4 | P |
| AdvanceMe's Objection to Extrinsic Evidence Offered by Defendants in Support of Their Responsive Claim Construction Brief | 10/10/2006 | 4 | P |
| AdvanceMe's Reply Claim Construction Brief Pursuant to Patent Local Rule 4-5(c) | 10/10/2006 | 87 | P |
| Order Granting Plaintiff's Unopposed Motion for Leave to File Reply Claim Construction Brief in Excess of Page Limit | 10/11/2006 | 1 | Court |
| Joint Motion to Extend Deadline to Submit Joint Claim Construction Chart | 10/11/2006 | 3 | Joint |
| Joint Motion to Extend Deadline to Submit Joint Claim Construction Chart | 10/12/2006 | 3 | Joint |
| Joint Claim Construction Chart | 10/13/2006 | 2 | Joint |
| Order Granting Joint Motion to Extend the Deadline for the Submission of the Joint Claim Construction Chart | 10/16/2006 | 2 | Court |
| Order Granting Joint Motion to Extend the Deadline for the Submission of the Joint Claim Construction Chart | 10/16/2006 | 1 | Court |
| Markman Hearing Minutes | 10/19/2006 | 2 | Court |
| Hearing Minutes | 10/30/2006 | 1 | Court |
| AdvanceMe's Objections and Response to Defendants' Amended First Set of Interrogatories to Plaintiff AdvanceMe | 10/31/2006 | 14 | P |

Case 6:05-cv-00424-LED    Document 345    Filed 06/28/2007    Page 13 of 30

Exhibit 3.6
Pleadings and Discovery Itemization

| DOCUMENT DESCRIPTION | DATE | PG. CT. | FILER |
|---|---|---|---|
| Report and Recommendation of United States Magistrate Judge | 11/2/2006 | 2 | Court |
| Defendants' Expedited Motion for Leave to Amend Preliminary Invalidity Contentions | 11/2/2006 | 104 | D |
| Defendants' Motion to Compel | 11/13/2006 | 27 | D |
| Subpoena to Comdata Corporation | 11/13/2006 | 18 | P |
| Subpoena to Northern Leasing Systems, Inc. | 11/13/2006 | 18 | P |
| AdvanceMe's Motion for Leave to File Under Seal the Declaration of Robert Matz and Its Memorandum in Support of Motion to Compel Defendants to Provide Further Responses to AdvanceMe's First Set of Interrogatories or, in the Alternative, to Amend This Court's Discovery Order | 11/13/2006 | 6 | P |
| AdvanceMe's Motion to Compel Defendants to Provide Further Responses to First Set of Interrogatories | 11/13/2006 | 19 | P |
| Declaration of Robert Matz in Support of AdvanceMe's Motion to Compel Defendants to Provide Further Responses to First Set of Interrogatories | 11/13/2006 | 252 | P |
| Declaration of Otis Carroll in Support of AdvanceMe's Motion to Compel Defendants to Provide Further Responses to First Set of Interrogatories | 11/13/2006 | 4 | P |
| Declaration of Joseph Gray in Support of Defendants' Motion to Compel | 11/14/2006 | 6 | D |
| Subpoena to Frank Angrisani | 11/14/2006 | 3 | D |
| Subpoena to Kevin Kiernan | 11/14/2006 | 3 | D |
| Subpoena to Bankcard Central, Inc. | 11/14/2006 | 17 | P |
| Subpoena to Merchant Data Systems, Inc. | 11/14/2006 | 18 | P |
| Subpoena to Electronic Payment Systems, Inc. | 11/14/2006 | 18 | P |
| Subpoena to Central Bancard LLC | 11/14/2006 | 18 | P |
| Subpoena to TX Direct, LLC | 11/14/2006 | 17 | P |
| Subpoena to Comdata Processing Systems, Inc. | 11/14/2006 | 24 | P |
| Subpoena to United Bank Card, Inc. | 11/14/2006 | 18 | P |
| Subpoena to IRN Payment Systems, Inc. | 11/14/2006 | 18 | P |
| Subpoena to CPS Group, Inc. d/b/a Cynergy Data | 11/14/2006 | 17 | P |
| Subpoena to TX Direct, Inc. | 11/14/2006 | 17 | P |
| Defendants' Motion for Leave to Exceed the Page Limit in Defendants' Motion to Compel | 11/16/2006 | 3 | D |
| AdvanceMe's Opposition to Defendants' Expedited Motion for Leave to Amend Invalidity Contentions | 11/17/2006 | 17 | P |

Case 6:05-cv-00424-LED    Document 345    Filed 06/28/2007    Page 14 of 30

Exhibit 3.6
Pleadings and Discovery Itemization

| DOCUMENT DESCRIPTION | DATE | PG. CT. | FILER |
|---|---|---|---|
| Declaration of Michael Edelman in Support of AdvanceMe's Opposition to Defendants' Motion for Leave to Amend Invalidity Contentions | 11/17/2006 | 112 | P |
| Order Granting Defendants' Motion for Leave to Exceed the Page Limit in Defendants' Motion to Compel | 11/21/2006 | 1 | Court |
| Subpoena to First Data Corporation | 11/22/2006 | 7 | D |
| Brief of Defendants in Opposition to Plaintiff's Motion to Compel | 11/28/2006 | 23 | D |
| Plaintiff's Unopposed Motion for Leave to File Opposition to Motion to Compel in Excess of Page Limit | 11/28/2006 | 5 | P |
| AdvanceMe's Opposition to Defendants' Motion to Compel | 11/28/2006 | 206 | P |
| Order Granting Plaintiff's Unopposed Motion for Leave to File Its Opposition to Defendants' Motion to Compel in Excess of Page Limit | 11/29/2006 | 3 | Court |
| Order Adopting Report and Recommendations of Magistrate Judge | 11/29/2006 | 1 | Court |
| Defendants' Unopposed Motion for Leave to Exceed the Page Limit in Defendants' Reply in Support of Their Expedited Motion for Leave to Amend Preliminary Invalidity Contentions | 11/29/2006 | 13 | D |
| Defendants' Reply in Support of Their Expedited Motion for Leave to Amend Preliminary Invalidity Contentions | 11/29/2006 | 7 | D |
| Plaintiff AdvanceMe's Objection to Subpoena in a Civil Case to First Data Corp. | 11/29/2006 | 10 | P |
| Plaintiff AdvanceMe's Objection to Subpoena in a Civil Case to Frank Angrisani | 11/29/2006 | 5 | P |
| Plaintiff AdvanceMe's Objection to Subpoena in a Civil Case to Kevin Kiernan | 11/29/2006 | 5 | P |
| Order Granting Defendants' Unopposed Motion for Leave to Exceed the Page Limit in Their Reply in Support of Their Expedited Motion for Leave to Amend Preliminary Invalidity Contentions | 11/30/2006 | 1 | Court |
| Order Granting Plaintiff AdvanceMe's Motion for Leave to File Under Seal the Declaration of Robert Matz and Its Memorandum in Support of Motion to Compel Defendants | 11/30/2006 | 3 | Court |
| First Funds' Amended Responses and Objections to AdvanceMe's First Set of Interrogatories to Defendant First Funds | 12/1/2006 | 118 | D |

Case 6:05-cv-00424-LED    Document 345    Filed 08/28/2007    Page 15 of 30

Exhibit 3.6
Pleadings and Discovery Itemization

| DOCUMENT DESCRIPTION | DATE | PG. CT. | FILER |
|---|---|---|---|
| Merchant Money Tree's Amended Responses and Objections to AdvanceMe's First Set of Interrogatories to Defendant Merchant Money Tree | 12/1/2006 | 26 | D |
| Reach Financial's Amended Responses and Objections to AdvanceMe's First Set of Interrogatories to Defendant Reach Financial | 12/1/2006 | 23 | D |
| Order Granting Defendants' Motion for Leave to Amend Preliminary Invalidity Contentions | 12/5/2006 | 1 | Court |
| Reply in Support of AdvanceMe's Motion to Compel Further Interrogatory Responses | 12/5/2006 | 5 | P |
| Defendants' Unopposed Motion for Leave to Exceed Page Limit in Defendants' Reply in Support of Their Motion to Compel | 12/6/2006 | 4 | D |
| Defendant's Reply in Support of Their Motion to Compel | 12/6/2006 | 19 | D |
| AdvanceMe's Sur-Reply in Opposition to Defendants' Motion to Compel | 12/7/2006 | 27 | P |
| Order Granting Defendants' Unopposed Motion for Leave to Exceed the Page Limit in Reply Brief | 12/8/2006 | 1 | Court |
| Notice of Hearing | 12/8/2006 | 1 | Court |
| Subpoena to Frank Angrisani | 12/8/2006 | 4 | D |
| AdvanceMe's First Notice of Deposition of Merchant Money Tree, Inc. | 12/11/2006 | 13 | P |
| AdvanceMe's First Notice of Deposition of Reach Financial LLC | 12/11/2006 | 14 | P |
| Notice of Reset Hearing on Motions to Compel | 12/12/2006 | 3 | Court |
| Notice of Deposition of Tom Burnside | 12/15/2006 | 1 | D |
| Amended Notice of Deposition of Tom Burnside | 12/19/2006 | 3 | D |
| Memorandum Opinion and Order | 12/21/2006 | 44 | Court |
| AdvanceMe's Notice of Deposition and Subpoena in a Civil Case to Allen Abbott | 12/21/2006 | 10 | P |
| AdvanceMe's Notice of Deposition and Subpoena in a Civil Case to Randy Bourne | 12/21/2006 | 10 | P |
| Order Denying Plaintiff's Motion to Compel Further Responses to First Set of Interrogatories and Granting Defendants' Motion to Compel | 12/22/2006 | 2 | Court |
| AdvanceMe's Amended Notice of Deposition of Allen Abbott | 12/22/2006 | 3 | P |
| Minutes for 12/21/06 Hearing | 12/27/2006 | 4 | Court |
| AdvanceMe's Notice of Deposition and Subpoena (Secher) | 1/3/2007 | 8 | P |
| Joint Motion to Amend Docket Control Order | 1/4/2007 | 3 | Joint |

Case 6:05-cv-00424-LED    Document 345    Filed 08/28/2007    Page 16 of 30

Exhibit 3.6
Pleadings and Discovery Itemization

| DOCUMENT DESCRIPTION | DATE | PG. CT. | FILER |
|---|---|---|---|
| Order Granting Joint Motion to Amend Docket Control Order | 1/5/2007 | 1 | Court |
| Amended Notice of Deposition of AdvanceMe, inc. | 1/9/2007 | 13 | D |
| Notice of Appearance of Brian Buss for Defendants | 1/9/2007 | 2 | D |
| Defendants' Statement of Objections to and Motion for Modification of Magistrate Judge Love's Markman Memorandum Opinion and Order | 1/10/2007 | 74 | D |
| Defendant First Funds' Notice of Fourth Amended Initial Disclosures | 1/10/2007 | 12 | D |
| Defendant Merchant Money Tree's Notice of Fourth Amended Initial Disclosures | 1/10/2007 | 3 | D |
| Defendant Reach Financial's Notice of Fourth Amended Initial Disclosures | 1/10/2007 | 3 | D |
| Defendant First Funds' Fourth Amended Rule 26(a)(1) Initial Disclosures | 1/10/2007 | 12 | D |
| Defendant Merchant Money Tree's Fourth Amended Rule 26(a)(1) Initial Disclosures | 1/10/2007 | 12 | D |
| Defendant Reach Financial's Fourth Amended Rule 26(a)(1) Initial Disclosures | 1/10/2007 | 11 | D |
| First Funds' Amended Response and Objections to AdvanceMe's Interrogatory No. 7 | 1/10/2007 | 15 | D |
| Merchant Money Tree's Amended Response and Objections to AdvanceMe's Interrogatory No. 7 | 1/10/2007 | 15 | D |
| Reach Financial's Amended Response and Objections to AdvanceMe's Interrogatory No. 7 | 1/10/2007 | 15 | D |
| First Funds' Second Amended Responses and Objections to AdvanceMe's First Set of Interrogatories | 1/12/2007 | 138 | D |
| Merchant Money Tree's Amended Responses and Objections to AdvanceMe's First Set of Interrogatories | 1/12/2007 | 46 | D |
| Reach Financial's Amended Responses and Objections to AdvanceMe's First Set of Interrogatories | 1/12/2007 | 45 | D |
| Subpoena to Cliff Hardwick | 1/12/2007 | 4 | D |
| Subpoena to John Konop | 1/12/2007 | 4 | D |
| AdvanceMe's Supplemental Objections and Response to Defendants' Amended First Set of Interrogatories | 1/12/2007 | 30 | P |
| Subpoena to Laurent Bouchard | 1/18/2007 | 5 | D |
| Notice of Appearance of Floyd Walker as Additional Counsel for Defendant First Funds, Merchant Money Tree, and Reach Financial | 1/18/2007 | 2 | D |

Case 6:05-cv-00424-LED    Document 345    Filed 06/28/2007    Page 17 of 30

Exhibit 3.6
Pleadings and Discovery Itemization

| DOCUMENT DESCRIPTION | DATE | PG. CT. | FILER |
|---|---|---|---|
| AdvanceMe's Emergency Motion to Quash or Modify the Subpoenas of Cliff Hardwick and John Konop, or, in the Alternative, for a Protective Order and Memorandum of Points & Authorities in Support Thereof | 1/19/2007 | 15 | P |
| Affidavit of Robert C. Matz in Support of AdvanceMe's Emergency Motion to Quash or Modofy the Subpoenas of Cliff Hardwick and John Konop, or, in the Alternative, for a Protective Order | 1/19/2007 | 45 | P |
| AdvanceMe's Notice of Deposition and Subpoena in a Civil Case to Frank Villano | 1/19/2007 | 7 | P |
| AdvanceMe's Disclosure of Asserted Claims and Amended Infringement Contentions for Defendant First Funds | 1/22/2007 | 48 | P |
| AdvanceMe's Disclosure of Asserted Claims and Amended Infringement Contentions for Defendant Merchant Money Tree | 1/22/2007 | 48 | P |
| AdvanceMe's Disclosure of Asserted Claims and Amended Infringement Contentions for Defendant Reach Financial | 1/22/2007 | 27 | P |
| Plaintiff's Unopposed Motion for Leave to File An Opposition to Defendants' Motion for Modification of Magistrate Judge Love's Markman Memorandum Opinion and Order in Excess of Page Limit | 1/24/2007 | 3 | P |
| AdvanceMe's Opposition to Defendants' Motion for Modification of Magistrate Judge Love's Markman Memorandum Opinion and Order | 1/24/2007 | 22 | P |
| Order Denying Defendants' Motion for Reconsideration of the Court's Markman Order | 1/25/2007 | 1 | Court |
| Joint Motion for Continuance | 1/25/2007 | 8 | Joint |
| Amended Docket Control Order | 1/26/2007 | 4 | Court |
| Order Granting Plaintiff's Unopposed Motion for Leave to File an Opposition to Defendants' Motion for Modification of Magistrate Judge Love's Markman Memorandum Opinion and Order in Excess of Page Limit | 1/26/2007 | 3 | Court |
| Order Overruling Defendants' Objections to Magistrate Judge Love's Markman Memorandum Opinion and Order | 1/29/2007 | 2 | Court |
| Subpoena to Bill Morgenstein | 1/30/2007 | 4 | D |
| First Funds' Fifth Amended Rule 26(a)(1) Initial Disclosures | 1/30/2007 | 13 | D |
| Merchant Money Tree's Fifth Amended Rule 26(a)(1) Initial Disclosures | 1/30/2007 | 13 | D |
| Reach Financial's Fifth Amended Rule 26(a)(1) Initial Disclosures | 1/30/2007 | 13 | D |

Exhibit 3.6
Pleadings and Discovery Itemization

Case 6:05-cv-00424-LED    Document 345    Filed 08/28/2007    Page 19 of 30

| DOCUMENT DESCRITPTION | DATE | PG. CT. | FILER |
|---|---|---|---|
| Subpoena to Edward Landon | 1/30/2007 | 2 | D |
| Subpoena to Gerette Sorwell | 1/30/2007 | 2 | D |
| Subpoena to Jeannette Gepford | 1/30/2007 | 4 | D |
| Subpoena to Michelle Boudette | 1/30/2007 | 4 | D |
| Notice of Videotaped Oral Deposition of Gary Johnson | 1/30/2007 | 2 | D |
| Notice of Videotaped Oral Deposition of Les Falke | 1/30/2007 | 2 | D |
| Notice of Videotaped Oral Deposition of Glenn Goldman | 1/30/2007 | 2 | D |
| Defendants' Second Set of Interrogatories to Plaintiff AdvanceMe, Inc. | 2/2/2007 | 11 | D |
| Defendants' Emergency Motion to Ensure That a Third Party Deposition Proceed on February 8, 2007 as Rescheduled | 2/5/2007 | 27 | D |
| Subpoena to Cliff Hardwick | 2/5/2007 | 4 | D |
| Subpoena to Tom McBrearty | 2/5/2007 | 3 | D |
| AdvanceMe's Emergency Motion for a Protective Order in Connection with a Subpoena That Was Served on Third Party John Konop and the Scheduling of His Deposition on February 8, 2007, A Date That Counsel for AdvanceMe is Unable to Attend and Memorandum of Points & Authorities in Support Thereof | 2/5/2007 | 50 | P |
| Order Denying AdvanceMe's Emergency Motion for a Protective Order in Connection with Konop Deposition | 2/6/2007 | 2 | Court |
| AdvanceMe's Emergency Motion for an Ex Parte Hearing for a Protective Order in Connection with a Subpoena that was Served on Third Party John Konop and the Scheduling of His Deposition on February 8, 2007, a Date that Counsel for AdvanceMe is Unable to Attend and Memorandum of Points & Authorities in Support Thereof | 2/7/2007 | 142 | P |
| Subpoena to Nick Logan | 2/12/2007 | 2 | D |
| Defendants' Third Amended P.R. 3-3 Invalidity Contentions | 2/12/2007 | 119 | D |
| AdvanceMe's Initial Disclosures to Defendants First Funds, Merchant Money Tree, and Reach Financial | 2/12/2007 | 9 | P |
| Subpoena to Nobel Electronic Transfer, LLC | 2/14/2007 | 18 | P |
| AdvanceMe's Notice of Motion for an Order Compelling Third Party Northern Leasing Systems to Produce Documents and a Corporate Representative to Testify at a Deposition in Response to a Subpoena Served on It by AdvanceMe Pursuant to F.R.C.P. 45 | 2/14/2007 | 185 | P |
| Application for Jeff Sanders to Appear Pro Hac Vice | 2/15/2007 | 2 | D |
| Rule 7.1 Statement for AdvanceMe, Inc. | 2/15/2007 | 1 | P |

Exhibit 3.6
Pleadings and Discovery Itemization

| DOCUMENT DESCRIPTION | DATE | PG. CT. | FILER |
|---|---|---|---|
| Amended Notice of Videotaped Deposition of Glenn Goldman | 2/16/2007 | 2 | D |
| Amended Notice of Videotaped Deposition of Gary Johnson | 2/16/2007 | 2 | D |
| Subpoena to Les Falke | 2/19/2007 | 4 | D |
| AdvanceMe's Notice of Deposition and Subpoena in a Civil Case to James D'Alesandro | 2/22/2007 | 7 | P |
| AdvanceMe's Notice of Deposition and Subpoena in a Civil Case to Jim Alexander | 2/22/2007 | 8 | P |
| AdvanceMe's Notice of Deposition and Subpoena in a Civil Case to Joe Kaplan | 2/22/2007 | 7 | P |
| Memorandum of Law in Opposition to AdvanceMe's Motion to Compel Discovery on Non-party Witness Northern Leasing Systems, Inc. | 2/26/2007 | 16 | D |
| First Funds' Sixth Amended Rule 26(a)(1) Initial Disclosures | 3/2/2007 | 12 | D |
| Merchant Money Tree's Sixth Amended Rule 26(a)(1) Initial Disclosures | 3/2/2007 | 12 | D |
| Reach Financial's Sixth Amended Rule 26(a)(1) Initial Disclosures | 3/2/2007 | 11 | D |
| First Funds' Third Amended Responses and Objections to AdvanceMe's First Set of Interrogatories | 3/2/2007 | 139 | D |
| Merchant Money Tree's Third Amended Responses and Objections to AdvanceMe's First Set of Interrogatories | 3/2/2007 | 46 | D |
| Reach Financial's Third Amended Responses and Objections to AdvanceMe's First Set of Interrogatories | 3/2/2007 | 45 | D |
| AdvanceMe's Notice of Amended Initial Disclosures | 3/2/2007 | 3 | P |
| Agreed Motion for Extension of Time Within Which to File Expert Reports | 3/6/2007 | 3 | Joint |
| Order Granting Motion for Extension of Time Within Which to File Expert Reports | 3/7/2007 | 1 | Court |
| Expert Report of Donald Headlund | 3/7/2007 | 55 | D |
| Notice of Disclosure by Defendants First Funds, Merchant Money Tree, and Reach Financial | 3/7/2007 | 2 | D |
| Report of Plaintiff's Expert Michael I. Shamos Concerning Infringement | 3/7/2007 | 74 | P |
| AdvanceMe's Notice of Disclosure | 3/7/2007 | 3 | P |
| Defendants' Unopposed Motion for Leave to Exceed the Page Limit in Defendants' Motion for Partial Summary Judgment of Patent Invalidity | 3/8/2007 | 3 | D |

Case 6:05-cv-00424-LED    Document 345    Filed 06/26/2007    Page 20 of 30

Exhibit 3.6
Pleadings and Discovery Itemization

| DOCUMENT DESCRIPTION | DATE | PG. CT. | FILER |
|---|---|---|---|
| AdvanceMe's Objections and Responses to Defendants' Second Set of Interrogatories | 3/8/2007 | 15 | P |
| Order Granting Defendants' Motion for leave to Exceed Page Limit | 3/12/2007 | 1 | Court |
| Defendants' Motion for Partial Summary Judgment of Patent Invalidity | 3/12/2007 | 524 | D |
| Joint Motion to Amend This Court's January 26, 2007 Amended Docket Control Order (D.E. 201) and to Extend Due Dates Re: Defendants' Motion for Partial Summary Judgment (D.E. 215) | 3/22/2007 | 3 | Joint |
| Order Granting Joint Motion to Amend This Court's January 26, 2007 Amended Docket Control Order (D.E. 201) and to Extend Due Dates Re: Defendants' Motion for Summary Judgment (D.E. 215) | 3/23/2007 | 3 | Court |
| Notice of Disclosure by Defendants First Funds, Merchant Money Tree, and Reach Financial | 3/23/2007 | 2 | D |
| Defendants' Trial Witness List | 3/23/2007 | 6 | D |
| AdvanceMe's Notice of Disclosure of Trial Witnesses | 3/23/2007 | 3 | P |
| AdvanceMe's Identification of Trial Witnesses | 3/23/2007 | 2 | P |
| Notice of Videotaped Oral Deposition of Michael Shamos | 3/27/2007 | 4 | D |
| Notice of Disclosure by Defendants First Funds, Merchant Money Tree, and Reach Financial | 3/30/2007 | 2 | D |
| Defendants' Rebuttal Trial Witness List | 3/30/2007 | 6 | D |
| Plaintiff's Unopposed Motion for Leave to File an Opposition to Defendants' Partial Summary Judgment Motion of Patent Invalidity in Excess of Page Limit | 3/30/2007 | 3 | P |
| AdvanceMe's Notice of Disclosure of Rebuttal Trial Witnesses | 3/30/2007 | 3 | P |
| AdvanceMe's Identification of Rebuttal Trial Witnesses | 3/30/2007 | 3 | P |
| Order Granting Plaintiff's Unopposed Motion for Leave to File an Opposition in Excess of Page Limit | 4/2/2007 | 2 | Court |
| Rebuttal Expert Report of Donald Headlund | 4/2/2007 | 127 | D |
| Notice of Disclosure by Defendants | 4/2/2007 | 2 | D |
| Rebuttal Report of Plaintiff's Expert Michael Shamos Concerning Validity | 4/2/2007 | 39 | P |
| Rebuttal Expert Report of Edward J. Hogan | 4/2/2007 | 6 | P |
| AdvanceMe's Notice of Disclosure | 4/2/2007 | 3 | P |
| Plaintiff's Opposition to Defendants' Partial Summary Judgment Motion of Patent Invalidity | 4/2/2007 | 702 | P |

Case 6:05-cv-00424-LED   Document 345   Filed 08/28/2007   Page 21 of 30

Exhibit 3.6
Pleadings and Discovery Itemization

Case 6:05-cv-00424-LED   Document 345   Filed 08/29/2007   Page 22 of 30

| DOCUMENT DESCRIPTION | DATE | PG. CT. | FILER |
|---|---|---|---|
| AdvanceMe's Objections to Defendants' Evidence and Arguments in Support of Their Motion for Partial Summary Judgment of Patent Invalidity | 4/2/2007 | 17 | P |
| Errata to the Declaration of Michael N. Edelman in Support of Plaintiff AdvanceMe's Opposition to Defendants' Motion for Partial Summary Judgment Motion of Patent Invalidity | 4/3/2007 | 202 | P |
| Plaintiff's Unopposed Motion to Obtain Documents and Take the Deposition of Northern Leasing Systems on a Date Past the Discovery Cut-Off in this Case | 4/4/2007 | 31 | P |
| Order Granting Plaintiff's Unopposed Motion to Obtain Documents and Take the Deposition of Northern Leasing Systems on a Date Past the Discovery Cut-Off in this Case | 4/5/2007 | 2 | Court |
| Notice of Deposition of Donald Headlund | 4/6/2007 | 6 | P |
| Defendants' Second Motion for Partial Summary Judgment of Patent Invalidity and Incorporated Memorandum in Support | 4/12/2007 | 304 | D |
| Defendants' Unopposed Motion for Leave to Exceed page Limit in Defendants' Reply Brief in Support of Their Motion for Partial Summary Judgment of Patent Invalidity | 4/12/2007 | 4 | D |
| Defendants' Response to Plaintiff's Objections to Evidence and Argument in Defendants' Motion for Partial Summary Judgment of Patent Invalidity | 4/13/2007 | 95 | D |
| Defendants' Reply Brief in Support of Their Motion for Partial Summary Judgment of Patent Invalidity | 4/13/2007 | 46 | D |
| Defendants' Response to Plaintiff's Objections to Evidence and Argument in Defendants' Motion for Partial Summary Judgment of Patent Invalidity | 4/13/2007 | 95 | D |
| Order Granting Defendants' Unopposed Motion for Leave to Exceed the Page Limit in Reply Brief | 4/16/2007 | 1 | Court |
| Plaintiff's Sur-Reply in Opposition to Defendants' Partial Summary Judgment Motion of Patent Invalidity | 4/19/2007 | 13 | P |
| Declaration of Michael Edelman in Support of Plaintiff's Sur-Reply | 4/19/2007 | 12 | P |
| Plaintiff's Reply to Defendants' Response to Objections to Defendants' Evidence and Arguments in Support of Their Motion for Partial Summary Judgment of Patent Invalidity | 4/19/2007 | 7 | P |
| Application to Appear Pro Hac Vice Admission for Gisu Sadaghiani on Behalf of AdvanceMe | 4/20/2007 | 3 | P |

Exhibit 3.6
Pleadings and Discovery Itemization

| DOCUMENT DESCRIPTION | DATE | PG. CT. | FILER |
|---|---|---|---|
| Plaintiff's Unopposed Motion to Extend Deadline to Oppose Defendants' Second Motion for Partial Summary Judgment of Patent Invalidity | 4/23/2007 | 3 | P |
| Order Granting Plaintiff's Unopposed Motion to Extend Deadline to Oppose Defendants' Second Motion for Partial Summary Judgment of Patent Invalidity | 4/24/2007 | 3 | Court |
| Notice of Appearance of Graham Sutliff for Defendants | 4/25/2007 | 2 | D |
| Defendants' Expedited Motion for Hearing Prior to May18, 2007 on Defendants' partial Summary Judgment Motion of patent Invalidity Based on Litle & Co. Prior Art | 4/25/2007 | 11 | D |
| Defendants' Sur-Reply to Plaintiff's Objections to Defendants; Evidence and Arguments in Support of Defendants' Motion for Partial Summary Judgment of Patent Invalidity | 4/26/2007 | 7 | D |
| Application for Pro Hac Vice Admission of Daisy Poon on Behalf of AdvanceMe | 4/27/2007 | 3 | P |
| Plaintiff's Unopposed Motion for Leave to File an Opposition to Defendants' Second Motion for Partial Summary Judgment of Patent Invalidity in Excess of Page Limit | 5/2/2007 | 5 | P |
| Plaintiff's Opposition to Defendants' Second Motion for Partial Summary Judgment of Patent Invalidity | 5/2/2007 | 489 | P |
| Plaintiff's Objections to Defendants' Evidence and Arguments in Support of Their Second Motion for Partial Summary Judgment of Patent Invalidity | 5/2/2007 | 10 | P |
| Order Denying Defendants' Expedited Motion for Hearing Prior to May 18, 2007 on Defendants' Partial Summary Judgment of Patent Invalidity | 5/3/2007 | 1 | Court |
| Order Granting Plaintiff's Unopposed Motion for Leave to File an Opposition in Excess of Page Limit | 5/3/2007 | 2 | Court |
| Notice of Appearance of J. Matt Rowan for Defendants First Funds, Merchant Money Tree and Reach Financial | 5/4/2007 | 1 | D |
| Defendants' Unopposed Motion for Leave to Exceed Page Limit in Defendants' Reply Brief in Support of Their Second Motion for Partial Summary Judgment of Patent Invalidity | 5/9/2007 | 1 | D |
| Defendants' Reply Brief in Support of Their Second Motion for Partial Summary Judgment of Patent Invalidity | 5/9/2007 | 89 | D |
| Defendants' Response to Plaintiff's Objections to Evidence and Argument in Defendants' Second Motion for Partial Summary Judgment of Patent Invalidity | 5/9/2007 | 55 | D |

Case 6:05-cv-00424-LED   Document 345   Filed 08/28/2007   Page 23 of 30

Exhibit 3.6
Pleadings and Discovery Itemization

| DOCUMENT DESCRIPTION | DATE | PG. CT. | FILER |
|---|---|---|---|
| Order Granting Defendants' Unopposed Motion for Leave to Exceed the Page Limit in Reply Brief | 5/10/2007 | 1 | Court |
| Plaintiff's Unopposed Motion for Leave to File in Excess of Page Limit | 5/16/2007 | 3 | P |
| Plaintiff's Sur-Reply in Opposition to Defendants' Second Partial Summary Judgment Motion of Patent Invalidity | 5/16/2007 | 21 | P |
| Plaintiff's Unopposed Motion for Leave to File a Sur-Reply in Excess of Page Limit in Opposition to Defendants' Second Partial Summary Judgment Motion of Patent Invalidity | 5/16/2007 | 3 | P |
| Order Granting Plaintiff's Motion to File in Excess of Page Limit | 5/17/2007 | 2 | Court |
| Order Granting Plaintiff's Motion to File Sur-Reply in Excess of Page Limit | 5/17/2007 | 2 | Court |
| Plaintiff's Memorandum of Points and Authorities in Support of Its Sealed Motion for Sanctions for Alternative Relief | 5/19/2007 | 872 | P |
| Defendants' Additional Attachments to Motion for Partial Summary Judgment of Patent Invalidity and Incorporated Memorandum of Support | 5/21/2007 | 9 | D |
| Minutes for 05/22/07 Summary Judgment Hearing | 5/22/2007 | 3 | Court |
| Defendants' Motion for Leave to Supplement Discovery Based on Newly Discovered Evidence | 5/22/2007 | 105 | D |
| Joint Motion to Amend January 26, 2007 Amended Docket Control Order | 5/24/2007 | 4 | Joint |
| Order Granting Joint Motion to Amend January 26, 2007 Amended Docket Control Order | 5/25/2007 | 2 | Court |
| Order Advising Both Parties that All Summary Judgment Motions Will Be Heard at Trial | 5/25/2007 | 1 | Court |
| Defendants' Notice of Request for Daily Transcript | 5/25/2007 | 3 | D |
| Plaintiff's Notice of request for Daily Transcript and Real Time Reporting on Trial Proceedings | 5/25/2007 | 3 | P |
| Unopposed Motion to Amend Docket Control Order | 5/31/2007 | 3 | D |
| Order Granting Joint Motion to Amend Docket Control Order | 6/1/2007 | 2 | Court |
| Defendants' Unopposed Motion for Extension of Time to File Opposition to Plaintiff's Motion for Sanctions and Other Relief | 6/4/2007 | 3 | D |
| Order Granting Defendants' Unopposed Motion for Extension of Time to File Opposition to Plaintiff's Motion for Sanctions and Alternative Relief | 6/6/2007 | 2 | Court |

Case 6:05-cv-00424-LED    Document 345    Filed 08/28/2007    Page 24 of 30

Exhibit 3.6
Pleadings and Discovery Itemization

| DOCUMENT DESCRIPTION | DATE | PG. CT. | FILER |
|---|---|---|---|
| Defendants' Unopposed Motion for Leave to Exceed Page Limit in Defendants' Opposition to Plaintiff's Motion for Sanctions or Alternative Relief | 6/6/2007 | 4 | D |
| First Funds' Response to AdvanceMe's Sealed Motion for Sanctions or Alternative Relief | 6/6/2007 | 340 | D |
| AdvanceMe's Opposition to Defendants' Motion for Leave to Supplement Discovery Based on Newly Discovered Evidence | 6/6/2007 | 387 | P |
| Order Granting Defendants' Unopposed Motion for Leave to Exceed Page Limit in Defendants' Opposition to Plaintiff's Motion for Sanctions or Alternative Relief | 6/7/2007 | 4 | Court |
| Order Granting Defendants' Unopposed Motion to Amend Docket Control Order | 6/7/2007 | 2 | Court |
| Defendants' Unopposed Motion to Amend Docket Control Order | 6/7/2007 | 5 | D |
| Notice of Motion Hearing Scheduled for 06/22/07 at 9:00 a.m. in Tyler, Texas | 6/8/2007 | 1 | Court |
| Joint Motion for Continuance of June 22, 2007 hearing | 6/11/2007 | 4 | Joint |
| Order Granting Joint Motion for Continuance of June 22, 2007 Hearing | 6/12/2007 | 1 | Court |
| Defendants' Proposed Findings of Fact and Conclusions of Law | 6/12/2007 | 98 | D |
| Joint Pre-Trial Order | 6/12/2007 | 290 | Joint |
| Plaintiff AdvanceMe's Proposed Findings of Fact and Conclusions of Law | 6/12/2007 | 146 | P |
| Consent Motion for an Extension of Time to File Reply Briefs to Docket Entries (PACER) 262 and 264 | 6/13/2007 | 3 | Joint |
| Plaintiff's Amended Proposed Findings of Fact and Conclusions of Law | 6/13/2007 | 147 | P |
| Order Granting Consent Motion for an Extension of Time to File Reply Briefs to Docket Entries (PACER) 262 and 264 | 6/14/2007 | 2 | Court |
| Application for Pro Hac Vice Admission of James Fazio on Behalf of AdvanceMe | 6/14/2007 | 6 | P |
| Defendants' Reply in Support of Their Motion for Leave to Supplement Discovery Based on Newly Discovered Evidence | 6/18/2007 | 16 | D |
| Plaintiff's Unopposed Motion for Leave to File a Reply in Support of Its Motion for Sanctions in Excess of Pages | 6/18/2007 | 3 | P |
| AdvanceMe's Sealed Reply in Support of Its Motion for Sanctions Against Defendants2 | 6/18/2007 | 91 | P |

Exhibit 3.6
Pleadings and Discovery Itemization

| DOCUMENT DESCRIPTION | DATE | PG. CT. | FILER |
|---|---|---|---|
| Order Granting Plaintiff's Unopposed Motion for Leave to File a Sealed Reply in Support of Its Sealed Motion for Sanctions in Excess of Page Limit | 6/19/2007 | 2 | Court |
| Corrected Exhibit D to the Parties' Joint Final Pre-Trial Order | 6/19/2007 | 46 | D |
| Corrected Exhibit F to the Parties' Joint Final Pre-Trial Order | 6/19/2007 | 58 | D |
| Defendants' Objections, Counter-Designations and Offers of Optional Completeness | 6/19/2007 | 17 | D |
| AdvanceMe's Rebuttal Designations of Deposition Testimony | 6/19/2007 | 57 | P |
| AdvanceMe's Objections to Defendants' Affirmative Deposition Designations | 6/19/2007 | 32 | P |
| Supplemental Rebuttal Expert Report of Edward J. Hogan | 6/22/2007 | 2 | P |
| Defendants' Unopposed Motion for Leave to Exceed Page Limit in Defendants' Sur-Reply to Plaintiff's Motion for Sanctions or Alternative Relief | 6/25/2007 | 3 | D |
| First Funds' Sur-Reply to AdvanceMe's Reply in Support of Its Motion for Sanctions | 6/25/2007 | 100 | D |
| AdvanceMe's Sur-Reply in Opposition to Defendants' Motion for Leave to Supplement Discovery Based on Newly Discovered Evidence | 6/25/2007 | 8 | P |
| Order Granting Defendants' Unopposed Motion for Leave to Exceed Page Limit in Defendants' Sur-Reply to Plaintiff's Motion for Sanctions or Alternative Relief | 6/26/2007 | 1 | Court |
| Defendants' Objections to Plaintiff's Counter-Designations and Offers of Optional Completeness | 6/26/2007 | 25 | D |
| AdvanceMe's Objections to Defendants' Deposition Counter-Designations | 6/26/2007 | 17 | P |
| Minutes for Motion for Sanctions Hearing | 6/27/2007 | 3 | Court |
| Minutes of Motion for Sanctions Hearing | 6/27/2007 | 3 | Court |
| Defendants' Objections to Plaintiff's Trial Exhibit List | 6/28/2007 | 4 | D |
| AdvanceMe's Objections to Defendants' Corrected Trial Exhibit List | 6/28/2007 | 50 | P |
| Memorandum Opinion and Order Regarding Plaintiff's Motion for Sanctions | 7/2/2007 | 13 | Court |
| Order Denying Defendants' Motion for Leave to Supplement Discovery Based on Newly Discovered Evidence | 7/9/2007 | 9 | Court |
| Minutes from Pretrial Conference | 7/9/2007 | 8 | Court |

Exhibit 3.6
Pleadings and Discovery Itemization

| DOCUMENT DESCRITPTION | DATE | PG. CT. | FILER |
|---|---|---|---|
| Defendants' Submission Regarding the Time Needed for Trial | 7/10/2007 | 3 | D |
| Plaintiff's Submission Regarding the Time Needed for Trial | 7/10/2007 | 2 | P |
| Order Re: Trial Time | 7/12/2007 | 3 | Court |
| Subpoena of Tom Burnside | 7/12/2007 | 2 | D |
| Plaintiff's Motion to Quash Trial Subpoena of Tom Burnside | 7/13/2007 | 4 | P |
| Agreed Motion to Withdraw Motion to Quash Trial Subpoena of Tom Burnside (Dkt. #318) | 7/13/2007 | 2 | P |
| Minutes of Bench Trial | 7/16/2007 | 2 | Court |
| Order Granting Agreed Motion to Withdraw Motion to Quash Trial Subpoena of Tom Burnside (Dkt. #318) | 7/16/2007 | 1 | Court |
| Defendants' Trial Brief in Support of Corroborating Evidence | 7/19/2007 | 10 | D |
| Order Striking Defendants' Trial Brief in Support of Corroborating Evidence | 7/25/2007 | 1 | Court |
| Total | | 12993 | |

Case 6:05-cv-00424-LED   Document 345   Filed 08/28/2007   Page 27 of 30

EXHIBIT 3.7
Document Production Itemization

| Bates Prefix | No. of Pages | Comments |
|---|---|---|
| FF | 1438 | First Funds produced documents FF_00001-1443 while a party to the Rapidpay action. Five pages were withheld for privilege |
| MMT | 1696 | Merchant Money Tree produced documents MMT_00001-1707; however, bates numbers MMT_01450-1460 were not used. |
| RF | 1097 | Reach Financial produced documents RF_00001-1060; however, 37 pages had to be reproduced in an unredacted format. |
| BOA | 20 | |
| DC | 112 | |
| EDSADV | 58 | |
| FUSA | 4 | |
| LC | 21 | |
| LI | 67 | |
| TR | 102 | Range includes a page numbered 77A due to inadvertent re-use of TR_00077 |
| Total Pages | 4615 | |

Page 1 of 1

Exhibit No. 3.7

EXHIBIT 3.8
Deposition Exhibit Itemization

| Deposition | Date | Invoice Number | No. of Pages | Price/Page | Total | Reduction Negotiated Between Parties | Reduction Amount | Taxable Cost Submitted | Documentation at Ex. No.: |
|---|---|---|---|---|---|---|---|---|---|
| Abbott, Allen | 1/11/2007 | A00B00EAB | 52 | $0.35 | $18.20 | | | $18.20 | 1.1 |
| Alexander, Jim | 3/9/2007 | A101D90AB | 8 | $0.35 | $2.80 | | | $2.80 | 1.2 |
| Benedict, Bill | 2/8/2007 | A100CC8AB | 204 | $0.35 | $71.40 | | | $71.40 | 1.3 |
| Bouchard, Larry | 1/31/2007 | 16027754 | 44 | $0.45 | $19.80 | 50% | $9.90 | $9.90 | 1.4 |
| Boudette, Michelle | 2/16/2007 | 16028358 | 6 | $0.45 | $2.70 | 50% | $1.35 | $1.35 | 1.5 |
| Bourne, Randy | 1/26/2007 | A00B0E0AB | 66 | $0.35 | $23.10 | | | $23.10 | 1.6 |
| Burnside, Tom | 1/18/2007 | 16027593 | 15 | $0.45 | $6.75 | 50% | $3.38 | $3.38 | 1.7 |
| Carter, Jennifer | 2/27/2007 | A10191 9AB | 47 | $0.35 | $16.45 | | | $16.45 | 1.8 |
| Chasen, Mel | 7/12/2007 | SD 1375 | 67 | $0.25 | $16.75 | 50% | $8.38 | $8.38 | 1.9 |
| DeRussy, Cortes | 3/1/2007 | A101D8FAB | 42 | $0.35 | $14.70 | 100% | $14.70 | $0.00 | 1.10 |
| DeRussy, Cortes | 4/23/2007 | A103612AB | 670 | $0.35 | $234.50 | 100% | $234.50 | $0.00 | 1.11 |
| Elasri, Ruth | 2/22/2007 | A101917AB | 77 | $0.35 | $26.95 | 100% | $26.95 | $0.00 | 1.12 |
| Falke, Les | 3/2/2007 | 16028311 | 104 | $0.45 | $46.80 | 50% | $23.40 | $23.40 | 1.13 |
| Gepford, Jeannette | 2/15/2007 | 16027967 | 8 | $0.45 | $3.60 | 50% | $1.80 | $1.80 | 1.14 |
| Goldman, Glenn | 2/27/2007 | 16028304 | 34 | $0.45 | $15.30 | 50% | $7.65 | $7.65 | 1.15 |
| Hardwick, Cliff | 2/7/2007 | 16027988 | 70 | $0.45 | $31.50 | 50% | $15.75 | $15.75 | 1.16 |
| Headlund, Donald | 4/11/2007 | A103174AB | 395 | $0.35 | $138.25 | | | $138.25 | 1.17 |
| Jackson, William | 1/23/2007 | A009F16AB | 164 | $0.35 | $57.40 | | | $57.40 | 1.18 |
| Johnson, Barbara | 6/28/2006 | NY124229 | 24 | $0.40 | $9.60 | 50% | $4.80 | $4.80 | 1.19 |
| Johnson, Gary | 2/23/2007 | 16028302 | 126 | $0.45 | $56.70 | 50% | $28.35 | $28.35 | 1.20 |
| Konop, John | 2/8/2007 | 16027921 | 12 | $0.45 | $5.40 | 50% | $2.70 | $2.70 | 1.21 |
| Landon, Edward | 2/14/2007 | 16027934 | 16 | $0.45 | $7.20 | 50% | $3.60 | $3.60 | 1.22 |
| Little, Tim | 9/6/2006 | NY131958 | 96 | $0.40 | $38.40 | 50% | $19.20 | $19.20 | 1.23 |
| Logan, Nick | 3/1/2007 | 16028309 | 4 | $0.45 | $1.80 | 50% | $0.90 | $0.90 | 1.24 |
| Lott, Danial | 2/26/2007 | A10190FAB | 69 | $0.35 | $24.15 | 100% | $24.15 | $0.00 | 1.25 |
| McBrearty, Tom | 2/13/2007 | 16028017 | 16 | $0.45 | $7.20 | 50% | $3.60 | $3.60 | 1.26 |
| Morgenstein, Bill | 2/20/2007 | 16028274 | 21 | $0.45 | $9.45 | 50% | $4.73 | $4.73 | 1.27 |
| Secher, Adam | 1/30/2007 | A1001A6AB | 10 | $0.35 | $3.50 | 50% | | $3.50 | 1.28 |
| Sorwell, Gerette | 2/14/2007 | 16027934 | 16 | $0.45 | $7.20 | | | $7.20 | 1.29 |
| Suckow, Lee | 10/4/2006 | 16025941 | 26 | $0.45 | $11.70 | 50% | $5.85 | $5.85 | 1.30 |
| Total | | | | | $929.25 | | $445.63 | $483.63 | |

Page 1 of 1

**Exhibit No. 3.8**

EXHIBIT 3.9
Hearing Notebook Itemization

First Motion for Summary Judgment

| DOCUMENT | DATE | PG. CT. |
|---|---|---|
| Defendants' Motion for Partial Summary Judgment of Patent Invalidity | 3/12/2007 | 524 |
| Plaintiff's Opposition to Defendants' Partial Summary Judgment Motion of Patent Invalidity | 4/2/2007 | 702 |
| Errata to the Declaration of Michael N. Edelman in Support of Plaintiff Advanced's Opposition to Defendants' Motion for Partial Summary Judgment Motion of Patent Invalidity | 4/3/2007 | 202 |
| Defendants' Reply Brief in Support of Their Motion for Partial Summary Judgment of Patent Invalidity | 4/13/2007 | 46 |
| Plaintiff's Sur-Reply in Opposition to Defendants' Partial Summary Judgment Motion of Patent Invalidity | 4/19/2007 | 13 |
| Declaration of Michael Edelman in Support of Plaintiff's Sur-Reply | 4/19/2007 | 12 |
| **Subtotal** | | **1499** |

Second Motion for Summary Judgment

| DOCUMENT | DATE | PG. CT. |
|---|---|---|
| Defendants' Second Motion for Partial Summary Judgment of Patent Invalidity and Incorporated Memorandum in Support | 4/12/2007 | 304 |
| Plaintiff's Opposition to Defendants' Second Motion for Partial Summary Judgment of Patent Invalidity | 5/2/2007 | 489 |
| Defendants' Reply Brief in Support of Their Second Motion for Partial Summary Judgment of Patent Invalidity | 5/9/2007 | 89 |
| Plaintiff's Sur-Reply in Opposition to Defendants' Second Partial Summary Judgment Motion of Patent Invalidity | 5/16/2007 | 21 |
| **Subtotal** | | **903** |

**Total**                                                                                          **2402**

**Exhibit No. 3.9**