# EXHIBIT 4

Dockets.Justia.com

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### TYLER DIVISION

| | | |
|---|---|---|
| **ADVANCEME, INC.** | § | |
| **Plaintiff,** | § | |
| | § | **CIVIL ACTION NO. 6:06cv82** |
| **vs.** <span style="color:blue">Case 6:05-cv-00424-LED    Document 345    Filed 08/28/2007    Page 2 of 2</span> | § | |
| | § | |
| **AMERIMERCHANT** | § | |

---

| | | |
|---|---|---|
| **ADVANCEME, INC.** | § | |
| **Plaintiff,** | § | |
| | § | **CIVIL ACTION NO. 6:05cv424** |
| **vs.** | § | |
| | § | |
| **RAPIDPAY, LLC, BUSINESS** | § | |
| **CAPITALCORPORATION, FIRST** | § | |
| **FUNDS LLC, MERCHANT MONEY** | § | |
| **TREE, INC., REACH FINANCIAL,** | § | |
| **LLC and FAST TRANSACT, INC. dba** | § | |
| **SIMPLE CASH** | § | |
| **Defendants.** | § | |

### ORDER

The Court has received an invoice representing services rendered and expenses incurred through October 19, 2006 by technical advisor, Mike McLemore. Upon review, the Court finds the total amount charged, $25,000.00, to be appropriate and ORDERS Plaintiff to pay one half, $12,500.00, and Defendants, collectively, to pay one half, $12,500.00.

Payment should be made by November 30, 2006 to Michael T. McLemore, Attorney-at-Law, 10333 Richmond Ave. Suite 1100, Houston, Texas 77042.

**So ORDERED and SIGNED this 31st day of October, 2006.**

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE

**Exhibit No. 4**