## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | |
|---|---|
| **ADVANCEME, INC.** § | |
| *Plaintiff* § | |
| § | |
| **VS.** § | |
| § | |
| **RAPIDPAY, LLC, BUSINESS CAPITAL** § | **CAUSE NO. 6:05-CV-424 LED** |
| **CORPORATION, FIRST FUNDS LLC,** § | |
| **MERCHANT MONEY TREE, INC.,** § | |
| **REACH FINANCIAL, LLC and** § | |
| **FAST TRANSACT, INC. d/b/a** § | |
| **SIMPLE CASH** § | |
| *Defendants* § | |

### ORDER GRANTING MOTION FOR ENTRY OF AGREED BILL OF COSTS

CAME ON FOR CONSIDERATION, Defendants Merchant Money Tree, Inc. and Reach Financial, LLC's Motion for Entry of Agreed Bill of Costs, which is uncontested by Plaintiff AdvanceMe, Inc. The Court, having considered the evidence presented, finds this Motion should be GRANTED.

IT IS, THEREFORE, ORDERED that the Clerk of Court is instructed to enter the Bill of Costs agreed by the parties and attached to said Motion as Exhibit 5, and costs in the amount of $34,042.37 are taxed against Plaintiff.