Form 7

FORM 7.  Appeal Information Sheet

# FEDERAL CIRCUIT APPEAL INFORMATION SHEET

[✓] United States District Court for the  Eastern District of Texas; Tyler Division
[ ] United States Court of International Trade
[ ] United States Court of Federal Claims
[ ] United States Court of Appeals for Veterans Claims

Type of case: Patent

AdvanceMe  v.  RapidPay

*CLERK, U.S. DISTRICT COURT RECEIVED AUG 29 2007 EASTERN DIST. OF TEXAS LUFKIN, TEXAS*

(List all parties. Use an asterisk to indicate dismissed or withdrawn parties. Use a separate sheet if needed. Explain any discrepancy with the caption used on the judgment, order, or opinion.)

Docket No. 6:05cv424     Date of Judgment or Order  8/14/07
(Cross) or related appeal?  Yes ✗ 344    Date of Notice of Appeal  8/15/07
Appellant is:  [✓] Plaintiff   [ ] Defendant   [ ] Other (explain)

FEES:   Court of Appeals docket fee paid?   [✓] Yes   [ ] No
        U.S. Appeal?                         [✓] Yes   [ ] No
        In forma pauperis?                   [ ] Yes   [✓] No

Is this matter under seal?   [ ] Yes   [✓] No

COUNSEL: (List name, firm, address, and telephone of lead counsel for each party. Indicate party represented. Use separate sheet if needed.)

See attached certified docket sheet

_____  _____

COURT REPORTER: (Name and telephone): _____

IMPORTANT: Attach a copy of the judgment or order appealed from and any supporting opinion or memorandum. Forward together with a copy of the notice of appeal and certified docket entries.

Clerk of Court
United States Court of Appeals for the Federal Circuit
717 Madison Place, NW
Washington, DC  20439

Reset Fields

111