AO 148
(Rev. 6/88)

# UNITED STATES COURT OF APPEALS
## FOR THE FEDERAL CIRCUIT

AdvanceMe, Inc.

--VERSUS--

RapidPay, LLC, et al.

) Appeal from  [✓] U.S. District Court for  E.D. Texas
[ ] Court of International Trade
[ ] Claims Court

) TRIAL COURT NO.  6:05-CV-424 LED

) CIRCUIT COURT NO. _____

## TRANSCRIPT PURCHASE ORDER
(See Rules 10(b) and 11(b) of the Federal Rules of Appellate Procedure)

PART 1 - TO BE COMPLETED BY APPELLANT WITHIN 10 DAYS OF FILING OF NOTICE OF APPEAL.
Copies to be distributed by appellant as follows: Copies 1, 2, and 3 to court reporter; Copy 4 to Trial Court;
Copy 5 to appellee; Copy 6 retained by appellant.

A. Complete one of the following:
[ ] A transcript is not needed for the appeal
[✓] A transcript is already on file
[ ] Request is hereby made to the reporter for a transcript of the following proceedings (give particulars):
Note: voir dire and closing arguments are not prepared unless specifically requested.

Note: Unless the entire transcript is ordered, appellant must attach a statement of the issues to Copies 4 and 5.
B. I certify that financial arrangements have been made with the reporter. Payment is by:
[✓] Private funds
[ ] Government expense (civil case). A motion for transcript has been submitted to the trial judge.

SIGNED _____ Date 8/29/2007  COUNSEL FOR  Pltf/Appellant, AdvanceMe, Inc.
ADDRESS  Paul, Hastings, Janofsky & Walker LLP, Five Palo Alto Square, Sixth Floor, Palo Alto, CA 94306
TELEPHONE  (650) 320-1800

PART II - TO BE COMPLETED BY COURT REPORTER.
Copy 1 and 3 retained by the reporter; Copy 2 to be transmitted to the Court of Appeals on same date transcript order is received.
Date Purchase Order received: _____ .
Estimated completion date: _____ .
Estimated number of pages: _____ .

I certify that satisfactory financial arrangements [ ] have [ ] have not been completed with appellant for payment of the cost of the transcript.

Signature _____ Date _____
Telephone: _____

PART III - NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE TRIAL COURT.
(To be completed by court reporter on date of filing transcript in Trial Court and this notification must be to Court of Appeals on same date.)

This is to certify that the transcript has been completed. _____ volumes of transcript have been filed with the Trial Court today.

Date _____  (Signature of Court Reporter) _____

DISTRIBUTION: COURT REPORTER (3 copies), TRIAL COURT, TRIAL, APPELLANT
(Two of Court Reporter's copies are for completion of Part II and Part III and transmittal to Clerk, U.S. Court of Appeals, Federal Circuit, 717 Madison Place, N.W. Washington, D.C. 20439.)

## **CERTIFICATE OF SERVICE**

    I hereby certify that all counsel of record who have consented to electronic service are being served a copy of this document via the court's CM/ECF system pursuant to Local Rule CV-5(a)(3).

                                  By   */s/ Michael N. Edelman*
                                           Michael N. Edelman

## CERTIFICATE OF SERVICE

I hereby certify that on August 29, 2007, I served three (3) true and correct copies of:

**Transcript Purchase Order**

on the court reporter in the manner indicated:

**VIA UNITED STATES POSTAL SERVICE**
Sunbelt Reporting and Litigation Services
6575 West Loop South, Suite 580
Bellaire, Texas 77401
Phone: 713.667.0763


I certify that the foregoing is true and correct, executed this 29th day of August, 2007.

_____
Kimberly Fitch

LEGAL_US_W # 56976227.1