# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | | |
|---|---|---|
| ADVANCEME, INC., | § | CASE NO.: Civil Action No. 6:05-CV-424 LED |
|     Plaintiff | § | |
| vs. | § | |
| RAPIDPAY LLC, et al., | § | |
|     Defendants | § | |

### PLAINTIFF ADVANCEME, INC.'S FINAL TRIAL EXHIBIT LIST

| | | |
|---|---|---|
| **Presiding Judge:** LEONARD DAVIS | **Plaintiff's Attorney(s):** Otis Carroll | **Defendant's Attorneys:** Willem Schuurman |
| **Trial Date:** July 16 - 20, 2007 | **Court Reporter:** Terese Casterline & Jana Bald | **Courtroom Deputy:** Rosa Ferguson |

** *Categories: (A) - Will Use; (B) - May Use; (C) Probably Won't Use*

| EXH. NO. | DESCRIPTION | BATES NO. | Category | Marked | Offered | Objection | Admitted | DATE | WITNESS* |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Complaint for Patent Infringement, filed November 9, 2005 | Docket No. 1 | B | | X | | X | 7/16/07 | |
| 2 | Amended Complaint for Patent Infringement, filed February 27, 2006 | Docket No. 23-1 | A | | X | | X | 7/16/07 | |
| 3 | Defendant Reach Financial LLC's Answer, Affirmative Defenses, and CounterClaims in Response to Plaintiff's Amended Complaint, filed April 24, 2006 | Docket No. 36 | B | | X | | X | 7/16/07 | |

*All of the documents on Plaintiff's Final Trial Exhibit List were admitted into evidence. The witness notations in the "Witness" column solely reflect the identities of the witnesses during whose examinations by plaintiff the exhibits were discussed.

Dockets.Justia.com

| EXH. NO. | DESCRIPTION | BATES NO. | Category | Marked | Offered | Objection | Admitted | DATE | WITNESS* |
|---|---|---|---|---|---|---|---|---|---|
| 4 | Defendant Reach Financial LLC's First Amended Answer, Affirmative Defenses, and CounterClaims in Response to Plaintiff's Amended Complaint, filed July 7, 2006 | Docket No. 72 | A | | X | | X | 7/16/07 | |
| 7 | Defendant Merchant Money Tree, Inc.'s Answer, Affirmative Defenses, and CounterClaims in Response to Plaintiff's Amended Complaint, filed April 24, 2006 | Docket No. 37 | B | | X | | X | 7/16/07 | |
| 8 | Defendant Merchant Money Tree, Inc.'s First Amended Answer, Affirmative Defenses, and CounterClaims in Response to Plaintiff's Amended Complaint, filed July 7, 2006 | Docket No. 71 | A | | X | | X | 7/16/07 | |
| 14 | Reach Financial, LLC's Responses and Objections to AdvanceMe, Inc.'s First Set of Interrogatories to Defendant Reach Financial, LLC, dated 9/22/06 | | B | | X | | X | 7/16/07 | |
| 15 | Reach Financial, LLC's Amended Responses and Objections to AdvanceMe, Inc.'s First Set of Interrogatories to Defendant Reach Financial, LLC, dated 12/1/06 | | B | | X | | X | 7/16/07 | |
| 16 | Reach Financial, LLC's Amended Response and Objections to AdvanceMe, Inc.'s Interrogatory No. 7 to Defendant Reach Financial, LLC, dated 1/10/07 | | B | | X | | X | 7/16/07 | Benedict |
| 17 | Reach Financial, LLC's Second Amended Responses and Objections to AdvanceMe, Inc.'s First Set of Interrogatories to Defendant Reach Financial, LLC, dated 1/12/07 | | B | | X | | X | 7/16/07 | Benedict |
| 18 | Reach Financial, LLC's Third Amended Responses and Objections to AdvanceMe, Inc.'s First Set of Interrogatories to Defendant Reach Financial, LLC, dated 3/2/07 | | A | | X | | X | 7/16/07 | |

*All of the documents on Plaintiff's Final Trial Exhibit List were admitted into evidence. The witness notations in the "Witness" column solely reflect the identities of the witnesses during whose examinations by plaintiff the exhibits were discussed.

| EXH. NO. | DESCRIPTION | BATES NO. | Category | Marked | Offered | Objection | Admitted | DATE | WITNESS* |
|---|---|---|---|---|---|---|---|---|---|
| 19 | Merchant Money Tree, Inc.'s Responses and Objections to AdvanceMe, Inc.'s First Set of Interrogatories to Defendant Merchant Money Tree, Inc., dated 9/22/06 | | B | | X | | X | 7/16/07 | |
| 20 | Merchant Money Tree, Inc.'s Amended Responses and Objections to AdvanceMe, Inc.'s First Set of Interrogatories to Defendant Merchant Money Tree, Inc., dated 12/1/06 | | B | | X | | X | 7/16/07 | |
| 21 | Merchant Money Tree, Inc.'s Amended Response and Objections to AdvanceMe, Inc.'s  Interrogatory No. 7 to Defendant Merchant Money Tree, Inc. , dated 1/10/07 | | A | | X | | X | 7/16/07 | |
| 22 | Merchant Money Tree, Inc.'s Second Amended Responses and Objections to AdvanceMe, Inc.'s First Set of Interrogatories to Defendant Merchant Money Tree, Inc., dated 1/12/07 [Jackson Exh. 3] | | B | | X | | X | 7/16/07 | Jackson |
| 23 | Merchant Money Tree, Inc.'s Third Amended Responses and Objections to AdvanceMe, Inc.'s First Set of Interrogatories to Defendant Merchant Money Tree, Inc., dated 3/2/07 | | A | | X | | X | 7/16/07 | |
| 24 | Defendants' First Set of Interrogatories to Plaintiff AdvanceMe, Inc., dated 9/1/06 | | B | | X | | X | 7/16/07 | |
| 25 | Defendants' Amended First Set of  Interrogatories to Plaintiff AdvanceMe, Inc., dated 9/26/06 | | B | | X | | X | 7/16/07 | |
| 26 | Plaintiff AdvanceMe Inc.'s Objections and Response to Defendants' Amended First Set of Interrogatories to Plaintiff AdvanceMe, Inc., dated 10/31/06 | | B | | X | | X | 7/16/07 | |

*All of the documents on Plaintiff's Final Trial Exhibit List were admitted into evidence. The witness notations in the "Witness" column solely reflect the identities of the witnesses during whose examinations by plaintiff the exhibits were discussed.

| EXH. NO. | DESCRIPTION | BATES NO. | Category | Marked | Offered | Objected | Admitted | DATE | WITNESS* |
|---|---|---|---|---|---|---|---|---|---|
| 27 | Plaintiff AdvanceMe, Inc.'s Supplemental Objections and Responses to Defendants' Amended First Set of Interrogatories, dated 1/12/07 | | B | | X | | X | 7/16/07 | |
| 28 | Defendants' Second Set of Interrogatories to Plaintiff AdvanceMe, Inc., dated 2/2/07 | | B | | X | | X | 7/16/07 | |
| 29 | Plaintiff AdvanceMe, Inc.'s Objections and Responses to Defendants' Second Set of Interrogatories, dated 3/8/07 | | B | | X | | X | 7/16/07 | |
| 30 | File History for United States Patent No. 6,826,544 | FHC0001 - FHC0830 | A | | X | | X | 7/16/07 | |
| 31 | File History for United States Patent No. 6,941,281 | 281FH0001 - 281FH0963 | A | | X | | X | 7/16/07 | |
| 32 | Declaration of Allen Abbot, dated December 21, 2006 [Abbott Exh. 4] | | C | | X | | X | 7/16/07 | |
| 33 | Letter dated December 27, 1989 from A. Abbott to T. Litle [Abbot Exh. 5] | LI_00065 - LI_00066 | C | | X | | X | 7/16/07 | |
| 34 | "People thought I was nuts," Forbes, June 8, 1992 [Abbott Exh. 6; Bouchard Exh. 6; Headlund Pltf's Exh. 7; Litle Exh. 6] | LI_00001 - LI_00003 | B | | X | | X | 7/16/07 | |
| 35 | Irrevocable Payment Instructions [Benedict Exh. 2] | RF_00045 - RF_00046 | A | | X | | X | 7/16/07 | Benedict |
| 36 | "Merchant Financing Program" [Benedict Exh. 3] | RF_00040 | B | | X | | X | 7/16/07 | Benedict |
| 37 | Letter dated March 20, 2006 from T. Bragg to M. McCabe [Benedict Exh. 4] | RF_00034 | B | | X | | X | 7/16/07 | |

*All of the documents on Plaintiff's Final Trial Exhibit List were admitted into evidence. The witness notations in the "Witness" column solely reflect the identities of the witnesses during whose examinations by plaintiff the exhibits were discussed.

| EXH. NO. | DESCRIPTION | BATES NO. | Category | Marked | Offered | Objected | Admitted | DATE | WITNESS* |
|---|---|---|---|---|---|---|---|---|---|
| 38 | "Your FINANCIAL needs are now within REACH!" [Benedict Exh. 5] | RF_00035 | B | X | | X | | 7/16/07 | |
| 39 | "10 Top Reasons Small Businesses Get Working Capital from REACH Financial" [Benedict Exh. 6] | RF_00033 | B | X | | X | | 7/16/07 | |
| 40 | "Reach Merchant Financing Program" [Benedict Exh. 7] | RF_00037 | B | X | | X | | 7/16/07 | Benedict |
| 41 | "Company X:  Reach Merchant Financing Program" [Benedict Exh. 8] | RF_00036 | B | X | | X | | 7/16/07 | Benedict |
| 42 | "Central BANCARD:  Reach Merchant Financing Program" [Benedict Exh. 9] | RF_00039 | B | X | | X | | 7/16/07 | Benedict |
| 43 | Letter from Reach Financial, LLC to Merchant [Benedict Exh. 10] | RF_00041 | B | X | | X | | 7/16/07 | |
| 44 | Application Sheet [Benedict Exh. 11] | RF_00042 | A | X | | X | | 7/16/07 | |
| 45 | Reach Financial, LLC, Purchase Agreement [Benedict Exh. 12; Headlund Pltf's Exh. 18] | RF_00043 - RF_00044 | A | X | | X | | 7/16/07 | Benedict |
| 46 | Reach Financial, LLC, Purchase Agreement Rider [Benedict Exh. 13] | RF_00047 | A | X | | X | | 7/16/07 | |
| 47 | Letter dated September 16, 2005 from W. Benedict to Comdata Processing Systems [Benedict Exh. 14; Carter Exh. 3] | RF_00049 - RF_00050 | A | X | | X | | 7/16/07 | Benedict Carter |

*All of the documents on Plaintiff's Final Trial Exhibit List were admitted into evidence. The witness notations in the "Witness" column solely reflect the identities of the witnesses during whose examinations by plaintiff the exhibits were discussed.

| EXH. NO. | DESCRIPTION | BATES NO. | Category | Marked | Offered | Objection | Admitted | DATE | WITNESS* |
|---|---|---|---|---|---|---|---|---|---|
| 48 | Excerpts from Reach Finance, L.P. presentation [Benedict Exh. 15] | RF_00059, RF_00063, RF_00070 - RF_00071, RF_00083 - RF_00084, RF_00088 - RF_00089 | B | | X | | X | 7/16/07 | |
| 49 | Summary Report:  Funding Equity:  Reach Financial LLC as of 9/6/2005 [Benedict Exh. 16] | RF_00121 - RF_00177 | A | | X | | X | 7/16/07 | Benedict |
| 50 | Resume of Laurent F. (Larry ) Bouchard [Bouchard Exh. 3] | | C | | X | | X | 7/16/07 | |
| 51 | Member Agreement between Litle & Company and National Processing Company, dated June 9, 1992 [Bouchard Exh. 4; Bourne Exh. 6; Litle Exh. 4] | LI_00017 - LI_00029 | B | | X | | X | 7/16/07 | Bouchard |
| 52 | Demand Promissory Notes for Postage Advances [Bouchard Exh. 5] | LI_00004, LI_00008, LI_00033, LI_00035 - LI_00036, LI_00038, LI_00040, LI_00042, LI_00055, LI_00057 | B | | X | | X | 7/16/07 | |

*All of the documents on Plaintiff's Final Trial Exhibit List were admitted into evidence. The witness notations in the "Witness" column solely reflect the identities of the witnesses during whose examinations by plaintiff the exhibits were discussed.

| EXH. NO. | DESCRIPTION | BATES NO. | Category | Marked | Offered | Objection | Admitted | DATE | WITNESS* |
|---|---|---|---|---|---|---|---|---|---|
| 53 | Letter dated February 17, 1994 from Boston Publishing Company, Inc. to M. Duffy [Bouchard Exh. 7; Litle Exh. 5] | LI_00030 - LI_00031 | C | X | | | X | 7/16/07 | Bouchard; Litle |
| 55 | Spreadsheet [Boudette Exh. 2; Burnside Exh. AM-2; Hardwick Exh. 3; G. Johnson Exh. 2; Morgenstein Exh. 4] | AM_02149 | C | X | | | X | 7/16/07 | |
| 56 | "Competitive Landscape" spreadsheet [Boudette Exh. 3; Burnside Exh. AM-3; Morgenstein Exh. 5] | ADVAM0004110 | C | X | | | X | 7/16/07 | |
| 57 | E-mail dated July 7, 2006 from T. Litle to D. Goldin [Bourne Exh. 3] | | C | X | | | X | 7/16/07 | Litle |
| 58 | E-mail dated December 5, 2006 from D. Goldin to R. Bourne [Bourne Exh. 4] | | C | X | | | X | 7/16/07 | |
| 59 | Declaration of John Randall Bourne, dated January 26, 2007 [Bourne Exh. 5] | | C | X | | | X | 7/16/07 | |
| 60 | E-mails dated January 16 and January 27, 2006, attaching Reach MicroLoan Daily Reports [Carter Exh. 2] | COMDATA0001 - COMDATA0004; COMDATA1475 - COMDATA1476 | A | X | | | X | 7/16/07 | Carter |
| 61 | Irrevocable Payment Instructions dated September 19, 2005 between Comdata Processing System and Reach Finance, L.P. [Carter Exh. 4; Headlund Exh. 20] | RF_00051 - RF_00052 | A | X | | | X | 7/16/07 | Carter |

*All of the documents on Plaintiff's Final Trial Exhibit List were admitted into evidence. The witness notations in the "Witness" column solely reflect the identities of the witnesses during whose examinations by plaintiff the exhibits were discussed.

| EXH. NO. | DESCRIPTION | BATES NO. | Category | Marked | Offered | Objection | Admitted | DATE | WITNESS* |
|---|---|---|---|---|---|---|---|---|---|
| 62 | E-mail dated October 25, 2006 from M. Leary to B. Clanton and Admin. Sales [Carter Exh. 5] | COMDATA0276 - COMDATA0279 | B | X | | | X | 7/16/07 | Carter |
| 63 | E-mail from M. Leary to Admin. Sales and B. Clanton [Carter Exh. 6] | COMDATA0073 - COMDATA0077 | B | X | | | X | 7/16/07 | Carter |
| 64 | E-mail dated October 10, 2006 from M. Leary to B. Clanton and Admin. Sales [Carter Exh. 7] | COMDATA0365 - COMDATA0366 | B | X | | | X | 7/16/07 | Carter |
| 65 | E-mail dated November 27, 2006 from M. Leary to B. Clanton and Admin. Sales, and e-mail dated January 12, 2007 from B. Clanton to Admin. Sales [Carter Exh. 8] | COMDATA0166; COMDATA0007 - COMDATA0008 | B | X | | | X | 7/16/07 | Carter |
| 182 | United States Patent No. 6,941,281 [Elasri Exh. 13; Headlund Plft's Exh. 2; Jackson Exh. 2; B. Johnson Exh. 2; G. Johnson Exh. 1] | | A | X | | | X | 7/16/07 | Jackson; Suckow |
| 183 | Pages from Hidden Value Systems website: "Creating More from What's Already There [Falke Exh. 1] | | B | X | | | X | 7/16/07 | |
| 184 | Capital Access Network, Inc. Business Plan dated December 1998 [Falke Exh. 2] | CH0042 - CH0044 | B | X | | | X | 7/16/07 | |
| 185 | Countrywide Business Alliance Business Plan dated August 1999 [Falke Exh. 3; Gepford Exh. 3; Hardwick Exh. 5] | CH0051 - CH0054 | B | X | | | X | 7/16/07 | |

*All of the documents on Plaintiff's Final Trial Exhibit List were admitted into evidence. The witness notations in the "Witness" column solely reflect the identities of the witnesses during whose examinations by plaintiff the exhibits were discussed.

| EXH. NO. | DESCRIPTION | BATES NO. | Category | Marked | Offered | Objection | Admitted | DATE | WITNESS* |
|---|---|---|---|---|---|---|---|---|---|
| 186 | Letter dated October 29, 1992 from L. Suckow to Participating LeCARD Restaurateur [Falke Exh. 4; Hardwick Exh. 6; Konop Exh. 3; Secher Exh. 2; Suckow Exh. 3] | LC_00001 | B | | X | | X | 7/16/07 | |
| 187 | Transmedia Network Inc. Form 10-K for year ended September 30, 1995 [Falke Exh. 5; Headlund Pltf's Exh. 10; B. Johnson Exh. 6] | TR 00001 - TR 00062 | B | | X | | X | 7/16/07 | |
| 188 | "Dining cards:  Will work for food," The South Florida Business Journal, August 5, 1996 [Falke Exh. 6] | | C | | X | | X | 7/16/07 | |
| 189 | Capital Access Network presentation, May 2001 [Falke Exh. 7; Goldman Exh. 6] | ADV 0005691 - ADV 0005698 | B | | X | | X | 7/16/07 | |
| 190 | United States Patent No. 6,826,544 [Falke Exh. 8; B. Johnson Exh. 3] | | B | | X | | X | 7/16/07 | |
| 191 | Biographies for Les Falke and Steven Hunter [Falke Exh. 9] | ADVAM 00057775 | B | | X | | X | 7/16/07 | |
| 192 | Amendment and Response in the United States Patent and Trademark Office, Application 08/890,398, filed January 22, 1999 [Falke Exh. 10] | | B | | X | | X | 7/16/07 | |
| 193 | Competitive Landscape spreadsheet [Gepford Exh. 4; Hardwick Exh. 8] | ADVAM0004110 | C | | X | | X | 7/16/07 | |
| 194 | Competition Comparison spreadsheet [Gepford Exh. 5; Goldman Exh. 1; Hardwick Exhs. 3, 4] | AM_02149 - AM_02151 | C | | X | | X | 7/16/07 | |
| 195 | Page from Acacia Funding website:  "How It Works" [Gepford Exh. 6] | | C | | X | | X | 7/16/07 | |

*All of the documents on Plaintiff's Final Trial Exhibit List were admitted into evidence. The witness notations in the "Witness" column solely reflect the identities of the witnesses during whose examinations by plaintiff the exhibits were discussed.

| EXH. NO. | DESCRIPTION | BATES NO. | Category | Marked | Offered | Objected | Admitted | DATE | WITNESS* |
|---|---|---|---|---|---|---|---|---|---|
| 196 | Page from Sterling Funding website [Gepford Exh. 7] | | C | | X | | X | 7/16/07 | |
| 197 | Letter dated June 7, 2006 from J. Gepford to T. Gilbert [Gepford Exh. 8] | | C | | X | | X | 7/16/07 | |
| 198 | Organization chart for AdvanceMe Sales and Marketing Department [Goldman Exh. 2] | ADV 0005709 | B | | X | | X | 7/16/07 | |
| 199 | E-mail dated September 29, 2003 from R. Baker to J. Konop and M. Weigel [Goldman Exh. 3] | ADVAM0004750 - ADVAM0004751 | B | | X | | X | 7/16/07 | |
| 200 | E-mail dated September 29, 2003 from J. Konop to R. Baker [Goldman Exh. 4] | ADVAM0004752 - ADVAM0004753 | B | | X | | X | 7/16/07 | |
| 201 | E-mail dated October 22, 2003 from R. Baker to Executives [Goldman Exh. 5] | ADVAM0004802 - ADVAM0004804 | B | | X | | X | 7/16/07 | |
| 202 | Comprehensive Report regarding L. Suckow [Goldman Exh. 7] | ADV0005351 - ADV0005367 | B | | X | | X | 7/16/07 | |
| 203 | AdvanceMe, Inc. Leadership Conference, May 30, 2003 - June 1, 2003 [Hardwick Exh. 8] | CH0006 - CH0007 | B | | X | | X | 7/16/07 | |
| 204 | In Good Taste, Leadership Conference, May 30 - June 1, 2003 presentation [Hardwick Exh. 9] | CH0008 - CH0035 | B | | X | | X | 7/16/07 | |
| 205 | Letter dated July 19, 2005 from T. Burnside to C. Hardwick [Hardwick Exh. 10] | | B | | X | | X | 7/16/07 | |

*All of the documents on Plaintiff's Final Trial Exhibit List were admitted into evidence. The witness notations in the "Witness" column solely reflect the identities of the witnesses during whose examinations by plaintiff the exhibits were discussed.

| EXH. NO. | DESCRIPTION | BATES NO. | Category | Marked | Offered | Objected | Admitted | DATE | WITNESS* |
|---|---|---|---|---|---|---|---|---|---|
| 206 | Severance Agreement and Release dated January 5, 2006 between AdvanceMe, Inc. and Cliff Hardwick [Hardwick Exh. 11] | | B | | X | | X | 7/16/07 | |
| 207 | List of Documents for AdvanceMe Inc. [Hardwick Exh. 12] | CH0001 - CH0002 | B | | X | | X | 7/16/07 | |
| 208 | Promissory Note for Postage Advances dated June 22, 1990 by Litle & Co. to Exposures, Inc. [Headlund Defs' Exh. 1] | LI_00004 | B | | X | | X | 7/16/07 | |
| 209 | Demand Promissory Note for Postage Advances dated June 19, 1991 by Litle & Co. to Exposures, Inc. [Headlund Defs' Exh. 2] | LI_00008 | B | | X | | X | 7/16/07 | |
| 210 | Memorandum Opinion and Order filed December 21, 2006 [Headlund Pltf's Exh. 3] | Docket No. 182 | A | | X | | X | 7/16/07 | |
| 211 | Expert Report of Donald Headlund [Headlund Pltf's Exh. 4] | | A | | X | | X | 7/16/07 | |
| 212 | Rebuttal Expert Report of Donald Headlund dated April 2, 2007 [Headlund Pltf's Exh. 5] | | A | | X | | X | 7/16/07 | |
| 213 | Member Agreement dated June 9, 1992 between Litle & Company, Inc., National Processing Company, Inc., First National Bank of Louisville and Museum Publications of America [Headlund Pltf's Exh. 6] | LI_00017 - LI_00029 | B | | X | | X | 7/16/07 | |
| 214 | Letter dated February 17, 1994 from Boston Publishing Company, Inc. to M. Duffy [Headlund Pltf's Exh. 8] | LI_00030 - LI_00031 | C | | X | | X | 7/16/07 | |
| 215 | Letter dated October 29, 1992 from L. Suckow to Participating LeCARD Restaurateur with attachments [Headlund Pltf's Exh. 9; B. Johnson Exh. 1; Landon Exh. 3; McBrearty Exh. DC3; Sorwell Exh. 3; Suckow Exh. 9] | LC_00001 - LC_00012 | B | | X | | X | 7/16/07 | Suckow |

*All of the documents on Plaintiff's Final Trial Exhibit List were admitted into evidence. The witness notations in the "Witness" column solely reflect the identities of the witnesses during whose examinations by plaintiff the exhibits were discussed.

| EXH. NO. | DESCRIPTION | BATES NO. | Category | Marked for Ident. | Offered | Objection | Admitted | DATE | WITNESS* |
|---|---|---|---|---|---|---|---|---|---|
| 216 | Deposition of Elliott Merberg in Transmedia Restaurant Co., et al. vs. 33 E. 61st Street Restaurant Corp., Supreme Court of the State of New York, Index No. 601140/98, dated May 24, 1999 [Headlund Pltf's Exh. 11] | TR 00062 - TR 00077A | C | | X | | X | 7/16/07 | |
| 218 | Cash Advance Agreement [Headlund Pltf's Exh. 17; Jackson Exh. 7] | MMT_00002 - MMT_00007 | A | | X | | X | 7/16/07 | Jackson |
| 219 | Letter dated September 16, 2005 from W. Benedict to Comdata Processing Systems [Headlund Pltf's Exh. 19] | RF_00053 - RF_00054 | A | | X | | X | 7/16/07 | |
| 220 | E-mail dated March 30, 2007 from J. Gray to D. Headlund and J. Savant [Headlund Pltf's Exh. 21] | | B | | X | | X | 7/16/07 | |
| 221 | Merchant Money Tree advertisement [Jackson Exh. 4] | MMT_00001 | B | | X | | X | 7/16/07 | Jackson |
| 222 | Merchant Money Tree advertisement [Jackson Exh. 5] | MMT_00008 | B | | X | | X | 7/16/07 | Jackson |
| 223 | Merchant Money Tree advertisement [Jackson Exh. 6] | MMT_00012 | B | | X | | X | 7/16/07 | |
| 224 | Cash Advance Agreement with Merchant Money Tree, Inc. [Jackson Exh. 8] | MMT_00016 - MMT_00020 | A | | X | | X | 7/16/07 | |
| 225 | Cash Advance Agreement with Money for Merchants, LLC [Jackson Exh. 9] | MMT_00021 - MMT_00024 | A | | X | | X | 7/16/07 | |
| 226 | Cash Advance Agreement with Money for Merchants, LLC [Jackson Exh. 10] | MMT_00682 - MMT_00685 | A | | X | | X | 7/16/07 | |
| 227 | Exhibit A: Letter dated August 30, 2006 from merchant to Global Payments Direct, Inc. [Jackson Exh. 11] | MMT_00184 - MMT_00186 | A | | X | | X | 7/16/07 | Jackson |

\*All of the documents on Plaintiff's Final Trial Exhibit List were admitted into evidence. The witness notations in the "Witness" column solely reflect the identities of the witnesses during whose examinations by plaintiff the exhibits were discussed.

| EXH. NO. | DESCRIPTION | BATES NO. | Category | Marked | Offered | Objected | Admitted | DATE | WITNESS* |
|---|---|---|---|---|---|---|---|---|---|
| 228 | ISO Portfolio Transfer and Services Agreement dated June 28, 2002 between Merchant Data Systems, Inc. and Legacy Merchant Services, Inc. [Jackson Exh. 12] | MMT_00698 - MMT_00704 | A | | X | | X | 7/16/07 | |
| 229 | Merchant Data Systems Merchant Services Agreement package [Jackson Exh. 13] | MMT_00686 - MMT_00691 | A | | X | | X | 7/16/07 | Jackson |
| 230 | Marketing Agreement dated April 24, 2002 between Electronic Payment Systems, LLC and Legacy Merchant Services, Inc. [Jackson Exh. 14] | MMT_00705 - MMT_00715 | A | | X | | X | 7/16/07 | Jackson |
| 231 | Electronic Payment Systems Merchant Application [Jackson Exh. 15] | MMT_00680 - MMT_00681 | A | | X | | X | 7/16/07 | Jackson |
| 232 | AmeriMerchant Payment Systems Sales Agent Agreement dated July 10, 2006 between AmeriMerchant Payment Systems, Inc. and Merchant Money Tree, Inc. [Jackson Exh. 16] | MMT_00692 - MMT_00697 | A | | X | | X | 7/16/07 | Jackson |
| 233 | Cash Advance Agreement dated May 12, 2006 between Merchant Money Tree, Inc. and A & R Auto Repair [Jackson Exh. 17] | MMT_00716 - MMT_00720 | A | | X | | X | 7/16/07 | Jackson |
| 234 | Pay by Touch Processing Adjustment Form dated August 22, 2006 [Jackson Exh. 18] | MMT_01146 - MMT_01149 | A | | X | | X | 7/16/07 | Jackson |
| 235 | E-mail dated February 7, 2006 from J. Meinel to MerchantRisk@Merrickbank.com [Jackson Exh. 19] | MMT_01639 | B | | X | | X | 7/16/07 | Jackson |
| 236 | Balance summary spreadsheet dated July 11, 2006 [Jackson Exh. 20] | MMT_01354 - MMT_01358 | A | | X | | X | 7/16/07 | Jackson |

*All of the documents on Plaintiff's Final Trial Exhibit List were admitted into evidence. The witness notations in the "Witness" column solely reflect the identities of the witnesses during whose examinations by plaintiff the exhibits were discussed.

| EXH. NO. | DESCRIPTION | BATES NO. | Category | Marked | Offered | Objected | Admitted | DATE | WITNESS* |
|---|---|---|---|---|---|---|---|---|---|
| 237 | E-mails from AmeriMerchant Payment Systems to merchantmoneytree@amerimerchant.com [Jackson Exh. 21] | MMT_01670, MMT_01673 - MMT_01690 | A | | X | | X | 7/16/07 | Jackson |
| 238 | E-mail dated August 25, 2006 from AmeriMerchant Payment Systems to whj@thelegacynetwork.com [Jackson Exh. 22] | MMT_01655 | B | | X | | X | 7/16/07 | |
| 239 | Request for Extension-of-Time and Amendment in the United States Patent and Trademark Office, Application 09/356,711, filed July 14, 2004 [B. Johnson Exh. 4] | | B | | X | | X | 7/16/07 | |
| 240 | First USA Merchant Bankcard Application Packet [B. Johnson Exh. 5] | FUSA 0001 - FUSA 0004 | B | | X | | X | 7/16/07 | |
| 241 | Declaration of Self-Authentication of Business Records [of Paymentech, L.P.] [B. Johnson Exh. 7] | | B | | X | | X | 7/16/07 | |
| 242 | Declaration of Self-Authentication of Business Records [of Clever Ideas-LeCard, Inc.] [B. Johnson Exh.8] | | B | | X | | X | 7/16/07 | |
| 243 | "Lending a hand," Go, May 2006 [B. Johnson Exh. 9] | | B | | X | | X | 7/16/07 | |
| 244 | Vertrue Inc. Form 10-Q for period ending March 31, 2004 [G. Johnson Exh. 3] | | B | | X | | X | 7/16/07 | |
| 245 | Capital Access Network, Inc., Countrywide Business Alliance, Inc. Business Plan dated August 1999 [Konop Exh. 4] | CH0055 - CH0057 | B | | X | | X | 7/16/07 | |
| 246 | Tim Litle, "How I Did It: To succeed we have to know four things," Inc. Magazine, September 2006 [Litle Exh. 2] | | B | | X | | X | 7/16/07 | Litle |
| 247 | Resume for Thomas J. (Tim) Litle [Litle Exh. 3] | | C | | X | | X | 7/16/07 | |

*All of the documents on Plaintiff's Final Trial Exhibit List were admitted into evidence. The witness notations in the "Witness" column solely reflect the identities of the witnesses during whose examinations by plaintiff the exhibits were discussed.

*(Rev. 2.9.05)*

| EXH. NO. | DESCRIPTION | BATES NO. | Category | Marked | Offered | Objected | Admitted | DATE | WITNESS* |
|---|---|---|---|---|---|---|---|---|---|
| 248 | Schedule E-1: Demand Promissory Note for Postage Advances, Schedule F-1: Security Agreement and Repayment Schedule for Member Agreement between Litle & Co. and Museum Publications of America [Litle Exh. 7] | LI_00033 - LI_00035 | B | | X | | X | 7/16/07 | |
| 249 | Interoffice Memorandum dated January 24, 1990 from T. Litle to J. Shirey regarding New Product - Postage Advance [Litle Exh. 8] | LI_00063 - LI_00067 | C | | X | | X | 7/16/07 | |
| 250 | Schedule E-1: Promissory Note for Postage Advances, Schedule F-1: Security Agreement, Schedule F-4: Security Agreement Schedule E-4: Demand Promissory Note for Postage Advance between Litle & Co. and Exposures, Inc. [Litle Exh. 9] | LI_00004 - LI_00008 | B | | X | | X | 7/16/07 | |
| 251 | Columns 7 and 8 from United States Patent No. 6,941,281 [Litle Exh. 11] | | C | | X | | X | 7/16/07 | |
| 252 | Litle & Co. Invalidity Claim Chart, United States Patent No. 6,941,281 [Litle Exh. 12] | | C | | X | | X | 7/16/07 | |
| 253 | Litle Payment Processing Services [Litle Exh. 13] | | B | | X | | X | 7/16/07 | |
| 254 | File folder tab: "17. Postage Advance" [Litle Exh. 14] | | C | | X | | X | 7/16/07 | |
| 255 | E-mail dated April 26, 2006 from D. Goldin to T. Litle [Litle Exh. 15] | | C | | X | | X | 7/16/07 | |
| 256 | E-mail dated June 27, 2006 from T. Litle to D. Goldin [Litle Exh. 16] | | C | | X | | X | 7/16/07 | |
| 267 | Profile for William Morgenstein, Who's Who in America (61st ed. 2007) [Morgenstein Exh. 3] | | C | | X | | X | 7/16/07 | |

*All of the documents on Plaintiff's Final Trial Exhibit List were admitted into evidence. The witness notations in the "Witness" column solely reflect the identities of the witnesses during whose examinations by plaintiff the exhibits were discussed.

| EXH. NO. | DESCRIPTION | BATES NO. | Category | Marked | Offered | Objection | Admitted | DATE | WITNESS* |
|---|---|---|---|---|---|---|---|---|---|
| 268 | Letter dated March 26, 2005 from W. Morgenstein to J. Valeo [Morgenstein Exh. 6] | | C | | X | | X | 7/16/07 | |
| 269 | E-mail dated May 7, 2005 from W. Morgenstein to N. Warshaw [Morgenstein Exh. 7] | | C | | X | | X | 7/16/07 | |
| 270 | E-mail dated May 6, 2005 from N. Warshaw to W. Mogenstein [Morgenstein Exh. 8] | | C | | X | | X | 7/16/07 | |
| 271 | Undated letter from W. Morgenstein to T. Burnside [Morgenstein Exh. 9] | | C | | X | | X | 7/16/07 | |
| 272 | Memorandum dated May 30, 2005 from W. Morgenstein to V. Cundiff [Morgenstein Exh. 10] | | C | | X | | X | 7/16/07 | |
| 273 | Letter dated January 17, 2000 from L. Falke to W. Morgenstein [Morgenstein Exh. 11] | | C | | X | | X | 7/16/07 | |
| 274 | Letter dated July 23, 1992 from L. Suckow to Restaurateur [Secher Exh. 3] | LC_00006 | C | | X | | X | 7/16/07 | |
| 275 | Agreement dated March 20, 1995 between Clever Ideas-LeCard, Inc. and Bravo Cucina, Inc. [Secher Exh. 4; Suckow Exh. 1] | LC_00007 - LC_00008 | B | | X | | X | 7/16/07 | |
| 276 | Agreement dated April 24, 1994 between Clever Ideas-LeCard, Inc. and Mangia, Inc./Calmart Inc. [Suckow Exh. 2] | LC_00009 - LC_00010 | B | | X | | X | 7/16/07 | |
| 277 | LeCard Statement for period June 1, 1996 through June 15, 1996 sent to Club Lucky [Suckow Exh. 4] | LC_00011 - LC_00012 | B | | X | | X | 7/16/07 | |
| 278 | Example of Diners Club Statement [Suckow Exh. 5] | LC_00004 | B | | X | | X | 7/16/07 | |

*All of the documents on Plaintiff's Final Trial Exhibit List were admitted into evidence. The witness notations in the "Witness" column solely reflect the identities of the witnesses during whose examinations by plaintiff the exhibits were discussed.

| EXH. NO. | DESCRIPTION | BATES NO. | Category | Marked | Offered | Objection | Admitted | DATE | WITNESS* |
|---|---|---|---|---|---|---|---|---|---|
| 279 | Letter dated July 28, 2006 from R. Matz to L. Suckow [Suckow Exh. 6] | | C | X | | X | | 7/16/07 | |
| 280 | Handwritten Notes:  "Transaction in Restaurant" [Suckow Exh. 7] | | B | X | | X | | 7/16/07 | |
| 281 | Handwritten Notes:  "Transaction back to Restaurant" [Suckow Exh. 8] | | B | X | | X | | 7/16/07 | |
| 303 | E-mail dated September 21, 2004 from H. Harp to L. Hauber, K. McLane, J. Street, J. Fink, D. Brown, C. Ketelsen, B. Brockway, B. McLane and K. Springer [Wilden Exh. 2] | | B | X | | X | | 7/16/07 | Wilden |
| 304 | CBL Agent Notification #2 dated September 20, 2004 [Wilden Exh. 3] | | B | X | | X | | 7/16/07 | |
| 305 | Reach Financial, LLC Purchase Agreement [Wilden Exh. 4] | | A | X | | X | | 7/16/07 | |
| 306 | Irrevocable Payment Instructions [Wilden Exh. 5] | | A | X | | X | | 7/16/07 | Wilden |
| 307 | Form Letter to Merchant from Reach Financial LLC [Wilden Exh. 6] | | A | X | | X | | 7/16/07 | |
| 308 | CentralBANCARD LLC advertisement [Wilden Exh. 7] | | B | X | | X | | 7/16/07 | |
| 309 | E-mail dated November 30, 2006 from T. Wilden to H. Harp [Wilden Exh. 8] | | B | X | | X | | 7/16/07 | Wilden |
| 310 | E-mail dated January 10, 2005 from J. Fink to T. Wilden [Wilden Exh. 9] | | B | X | | X | | 7/16/07 | Wilden |
| 311 | E-mail dated January 5, 2005 from J. Fink to T. Wilden [Wilden Exh. 10] | | B | X | | X | | 7/16/07 | Wilden |

*All of the documents on Plaintiff's Final Trial Exhibit List were admitted into evidence. The witness notations in the "Witness" column solely reflect the identities of the witnesses during whose examinations by plaintiff the exhibits were discussed.

*(Rev. 2.9.05)*

| EXH. NO. | DESCRIPTION | BATES NO. | Category | Marked | Offered | Objection | Admitted | DATE | WITNESS* |
|---|---|---|---|---|---|---|---|---|---|
| 312 | E-mail dated August 1, 2006 from D. Brown to B. Clanton [Wilden Exh. 11] | | B | X | | X | | 7/16/07 | |
| 313 | E-mail dated September 1, 2006 from D. Brown to L. Hauber, J. Fink, K. McLane, B. Howard and T. Wilden [Wilden Exh. 12] | | B | X | | X | | 7/16/07 | |
| 314 | E-mail dated September 21, 2004 from H. Harp to K. Springer and T. Wilden [Wilden Exh. 13] | | B | X | | X | | 7/16/07 | Wilden |
| 315 | CBL Merchants - Reach Financial dated February 16, 2007 [Wilden Exh. 14] | | B | X | | X | | 7/16/07 | Wilden |
| 316 | E-mail dated July 18, 2006 from J. Fink to T. Wilden [Wilden Exh. 15] | | B | X | | X | | 7/16/07 | Wilden |
| 317 | VeriFone product datasheet for Tranz 830 [Exh. 3 to Shamos Report] | | A | X | | X | | 7/16/07 | |
| 318 | Datasheet to VeriFone TXO Operating Environment: A Versatile Operating Environment for Omni Transaction Systems [Exh. 4 to Shamos Report] | | A | X | | X | | 7/16/07 | |
| 319 | VeriFone: SC Product Family Technical Overview [Exh. 5 to Shamos Report] | | A | X | | X | | 7/16/07 | |
| 320 | United States Patent No. 5,307,350 | | A | X | | X | | 7/16/07 | |
| 321 | United States Patent No. 5,425,080 | | A | X | | X | | 7/16/07 | |
| 322 | United States Patent No. 5,844,219 | | A | X | | X | | 7/16/07 | |
| 323 | United States Patent No. 4,678,896 | | A | X | | X | | 7/16/07 | |

*All of the documents on Plaintiff's Final Trial Exhibit List were admitted into evidence. The witness notations in the "Witness" column solely reflect the identities of the witnesses during whose examinations by plaintiff the exhibits were discussed.

| EXH. NO. | DESCRIPTION | BATES NO. | Category | Marked | Offered | Objection | Admitted | DATE | WITNESS* |
|---|---|---|---|---|---|---|---|---|---|
| 324 | VeriFone Timeline:  25 Years of Leadership in Global Payments | | B | | X | | X | 7/16/07 | |
| 325 | VeriFone Tranz 330 | | A | | X | | X | 7/16/07 | |
| 326 | Business Payment Systems:  History of the Point-of-Sale Terminal | | A | | X | | X | 7/16/07 | |
| 327 | Echo Montgomery Garrett, "Travel Clubs Can Cut Your Vacation Costs in Half," Money, February 1, 1993 (from CNNMoney website) | LC_00013 - LC_00015 | C | | X | | X | 7/16/07 | |
| 328 | Echo Montgomery Garrett, "Travel Clubs Can Cut Your Vacation Costs in Half," Money, February 1, 1993 | LC_00016 - LC_00018 | C | | X | | X | 7/16/07 | |
| 329 | Cheryl Kane Heimlich, "Dining card menu features lots of options," South Florida Business Journal, August 2, 1996 (from bizjournals website) | TR 00077 - TR 00079 | C | | X | | X | 7/16/07 | |
| 330 | Cheryl Kane Heimlich, "Dining card menu features lots of options," South Florida Business Journal, August 2, 1996 | TR 00080 - TR 00081 | C | | X | | X | 7/16/07 | |
| 331 | Cheryl Kane Heimlich, "Dining cards:  Will work for food," South Florida Business Journal, August 2, 1996 (from bizjournals website) | TR 00082 - TR 00084 | C | | X | | X | 7/16/07 | |
| 332 | Cheryl Kane Heimlich, "Dining cards:  Will work for food," South Florida Business Journal, August 2, 1996 | TR 00085 - TR 00087 | C | | X | | X | 7/16/07 | |
| 333 | Kara Glover, "Restaurateurs split on utility of new dining-out card - Transmedia Network Inc. promotion," Los Angeles Business Journal, September 5, 1994 | TR 00088 - TR 00091 | C | | X | | X | 7/16/07 | |

*All of the documents on Plaintiff's Final Trial Exhibit List were admitted into evidence. The witness notations in the "Witness" column solely reflect the identities of the witnesses during whose examinations by plaintiff the exhibits were discussed.

| EXH. NO. | DESCRIPTION | BATES NO. | Category | Marked | Offered | Objected | Admitted | DATE | WITNESS* |
|---|---|---|---|---|---|---|---|---|---|
| 334 | Rewards Network Inc. company profile from Answers.com | TR 00092 - TR00101 | B | | X | | X | 7/16/07 | |
| 335 | Capital Access Network, Inc. Business Plan, December 1998, Copy Number 1 | CH0039 - CH0041 | B | | X | | X | 7/16/07 | |
| 336 | Capital Access Network, Inc./Countrywide Business Alliance, Inc. Business Plan, August 1999, Copy Number 1 | CH0045 - CH0047 | B | | X | | X | 7/16/07 | |
| 337 | Capital Access Network, Inc./Countrywide Business Alliance, Inc. Business Plan, August 1999, Copy Number 14 | CH0048 - CH0050 | B | | X | | X | 7/16/07 | |
| 338 | Letter dated December 29, 1998 from L. Falke to J. Massimo | CH0062 | B | | X | | X | 7/16/07 | |
| 339 | Letter dated December 29, 1998 from L. Falke to A. Ross | CH0063 | B | | X | | X | 7/16/07 | |
| 340 | Letter dated December 30, 1998 from L. Falke to Steve | CH0064 | B | | X | | X | 7/16/07 | |
| 341 | Letter dated December 30, 1998 from L. Falke to Mark | CH0065 | B | | X | | X | 7/16/07 | |
| 342 | Capital Access Network, Inc./Countrywide Business Alliance, Inc. Business Plan, August 1999, Copy Number 28, cover sheet | CH0069 | B | | X | | X | 7/16/07 | |
| 343 | Capital Access Network, Inc./Countrywide Business Alliance, Inc. Business Plan, August 1999, Copy Number 29, cover sheet | CH0070 | B | | X | | X | 7/16/07 | |
| 344 | Capital Access Network, Inc./Countrywide Business Alliance, Inc. Business Plan, August 1999, Copy Number 30, cover sheet | CH0071 | B | | X | | X | 7/16/07 | |
| 345 | Pages from Capital Access Network, Inc./Countrywide Business Alliance, Inc. Business Plan, August 1999, Copy Number 30 | CH0072 - CH0073 | B | | X | | X | 7/16/07 | |

*All of the documents on Plaintiff's Final Trial Exhibit List were admitted into evidence. The witness notations in the "Witness" column solely reflect the identities of the witnesses during whose examinations by plaintiff the exhibits were discussed.

| EXH. NO. | DESCRIPTION | BATES NO. | Category | Marked | Offered | Objected | Admitted | DATE | WITNESS* |
|---|---|---|---|---|---|---|---|---|---|
| 346 | Capital Access Network, Inc./Countrywide Business Alliance, Inc. Business Plan, December 1998, Copy Number 1 | CH0075 - CH0109 | B | X | | X | | 7/16/07 | |
| 347 | Capital Access Network, Inc./Countrywide Business Alliance, Inc. Business Plan, December 1998, Copy Number X | CH0110 - CH0130 | B | X | | X | | 7/16/07 | Falke |
| 348 | Capital Access Network, Inc./Countrywide Business Alliance, Inc. Business Plan, August 1999, Copy Number 1 | CH0131 - CH0148 | B | X | | X | | 7/16/07 | |
| 349 | Capital Access Network, Inc./Countrywide Business Alliance, Inc. Business Plan, August 1999, Copy Number 14 | CH0149 - CH0170 | B | X | | X | | 7/16/07 | |
| 350 | Capital Access Network, Inc./Countrywide Business Alliance, Inc. Business Plan, August 1999, Copy Number 1 | CH0171 - CH0186 | B | X | | X | | 7/16/07 | |
| 351 | Capital Access Network, Inc./Countrywide Business Alliance, Inc. Business Plan, August 1999, Copy Number 23 | CH0187 - CH0216 | B | X | | X | | 7/16/07 | |
| 352 | Countrywide Business Alliance, Inc. Business Model Assumptions and Addition Financing Summary, dated January 4, 2000 | CH 00217 - CH 00222 | B | X | | X | | 7/16/07 | |
| 353 | Letter dated August 18, 1999 from L. Falke to D. Wolf | CH 00253 | B | X | | X | | 7/16/07 | |
| 354 | Letter dated August 18, 1999 from L. Falke to J. Epstein | CH 00254 | B | X | | X | | 7/16/07 | |
| 355 | Capital Access Network, Inc./Countrywide Business Alliance, Inc. Business Plan, August 1999, Copy Number 1 | CH 00255 - CH 00262 | B | X | | X | | 7/16/07 | |
| 356 | Facsimile transmission from C. Hamrah to L. Falke | CH 00263 - CH 00265 | B | X | | X | | 7/16/07 | |

*All of the documents on Plaintiff's Final Trial Exhibit List were admitted into evidence. The witness notations in the "Witness" column solely reflect the identities of the witnesses during whose examinations by plaintiff the exhibits were discussed.

| EXH. NO. | DESCRIPTION | BATES NO. | Category | Marked | Offered | Objection | Admitted | DATE | WITNESS* |
|---|---|---|---|---|---|---|---|---|---|
| 357 | Copy of CD produced by M. Shamos on April 2, 2007, with cover letter | | B | X | | X | | 7/16/07 | |
| 358 | Merchant Money Tree website | ADV0000001 - ADV0000016 | A | X | | X | | 7/16/07 | |
| 359 | Reach Financial website | ADV0000017 - ADV0000026 | A | X | | X | | 7/16/07 | |
| 360 | First Funds website | ADV0000027 - ADV0000046 | A | X | | X | | 7/16/07 | |
| 361 | AdvanceMe, Inc. Sales Restructure Plan, April 27, 2005 | ADV0004009 - ADV0004034 | B | X | | X | | 7/16/07 | |
| 362 | AdvanceMe, Inc. 2005 - Operation Mend the Field | ADV0004035 - ADV0004041 | B | X | | X | | 7/16/07 | |
| 363 | E-mail dated October 11, 2002 from G. Goldman to R. Ferrante | ADV0004042 - ADV0004045 | B | X | | X | | 7/16/07 | |
| 364 | E-mail dated February 25, 2003 from R. Baker to R. Ferrante | ADV0004046 - ADV0004049 | B | X | | X | | 7/16/07 | |
| 365 | Form Confidentiality Agreement, as of April 25, 2002 | ADV0004050 - ADV0004052 | B | X | | X | | 7/16/07 | |
| 366 | Form Confidentiality Agreement, as of May 23, 2002 | ADV0004053 - ADV0004056 | B | X | | X | | 7/16/07 | |
| 367 | Capital Access Network, Inc. Non-Disclosure and Assignment of Inventions Agreement, as of May 23, 2002 | ADV0004064 - ADV0004065 | B | X | | X | | 7/16/07 | |

*All of the documents on Plaintiff's Final Trial Exhibit List were admitted into evidence. The witness notations in the "Witness" column solely reflect the identities of the witnesses during whose examinations by plaintiff the exhibits were discussed.

| EXH. NO. | DESCRIPTION | BATES NO. | Categ. | Marked | Offered | Object. | Admitted | DATE | WITNESS* |
|---|---|---|---|---|---|---|---|---|---|
| 368 | Overview:  Capital Access Network, Inc. ("CAN"), May 2003 | ADV0004066 - ADV0004069 | B | | X | | X | 7/16/07 | |
| 369 | AdvanceMe, Inc. Additional Terms of the Merchant Agreement | ADV0004077 - ADV0004081 | B | | X | | X | 7/16/07 | |
| 370 | Capital Access Network presentation | ADV0004090 - ADV0004110 | B | | X | | X | 7/16/07 | |
| 371 | AdvanceMe, Inc. Merchant Agreement | ADV0004132 - ADV0004133 | B | | X | | X | 7/16/07 | |
| 372 | Draft Strategic Plan Discussion, March 10, 2002 | ADV0004163 - ADV0004164 | B | | X | | X | 7/16/07 | |
| 373 | Capital Access Network, Inc. Fundings from 1/1/2000 to 3/13/2002, dated March 14, 20022 | ADV0004167 - ADV0004169 | B | | X | | X | 7/16/07 | |
| 374 | Capital Access Network Executive Summary | ADV0004170 - ADV0004174 | B | | X | | X | 7/16/07 | |
| 375 | AdvanceMe, Inc. company overview | ADV0004289 - ADV0004318 | B | | X | | X | 7/16/07 | |
| 376 | CAN versus Traditional Lenders, November 2, 2001 | ADV0004349 - ADV0004351 | B | | X | | X | 7/16/07 | |
| 377 | Spreadsheet of due diligence information regarding merchants' UCC filings, for period October 17, 2001 to April 12, 2003 | ADV0004431 - ADV0004490 | B | | X | | X | 7/16/07 | |
| 378 | Presentation materials regarding AdvanceMe's sales, dated May 16, 2003 | ADV0004491 - ADV0004499 | B | | X | | X | 7/16/07 | |

*All of the documents on Plaintiff's Final Trial Exhibit List were admitted into evidence. The witness notations in the "Witness" column solely reflect the identities of the witnesses during whose examinations by plaintiff the exhibits were discussed.

*(Rev. 2.9.05)*

| EXH. NO. | DESCRIPTION | BATES NO. | Category | Marked | Offered | Objected | Admitted | DATE | WITNESS* |
|---|---|---|---|---|---|---|---|---|---|
| 379 | E-mail dated November 27, 2001 from L. Falke to G. Goldman, R. Baker, T. Burnside and J. Konop, with attachment | ADV0004742 - ADV0004747 | B | | X | | X | 7/16/07 | |
| 380 | AdvanceMe, Inc. "financial solutions to Advance your business℠" presentation, dated January 7, 2004 | ADV0004808 - ADV0004818 | B | | X | | X | 7/16/07 | |
| 381 | Marketing Report presentation | ADV4845 - ADV4859 | B | | X | | X | 7/16/07 | |
| 382 | Capital Access Network, Inc. Minutes of the Meeting of the Board of Directors, April 25, 2001 | ADV5054 - ADV5055 | B | | X | | X | 7/16/07 | |
| 383 | Capital Access Network, Inc. Minutes of the Meeting of the Board of Directors, February 22, 2001 | ADV5056 - ADV5057 | B | | X | | X | 7/16/07 | |
| 384 | Capital Access Network, Inc. Minutes of the Meeting of the Board of Directors, December 8, 2000 | ADV5058 - ADV5059 | B | | X | | X | 7/16/07 | |
| 385 | Capital Access Network, Inc. Minutes of the Meeting of the Board of Directors, July 25, 2000 | ADV5060 - ADV5062 | B | | X | | X | 7/16/07 | |
| 386 | Capital Access Network, Inc. Minutes of the Meeting of the Board of Directors, April 13, 2000 | ADV5063 - ADV5065 | B | | X | | X | 7/16/07 | |
| 387 | Capital Access Network, Inc. Minutes of the Meeting of the Board of Directors, March 10, 2000 | ADV5066 - ADV5067 | B | | X | | X | 7/16/07 | |
| 388 | Capital Access Network, Inc. Minutes of the Meeting of the Board of Directors, January 13, 2000 | ADV5068 - ADV5069 | B | | X | | X | 7/16/07 | |
| 389 | Capital Access Network, Inc. Minutes of the Meeting of the Board of Directors, December 14, 1999 | ADV5070 - ADV5071 | B | | X | | X | 7/16/07 | |

*All of the documents on Plaintiff's Final Trial Exhibit List were admitted into evidence. The witness notations in the "Witness" column solely reflect the identities of the witnesses during whose examinations by plaintiff the exhibits were discussed.

| EXH. NO. | DESCRIPTION | BATES NO. | Category | Marked | Offered | Objection | Admitted | DATE | WITNESS* |
|---|---|---|---|---|---|---|---|---|---|
| 390 | Capital Access Network, Inc. Minutes of the Meeting of the Board of Directors, September 17, 1999 | ADV5072 - ADV5073 | B | | X | | X | 7/16/07 | |
| 391 | Capital Access Network, Inc. Minutes of the Meeting of the Board of Directors, July 15, 1999 | ADV5074 - ADV5075 | B | | X | | X | 7/16/07 | |
| 392 | Capital Access Network, Inc. Minutes of the Meeting of the Board of Directors, June 9, 1999 | ADV5076 - ADV5077 | B | | X | | X | 7/16/07 | |
| 393 | Capital Access Network, Inc. Minutes of the Meeting of the Board of Directors, September 1, 1998 | ADV5078 | B | | X | | X | 7/16/07 | |
| 394 | Capital Access Network, Inc. Minutes of the Meeting of the Board of Directors, April 25, 2001 | ADV5079 - ADV5080 | B | | X | | X | 7/16/07 | |
| 395 | Capital Access Network, Inc. Minutes of the Meeting of the Board of Directors, July 13, 2001 | ADV5081 - ADV5082 | B | | X | | X | 7/16/07 | |
| 396 | Capital Access Network, Inc. Minutes of the Meeting of the Board of Directors, August 7, 2001 | ADV5083 | B | | X | | X | 7/16/07 | |
| 397 | Capital Access Network, Inc. Minutes of the Meeting of the Board of Directors, October 19, 2001 | ADV5084 - ADV5085 | B | | X | | X | 7/16/07 | |
| 398 | Capital Access Network, Inc. Minutes of the Meeting of the Board of Directors, May 20, 2003 | ADV5086 - ADV5087 | B | | X | | X | 7/16/07 | |
| 399 | Capital Access Network, Inc. Minutes of the Meeting of the Board of Directors, September 22, 2005 | ADV5088 - ADV5090 | B | | X | | X | 7/16/07 | |
| 400 | Capital Access Network, Inc. Minutes of the Meeting of the Board of Directors, December 14, 2005 | ADV5091 - ADV5092 | B | | X | | X | 7/16/07 | |

*All of the documents on Plaintiff's Final Trial Exhibit List were admitted into evidence. The witness notations in the "Witness" column solely reflect the identities of the witnesses during whose examinations by plaintiff the exhibits were discussed.

| EXH. NO. | DESCRIPTION | BATES NO. | Category | Marked | Offered | Objected | Admitted | DATE | WITNESS* |
|---|---|---|---|---|---|---|---|---|---|
| 401 | Capital Access Network, Inc. Minutes of the Meeting of the Board of Directors, March 29, 2006 | ADV5093 - ADV5094 | B | X | | X | | 7/16/07 | |
| 402 | Capital Access Network, Inc. Board of Directors Meeting, April 25, 2001, Agenda | ADV5095 | B | X | | X | | 7/16/07 | |
| 403 | Capital Access Network, Inc. Board of Directors Meeting, October 19, 2001, Agenda | ADV5096 - ADV5097 | B | X | | X | | 7/16/07 | |
| 404 | Capital Access Network, Inc. Board of Directors Meeting, May 20, 2003, Agenda | ADV5098 | B | X | | X | | 7/16/07 | |
| 405 | Capital Access Network, Inc. Board of Directors Meeting, September 22, 2005, Agenda | ADV5099 | B | X | | X | | 7/16/07 | |
| 406 | Capital Access Network, Inc., Board of Directors Meeting, December 14, 2005, Agenda | ADV5100 | B | X | | X | | 7/16/07 | |
| 407 | Capital Access Network, Inc., Board of Directors Meeting, March 29, 2006, Agenda | ADV5101 - ADV5102 | B | X | | X | | 7/16/07 | |
| 408 | AdvanceMe, Inc. company information | ADV5103 - ADV5207 | B | X | | X | | 7/16/07 | |
| 409 | Page from Clever Ideas, Inc. website: "Financing, Clever CashSM" | ADV5383 | B | X | | X | | 7/16/07 | |
| 410 | Page from Clever Ideas, Inc. website: "About Us, Company History" | ADV5418 - ADV5419 | B | X | | X | | 7/16/07 | |
| 411 | iDine Rewards Network Inc. and Subsidiaries, Notes to Consolidated Financial Statements | ADV5481 - ADV5513 | B | X | | X | | 7/16/07 | |

*All of the documents on Plaintiff's Final Trial Exhibit List were admitted into evidence. The witness notations in the "Witness" column solely reflect the identities of the witnesses during whose examinations by plaintiff the exhibits were discussed.

*(Rev. 2.9.05)*

| EXH. NO. | DESCRIPTION | BATES NO. | Category | Marked | Offered | Objection | Admitted | DATE | WITNESS* |
|---|---|---|---|---|---|---|---|---|---|
| 412 | Direct Competitors table | ADV0005726 - ADV0005727 | B | | X | | X | 7/16/07 | |
| 413 | Page from Clever Ideas, Inc. website:  "Financing, Impact Your Bottom Line" | ADV0005952 | B | | X | | X | 7/16/07 | |
| 414 | Letter dated February 3, 2006 from P. Sanz to J. M. Replogle | ADV0005955 - ADV0005956 | B | | X | | X | 7/16/07 | |
| 415 | Handwritten notes | ADV0005959 | B | | X | | X | 7/16/07 | |
| 416 | E-mail dated August 26, 2005 from G. Goldman to J. Konop | ADV0005963 | B | | X | | X | 7/16/07 | |
| 417 | E-mail dated August 26, 2005 from J. Konop to G. Goldman | ADV0005964 | B | | X | | X | 7/16/07 | |
| 418 | Development Plan for John Konop | ADV0005965 | B | | X | | X | 7/16/07 | |
| 419 | E-mail dated January 23, 2004, 4:30 pm, from M. DoRan to G. Goldman | ADV0005966 - ADV0005968 | B | | X | | X | 7/16/07 | |
| 420 | E-mail dated January 23, 2004, 4:57 pm, from M. DoRan to G. Goldman | ADV0005969 - ADV0005974 | B | | X | | X | 7/16/07 | |
| 421 | Handwritten notes dated February 28, 2002 | ADV0005975 | B | | X | | X | 7/16/07 | |
| 422 | Handwritten notes | ADV0005976 | B | | X | | X | 7/16/07 | |
| 423 | E-mail dated October 19, 1999 from L. Falke to J. Bolano | ADV0005978 | B | | X | | X | 7/16/07 | |
| 424 | Handwritten notes | ADV0005979 | B | | X | | X | 7/16/07 | |
| 425 | Handwritten notes | ADV0005980 | B | | X | | X | 7/16/07 | |
| 426 | Handwritten notes, dated November 12, 2003 | ADV0005981 | B | | X | | X | 7/16/07 | |

*All of the documents on Plaintiff's Final Trial Exhibit List were admitted into evidence. The witness notations in the "Witness" column solely reflect the identities of the witnesses during whose examinations by plaintiff the exhibits were discussed.

| EXH. NO. | DESCRIPTION | BATES NO. | Category | Marked | Offered | Objection | Admitted | DATE | WITNESS* |
|---|---|---|---|---|---|---|---|---|---|
| 427 | Handwritten notes, dated February 5, 2004 | ADV0005982 | B | | X | | X | 7/16/07 | |
| 428 | Handwritten notes, dated May 14, 2004 | ADV0005985 | B | | X | | X | 7/16/07 | |
| 429 | Handwritten notes | ADV0005986 | B | | X | | X | 7/16/07 | |
| 430 | Handwritten notes | ADV0005988 | B | | X | | X | 7/16/07 | |
| 431 | Handwritten notes, dated June 4, 2004 | ADV0005989 | B | | X | | X | 7/16/07 | |
| 432 | Handwritten notes, dated September 14, 2004 | ADV0005993 - ADV0005994 | B | | X | | X | 7/16/07 | |
| 433 | Handwritten notes, dated January 16, 2005 | ADV0005995 - ADV0005996 | B | | X | | X | 7/16/07 | |
| 434 | Handwritten notes | ADV0005997 | B | | X | | X | 7/16/07 | |
| 435 | Handwritten notes, dated July 1, 2005 | ADV0005998 | B | | X | | X | 7/16/07 | |
| 436 | Handwritten notes, dated July 25, 2005 | ADV0005999- ADV0006002 | B | | X | | X | 7/16/07 | |
| 437 | Handwritten notes | ADV0006003 | B | | X | | X | 7/16/07 | |
| 438 | E-mail dated August 15, 2005, 2:07 pm, from G. Goldman to J. Konop | ADV0006004 | B | | X | | X | 7/16/07 | |
| 439 | E-mail dated August 15, 2005, 2:07 pm, from J. Konop to G. Goldman | ADV0006005 | B | | X | | X | 7/16/07 | |
| 440 | E-mail dated August 15, 2005, 1:50 pm, from G. Goldman to J. Konop | ADV0006006 | B | | X | | X | 7/16/07 | |

*All of the documents on Plaintiff's Final Trial Exhibit List were admitted into evidence. The witness notations in the "Witness" column solely reflect the identities of the witnesses during whose examinations by plaintiff the exhibits were discussed.

| EXH. NO. | DESCRIPTION | BATES NO. | Category | Marked | Offered | Objection | Admitted | DATE | WITNESS* |
|---|---|---|---|---|---|---|---|---|---|
| 441 | List with handwritten notes | ADV0006007 | B | | X | | X | 7/16/07 | |
| 442 | Handwritten notes | ADV0006008 | B | | X | | X | 7/16/07 | |
| 443 | Handwritten notes | ADV0006009 | B | | X | | X | 7/16/07 | |
| 444 | Handwritten notes | ADV0006010 | B | | X | | X | 7/16/07 | |
| 445 | Handwritten notes | ADV0006012 | B | | X | | X | 7/16/07 | |
| 446 | Handwritten notes, dated May 2, 2005 | ADV0006013 | B | | X | | X | 7/16/07 | |
| 447 | E-mail dated October 12, 2004 from J. Konop to G. Goldman | ADV0006017 | B | | X | | X | 7/16/07 | |
| 448 | Handwritten notes | ADV0006018 | B | | X | | X | 7/16/07 | |
| 449 | E-mail dated June 13, 2005 from J. Konop to T. Burnside, G. Goldman and F. Fatras | ADV0006020 | B | | X | | X | 7/16/07 | |
| 450 | Acknowledgement of Receipt of AdvanceMe, Inc.'s Anti-Harassment Policy by J. Konop, dated February 23, 2003 | ADV0006055 | B | | X | | X | 7/16/07 | |
| 451 | Acknowledgement of Receipt of Anti-Harassment Policy by J. Konop, dated January 10, 2002 | ADV0006056 | B | | X | | X | 7/16/07 | |
| 483 | Central BanCARD advertisement:  "Merchant Financing Program | RF_00038 | A | | X | | X | 7/16/07 | |
| 484 | Fax transmittal dated April 21, 2006 from P. Sanz to B. Benedict with Confidential Information Non-Disclosure and Non-Use Agreement attached | RF_00055 - RF_00058 | B | | X | | X | 7/16/07 | |

*All of the documents on Plaintiff's Final Trial Exhibit List were admitted into evidence. The witness notations in the "Witness" column solely reflect the identities of the witnesses during whose examinations by plaintiff the exhibits were discussed.

| EXH. NO. | DESCRIPTION | BATES NO. | Category | Marked | Offered | Objected | Admitted | DATE | WITNESS* |
|---|---|---|---|---|---|---|---|---|---|
| 485 | Reach Finance, L.P. presentation | RF_00059 - RF_00097 | B | | X | | X | 7/16/07 | |
| 486 | Letter dated April 21, 2006 from W. Benedict to J. Gallen | RF_00098 - RF_00100 | B | | X | | X | 7/16/07 | |
| 487 | Letter dated July 27, 2004 from W. Benedict to J. Gallen | RF_00101 | B | | X | | X | 7/16/07 | |
| 488 | AdvanceMe, Inc. information sheet | RF_00102 - RF_00103 | B | | X | | X | 7/16/07 | |
| 489 | AdvanceMe Lawsuit | RF_00108 | B | | X | | X | 7/16/07 | |
| 490 | Purchase agreements and payment instructions | RF_00178 - RF_00526 | B | | X | | X | 7/16/07 | |
| 491 | Withholdings | RF_00527 - RF_01003 | B | | X | | X | 7/16/07 | |
| 492 | Reach Withholding Worksheet for Central Bancard | RF_00957 | B | | X | | X | 7/16/07 | |
| 493 | E-mail dated October 18, 2006 from B. Clanton to M. Leary | RF_01004 - RF_01005 | B | | X | | X | 7/16/07 | |
| 494 | E-mail dated November 1, 2006 from B. Clanton to M. Leary | RF_01006 | B | | X | | X | 7/16/07 | |
| 495 | E-mail dated October 31, 2006 from B. Clanton to M. Leary | RF_01007 | B | | X | | X | 7/16/07 | |
| 496 | E-mail dated January 25, 2007 from M. Leary to C. Lowrey with attachment | RF_01008 - RF_01009 | B | | X | | X | 7/16/07 | |
| 497 | E-mail dated January 29, 2007 from M. Leary to J. Fink with attachment | RF_01010 - RF_01011 | B | | X | | X | 7/16/07 | |

*All of the documents on Plaintiff's Final Trial Exhibit List were admitted into evidence. The witness notations in the "Witness" column solely reflect the identities of the witnesses during whose examinations by plaintiff the exhibits were discussed.

*(Rev. 2.9.05)*

| EXH. NO. | DESCRIPTION | BATES NO. | Category | Marked | Offered | Objection | Admitted | DATE | WITNESS* |
|---|---|---|---|---|---|---|---|---|---|
| 498 | E-mail dated January 9, 2007 from M. Leary to sales@tranvia.com and B. Clanton with attachment | RF_01012 - RF_01014 | B | | X | | X | 7/16/07 | |
| 499 | Quad City Bank & Trust Statement of Account dated January 13, 2007, for Reach Financial account # 3631645 | RF_01015 - RF_01022 | B | | X | | X | 7/16/07 | |
| 500 | Checking Account Inquiry dated February 5, 2007 for Reach Financial account # 3631645 regarding The Angel | RF_01023 - RF_01024 | B | | X | | X | 7/16/07 | |
| 501 | Checking Account Inquiry dated February 5, 2007 for Reach Financial account # 3631645 regarding Blue Iguana | RF_01025 - RF_01026 | B | | X | | X | 7/16/07 | |
| 502 | Checking Account Inquiry dated February 5, 2007 for Reach Financial account # 3631645 regarding Atlanta Steakhouse & Grill | RF_01027 - RF_01028 | B | | X | | X | 7/16/07 | |
| 503 | Purchase Agreement dated January 5, 2005 between Reach Financial, LLC and C&L Inc. | RF_01029 | A | | X | | X | 7/16/07 | |
| 504 | Purchase Agreement dated September 9, 2005 between Reach Finance, L.P. and Cipriani Foods LLC | RF_01030 - RF_01031 | A | | X | | X | 7/16/07 | |
| 507 | Letter dated January 20, 2006 from W. Benedict to M. Griffith | RF_01039 - RF_01040 | A | | X | | X | 7/16/07 | |
| 508 | Cash advance agreements | MMT_00035 - MMT_01145 | A | | X | | X | 7/16/07 | |
| 509 | Adjustment forms | MMT_01146 - MMT_01641 | B | | X | | X | 7/16/07 | |

*All of the documents on Plaintiff's Final Trial Exhibit List were admitted into evidence. The witness notations in the "Witness" column solely reflect the identities of the witnesses during whose examinations by plaintiff the exhibits were discussed.

| EXH. NO. | DESCRIPTION | BATES NO. | Category | Marked | Offered | Objection | Admitted | DATE | WITNESS* |
|---|---|---|---|---|---|---|---|---|---|
| 510 | E-mail dated September 21, 2006, 7:42 pm, from Amerimerchant Payment Systems to whj@thelegacynetwork.com | MMT_01671 | B | | X | | X | 7/16/07 | |
| 511 | E-mail dated September 21, 2006, 7:43 pm, from Amerimerchant Payment Systems to whj@thelegacynetwork.com | MMT_01672 | B | | X | | X | 7/16/07 | |
| 512 | E-mails from AmeriMerchant Payment Systems to Merchant Money Tree, regarding withholdings | MMT_01673 - MMT_01704 | B | | X | | X | 7/16/07 | |
| 513 | E-mail dated August 14, 2006 from J. Meinel to L. Reffel and C. Pearson | MMT_01705 | B | | X | | X | 7/16/07 | |
| 514 | E-mail dated July 24, 2006 from J. Meinel to whj@thelegacynetwork.com | MMT_01706 | B | | X | | X | 7/16/07 | |
| 515 | E-mail dated September 18, 2006 from J. Meinel to W. Jackson | MMT_01707 | B | | X | | X | 7/16/07 | |
| 516 | Documents produced by Bank of America | BOA0001 - BOA0020 | B | | X | | X | 7/16/07 | |
| 517 | CBL Merchants - Reach Financial | CBL0001 - CBL0002 | B | | X | | X | 7/16/07 | |
| 518 | Referral Agreement dated August 15, 2006 between Reach Financial, LLC and Trisource Solutions, LLC [Benedict Exh. 23] | CBL0003 - CBL0007 | A | | X | | X | 7/16/07 | |
| 519 | Documents produced by Comdata both before and after Comdata's deposition | COMDATA0001 - COMDATA2593 | A | | X | | X | 7/16/07 | Shamos |
| 521 | Documents produced by First USA Merchant Services, Inc. | FUSA0001 - FUSA0004A | B | | X | | X | 7/16/07 | |

*All of the documents on Plaintiff's Final Trial Exhibit List were admitted into evidence. The witness notations in the "Witness" column solely reflect the identities of the witnesses during whose examinations by plaintiff the exhibits were discussed.

| EXH. NO. | DESCRIPTION | BATES NO. | Category | Marked | Offered | Objection | Admitted | DATE | WITNESS* |
|---|---|---|---|---|---|---|---|---|---|
| 525 | Documents produced by EPS | EPS0001 - EPS0427 | A | | X | | X | 7/16/07 | Maley |
| 1977 | Paymentech press release dated January 30, 2007, "Now Available:  Merchant Cash Advance Program [Benedict Exh. 22] | | A | | X | | X | 7/16/07 | Benedict |
| 1978 | Daily Batch Report dated August 29 [Benedict Exh. 17] | RF_00527 - RF_00528 | B | | X | | X | 7/16/07 | |
| 1979 | Reach Withholding Worksheet and e-mails relating to withholdings [Benedict Exh. 18] | RF_00957 - RF_01003 | B | | X | | X | 7/16/07 | Benedict |
| 1980 | E-mail dated February 8, 2007 from W. Jackson to D. Goldin | AM_02215, AM_02221, AM_02392 - AM_02398 | A | | X | | X | 7/16/07 | |
| 1981 | E-mail dated October 9, 2006 from S. Nakash to D. Goldin, J. Rubin, G. Steffany, fharley@amerimerchant.com | AM_02228 - AM_02234 | A | | X | | X | 7/16/07 | |
| 1982 | Notes of "External Group Meeting," Saturday Meeting 9:30-11:30 a.m. [Benedict Exh. 19] | RF_00113 - RF_00120 | A | | X | | X | 7/16/07 | Benedict |
| 1983 | Presentation [Benedict Exh. 20] | RF_00116 - RF_00117 | A | | X | | X | 7/16/07 | Benedict |
| 1984 | Designation of Anthony Leroy Wilden Deposition Testimony with exhibits and video disk | | A | | X | | X | 7/20/07 | Wilden |

*All of the documents on Plaintiff's Final Trial Exhibit List were admitted into evidence. The witness notations in the "Witness" column solely reflect the identities of the witnesses during whose examinations by plaintiff the exhibits were discussed.