IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| ADVANCEME, INC. | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 6:05-cv-424-LED-JDL |
| | § | |
| RAPIDPAY LLC, BUSINESS CAPITAL | § | PATENT CASE |
| CORPORATION, FIRST FUNDS LLC, | § | |
| MERCHANT MONEY TREE, INC., REACH | § | |
| FINANCIAL, LLC and FAST TRANSACT, INC. d/b/a | § | |
| SIMPLE CASH | § | |
| | § | |
| Defendants. | § | |

**DEFENDANTS' FINAL EXHIBIT LIST**
<u>**OF EXHIBITS ADMITTED AT TRIAL**</u>

Dockets.Justia.com

| Presiding Judge:<br><br>**LEONARD DAVIS** | **Plaintiff's Attorney(s):**<br>Otis Carroll<br>Deborah Race<br>IRELAND, CARROLL & KELLEY, P.C.<br>6101 S. Broadway, Suite 500<br>Tyler, Texas 75703<br>Tel: (903) 561-1600<br>Fax: (903) 581-1071<br><br>Ronald S. Lemieux<br>Robert C. Matz<br>Vid Bhakar<br>Michael N. Edelman<br>Shanee Y. Williams<br>PAUL, HASTINGS, JANOFSKY & WALKER LLP<br>Five Palo Alto Square, Sixth Floor<br>Palo Alto, CA 94306-2155<br>Tel: (650) 320-1800<br>Fax: (650) 320-1900 | **Defendants' Attorneys:**<br>Douglas R. McSwane, Jr.<br>J. Matt Rowan<br>POTTER MINTON, PC<br>110 North College<br>500 Plaza Tower<br>Tyler, Texas 75702<br>Tel: (903) 597-8311<br>Fax: (903) 593-0846<br><br>Willem G. Schuurman<br>Joseph D. Gray<br>Brian K. Buss<br>R. Floyd Walker<br>Graham E. Sutliff<br>VINSON & ELKINS L.L.P.<br>The Terrace 7<br>2801 Via Fortuna, Suite 100<br>Austin, Texas  78746<br>Tel:  (512) 542-8400<br>Fax:  (512) 542-8612 |
| **Trial / Hearing Date(s):**<br>July 16, 2007 - July 20, 2007 | **Court Reporter:**<br>Sunbelt Reporting | **Courtroom Deputy:**<br>Rosa Ferguson |

Defendants' Exhibit List – Page 2

| DEF EXH. NO. | DESCRIPTION | BATES NO. | Category | Marked | Offered | Objection | Admitted | DATE | WITNESS |
|---|---|---|---|---|---|---|---|---|---|
| 1 | U.S. Patent No. 6,941,281 (B. Johnson Deposition Ex. 2, G. Johnson Deposition Ex. 1, Elasri Deposition Ex. 13) | | A | | | | X | 7.16.07 | |
| 2 | Letter from Lee Suckow with enclosures regarding the sending of LeCard charges directly to accounts | LC_00001-5 | A | | | | X | 7.16.07 | |
| 3 | July 23, 1992 letter from Lee Suckow (Secher Depostion Ex. 3) | LC_00006 | A | | | | X | 7.16.07 | |
| 4 | Cash Advance Agreement (Suckow Deposition Ex. 1, Secher Deposition Ex. 4) | LC_00007-8 | A | | | | X | 7.16.07 | |
| 5 | Advertising Advance Agreement (April 28, 1994) (Suckow Deposition Ex. 2) | LC_00009-10 | A | | | | X | 7.16.07 | |
| 6 | LeCard statement to Club Lucky (Suckow Deposition Ex. 4) | LC_00011-12 | A | | | | X | 7.16.07 | |
| 11 | Litle & Company Member Agreement with National Processing Company, Inc. and First National Bank of Louisville (Bouchard Deposition Ex. 4, Litle Deposition Ex.4, Bourne Deposition Ex. 6, and part of Abbott Deposition Ex. 3) | | | | | | X | 7.16.07 | |
| 12 | Letter from Litle & Co., NPC, and FNBL to Museum Publications of America (Exhibit Z to April 13, 2007 Reply in Support of Motion for Summary Judgment) | LI_00016 | A | | | | X | 7.16.07 | |
| 13 | Manjeet Kripalani & Tatiana Pouschine, "People thought I was nuts," *Forbes Magazine*, June 8, 1992 (Litle Deposition Ex. 6, Abbott Deposition Ex. 6, Bouchard Deposition Ex. 6, and part of Bourne Deposition Ex. 2) | LI_00001-3 | A | | | | X | 7.16.07 | |
| 14 | Letter from Allen Abbott to Tim Litle regarding proposal for Litle & Company to provide short term financing to Exposures (Abbott Deposition Ex. 5 and part of Litle Deposition Ex. 8) | LI_00065-67 | A | | | | X | 7.16.07 | |
| 15 | Memorandum from Tim Litle to John Shirey (Part of Litle Deposition Ex. 8) | LI_00063-64 | A | | | | X | 7.16.07 | |

| 16 | Schedule E-1 Promissory Note for Postage Advances, Exposures, Inc. (Parts of Abbott Deposition Ex. 3, Bouchard Deposition Ex. 5, Bourne Deposition Ex. 2, and Litle Deposition Ex. 9) | LI_00004 | A | | | | X | 7.16.07 | |
| 17 | Schedule F-1 Security Agreement, Exposures, Inc. (Parts of Bourne Deposition Ex. 6 and Litle Deposition Ex. 9) | LI_00006 | A | | | | X | 7.16.07 | |
| 18 | Schedule E-4 Demand for Promissory Note for Postage Advances, Exposures, Inc. (Parts of Abbott Deposition Ex. 3, Bouchard Deposition Ex. 5, Bourne Deposition Ex. 2, and Litle Deposition Ex. 9) | LI_00008 | A | | | | X | 7.16.07 | |
| 19 | Schedule F-4 Security Agreement, Exposures, Inc. (Parts of Bourne Deposition Ex. 6 and Litle Deposition Ex. 9) | LI_00007 | A | | | | X | 7.16.07 | |
| 20 | Schedule E-1 Demand Promissory Note for Postage Advances and Schedule F-1 Security Agreement, Museum Publications of America (Litle Deposition Ex. 7) | LI_00033-35 | A | | | | X | 7.16.07 | |
| 21 | Schedule E-2 Demand Promissory Note for Postage Advances and Schedule F-2 Security Agreement, for Museum Publications of America | LI_00036-38 | A | | | | X | 7.16.07 | |
| 22 | Schedule E-3 Demand Promissory Note for Postage Advances and Schedule F-3 Security Agreement, Museum Publications of America | LI_00040-42 | A | | | | X | 7.16.07 | |
| 23 | Schedule E-4 Demand Promissory Note for Postage Advances and Schedule F-4 Security Agreement, Museum Publications of America | LI_00055-57 | A | | | | X | 7.16.07 | |
| 26 | Fax from Marie Turmaine, Boston Publishing Company to Mike Duffy, Litle & Co. (Exhibit H to March 12, 2007 Motion for Summary Judgment) | LI_00048-50 | A | | | | X | 7.16.07 | |
| 28 | Letter from Robert George, Boston Publishing to Michael Duffy, Litle & Co, and First USA Merchant Services, Inc. (Litle Deposition Ex. 5, Bouchard Deposition Ex. 7) | | | | | | X | 7.16.07 | |
| 29 | Subordination Agreement among Exposures, Inc., The Connecticut Bank and Trust Company, Consumer Venture Partners I, LP, and First Boston Investment Limited Partnership | LI_00009-15 | B | | | | X | 7.16.07 | |
| 31 | Cover pages to Security Agreement Schedules E3 and F3 | LI_00039 | A | | | | X | 7.16.07 | |
| 37 | Filing Officer copy of UCC Form 1 | LI_00054 | A | | | | X | 7.16.07 | |

Defendants' Exhibit List – Page 4

| 40 | Declaration of Tim Litle | | A | | | | X | 7.16.07 | |
| 41 | AdvanceMe's Objections and Response to Defendants' Amended First Set of Interrogatories to Plaintiff AdvanceMe | | A | | | | X | 7.16.07 | |
| 42 | AdvanceMe's Supplemental Objections and Response to Defendants' Amended First Set of Interrogatories | | A | | | | X | 7.16.07 | |
| 43 | AdvanceMe's Objections and Responses to Defendants' Second Set of Interrogatories | | A | | | | X | 7.16.07 | |
| 44 | Irrevocable Payment Instructions (Benedict Deposition Ex. 2) | RF_00045-46 | B | | | | X | 7.16.07 | |
| 45 | Merchant Financing Program advertisement (Benedict Deposition Ex. 3) | | | | | | X | 7.16.07 | |
| 46 | Tim Bragg (Reach) letter to Mary McCabe (Bellizzi) (Benedict Deposition Ex. 4) | | | | | | X | 7.16.07 | |
| 47 | Reach Advertisement titled "Your Financial needs are now within Reach!" (Benedict Deposition Ex. 5) | | | | | | X | 7.16.07 | |
| 48 | 10 Top Reasons Small Businesses Get Working Capital from Reach Financial (Benedict Deposition Ex. 6) | | | | | | X | 7.16.07 | |
| 49 | Reach Advertisement titled "Reach Merchant Financing Program – Merchants get cash when they need it most" (Benedict Deposition Ex. 7) | | | | | | X | 7.16.07 | |
| 50 | Company X – Reach Merchant Financing Program (Benedict Deposition Ex. 8) | | | | | | X | 7.16.07 | |
| 51 | Reach Financial Purchase Agreement (Benedict Deposition Ex. 12) | | | | | | X | 7.16.07 | |
| 52 | Reach Financial Purchase Agreement Rider (Benedict Deposition Ex. 13) | | | | | | X | 7.16.07 | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 53 | Reach Finance, L.P. PowerPoint Presentation<br>(Benedict Deposition Ex. 15) | RF_00059,<br>RF_00063,<br>RF_00070-71,<br>RF_00083-84,<br>RF_00088-89 | B | | | | X | 7.16.07 | |
| 54 | Reach Withholding Worksheet; Various e-mails<br>(Benedict Deposition Ex. 18) | RF_000957-1003 | B | | | | X | 7.16.07 | |
| 55 | Paymentech advertisement<br>(Benedict Deposition Ex. 22) | | B | | | | X | 7.16.07 | |
| 56 | Cash Advance Agreement<br>(Jackson Deposition Ex. 7) | MMT_00002-7 | A | | | | X | 7.16.07 | |
| 58 | Declaration of Allen Abbott<br>(Abbott Deposition Ex. 4) | | | | | | X | 7.16.07 | |
| 59 | Laurent Bouchard CV<br>(Bouchard Deposition Ex. 3) | | | | | | X | 7.16.07 | |
| 60 | Competitive Landscape<br>(Boudette Deposition Ex. 3, Gepford Deposition Ex. 4,<br>Burnside Deposition Ex. 3, Morgenstein Deposition Ex. 5,<br>Hardwick Deposition Ex. 8) | | | | | | X | 7.16.07 | |
| 61 | Declaration of John Randall Bourne<br>(Bourne Deposition Ex. 5) | | A | | | | X | 7.16.07 | |
| 62 | Competitive Analysis<br>(Burnside Deposition Ex. 2) | | A | | | | X | 7.16.07 | |
| 63 | Reach MicroLoan Daily Report<br><br>(Carter Deposition Ex. 2) | | | | | | X | 7.16.07 | |
| 64 | Reach Withholding, ACH Report<br><br>(Carter Deposition Ex. 8) | | | | | | X | 7.16.07 | |
| 68 | Web Pages on Hidden Value Systems<br>(Falke Deposition Ex. 1) | | B | | | | X | 7.16.07 | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 69 | Pages from Capital Access Network, Inc. Business Plan December 1998 Copy Number x (Falke Deposition Ex. 2) | | | | | | X | 7.16.07 | |
| 70 | Pages from Capital Access Network, Inc. Business Plan August 1999 (Falke Deposition Ex. 3, Gepford Deposition Ex. 3, Hardwick Deposition Ex. 5) | | | | | | X | 7.16.07 | |
| 71 | Form 10-K Filing on Transmedia Network Inc. (Falke Deposition Ex. 5 and Barbara Johnson Deposition Ex. 6) | | | | | | X | 7.16.07 | |
| 72 | Article from South Florida Business Journal titled "Dining Cards: Will work for food" (Falke Deposition Ex. 6) | | A | | | | X | 7.16.07 | |
| 73 | PowerPoint presentation slides on Capital Access Network (Falke Deposition Ex. 7) | | | | | | X | 7.16.07 | |
| 74 | U.S. Patent No. 6,826,544 (Falke Deposition Ex. 8, Barbara Johnson Deposition Ex. 3) | | B | | | | X | 7.16.07 | |
| 75 | Les Falke Biography (Falke Deposition Ex. 9) | | | | | | X | 7.16.07 | |
| 76 | Competitive Analysis (Gepford Deposition Ex. 5; Hardwick Deposition Exs. 3 and 4 ; AM_2149 also Goldman Deposition Ex. 1, Boudette Deposition Ex. 2, and Morgenstein deposition Ex. 4) | AM_02149-51 | A | | | | X | 7.16.07 | |
| 77 | Letter from Keller Rohrback L.L.P. to Tiffany Gilbert of AdvanceMe, Inc. regarding Acadia Funding, Inc./Jeanette Gepford enclosing Trade Secrets Pre-Application Verification, letter to all sales reps and presentation on unfair competition, trade secrets and tortuous interference (Gepford Deposition Ex. 8) | | | | | | X | 7.16.07 | |
| 78 | AdvanceMe Organizational Chart (Goldman Deposition Ex. 2) | ADV 0005709 | A | | | | X | 7.16.07 | |
| 79 | E-mail from Robert Baker to John Konop and Mike Weigel, cc to Glenn Goldman, T. Burnside, R Ferrante regarding entertainment.com and igtcard.com (Goldman Deposition Ex. 3) | | | | | | X | 7.16.07 | |
| 80 | E-mail from John Konop to Robert Baker, cc to Glen Goldman, T. Burnside, R Ferrante regarding entertainment.com and igtcard.com (Goldman Deposition Ex. 4) | | | | | | X | 7.16.07 | |
| 81 | E-mail from Robert Baker to Executives regarding iDine 10/22 Earnings call (Goldman Deposition Ex. 5) | | | | | | X | 7.16.07 | |
| 82 | Comprehensive Report on Lee Suckow (Goldman Deposition Ex. 7) | ADV0005351-67 | A | | | | X | 7.16.07 | |

| 83 | Off-site Management Meeting Schedule at the AdvanceMe Leadership Conference, May 30, 2003 – June 1, 2003 (Hardwick Deposition Ex. 7) | | | | | | X | 7.16.07 | |
| 84 | Presentation slides from AdvanceMe Leadership Conference May 30 – June 1, 2003 titled "In Good Taste" (Hardwick Deposition Ex. 9) | | | | | | X | 7.16.07 | |
| 85 | Letter from Tom Burnside to Cliff Harwick regarding offer of employment (Hardwick Deposition Ex. 10) | | B | | | | X | 7.16.07 | |
| 86 | Severance Agreement and Release between AdvanceMe and Cliff Harwick (Hardwick Deposition Ex. 11) | | B | | | | X | 7.16.07 | |
| 87 | Document titled List of Documents for AdvanceMe Inc. (Hardwick Deposition Ex. 12) | CH001-2 | B | | | | X | 7.16.07 | |
| 88 | Expert Report of Donald Headlund (Headlund Deposition Ex. 4) | | A | | | | X | 7.16.07 | |
| 89 | Rebuttal Expert Report of Donald Headlund (Headlund Deposition Ex. 5) | | A | | | | X | 7.16.07 | |

| 91 | Merchant Bankcard Application Packet (Barbara Johnson Deposition Ex. 5) | | | | | | X | 7.16.07 | |
| 92 | Declaration of self-Authenticating Business Records (Barbara Johnson Deposition Ex. 7) | | A | | | | X | 7.16.07 | |
| 93 | Declaration of Self-Authenticating Business Records (Barbara Johnson Deposition Ex. 8) | | A | | | | X | 7.16.07 | |
| 94 | "Lending a Hand" article on AdvanceMe, May 2006 (Barbara Johnson Deposition Ex. 9) | | B | | | | X | 7.16.07 | |
| 95 | Form 10-Q on Vertrue, Inc. (Gary Johnson Deposition Ex. 3) | | | | | | X | 7.16.07 | |
| 96 | Pages from Capital Access Network Inc. August 1999 Business Plan Copy Number 23 (Konop Deposition Ex. 4) | CH0055-57 | A | | | | X | 7.16.07 | |
| 97 | September 2006 *Inc. Magazine* article by Tim Litle (Litle Deposition Ex. 2) | | | | | | X | 7.16.07 | |
| 98 | Curriculum Vitae of Thomas J. (Tim) Litle (Litle Deposition Ex. 3) | | A | | | | X | 7.16.07 | |
| 102 | Who's Who in America profile on Bill Morgenstein (Morgenstein Deposition Ex. 3) | | A | | | | X | 7.16.07 | |
| 103 | Letter from Morgenstein to Joe Valeo (Morgenstein Deposition Ex. 6) | | B | | | | X | 7.16.07 | |
| 104 | E-mail from Morgenstein regarding an employment contract (Morgenstein Deposition Ex. 7) | | B | | | | X | 7.16.07 | |
| 105 | E-mail from Nathan Warshaw (Morgenstein Deposition Ex. 8) | | B | | | | X | 7.16.07 | |
| 106 | Message from Morgenstein to Tom Burnside (Morgenstein Deposition Ex. 9) | | B | | | | X | 7.16.07 | |
| 107 | Memo from Morgenstein to Victoria Cundiff (Morgenstein Deposition Ex. 10) | | | | | | X | 7.16.07 | |
| 108 | Letter from Les Falke with attached employment agreement (Morgenstein Deposition Ex. 11) | | | | | | X | 7.16.07 | |
| 109 | Letter from Lee Suckow (Suckow Deposition Ex. 3, Falke Deposition Ex. 4 ; Hardwick Deposition Ex. 6) | LC_00001 | A | | | | X | 7.16.07 | |
| 110 | Carte Blanche letter to Chicago Chop House (Suckow Deposition Ex. 5) | | | | | | X | 7.16.07 | |
| 111 | Letter from Robert Matz to Lee Suckow (Suckow Deposition Ex. 6) | | | | | | X | 7.16.07 | |

Defendants' Exhibit List – Page 9

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 112 | Handwritten document titled Transaction in Restaurant (Suckow Deposition Ex. 7) | | | | | | X | 7.16.07 | |
| 113 | Handwritten document titled Transaction back to Restaurant (Suckow Deposition Ex. 8) | | | | | | X | 7.16.07 | |
| 114 | Documents relating to LeCard (Suckow Deposition Ex. 9, Landon Deposition Ex. 3, Sorwell Deposition Ex. 3, McBrearty Deposition Ex. 3) | | | | | | X | 7.16.07 | |
| 115 | E-mails between Tony Wilden and Henry Harp regarding Reach Financial (Wilden Deposition Ex. 8) | | | | | | X | 7.16.07 | |
| 116 | E-mail from Deb Brown to Laura Hauber, Jennie Fink, Brian Howard regarding Reach funding program (Wilden Deposition Ex. 12) | | | | | | X | 7.16.07 | |
| 124 | Declaration of Gerette Sorwell (Exhibit X to May 9, 2007 Reply in Support of Second Motion for Summary Judgment) | | A | | | | X | 7.16.07 | |
| 136 | AdvanceMe May 19-22, 2005 Leadership Conference presentation materials | CH0003-5 | A | | | | X | 7.16.07 | |
| 137 | AdvanceMe Leadership Conference June 3-6, 2004 presentation materials | CH0036-38 | A | | | | X | 7.16.07 | |
| 138 | Pages from Capital Access Network Inc. December 1998 Business Plan Copy Number 1 | CH0039-41 | A | | | | X | 7.16.07 | |
| 139 | Pages from Capital Access Network Inc. August 1999 Business Plan Copy Number 1 | CH0045-50 | A | | | | X | 7.16.07 | |
| 140 | Pages from Capital Access Network Inc. August 1999 Business Plan Copy Number 23 | CH0058-60 | A | | | | X | 7.16.07 | |
| 141 | Letter from Les Falke to Jay Massimo regarding business plan | CH0062 | A | | | | X | 7.16.07 | |
| 142 | Letter from Les Falke to Andrew Ross regarding business plan | CH0063 | A | | | | X | 7.16.07 | |
| 143 | Letter from Les Falke to Steve regarding business plan | CH0064 | A | | | | X | 7.16.07 | |
| 144 | Letter from Les Falke to Mark regarding business plan | CH0065 | A | | | | X | 7.16.07 | |
| 145 | Pages from Capital Access Network Inc. August 1999 Business Plan Copy Number 1 | CH0066-68 | A | | | | X | 7.16.07 | |

| 146 | Cover page to Capital Access Network Inc. August 1999 Business Plan Copy Number 28 | CH0069 | A | | | | X | 7.16.07 | |
| 147 | Cover page to Capital Access Network Inc. August 1999 Business Plan Copy Number 29 | CH0070 | A | | | | X | 7.16.07 | |
| 148 | Cover page to Capital Access Network Inc. August 1999 Business Plan Copy Number 30 | CH0071 | A | | | | X | 7.16.07 | |
| 149 | Pages from Capital Access Network Inc. August 1999 Business Plan Copy Number 30 | CH0072-74 | A | | | | X | 7.16.07 | |
| 150 | Capital Access Network Inc. December 1998 Business Plan Copy Number 1 | | | | | | X | 7.16.07 | |
| 151 | Capital Access Network Inc. December 1998 Business Plan Copy Number x | CH 00110-125 | A | | | | X | 7.16.07 | |
| 152 | Countrywide Business Alliance Inc. Quarterly Balance Sheets | CH 00126-130 | A | | | | X | 7.16.07 | |
| 153 | Capital Access Network Inc. August 1999 Business Plan Copy Number 1 | | | | | | X | 7.16.07 | |
| 154 | Capital Access Network Inc. August 1999 Business Plan Copy Number 14 | | | | | | X | 7.16.07 | |
| 155 | Capital Access Network Inc. August 1999 Business Plan Copy Number 1 | CH 00171-186 | A | | | | X | 7.16.07 | |
| 156 | Capital Access Network Inc. August 1999 Business Plan Copy Number 23 | CH 00187-201 | A | | | | X | 7.16.07 | |
| 157 | Countrywide Business Alliance Inc. Quarterly Statements of Operations | CH 00202-206 | A | | | | X | 7.16.07 | |
| 158 | Countrywide Business Alliance Inc. Quarterly Balance Sheets | CH 00207-211 | A | | | | X | 7.16.07 | |
| 159 | Countrywide Business Alliance Inc. Quarterly Cash Flow Forecasts | CH 00212-216 | A | | | | X | 7.16.07 | |
| 160 | Report titled Brown Brothers Funding in Current Month | CH 00217-222 | A | | | | X | 7.16.07 | |
| 161 | Capital Access Network Inc. August 1999 Business Plan Copy Number 23 | CH 00223-237 | A | | | | X | 7.16.07 | |

| 162 | Countrywide Business Alliance Inc. Quarterly Statements of Operations | CH 00238-242 | A | | | | X | 7.16.07 | |
| 163 | Countrywide Business Alliance Inc. Quarterly Balance Sheets | CH 00243-247 | A | | | | X | 7.16.07 | |
| 164 | Countrywide Business Alliance Inc. Quarterly Cash Flow Forecasts | CH 00248-252 | A | | | | X | 7.16.07 | |
| 165 | Letter from Les Falke to Daniel Wolf regarding business plan | CH 00253 | A | | | | X | 7.16.07 | |
| 166 | Letter from Les Falke to Jonathan Epstein regarding business plan | CH 0254 | A | | | | X | 7.16.07 | |
| 167 | Pages from Capital Access Network Inc. August 1999 Business Plan Copy Number 1 | CH 00255-262 | A | | | | X | 7.16.07 | |
| 168 | Fax cover and letter from Craig Hamrah to Les Falke with handwritten notes | CH 00263-265 | A | | | | X | 7.16.07 | |
| 169 | Application for Patent on Automated Payment System and Method, continuation in part of prior application No. 08/890,398 (Serial No. 09/046,062) | ADV0001904-33 | B | | | | X | 7.16.07 | |
| 170 | Combined Declaration and Power of Attorney for Patent Application (Serial No. 09/046,062) | ADV0001934-37 | B | | | | X | 7.16.07 | |
| 171 | Verified Statement (Delcaration) Claiming Small Entity Status (Serial No. 09/046,062) | ADV0001938-39 | B | | | | X | 7.16.07 | |
| 172 | Information Disclosure Statement (Serial No. 09/046,062) | ADV0001940-44 | B | | | | X | 7.16.07 | |
| 173 | Supplemental Information Disclosure Statement (Serial No. 09/046,062) | ADV0001945-49 | B | | | | X | 7.16.07 | |
| 174 | Preliminary Amendment (Serial No. 09/046,062) | ADV0001950-58 | B | | | | X | 7.16.07 | |
| 175 | Office Action (Serial No. 09/046,062) | ADV0001959-77 | B | | | | X | 7.16.07 | |
| 176 | PTO cover sheet to document mailed 8/16/99 (no enclosed document immediately following) (Serial No. 09/046,062) | ADV0001978 | B | | | | X | 7.16.07 | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 177 | Office Action (Serial No. 09/046,062) | ADV0001979-94 | B | | | | X | 7.16.07 | |
| 178 | Office Action (Serial No. 09/046,062) | ADV0001995-2010 | B | | | | X | 7.16.07 | |
| 179 | PTO confirmation of filing, Certificate of Mailing, Tranmittal Form, and Fee Transmittal form corresponding to request for extension of time and a response (Serial No. 09/046,062) | ADV0002011-14 | B | | | | X | 7.16.07 | |
| 180 | Petition for Extension of Time (Serial No. 09/046,062) | ADV0002015 | B | | | | X | 7.16.07 | |
| 181 | Amendment and Response (Serial No. 09/046,062) | ADV0002016-23 | B | | | | X | 7.16.07 | |
| 182 | Check to Commissioner of Patents and Trademarks (Serial No. 09/046,062) | ADV0002024 | B | | | | X | 7.16.07 | |
| 183 | Office Action (Serial No. 09/046,062) | ADV0002025-32 | B | | | | X | 7.16.07 | |
| 184 | Formal Paper submitting that the Feb. 1, 2000 Office Action is a duplicate | ADV0002033 | B | | | | X | 7.16.07 | |
| 185 | Copy of check to Commissioner of Patents and Trademarks and check stub (Serial No. 09/046,062) | ADV0002037-38 | B | | | | X | 7.16.07 | |
| 186 | Amendment and Response (Serial No. 09/046,062) | ADV0002039-49 | B | | | | X | 7.16.07 | |
| 187 | Application for Patent on Automated Payment, Continuation of prior application Serial No. 08/890,398 | ADV0002050-73 | B | | | | X | 7.16.07 | |
| 188 | Combined Declaration and Power of Attorney for Patent Application  (Serial No. 08/890,398) | ADV002074-77 | B | | | | X | 7.16.07 | |
| 189 | Incomplete Verified Statement (Delcaration) Claiming Small Entity Status (Serial No. 08/890,398) | ADV0002078 | B | | | | X | 7.16.07 | |
| 190 | Preliminary Amendment (Continuation of Serial No. 08/890,398) | ADV0002079-83 | B | | | | X | 7.16.07 | |
| 191 | Information Disclosure Statement (Serial No. 09/356,711) | ADV0002084-91 | B | | | | X | 7.16.07 | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 192 | Continuation-in-Part Application – Automated Payment System and Method (Serial No. 09/420,923) | ADV0002092-2123 | B | | | | X | 7.16.07 | |
| 193 | Form of Countrywide Business Alliance Merchant Agreement | ADV0002124 | B | | | | X | 7.16.07 | |
| 194 | Information Disclosure Statement (Serial No. 09/420,923) | ADV0002125-32 | B | | | | X | 7.16.07 | |
| 195 | Notice of Draftsperson's Patent Drawing Review on drawings filed 12/19/99 | ADV0002133 | B | | | | X | 7.16.07 | |
| 196 | Excerpts of Transcript of the Deposition of Les Falke taken September 10, 2003 in Angrisani v. Capital Access Networks | ADV0003012-16, ADV0003025-26, ADV0003028-32, ADV0003036-37, ADV0003050 | B | | | | X | 7.16.07 | |
| 197 | Excerpts of Transcript of the Deposition of Gary Johnson taken November 13, 2003 in Angrisani v. Capital Access Networks | ADV0003077-79, ADV0003083, ADV0003089-91, | B | | | | X | 7.16.07 | |
| 198 | Excerpts of Transcript of the Deposition of Gary Johnson taken November 14, 2003 in Angrisani v. Capital Access Networks | ADV0003101-05, ADV0003109-10 | B | | | | X | 7.16.07 | |
| 199 | AdvanceMe presentation titled Sales Restructure Plan | ADV0004009-41 | B | | | | X | 7.16.07 | |
| 200 | E-mail from Glen Goldman to Rich Ferrante | | | | | | X | 7.16.07 | |
| 201 | E-mail from Robert Baker to Rich Ferrante | | | | | | X | 7.16.07 | |
| 202 | Form Confidentiality Agreements for Capital Access Network, Inc. | ADV0004050-65 | B | | | | X | 7.16.07 | |
| 203 | Document titled Overview: Capital Access Network, Inc. ("CAN") | | | | | | X | 7.16.07 | |
| 204 | E-mail to Tom Burnside attaching undated presentation on Capital Access Network | ADV0004088-110 | B | | | | X | 7.16.07 | |
| 205 | Presentation on Capital Access Network | ADV0004111-31 | B | | | | X | 7.16.07 | |
| 206 | Document titled Additional Terms of the Merchant Agreement | ADV0004134-39 | B | | | | X | 7.16.07 | |

Defendants' Exhibit List – Page 14

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 207 | Draft of Strategic Plan Discussion | ADV0004163-69 | B | | | | X | 7.16.07 | |
| 208 | Document titled Executive Summary | | | | | | X | 7.16.07 | |
| 209 | Presentation on Capital Access Network | ADV0004175-97 | B | | | | X | 7.16.07 | |
| 210 | E-mail to Tom Burnside | ADV0004198-200 | B | | | | X | 7.16.07 | |
| 211 | Document titled Executive Summary | ADV0004201-05 | B | | | | X | 7.16.07 | |
| 212 | Document titled SIC Code Distribution | ADV0004269 | B | | | | X | 7.16.07 | |
| 213 | Document titled Background/Values | | | | | | X | 7.16.07 | |
| 214 | Document titled CAN versus Traditional Lenders | | | | | | X | 7.16.07 | |
| 215 | E-mail from Robert Baker regarding iDine | ADV0004371-74 | B | | | | X | 7.16.07 | |
| 216 | E-mail from Robert Baker forwarding marketing materials | ADV0004375-76 | B | | | | X | 7.16.07 | |
| 217 | Presentation pages dated 5/16/03 7:46:24AM | | | | | | X | 7.16.07 | |
| 218 | Presentation titled 12 Month Turn Contracts, dated 6/26/03 3:22:54 PM | ADV0004638-54 | B | | | | X | 7.16.07 | |
| 219 | Presentation titled 12 Month Turn Contracts, dated 6/29/03 2:35:21 PM | ADV0004672-83 | B | | | | X | 7.16.07 | |
| 220 | Presentation titled 12 Month Turn Contracts, dated 6/26/03 3:39:52 PM | ADV0004695-711 | B | | | | X | 7.16.07 | |
| 221 | Presentation titled 12 Month Turn Contracts, dated 6/30/03 2:13:35 PM | ADV0004729-41 | B | | | | X | 7.16.07 | |
| 222 | E-mail from Les Falke attaching press release on Transmedia | | | | | | X | 7.16.07 | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 223 | E-mail from Robert Baker regarding "entertainment book" and IGT | ADV0004750-51 | B | | | | X | 7.16.07 | |
| 224 | E-mail from John Konop regarding IGT | ADV0004752-53 | B | | | | X | 7.16.07 | |
| 225 | E-mail from Robert Baker | ADV0004754-55 | B | | | | X | 7.16.07 | |
| 226 | E-mail from Rich Ferrante regarding 12 Month Turn Contracts presentation | ADV0004756-58 | B | | | | X | 7.16.07 | |
| 227 | E-mail from Tom Burnside sending iDine article | ADV0004772-78 | B | | | | X | 7.16.07 | |
| 228 | E-mail from John Konop regarding iDine | ADV0004779-80 | B | | | | X | 7.16.07 | |
| 229 | Document titled CAN versus Traditional Lenders | ADV0004784-86 | B | | | | X | 7.16.07 | |
| 230 | Document titled Capital Access Networks Executive Summary | ADV0004787-96 | B | | | | X | 7.16.07 | |
| 231 | E-mail from Robert Baker regarding iDine earnings | ADV0004802-04 | B | | | | X | 7.16.07 | |
| 232 | Capital Access Network, Inc. Minutes of the Meeting of the Board of Directors | | | | | | X | 7.16.07 | |
| 233 | Capital Access Network, Inc. Minutes of the Meeting of the Board of Directors | | | | | | X | 7.16.07 | |
| 234 | Capital Access Network, Inc. Minutes of the Meeting of the Board of Directors | | | | | | X | 7.16.07 | |
| 235 | Capital Access Network, Inc. Minutes of the Meeting of the Board of Directors | | | | | | X | 7.16.07 | |
| 236 | Capital Access Network, Inc. Minutes of the Meeting of the Board of Directors | | | | | | X | 7.16.07 | |
| 237 | Capital Access Network, Inc. Minutes of the Meeting of the Board of Directors | | | | | | X | 7.16.07 | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 238 | Capital Access Network, Inc. Minutes of the Meeting of the Board of Directors | | | | | | X | 7.16.07 | |
| 239 | Capital Access Network, Inc. Minutes of the Meeting of the Board of Directors | | | | | | X | 7.16.07 | |
| 240 | Capital Access Network, Inc. Minutes of the Meeting of the Board of Directors | | | | | | X | 7.16.07 | |
| 241 | Capital Access Network, Inc. Minutes of the Meeting of the Board of Directors | | | | | | X | 7.16.07 | |
| 242 | Capital Access Network, Inc. Minutes of the Meeting of the Board of Directors | | | | | | X | 7.16.07 | |
| 243 | Capital Access Network, Inc. Minutes of the Meeting of the Board of Directors | | | | | | X | 7.16.07 | |
| 244 | Capital Access Network, Inc. Minutes of the Meeting of the Board of Directors | | | | | | X | 7.16.07 | |
| 245 | Capital Access Network, Inc. Minutes of the Meeting of the Board of Directors | | | | | | X | 7.16.07 | |
| 246 | Capital Access Network, Inc. Minutes of the Meeting of the Board of Directors | | | | | | X | 7.16.07 | |
| 247 | Capital Access Network, Inc. Minutes of the Meeting of the Board of Directors | | | | | | X | 7.16.07 | |
| 248 | Capital Access Network, Inc. Minutes of the Meeting of the Board of Directors | | | | | | X | 7.16.07 | |
| 249 | Capital Access Network, Inc. Minutes of the Meeting of the Board of Directors | | | | | | X | 7.16.07 | |
| 250 | Capital Access Network, Inc. Minutes of the Meeting of the Board of Directors | | | | | | X | 7.16.07 | |
| 251 | Capital Access Network, Inc. Minutes of the Meeting of the Board of Directors | | | | | | X | 7.16.07 | |
| 252 | Agenda: Board of Directors Meeting | | | | | | X | 7.16.07 | |
| 253 | Agenda: Board of Directors Meeting | | | | | | X | 7.16.07 | |
| 254 | Agenda: Board of Directors Meeting | | | | | | X | 7.16.07 | |
| 255 | Agenda: Board of Directors Meeting | | | | | | X | 7.16.07 | |
| 256 | Agenda: Board of Directors Meeting | | | | | | X | 7.16.07 | |
| 257 | Agenda: Board of Directors Meeting | ADV0005101 | B | | | | X | 7.16.07 | |
| 258 | Agenda: AdvanceMe Transaction Service – ATS | ADV0005102 | B | | | | X | 7.16.07 | |

| 259 | Document titled Company Overview | ADV0005103-04 | B | | | | X | 7.16.07 | |
| 260 | Document titled Operational Overview | ADV0005105 | B | | | | X | 7.16.07 | |
| 261 | Document titled Financial Overview | ADV0005106 | B | | | | X | 7.16.07 | |
| 262 | Document titled Competitive Landscape | ADV0005107 | B | | | | X | 7.16.07 | |
| 263 | Presentation titled Competitive Analysis | ADV0005108-11 | B | | | | X | 7.16.07 | |
| 264 | Presentation titled iDine Study for Leadership Conference May 30-June 1, 2003 | ADV0005112-22 | B | | | | X | 7.16.07 | |
| 265 | Presentation titled In Good Taste for Leadership Conference May 30-June 1, 2003 | ADV0005123-36 | B | | | | X | 7.16.07 | |
| 266 | List of company names and addresses; appears to be a spreadsheet on accounts | ADV0005137-40 | B | | | | X | 7.16.07 | |
| 267 | Presentation titled Why AdvanceMe Wins | ADV0005141-44 | B | | | | X | 7.16.07 | |
| 268 | Set of materials on AdvanceMe competitor information | ADV0005147-60 | B | | | | X | 7.16.07 | |
| 269 | Spreadsheet of competitor information | ADV0005161-64 | B | | | | X | 7.16.07 | |
| 270 | Checklist of renewal rejection reasons | ADV0005165 | B | | | | X | 7.16.07 | |

| 271 | Table titled AMI Competitor Review | ADV0005197-99 | B | | | | X | 7.16.07 | |
| 272 | Chart titled Comparison of Market Leaders | ADV0005208 | B | | | | X | 7.16.07 | |
| 273 | Illinois Corporation Search results on Clever Ideas | ADV0005321 | B | | | | X | 7.16.07 | |
| 274 | Dun & Bradstreet report on Clever Ideas | ADV0005322-35 | B | | | | X | 7.16.07 | |
| 275 | Clever Ideas Results Report | ADV0005336-43 | B | | | | X | 7.16.07 | |
| 276 | Confidential Customer Data Analysis, Clever Ideas Café | ADV0005344-50 | B | | | | X | 7.16.07 | |
| 277 | Background report on Lee Suckow | ADV0005351-67 | B | | | | X | 7.16.07 | |
| 278 | Background report on Clever Ideas | ADV0005368-75 | B | | | | X | 7.16.07 | |
| 279 | Pages from valuedmember.com web site | ADV0005376-82 | B | | | | X | 7.16.07 | |
| 280 | Pages from Clever Ideas web site | ADV0005383- 434 | B | | | | X | 7.16.07 | |
| 281 | Pages from iDine web site | ADV0005446-55 | B | | | | X | 7.16.07 | |
| 282 | NYS Department of State search results on Rewards Network | ADV0005456 | B | | | | X | 7.16.07 | |

| 283 | iDine/Rewards Network 2002 Annual Report | ADV0005457-63 | B | | | | X | 7.16.07 | |
| 284 | Pages from iDine web site | ADV0005464-71 | B | | | | X | 7.16.07 | |
| 285 | iDine Rewards Network Consolidated Financial Statements December 31, 2002 and 2001 | ADV0005472-513 | B | | | | X | 7.16.07 | |
| 286 | Pages from iDine web site | ADV0005514-43 | B | | | | X | 7.16.07 | |
| 287 | SEC Form 10-K for iDine Rewards Network, fiscal year ending December 31, 2002 | ADV0005544-73 | B | | | | X | 7.16.07 | |
| 288 | Pages from iDine web site | ADV0005574-89 | B | | | | X | 7.16.07 | |
| 289 | CNNMoney.com results for Rewards Network, Inc. | ADV0005590-93 | B | | | | X | 7.16.07 | |
| 290 | Dun & Bradstreet report on iDinecom Inc. | ADV0005594-96 | B | | | | X | 7.16.07 | |
| 291 | Pages from iDine web site | ADV0005597-608 | B | | | | X | 7.16.07 | |
| 292 | Pages from Rewards Network web site | ADV0005609-19 | B | | | | X | 7.16.07 | |
| 293 | Countrywide Business Alliance Sales Meeting Agenda | ADVAM0005701 | B | | | | X | 7.16.07 | |
| 294 | Document titled Dining Programs: iDine | ADVAM0005724 | B | | | | X | 7.16.07 | |

| 295 | Report on UCC's Present on Experion Business Reports as of April 7th, 2003 | ADV0005778-5951 | B | | | | X | 7.16.07 | |
| 296 | Page from Clever Ideas web site | ADV0005952 | B | | | | X | 7.16.07 | |
| 297 | E-mail exchange between Glenn Goldman to John Konop | ADV0005963 | A | | | | X | 7.16.07 | |
| 309 | E-mail from AmeriMerchant Payment Systems to whj@thelegacynetwork.com | MMT_01695 | B | | | | X | 7.16.07 | |
| 310 | E-mail from AmeriMerchant Payment Systems to Bill Jackson approving payments | MMT_01697-98 | A | | | | X | 7.16.07 | |
| 311 | E-mail from John Meinel regarding account closure | | | | | | X | 7.16.07 | |
| 312 | E-mail from John Meinel regarding account closure | | | | | | X | 7.16.07 | |
| 313 | E-mail from John Meinel regarding account closure | | | | | | X | 7.16.07 | |
| 314 | Irrevocable Payment Instructions, between Comdata and Reach Financial | RF_00051-52 | B | | | | X | 7.16.07 | |
| 315 | E-mail from Bryan Clanton to Marci Leary regarding ACH rejects from the bank | | | | | | X | 7.16.07 | |
| 316 | E-mail from Marci Leary to Jennif Fink regarding change to withholdings, with attachment | | | | | | X | 7.16.07 | |
| 317 | E-mail from Marci Leary to Bryan Clanton regarding change to withholdings, with attachment | | | | | | X | 7.16.07 | |
| 318 | Statement of Account for Reach Financial | | | | | | X | 7.16.07 | |
| 319 | Checking Account Inquiry on Reach Financial | RF_01023 | A | | | | X | 7.16.07 | |
| 320 | Voided check | RF_01024 | A | | | | X | 7.16.07 | |

Defendants' Exhibit List – Page 21

| 321 | Checking Account Inquiry on Reach Financial | RF_01025 | A | | | | X | 7.16.07 | |
| 322 | Voided check | RF_01026 | A | | | | X | 7.16.07 | |
| 323 | Checking Account Inquiry on Reach Financial | RF_01027 | A | | | | X | 7.16.07 | |
| 324 | Voided check | RF_01028 | A | | | | X | 7.16.07 | |
| 325 | Monthly Billing Statement to Marina Car Wash | RF_01041 | A | | | | X | 7.16.07 | |
| 326 | Bank of America Business Checking Statement for Marina Car Wash | RF_01042-52 | A | | | | X | 7.16.07 | |
| 327 | Statement for Merchant KPRNY, Inc. | RF_01053 | A | | | | X | 7.16.07 | |
| 328 | Wells Fargo Business Checking Statement for KPRNY, Inc. (pages 1-7) | RF_01054-60 | A | | | | X | 7.16.07 | |
| 329 | Internetworking Technology Handbook, Chapter 3 "Introduction to WAN Technologies" (attached as Ex. B to the Rebuttal Expert Report of Donald Headlund served April 2, 2007), available at http://www.cisco.com/univercd/cc/td/doc/cisintwk/ito_doc/introwan.htm | | B | | | | X | 7.16.07 | |
| 330 | Cisco IOS Release 12.0 Dial Solutions Configuration Guide, "Managing Modems" (attached as Ex. C to the Rebuttal Expert Report of Donald Headlund served April 2, 2007), available at http://www.cisco.com/univercd/cc/td/doc/product/software/ios120/12cgcr/dial_c/index.htm | | B | | | | X | 7.16.07 | |
| 333 | Transcript of Hearing regarding Konop Deposition | | B | | | | X | 7.16.07 | |

| 334 | E-mail from bclanton@comdata.com to Admin Sales attaching ACH report file | COMDATA0033-34 | B | | | | X | 7.16.07 | |
| 335 | E-mail from bclanton@comdata.com to Admin Sales attaching ACH report file | COMDATA0040-41 | B | | | | X | 7.16.07 | |
| 336 | E-mail from bclanton@comdata.com to Admin Sales attaching ACH report file | COMDATA0045-46 | B | | | | X | 7.16.07 | |
| 337 | E-mail from bclanton@comdata.com to Admin Sales attaching ACH report file | COMDATA0049-50 | B | | | | X | 7.16.07 | |
| 338 | E-mail from bclanton@comdata.com to Admin Sales attaching ACH report file | COMDATA0055-56 | B | | | | X | 7.16.07 | |
| 339 | E-mail from bclanton@comdata.com to Admin Sales attaching ACH report file | COMDATA0060-61 | B | | | | X | 7.16.07 | |
| 340 | E-mail from bclanton@comdata.com to Admin Sales attaching ACH report file | COMDATA0064-65 | B | | | | X | 7.16.07 | |
| 341 | E-mail from bclanton@comdata.com to Admin Sales attaching ACH report file | COMDATA0088-89 | B | | | | X | 7.16.07 | |
| 342 | E-mail from bclanton@comdata.com to Admin Sales attaching ACH report file | COMDATA0097-98 | B | | | | X | 7.16.07 | |
| 343 | E-mail from bclanton@comdata.com to Admin Sales attaching ACH report file | COMDATA0107-108 | B | | | | X | 7.16.07 | |
| 344 | E-mail from bclanton@comdata.com to Admin Sales attaching ACH report file | COMDATA0118-119 | B | | | | X | 7.16.07 | |
| 345 | E-mail from bclanton@comdata.com to Admin Sales attaching ACH report file | COMDATA0125-126 | B | | | | X | 7.16.07 | |

| 346 | E-mail from bclanton@comdata.com to Admin Sales attaching ACH report file | COMDATA0130-131 | B | | | | X | 7.16.07 | |
| 347 | E-mail from bclanton@comdata.com to Admin Sales attaching outgoing ACH report file | COMDATA0139-141 | B | | | | X | 7.16.07 | |
| 348 | E-mail from bclanton@comdata.com to Admin Sales attaching ACH report file | COMDATA0142-143 | B | | | | X | 7.16.07 | |
| 349 | E-mail from prodfax@nobel-net.com to transactions@reachfinancial.com, Admin Sales, twilden@nobel-net.com, kjohnson@reachfinancial.com attaching Reach MicroLoan Daily Report | COMDATA0536-537 | B | | | | X | 7.16.07 | |
| 350 | E-mail from prodfax@nobel-net.com to transactions@reachfinancial.com, Admin Sales, twilden@nobel-net.com, kjohnson@reachfinancial.com attaching Reach MicroLoan Daily Report | COMDATA0555-556 | B | | | | X | 7.16.07 | |
| 351 | E-mail from prodfax@nobel-net.com to transactions@reachfinancial.com, Admin Sales, twilden@nobel-net.com, kjohnson@reachfinancial.com attaching Reach MicroLoan Daily Report | COMDATA0566-567 | B | | | | X | 7.16.07 | |
| 352 | E-mail from prodfax@nobel-net.com to transactions@reachfinancial.com, Admin Sales, twilden@nobel-net.com, kjohnson@reachfinancial.com attaching Reach MicroLoan Daily Report | COMDATA0575-577 | B | | | | X | 7.16.07 | |
| 353 | E-mail from prodfax@nobel-net.com to transactions@reachfinancial.com, Admin Sales, twilden@nobel-net.com, kjohnson@reachfinancial.com attaching Reach MicroLoan Daily Report | COMDATA0587-588 | B | | | | X | 7.16.07 | |
| 354 | E-mail from prodfax@nobel-net.com to transactions@reachfinancial.com, Admin Sales, twilden@nobel-net.com, kjohnson@reachfinancial.com attaching Reach MicroLoan Daily Report | COMDATA0591-592 | B | | | | X | 7.16.07 | |
| 355 | E-mail from prodfax@nobel-net.com to transactions@reachfinancial.com, Admin Sales, twilden@nobel-net.com, kjohnson@reachfinancial.com attaching Reach MicroLoan Daily Report | COMDATA0595-596 | B | | | | X | 7.16.07 | |
| 356 | E-mail from prodfax@nobel-net.com to transactions@reachfinancial.com, Admin Sales, twilden@nobel-net.com, kjohnson@reachfinancial.com attaching Reach MicroLoan Daily Report | COMDATA0606-607 | B | | | | X | 7.16.07 | |
| 357 | E-mail from prodfax@nobel-net.com to transactions@reachfinancial.com, Admin Sales, twilden@nobel-net.com, kjohnson@reachfinancial.com attaching Reach MicroLoan Daily Report | COMDATA0610-612 | B | | | | X | 7.16.07 | |

Defendants' Exhibit List – Page 24

| 358 | E-mail from prodfax@nobel-net.com to transactions@reachfinancial.com, Admin Sales, twilden@nobel-net.com, kjohnson@reachfinancial.com attaching Reach MicroLoan Daily Report | COMDATA0615-616 | B | | | | X | 7.16.07 | |
| 359 | E-mail from prodfax@nobel-net.com to transactions@reachfinancial.com, Admin Sales, twilden@nobel-net.com, kjohnson@reachfinancial.com attaching Reach MicroLoan Daily Report | COMDATA0628-629 | B | | | | X | 7.16.07 | |
| 360 | E-mail from prodfax@nobel-net.com to transactions@reachfinancial.com, Admin Sales, twilden@nobel-net.com, kjohnson@reachfinancial.com attaching Reach MicroLoan Daily Report | COMDATA0637-638 | B | | | | X | 7.16.07 | |
| 361 | E-mail from prodfax@nobel-net.com to transactions@reachfinancial.com, Admin Sales, twilden@nobel-net.com, kjohnson@reachfinancial.com attaching Reach MicroLoan Daily Report | COMDATA0645-646 | B | | | | X | 7.16.07 | |
| 362 | E-mail from prodfax@nobel-net.com to transactions@reachfinancial.com, Admin Sales, twilden@nobel-net.com, kjohnson@reachfinancial.com attaching Reach MicroLoan Daily Report | COMDATA0647-649 | B | | | | X | 7.16.07 | |
| 363 | E-mail from prodfax@nobel-net.com to transactions@reachfinancial.com, Admin Sales, twilden@nobel-net.com, kjohnson@reachfinancial.com attaching Reach MicroLoan Daily Report | COMDATA0654-655 | B | | | | X | 7.16.07 | |
| 364 | E-mail from prodfax@nobel-net.com to transactions@reachfinancial.com, Admin Sales, twilden@nobel-net.com, kjohnson@reachfinancial.com attaching Reach MicroLoan Daily Report | COMDATA0663-664 | B | | | | X | 7.16.07 | |
| 365 | E-mail from prodfax@nobel-net.com to transactions@reachfinancial.com, Admin Sales, twilden@nobel-net.com, kjohnson@reachfinancial.com attaching Reach MicroLoan Daily Report | COMDATA0673-674 | B | | | | X | 7.16.07 | |
| 366 | E-mail from prodfax@nobel-net.com to transactions@reachfinancial.com, Admin Sales, twilden@nobel-net.com, kjohnson@reachfinancial.com attaching Reach MicroLoan Daily Report | COMDATA0686-687 | B | | | | X | 7.16.07 | |
| 367 | E-mail from prodfax@nobel-net.com to transactions@reachfinancial.com, Admin Sales, twilden@nobel-net.com, kjohnson@reachfinancial.com attaching Reach MicroLoan Daily Report | COMDATA0690-692 | B | | | | X | 7.16.07 | |
| 368 | E-mail from prodfax@nobel-net.com to transactions@reachfinancial.com, Admin Sales, twilden@nobel-net.com, kjohnson@reachfinancial.com attaching Reach MicroLoan Daily Report | COMDATA0700-701 | B | | | | X | 7.16.07 | |
| 369 | E-mail from prodfax@nobel-net.com to transactions@reachfinancial.com, Admin Sales, twilden@nobel-net.com, kjohnson@reachfinancial.com attaching Reach MicroLoan Daily Report | COMDATA0704-705 | B | | | | X | 7.16.07 | |

| 370 | E-mail from prodfax@nobel-net.com to transactions@reachfinancial.com, Admin Sales, twilden@nobel-net.com, kjohnson@reachfinancial.com attaching Reach MicroLoan Daily Report | COMDATA0712-713 | B | | | | X | 7.16.07 | |
| 371 | E-mail from prodfax@nobel-net.com to transactions@reachfinancial.com, Admin Sales, twilden@nobel-net.com, kjohnson@reachfinancial.com attaching Reach MicroLoan Daily Report | COMDATA0714-715 | B | | | | X | 7.16.07 | |
| 372 | E-mail from prodfax@nobel-net.com to transactions@reachfinancial.com, Admin Sales, twilden@nobel-net.com, kjohnson@reachfinancial.com attaching Reach MicroLoan Daily Report | COMDATA0716-718 | B | | | | X | 7.16.07 | |
| 373 | Specification (Application No. 09/356,711) | 281FH0010-19 | B | | | | X | 7.16.07 | |
| 374 | Claims (Application No. 09/356,711) | 281FH0020-23 | B | | | | X | 7.16.07 | |
| 375 | Drawings (Application No. 09/356,711) | 281FH0024-28 | B | | | | X | 7.16.07 | |
| 376 | Preliminary Amendment (Application No. 09/356,711) (Exhibit AA to April 13, 2007 Reply in Support of Motion for Summary Judgment) | 281FH0005-9 | A | | | | X | 7.16.07 | |
| 377 | Non-Final Rejection (Application No. 09/356,711) (Exhibit X to March 12, 2007 Motion for Summary Judgment) | 281FH0268-276 | A | | | | X | 7.16.07 | |
| 378 | Final Rejection (Application No. 09/356,711) | 281FH0286-294 | B | | | | X | 7.16.07 | |
| 379 | Final Rejection (Application No. 09/356,711) | 281FH0328-336 | B | | | | X | 7.16.07 | |
| 380 | Request for Continued Examination (Application No. 09/356,711) | 281FH0341 | B | | | | X | 7.16.07 | |
| 381 | Request for Extension of Time and Amendment (Application No. 09/356,711) (Barbara Johnson Deposition Ex. 4) | 281FH0344, 338-340, 342-343 | A | | | | X | 7.16.07 | |

Defendants' Exhibit List – Page 26

| 382 | Claims<br>(Application No. 09/356,711) | 281FH0338-340 | B | | | | X | 7.16.07 | |
| 383 | Applicant Arguments/Remarks Made in an Amendment<br>(Application No. 09/356,711) | 281FH0342-343 | B | | | | X | 7.16.07 | |
| 384 | Notice of Allowance and Fees Due (PTOL-85)<br>(Application No. 09/356,711) | 281FH0351-353 | B | | | | X | 7.16.07 | |
| 385 | Notice of Allowability<br>(Application No. 09/356,711) | 281FH0354-358 | B | | | | X | 7.16.07 | |
| 386 | Examiner Interview Summary Record<br>(Application No. 09/356,711) | 281FH0359-361 | B | | | | X | 7.16.07 | |
| 387 | Office Action – Non-Final Rejection<br>(Application No. 08/890,398) | FHC0185-192 | B | | | | X | 7.16.07 | |
| 388 | Response after Non-Final Action – Amendment and Response<br>(Application No. 08/890,398)<br>(Falke Deposition Ex. 10) | | | | | | X | 7.16.07 | |
| 389 | Office Action – Final Rejection<br>(Application No. 08/890,398) | FHC0633-640 | B | | | | X | 7.16.07 | |
| 390 | Response After Final<br>(Application No. 08/890,398) | FHC0645-650 | B | | | | X | 7.16.07 | |
| 391 | Advisory Action<br>(Application No. 08/890,398) | FHC0651-652 | B | | | | X | 7.16.07 | |
| 392 | Continued Prosecution Application<br>(Application No. 08/890,398) | FHC0657-658 | B | | | | X | 7.16.07 | |
| 393 | Preliminary Amendment<br>(Application No. 08/890,398) | FHC0661-665 | B | | | | X | 7.16.07 | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 394 | Final Rejection<br>(Application No. 08/890,398) | FHC0666-667,<br><br>FHC0398-403 | B | | | | X | 7.16.07 | |
| 395 | Examiner Interview Summary Record<br>(Application No. 08/890,398) | FHC0405 | B | | | | X | 7.16.07 | |
| 396 | Appeal Brief<br>(Application No. 08/890,398)<br>(Exhibit W to March 12, 2007 Motion for Summary Judgment) | FHC0678-700 | A | | | | X | 7.16.07 | |
| 397 | Examiner's Answer to Appeal Brief<br>(Application No. 08/890,398) | FHC0732-741 | B | | | | X | 7.16.07 | |
| 398 | Notice of Allowability<br>(Application No. 08/890,398) | FHC0769-773 | B | | | | X | 7.16.07 | |
| 399 | Notice of Allowance and Fees Due (PTOL-85)<br>(Application No. 08/890,398) | FHC0774-776 | B | | | | X | 7.16.07 | |
| 426 | Demonstrative Board | | | | | | X | 7.18.07 | Bouchard |
| 427<br>A-D | Video Deposition of Allen Abbott<br>A – Deposition testimony on Disk<br>B – Written transcript<br>C – Exhibits to Deposition<br>D – Text Transcript on disk | | | | | | X | 7.19.07 | |
| 428<br>A-C | Video Deposition of James Alexander<br>A – Deposition Testimony on Disk<br>B – Written Transcript<br>C – Text Transcript on Disk | | | | | | X | 7.1907 | |
| 429<br>A-B | Written Deposition Transcript of Mel Chasen<br>A – Deposition<br>B – Exhibits to Deposition | | | | | | X | 7.19.07 | |
| 430<br>A-D | Video Deposition of Tom McBrearty<br>A – Deposition Testimony<br>B – Written Transcript<br>C – Exhibits to Deposition<br>D – Text Transcript on Disk | | | | | | X | 7.19.07 | |
| 431 | Excerpts of the written transcript of Gary Johnson<br>**ADMITTED UNDER SEAL** | | | | | | X | 7.19.07 | |
| 432 | Board B31 – Litle & Co. Invalidity Claim Chart – Claim 1 | | | | | | X | 7.20.07 | |
| 433 | Board B32 – Litle & Co. Invalidity Claim Chart Claim 10 | | | | | | X | 7.20.07 | |
| 434 | Board B33 – Clever Ideas-LeCard Invalidity Claim Chart –<br>Claim 1 | | | | | | X | 7.20.07 | |

Defendants' Exhibit List – Page 28

| 435 | Board B34 – Clever Ideas-LeCard Invalidity Claim Chart Claim 10 | | | | | | X | 7.20.07 | |
| 436 A-D | Cliff Hardwick's deposition A – Written Transcript B – Deposition Exhibits C – Video Deposition on Disk D – Duration List | | | | | | X | 7.20.07 | |

Defendants' Exhibit List – Page 29