**Track Shipments/FedEx Kinko's Orders**
**Detailed Results**                                                                 Quick Help

| | | | |
|---|---|---|---|
| **Tracking number** | 858207764155 | **Delivered to** | Mailroom |
| **Signed for by** | R.WALKER | **Service type** | Standard Pak |
| **Ship date** | Oct 9, 2007 | **Weight** | 3.0 lbs. |
| **Delivery date** | Oct 10, 2007 9:36 AM | | |

**Status**            Delivered

**Signature image available**    Yes

| Date/Time | | Activity | Location | Details |
|---|---|---|---|---|
| Oct 10, 2007 | 9:36 AM | Delivered | | |
| | 8:22 AM | On FedEx vehicle for delivery | WASHINGTON, DC | |
| | 7:08 AM | At local FedEx facility | WASHINGTON, DC | |
| | 5:55 AM | At dest sort facility | DULLES, VA | |
| Oct 9, 2007 | 11:34 PM | Arrived at FedEx location | MEMPHIS, TN | |
| | 7:39 PM | Left origin | NACOGDOCHES, TX | |
| | 2:43 PM | Picked up | NACOGDOCHES, TX | |

[ Signature proof ]   [ E-mail results ]   [ Track more shipments/orders ]

Subscribe to tracking updates (optional)

Your Name: _____          Your E-mail Address: _____

| E-mail address | Language | Exception updates | Delivery updates |
|---|---|---|---|
| | English | ☐ | ☐ |
| | English | ☐ | ☐ |
| | English | ☐ | ☐ |
| | English | ☐ | ☐ |

Select format:  ⦿ HTML   ○ Text   ○ Wireless

**Add personal message:**

Not available for Wireless or non-English characters.

☐ By selecting this check box and the Submit button, I agree to these Terms and Conditions           [ Submit ]



FedEx Express  
Customer Support Trace  
3875 Airways Boulevard  
Module H, 4th Floor  
Memphis, TN 38116

U.S. Mail: PO Box 727  
Memphis, TN 38194-4643

Telephone: 901-369-3600

October 10, 2007

Dear Customer:

The following is the proof of delivery you requested with the tracking number **858207764155**.

| Delivery Information: | | | |
|---|---|---|---|
| Status: | Delivered | Delivery date: | Oct 10, 2007 09:36 |
| Signed for by: | R.WALKER | | |
| Service type: | Standard Pak | | |



| Shipping Information: | | | |
|---|---|---|---|
| Tracking number: | 858207764155 | Ship date: | Oct 9, 2007 |
| | | Weight: | 3.0 lbs. |

| Recipient: | Shipper: |
|---|---|
| US | US |

Thank you for choosing FedEx Express.

FedEx Worldwide Customer Service  
1.800.GoFedEx 1.800.463.3339